

**Truman M. Earl, MD MSCI**
*Associate Professor of Surgery*
*Division of Transplant and Hepatobiliary Surgery*
*Program Director, General Surgery Residency*

February 22, 2017

Re: Joseph Papin

To who it may concern:

Joseph Papin MD was a surgical resident from July 1, 2016 – February 22, 2017. On January 11 2017 he was placed on administrative leave due to ongoing reports of unacceptable performance within the domains of professionalism, systems based practice, and practice based learning and improvement. The concerns and documentation were reviewed by the GME office and his case was reported to Human Resources. After review by HR and Legal, termination for cause was recommended. Dr. Papin was terminated on February 22, 2017.

Yours sincerely,


Truman M. Earl, M.D.
Program Director, General Surgery Residency
Associate Professor of Surgery
Transplant & Hepatobiliary Surgery
University of Mississippi Medical Center



*University of Mississippi Medical Center*
*2500 North State Street*
*Jackson, MS 39216*
*www.umc.edu*

*Academic Office: 601-815-3141*
*Appointments: 601-315-3135*
*Fax: 601-984-2962*
*tearl@umc.edu*

Papin-004