

Office of Graduate Medical Education
2500 North State Street
Jackson, MS 39216
Phone: 601-984-1113
Fax: 601-984-6962

July 24, 2017

LouAnn Woodward, M.D.
Vice Chancellor for Health Affairs
Dean, School of Medicine
University of Mississippi Medical Center
2500 N. State St.
Jackson, MS  39216-4505

RE:  Resident Appeal Committee Recommendation

Dear Dr. Woodward:

At your request, a special committee of members of the Medical Center Graduate Medical Education Committee convened on July 18th, 2017 to hear the appeal of Dr. Joseph Papin. In accordance with the "University of Mississippi Medical Center Graduate Medical Education Evaluation Policy and Grievance Algorithm", the committee reviewed the process and the events leading to his termination.

From the beginning of his general surgery residency in July of 2016, Dr. Papin received regular feedback via monthly written reviews from faculty as well as on-the-spot feedback from his program director, attending physicians and senior residents. These delineated numerous deficiencies. Dr. Papin received formal feedback through his Mid-Year Resident Milestone Evaluation, dated November 8th, 2016, detailing 12 specific deficiencies in his performance. Finally, on December 20th, 2016 Dr. Papin met with the Department of Surgery residency program director where performance and professionalism deficiencies were again discussed. Despite all of this, Dr. Papin's performance continued to decline. He was placed on administrative leave on January 11, 2017 and was terminated on February 22, 2017.

The shortcomings in Dr. Papin's performance were multiple and persistent. These include a poor work ethic, frequent lack of professionalism and hostility in communication with coworkers. In addition, his actions exhibited a lack of integrity and honesty. The deficiencies worsened over the course of his intern year despite frequent attempts by faculty and senior residents at correction.



EXHIBIT 2

Papin-053

After a formal hearing where Dr. Papin had the opportunity to hear and rebut the information presented and after careful deliberation, the committee unanimously finds 1) Dr. Papin was given sufficient notice of his deficiencies and the opportunity to improve; 2) Dr. Papin's performance did not improve, but rather, worsened; and 3) Dr. Papin's performance and conduct appropriately warranted termination.

Respectfully submitted,

Steven A. Bondi, MD
Chair

on behalf of

Mohamed Asfour, MD
Ricky Clay, MD
Demondes Haynes, MD
Lillian Houston, MD
Nilda Williams, MD (resident representative)