

Office of the Vice Chancellor
for Health Affairs

2500 North State Street
Jackson, Mississippi 39216-4505
(601) 984-1010

August 17, 2017

Dr. Joe Papin
C/O Joel Dillard, Esq.
775 North Congress Street
Jackson, MS 39202

Dr. Papin:

At your request, a special committee of members of the University of Mississippi Medical Center Graduate Medical Education Committee convened on July 18th, 2017 to hear your appeal. After reviewing the process and events leading to your termination from the residency program in the Department of Surgery, the committee made the findings and recommendations set forth in the enclosed letter dated July 24, 2017.

I support the findings of this committee and your dismissal will stand as the final action of this institution.

Sincerely,

*Lou Ann Woodward*

LouAnn Woodward, MD
Vice Chancellor for Health Affairs

EXHIBIT 3

| | |
|---|---|
| **From:** | Tammy Barnett <tbarnett@umc.edu> |
| **Sent:** | Monday, August 21, 2017 3:03 PM |
| **To:** | joel.f.dillard@gmail.com |
| **Cc:** | Mark D. Ray |
| **Subject:** | Joe Papin, MD - Resident Appeal |
| **Attachments:** | 170817 papin.pdf |

Mr. Dillard,

Please find attached the finding of Dr. LouAnn Woodward regarding Dr. Papin's appeal.

_____

**Tammy Barnett**
Paralegal
Office of General Counsel
University of MS Medical Center
(601)984-1776(O)
(601)815-5474(F)
tbarnett@umc.edu