Page: 1 of 4

## Resident Milestone Evaluation: Mid-Year 2016-2017

**Program:** University of Mississippi Medical Center Program   4402721165 - Surgery
**Resident:** Joseph Papin     **Date Evaluation Completed:** November 08, 2016 (Mid-Year)     **Resident Year in Program:** 1

This form documents the most recent resident attainment of the milestones within each of the competencies as formally observed. Evaluation of the resident's developmental progression is based on numerous formative evaluations and the overall judgment of the resident's performance by the Clinical Competency Committee. If the resident was evaluated in between developmental levels, the narrative of the lower level is displayed.

**Competency**     **SubCompetency**
**Developmental Milestone Narrative**

**1   Patient Care**     Care For Diseases and Conditions (CDC) - PATIENT CARE (PC1)

Dr. Papin is at Level 1.

This resident performs a focused, efficient, and accurate initial history and physical of a full spectrum of patients admitted to the hospital, including critically ill patients.

**2   Patient Care**     Care For Diseases and Conditions (CDC) - PATIENT CARE (PC2)

Dr. Papin is not yet ready for Level 1.



This resident is unable to recognize or manage common postoperative problems such as fever, hypotension, hypoxia, confusion, and oliguria.

**3   Patient Care**     Performance of Operations and Procedures (POP) - PATIENT CARE (PC3)

Dr. Papin is not yet ready for Level 1.



This resident lacks basic surgical skills such as airway management, knot tying, simple suturing, suture removal, use of Doppler ultrasound, administration of local anesthetic, universal precautions and aseptic technique and is unable to reliably perform basic procedures, including venipuncture, arterial puncture, incision and drainage, minor skin, and excisions placement of an IV, nasogastric tube, or urinary catheter.

**4   Medical Knowledge**     Care For Diseases and Conditions (CDC) - MEDICAL KNOWLEDGE (MK1)

Dr. Papin is at Level 1.

This resident has a basic understanding of the symptoms, signs, and treatments of the "core" diseases in the SCORE curriculum and has basic knowledge about common surgical conditions to which a medical student would be exposed in clerkship.

**5   Medical Knowledge**     Performance of Operations and Procedures (POP) - MEDICAL KNOWLEDGE (MK2)

Dr. Papin is at Level 1.

This resident has a basic knowledge of the "core" surgical operations in the SCORE curriculum to which a medical student would be exposed in clerkship.

**6   Systems-Based Practice**     Coordination of Care (CC) - SYSTEMS-BASED PRACTICE (SBP1)

==Dr. Papin has critical deficiencies.==



This resident does not have a basic understanding of the resources available for coordinating patient care, including social workers, visiting nurses, and physical and occupational therapists.

**7   Systems-Based Practice**     Improvement of Care (IC) - SYSTEMS-BASED PRACTICE (SBP2)

==Dr. Papin has critical deficiencies.==



This resident does not demonstrate evidence that he or she considers how hospital and health care systems impact his or her practice.

This resident does not demonstrate awareness of variation in practice within or across health care systems.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

EXHIBIT 12

Papin-013

## Resident Milestone Evaluation: Mid-Year 2016-2017

**Program:** University of Mississippi Medical Center Program   4402721165 - Surgery
**Resident:** Joseph Papin        **Date Evaluation Completed:** November 08, 2016 (Mid-Year)     **Resident Year in Program:** 1

| Competency | SubCompetency |
|---|---|
| **Developmental Milestone Narrative** | |

**8  Practice-Based Learning and Improvement** — Teaching (TCH) - PRACTICE- BASED LEARNING AND IMPROVEMENT (PBLI1)

  Not Yet Assessable.

**9  Practice-Based Learning and Improvement** — Self-directed Learning (SDL) - PRACTICE-BASED LEARNING AND IMPROVEMENT (PBLI2)

Dr. Papin is not yet ready for Level 1.



This resident does not engage in self-initiated, self-directed learning activities.

This resident does not complete simulation assignments. This resident is frequently absent for scheduled simulation exercises without a valid excuse.

**10  Practice-Based Learning and Improvement** — Improvement of Care (IC) - PRACTICE-BASED LEARNING AND IMPROVEMENT (PBLI3)

**Dr. Papin has critical deficiencies.**



This resident does not demonstrate interest or ability in learning from the results of his or her practice.

This resident fails to recognize the impact of errors and adverse events in practice.

**11  Professionalism** — Care for Diseases and Conditions (CDC) - PROFESSIONALISM (PROF1)

**Dr. Papin has critical deficiencies.**



This resident displays undesirable behaviors, including **not** being polite or respectful, not respecting patient confidentiality and privacy, demonstrating lack of integrity, or failing to take responsibility for patient care activities.

**12  Professionalism** — Maintenance of Physical and Emotional Health (MPEH) - PROFESSIONALISM (PROF2)

Dr. Papin is not yet ready for Level 1.



This resident's behavior and/or physical condition concern me.

This resident flagrantly and repeatedly violates duty hour requirements.

**13  Professionalism** — Performance of Assignments and Administrative Tasks (PAT) - PROFESSIONALISM (PROF3)

Dr. Papin is not yet ready for Level 1.



This resident consistently fails to meet requirements for timely performance of administrative tasks and/or requires excessive reminders, follow-up, etc.

**14  Interpersonal and Communication Skills** — Care for Diseases and Conditions (CDC) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS1)

**Dr. Papin has critical deficiencies.**



This resident is not able to clearly, accurately, and respectfully communicate with patients and their families.

This resident fails to effectively communicate basic health care information to patients and families.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

## Resident Milestone Evaluation: Mid-Year 2016-2017

Program: University of Mississippi Medical Center Program  4402721165 - Surgery
Resident: Joseph Papin          Date Evaluation Completed: November 08, 2016 (Mid-Year)          Resident Year in Program: 1

| Competency | SubCompetency |
|---|---|
| **Developmental Milestone Narrative** | |
| 15  Interpersonal and Communication Skills | Coordination of Care (CC) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS2) |

**Dr. Papin has critical deficiencies.**

  This resident displays disrespectful or resentful behaviors when asked to evaluate a patient or participate in a care conference with other members of the health care team.

| 16  Interpersonal and Communication Skills | Performance of Operations and Procedures (POP) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS3) |
|---|---|

**Dr. Papin has critical deficiencies.**

This resident does not communicate effectively with patients, hospital staff members, and/or the senior surgeon in the operating room.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)