**In the Matter of:**

**RE: DR. JOSEPH PAPIN**

*DR. JOSEPH PAPIN, AUDIO TRANSCRIPTION OF*

*January 27, 2017*

EXHIBIT 27



844.533.DEPO

```
 1
 2
 3              IN RE:   DR. JOSEPH PAPIN
 4
 5
 6
 7    APPEARANCES:
 8        Pat Whitlock
 9        Brenda Traxler
10        Joseph Papin
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 2

1  MS. WHITLOCK: Today is Friday,
2  January 27th, 2017.  It is 4:10 p.m.  This is
3  Pat Whitlock, and I realize I'm being recorded.
4      DR. TRAXLER: And I'm Brenda Traxler,
5  and I understand I'm being recorded.
6      DR. PAPIN: I'm Joseph Papin.  I
7  understand I'm being recorded.
8      MS. WHITLOCK: Okay.  Thank you,
9  Dr. Papin, for coming over.  As I indicated, we
10 -- this is a fact-finding session for us, and so
11 we will ask you some questions and then just
12 allow you to give us some information.
13     I serve as the HR business partner
14 for the graduate medical education office, and
15 so Mollie Brasfield, who is the director over
16 our group, and I met with Dr. Earl and Dr. Barr
17 a few weeks ago, and Dr. Earl had quite a few
18 concerns about some of your interactions, some
19 of your actions, both with patients and with
20 some of the other staff.  And so just, if you
21 will, just give us a synopsis of how long you've
22 been here, what you've been doing, what your
23 interaction has been, what kind of feedback
24 you've been given.
25     DR. PAPIN: Sure.  So I've been here

Page 3

1  since July 1st.  I'm a first-year surgery
2  intern, first-year surgical residency.  And
3  you're asking like the nature of my
4  interactions?
5      MS. WHITLOCK: Uh-huh.
6      DR. PAPIN: I mean, I'd say they're
7  usually mostly positive, and seems like it's
8  been progressing through the year.  I had like a
9  little bit of a run-in with one of the nurse
10 practitioners at the beginning, my first month
11 actually.
12     MS. WHITLOCK: What happened?
13     DR. PAPIN: Josh David, he's a nurse
14 practitioner.  He got kind of aggressive with
15 me.  I wanted to go down to the operating room.
16 I've been told by the attending physician that
17 that was -- that that was fine.  To my
18 knowledge, usually when an attending physician
19 says you can do something, they're your boss.
20 And so I was going to go down.  I guess he was
21 upset by that because I would be absent.  But
22 Dr. Shake, who was the attending, said, you
23 know, "This is an educational experience.  This
24 is your first month as an intern.  You're not
25 going to be really super helpful to us up here,

Page 4

1  so yeah, if there's no work to be done, go ahead
2  and go down."
3      Josh got mad about that one day and
4  started to get aggressive, got up, was asking
5  where my stuff was to try to throw me out and
6  started to get in my face.  And, you know, I had
7  to tell him, like, "Listen, you need to get out
8  of my face right now.  This is not acceptable."
9  And then he finally calmed down.
10     And I told the chief resident about
11 it that day, and they told Dr. Earl that day,
12 and then the nurse practitioner came and spoke
13 to me.  Josh, he came and spoke to me the next
14 day, pulled me aside and apologized, and said,
15 (inaudible) "three times.  Sometimes I have some
16 trouble controlling my anger."  I said, you
17 know, "Don't worry about it.  No problem at
18 all."
19     But I feel like ever since then my
20 interactions have been kind of jaded.  Like,
21 I'll -- you know, I don't -- I've never raised
22 my voice to anybody.  I've never cursed at
23 anybody.  I've never, you know, belittled
24 anybody in any way.  I've never had any sort of,
25 like, an interaction that I or I think anybody

Page 5

1  else would -- would deem out of the ordinary or
2  inappropriate or anything like that.  But ever
3  since then, I felt like there's been some
4  complaints.  And then this is not to say that
5  I'm completely innocent in this at all because I
6  think I can sometimes come off as curt or just
7  kind of short when I speak, and there might be
8  some cultural differences because I'm not -- you
9  know, I'm not from the deep south.  Although I
10 love Mississippi, but I'm not from the deep
11 south.
12     MS. WHITLOCK: Where are you from?
13     DR. PAPIN: I'm originally from
14 Florida and then I went to medical school in
15 Michigan, so I've been having to learn -- you
16 have to just -- just the pleasantries and
17 everything like that.  Not that I'm not pleasant
18 or anything, but you have to go a little bit
19 extra -- the extra mile to really try and let
20 everyone know that, you know, that you're not a
21 jerk, I guess.  So, you know, I've been trying
22 to do that and everything like that, but I felt
23 like ever since that interaction, every once in
24 a while I'll hear from Dr. Earl, and then -- I
25 don't hear from anybody else.  There's no nurses

Page 6

or anything or other residents or anything else like that tell me, like, "Hey, you're being a jerk. You need to stop this," or anything like that. But I'll hear from Dr. Earl. I mean, he told me he solicits feedback directly from them. And I've also heard that they go directly to him, but, you know -- it rose to the occasion where he was -- that my behavior was so erratic that he drug tested me. Never in my life have I been told that my behavior was so erratic. I think a lot of it stems from he just doesn't -- I don't know, there's some sort of disconnect because I can tell you, like, I've been alive for 28 years. You know, I got through medical school, and I feel I'm a pretty approachable guy.

MS. WHITLOCK: You know, this is a teaching institution and a teaching environment, and the role of the nurse practitioner is really critical. I have seen this in several instances now. You have gone through medical school. You're still in more advanced training, and sometimes nurse practitioners, because of the roles that they do, they feel, and they're told this, that a part of their responsibility is to

Page 7

help with your education. So I have seen some disconnect sometimes when the nurse practitioners feel that the house officers are not affording them the respect that they feel they earned.

DR. PAPIN: Right.

MS. WHITLOCK: And then the house officers feel that, well, you are not my boss. And some of the reports that have come back from you is that -- come back on you regarding you is that you tend to be a little condescending with the nurse practitioners.

DR. PAPIN: That's what I've heard, and I -- you know, I --

MS. WHITLOCK: We don't consider that --

DR. PAPIN: Like I said, I'm not -- I think what happened was I came out of medical school and I didn't really know the hierarchy. You know, I was kind of like going out of the military, coming out, you're a first lieutenant, yeah, you're a commissioned officer.

MS. WHITLOCK: What kind of orientation do you get or what kind of process do you go through for acclamation where they

Page 8

tell you who to go to for this, who is supposed to appoint you with this process? How does that work?

DR. PAPIN: It's kind of like on a case-by-case basis. So we do an orientation at the beginning of the year, and we're told very briefly certainly that I -- I needed -- because, you know, all these interactions are (inaudible) or anything like that. This is my first real experience in, you know, a large organization like this. And then, you know, you're told at the beginning of each rotation, you know, Dr. Shake is going to be the attending. He's going to be the one to go to with issues. If you ever have any issues, go to your chief resident, things like that. But, you know, case-by-case basis. I think that was another issue because I was trying to speak to Dr. Shake because I was the first one to go through this rotation. I was the first resident ever to go through this rotation, so it was brand new. I was kind of -- and there were issues coming up where -- like Dr. Shake would say something, you know, it was okay -- like, for example, it's okay to go down to the operating room. And, you

Page 9

know, I took that as gospel. If your boss says it's okay to do something, if there's nothing else to do, go ahead and go down, so I would go and that would upset the nurse practitioners. They didn't say anything for a while. And then they started to say things, and I tried to speak to Dr. Shake and actually did speak to Dr. Shake. I told him I think we need some clarification here because I'm happy to do whatever I'm told, but I'm hearing one thing from you and one thing from them. And he just basically said, you know, "You're here for educational purposes. It doesn't really matter. I don't care how many, you know, arterial lines you put it or whatever, you'll get plenty of those throughout your training. I want you to do whatever is educational for you." So he didn't really clarify anything.

