

**JOEL DILLARD, PA**
REPRESENTING MISSISSIPPI WORKERS
joel@joeldillard.com
601-487-7369
775 N. Congress St,
Jackson, MS 39202

March 3, 2017

Education Administrator
Graduate Medical Education
Terri D.Jones
2500 North State St.
Jackson, Ms 39216
tdjones@umc.edu

Dean LouAnn Woodward, MD
2500 North State St.
Jackson, Ms 39216
Fax: 601-984-6962

Cc: Mark D. Ray, Esq.

RE: Appeal of Joseph E. Papin, IV, M.D.

Dear Dean Woodward,

I am concerned about the recent decision to terminate the residency of Dr. Papin, my client, who has been working in trauma. I write to appeal this decision as provided in the UMMC policies and procedures for the residency program.

On January 10, 2017, Dr. Papin was placed on formal remediation and given 60 days in which to demonstrate improvement. However, he was also placed on administrative leave, and given no opportunity to actually demonstrate improvement. Thereafter, on or about February 20, 2017, Dr. Papin was called back into work for the sole purpose of terminating his residency.

**EXHIBIT**

**37**

Page 1 of 2

Dr. Papin was never given an opportunity to demonstrate improvement in remediation, was never placed on probation, and was otherwise not accorded the procedural protections promised to him by the University in its published policies.[1]

Again, this letter is to serve as notice that I am representing Dr. Papin, and as his formal request to appeal the decision to terminate his residency.

Joel F. Dillard, Esq.

*[signature]*

---

[1] No adequate reason has been given for singling Dr. Papin out for treatment out of accord with policy governing resident remediation, and I am currently investigating whether other factors - including his ethnicity (hispanic), and sex (male) - may have played a role.

Papin-002

## Molly A. Brasfield

**From:**       Truman M. Earl
**Sent:**       Friday, January 13, 2017 12:49 PM
**To:**         Molly A. Brasfield
**Subject:**    FW: Meeting with Joe Papin Today

**Categories:**   To Do

Mark

**From:** Truman M. Earl
**Sent:** Tuesday, December 20, 2016 3:39 PM
**To:** Renee Greene <rgreene@umc.edu>
**Cc:** Truman M. Earl <tearl@umc.edu>
**Subject:** Meeting with Joe Papin Today

Renee

At our meeting with Joe today we discussed the recurring issues of professionalism that have been present through much of the first 6 months of his residency. These are well documented in his evaluations and I have gotten feedback from nurses, co-residents, and staff regarding his behavior. Specific examples of this behavior are:

1) Unwillingness to help with tasks
2) Leaving the hospital during duty hours (to exercise)
3) Condescending tone to nurses and fellow residents
4) Leaving clinics without telling anyone
5) Poor inter-professional communication

I have addressed each of these issues with Joe and it seems to not be improving despite meeting with him several times. I have explicitly instructed him that I must see improvement in his professional behavior as manifest through faculty and resident evaluations. Additionally, I told him I would be soliciting feedback regarding his performance from nurses, residents and faculty. He voiced understanding that he must treat everyone with respect, communicate with his colleagues and he must get permission to leave work during duty hours.

**Truman M. Earl, MD, FACS**
Associate Professor of Surgery
Division of Transplant and Hepatobiliary Surgery
Program Director, General Surgery Residency
University of Mississippi Medical Center
2500 North State Street
Jackson, MS 39216
☎: 601-815-3141 / 601-815-7869 (direct) | 🖷: 601-985-2962 | ✉: tearl@umc.edu

1

Papin-003

 **University Transplant**

**Truman M. Earl, MD MSCI**
*Associate Professor of Surgery*
*Division of Transplant and Hepatobiliary Surgery*
*Program Director, General Surgery Residency*

February 22, 2017

Re: Joseph Papin

To who it may concern:

Joseph Papin MD was a surgical resident from July 1, 2016 – February 22, 2017.  On January 11 2017 he was placed on administrative leave due to ongoing reports of unacceptable performance within the domains of professionalism, systems based practice, and practice based learning and improvement.  The concerns and documentation were reviewed by the GME office and his case was reported to Human Resources.  After review by HR and Legal, termination for cause was recommended.  Dr. Papin was terminated on February 22, 2017.

Yours sincerely,


Truman M. Earl, M.D.
Program Director, General Surgery Residency
Associate Professor of Surgery
Transplant & Hepatobiliary Surgery
University of Mississippi Medical Center

*University of Mississippi Medical Center*
*2500 North State Street*
*Jackson, MS  39216*
*www.umc.edu*

*Academic Office:  601-815-3141*
*Appointments:  601-315-3135*
*Fax:  601-984-2962*
*tearl@umc.edu*

Papin-004

**Renee Greene**

From:        Truman M. Earl
Sent:        Monday, August 01, 2016 8:04 AM
To:          Renee Greene
Subject:     Fwd: Intern Issues - confidential -

FYI

Truman M. Earl MD, FACS
Division of Transplant and Hepatobiliary Surgery
University of Mississippi Medical Center
Sent from my iPhone

Begin forwarded message:

> **From:** "Ines H. Berger" <iberger@umc.edu>
> **Date:** July 29, 2016 at 6:52:56 PM CDT
> **To:** "Truman M. Earl" <tearl@umc.edu>, "Jay G. Shake" <jshake@umc.edu>
> **Subject: Intern Issues - confidential -**
>
> There are several different issues:
>
> 1. The role expectations/perceptions did not match on both sides. Joe likes to go to the OR after rounds to learn more about surgeries - the NP's ask him to pull a chest tube or want to teach him how to wire an aline or pull a balloon pump while he really wants to go to the OR. The perception of the NP's was that he is arrogant from statements like "You are not my boss. I am a surgeon" when they ask him to help or want to teach. As he does not check in with them, they assume he is gone or does not want to help until he comes back for pm rounds. The CVICU NP's have no record of problems with residents. Joe is the first intern in the CVICU, the previous residents were PGY3 Anesthesia residents with a lot more experience. Joe was not accustomed to have NP's being able to run the day to day operations of a CVICU.
>
> 2. I talked to Don, who did not give Joe a CVICU policy at the beginning of the rotation, he got it today after the coffee incident, therefore Joe did not know about it.
>
> 3. Today Joshua and Joe had a big argument, which I did not witness but heard about from both of them. Marita had to step in to de-escalate.
>
> 4. I did talk to Joe this afternoon  -We talked about perception and that it appears things have gone the wrong direction, the role of NP's, how to set oneself up for success as an intern, and expectations of surgical teams. We also talked about no food/coffee in patient rooms. Joe told me that the incident with Joshua almost escalated into a physical fight and that Joshua made him feel apprehensive and that he had already reported the incident.
>
> We talked together to Marita and Joe expressed that he certainly appreciates the help to learn and Marita expressed that the NP's are committed to help him learn.

1

Joe is a bright and motivated young doctor. He wants to do his best and he has a bright future. He has a lot of potential. He will benefit from a mentor who can help him to navigate the system and get him off to a good start.

The incident between Joshua and Joe will need to be looked into by the appropriate people, as it constitutes a potential hostile work environment

Ines

**From:** Truman M. Earl
**Sent:** Friday, July 29, 2016 4:07 PM
**To:** Jay G. Shake <jshake@umc.edu>
**Cc:** Ines H. Berger <iberger@umc.edu>
**Subject:** Re: Intern Issues

I've heard of issues recently as well though they are far from clear. I'll meet with him first thing Monday to get his take as I think this may not all be on him (other than the coffee thing which is just dumb). Jay, can you and I chat about it early next week?

Truman M. Earl MD, FACS
Division of Transplant and Hepatobiliary Surgery
University of Mississippi Medical Center
Sent from my iPhone

On Jul 29, 2016, at 3:21 PM, Jay G. Shake <jshake@umc.edu> wrote:

> Dear Ines,
>
> Thanks for the heads up. Others have already filled me in with their various issues.
>
> I will chat with him when I get a chance next week.
>
> Jay G. Shake, MD, MS, FACS
> Sent from my iPhone
>
> On Jul 29, 2016, at 12:51 PM, Ines H. Berger <iberger@umc.edu> wrote:
>
>> Jay,
>>
>> I just wanted to bring to your attention that Dr. Joe Pappin (our intern) had fallouts with all 4 CVICU NP's this week. There has been also issues with the pharmacist. He also had a problem with Don this morning when he took his coffee into a patients room.
>>
>> FYI

Papin-006

**Renee Greene**

| | |
|---|---|
| **From:** | Colin B. Muncie |
| **Sent:** | Tuesday, January 03, 2017 1:32 PM |
| **To:** | Renee Greene |
| **Subject:** | Call Event |

I had an event over the weekend involving resident Joe Papin. When delegated the task of admitting a trauma patient to the ICU he failed to notify the ICU of the patient being admitted to their service. He was specifically instructed to enter orders and communicate to the ICU. I was informed by another resident at the end of the shift that the ICU was surprised and had not been notified that the patient was coming. When I confronted Joe over the phone he confidently told me that he had talked to someone in the resident room but he could not tell me who it was. Nor could he ever figure out who he had spoken with. I spoke with the ICU NP and after she talked to everyone who had been on that day it was confirmed that he had not spoken to anyone with the ICU team.

Colin

Colin B. Muncie
Peds Surg Research Fellow
PGY-IV General Surgery
University of Mississippi Medical Center

1

**Renee Greene**

| | |
|---|---|
| **From:** | William Crews |
| **Sent:** | Tuesday, January 03, 2017 1:58 PM |
| **To:** | Renee Greene |
| **Subject:** | Concern about a trainee |

Hey Mrs. Greene

I have spoken with Dr. Mahoney about a recent experience I've had with a surgical intern named Joe Papin. I was told this would be a confidential way of reporting my concerns. I will start off by saying that I've never had a problem with any of the residents during my entire third year, I've never really given a bad evaluation with anyone, and I understand that different personalities can collide but patients are still treated and work still gets done. I only worked with Joe on one rotation and we never had any real confrontation but I saw things that alarmed me. He seemed to always show up right before rounds without actually seeing any of his patients and I understand that happens but he would lie to the residents about things that he had done. If there were moments when he was caught doing the wrong thing he would blame the medical student for his own error. It seemed like he didn't really care whether the patients were actually being taken care of or not. I don't say this to try to ruin someones career but I say this out of conviction and for the sake of patient care.

Papin-008

**Renee Greene**

| | |
|---|---|
| **From:** | Meagan E. Mahoney |
| **Sent:** | Tuesday, January 10, 2017 1:16 PM |
| **To:** | Truman M. Earl; Renee Greene |
| **Subject:** | Trauma surgery resident |

Dr. Earl and Renee,

Joe Papin was the intern on the trauma service during the month of December. As the chief of the service, I noticed several behavior patterns that raised red flags and should be addressed in my opinion.

I sent an email at the beginning of the month outlining my expectations and then spoke with them the first day so he knew my expectations from day 1. I noticed several things by the end of the first week that I felt he should work on. He thanked me for the input and said that he had not received any "feedback" until then; however, I had to pull him aside several more times to speak with him--even during rounds with the attending. Talking to Joe felt like it was becoming an everyday thing. I even had to come up with a numbering system so that I could point out to him what behavior/action he was expressing without having to call him out in front of people. It addressed issues such as attention to detail (ie trying to discharge patients without criteria being met--such as being of IV pain meds like a ketamine infusion), knowing his patients (often did not know basic details during rounds), and being rude.

Below are specific examples of things I encountered working with him....
1) Joe sent a text saying he was "going for a run" if that was ok with me. I didn't see it for half an hour but later had to explain to him that it was not ok because he was at work, first call for a busy service, and that we didn't know when traumas might come in. His response was that he was just kidding.

2) I was told by the night team and our second year that Joe didn't respond to a code that occurred at sign outs. When I talked to him about it, he said that he heard the code called overhead as he was leaving the lounge but that he had signed out so he left. The code occurred on a floor that is saturated with trauma patients so I felt he should have called to see if it was his patient, which it was. He showed no signs of concern for the patient when he did find out and was aggressive in his texts to the night intern who told him about the patient.

Getting out of here as fast as possible seemed to be a theme with him throughout the month. During afternoon rounds, he would often sigh or get an attitude when I asked him to do something. He used the excuse "that isn't my patient" as well.

3) I was told he wasn't logging cases at the beginning of the month so sent him to Renee's office to do it. I asked him a couple more times throughout the month if he had been logging his cases. He said he had. The last time I asked him he went so far as to say that he had more non-op traumas logged than any of the other residents in his year. I later found out he had not logged anything since the day in Renee's office.

4) Multiple nurses on 3 north asked to speak with me about his behavior towards them. I've had them talk to me in the past about residents not responding fast enough or an isolated attitude issue but never to the degree that they spoke about him. The biggest issue was they felt he didn't care about the patients and that he was constantly rude to them. The charge nurse pulled me aside at the beginning of the month to further voice complaints from the holidays. Another nurse asked what we were talking about. She responded simply with "Papin" and that nurse proceeded to tell me her issues. When I told them he wouldn't be here this month, they turned around and told that to 5 other nurses, who all raised their arms in the air. My point being it wasn't just one or two disgruntled nurses who had problems.

