Highly Confidential





August 21, 2019

Joseph Edward Papin

Dear Joe,

Congratulations! We are thrilled to offer you a position at Accenture (the "Company").  We really enjoyed getting to know you during the interview process, and believe you have the skills to build a rewarding career at Accenture. We are confident that you will be a great addition to our organization!

Below you will find the details of your offer. In addition, please carefully review the addendum for further information about the terms of your offer.

**Your offer:**
**Base Pay:** $155,000 Yearly, payable semi-monthly in arrears.  You are not eligible for overtime pay and your base salary is meant to compensate you for all hours worked.
**New Joiner Bonus(es),** which includes any Sign-on, Relocation, or Incentive bonus and any other bonuses offered in connection with your joining Accenture as identified below.  More details, including applicable repayment terms, are outlined in the addendum.

- Sign-On:  $25,000
- Relocation:  $10,000

**Variable Pay:** IPB (more details are outlined in the addendum).
**Paid Time Off:** 21 days per fiscal year, which is accrued in equal amounts each pay period.

**Where you fit in our company:**
**Office location:** New York
**Organization:** Strategy
**Role:** Senior Strategy Consultant
**Career Track**: Client and Market
**Level:** 9

We have a great benefits package, and you can learn more about it by visiting http://uscareers.accenture.com/benefits. In addition to health and insurance benefits, we have a variety of offerings through our "Live Well at Accenture" program that are further detailed in the addendum.

To help ensure the safety of our employees and our clients, Accenture conducts background screens on all new hires. Therefore, please note, this offer is contingent upon the successful completion of a background check.  Some of our clients have additional background check and other on-boarding requirements, such as licenses or clearances, which may be applicable to you upon hire or staffing.

**Accenture is committed to respecting obligations that candidates and new employees may have to former employers, such as agreements not to compete or to solicit former clients or colleagues.  Therefore, our offer to you is contingent upon the understanding that all issues around any non-compete or other "restrictive covenant agreement" you may have are resolved.  Specifically, you agree that: (1) your joining Accenture will not violate any agreement to which you are or have been a party and that you will have obtained a satisfactory disposition of any restrictions you may have on your activities with your current or former employer(s) as determined by Accenture and; (2) Accenture will not reimburse or hold you harmless for costs or any liability incurred in connection with a decision to accept employment with the Company or any actions that may be brought by any prior employer**.

**We respect the intellectual property rights of third parties, including any of your previous employers, and this means that you cannot bring any third party intellectual property or confidential information to Accenture. This important obligation is addressed further in the Intellectual Property Agreement which has been provided to you along with this offer letter.**

We are committed to building a presence and being active in the local community so we do require, as a condition of employment, that all of our employees maintain their primary residences within 90 minutes (commuting time, excluding air travel) of their assigned office.  If you have received an exception to this in order to relocate, the exception will be detailed in the addendum to this letter. Note that there may be times when you are required to travel for your role.

**Accenture is committed to conducting business according to the highest ethical standards.  Therefore, it is an expectation that Accenture employees comply with all Company policies and ethical standards, including the Accenture Code of Business Ethics.**

To accept this offer, you'll need to review and sign this letter, the addendum, and some additional forms, including a Conditions of Employment Agreement, Restrictive Covenant Denial and an Intellectual Property Agreement.  Signing each of these documents

will mean that you officially accept our offer and confirm that you have read, understood, and will comply with everything we have outlined in those documents. This offer letter, the accompanying addendum, and these additional documents make up the entire offer of employment and replace any prior agreements, representations, or understandings (whether written, oral, implied or otherwise) between you and Accenture.  **This offer must be accepted and returned to Accenture prior to your starting employment with us.**

Please also note that your employment with Accenture is "at will," meaning either you or Accenture may end your employment at any time.

Once we've confirmed a start date, you will receive an email from Human Resources with instructions on how to access our Career Launch portal, where you can prepare for your first day and complete some additional paperwork including I9 forms, direct deposit, tax forms, etc.  We will send the email with this information to jpapin@umich.edu.  If your email has changed, please let us know immediately so we can update our systems.

We pride ourselves on being home to the best talent on the planet and we hope you'll join us!   If you have any questions or need any additional information to make your decision, please contact your recruiter Brandon Moore at (312) 693-6138 or brandon.moore@accenture.com.  We request that you provide a decision by November 30, 2019.

Joe, we look forward to you joining our team!
Sincerely,
Accenture By

Julie Sweet
Chief Executive Officer – North America

Plaintiff - 000049