

# Results and Data

## 2018 Main Residency Match®



EXHIBIT 49

April 2018

www.nrmp.org

Papin - 042678

### Table 2 — Matches by Specialty and Applicant Type, 2018

| Specialty | Number of Positions | Number Filled | U.S. Senior | U.S. Grad | Osteo | Canadian | 5th Pathway | U.S. IMG | Non-U.S. IMG | Number Unfilled |
|---|---|---|---|---|---|---|---|---|---|---|
| **PGY-1 Positions** | | | | | | | | | | |
| Anesthesiology | 1,253 | 1,226 | 861 | 33 | 206 | 0 | 0 | 45 | 81 | 27 |
| Child Neurology | 134 | 129 | 101 | 0 | 11 | 0 | 0 | 2 | 15 | 5 |
| Dermatology | 25 | 23 | 22 | 0 | 0 | 0 | 0 | 0 | 1 | 2 |
| Emergency Medicine | 2,278 | 2,265 | 1,606 | 66 | 484 | 0 | 0 | 80 | 29 | 13 |
| Emergency Med-Anesthesiology | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Emergency Med-Family Med | 4 | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Family Medicine | 3,629 | 3,510 | 1,628 | 121 | 696 | 0 | 0 | 735 | 330 | 119 |
| Family Medicine-ONMM | 4 | 4 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 |
| Family Med-Preventive Med | 3 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Internal Medicine (Categorical) | 7,542 | 7,363 | 3,195 | 108 | 875 | 2 | 0 | 1,107 | 2,076 | 179 |
| Medicine-Anesthesiology | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medicine-Dermatology | 6 | 5 | 5 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Medicine-Emergency Med | 26 | 26 | 22 | 0 | 3 | 0 | 0 | 1 | 0 | 0 |
| Medicine-Family Medicine | 2 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medicine-Medical Genetics | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medicine-Pediatrics | 382 | 377 | 306 | 2 | 47 | 0 | 0 | 15 | 7 | 5 |
| Medicine-Preliminary (PGY-1 Only) | 1,883 | 1,762 | 1,370 | 16 | 159 | 0 | 0 | 86 | 131 | 121 |
| Medicine-Preventive Med | 6 | 6 | 4 | 0 | 0 | 0 | 0 | 0 | 2 | 0 |
| Medicine-Primary | 374 | 372 | 229 | 7 | 31 | 0 | 0 | 33 | 72 | 2 |
| Medicine-Psychiatry | 24 | 24 | 20 | 0 | 2 | 0 | 0 | 1 | 1 | 0 |
| Interventional Radiology (Integrated) | 35 | 35 | 34 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Neurodevelopmental Disabilities | 4 | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Neurological Surgery | 225 | 225 | 203 | 9 | 3 | 0 | 0 | 0 | 10 | 0 |
| Neurology | 552 | 539 | 280 | 8 | 61 | 1 | 0 | 45 | 144 | 13 |
| Obstetrics-Gynecology | 1,336 | 1,330 | 1,051 | 19 | 156 | 0 | 0 | 60 | 44 | 6 |
| OB/GYN-Preliminary (PGY-1 Only) | 21 | 11 | 6 | 0 | 0 | 0 | 0 | 1 | 4 | 10 |
| Orthopedic Surgery | 742 | 738 | 691 | 29 | 5 | 0 | 0 | 10 | 3 | 4 |
| Osteo Neuromusculoskeletal Med | 2 | 2 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Otolaryngology | 315 | 303 | 284 | 6 | 3 | 0 | 0 | 5 | 5 | 12 |
| Pathology | 601 | 568 | 220 | 25 | 66 | 0 | 0 | 72 | 185 | 33 |
| Pediatrics (Categorical) | 2,768 | 2,711 | 1,746 | 29 | 403 | 0 | 0 | 218 | 315 | 57 |
| Pediatrics-Anesthesiology | 7 | 7 | 6 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Pediatrics-Emergency Med | 8 | 8 | 4 | 1 | 2 | 0 | 0 | 1 | 0 | 0 |
| Pediatrics-Medical Genetics | 20 | 18 | 14 | 0 | 2 | 0 | 0 | 0 | 2 | 2 |
| Pediatrics-P M & R | 3 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Pediatrics-Preliminary | 19 | 14 | 10 | 1 | 0 | 0 | 0 | 1 | 2 | 5 |
| Pediatrics-Primary | 90 | 86 | 36 | 1 | 3 | 0 | 0 | 14 | 32 | 4 |
| Peds/Psych/Child Psych | 21 | 20 | 17 | 0 | 3 | 0 | 0 | 0 | 0 | 1 |
| Physical Medicine & Rehab | 133 | 133 | 76 | 3 | 42 | 0 | 0 | 9 | 3 | 0 |
| Plastic Surgery (Integrated) | 168 | 167 | 156 | 5 | 2 | 0 | 0 | 1 | 3 | 1 |
| Preventive Medicine | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Psychiatry | 1,556 | 1,540 | 982 | 43 | 251 | 0 | 0 | 129 | 135 | 16 |
| Psychiatry-Family Medicine | 12 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Psychiatry-Neurology | 4 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Radiation Oncology | 16 | 15 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Radiology-Diagnostic | 125 | 125 | 77 | 4 | 24 | 0 | 0 | 8 | 12 | 0 |
| Surgery (Categorical) | 1,319 | 1,314 | 1,005 | 85 | 83 | 1 | 0 | 70 | 70 | 5 |
| Surgery-Preliminary (PGY-1 Only) | 1,363 | 888 | 567 | 21 | 44 | 1 | 0 | 80 | 175 | 475 |
| Thoracic Surgery | 36 | 36 | 31 | 1 | 0 | 0 | 0 | 1 | 3 | 0 |
| Transitional (PGY-1 Only) | 1,086 | 1,016 | 772 | 16 | 94 | 0 | 0 | 69 | 65 | 70 |
| Vascular Surgery | 60 | 58 | 50 | 3 | 1 | 0 | 0 | 0 | 4 | 2 |
| **Total PGY-1** | **30,232** | **29,040** | **17,740** | **662** | **3,771** | **5** | **0** | **2,900** | **3,962** | **1,192** |