MS. WHITLOCK: So was that ever communicated to the nurse practitioners? Because another one of the concerns that was brought forth was that you refused to do things when you're asked. You know, for instance, when there are tasks that you could assist with and if a nurse asks for you to do that, you refused.

RE: DR. JOSEPH PAPIN
Audio Transcription of Dr. Joseph Papin - 01/27/2017                     Pages 10..13

Page 10

1  You tell them, "You're not my boss."
2      DR. PAPIN: No, I mean, I've never
3  ever -- the only time I ever said that was when
4  Josh was like getting aggressive because I told
5  him, "Well, I'm going to go down to the
6  operating room." And he said, "No, you're going
7  to stay up here." And he said this in a very
8  aggressive manner. Like I'm not an aggressive
9  guy, but he was definitely very aggressive.
10 Stood up, was getting in my face. To the point
11 I had to like stand up and back away.
12     MS. WHITLOCK: So was there anyone
13 who witnessed that exchange?
14     DR. PAPIN: Yeah, Marita Walton was
15 in there. And I kind of had to --
16     MS. WHITLOCK: Who is that?
17     DR. PAPIN: She's another nurse
18 practitioner. And, you know, I kind of had to
19 back him down, like, "Listen, you need to calm
20 down. This isn't acceptable the way you're
21 approaching me."
22     And he's like -- And I'm backing up
23 because I don't want -- want any sort of
24 conflict. From that point forward, it's fine,
25 but I don't think it was fine because -- things

Page 11

1  forward -- that was the cardiac ICU, and then
2  the next month I was in cardiac thoracic
3  surgery, which is kind of an extension of that,
4  so it was kind of the same people, same players
5  and, you know, and I hear things.
6      But going back to your question about
7  declining tasks, I've heard this before, and the
8  only time I ever declined to like, "You're not
9  my boss," was when I told Josh -- he was telling
10 me, "Now, you're going to stay right here.
11 You're going to stay, and you're going to do
12 this." I said, "Respectfully, I was told
13 something by the person that I'm told is my
14 boss, Dr. Shake, and he said this, and if you
15 would like to go clarify it with him, I'm happy
16 to go with you. We can get him on the phone.
17 Whatever you want to do."
18     He said, "I don't care what Dr. Shake
19 said. This is what's going to happen."
20     I said, "You're not my boss," you
21 know, finally at that point.
22     And then he was starting to get
23 aggressive at that point. But that's the only
24 time I've ever -- and that wasn't even declining
25 a task. That was just declining being told

Page 12

1  something, you know. And I did try to seek
2  clarification on this beforehand. I had met
3  with Dr. Shake. I'm sure he would attest to
4  that too. A lot of the issues I think arose
5  that it was the first time a student -- or a
6  resident had gone through --
7      MS. WHITLOCK: Sure. I think it was.
8  So share with us, then, an incident when
9  supposedly a code was called and it was your
10 patient but you did not come to check on it.
11     DR. PAPIN: Oh, yes, ma'am. I
12 remember that very vividly. I was -- are you
13 familiar with the way codes are called?
14     MS. WHITLOCK: Uh-huh.
15     DR. PAPIN: They call them over the
16 PA, code blue, second floor. That's all they'll
17 say. So at 5 o'clock -- this is the first time
18 this has ever happened to me. At 5:00, I was
19 signing out. I signed out, and overhead it said
20 5:01 -- I remember this very vividly actually
21 because it was 5:01. It said, you know, code
22 blue, third floor. And I didn't think anything
23 of it. I mean, I was already leaving, and
24 that's not to say, you know, anything, but, you
25 know, I was walking out the door. I heard -- I

Page 13

1  heard on the overhead it said third floor, code
2  blue. I was down in the surgery lounge, which
3  is by like the McDonalds, if you're familiar
4  with that area. It was all the way on the other
5  side. But again, I didn't know it was my
6  patient at all. All I heard was the code blue,
7  and for some reason, it just didn't process. I
8  spoke with the chief resident about it
9  afterward. She talked to me. I was the one
10 that brought it up to her because one of the
11 interns had spoken to me about it. I said, you
12 know, I apologize profusely. I was just walking
13 out the door. I was -- it was an absentminded
14 mistake and never happened again. It was kind
15 of an odd -- it was exactly as you're walking
16 out the door for it to happen, but, yeah, there
17 was a code blue called. Evidently, it wasn't --
18 I mean, the patient didn't end up needing any
19 sort of lifesaving measures, which doesn't
20 mitigate anything, but I just didn't know.
21     MS. WHITLOCK: There's also a
22 perception that you're always in a hurry to
23 leave. So tell me about what a typical day is
24 like for you if your hours are extended or if
25 when you've done so many things you are free to

844.533.DEPO

Papin-034

Page 14

1  go. How does that work?
2         DR. PAPIN: Like what the normal
3  rules are? Yeah, the schedule is you're
4  supposed to show up at 6:00 a.m., but really you
5  have to be there beforehand. You can't show up
6  at 6:00, you know. Generally at 6:00 a.m., get
7  there at 5:30 generally, and then depending on
8  the rotation, you're either done at 5:00 or 6:00
9  p.m. And, you know, when the work is done,
10  you're able to leave and sign out as long as
11  it's after 5:00 or 6:00 p.m., depending on the
12  rotation that you're on. I mean, I'd never say
13  that I've -- that I'm in a hurry to leave. And
14  actually this is the first I have ever heard --
15         MS. WHITLOCK: So no one has ever
16  said anything to you about that?
17         DR. PAPIN: No, ma'am. Never
18  actually. This is kind of like a pattern -- I'm
19  not trying to -- because I'll speak to Dr. Earl
20  because I generally want to get better. I'm
21  happy to be here. I'm thrilled to be a resident
22  here. And I'll tell him, I'll say, "Dr. Earl,
23  you know, I feel like some of the things just
24  doesn't make sense that somebody would, rather
25  than speak to me directly, go over their own

Page 15

1  head and speak to you and then you don't really
2  know the story and you tell me, and, you know, I
3  would just appreciate feedback." He'll say,
4  "Listen, Joe, the nature of feedback in surgery
5  is a sign in the operating room where you've
6  messed something up or, you know, somebody
7  doesn't ask you a question anymore after you
8  messed something up. Or it's really nonverbal."
9  And, you know, I didn't say anything to him, but
10  it just doesn't really make sense. I'm
11  genuinely wanting to get better. I don't
12  understand why there's this pattern of going to
13  him and then whether he decides to tell me or,
14  you know, or go to the GME now or whatever, you
15  know. Like, for example, we met right before
16  (inaudible), Dr. Earl and I. He didn't mention
17  that he was going to be going to HR or anything
18  like that. I mean, we had plenty of time to
19  speak. He didn't mention a lot of these
20  concerns actually with me. And I would have
21  been happy to address them.
22         MS. WHITLOCK: He expressed to us
23  that he did meet with you and that he shared
24  because he has been given instances of various
25  things. So tell me about you leaving during

Page 16

1  your regular workday to tell people you're going
2  to exercise, that you're going --
3         DR. PAPIN: Right. Right. So that
4  -- that happened one time. And I had a
5  conversation here. I asked my chief resident, I
6  said, "It's really a slow day." I'm
7  paraphrasing. "It's been a slow day. Do you
8  think it's okay to take my pager and go for a
9  run around the campus, around here?" She said,
10  "Yeah, just bring your pager. You'll be fine to
11  go."