5) Our med student came to me and said Joe was not seeing patients before rounds even though he was telling the chief during the holidays that he had.

-- I know these aren't personal experiences, but it says a lot to me when someone takes the time to seek me out to make sure I know about someone.

1

6) I have a rule that back sides and nutrition labs have to be checked every Monday. For two weeks, Joe told me that a certain patient did not have any skin changes. Wound care saw a patient a reported a sacral decub wound that they felt needed to be debrided. It wasn't until they placed a note that Joe told me the guy had a wound. Turned out to be a significant stage IV that ended up requiring a diverting ostomy. I don't see how it could have changed from nothing to what it was when I saw it over the course of a couple of days. I feel he lied about seeing it.

These are just a couple of examples I could think of. I felt like there should have been some measurable improvement as many times as I talked to him and showed him ways he could do/handle things better. There was none. By the end of the month, I also felt like I could not trust him. Bottom line, based on my observations, I don't believe he is a good, safe, or trustworthy resident or that he'll show any improvement.

Thank you,
Meagan Mahoney

2

Papin-010

**Renee Greene**

**From:**        ashley griffin <lag927@gmail.com>
**Sent:**        Monday, January 09, 2017 1:21 PM
**To:**          Renee Greene
**Subject:**     [EXTERNAL]

You probably have most of these incidences already.

-Left during a code while I was on night float. Code occurred at appx 5:59 pm. Joe said he was at his car at 601 when he found out it was his patient in the garage and proceeded to leave. He did hear the code called over head prior to 6 pm.

-He did not show up on time to pre round prior to start of shift during holidays or to get sign out prior to completeion of trip.

-he did not go to traumas during the dayduring holidays

-he tried to send a patient home (walking to car) whose car was across the street at the VA despite several nurses to telling him the patient was not competent

-he made the female trauma student incredibly uncomfortable and preferentially chooses and favors her over male. He tries to be be alone with the female student as well.

-He tried to round with staff without having seen patients

1

Papin-011

**Renee Greene**

| | |
|---|---|
| **From:** | ashley griffin <lag927@gmail.com> |
| **Sent:** | Tuesday, January 10, 2017 5:34 AM |
| **To:** | Renee Greene |
| **Subject:** | [EXTERNAL] Another transgression |

Was told to washout a massive wound on trauma patient in ICU and didn't do it. He left leaving sid and later me to do it

Sent from my iPhone

1

Papin-012

### _Resident Milestone Evaluation: Mid-Year 2016-2017_

Program:  **University of Mississippi Medical Center Program   4402721165 - Surgery**

Resident:  **Joseph Papin**         Date Evaluation Completed:  **November 08, 2016  (Mid-Year)**      Resident Year in Program:  **1**

This form documents the most recent resident attainment of the milestones within each of the competencies as formally observed. Evaluation of the resident's developmental progression is based on numerous formative evaluations and the overall judgment of the resident's performance by the Clinical Competency Committee. If the resident was evaluated in between developmental levels, the narrative of the lower level is displayed.

| Competency | SubCompetency |
| --- | --- |
| Developmental Milestone Narrative | |

**1  Patient Care**                 **Care For Diseases and Conditions (CDC) - PATIENT CARE (PC1)**

**Dr. Papin is at Level 1.**

This resident performs a focused, efficient, and accurate initial history and physical of a full spectrum of patients admitted to the hospital, including critically ill patients.

**2  Patient Care**                 **Care For Diseases and Conditions (CDC) - PATIENT CARE (PC2)**

**Dr. Papin is not yet ready for Level 1.**



This resident is unable to recognize or manage common postoperative problems such as fever, hypotension, hypoxia, confusion, and oliguria.

**3  Patient Care**                 **Performance of Operations and Procedures (POP) - PATIENT CARE (PC3)**

**Dr. Papin is not yet ready for Level 1.**



This resident lacks basic surgical skills such as airway management, knot tying, simple suturing, suture removal, use of Doppler ultrasound, administration of local anesthetic, universal precautions and aseptic technique and is unable to reliably perform basic procedures, including venipuncture, arterial puncture, incision and drainage, minor skin, and excisions placement of an IV, nasogastric tube, or urinary catheter.

**4  Medical Knowledge**             **Care For Diseases and Conditions (CDC) - MEDICAL KNOWLEDGE (MK1)**

**Dr. Papin is at Level 1.**

This resident has a basic understanding of the symptoms, signs, and treatments of the "core" diseases in the SCORE curriculum and has basic knowledge about common surgical conditions to which a medical student would be exposed in clerkship.

**5  Medical Knowledge**             **Performance of Operations and Procedures (POP) - MEDICAL KNOWLEDGE (MK2)**

**Dr. Papin is at Level 1.**

This resident has a basic knowledge of the "core" surgical operations in the SCORE curriculum to which a medical student would be exposed in clerkship.

**6  Systems-Based Practice**         **Coordination of Care (CC) - SYSTEMS-BASED PRACTICE (SBP1)**

**Dr. Papin has critical deficiencies.**



This resident does not have a basic understanding of the resources available for coordinating patient care, including social workers, visiting nurses, and physical and occupational therapists.

**7  Systems-Based Practice**         **Improvement of Care (IC) - SYSTEMS-BASED PRACTICE (SBP2)**

**Dr. Papin has critical deficiencies.**



This resident does not demonstrate evidence that he or she considers how hospital and health care systems impact his or her practice.

This resident does not demonstrate awareness of variation in practice within or across health care systems.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

### _Resident Milestone Evaluation: Mid-Year 2016-2017_

Program:  **University of Mississippi Medical Center Program  4402721165 - Surgery**

Resident:  **Joseph Papin**                Date Evaluation Completed:  **November 08, 2016  (Mid-Year)**       Resident Year in Program:  **1**

| Competency | SubCompetency |
|---|---|
| Developmental Milestone Narrative | |

**8  Practice-Based Learning and Improvement**  —  Teaching (TCH) - PRACTICE- BASED LEARNING AND IMPROVEMENT (PBLI1)

Not Yet Assessable.

**9  Practice-Based Learning and Improvement**  —  Self-directed Learning (SDL) - PRACTICE-BASED LEARNING AND IMPROVEMENT (PBLI2)

Dr. Papin is not yet ready for Level 1.



This resident does not engage in self-initiated, self-directed learning activities.

This resident does not complete simulation assignments. This resident is frequently absent for scheduled simulation exercises without a valid excuse.

**10  Practice-Based Learning and Improvement**  —  Improvement of Care (IC) - PRACTICE-BASED LEARNING AND IMPROVEMENT (PBLI3)

Dr. Papin has critical deficiencies.



This resident does not demonstrate interest or ability in learning from the results of his or her practice.

This resident fails to recognize the impact of errors and adverse events in practice.

**11  Professionalism**  —  Care for Diseases and Conditions (CDC) - PROFESSIONALISM (PROF1)

Dr. Papin has critical deficiencies.



This resident displays undesirable behaviors, including **not** being polite or respectful, not respecting patient confidentiality and privacy, demonstrating lack of integrity, or failing to take responsibility for patient care activities.

**12  Professionalism**  —  Maintenance of Physical and Emotional Health (MPEH) - PROFESSIONALISM (PROF2)

Dr. Papin is not yet ready for Level 1.



This resident's behavior and/or physical condition concern me.

This resident flagrantly and repeatedly violates duty hour requirements.

**13  Professionalism**  —  Performance of Assignments and Administrative Tasks (PAT) - PROFESSIONALISM (PROF3)

Dr. Papin is not yet ready for Level 1.



This resident consistently fails to meet requirements for timely performance of administrative tasks and/or requires excessive reminders, follow-up, etc.

**14  Interpersonal and Communication Skills**  —  Care for Diseases and Conditions (CDC) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS1)

Dr. Papin has critical deficiencies.



This resident is not able to clearly, accurately, and respectfully communicate with patients and their families.

This resident fails to effectively communicate basic health care information to patients and families.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

## _Resident Milestone Evaluation: Mid-Year 2016-2017_

Program:   **University of Mississippi Medical Center Program   4402721165 - Surgery**

Resident:   **Joseph Papin**                    Date Evaluation Completed: **November 08, 2016  (Mid-Year)**        Resident Year in Program: **1**

| Competency | SubCompetency |
|---|---|
| | Developmental Milestone Narrative |

| 15 Interpersonal and Communication Skills | Coordination of Care (CC) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS2) |
|---|---|

**Dr. Papin has critical deficiencies.**

 This resident displays disrespectful or resentful behaviors when asked to evaluate a patient or participate in a care conference with other members of the health care team.

| 16 Interpersonal and Communication Skills | Performance of Operations and Procedures (POP) - INTERPERSONAL AND COMMUNICATION SKILLS (ICS3) |
|---|---|

**Dr. Papin has critical deficiencies.**

 This resident does not communicate effectively with patients, hospital staff members, and/or the senior surgeon in the operating room.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

Papin-015

## _Resident Milestone Evaluation: Mid-Year 2016-2017_

Program:   **University of Mississippi Medical Center Program   4402721165 - Surgery**

Resident:   **Joseph Papin**          Date Evaluation Completed:   **November 08, 2016  (Mid-Year)**        Resident Year in Program: **1**

**COMMENTS:**

_____

_____

_____

_____

_____

_____

_____          _____
**Program Director Signature**                        **Resident Signature**

_Disclaimer:_ **For Program Use Only.**

The Milestones are designed only for use in evaluation of resident physicians in the context of their participation in ACGME accredited residency or fellowship programs. The Milestones provide a framework for the assesment of the development of the resident physician in key dimensions of the elements of physician competency in a specialty or subspecialty. They neither represent the entirety of the dimensions of the six domains of physician competency, nor are they designed to be relevant in any other context.

© 2017 Accreditation Council for Graduate Medical Education (ACGME)

# University of Mississippi Surgery

## Analysis of Trainee Comments

**Subject:** Joseph E. Papin, IV
**Time Period:** 07/01/2016 to 01/13/2017
**Time Period Type:** Request Date
**Report Date:** 01/13/2017

<u>To Trainee Performance</u>

Sort By: ● Question    ○ Subject

| **Surgery: Care for Diseases and Conditions** | |
|---|---|
| The resident appropriately evaluates, diagnoses and develops a management plan (including initial evaluation and management of post-operative complications) commensurate with their level of experience. | |
| **Subject:** Joseph Papin, IV, PGY1 | During outpatient clinic sessions, Joe did a very good job with initial evaluations of cardiac surgery patients--both pre-surgery and post-surgery. |
| **Subject:** Joseph Papin, IV, PGY1 | Joe did a reasonable Job in clinic but he failed to demonstrate that he owned the care of the inpatients. He often did not seem to have a finger on the pulse of the patients situation. I often discovered issues and problems that I would have expected him to recognize. |
| **Subject:** Joseph Papin, IV, PGY1 | basic skill and knowledge for patient care was lacking. |

| **Surgery: Care for Diseases and Conditions** | |
|---|---|
| The resident maintains professional demeanor, integrity and sense of responsibility in professional relationships and interactions. | |
| **Subject:** Joseph Papin, IV, PGY1 | Seen as frequently avoiding duties, not present and accounted for during regular hours |
| **Subject:** Joseph Papin, IV, PGY1 | In my personal interactions with Joe, I have not seen problems in this area, but I have had several negative reports from other, non-physician, members of our team. In particular, I've heard reports of things that were deemed "not my job" and incomplete follow-up with assigned tasks as well as general problems relating professionally to other non-physician team members. |
| **Subject:** Joseph Papin, IV, PGY1 | Several team members commented on failure to develop rapport and trust with nurses and nurse practitioners. At times he was seen as dismissive and above doing certain work. I did not see this personally but heard back from team members. I am afraid that if this is an ongoing issue, he will undermine his ability to be a good team leader as he rises in the program. He needs to develop some awareness and insight on how he is perceived by others. |
| **Subject:** Joseph Papin, IV, PGY1 | I found him disrespectful to nurses and female support staff. I didn't appreciate it when he would talk to me with his back turned. |

| **Surgery: Care for Diseases and Conditions** | |
|---|---|
| The resident demonstrates effective interpersonal and communication skills that result in effective information exchange with their patients and their patients' families. | |

| Subject: Joseph Papin, IV, PGY1 | Abysmal communicator. Complaints numerous |
| Subject: Joseph Papin, IV, PGY1 | I've seen only positive information exchange between Joe and patients/families. I've heard reports, though, of interpersonal and communications skills, generally, that were less than satisfactory. |

### Surgery: Performance of Operations and Procedures

The resident demonstrates knowledge of operative procedures, technical skill, tissue handling and proficiency with instrumentation appropriate for their level of experience.