**Results and Data 2018 Main Residency Match®**



### Table 18 — Participating Programs and Positions Filled in SOAP, 2017 - 2018

| Specialty | 2018 Participating Programs | 2018 Available Positions | 2018 Filled Programs | 2018 Filled Positions | 2017 Participating Programs | 2017 Available Positions | 2017 Filled Programs | 2017 Filled Positions |
|---|---|---|---|---|---|---|---|---|
| **PGY-1 Positions** | | | | | | | | |
| Anesthesiology | 9 | 27 | 9 | 27 | 16 | 53 | 15 | 52 |
| Child Neurology | 3 | 3 | 3 | 3 | 6 | 6 | 6 | 6 |
| Dermatology | 1 | 2 | | | | | | |
| Emergency Medicine | 7 | 10 | 6 | 8 | | | | |
| Family Medicine | 54 | 117 | 50 | 106 | 67 | 141 | 64 | 138 |
| Internal Medicine (Categorical) | 51 | 171 | 45 | 162 | 35 | 128 | 30 | 122 |
| Medicine-Anesthesiology | | | | | 1 | 1 | 1 | 1 |
| Medicine-Dermatology | 1 | 1 | 1 | 1 | | | | |
| Medicine-Pediatrics | 5 | 5 | 5 | 5 | 13 | 25 | 10 | 22 |
| Medicine-Preliminary (PGY-1 Only) | 41 | 99 | 33 | 88 | 28 | 67 | 23 | 59 |
| Medicine-Preventive Med | | | | | 1 | 2 | | 1 |
| Medicine-Primary | 1 | 2 | 1 | 2 | | | | |
| Interventional Radiology (Integrated) | | | | | 1 | 1 | 1 | 1 |
| Neurology | 9 | 12 | 9 | 12 | 7 | 12 | 7 | 12 |
| Obstetrics-Gynecology | 4 | 6 | 4 | 6 | | | | |
| OB/GYN-Preliminary (PGY-1 Only) | 6 | 10 | 6 | 10 | 8 | 9 | 7 | 8 |
| Orthopedic Surgery | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Otolaryngology | 10 | 11 | 10 | 11 | 9 | 11 | 8 | 10 |
| Pathology | 20 | 28 | 17 | 25 | 31 | 54 | 22 | 45 |
| Pediatrics (Categorical) | 20 | 53 | 18 | 51 | 12 | 44 | 12 | 44 |
| Pediatrics-Anesthesiology | | | | | 1 | 1 | | |
| Pediatrics-Emergency Med | | | | | 1 | 1 | 1 | 1 |
| Pediatrics-Medical Genetics | | | | | 1 | 1 | 1 | 1 |
| Pediatrics-Preliminary | 4 | 5 | 4 | 5 | 4 | 5 | 2 | 3 |
| Pediatrics-Primary | 2 | 4 | 2 | 4 | 1 | 1 | 1 | 1 |
| Physical Medicine & Rehab | | | | | 1 | 1 | 1 | 1 |
| Plastic Surgery (Integrated) | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| Psychiatry | 5 | 12 | 5 | 12 | 2 | 3 | 2 | 3 |
| Psychiatry-Neurology | 1 | 1 | 1 | 1 | 2 | 3 | | 1 |