12         So I went for 15 minutes and came
13  back; didn't miss a thing. Dr. Earl kept
14  bringing that up. I told them in my action
15  plan, which is written, I told them everything.
16  You know, other residents have been allowed to
17  go. I'm not -- I'm not -- I just thought that
18  that was kind of an okay thing, and evidently it
19  is with more seniority, so I kind of learned the
20  system. But I had permission and I had the
21  written conversation here, which if you'd like
22  to see it, I can bring it out.
23         MS. WHITLOCK: Well, and these things
24  -- all of these things equal up to being
25  important, but some of those greater concerns

Page 17

1  that have been shared with us have to do with
2  patient safety.
3         DR. PAPIN: Yes, ma'am.
4         MS. WHITLOCK: And so there was one
5  incident where the patients are supposed to be
6  checked and you had indicated that you had seen
7  this patient, but this patient had a stage four
8  decubitus wound and you never mentioned that.
9  Do you recall that situation?
10         DR. PAPIN: I -- I'm not 100 percent
11  sure because this was never communicated to me.
12  So Dr. Earl told me, "You said you had seen a
13  patient and you didn't and it resulted in direct
14  patient harm." But he didn't tell me who the
15  patient was, what the direct harm was to the
16  patient.
17         MS. WHITLOCK: Well, the version we
18  got was after someone else discovered the wound,
19  then you said, "Oh, yeah, that patient does have
20  a wound." But the premise is that with it being
21  stage four, you should have seen it. That would
22  not have occurred over a period of a day or two.
23  That's something that would occur for a long
24  time.
25         DR. PAPIN: Right. Right. No,

Page 18

1  you're right.  And, I mean, if it's -- like I
2  said, I can't comment because I don't know
3  exactly which patient this is.  I have a good
4  idea who I think it is, and they have been seen
5  by the wound nurse and being seen and the
6  pictures had been taken, and, I mean, so it
7  wasn't just me saying that.  I mean, I think it
8  was more of a gap in knowledge than -- you know,
9  it didn't look like floridly terrible or
10 anything like that because if it is the patient
11 that I'm talking about, the wound ostomy -- this
12 is the day before I went on Christmas vacation,
13 and the wound ostomy nurse put in the note that
14 day, and I had seen it too.  And I didn't
15 think --
16      MS. WHITLOCK:  But you had not -- but
17 you had not voiced that it was there and
18 supposedly you had been seeing that patient.
19      DR. PAPIN:  Oh, I had been.  So we
20 alternate.  I'm not the only resident, so I
21 mean, there was me, there was Willbrook, and
22 there were nurse practitioners that alternated
23 every day, so I wasn't the only person seeing
24 this patient.  And, yeah, I seen it and I didn't
25 think it was that -- it was that bad, so, I

Page 19

1  mean, it was an issue of knowledge, I think,
2  maybe.  I think stage four sounds bad, but when
3  you -- when I was looking at it, I just didn't
4  think it was that bad.
5       MS. WHITLOCK:  That's bad.
6       DR. PAPIN:  She asked me, she said,
7  "Oh, yeah, it doesn't look that bad."  The wound
8  ostomy nurse dropped in a note.  The wound
9  ostomy nurse didn't mention anything about
10 needing any sort of surgical intervention.
11      MS. WHITLOCK:  Yeah, well, the
12 version that we got was that there was.
13      DR. PAPIN:  He eventually -- he
14 eventually needed debridement.
15      MS. WHITLOCK:  Yes.
16      DR. PAPIN:  But I'm saying like the
17 specialist -- these wound nurses are the ones
18 who specialize in that.  I can probably -- if
19 he's still at the hospital, I guess I can pull
20 it up.  December 23rd -- if it is him.  The 23rd
21 where she wrote her notes and recommendations,
22 took pictures, documented everything.  So, I
23 mean, you know, I think I just didn't recognize
24 that it was that bad.
25      MS. WHITLOCK:  Uh-huh.

Page 20

1       DR. PAPIN:  But also at the same
2  time, I kind of had backup with the specialist
3  in those types of wounds, so but, again, this
4  wasn't communicated to me, and, you know, like I
5  said, you know, I take full responsibility.  I
6  should have had the knowledge and I should have
7  really explored it better, you know, but that
8  wasn't for a lack -- that wasn't for me not
9  caring or seeing the patient, but I don't know.
10 I mean, from your point of view, I know you
11 can't comment, but there's these things -- like
12 Dr. Earl, it's difficult to improve.  And I've
13 asked him for feedback, and he mentions this all
14 the time, "All you do is ask for feedback."
15 Well, you know, sometimes I feel like I get
16 jumped with these things.  I want to do well in
17 this program, and the first I'm hearing of this
18 is from you.  He told me -- what he told me was,
19 "You didn't see patients, you didn't do an exam,
20 it doesn't matter who the patient was, it
21 doesn't matter who said it, and it resulted in
22 direct patient harm, and it doesn't matter what
23 the direct harm was."  But it does.  If I'm
24 responsible for something happening to somebody,
25 I would really want to know so it never happens

Page 21

1  again, but the nature -- the nature of our
2  interactions, I can't quite -- there isn't any
3  question wanting to know to get better, but he
4  feels that I'm questioning him.  I think that's
5  kind of impairing a lot.
6       MS. WHITLOCK:  Well, another concern
7  is that you indicate that you've gone on rounds
8  when you actually haven't seen the patient.
9       DR. PAPIN:  Right.  He mentioned
10 that, and I still don't know what he's referring
11 to because I categorically deny ever saying I've
12 seen a patient and not seeing a patient.
13      MS. WHITLOCK:  And what about
14 charting, including all of the notes on
15 patients?  There's also a concern that you don't
16 do that, but you indicate you have, so there's a
17 lack of trust in your truthfulness.
18      DR. PAPIN:  That I -- that I've
19 written a note?
20      MS. WHITLOCK:  Yes.
21      DR. PAPIN:  That's brand new to me.
22      MS. WHITLOCK:  So have you never been
23 told -- you didn't write notes on these patients
24 who were assigned to you?
25      DR. PAPIN:  That's right.  I've never

Page 22

1  been told that.
2       MS. WHITLOCK:  So you've never been
3  sent to the education administrator's office to
4  take care of some notes that were missing?
5  Renee Green, you've never been sent to her
6  office?
7       DR. PAPIN:  No.  She -- I mean, I had
8  to go to her office, but we log cases, so when
9  you go through a surgery program, when you go
10 through a case, you're supposed to log them.
11      MS. WHITLOCK:  And that's -- perhaps
12 that's what I'm referring to.
13      DR. PAPIN:  Oh, okay, yeah, but
14 that's not like a patient logging -- but that's
15 not for documentation purposes for the patient.
16 That's for documentation purposes for my own
17 training.
18      MS. WHITLOCK:  Are you supposed to do
19 that at a specific interval?
20      DR. PAPIN:  More frequently than I
21 had been, but that isn't like on the patient
22 side.  That's just for me to show, okay, I've
23 done a hundred cases this year, for example.
24      MS. WHITLOCK:  But had you indicated
25 that you had done them, that you had logged on?

Page 23

1       DR. PAPIN:  No.  No.  She said -- I
2  mean, they can tell.  They have access to the
3  system, so they can see, okay, you're falling
4  behind.  Is this how many you have actually
5  done?  I would say no.  You need to do them.
6  Okay.  I'll go ahead and do them, and I just
7  forgot.  She called me -- I wasn't the only
8  resident that this happened to.
9       MS. WHITLOCK:  So why do you think
10 these multiple concerns are being brought
11 forward?