| Subject: Joseph Papin, IV, PGY1 | I've had little opportunity to observe performance of operations and procedures. |
| Subject: Joseph Papin, IV, PGY1 | on the limited interactions we had in the or, he did well. |
| Subject: Joseph Papin, IV, PGY1 | Rotation goal at PGY1/intern level was to learn surgical care (CT speciality) in participating in clinic seeing patients and rounding on floor with patients, and proper documentation. Goal at this time was not specifically to participate in surgical procedures, although intern could if he/she had time once his other responsibilities were completed. Was however observed with a higher level resident in placing a sterile dressing post sterile procedure on a patient, and observer (Nurse educator for unit) offered to teach intern how to properly apply a sterile dressing using sterile technique. The nurse educator reported intern replied that he didn't need to know how to do that. |
| Subject: Joseph Papin, IV, PGY1 | i did not work with him in the OR |

### Surgery: Performance of Operations and Procedures

The resident communicates effectively, efficiently and professionally in the operating room.

| Subject: Joseph Papin, IV, PGY1 | I've had little opportunity to observe performance of operations and procedures. |
| Subject: Joseph Papin, IV, PGY1 | Did not personally observe intern in OR, as this was not the goal of this rotation (as a PGY-2 his focus on CT surgery rotation will purely be to participate in surgical procedures and complete consults). I did instruct on procedure and was present and he did follow instructions well in this instance. However, in several instances was instructed by myself and fellow to perform a procedure (after I signed out for the day) and he failed to perform the procedure as ordered by the attending, so it did not get done. Also, I offered to show him how to perform the procedure and he walked off, stating he would ask the fellow if he needed to do this. I spoke with fellow and he advised that he directed him to perform the procedure (was a twice daily medication dosing via chest tube and I had performed the am procedure, and the pm procedure fell at a time after I leave in afternoon). |
| Subject: Joseph Papin, IV, PGY1 | NA - I didn't have any experience with him in the OR. |
| Subject: Joseph Papin, IV, PGY1 | i did not work with him in the OR |

### Surgery: Coordination of Care

The resident understands and effectively utilizes resources available to ensure appropriate management of their patients and effectively communicates with the care team.

| Subject: Joseph Papin, IV, PGY1 | There have been issues with care coordination, particularly for the general thoracic surgery patients. Drs. De Delva and Moremen will be in a better position to offer specific comments. |

Papin-018

E*Value

| Subject: Joseph Papin, IV, PGY1 | Did not communicate with CT team well, was advised first day of rotation what his responsibilities were by attending staff, and did not report to Cardiac Surgery Clinic on days responsible, as well as on multiple occasions, asking another team member perform (his) duties that he did not want to perform. |
| --- | --- |
| Subject: Joseph Papin, IV, PGY1 | poor communicator to the team about patient plans. |

**Surgery: Improvement of Care**

The resident understands health care delivery and critically evaluates self and system for opportunities to improve delivery of patient care.

| Subject: Joseph Papin, IV, PGY1 | I'm concerned that Joe did not respond well to feedback from Dr. Earl regarding difficulties during his July rotation in the CICU....and some of these problems persisted during this rotation. |
| --- | --- |
| Subject: Joseph Papin, IV, PGY1 | Again the feedback from non physician team members is that Joe appears burdened to interact them and take into consideration their opinion and experience. |
| Subject: Joseph Papin, IV, PGY1 | poor insight to his own behavior. |

**Surgery: Teaching**

The resident recognizes teachable moments and demonstrates an effective teaching style.

| Subject: Joseph Papin, IV, PGY1 | I've had little opportunity for observation in this regard. |
| --- | --- |
| Subject: Joseph Papin, IV, PGY1 | would be late to clinic or not show up entirely and even sometimes just disappear. |

Next 25

Papin-019

January 10, 2017

Re: Joe Papin MD

Joe,

Concerns have been raised about your performance in several competency domains.  Many of these relate to professionalism and systems based practice issues and raise concerns for patient safety.  On several rotations now, in various environments to include ICU, trauma, CT surgery floor and transplant. Through each of these environments common themes through evaluations and comments have been consistent.  These include concerns with:

1) Lying and being untruthful about patient care.
2) Leaving the hospital during duty hours (to exercise) – dereliction of duty
3) Unwillingness to help with tasks
4) Condescending tone to nurses and fellow residents
5) Poor inter-professional communication

These concerns are reflected in your Milestones as determined by the CCC with critical deficiencies in SBP1, SBP2, PBLI3, and PROF1.

On Tuesday, December 20, 2016 we met (with Renee Greene present) and discussed these issues.  This is in addition to several other meetings (including but not limited to semiannual review, feedback from senior residents, and a meeting in late November you and I had outside OR 16).  You were told that significant improvement in these areas must be demonstrated in the very near future or we would have to implement formal remediation.  Based on feedback received (see attached documents) after our December 20, 2016 meeting it is evident that no improvement has been made and, most concerning, that we may have serious issues with truthfulness.  Therefore, as we discussed, you are now on formal remediation and have 60 days from today January 10, 2017 to show significant improvement in the areas and competency domains mentioned above.  Significant improvement means:

1) zero confirmed or highly suspicious reports of lying
2) zero episodes of dereliction of duty
3) improvement in evaluations mapped to the competencies of SBP, PBLI and PROF, and the majority of all evaluation questions be >3 (as expected).
4) Zero reports of unwillingness to complete a task unless concerns over patient safety are raised

Additional requirements:

1) Development and submission of a Personal Study and Action Plan by Jan 17, 2017
2) Bimonthly meetings with the PD to discuss progress and review feedback.

Available resources, if desired:

1) Meet with Senior Associate Dean for GME
2) Meet with office of Academic Development

Many of the above behaviors are serious threats to patient safety and therefore grounds for immediate action. If the improvements required above as determined by the PD are not met within the 60 day remediation period OR any event that seriously threatens patient safety occurs during the remediation period, then any of the following may be implemented, again, at the discretion of the program director:

1) Referral to HR and GME Office for immediate termination for safety infractions deemed egregious by the PD.
2) Non-renewal of contract
3) Placement on formal probation
4) Requirement to repeat year of training

| | |
|---|---|
| _____  1/10/17 | _____  1/11/17 |
| Program Director        Date | Resident              Date |

- Was terminated on Feb. 22, 2017

Papin-021

## Academic Remediation Protocol Checklist

Resident Name: _Joe Papin_

Assigned PD/APD supervisor: _T. Mark Earl_

Specific competency areas to be
remediated: _Systems Based Practice, Practice Based Learning and Improvement, Professionalism_

|  | Completion Date |
|---|---|
| Initial meeting with PD/APD to review plan | 1/10/17 |
| Meet with academic counselor, if needed. | |
| Evaluation by student-employee health, if needed. | 1/10/17 |
| Meeting with Associate/Assistant Dean for GME, if needed | |
| Rotation / Schedule adjustments, if needed | |
| **Submitted written personal study or corrective action plan** | 1/17/17 |
| Simulation assignments | |
| Conference Attendance goal | |
| Meet with PD/APD periodically (review study / action plan)<br>Date: _TBD_ Achievement: ___<br>Date: ___ Achievement: ___<br>Date: ___ Achievement: ___<br>Date: ___ Achievement: ___ | |

___
Resident Signature

___
PD/APD Signature

6.18.14

## University of Mississippi Surgery

## Analysis of Trainee Comments

**Subject:** Joseph E. Papin, IV
**Time Period:** 07/01/2016 to 01/13/2017
**Time Period Type:** Request Date
**Report Date:** 01/13/2017

To Trainee Performance

Sort By: ● Question   ○ Subject

| Surgery: Teaching | |
|---|---|
| The resident recognizes teachable moments and demonstrates an effective teaching style. | |
| **Subject:** Joseph Papin, IV, PGY1 | i did not get any feedback regarding this |

| Surgery: Self-Directed Learning | |
|---|---|
| The resident actively engages in self-directed learning using level appropriate resources. | |
| **Subject:** Joseph Papin, IV, PGY1 | Seemed almost never to be prepared or recall facts from previous discussions |
| **Subject:** Joseph Papin, IV, PGY1 | I've had little opportunity for observation in this regard. |
| **Subject:** Joseph Papin, IV, PGY1 | Did not personally observe intern engaging in self-directed learning activities. |

| Surgery: Performance of Assignments and Administrative Tasks | |
|---|---|
| The resident is prompt and attentive to detail in completion of assigned tasks including conference presentations, education and patient care activites. | |
| **Subject:** Joseph Papin, IV, PGY1 | Had to be reoriented to missed details almost daily. |
| **Subject:** Joseph Papin, IV, PGY1 | This is a mix of good and bad. On the good side, for instance, Joe prepared well for our monthly Journal Club and was an active participant. On the bad side, though, there have been problems with patient care follow-up as well as absence at assigned clinic activities. |
| **Subject:** Joseph Papin, IV, PGY1 | I focus here mainly on the patient care side of activities. Our service is complex but not burdened with a lot of patients. We have high expectations of the residents and their ability work efficiently and stay on top of all the patient care issues. Joe struggled some with this and often seemed overwhelmed. |
| **Subject:** Joseph Papin, IV, PGY1 | did not follow instructions regarding communicating discharges, and follow up instructions to our team. |

| Surgery: Comments: |
|---|

Papin-023

E*Value

| | |
|---|---|
| **Subject:** Joseph Papin, IV, PGY1 | Bright, articulate, and eager to learn and provide good care to his patients. This was his first month in his internship and there was some growing pain in how an intern/resident fits in a critical care TEAM including a number of Advanced Practice Providers (nurse practitioners) and medical students. This led to some misunderstandings and frustration from nearly all of the ICU team. On a positive note, I believe this was a learning experience and I have heard that there was resolution. How he handled the situation was a testament to his willingness to work out uncomfortable situations and succeed in his medical education and training. |
| **Subject:** Joseph Papin, IV, PGY1 | I have interacted with him marginally since he rotated a lot with General Thoracic Surgery. He was always present at rounds and I think that he learned a lot. |
| **Subject:** Joseph Papin, IV, PGY1 | I see some really good things here: positive attitude, friendly nature, bright, knowledgeable. But there have also been issues with professionalism that get in the way of an overall positive experience. Joe should give serious thought to this issue because it will really hinder progress. |
| **Subject:** Joseph Papin, IV, PGY1 | . |
| **Subject:** Joseph Papin, IV, PGY1 | Joe seems to be a good person and capable of being a good resident. I think there is a disconnect between the wanting to be a surgeon and understanding the path to get there. I hope this is just difficulty adjusting to the reality of residency training and entering the clinical environment. I hope he will take the feedback given in this rotation constructively. Otherwise, I can envision him becoming increasingly frustrated and marginalized by those he will need to be successful in training. |
| **Subject:** Joseph Papin, IV, PGY1 | Very disappointed with this interns performance on CT surgery rotation. Would expect an intern being accepted to our general surgery residency to be the "cream of the crop" as is very competitive. On a positive note, his documentation was actually better than expected for an intern. |
| **Subject:** Joseph Papin, IV, PGY1 | he has set the bar quite low for the general surgery residency here at UMMC. he seems to be un-teachable and lacks a general awareness of professionalism. he lacked an understanding of basic care, but refused to admit his shortcomings, and was consistently playing the blame-game when he was approached. it was a bad experience to work alongside him. |
| **Subject:** Joseph Papin, IV, PGY1 | there were issues at the beginning of the rotation of him not having his assigned tasks completed so he was ready to go. This was an issue with the other residents on service. My expectation is that this will not be a trend and that he will improve upon this as he becomes familiar with our system. |
| **Subject:** Joseph Papin, IV, PGY1 | Joe is did an excellent job during this rotation. He should continue to read and practice suture and knot tying. |
| **Subject:** Joseph Papin, IV, PGY1 | Joe is pleasant, hard working and sincere resident. He has adequate knowledge base and has room for improvement. He is enthusiastic and eager to learn. His operating skills are on par with his PGY level. |
| **Subject:** Joseph Papin, IV, PGY1 | I did not get a chance to work with Dr Papin very much this rotation, but reportedly his performance was improved according to team members and he spent a good deal of time in clinic. I did not get to evaluate his operative skills. |

Papin-024

E*Value

| Subject: Joseph Papin, IV, PGY1 | Would like to see more communication with the entire team and also be available to assist with floor needs : ie, sign prescriptions in a timely manner |
|---|---|
| Subject: Joseph Papin, IV, PGY1 | Intelligent, knowledgable about patients and treatment plans. Needs to work on communication with nursing staff and students. Can be rude/condescending at times. |
| Subject: Joseph Papin, IV, PGY1 | Needs to read more to begin to formulate plans for patients |
| Subject: Joseph Papin, IV, PGY1 | Very limited exposure during the trauma rotation, with most encounters only during on call overnight. Seems on level. |

| Surgery: List all of your presentations, posters, papers, book chapters, etc. that you have completed: | |
|---|---|
| Subject: Joseph Papin, IV, PGY1 | None this year, so far. I imagine this question is asking about this year or residency in total. |

| Surgery: What is your study source for general surgical knowledge development? | |
|---|---|
| Subject: Joseph Papin, IV, PGY1 | Absite Review The ICU Book Schwartz/Greenfield |

First 25 Next 25

Papin-025

**University of Mississippi**
**Surgery**

## Trainee Evaluation

| | | | |
|---|---|---|---|
| **Evaluator:** | Joseph Papin, IV - PGY1 | **Subject:** | Joseph Papin, IV - PGY1 |
| **Activity:** | Resident Self Evaluation | **Site:** | University of Mississippi Medical Center |
| **Evaluation Type:** | Resident Self Evaluation | **Completion Date:** | 11/28/2016 |
| **Request Date:** | 11/09/2016 | | |
| **Period:** | October 2016 | **Dates of Activity:** | 10/01/2016 To 10/31/2016 |
| **Subject Participation Dates:** | 10/01/2016 To 10/31/2016 | | |

List all of your presentations, posters, papers, book chapters, etc. that you have completed:     *(Question 1 of 20 )*

> None this year, so far. I imagine this question is asking about this year or residency in total.