| Radiation Oncology | 1 | 1 | 1 | 1 | | | | |
| Radiology-Diagnostic | | | | | 1 | 1 | 1 | 1 |
| Surgery (Categorical) | 3 | 5 | 3 | 5 | 3 | 5 | 3 | 5 |
| Surgery-Preliminary (PGY-1 Only) | 145 | 462 | 114 | 412 | 138 | 486 | 105 | 442 |
| Thoracic Surgery | | | | | 2 | 3 | | |
| Transitional (PGY-1 Only) | 17 | 65 | 15 | 63 | 11 | 31 | 10 | 30 |
| Vascular Surgery | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 |
| **Total - PGY-1** | **424** | **1,116** | **366** | **1,024** | **407** | **1,100** | **337** | **1,014** |
| **PGY-2 Positions** | | | | | | | | |
| Anesthesiology | 4 | 5 | 2 | 3 | 8 | 18 | 7 | 17 |
| Child Neurology | 1 | 1 | 1 | 1 | 2 | 2 | 1 | 1 |
| Dermatology | 1 | 2 | 1 | 2 | 3 | 4 | 3 | 4 |
| Interventional Radiology (Integrated) | | | | | 2 | 2 | 2 | 2 |
| Neurodevelopmental Disabilities | 1 | 1 | | | | | | |
| Neurology | 2 | 4 | 2 | 4 | 6 | 9 | 6 | 9 |
| Radiation Oncology | 4 | 4 | 4 | 4 | 4 | 4 | 4 | 4 |
| Radiology-Diagnostic | 2 | 3 | 2 | 3 | 5 | 12 | 5 | 12 |
| **Total - PGY-2** | **15** | **20** | **12** | **17** | **30** | **51** | **28** | **49** |
| **Physician (R) Positions*** | | | | | | | | |
| Anesthesiology | 8 | 16 | 5 | 8 | 5 | 6 | 4 | 5 |
| Child Neurology | 9 | 10 | 2 | 2 | 9 | 9 | 1 | 1 |
| Neurodevelopmental Disabilities | 4 | 5 | 1 | 1 | | | | |
| Neurology | 1 | 1 | 1 | 1 | 5 | 5 | 4 | 4 |
| Nuclear Medicine | 1 | 1 | | | 1 | 1 | | |
| Radiation Oncology | | | | | 1 | 1 | 1 | 1 |
| Radiology-Diagnostic | 2 | 2 | 2 | 2 | 4 | 4 | 2 | 2 |
| **Total - Physician** | **25** | **35** | **11** | **14** | **25** | **26** | **12** | **13** |
| **Grand Total** | **464** | **1,171** | **389** | **1,055** | **462** | **1,177** | **377** | **1,076** |

\* Physician (R) positions are PGY-2 positions starting in the year of the Match that are reserved for applicants who have had prior graduate medical education. Physician positions are not available to senior medical students. In *Results and Data Books* prior to 2014, the numbers of R positions were small and they were included in the categorical position counts. In this report, R positions are listed separately.