12      DR. PAPIN:  Well, I mean, there's --
13 I guess there's a concern that I'm not, you
14 know, up to par as a resident, and that's -- and
15 I can tell you honestly that I do want to
16 improve.  I do --
17      MS. WHITLOCK:  So what do you think
18 it would take for them to regain trust in --
19 there's no question about the potential in the
20 ability, the capacity that you have, but there
21 is concern that the motivation is not there, the
22 truthfulness is not there.  It's almost like a
23 cavalier-type attitude that, well, that's not my
24 patient.  Or, yeah, I did that, but then they go
25 back and check their records and they find that

Page 24

1  there's something missing.  So what do you think
2  needs to be done in terms of support for you so
3  they can feel assured that this person should be
4  in this program, this person will make a fine
5  surgeon, and this person is doing everything
6  that he possibly can so we can help him?  What
7  do you think that would take?
8       DR. PAPIN:  Well, I mean, I've
9  expressed to them, you know -- I've never lied
10 about patient care.  That's something that I
11 have never, ever, ever, ever lied about patient
12 care.  So, I mean, I don't know exactly what
13 more I can do for them other than just to
14 meticulously document everything, you know.  But
15 even then -- you know, so when it comes to that,
16 I mean, this is all -- the lying thing, I mean,
17 if you will, the action part -- the document he
18 sent to me where what he's requesting
19 (inaudible).  The lying thing -- and I wrote
20 that on my action plan as well.  I've never lied
21 anything to do with patient care.  And it seems
22 to me -- I mean, honestly, I want to be here.  I
23 want to succeed as a resident.  I mean, I put
24 nine years of work, hundreds of thousands of
25 dollars into this.  I don't know how, you know,

Page 25

1  much more I can express that I want to do this.
2  You know, I've got medical school debt, if for
3  no other reason, right?  But, I mean, I want to
4  be a surgeon.  I want to do this.  I'm happy to
5  wake up every day.
6       But to be honest with you, I mean, I
7  feel like a lot of the time I developed this
8  reputation early of being cavalier.  I don't
9  know where that's come from because I get all my
10 work done.  I mean, I've never -- like things
11 just come up and they don't come up from the
12 people directly.  They just come up -- like, you
13 know, you're giving me the information I didn't
14 chart or something like that, but you weren't in
15 the situation, and that's what it is, it's
16 difficult for me to improve on -- without
17 knowing exactly what happened, and that's not a
18 fault to you.  I mean, it's just not firsthand
19 information.  So for me to succeed, I mean, if
20 someone has an issue -- I've told this to Dr.
21 Earl's office too -- please tell me.  I want to
22 improve.
23      MS. WHITLOCK:  So you have been here
24 since July?
25      DR. PAPIN:  Yes, ma'am.

Page 26

1   MS. WHITLOCK: What kind of formal
2 feedback do you get? You're going to be here
3 four years or five years?
4   DR. PAPIN: Five total years.
5   MS. WHITLOCK: Five total years.
6   DR. PAPIN: Yes, ma'am.
7   MS. WHITLOCK: So during that period,
8 is there some kind of formal testing that you
9 have to go through, some kind of exams or do you
10 periodically get feedback from your program
11 director or someone else in the program?
12   DR. PAPIN: Yes, there's semiannual
13 feedback.
14   MS. WHITLOCK: Have you got any of
15 that yet?
16   DR. PAPIN: Yes, I had one with
17 Dr. Earl before. So those are formal. Those
18 are scheduled. Everybody gets those. And then
19 he's had a few where he's called me in about --
20   MS. WHITLOCK: What's been the nature
21 of those and what do they evaluate you on?
22   DR. PAPIN: Just a whole bunch of
23 medical knowledge, patient care,
24 professionalism. There's been a few others, but
25 I'm just forgetting it. But he is -- the past

Page 27

1 few have been concerns with professionalism.
2 It's not like --
3   MS. WHITLOCK: And what did those
4 involve?
5   DR. PAPIN: Just the nature of my
6 demeanor with nurses generally. And I've tried
7 to improve that, you know, just trying to be --
8 like at the end of the day when you're answering
9 your 150th page -- I mean, I feel like I'm not
10 rude, but there's definitely room for
11 improvement. So I try to notice -- you just
12 notice, okay, they don't know that you've just
13 answered 150 pages or whatever, so just try to
14 be extra polite and everything like that, and,
15 you know, and again, not to deny anything at
16 all, but I think the cultural thing, I think.
17 Like I've been told a few times, "Oh, you're a
18 Yankee or you're a northerner."
19   MS. WHITLOCK: A northerner is not
20 exactly --
21   DR. PAPIN: Well, no. Exactly.
22   MS. TRAXLER: Didn't you say
23 Michigan?
24   DR. PAPIN: Well, I mean, only
25 medical school.

Page 28

1   MS. TRAXLER: Because I'm from
2 Illinois, so, I mean, I get what you're saying.
3 I'm adjusting to, you know, first of all, don't
4 get into it until you've said, "Hi, how are you
5 doing?"
6   DR. PAPIN: Exactly. Yes. Yes.
7 Yes. So I've had to learn to, you know, like,
8 "Oh, hey, would you mind grabbing this? Hey,
9 how are you doing?" Things like -- the
10 pleasantries that you have to add in that I'm
11 just not used to. There's a component of that.
12 I've been working hard to add that in. And it
13 seems simple, but it's like a complete change to
14 my every interaction with everybody. But I'm
15 happy to do it. I want to succeed here.
16   But generally was my demeanor, and I
17 mean, I'll tell you never in my life have I ever
18 had -- I've never had a problem with interacting
19 with people. I've never -- can pull up all my
20 medical school evaluations, they're all here.
21 My professionalism was always great. And that's
22 not to say that I'm not having problems here.
23 You know, because there are certainly things --
24 okay. Like I said, I think I came in and what
25 started like first the military. I came in like

Page 29

1 a first lieutenant, you know, a commissioned
2 officer essentially, but I had no experience.
3 And then all the noncommissioned officers, kind
4 of like the nurse practitioners, where they're
5 on the front line seeing everything, taking care
6 of patients, I think I might not have given them
7 the respect that they should have been given to
8 begin with, and that was kind of what set off
9 the cascade. And, again, that's not to say that
10 I --
11   MS. WHITLOCK: So how many rotations
12 have you been on?
13   DR. PAPIN: Every month is one, so
14 six.
15   MS. WHITLOCK: So you've basically
16 been with a different group of people every
17 month?
18   DR. PAPIN: Right. And what's
19 telling, and I feel like I'm giving off the
20 impression that I'm kind of denying things, and
21 I'm not, but whenever I'm on -- like I was at
22 the Veterans Administration, I had great
23 evaluations and interactions, you know, and it's
24 a separate entity from the hospital. Or, you
25 know, so like when I'm kind of away, it's fine.

Page 30

1  It's not me. I just think -- oh, and I know --
2  and I've seen it, like the reputations can get
3  around and people talk --
4         MS. WHITLOCK: People talk.
5         DR. PAPIN: Exactly. So, you know,
6  I'm having a little bit trouble escaping it to
7  be honest. Like I said, I never had an
8  interaction with somebody -- I mean, this is 99
9  percent of the complaints that I hear from Dr.
10 (Inaudible) hear them from essentially is my
11 demeanor, I'm kind of short or I mean, he's not
12 given me much more information other than I need
13 to be more professional. And I'm working on
14 that, but, you know, it would just be really
15 helpful if I had more specific feedback.