What is your study source for general surgical knowledge development?     *(Question 2 of 20 )*

> Absite Review
> The ICU Book
> Schwartz/Greenfield

How do you allocate time for studying?     *(Question 3 of 20 )*

> One hour per day minimum, not including mini-study sessions on conditions with which I am not familiar. I generally find time during the day or after sign-out to study.

What do you do to maintain a healthy mind and body?     *(Question 4 of 20 )*

> I lift like a prisoner and run like I stole. Engaging with family and friends rounds out the rest.

Do you exercise regularly?     *(Question 5 of 20 )*

> Twice daily, every day

What is your "outlet" outside the hospital?     *(Question 6 of 20 )*

> The gym, running, prison rules basketball, hanging out with friends and family, binge watching television on my days off, andreading (both for pleasure and education).

How are you doing with **time management**?     *(Question 7 of 20 )*

> Great

How are you doing with **efficiency**?     *(Question 8 of 20 )*

> Great

How are you doing with **inter-professional and patient/family interactions**?     *(Question 9 of 20 )*

> Patient/family interactions- very good
> Inter-professional- Residents/faculty- also very good
> Nurses/mid-level providers evidently find me aloof and "above certain tasks"

How are you doing with **technical skill**?     *(Question 10 of 20 )*

> Learning every day

How are you doing with **professionalism**?     *(Question 11 of 20 )*

> Save for a very select few set of interactions, I have always had positive interactions with patients and staff.

Done

Today 18:15

You know you patient was coding before 6...

Not sure how I'd know. It's not like we get paged or anything for rapid responses. This message seems overly accusatory. Will texted me at exactly 6 PM and I saw it after I was in my car

Do you mean the code blue that was called over the PA as I was walking out the door? Just know I'm pretty pissed off about the implication when I was standing in the fucking lounge with you

Yes it was your patient. Just letting you know that it's not a great look to leave as the patient you have is coding. I don't really have the time or effort to have a full text

Papin-027

Do you mean the code blue that was called over the PA as I was walking out the door? Just know I'm pretty pissed off about the implication when I was standing in the fucking lounge with you

Yes it was your patient. Just letting you know that it's not a great look to leave as the patient you have is coding. I don't really have the time or effort to have a full text conversation about

Delivered

I had signed out to you, it was 6:00 PM when Will texted me, and I saw it and responded at 6:06. I didn't get paged about it at all. Not sure where I went wrong there. You know what isn't a good look? Giving me shit when I've done nothing wrong

Papin-028

Case 3:17-cv-00763-KHJ-FKB   Document 148-37   Filed 02/26/21   Page 29 of 48



don't really have the time or effort to have a full text conversation about

Delivered

I had signed out to you, it was 6:00 PM when Will texted me, and I saw it and responded at 6:06. I didn't get paged about it at all. Not sure where I went wrong there. You know what isn't a good look? Giving me shit when I've done nothing wrong