16 Because I'm not denying it, but I'm talking to
17 you like I normally talk to people. I don't --
18 I don't -- I feel like I'm friendly and I get
19 along with most people, and all of a sudden,
20 just complaints come out of nowhere. Like I
21 was --
22        MS. WHITLOCK: So when this feedback
23 is given to you, are you ever given the
24 specifics of which patient it was or which nurse
25 practitioner or what day or when these things

Page 31

1  occurred?
2         DR. PAPIN: Never, ever am I ever
3  given that. And Dr. Earl -- and this is kind of
4  a cultural thing with surgery. With surgery,
5  it's kind of you're told something and it's more
6  militaristic in that regard. If you're told
7  something, that's gospel. You don't question
8  it. You don't say anything. You know, whatever
9  they tell you is what it is. And I think in
10 this case -- and there's a lot -- I mean, Dr.
11 Earl is the first to say it, there's a large
12 movement to change that because feedback is
13 important. It's how you become better. I mean,
14 a sign in the operating room, okay, I messed up,
15 but what specifically.
16        MS. WHITLOCK: But what did I do?
17        DR. PAPIN: Yeah, exactly. And
18 that's Dr. Earl's view on it. He said, I don't
19 want that to change, and I haven't said anything
20 to him about that, but I think it's just
21 fundamentally wrong.
22        And, you know, like knowing, for
23 example -- like the example you said, the
24 decubitus ulcer, I didn't know who the patient
25 was he was talking about. I didn't know if he

Page 32

1  told me you didn't see a patient and you said
2  you had and it resulted in direct patient harm,
3  but he wouldn't tell me who the patient was, who
4  said I had seen the patient, what the harm was
5  or anything like that. It's not for the
6  purposes of dispute. I want to know so I can
7  get better. I don't want anybody getting sick
8  or getting harmed on my watch when it was
9  something that was preventable. So, you know,
10 this is -- I take full responsibility for that,
11 but I would just really, really -- I think it's
12 really helpful to get feedback and be told
13 things.
14        And then in terms of -- maybe you can
15 help me, the HR specialist. I don't know how I
16 can turn this around because I go out of my way,
17 I'm very polite now, especially since I was back
18 after break, go out of my way and try to be very
19 polite. Hey, how are you doing? How can I help
20 you? No, I have this patient, you know. I felt
21 like the interactions were better. I don't know
22 if there were new complaints or anything like
23 that, but --
24        MS. WHITLOCK: During your time in
25 medical school, I'm sure that once you got

Page 33

1  through all of the theory, when you started
2  doing the practical applications of it, were
3  there any similar situations where you actually
4  were involved in patient care and there were
5  things you were taught to do? So how did all of
6  that go for you?
7         DR. PAPIN: Oh, we were -- so, yeah,
8  the first two years of medical schools are your
9  preclinical years. You just sit in a classroom.
10 It's just kind of like college, just on
11 steroids, I guess. And then you go into your
12 clinical years. Then in your fourth year, I
13 never had a single problem with a patient
14 interaction with attendings. They grade you on
15 the spectrum and professionalism is one of them,
16 one to nine. Nine was like attending level.
17 Eight was a senior resident level. I was always
18 at the six or seven level. I think they
19 actually have most of my evaluations from -- in
20 the program, so they know. I've never had a
21 problem with professionalism. That's not to say
22 I'm not having a problem now, but I try to be
23 nice. I try to be extra nice, courteous and go
24 out of my way, and I just -- sometimes I feel
25 like I'm playing a non-winnable game and I

**Page 34**

really want to win it. So I don't know exactly what to do, and again, not to put any blame on Dr. Earl, but I'm not getting any help from him. He'll just tell you, "You need to improve," you know. I feel like I'm not stupid, but I don't exactly know what more I can possibly do. And I'm really trying.

Maybe what I've implemented is the right solution. Maybe from this point forward, it won't happen, but, I mean, if it ever happened again, I don't know like exactly -- you know, it's easy when someone says, Okay, you did this, and this is what happened. Okay. Now I remember what that was. Okay. So that's when I was being a jerk. I was too curt or something like that. Now I know to never to do that again. So I really do want to improve. It's not that I don't care. I'm only six months into the internship. I don't feel anybody can be that jaded. I really do care. I want to be here. I want to improve.

MS. WHITLOCK: Okay. Brenda, do you have any questions?

MS. TRAXLER: No, I don't think so.

MS. WHITLOCK: Okay. Well, as I

**Page 35**

said, we consider this a fact-finding session. Any time concerns are brought to us, we do talk with the people involved. And then what we do is provide a summary and give that to whomever has asked us to do the investigation. And then what we do is summarize everything and make recommendations. And then whatever the ultimate outcome is, it's left up to the department. But this is a very confidential thing, and so we keep it confidential, and we ask that you do the same.

DR. PAPIN: Yes, ma'am.

MS. WHITLOCK: Okay. Do you have any other questions of us?

DR. PAPIN: I don't know it needs to be on record, what are the general -- what happens from now on?

MS. WHITLOCK: It just depends. It just depends. It depends on what -- I'm not -- I'm not familiar enough with the hierarchy in the GME office, but I would imagine it would depend on Dr. Earl and Dr. Barr, whether they determine that, yeah, he can continue in the program. It would have to be their decision, so I would imagine that they would look at all of

**Page 36**

the possible ramifications and then they would come up with whatever they felt was best for you, as well as UMMC. But they would get back in touch with you. We would not.

DR. PAPIN: Okay.

MS. WHITLOCK: Yeah.

**Page 37**

CERTIFICATE OF COURT REPORTER

I, BECKY LYNN LOGAN, Court Reporter and Notary Public, in and for the County of Rankin, State of Mississippi, hereby certify that the foregoing pages contain a true and correct transcription of the testimony of the witness, to the best of my skill and ability.

I further certify that I am not in the employ, or related to, any counsel or party in this matter, and have no interest, monetary or otherwise, in the final outcome of the proceedings.

Witness my signature and seal, this the 28th day of June, 2017.