Papin-029

**In the Matter of:**

RE: DR. JOSEPH PAPIN

*DR. JOSEPH PAPIN, AUDIO TRANSCRIPTION OF*

*January 27, 2017*



844.533.DEPO

```
 1

 2

 3                    IN RE:  DR. JOSEPH PAPIN

 4

 5

 6

 7    APPEARANCES:

 8         Pat Whitlock

 9         Brenda Traxler

10         Joseph Papin

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                                    Pages 2..5

Page 2

1    MS. WHITLOCK:  Today is Friday,
2  January 27th, 2017.  It is 4:10 p.m.  This is
3  Pat Whitlock, and I realize I'm being recorded.
4    DR. TRAXLER:  And I'm Brenda Traxler,
5  and I understand I'm being recorded.
6    DR. PAPIN:  I'm Joseph Papin.  I
7  understand I'm being recorded.
8    MS. WHITLOCK:  Okay.  Thank you,
9  Dr. Papin, for coming over.  As I indicated, we
10  -- this is a fact-finding session for us, and so
11  we will ask you some questions and then just
12  allow you to give us some information.
13    I serve as the HR business partner
14  for the graduate medical education office, and
15  so Mollie Brasfield, who is the director over
16  our group, and I met with Dr. Earl and Dr. Barr
17  a few weeks ago, and Dr. Earl had quite a few
18  concerns about some of your interactions, some
19  of your actions, both with patients and with
20  some of the other staff.  And so just, if you
21  will, just give us a synopsis of how long you've
22  been here, what you've been doing, what your
23  interaction has been, what kind of feedback
24  you've been given.
25    DR. PAPIN:  Sure.  So I've been here

Page 3

1  since July 1st.  I'm a first-year surgery
2  intern, first-year surgical residency.  And
3  you're asking like the nature of my
4  interactions?
5    MS. WHITLOCK:  Uh-huh.
6    DR. PAPIN:  I mean, I'd say they're
7  usually mostly positive, and seems like it's
8  been progressing through the year.  I had like a
9  little bit of a run-in with one of the nurse
10  practitioners at the beginning, my first month
11  actually.
12    MS. WHITLOCK:  What happened?
13    DR. PAPIN:  Josh David, he's a nurse
14  practitioner.  He got kind of aggressive with
15  me.  I wanted to go down to the operating room.
16  I've been told by the attending physician that
17  that was -- that that was fine.  To my
18  knowledge, usually when an attending physician
19  says you can do something, they're your boss.
20  And so I was going to go down.  I guess he was
21  upset by that because I would be absent.  But
22  Dr. Shake, who was the attending, said, you
23  know, "This is an educational experience.  This
24  is your first month as an intern.  You're not
25  going to be really super helpful to us up here,

Page 4

1  so yeah, if there's no work to be done, go ahead
2  and go down."
3    Josh got mad about that one day and
4  started to get aggressive, got up, was asking
5  where my stuff was to try to throw me out and
6  started to get in my face.  And, you know, I had
7  to tell him, like, "Listen, you need to get out
8  of my face right now.  This is not acceptable."
9  And then he finally calmed down.
10    And I told the chief resident about
11  it that day, and they told Dr. Earl that day,
12  and then the nurse practitioner came and spoke
13  to me.  Josh, he came and spoke to me the next
14  day, pulled me aside and apologized, and said,
15  (inaudible) "three times.  Sometimes I have some
16  trouble controlling my anger."  I said, you
17  know, "Don't worry about it.  No problem at
18  all."
19    But I feel like ever since then my
20  interactions have been kind of jaded.  Like,
21  I'll -- you know, I don't -- I've never raised
22  my voice to anybody.  I've never cursed at
23  anybody.  I've never, you know, belittled
24  anybody in any way.  I've never had any sort of,
25  like, an interaction that I or I think anybody

Page 5

1  else would -- would deem out of the ordinary or
2  inappropriate or anything like that.  But ever
3  since then, I felt like there's been some
4  complaints.  And then this is not to say that
5  I'm completely innocent in this at all because I
6  think I can sometimes come off as curt or just
7  kind of short when I speak, and there might be
8  some cultural differences because I'm not -- you
9  know, I'm not from the deep south.  Although I
10  love Mississippi, but I'm not from the deep
11  south.
12    MS. WHITLOCK:  Where are you from?
13    DR. PAPIN:  I'm originally from
14  Florida and then I went to medical school in
15  Michigan, so I've been having to learn -- you
16  have to just -- just the pleasantries and
17  everything like that.  Not that I'm not pleasant
18  or anything, but you have to go a little bit
19  extra -- the extra mile to really try and let
20  everyone know that, you know, that you're not a
21  jerk, I guess.  So, you know, I've been trying
22  to do that and everything like that, but I felt
23  like ever since that interaction, every once in
24  a while I'll hear from Dr. Earl, and then -- I
25  don't hear from anybody else.  There's no nurses

Page 6

1  or anything or other residents or anything else
2  like that tell me, like, "Hey, you're being a
3  jerk.  You need to stop this," or anything like
4  that.  But I'll hear from Dr. Earl.  I mean, he
5  told me he solicits feedback directly from them.
6  And I've also heard that they go directly to
7  him, but, you know -- it rose to the occasion
8  where he was -- that my behavior was so erratic
9  that he drug tested me.  Never in my life have I
10  been told that my behavior was so erratic.  I
11  think a lot of it stems from he just doesn't --
12  I don't know, there's some sort of disconnect
13  because I can tell you, like, I've been alive
14  for 28 years.  You know, I got through medical
15  school, and I feel I'm a pretty approachable
16  guy.
17        MS. WHITLOCK:  You know, this is a
18  teaching institution and a teaching environment,
19  and the role of the nurse practitioner is really
20  critical.  I have seen this in several instances
21  now.  You have gone through medical school.
22  You're still in more advanced training, and
23  sometimes nurse practitioners, because of the
24  roles that they do, they feel, and they're told
25  this, that a part of their responsibility is to

Page 7

1  help with your education.  So I have seen some
2  disconnect sometimes when the nurse
3  practitioners feel that the house officers are
4  not affording them the respect that they feel
5  they earned.
6        DR. PAPIN:  Right.
7        MS. WHITLOCK:  And then the house
8  officers feel that, well, you are not my boss.
9  And some of the reports that have come back from
10  you is that -- come back on you regarding you is
11  that you tend to be a little condescending with
12  the nurse practitioners.
13        DR. PAPIN:  That's what I've heard,
14  and I -- you know, I --
15        MS. WHITLOCK:  We don't consider that
16  --
17        DR. PAPIN:  Like I said, I'm not -- I
18  think what happened was I came out of medical
19  school and I didn't really know the hierarchy.
20  You know, I was kind of like going out of the
21  military, coming out, you're a first lieutenant,
22  yeah, you're a commissioned officer.
23        MS. WHITLOCK:  What kind of
24  orientation do you get or what kind of process
25  do you go through for acclamation where they

Page 8

1  tell you who to go to for this, who is supposed
2  to appoint you with this process?  How does that
3  work?
4        DR. PAPIN:  It's kind of like on a
5  case-by-case basis.  So we do an orientation at
6  the beginning of the year, and we're told very
7  briefly certainly that I -- I needed -- because,
8  you know, all these interactions are (inaudible)
9  or anything like that.  This is my first real
10  experience in, you know, a large organization
11  like this.  And then, you know, you're told at
12  the beginning of each rotation, you know,
13  Dr. Shake is going to be the attending.  He's
14  going to be the one to go to with issues.  If
15  you ever have any issues, go to your chief
16  resident, things like that.  But, you know,
17  case-by-case basis.  I think that was another
18  issue because I was trying to speak to Dr. Shake
19  because I was the first one to go through this
20  rotation.  I was the first resident ever to go
21  through this rotation, so it was brand new.  I
22  was kind of -- and there were issues coming up
23  where -- like Dr. Shake would say something, you
24  know, it was okay -- like, for example, it's
25  okay to go down to the operating room.  And, you

Page 9

1  know, I took that as gospel.  If your boss says
2  it's okay to do something, if there's nothing
3  else to do, go ahead and go down, so I would go
4  and that would upset the nurse practitioners.
5  They didn't say anything for a while.  And then
6  they started to say things, and I tried to speak
7  to Dr. Shake.  I told him I think we need some
8  clarification here because I'm happy to do
9  whatever I'm told, but I'm hearing one thing
10  from you and one thing from them.  And he just
11  basically said, you know, "You're here for
12  educational purposes.  It doesn't really matter.
13  I don't care how many, you know, arterial lines
14  you put it or whatever, you'll get plenty of
15  those throughout your training.  I want you to
16  do whatever is educational for you."  So he
17  didn't really clarify anything.
18        MS. WHITLOCK:  So was that ever
19  communicated to the nurse practitioners?
20  Because another one of the concerns that was
21  brought forth was that you refused to do things
22  when you're asked.  You know, for instance, when
23  there are tasks that you could assist with and
24  if a nurse asks for you to do that, you refused.

Page 10

1  You tell them, "You're not my boss."
2        DR. PAPIN:  No, I mean, I've never
3  ever -- the only time I ever said that was when
4  Josh was like getting aggressive because I told
5  him, "Well, I'm going to go down to the
6  operating room."  And he said, "No, you're going
7  to stay up here."  And he said this in a very
8  aggressive manner.  Like I'm not an aggressive
9  guy, but he was definitely very aggressive.
10  Stood up, was getting in my face.  To the point
11  I had to like stand up and back away.
12        MS. WHITLOCK:  So was there anyone
13  who witnessed that exchange?
14        DR. PAPIN:  Yeah, Marita Walton was
15  in there.  And I kind of had to --
16        MS. WHITLOCK:  Who is that?
17        DR. PAPIN:  She's another nurse
18  practitioner.  And, you know, I kind of had to
19  back him down, like, "Listen, you need to calm
20  down.  This isn't acceptable the way you're
21  approaching me."
22        And he's like -- And I'm backing up
23  because I don't want -- want any sort of
24  conflict.  From that point forward, it's fine,
25  but I don't think it was fine because -- things

Page 11

1  forward -- that was the cardiac ICU, and then
2  the next month I was in cardiac thoracic
3  surgery, which is kind of an extension of that,
4  so it was kind of the same people, same players
5  and, you know, and I hear things.
6        But going back to your question about
7  declining tasks, I've heard this before, and the
8  only time I ever declined to like, "You're not
9  my boss," was when I told Josh -- he was telling
10  me, "Now, you're going to stay right here.
11  You're going to stay, and you're going to do
12  this."  I said, "Respectfully, I was told
13  something by the person that I told is my
14  boss, Dr. Shake, and he said this, and if you
15  would like to go clarify it with him, I'm happy
16  to go with you.  We can get him on the phone.
17  Whatever you want to do."
18        He said, "I don't care what Dr. Shake
19  said.  This is what's going to happen."
20        I said, "You're not my boss," you
21  know, finally at that point.
22        And then he was starting to get
23  aggressive at that point.  But that's the only
24  time I've ever -- and that wasn't even declining
25  a task.  That was just declining being told

Page 12

1  something, you know.  And I did try to seek
2  clarification on this beforehand.  I had met
3  with Dr. Shake.  I'm sure he would attest to
4  that too.  A lot of the issues I think arose
5  that it was the first time a student -- or a
6  resident had gone through --
7        MS. WHITLOCK:  Sure.  I think it was.
8  So share with us, then, an incident when
9  supposedly a code was called and it was your
10  patient but you did not come to check on it.
11        DR. PAPIN:  Oh, yes, ma'am.  I
12  remember that very vividly.  I was -- are you
13  familiar with the way codes are called?
14        MS. WHITLOCK:  Uh-huh.
15        DR. PAPIN:  They call them over the
16  PA, code blue, second floor.  That's all they'll
17  say.  So at 5 o'clock -- this is the first time
18  this has ever happened to me.  At 5:00, I was
19  signing out.  I signed out, and overhead it said
20  5:01 -- I remember this very vividly actually
21  because it was 5:01.  It said, you know, code
22  blue, third floor.  And I didn't think anything
23  of it.  I mean, I was already leaving, and
24  that's not to say, you know, anything, but, you
25  know, I was walking out the door.  I heard -- I

Page 13

1  heard on the overhead it said third floor, code
2  blue.  I was down in the surgery lounge, which
3  is by like the McDonalds, if you're familiar
4  with that area.  It was all the way on the other
5  side.  But again, I didn't know it was my
6  patient at all.  All I heard was the code blue,
7  and for some reason, it just didn't process.  I
8  spoke with the chief resident about it
9  afterward.  She talked to me.  I was the one
10  that brought it up to her because one of the
11  interns had spoken to me about it.  I said, you
12  know, I apologize profusely.  I was just walking
13  out the door.  I was -- it was an absentminded
14  mistake and never happened again.  It was kind
15  of an odd -- it was exactly as you're walking
16  out the door for it to happen, but, yeah, there
17  was a code blue called.  Evidently, it wasn't --
18  I mean, the patient didn't end up needing any
19  sort of lifesaving measures, which doesn't
20  mitigate anything, but I just didn't know.
21        MS. WHITLOCK:  There's also a
22  perception that you're always in a hurry to
23  leave.  So tell me about what a typical day is
24  like for you if your hours are extended or if