_____
BECKY LYNN LOGAN, RPR, CCR #1750

MY COMMISSION EXPIRES: November 28th, 2017

RE: DR. JOSEPH PAPIN
Audio Transcription of Dr. Joseph Papin - 01/27/2017                                     Index: #1750..called

**#**

**#1750** 37:20

**1**

**100** 17:10
**15** 16:12
**150** 27:13
**150th** 27:9
**1st** 3:1

**2**

**2017** 2:2 37:15,24
**23rd** 19:20
**27th** 2:2
**28** 6:14
**28th** 37:15,24

**4**

**4:10** 2:2

**5**

**5** 12:17
**5:00** 12:18 14:8,11
**5:01** 12:20,21
**5:30** 14:7

**6**

**6:00** 14:4,6,8,11

**9**

**99** 30:8

**A**

**a.m.** 14:4,6
**ability** 23:20 37:8
**absent** 3:21
**absentminded** 13:13
**acceptable** 4:8 10:20
**access** 23:2
**acclamation** 7:25
**action** 16:14 24:17, 20
**actions** 2:19
**add** 28:10,12
**address** 15:21
**adjusting** 28:3
**Administration** 29:22
**administrator's** 22:3
**advanced** 6:22
**affording** 7:4
**afterward** 13:9
**aggressive** 3:14 4:4 10:4,8,9 11:23
**ahead** 4:1 9:3 23:6
**alive** 6:13
**allowed** 16:16

**alternate** 18:20
**alternated** 18:22
**anger** 4:16
**answering** 27:8
**anymore** 15:7
**apologize** 13:12
**apologized** 4:14
**applications** 33:2
**appoint** 8:2
**approachable** 6:15
**approaching** 10:21
**area** 13:4
**arose** 12:4
**arterial** 9:14
**asks** 9:25
**assigned** 21:24
**assist** 9:24
**assured** 24:3
**attending** 3:16,18, 22 8:13 33:16
**attendings** 33:14
**attest** 12:3
**attitude** 23:23

**B**

**back** 7:9,10 10:11, 19 11:6 16:13 23:25 32:17 36:3
**backing** 10:22
**backup** 20:2
**bad** 18:25 19:2,4,5, 7,24

**Barr** 2:16 35:22
**basically** 9:12 29:15
**basis** 8:5,17
**BECKY** 37:2,20
**begin** 29:8
**beginning** 3:10 8:6, 12
**behavior** 6:8,10
**belittled** 4:23
**bit** 3:9 5:18 30:6
**blame** 34:2
**blue** 12:16,22 13:2, 6,17
**boss** 3:19 7:8 9:1 10:1 11:9,14,20
**brand** 8:21 21:21
**Brasfield** 2:15
**break** 32:18
**Brenda** 2:4 34:22
**briefly** 8:7
**bring** 16:10,22
**bringing** 16:14
**brought** 9:22 13:10 23:10 35:2
**bunch** 26:22
**business** 2:13

**C**

**call** 12:15
**called** 12:9,13 13:17 23:7 26:19

844.533.DEPO

Papin-041

**calm** 10:19

**calmed** 4:9

**campus** 16:9

**capacity** 23:20

**cardiac** 11:1,2

**care** 9:14 11:18 22:4 24:10,12,21 26:23 29:5 33:4 34:18,20

**caring** 20:9

**cascade** 29:9

**case** 22:10 31:10

**case-by-case** 8:5, 17

**cases** 22:8,23

**categorically** 21:11

**cavalier** 25:8

**cavalier-type** 23:23

**CCR** 37:20

**CERTIFICATE** 37:1

**certify** 37:5,9

**change** 28:13 31:12,19

**chart** 25:14

**charting** 21:14

**check** 12:10 23:25

**checked** 17:6

**chief** 4:10 8:15 13:8 16:5

**Christmas** 18:12

**clarification** 9:9 12:2

**clarify** 9:18 11:15

**classroom** 33:9

**clinical** 33:12

**code** 12:9,16,21 13:1,6,17

**codes** 12:13

**college** 33:10

**comment** 18:2 20:11

**COMMISSION** 37:24

**commissioned** 7:22 29:1

**communicated** 9:20 17:11 20:4

**complaints** 5:4 30:9,20 32:22

**complete** 28:13

**completely** 5:5

**component** 28:11

**concern** 21:6,15 23:13,21

**concerns** 2:18 9:21 15:20 16:25 23:10 27:1 35:2

**condescending** 7:11

**confidential** 35:9, 10

**conflict** 10:24

**continue** 35:23

**controlling** 4:16

**conversation** 16:5, 21

**correct** 37:6

**counsel** 37:10

**County** 37:4

**Court** 37:1,2

**courteous** 33:23

**critical** 6:20

**cultural** 5:8 27:16 31:4

**cursed** 4:22

**curt** 5:6 34:15

---

**D**

**David** 3:13

**day** 4:3,11,14 13:23 16:6,7 17:22 18:12, 14,23 25:5 27:8 30:25 37:15

**debridement** 19:14

**debt** 25:2

**December** 19:20

**decides** 15:13

**decision** 35:24

**declined** 11:8

**declining** 11:7,24, 25

**decubitus** 17:8 31:24

**deem** 5:1

**deep** 5:9,10

**demeanor** 27:6 28:16 30:11

**deny** 21:11 27:15

**denying** 29:20 30:16

**department** 35:8

**depend** 35:22

**depending** 14:7,11

**depends** 35:18,19

**determine** 35:23

**developed** 25:7

**differences** 5:8

**difficult** 20:12 25:16

**direct** 17:13,15 20:22,23 32:2

**directly** 6:5,6 14:25 25:12

**director** 2:15 26:11

**disconnect** 6:12 7:2

**discovered** 17:18

**dispute** 32:6

**document** 24:14,17

**documentation** 22:15,16

**documented** 19:22

**dollars** 24:25

**door** 12:25 13:13, 16

**dropped** 19:8

**drug** 6:9

---

**E**

**Earl** 2:16,17 4:11 5:24 6:4 14:19,22 15:16 16:13 17:12 20:12 26:17 31:3, 11 34:3 35:22

**Earl's** 25:21 31:18
**early** 25:8
**earned** 7:5
**easy** 34:12
**education** 2:14 7:1 22:3
**educational** 3:23 9:13,17
**employ** 37:10
**end** 13:18 27:8
**entity** 29:24
**environment** 6:18
**equal** 16:24
**erratic** 6:8,10
**escaping** 30:6
**essentially** 29:2 30:10
**evaluate** 26:21
**evaluations** 28:20 29:23 33:19
**eventually** 19:13, 14
**evidently** 13:17 16:18
**exam** 20:19
**exams** 26:9
**exchange** 10:13
**exercise** 16:2
**experience** 3:23 8:10 29:2
**EXPIRES** 37:24
**explored** 20:7
**express** 25:1

**expressed** 15:22 24:9
**extended** 13:24
**extension** 11:3
**extra** 5:19 27:14 33:23

### F

**face** 4:6,8 10:10
**fact-finding** 2:10 35:1
**falling** 23:3
**familiar** 12:13 13:3 35:20
**fault** 25:18
**feedback** 2:23 6:5 15:3,4 20:13,14 26:2,10,13 30:15, 22 31:12 32:12
**feel** 4:19 6:15,24 7:3,4,8 14:23 20:15 24:3 25:7 27:9 29:19 30:18 33:24 34:5,19
**feels** 21:4
**felt** 5:3,22 32:20 36:2
**final** 37:12
**finally** 4:9 11:21
**find** 23:25
**fine** 3:17 10:24,25 16:10 24:4 29:25
**first-year** 3:1,2
**firsthand** 25:18

**floor** 12:16,22 13:1
**Florida** 5:14
**floridly** 18:9
**foregoing** 37:5
**forgetting** 26:25
**forgot** 23:7
**formal** 26:1,8,17