25  when you've done so many things you are free to

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                                    Pages 14..17

Page 14

1  go.  How does that work?
2        DR. PAPIN:  Like what the normal
3  rules are?  Yeah, the schedule is you're
4  supposed to show up at 6:00 a.m., but really you
5  have to be there beforehand.  You can't show up
6  at 6:00, you know.  Generally at 6:00 a.m., get
7  there at 5:30 generally, and then depending on
8  the rotation, you're either done at 5:00 or 6:00
9  p.m.  And, you know, when the work is done,
10  you're able to leave and sign out as long as
11  it's after 5:00 or 6:00 p.m., depending on the
12  rotation that you're on.  I mean, I'd never say
13  that I've -- that I'm in a hurry to leave.  And
14  actually this is the first I have ever heard --
15        MS. WHITLOCK:  So no one has ever
16  said anything to you about that?
17        DR. PAPIN:  No, ma'am.  Never
18  actually.  This is kind of like a pattern -- I'm
19  not trying to -- because I'll speak to Dr. Earl
20  because I generally want to get better.  I'm
21  happy to be here.  I'm thrilled to be a resident
22  here.  And I'll tell him, I'll say, "Dr. Earl,
23  you know, I feel like some of the things just
24  doesn't make sense that somebody would, rather
25  than speak to me directly, go over their own

Page 15

1  head and speak to you and then you don't really
2  know the story and you tell me, and, you know, I
3  would just appreciate feedback."  He'll say,
4  "Listen, Joe, the nature of feedback in surgery
5  is a sign in the operating room where you've
6  messed something up or, you know, somebody
7  doesn't ask you a question anymore after you
8  messed something up.  Or it's really nonverbal."
9  And, you know, I didn't say anything to him, but
10  it just doesn't really make sense.  I'm
11  genuinely wanting to get better.  I don't
12  understand why there's this pattern of going to
13  him and then whether he decides to tell me or,
14  you know, or go to the GME now or whatever, you
15  know.  Like, for example, we met right before
16  (inaudible), Dr. Earl and I.  He didn't mention
17  that he was going to be going to HR or anything
18  like that.  I mean, we had plenty of time to
19  speak.  He didn't mention a lot of these
20  concerns actually with me.  And I would have
21  been happy to address them.
22        MS. WHITLOCK:  He expressed to us
23  that he did meet with you and that he shared
24  because he has been given instances of various
25  things.  So tell me about you leaving during

Page 16

1  your regular workday to tell people you're going
2  to exercise, that you're going --
3        DR. PAPIN:  Right.  Right.  So that
4  -- that happened one time.  And I had a
5  conversation here.  I asked my chief resident, I
6  said, "It's really a slow day."  I'm
7  paraphrasing.  "It's been a slow day.  Do you
8  think it's okay to take my pager and go for a
9  run around the campus, around here?"  She said,
10  "Yeah, just bring your pager.  You'll be fine to
11  go."
12        So I went for 15 minutes and came
13  back; didn't miss a thing.  Dr. Earl kept
14  bringing that up.  I told them in my action
15  plan, which is written, I told them everything.
16  You know, other residents have been allowed to
17  go.  I'm not -- I'm not -- I just thought that
18  that was kind of an okay thing, and evidently it
19  is with more seniority, so I kind of learned the
20  system.  But I had permission and I had the
21  written conversation here, which if you'd like
22  to see it, I can bring it out.
23        MS. WHITLOCK:  Well, and these things
24  -- all of these things equal up to being
25  important, but some of those greater concerns

Page 17

1  that have been shared with us have to do with
2  patient safety.
3        DR. PAPIN:  Yes, ma'am.
4        MS. WHITLOCK:  And so there was one
5  incident where the patients are supposed to be
6  checked and you had indicated that you had seen
7  this patient, but this patient had a stage four
8  decubitus wound and you never mentioned that.
9  Do you recall that situation?
10        DR. PAPIN:  I -- I'm not 100 percent
11  sure because this was never communicated to me.
12  So Dr. Earl told me, "You said you had seen a
13  patient and you didn't and it resulted in direct
14  patient harm."  But he didn't tell me who the
15  patient was, what the direct harm was to the
16  patient.
17        MS. WHITLOCK:  Well, the version we
18  got was after someone else discovered the wound,
19  then you said, "Oh, yeah, that patient does have
20  a wound."  But the premise is that with it being
21  stage four, you should have seen it.  That would
22  not have occurred over a period of a day or two.
23  That's something that would occur for a long
24  time.
25        DR. PAPIN:  Right.  Right.  No,

Page 18

1  you're right.  And, I mean, if it's -- like I
2  said, I can't comment because I don't know
3  exactly which patient this is.  I have a good
4  idea who I think it is, and they have been seen
5  by the wound nurse and being seen and the
6  pictures had been taken, and, I mean, so it
7  wasn't just me saying that.  I mean, I think it
8  was more of a gap in knowledge than -- you know,
9  it didn't look like floridly terrible or
10  anything like that because if it is the patient
11  that I'm talking about, the wound ostomy -- this
12  is the day before I went on Christmas vacation,
13  and the wound ostomy nurse put in the note that
14  day, and I had seen it too.  And I didn't
15  think --
16      MS. WHITLOCK:  But you had not -- but
17  you had not voiced that it was there and
18  supposedly you had been seeing that patient.
19      DR. PAPIN:  Oh, I had been.  So we
20  alternate.  I'm not the only resident, so I
21  mean, there was me, there was Willbrook, and
22  there were nurse practitioners that alternated
23  every day, so I wasn't the only person seeing
24  this patient.  And, yeah, I seen it and I didn't
25  think it was that -- it was that bad, so, I

Page 19

1  mean, it was an issue of knowledge, I think,
2  maybe.  I think stage four sounds bad, but when
3  you -- when I was looking at it, I just didn't
4  think it was that bad.
5      MS. WHITLOCK:  That's bad.
6      DR. PAPIN:  She asked me, she said,
7  "Oh, yeah, it doesn't look that bad."  The wound
8  ostomy nurse dropped in a note.  The wound
9  ostomy nurse didn't mention anything about
10  needing any sort of surgical intervention.
11      MS. WHITLOCK:  Yeah, well, the
12  version that we got was that there was.
13      DR. PAPIN:  He eventually -- he
14  eventually needed debridement.
15      MS. WHITLOCK:  Yes.
16      DR. PAPIN:  But I'm saying like the
17  specialist -- these wound nurses are the ones
18  who specialize in that.  I can probably -- if
19  he's still at the hospital, I guess I can pull
20  it up.  December 23rd -- if it is him.  The 23rd
21  where she wrote her notes and recommendations,
22  took pictures, documented everything.  So, I
23  mean, you know, I think I just didn't recognize
24  that it was that bad.
25      MS. WHITLOCK:  Uh-huh.

Page 20

1      DR. PAPIN:  But also at the same
2  time, I kind of had backup with the specialist
3  in those types of wounds, so but, again, this
4  wasn't communicated to me, and, you know, like I
5  said, you know, I take full responsibility.  I
6  should have had the knowledge and I should have
7  really explored it better, you know, but that
8  wasn't for a lack -- that wasn't for me not
9  caring or seeing the patient, but I don't know.
10  I mean, from your point of view, I know you
11  can't comment, but there's these things -- like
12  Dr. Earl, it's difficult to improve.  And I've
13  asked him for feedback, and he mentions this all
14  the time, "All you do is ask for feedback."
15  Well, you know, sometimes I feel like I get
16  jumped with these things.  I want to do well in
17  this program, and the first I'm hearing of this
18  is from you.  He told me -- what he told me was,
19  "You didn't see patients, you didn't do an exam,
20  it doesn't matter who the patient was, it
21  doesn't matter who said it, and it resulted in
22  direct patient harm, and it doesn't matter what
23  the direct harm was."  But it does.  If I'm
24  responsible for something happening to somebody,
25  I would really want to know so it never happens

Page 21

1  again, but the nature -- the nature of our
2  interactions, I can't quite -- there isn't any
3  question wanting to know to get better, but he
4  feels that I'm questioning him.  I think that's
5  kind of impairing a lot.
6      MS. WHITLOCK:  Well, another concern
7  is that you indicate that you've gone on rounds
8  when you actually haven't seen the patient.
9      DR. PAPIN:  Right.  He mentioned
10  that, and I still don't know what he's referring
11  to because I categorically deny ever saying I've
12  seen a patient and not seeing a patient.
13      MS. WHITLOCK:  And what about
14  charting, including all of the notes on
15  patients?  There's also a concern that you don't
16  do that, but you indicate you have, so there's a
17  lack of trust in your truthfulness.
18      DR. PAPIN:  That I -- that I've
19  written a note?
20      MS. WHITLOCK:  Yes.
21      DR. PAPIN:  That's brand new to me.
22      MS. WHITLOCK:  So have you never been
23  told -- you didn't write notes on these patients
24  who were assigned to you?
25      DR. PAPIN:  That's right.  I've never

Page 22

1  been told that.
2      MS. WHITLOCK:  So you've never been
3  sent to the education administrator's office to
4  take care of some notes that were missing?
5  Renee Green, you've never been sent to her
6  office?
7      DR. PAPIN:  No.  She -- I mean, I had
8  to go to her office, but we log cases, so when
9  you go through a surgery program, when you go
10 through a case, you're supposed to log them.
11     MS. WHITLOCK:  And that's -- perhaps
12 that's what I'm referring to.
13     DR. PAPIN:  Oh, okay, yeah, but
14 that's not like a patient logging -- but that's
15 not for documentation purposes for the patient.
16 That's for documentation purposes for my own
17 training.
18     MS. WHITLOCK:  Are you supposed to do
19 that at a specific interval?
20     DR. PAPIN:  More frequently than I
21 had been, but that isn't like on the patient
22 side.  That's just for me to show, okay, I've
23 done a hundred cases this year, for example.
24     MS. WHITLOCK:  But had you indicated
25 that you had done them, that you had logged on?

Page 23

1      DR. PAPIN:  No.  No.  She said -- I
2  mean, they can tell.  They have access to the
3  system, so they can see, okay, you're falling
4  behind.  Is this how many you have actually
5  done?  I would say no.  You need to do them.
6  Okay.  I'll go ahead and do them, and I just
7  forgot.  She called me -- I wasn't the only
8  resident that this happened to.
9      MS. WHITLOCK:  So why do you think
10 these multiple concerns are being brought
11 forward?
12     DR. PAPIN:  Well, I mean, there's --
13 I guess there's a concern that I'm not, you
14 know, up to par as a resident, and that's -- and
15 I can tell you honestly that I do want to
16 improve.  I do --
17     MS. WHITLOCK:  So what do you think
18 it would take for them to regain trust in --
19 there's no question about the potential in the
20 ability, the capacity that you have, but there
21 is concern that the motivation is not there, the
22 truthfulness is not there.  It's almost like a
23 cavalier-type attitude that, well, that's not my
24 patient.  Or, yeah, I did that, but then they go
25 back and check their records and they find that

Page 24

1  there's something missing.  So what do you think
2  needs to be done in terms of support for you so
3  they can feel assured that this person should be
4  in this program, this person will make a fine
5  surgeon, and this person is doing everything
6  that he possibly can so we can help him?  What
7  do you think that would take?
8      DR. PAPIN:  Well, I mean, I've
9  expressed to them, you know -- I've never lied
10 about patient care.  That's something that I
11 have never, ever, ever, ever lied about patient
12 care.  So, I mean, I don't know exactly what
13 more I can do for them other than just to
14 meticulously document everything, you know.  But
15 even then -- you know, so when it comes to that,
16 I mean, this is all -- the lying thing, I mean,
17 if you will, the action part -- the document he
18 sent to me where what he's requesting
19 (inaudible).  The lying thing -- and I wrote
20 that on my action plan as well.  I've never lied
21 anything to do with patient care.  And it seems
22 to me -- I mean, honestly, I want to be here.  I
23 want to succeed as a resident.  I mean, I put
24 nine years of work, hundreds of thousands of
25 dollars into this.  I don't know how, you know,

Page 25

1  much more I can express that I want to do this.
2  You know, I've got medical school debt, if for
3  no other reason, right?  But, I mean, I want to
4  be a surgeon.  I want to do this.  I'm happy to
5  wake up every day.
6      But to be honest with you, I mean, I
7  feel like a lot of the time I developed this
8  reputation early of being cavalier.  I don't
9  know where that's come from because I get all my
10 work done.  I mean, I've never -- like things
11 just come up and they don't come up from the
12 people directly.  They just come up -- like, you
13 know, you're giving me the information I didn't
14 chart or something like that, but you weren't in
15 the situation, and that's what it is, it's
16 difficult for me to improve on -- without
17 knowing exactly what happened, and that's not a
18 fault to you.  I mean, it's just not firsthand
19 information.  So for me to succeed, I mean, if
20 someone has an issue -- I've told this to Dr.
21 Earl's office too -- please tell me.  I want to
22 improve.
23     MS. WHITLOCK:  So you have been here
24 since July?
25     DR. PAPIN:  Yes, ma'am.

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                    Pages 26..29

Page 26

1    MS. WHITLOCK:  What kind of formal
2  feedback do you get?  You're going to be here
3  four years or five years?
4       DR. PAPIN:  Five total years.
5       MS. WHITLOCK:  Five total years.
6       DR. PAPIN:  Yes, ma'am.
7       MS. WHITLOCK:  So during that period,
8  is there some kind of formal testing that you