**forward** 10:24 11:1 23:11 34:9
**fourth** 33:12
**free** 13:25
**frequently** 22:20
**Friday** 2:1
**friendly** 30:18
**front** 29:5
**full** 20:5 32:10
**fundamentally** 31:21

### G

**game** 33:25
**gap** 18:8
**general** 35:16
**generally** 14:6,7,20 27:6 28:16
**genuinely** 15:11
**get all** 25:9
**give** 2:12,21 35:4
**giving** 25:13 29:19
**GME** 15:14 35:21
**good** 18:3
**gospel** 9:1 31:7

**grabbing** 28:8
**grade** 33:14
**graduate** 2:14
**great** 28:21 29:22
**greater** 16:25
**Green** 22:5
**group** 2:16 29:16
**guess** 3:20 5:21 19:19 23:13 33:11
**guy** 6:16 10:9

### H

**happen** 11:19 13:16 34:10
**happened** 3:12 7:18 12:18 13:14 16:4 23:8 25:17 34:11,13
**happening** 20:24
**happy** 9:9 11:15 14:21 15:21 25:4 28:15
**hard** 28:12
**harm** 17:14,15 20:22,23 32:2,4
**harmed** 32:8
**He'll** 15:3 34:4
**head** 15:1
**hear** 5:24,25 6:4 11:5 30:9,10
**heard** 6:6 7:13 11:7 12:25 13:1,6 14:14
**hearing** 9:10 20:17
**helpful** 3:25 30:15

32:12
**hey** 6:2 28:8 32:19
**hierarchy** 7:19 35:20
**honest** 25:6 30:7
**honestly** 23:15 24:22
**hospital** 19:19 29:24
**hours** 13:24
**house** 7:3,7
**HR** 2:13 15:17 32:15
**hundred** 22:23
**hundreds** 24:24
**hurry** 13:22 14:13

**I**

**ICU** 11:1
**idea** 18:4
**Illinois** 28:2
**imagine** 35:21,25
**impairing** 21:5
**implemented** 34:8
**important** 16:25 31:13
**impression** 29:20
**improve** 20:12 23:16 25:16,22 27:7 34:4,17,21
**improvement** 27:11
**inappropriate** 5:2

**inaudible** 4:15 8:8 15:16 24:19 30:10
**incident** 12:8 17:5
**including** 21:14
**information** 2:12 25:13,19 30:12
**innocent** 5:5
**instance** 9:23
**instances** 6:20 15:24
**institution** 6:18
**interacting** 28:18
**interaction** 2:23 4:25 5:23 28:14 30:8 33:14
**interactions** 2:18 3:4 4:20 8:8 21:2 29:23 32:21
**interest** 37:11
**intern** 3:2,24
**interns** 13:11
**internship** 34:19
**interval** 22:19
**intervention** 19:10
**investigation** 35:5
**involve** 27:4
**involved** 33:4 35:3
**issue** 8:18 19:1 25:20
**issues** 8:14,15,22 12:4

**J**

**jaded** 4:20 34:20
**January** 2:2
**jerk** 5:21 6:3 34:15
**Joe** 15:4
**Joseph** 2:6
**Josh** 3:13 4:3,13 10:4 11:9
**July** 3:1 25:24
**jumped** 20:16
**June** 37:15

**K**

**kind** 2:23 3:14 4:20 5:7 7:20,23,24 8:4, 22 10:15,18 11:3,4 13:14 14:18 16:18, 19 20:2 21:5 26:1, 8,9 29:3,8,20,25 30:11 31:3,5 33:10
**knowing** 25:17 31:22
**knowledge** 3:18 18:8 19:1 20:6 26:23

**L**

**lack** 20:8 21:17
**large** 8:10 31:11
**learn** 5:15 28:7
**learned** 16:19
**leave** 13:23 14:10, 13

**leaving** 12:23 15:25
**left** 35:8
**level** 33:16,17,18
**lied** 24:9,11,20
**lieutenant** 7:21 29:1
**life** 6:9 28:17
**lifesaving** 13:19
**lines** 9:14
**Listen** 4:7 10:19 15:4
**log** 22:8,10
**LOGAN** 37:2,20
**logged** 22:25
**logging** 22:14
**long** 2:21 14:10 17:23
**lot** 6:11 12:4 15:19 21:5 25:7 31:10
**lounge** 13:2
**love** 5:10
**lying** 24:16,19
**LYNN** 37:2,20

**M**

**mad** 4:3
**make** 14:24 15:10 24:4 35:6
**manner** 10:8
**Marita** 10:14
**matter** 9:13 20:20, 21,22 37:11

**Mcdonalds** 13:3

**measures** 13:19

**medical** 2:14 5:14 6:14,21 7:18 25:2 26:23 27:25 28:20 32:25 33:8

**meet** 15:23

**mention** 15:16,19 19:9

**mentioned** 17:8 21:9

**mentions** 20:13

**messed** 15:6,8 31:14

**met** 2:16 12:2 15:15

**meticulously** 24:14

**Michigan** 5:15 27:23

**mile** 5:19

**militaristic** 31:6

**military** 7:21 28:25

**mind** 28:8

**minutes** 16:12

**missing** 22:4 24:1

**Mississippi** 5:10 37:4

**mistake** 13:14

**mitigate** 13:20

**Mollie** 2:15

**monetary** 37:11

**month** 3:10,24 11:2 29:13,17

**months** 34:18

**motivation** 23:21

**movement** 31:12

**multiple** 23:10

**N**

**nature** 3:3 15:4 21:1 26:20 27:5

**needed** 8:7 19:14

**needing** 13:18 19:10

**nice** 33:23

**non-winnable** 33:25

**noncommissioned** 29:3

**nonverbal** 15:8

**normal** 14:2

**northerner** 27:18,19

**Notary** 37:3

**note** 18:13 19:8 21:19

**notes** 19:21 21:14,23 22:4

**notice** 27:11,12

**November** 37:24

**nurse** 3:9,13 4:12 6:19,23 7:2,12 9:4, 20,25 10:17 18:5, 13,22 19:8,9 29:4 30:24

**nurses** 5:25 19:17 27:6

**O**

**occasion** 6:7

**occur** 17:23

**occurred** 17:22 31:1

**odd** 13:15

**office** 2:14 22:3,6,8 25:21 35:21

**officer** 7:22 29:2

**officers** 7:3,8 29:3

**operating** 3:15 8:25 10:6 15:5 31:14

**ordinary** 5:1

**organization** 8:10

**orientation** 7:24 8:5

**originally** 5:13

**ostomy** 18:11,13 19:8,9

**outcome** 35:8 37:12

**overhead** 12:19 13:1

**P**

**p.m.** 2:2 14:9,11

**PA** 12:16

**pager** 16:8,10

**pages** 27:13 37:5

**Papin** 2:6,9,25 3:6, 13 5:13 7:6,13,17 8:4 10:2,14,17 12:11,15 14:2,17 16:3 17:3,10,25 18:19 19:6,13,16 20:1 21:9,18,21,25 22:7,13,20 23:1,12 24:8 25:25 26:4,6, 12,16,22 27:5,21, 24 28:6 29:13,18 30:5 31:2,17 33:7 35:12,15 36:5

**par** 23:14

**paraphrasing** 16:7

**part** 6:25 24:17

**partner** 2:13

**party** 37:10

**past** 26:25

**Pat** 2:3

**patient** 12:10 13:6, 18 17:2,7,13,14,15, 16,19 18:3,10,18, 24 20:9,20,22 21:8, 12 22:14,15,21 23:24 24:10,11,21 26:23 30:24 31:24 32:1,2,3,4,20 33:4, 13

**patients** 2:19 17:5 20:19 21:15,23 29:6

**pattern** 14:18 15:12

**people** 11:4 16:1 25:12 28:19 29:16 30:3,4,17,19 35:3

**percent** 17:10 30:9

**perception** 13:22

**period** 17:22 26:7

**periodically** 26:10

**permission** 16:20

**person** 11:13 18:23 24:3,4,5
**phone** 11:16
**physician** 3:16,18
**pictures** 18:6 19:22
**plan** 16:15 24:20
**players** 11:4
**playing** 33:25
**pleasant** 5:17
**pleasantries** 5:16 28:10
**plenty** 9:15 15:18
**point** 