9  have to go through, some kind of exams or do you
10  periodically get feedback from your program
11  director or someone else in the program?
12       DR. PAPIN:  Yes, there's semiannual
13  feedback.
14       MS. WHITLOCK:  Have you got any of
15  that yet?
16       DR. PAPIN:  Yes, I had one with
17  Dr. Earl before.  So those are formal.  Those
18  are scheduled.  Everybody gets those.  And then
19  he's had a few where he's called me in about --
20       MS. WHITLOCK:  What's been the nature
21  of those and what do they evaluate you on?
22       DR. PAPIN:  Just a whole bunch of
23  medical knowledge, patient care,
24  professionalism.  There's been a few others, but
25  I'm just forgetting it.  But he is -- the past

Page 27

1  few have been concerns with professionalism.
2  It's not like --
3       MS. WHITLOCK:  And what did those
4  involve?
5       DR. PAPIN:  Just the nature of my
6  demeanor with nurses generally.  And I've tried
7  to improve that, you know, just trying to be --
8  like at the end of the day when you're answering
9  your 150th page -- I mean, I feel like I'm not
10  rude, but there's definitely room for
11  improvement.  So I try to notice -- you just
12  notice, okay, they don't know that you've just
13  answered 150 pages or whatever, so just try to
14  be extra polite and everything like that, and,
15  you know, and again, not to deny anything at
16  all, but I think the cultural thing, I think.
17  Like I've been told a few times, "Oh, you're a
18  Yankee or you're a northerner."
19       MS. WHITLOCK:  A northerner is not
20  exactly --
21       DR. PAPIN:  Well, no.  Exactly.
22       MS. TRAXLER:  Didn't you say
23  Michigan?
24       DR. PAPIN:  Well, I mean, only
25  medical school.

Page 28

1       MS. TRAXLER:  Because I'm from
2  Illinois, so, I mean, I get what you're saying.
3  I'm adjusting to, you know, first of all, don't
4  get into it until you've said, "Hi, how are you
5  doing?"
6       DR. PAPIN:  Exactly.  Yes.  Yes.
7  Yes.  So I've had to learn to, you know, like,
8  "Oh, hey, would you mind grabbing this?  Hey,
9  how are you doing?"  Things like -- the
10  pleasantries that you have to add in that I'm
11  just not used to.  There's a component of that.
12  I've been working hard to add that in.  And it
13  seems simple, but it's like a complete change to
14  my every interaction with everybody.  But I'm
15  happy to do it.  I want to succeed here.
16       But generally was my demeanor, and I
17  mean, I'll tell you never in my life have I ever
18  had -- I've never had a problem with interacting
19  with people.  I've never -- can pull up all my
20  medical school evaluations, they're all here.
21  My professionalism was always great.  And that's
22  not to say that I'm not having problems here.
23  You know, because there are certainly things --
24  okay.  Like I said, I think I came in and what
25  started like first the military.  I came in like

Page 29

1  a first lieutenant, you know, a commissioned
2  officer essentially, but I had no experience.
3  And then all the noncommissioned officers, kind
4  of like the nurse practitioners, where they're
5  on the front line seeing everything, taking care
6  of patients, I think I might not have given them
7  the respect that they should have been given to
8  begin with, and that was kind of what set off
9  the cascade.  And, again, that's not to say that
10  I --
11       MS. WHITLOCK:  So how many rotations
12  have you been on?
13       DR. PAPIN:  Every month is one, so
14  six.
15       MS. WHITLOCK:  So you've basically
16  been with a different group of people every
17  month?
18       DR. PAPIN:  Right.  And what's
19  telling, and I feel like I'm giving off the
20  impression that I'm kind of denying things, and
21  I'm not, but whenever I'm on --  like I was at
22  the Veterans Administration, I had great
23  evaluations and interactions, you know, and it's
24  a separate entity from the hospital.  Or, you
25  know, so like when I'm kind of away, it's fine.

Page 30

1  It's not me.  I just think -- oh, and I know --
2  and I've seen it, like the reputations can get
3  around and people talk --
4        MS. WHITLOCK:  People talk.
5        DR. PAPIN:  Exactly.  So, you know,
6  I'm having a little bit trouble escaping it to
7  be honest.  Like I said, I never had an
8  interaction with somebody -- I mean, this is 99
9  percent of the complaints that I hear from Dr.
10  (Inaudible) hear them from essentially is my
11  demeanor, I'm kind of short or I mean, he's not
12  given me much more information other than I need
13  to be more professional.  And I'm working on
14  that, but, you know, it would just be really
15  helpful if I had more specific feedback.
16  Because I'm not denying it, but I'm talking to
17  you like I normally talk to people.  I don't --
18  I don't -- I feel like I'm friendly and I get
19  along with most people, and all of a sudden,
20  just complaints come out of nowhere.  Like I
21  was --
22        MS. WHITLOCK:  So when this feedback
23  is given to you, are you ever given the
24  specifics of which patient it was or which nurse
25  practitioner or what day or when these things

Page 31

1  occurred?
2        DR. PAPIN:  Never, ever am I ever
3  given that.  And Dr. Earl -- and this is kind of
4  a cultural thing with surgery.  With surgery,
5  it's kind of you're told something and it's more
6  militaristic in that regard.  If you're told
7  something, that's gospel.  You don't question
8  it.  You don't say anything.  You know, whatever
9  they tell you is what it is.  And I think in
10  this case -- and there's a lot -- I mean, Dr.
11  Earl is the first to say it, there's a large
12  movement to change that because feedback is
13  important.  It's how you become better.  I mean,
14  a sign in the operating room, okay, I messed up,
15  but what specifically.
16        MS. WHITLOCK:  But what did I do?
17        DR. PAPIN:  Yeah, exactly.  And
18  that's Dr. Earl's view on it.  He said, I don't
19  want that to change, and I haven't said anything
20  to him about that, but I think it's just
21  fundamentally wrong.
22        And, you know, like knowing, for
23  example -- like the example you said, the
24  decubitus ulcer, I didn't know who the patient
25  was he was talking about.  I didn't know if he

Page 32

1  told me you didn't see a patient and you said
2  you had and it resulted in direct patient harm,
3  but he wouldn't tell me who the patient was, who
4  said I had seen the patient, what the harm was
5  or anything like that.  It's not for the
6  purposes of dispute.  I want to know so I can
7  get better.  I don't want anybody getting sick
8  or getting harmed on my watch when it was
9  something that was preventable.  So, you know,
10  this is -- I take full responsibility for that,
11  but I would just really, really -- I think it's
12  really helpful to get feedback and be told
13  things.
14        And then in terms of -- maybe you can
15  help me, the HR specialist.  I don't know how I
16  can turn this around because I go out of my way,
17  I'm very polite now, especially since I was back
18  after break, go out of my way and try to be very
19  polite.  Hey, how are you doing?  How can I help
20  you?  No, I have this patient, you know.  I felt
21  like the interactions were better.  I don't know
22  if there were new complaints or anything like
23  that, but --
24        MS. WHITLOCK:  During your time in
25  medical school, I'm sure that once you got

Page 33

1  through all of the theory, when you started
2  doing the practical applications of it, were
3  there any similar situations where you actually
4  were involved in patient care and there were
5  things you were taught to do?  So how did all of
6  that go for you?
7        DR. PAPIN:  Oh, we were -- so, yeah,
8  the first two years of medical schools are your
9  preclinical years.  You just sit in a classroom.
10  It's just kind of like college, just on
11  steroids, I guess.  And then you go into your
12  clinical years.  Then in your fourth year, I
13  never had a single problem with a patient
14  interaction with attendings.  They grade you on
15  the spectrum and professionalism is one of them,
16  one to nine.  Nine was like attending level.
17  Eight was a senior resident level.  I was always
18  at the six or seven level.  I think they
19  actually have most of my evaluations from -- in
20  the program, so they know.  I've never had a
21  problem with professionalism.  That's not to say
22  I'm not having a problem now, but I try to be
23  nice.  I try to be extra nice, courteous and go
24  out of my way, and I just -- sometimes I feel
25  like I'm playing a non-winnable game and I

Page 34

1  really want to win it.  So I don't know exactly
2  what to do, and again, not to put any blame on
3  Dr. Earl, but I'm not getting any help from him.
4  He'll just tell you, "You need to improve," you
5  know.  I feel like I'm not stupid, but I don't
6  exactly know what more I can possibly do.  And
7  I'm really trying.
8          Maybe what I've implemented is the
9  right solution.  Maybe from this point forward,
10 it won't happen, but, I mean, if it ever
11 happened again, I don't know like exactly -- you
12 know, it's easy when someone says, Okay, you did
13 this, and this is what happened.  Okay.  Now I
14 remember what that was.  Okay.  So that's when I
15 was being a jerk.  I was too curt or something
16 like that.  Now I know to never to do that
17 again.  So I really do want to improve.  It's
18 not that I don't care.  I'm only six months into
19 the internship.  I don't feel anybody can be
20 that jaded.  I really do care.  I want to be
21 here.  I want to improve.
22         MS. WHITLOCK:  Okay.  Brenda, do you
23 have any questions?
24         MS. TRAXLER:  No, I don't think so.
25         MS. WHITLOCK:  Okay.  Well, as I

Page 36

1  the possible ramifications and then they would
2  come up with whatever they felt was best for
3  you, as well as UMMC.  But they would get back
4  in touch with you.  We would not.
5          DR. PAPIN:  Okay.
6          MS. WHITLOCK:  Yeah.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 35

1  said, we consider this a fact-finding session.
2  Any time concerns are brought to us, we do talk
3  with the people involved.  And then what we do
4  is provide a summary and give that to whomever
5  has asked us to do the investigation.  And then
6  what we do is summarize everything and make
7  recommendations.  And then whatever the ultimate
8  outcome is, it's left up to the department.  But
9  this is a very confidential thing, and so we
10 keep it confidential, and we ask that you do the
11 same.
12         DR. PAPIN:  Yes, ma'am.
13         MS. WHITLOCK:  Okay.  Do you have any
14 other questions of us?
15         DR. PAPIN:  I don't know it needs to
16 be on record, what are the general -- what
17 happens from now on?
18         MS. WHITLOCK:  It just depends.  It
19 just depends.  It depends on what -- I'm not --
20 I'm not familiar enough with the hierarchy in
21 the GME office, but I would imagine it would
22 depend on Dr. Earl and Dr. Barr, whether they
23 determine that, yeah, he can continue in the
24 program.  It would have to be their decision, so
25 I would imagine that they would look at all of

Page 37

1          CERTIFICATE OF COURT REPORTER
2          I, BECKY LYNN LOGAN, Court
3  Reporter and Notary Public, in and for the
4  County of Rankin, State of Mississippi, hereby
5  certify that the foregoing pages contain a true
6  and correct transcription of the testimony of
7  the witness, to the best of my skill and
8  ability.
9          I further certify that I am not in the
10 employ, or related to, any counsel or party in
11 this matter, and have no interest, monetary or
12 otherwise, in the final outcome of the
13 proceedings.
14         Witness my signature and seal, this the
15 28th day of June, 2017.
16
17
18
19
20         BECKY LYNN LOGAN, RPR, CCR #1750
21
22
23
24 MY COMMISSION EXPIRES:  November 28th, 2017
25

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                                    Index: #1750..called

**#**

**#1750** 37:20

**1**

**100** 17:10
**15** 16:12
**150** 27:13
**150th** 27:9
**1st** 3:1

**2**

**2017** 2:2 37:15,24
**23rd** 19:20
**27th** 2:2
**28** 6:14
**28th** 37:15,24

**4**

**4:10** 2:2

**5**

**5** 12:17
**5:00** 12:18 14:8,11
**5:01** 12:20,21
**5:30** 14:7

**6**

**6:00** 14:4,6,8,11

**9**

**99** 30:8

**A**

**a.m.** 14:4,6
**ability** 23:20 37:8
**absent** 3:21
**absentminded** 13:13
**acceptable** 4:8 10:20
**access** 23:2
**acclamation** 7:25
**action** 16:14 24:17, 20
**actions** 2:19
**add** 28:10,12
**address** 15:21
**adjusting** 28:3
**Administration** 29:22
**administrator's** 22:3
**advanced** 6:22
**affording** 7:4
**afterward** 13:9
**aggressive** 3:14 4:4 10:4,8,9 11:23
**ahead** 4:1 9:3 23:6
**alive** 6:13
**allowed** 16:16

**alternate** 18:20
**alternated** 18:22
**anger** 4:16
**answering** 27:8
**anymore** 15:7
**apologize** 13:12
**apologized** 4:14
**applications** 33:2
**appoint** 8:2
**approachable** 6:15
**approaching** 10:21
**area** 13:4
**arose** 12:4
**arterial** 9:14
**asks** 9:25
**assigned** 21:24
**assist** 9:24
**assured** 24:3
**attending** 3:16,18, 22 8:13 33:16
**attendings** 33:14
**attest** 12:3
**attitude** 23:23

**B**

**back** 7:9,10 10:11, 19 11:6 16:13 23:25 32:17 36:3
**backing** 10:22
**backup** 20:2
**bad** 18:25 19:2,4,5, 7,24

**Barr** 2:16 35:22
**basically** 9:12 29:15
**basis** 8:5,17
**BECKY** 37:2,20
**begin** 29:8
**beginning** 3:10 8:6, 12
**behavior** 6:8,10
**belittled** 4:23
**bit** 3:9 5:18 30:6
**blame** 34:2
**blue** 12:16,22 13:2, 6,17
**boss** 3:19 7:8 9:1 10:1 11:9,14,20
**brand** 8:21 21:21
**Brasfield** 2:15
**break** 32:18
**Brenda** 2:4 34:22
**briefly** 8:7
**bring** 16:10,22
**bringing** 16:14
**brought** 9:22 13:10 23:10 35:2
**bunch** 26:22
**business** 2:13

**C**

**call** 12:15
**called** 12:9,13 13:17 23:7 26:19

**calm** 10:19

**calmed** 4:9

**campus** 16:9

**capacity** 23:20

**cardiac** 11:1,2

**care** 9:14 11:18
22:4 24:10,12,21
26:23 29:5 33:4
34:18,20

**caring** 20:9

**cascade** 29:9

**case** 22:10 31:10

**case-by-case** 8:5,
17

**cases** 22:8,23

**categorically** 21:11

**cavalier** 25:8

**cavalier-type** 23:23

**CCR** 37:20

**CERTIFICATE** 37:1

**certify** 37:5,9

**change** 28:13
31:12,19