10:10,24 11:21,23 20:10 34:9
**polite** 27:14 32:17, 19
**positive** 3:7
**possibly** 24:6 34:6
**potential** 23:19
**practical** 33:2
**practitioner** 3:14 4:12 6:19 10:18 30:25
**practitioners** 3:10 6:23 7:3,12 9:4,20 18:22 29:4
**preclinical** 33:9
**premise** 17:20
**pretty** 6:15
**preventable** 32:9
**problem** 4:17 28:18 33:13,21,22
**problems** 28:22

**proceedings** 37:13
**process** 7:24 8:2 13:7
**professional** 30:13
**professionalism** 26:24 27:1 28:21 33:15,21
**profusely** 13:12
**program** 20:17 22:9 24:4 26:10,11 33:20 35:24
**progressing** 3:8
**provide** 35:4
**Public** 37:3
**pull** 19:19 28:19
**pulled** 4:14
**purposes** 9:13 22:15,16 32:6
**put** 9:15 18:13 24:23 34:2

**Q**

**question** 11:6 15:7 21:3 23:19 31:7
**questioning** 21:4
**questions** 2:11 34:23 35:14

**R**

**raised** 4:21
**ramifications** 36:1
**Rankin** 37:4
**real** 8:9

**realize** 2:3
**reason** 13:7 25:3
**recall** 17:9
**recognize** 19:23
**recommendations** 19:21 35:7
**record** 35:16
**recorded** 2:3,5,7
**records** 23:25
**referring** 21:10 22:12
**refused** 9:22,25
**regain** 23:18
**regard** 31:6
**regular** 16:1
**related** 37:10
**remember** 12:12,20 34:14
**Renee** 22:5
**Reporter** 37:1,3
**reports** 7:9
**reputation** 25:8
**reputations** 30:2
**requesting** 24:18
**residency** 3:2
**resident** 4:10 8:16, 20 12:6 13:8 14:21 16:5 18:20 23:8,14 24:23 33:17
**residents** 6:1 16:16
**respect** 7:4 29:7
**Respectfully** 11:12

**responsibility** 6:25 20:5 32:10
**responsible** 20:24
**resulted** 17:13 20:21 32:2
**role** 6:19
**roles** 6:24
**room** 3:15 8:25 10:6 15:5 27:10 31:14
**rose** 6:7
**rotation** 8:12,20,21 14:8,12
**rotations** 29:11
**rounds** 21:7
**RPR** 37:20
**rude** 27:10
**rules** 14:3
**run** 16:9
**run-in** 3:9

**S**

**safety** 17:2
**schedule** 14:3
**scheduled** 26:18
**school** 5:14 6:15, 21 7:19 25:2 27:25 28:20 32:25
**schools** 33:8
**seal** 37:14
**seek** 12:1
**semiannual** 26:12
**senior** 33:17

**seniority** 16:19
**sense** 14:24 15:10
**separate** 29:24
**serve** 2:13
**session** 2:10 35:1
**set** 29:8
**Shake** 3:22 8:13, 18,23 9:7,8 11:14, 18 12:3
**share** 12:8
**shared** 15:23 17:1
**short** 5:7 30:11
**show** 14:4,5 22:22
**sick** 32:7
**side** 13:5 22:22
**sign** 14:10 15:5 31:14
**signature** 37:14
**signed** 12:19
**signing** 12:19
**similar** 33:3
**simple** 28:13
**single** 33:13
**sit** 33:9
**situation** 17:9 25:15
**situations** 33:3
**skill** 37:7
**slow** 16:6,7
**solicits** 6:5
**solution** 34:9
**sort** 4:24 6:12

10:23 13:19 19:10
**sounds** 19:2
**south** 5:9,11
**speak** 5:7 8:18 9:6, 7 14:19,25 15:1,19
**specialist** 19:17 20:2 32:15
**specialize** 19:18
**specific** 22:19 30:15
**specifically** 31:15
**specifics** 30:24
**spectrum** 33:15
**spoke** 4:12,13 13:8
**spoken** 13:11
**staff** 2:20
**stage** 17:7,21 19:2
**stand** 10:11
**started** 4:4,6 9:6 28:25 33:1
**starting** 11:22
**State** 37:4
**stay** 10:7 11:10,11
**stems** 6:11
**steroids** 33:11
**Stood** 10:10
**stop** 6:3
**story** 15:2
**student** 12:5
**stuff** 4:5
**stupid** 34:5
**succeed** 24:23

25:19 28:15
**sudden** 30:19
**summarize** 35:6
**summary** 35:4
**super** 3:25
**support** 24:2
**supposed** 8:1 14:4 17:5 22:10,18
**supposedly** 12:9 18:18
**surgeon** 24:5 25:4
**surgery** 3:1 11:3 13:2 15:4 22:9 31:4
**surgical** 3:2 19:10
**synopsis** 2:21
**system** 16:20 23:3

**T**

**taking** 29:5
**talk** 30:3,4,17 35:2
**talked** 13:9
**talking** 18:11 30:16 31:25
**task** 11:25
**tasks** 9:24 11:7
**taught** 33:5
**teaching** 6:18
**telling** 11:9 29:19
**tend** 7:11
**terms** 24:2 32:14
**terrible** 18:9
**tested** 6:9

**testimony** 37:6
**testing** 26:8
**theory** 33:1
**thing** 9:10,11 16:13,18 24:16,19 27:16 31:4 35:9
**things** 8:16 9:6,22 10:25 11:5 13:25 14:23 15:25 16:23, 24 20:11,16 25:10 28:9,23 29:20 30:25 32:13 33:5
**thoracic** 11:2
**thought** 16:17
**thousands** 24:24
**thrilled** 14:21
**throw** 4:5
**time** 10:3 11:8,24 12:5,17 15:18 16:4 17:24 20:2,14 25:7 32:24 35:2
**times** 4:15 27:17
**Today** 2:1
**told** 3:16 4:10,11 6:5,10,24 8:6,11 9:8,10 10:4 11:9, 12,13,25 16:14,15 17:12 20:18 21:23 22:1 25:20 27:17 31:5,6 32:1,12
**total** 26:4,5
**touch** 36:4
**training** 6:22 9:16 22:17
**transcription** 37:6
**Traxler** 2:4 27:22

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                                    Index: trouble..years

28:1 34:24
**trouble** 4:16 30:6
**true** 37:5
**trust** 21:17 23:18
**truthfulness** 21:17 23:22
**turn** 32:16
**types** 20:3
**typical** 13:23

### U

**Uh-huh** 3:5 12:14 19:25
**ulcer** 31:24
**ultimate** 35:7
**UMMC** 36:3
**understand** 2:5,7 15:12
**upset** 3:21 9:4

### V

**vacation** 18:12
**version** 17:17 19:12
**Veterans** 29:22
**view** 20:10 31:18
**vividly** 12:12,20
**voice** 4:22
**voiced** 18:17

### W

**wake** 25:5
**walking** 12:25 13:12,15
**Walton** 10:14
**wanted** 3:15
**wanting** 15:11 21:3
**watch** 32:8
**weeks** 2:17
**Whitlock** 2:1,3,8 3:5,12 5:12 6:17 7:7,15,23 9:19 10:12,16 12:7,14 13:21 14:15 15:22 16:23 17:4,17 18:16 19:5,11,15, 25 21:6,13,20,22 22:2,11,18,24 23:9, 17 25:23 26:1,5,7, 14,20 27:3,19 29:11,15 30:4,22 31:16 32:24 34:22, 25 35:13,18 36:6
**whomever** 35:4
**Willbrook** 18:21
**win** 34:1
**witnessed** 10:13
**work** 4:1 8:3 14:1,9 24:24 25:10
**workday** 16:1
**working** 28:12 30:13
**worry** 4:17
**wound** 17:8,18,20 18:5,11,13 19:7,8, 17
**wounds** 20:3
**write** 21:23
**written** 16:15,21 21:19
**wrong** 31:21
**wrote** 19:21 24:19

### Y

**Yankee** 27:18
**year** 3:8 8:6 22:23 33:12
**years** 6:14 24:24 26:3,4,5 33:8,9,12