**chart** 25:14

**charting** 21:14

**check** 12:10 23:25

**checked** 17:6

**chief** 4:10 8:15 13:8
16:5

**Christmas** 18:12

**clarification** 9:9
12:2

**clarify** 9:18 11:15

**classroom** 33:9

**clinical** 33:12

**code** 12:9,16,21
13:1,6,17

**codes** 12:13

**college** 33:10

**comment** 18:2
20:11

**COMMISSION**
37:24

**commissioned**
7:22 29:1

**communicated**
9:20 17:11 20:4

**complaints** 5:4
30:9,20 32:22

**complete** 28:13

**completely** 5:5

**component** 28:11

**concern** 21:6,15
23:13,21

**concerns** 2:18 9:21
15:20 16:25 23:10
27:1 35:2

**condescending**
7:11

**confidential** 35:9,
10

**conflict** 10:24

**continue** 35:23

**controlling** 4:16

**conversation** 16:5,
21

**correct** 37:6

**counsel** 37:10

**County** 37:4

**Court** 37:1,2

**courteous** 33:23

**critical** 6:20

**cultural** 5:8 27:16
31:4

**cursed** 4:22

**curt** 5:6 34:15

---

**D**

**David** 3:13

**day** 4:3,11,14 13:23
16:6,7 17:22 18:12,
14,23 25:5 27:8
30:25 37:15

**debridement** 19:14

**debt** 25:2

**December** 19:20

**decides** 15:13

**decision** 35:24

**declined** 11:8

**declining** 11:7,24,
25

**decubitus** 17:8
31:24

**deem** 5:1

**deep** 5:9,10

**demeanor** 27:6
28:16 30:11

**deny** 21:11 27:15

**denying** 29:20
30:16

**department** 35:8

**depend** 35:22

**depending** 14:7,11

**depends** 35:18,19

**determine** 35:23

**developed** 25:7

**differences** 5:8

**difficult** 20:12
25:16

**direct** 17:13,15
20:22,23 32:2

**directly** 6:5,6 14:25
25:12

**director** 2:15 26:11

**disconnect** 6:12
7:2

**discovered** 17:18

**dispute** 32:6

**document** 24:14,17

**documentation**
22:15,16

**documented** 19:22

**dollars** 24:25

**door** 12:25 13:13,
16

**dropped** 19:8

**drug** 6:9

---

**E**

**Earl** 2:16,17 4:11
5:24 6:4 14:19,22
15:16 16:13 17:12
20:12 26:17 31:3,
11 34:3 35:22

RE: DR. JOSEPH PAPIN
Audio Transcription of  Dr. Joseph Papin - 01/27/2017                    Index: Earl's..helpful

**Earl's** 25:21 31:18

**early** 25:8

**earned** 7:5

**easy** 34:12

**education** 2:14 7:1 22:3

**educational** 3:23 9:13,17

**employ** 37:10

**end** 13:18 27:8

**entity** 29:24

**environment** 6:18

**equal** 16:24

**erratic** 6:8,10

**escaping** 30:6

**essentially** 29:2 30:10

**evaluate** 26:21

**evaluations** 28:20 29:23 33:19

**eventually** 19:13, 14

**evidently** 13:17 16:18

**exam** 20:19

**exams** 26:9

**exchange** 10:13

**exercise** 16:2

**experience** 3:23 8:10 29:2

**EXPIRES** 37:24

**explored** 20:7

**express** 25:1

**expressed** 15:22 24:9

**extended** 13:24

**extension** 11:3

**extra** 5:19 27:14 33:23

---

**F**

**face** 4:6,8 10:10

**fact-finding** 2:10 35:1

**falling** 23:3

**familiar** 12:13 13:3 35:20

**fault** 25:18

**feedback** 2:23 6:5 15:3,4 20:13,14 26:2,10,13 30:15, 22 31:12 32:12

**feel** 4:19 6:15,24 7:3,4,8 14:23 20:15 24:3 25:7 27:9 29:19 30:18 33:24 34:5,19

**feels** 21:4

**felt** 5:3,22 32:20 36:2

**final** 37:12

**finally** 4:9 11:21

**find** 23:25

**fine** 3:17 10:24,25 16:10 24:4 29:25

**first-year** 3:1,2

**firsthand** 25:18

**floor** 12:16,22 13:1

**Florida** 5:14

**floridly** 18:9

**foregoing** 37:5

**forgetting** 26:25

**forgot** 23:7

**formal** 26:1,8,17

**forward** 10:24 11:1 23:11 34:9

**fourth** 33:12

**free** 13:25

**frequently** 22:20

**Friday** 2:1

**friendly** 30:18

**front** 29:5

**full** 20:5 32:10

**fundamentally** 31:21

---

**G**

**game** 33:25

**gap** 18:8

**general** 35:16

**generally** 14:6,7,20 27:6 28:16

**genuinely** 15:11

**get all** 25:9

**give** 2:12,21 35:4

**giving** 25:13 29:19

**GME** 15:14 35:21

**good** 18:3

**gospel** 9:1 31:7

**grabbing** 28:8

**grade** 33:14

**graduate** 2:14

**great** 28:21 29:22

**greater** 16:25

**Green** 22:5

**group** 2:16 29:16

**guess** 3:20 5:21 19:19 23:13 33:11

**guy** 6:16 10:9

---

**H**

**happen** 11:19 13:16 34:10

**happened** 3:12 7:18 12:18 13:14 16:4 23:8 25:17 34:11,13

**happening** 20:24

**happy** 9:9 11:15 14:21 15:21 25:4 28:15

**hard** 28:12

**harm** 17:14,15 20:22,23 32:2,4

**harmed** 32:8

**He'll** 15:3 34:4

**head** 15:1

**hear** 5:24,25 6:4 11:5 30:9,10

**heard** 6:6 7:13 11:7 12:25 13:1,6 14:14

**hearing** 9:10 20:17

**helpful** 3:25 30:15

RE: DR. JOSEPH PAPIN
Audio Transcription of Dr. Joseph Papin - 01/27/2017

Index: hey..matter

32:12

**hey** 6:2 28:8 32:19

**hierarchy** 7:19 35:20

**honest** 25:6 30:7

**honestly** 23:15 24:22

**hospital** 19:19 29:24

**hours** 13:24

**house** 7:3,7

**HR** 2:13 15:17 32:15

**hundred** 22:23

**hundreds** 24:24

**hurry** 13:22 14:13

---

**I**

**ICU** 11:1

**idea** 18:4

**Illinois** 28:2

**imagine** 35:21,25

**impairing** 21:5

**implemented** 34:8

**important** 16:25 31:13

**impression** 29:20

**improve** 20:12 23:16 25:16,22 27:7 34:4,17,21

**improvement** 27:11

**inappropriate** 5:2

**inaudible** 4:15 8:8 15:16 24:19 30:10

**incident** 12:8 17:5

**including** 21:14

**information** 2:12 25:13,19 30:12

**innocent** 5:5

**instance** 9:23

**instances** 6:20 15:24

**institution** 6:18

**interacting** 28:18

**interaction** 2:23 4:25 5:23 28:14 30:8 33:14

**interactions** 2:18 3:4 4:20 8:8 21:2 29:23 32:21

**interest** 37:11

**intern** 3:2,24

**interns** 13:11

**internship** 34:19

**interval** 22:19

**intervention** 19:10

**investigation** 35:5

**involve** 27:4

**involved** 33:4 35:3

**issue** 8:18 19:1 25:20

**issues** 8:14,15,22 12:4

---

**J**

**jaded** 4:20 34:20

**January** 2:2

**jerk** 5:21 6:3 34:15

**Joe** 15:4

**Joseph** 2:6

**Josh** 3:13 4:3,13 10:4 11:9

**July** 3:1 25:24

**jumped** 20:16

**June** 37:15

---

**K**

**kind** 2:23 3:14 4:20 5:7 7:20,23,24 8:4, 22 10:15,18 11:3,4 13:14 14:18 16:18, 19 20:2 21:5 26:1, 8,9 29:3,8,20,25 30:11 31:3,5 33:10

**knowing** 25:17 31:22

**knowledge** 3:18 18:8 19:1 20:6 26:23

---

**L**

**lack** 20:8 21:17

**large** 8:10 31:11

**learn** 5:15 28:7

**learned** 16:19

**leave** 13:23 14:10, 13

**leaving** 12:23 15:25

**left** 35:8

**level** 33:16,17,18

**lied** 24:9,11,20

**lieutenant** 7:21 29:1

**life** 6:9 28:17

**lifesaving** 13:19

**lines** 9:14

**Listen** 4:7 10:19 15:4

**log** 22:8,10

**LOGAN** 37:2,20

**logged** 22:25

**logging** 22:14

**long** 2:21 14:10 17:23

**lot** 6:11 12:4 15:19 21:5 25:7 31:10

**lounge** 13:2

**love** 5:10

**lying** 24:16,19

**LYNN** 37:2,20

---

**M**

**mad** 4:3

**make** 14:24 15:10 24:4 35:6

**manner** 10:8

**Marita** 10:14

**matter** 9:13 20:20, 21,22 37:11

**Mcdonalds** 13:3

**measures** 13:19

**medical** 2:14 5:14 6:14,21 7:18 25:2 26:23 27:25 28:20 32:25 33:8

**meet** 15:23

**mention** 15:16,19 19:9

**mentioned** 17:8 21:9

**mentions** 20:13

**messed** 15:6,8 31:14

**met** 2:16 12:2 15:15

**meticulously** 24:14

**Michigan** 5:15 27:23

**mile** 5:19

**militaristic** 31:6

**military** 7:21 28:25

**mind** 28:8

**minutes** 16:12

**missing** 22:4 24:1

**Mississippi** 5:10 37:4

**mistake** 13:14

**mitigate** 13:20

**Mollie** 2:15

**monetary** 37:11

**month** 3:10,24 11:2 29:13,17

**months** 34:18

**motivation** 23:21

**movement** 31:12

**multiple** 23:10

**N**

**nature** 3:3 15:4 21:1 26:20 27:5

**needed** 8:7 19:14

**needing** 13:18 19:10

**nice** 33:23

**non-winnable** 33:25

**noncommissioned** 29:3

**nonverbal** 15:8

**normal** 14:2

**northerner** 27:18, 19

**Notary** 37:3

**note** 18:13 19:8 21:19

**notes** 19:21 21:14, 23 22:4

**notice** 27:11,12

**November** 37:24

**nurse** 3:9,13 4:12 6:19,23 7:2,12 9:4, 20,25 10:17 18:5, 13,22 19:8,9 29:4 30:24

**nurses** 5:25 19:17 27:6

**O**

**occasion** 6:7

**occur** 17:23

**occurred** 17:22 31:1

**odd** 13:15

**office** 2:14 22:3,6,8 25:21 35:21

**officer** 7:22 29:2

**officers** 7:3,8 29:3

**operating** 3:15 8:25 10:6 15:5 31:14

**ordinary** 5:1

**organization** 8:10

**orientation** 7:24 8:5

**originally** 5:13

**ostomy** 18:11,13 19:8,9

**outcome** 35:8 37:12

**overhead** 12:19 13:1

**P**

**p.m.** 2:2 14:9,11

**PA** 12:16

**pager** 16:8,10

**pages** 27:13 37:5

**Papin** 2:6,9,25 3:6, 13 5:13 7:6,13,17 8:4 10:2,14,17 12:11,15 14:2,17

16:3 17:3,10,25 18:19 19:6,13,16 20:1 21:9,18,21,25 22:7,13,20 23:1,12 24:8 25:25 26:4,6, 12,16,22 27:5,21, 24 28:6 29:13,18 30:5 31:2,17 33:7 35:12,15 36:5

**par** 23:14

**paraphrasing** 16:7

**part** 6:25 24:17

**partner** 2:13

**party** 37:10

**past** 26:25

**Pat** 2:3

**patient** 12:10 13:6, 18 17:2,7,13,14,15, 16,19 18:3,10,18, 24 20:9,20,22 21:8, 12 22:14,15,21 23:24 24:10,11,21 26:23 30:24 31:24 32:1,2,3,4,20 33:4, 13

**patients** 2:19 17:5 20:19 21:15,23 29:6

**pattern** 14:18 15:12

**people** 11:4 16:1 25:12 28:19 29:16 30:3,4,17,19 35:3

**percent** 17:10 30:9

**perception** 13:22

**period** 17:22 26:7

**periodically** 26:10

**permission** 16:20

**person** 11:13 18:23 24:3,4,5

**phone** 11:16

**physician** 3:16,18

**pictures** 18:6 19:22

**plan** 16:15 24:20

**players** 11:4

**playing** 33:25

**pleasant** 5:17

**pleasantries** 5:16 28:10

**plenty** 9:15 15:18

**point** 10:10,24 11:21,23 20:10 34:9

**polite** 27:14 32:17, 19

**positive** 3:7

**possibly** 24:6 34:6

**potential** 23:19

**practical** 33:2

**practitioner** 3:14 4:12 6:19 10:18 30:25

**practitioners** 3:10 6:23 7:3,12 9:4,20 18:22 29:4

**preclinical** 33:9

**premise** 17:20

**pretty** 6:15

**preventable** 32:9

**problem** 4:17 28:18 33:13,21,22

**problems** 28:22

**proceedings** 37:13

**process** 7:24 8:2 13:7

**professional** 30:13

**professionalism** 26:24 27:1 28:21 33:15,21

**profusely** 13:12

**program** 20:17 22:9 24:4 26:10,11 33:20 35:24

**progressing** 3:8

**provide** 35:4

**Public** 37:3

**pull** 19:19 28:19

**pulled** 4:14

**purposes** 9:13 22:15,16 32:6

**put** 9:15 18:13 24:23 34:2

---

**Q**

**question** 11:6 15:7 21:3 23:19 31:7

**questioning** 21:4

**questions** 2:11 34:23 35:14

---

**R**

**raised** 4:21

**ramifications** 36:1

**Rankin** 37:4

**real** 8:9

**realize** 2:3

**reason** 13:7 25:3

**recall** 17:9

**recognize** 19:23

**recommendations** 19:21 35:7

**record** 35:16

**recorded** 2:3,5,7

**records** 23:25

**referring** 21:10 22:12

**refused** 9:22,25

**regain** 23:18

**regard** 31:6

**regular** 16:1

**related** 37:10

**remember** 12:12,20 34:14

**Renee** 22:5

**Reporter** 37:1,3

**reports** 7:9

**reputation** 25:8

**reputations** 30:2

**requesting** 24:18

**residency** 3:2

**resident** 4:10 8:16, 20 12:6 13:8 14:21 16:5 18:20 23:8,14 24:23 33:17

**residents** 6:1 16:16

**respect** 7:4 29:7

**Respectfully** 11:12

**responsibility** 6:25 20:5 32:10

**responsible** 20:24

**resulted** 17:13 20:21 32:2

**role** 6:19

**roles** 6:24

**room** 3:15 8:25 10:6 15:5 27:10 31:14

**rose** 6:7

**rotation** 8:12,20,21 14:8,12

**rotations** 29:11

**rounds** 21:7

**RPR** 37:20

**rude** 27:10

**rules** 14:3

**run** 16:9

**run-in** 3:9

---

**S**

**safety** 17:2

**schedule** 14:3

**scheduled** 26:18

**school** 5:14 6:15, 21 7:19 25:2 27:25 28:20 32:25

**schools** 33:8

**seal** 37:14

**seek** 12:1

**semiannual** 26:12

**senior** 33:17

seniority 16:19

sense 14:24 15:10

separate 29:24

serve 2:13

session 2:10 35:1

set 29:8

Shake 3:22 8:13, 18,23 9:7,8 11:14, 18 12:3

share 12:8

shared 15:23 17:1

short 5:7 30:11

show 14:4,5 22:22

sick 32:7

side 13:5 22:22

sign 14:10 15:5 31:14

signature 37:14

signed 12:19

signing 12:19

similar 33:3

simple 28:13

single 33:13

sit 33:9

situation 17:9 25:15

situations 33:3

skill 37:7

slow 16:6,7

solicits 6:5

solution 34:9

sort 4:24 6:12

10:23 13:19 19:10

sounds 19:2

south 5:9,11

speak 5:7 8:18 9:6, 7 14:19,25 15:1,19

specialist 19:17 20:2 32:15

specialize 19:18

specific 22:19 30:15

specifically 31:15

specifics 30:24

spectrum 33:15

spoke 4:12,13 13:8

spoken 13:11

staff 2:20

stage 17:7,21 19:2

stand 10:11

started 4:4,6 9:6 28:25 33:1

starting 11:22

State 37:4

stay 10:7 11:10,11

stems 6:11

steroids 33:11

Stood 10:10

stop 6:3

story 15:2

student 12:5

stuff 4:5

stupid 34:5

succeed 24:23

25:19 28:15

sudden 30:19

summarize 35:6

summary 35:4

super 3:25

support 24:2

supposed 8:1 14:4 17:5 22:10,18

supposedly 12:9 18:18

surgeon 24:5 25:4

surgery 3:1 11:3 13:2 15:4 22:9 31:4

surgical 3:2 19:10

synopsis 2:21

system 16:20 23:3

_____

T

_____

taking 29:5

talk 30:3,4,17 35:2

talked 13:9

talking 18:11 30:16 31:25

task 11:25

tasks 9:24 11:7

taught 33:5

teaching 6:18

telling 11:9 29:19

tend 7:11

terms 24:2 32:14

terrible 18:9

tested 6:9

testimony 37:6

testing 26:8

theory 33:1

thing 9:10,11 16:13,18 24:16,19 27:16 31:4 35:9

things 8:16 9:6,22 10:25 11:5 13:25 14:23 15:25 16:23, 24 20:11,16 25:10 28:9,23 29:20 30:25 32:13 33:5

thoracic 11:2

thought 16:17

thousands 24:24

thrilled 14:21

throw 4:5

time 10:3 11:8,24 12:5,17 15:18 16:4 17:24 20:2,14 25:7 32:24 35:2

times 4:15 27:17

Today 2:1

told 3:16 4:10,11 6:5,10,24 8:6,11 9:8,10 10:4 11:9, 12,13,25 16:14,15 17:12 20:18 21:23 22:1 25:20 27:17 31:5,6 32:1,12

total 26:4,5

touch 36:4

training 6:22 9:16 22:17

transcription 37:6

Traxler 2:4 27:22

28:1 34:24

**trouble** 4:16 30:6

**true** 37:5

**trust** 21:17 23:18

**truthfulness** 21:17
  23:22

**turn** 32:16

**types** 20:3

**typical** 13:23

———————

**U**

**Uh-huh** 3:5 12:14
  19:25

**ulcer** 31:24

**ultimate** 35:7

**UMMC** 36:3

**understand** 2:5,7
  15:12

**upset** 3:21 9:4

———————

**V**

**vacation** 18:12

**version** 17:17
  19:12

**Veterans** 29:22

**view** 20:10 31:18

**vividly** 12:12,20

**voice** 4:22

**voiced** 18:17

———————

**W**

**wake** 25:5

**walking** 12:25
  13:12,15

**Walton** 10:14

**wanted** 3:15

**wanting** 15:11 21:3

**watch** 32:8

**weeks** 2:17

**Whitlock** 2:1,3,8
  3:5,12 5:12 6:17
  7:7,15,23 9:19
  10:12,16 12:7,14
  13:21 14:15 15:22
  16:23 17:4,17
  18:16 19:5,11,15,
  25 21:6,13,20,22
  22:2,11,18,24 23:9,
  17 25:23 26:1,5,7,
  14,20 27:3,19
  29:11,15 30:4,22
  31:16 32:24 34:22,
  25 35:13,18 36:6

**whomever** 35:4

**Willbrook** 18:21

**win** 34:1

**witnessed** 10:13

**work** 4:1 8:3 14:1,9
  24:24 25:10

**workday** 16:1

**working** 28:12
  30:13

**worry** 4:17

**wound** 17:8,18,20
  18:5,11,13 19:7,8,
  17

**wounds** 20:3

**write** 21:23

**written** 16:15,21
  21:19

**wrong** 31:21

**wrote** 19:21 24:19

———————

**Y**

**Yankee** 27:18

**year** 3:8 8:6 22:23
  33:12

**years** 6:14 24:24
  26:3,4,5 33:8,9,12