Case 3:17-cv-00763-KHJ-FKB   Document 140-50   Filed 02/26/21   Page 1 of 3



# Results and Data

## 2019 Main Residency Match®



EXHIBIT 50

April 2019

www.nrmp.org

Papin - 043058

### Table 2 — Matches by Specialty and Applicant Type, 2019

| Specialty | Number of Positions | Number Filled | U.S. Senior | U.S. Grad | Osteo | Canadian | 5th Pathway | U.S. IMG | Non-U.S. IMG | Number Unfilled |
|---|---|---|---|---|---|---|---|---|---|---|
| **PGY-1 Positions** | | | | | | | | | | |
| Anesthesiology | 1,337 | 1,316 | 907 | 19 | 251 | 0 | 0 | 61 | 78 | 21 |
| Child Neurology | 145 | 133 | 102 | 3 | 6 | 0 | 0 | 6 | 16 | 12 |
| Dermatology | 30 | 28 | 23 | 0 | 3 | 0 | 0 | 0 | 2 | 2 |
| Emergency Medicine | 2,488 | 2,458 | 1,617 | 54 | 648 | 0 | 0 | 112 | 27 | 30 |
| Emergency Med-Anesthesiology | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Emergency Med-Family Med | 4 | 4 | 1 | 0 | 1 | 0 | 0 | 2 | 0 | 0 |
| Family Medicine | 4,107 | 3,827 | 1,601 | 126 | 986 | 1 | 0 | 744 | 369 | 280 |
| Family Medicine-ONMM | 1 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Family Med-Preventive Med | 4 | 4 | 3 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Internal Medicine (Categorical) | 8,116 | 7,892 | 3,366 | 119 | 1,202 | 2 | 0 | 1,107 | 2,096 | 224 |
| Medicine-Anesthesiology | 5 | 4 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Medicine-Dermatology | 7 | 7 | 6 | 1 | 0 | 0 | 0 | 0 | 0 | 0 |
| Medicine-Emergency Med | 26 | 26 | 20 | 0 | 4 | 0 | 0 | 2 | 0 | 0 |
| Medicine-Medical Genetics | 3 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Medicine-Pediatrics | 390 | 383 | 315 | 3 | 32 | 0 | 0 | 18 | 15 | 7 |
| Medicine-Preliminary (PGY-1 Only) | 1,944 | 1,796 | 1,356 | 19 | 165 | 2 | 0 | 99 | 155 | 148 |
| Medicine-Preventive Med | 6 | 6 | 2 | 0 | 0 | 0 | 0 | 0 | 4 | 0 |
| Medicine-Primary | 396 | 386 | 239 | 6 | 34 | 0 | 0 | 37 | 70 | 10 |
| Medicine-Psychiatry | 23 | 23 | 18 | 0 | 5 | 0 | 0 | 0 | 0 | 0 |
| Interventional Radiology (Integrated) | 37 | 37 | 30 | 2 | 5 | 0 | 0 | 0 | 0 | 0 |
| Neurodevelopmental Disabilities | 4 | 4 | 3 | 0 | 0 | 0 | 0 | 1 | 0 | 0 |
| Neurological Surgery | 232 | 231 | 213 | 6 | 4 | 0 | 0 | 0 | 8 | 1 |
| Neurology | 617 | 594 | 284 | 6 | 99 | 0 | 0 | 58 | 147 | 23 |
| Obstetrics-Gynecology | 1,395 | 1,392 | 1,049 | 25 | 234 | 0 | 0 | 42 | 42 | 3 |
| OB/GYN-Preliminary (PGY-1 Only) | 18 | 9 | 4 | 1 | 1 | 0 | 0 | 1 | 2 | 9 |
| Orthopedic Surgery | 755 | 752 | 693 | 34 | 15 | 0 | 0 | 7 | 3 | 3 |
| Osteo Neuromusculoskeletal Med | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 |
| Otolaryngology | 328 | 328 | 308 | 0 | 13 | 0 | 0 | 2 | 5 | 0 |
| Pathology | 601 | 569 | 201 | 29 | 57 | 2 | 0 | 70 | 210 | 32 |
| Pediatrics (Categorical) | 2,847 | 2,778 | 1,715 | 34 | 502 | 0 | 0 | 222 | 305 | 69 |
| Pediatrics-Anesthesiology | 7 | 7 | 6 | 0 | 0 | 1 | 0 | 0 | 0 | 0 |
| Pediatrics-Emergency Med | 8 | 8 | 6 | 0 | 2 | 0 | 0 | 0 | 0 | 0 |
| Pediatrics-Medical Genetics | 21 | 16 | 14 | 0 | 2 | 0 | 0 | 0 | 0 | 5 |
| Pediatrics-P M & R | 4 | 3 | 2 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Pediatrics-Preliminary | 24 | 19 | 12 | 0 | 3 | 0 | 0 | 0 | 4 | 5 |
| Pediatrics-Primary | 90 | 89 | 36 | 0 | 9 | 0 | 0 | 17 | 27 | 1 |
| Peds/Psych/Child Psych | 21 | 21 | 20 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Physical Medicine & Rehab | 138 | 138 | 69 | 4 | 51 | 0 | 0 | 10 | 4 | 0 |
| Plastic Surgery (Integrated) | 172 | 172 | 158 | 8 | 2 | 0 | 0 | 2 | 2 | 0 |
| Preventive Medicine | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Psychiatry | 1,740 | 1,720 | 1,054 | 54 | 332 | 1 | 0 | 147 | 132 | 20 |
| Psychiatry-Family Medicine | 12 | 12 | 12 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Psychiatry-Neurology | 4 | 3 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Radiation Oncology | 15 | 14 | 13 | 0 | 0 | 0 | 0 | 0 | 1 | 1 |
| Radiology-Diagnostic | 123 | 122 | 73 | 2 | 25 | 0 | 0 | 6 | 16 | 1 |
| Surgery (Categorical) | 1,432 | 1,432 | 1,053 | 83 | 143 | 1 | 0 | 83 | 69 | 0 |
| Surgery-Preliminary (PGY-1 Only) | 1,158 | 581 | 277 | 17 | 37 | 2 | 0 | 82 | 166 | 577 |
| Thoracic Surgery | 37 | 37 | 34 | 1 | 0 | 0 | 0 | 0 | 2 | 0 |
| Transitional (PGY-1 Only) | 1,252 | 1,101 | 788 | 17 | 194 | 0 | 0 | 57 | 45 | 151 |
| Vascular Surgery | 66 | 64 | 52 | 1 | 5 | 0 | 0 | 2 | 4 | 2 |
| **Total PGY-1** | **32,194** | **30,550** | **17,763** | **674** | **5,076** | **12** | **0** | **2,997** | **4,028** | **1,644** |

**Results and Data 2019 Main Residency Match®**

Papin - 043073



## Table 18 — Participating Programs and Positions Filled in SOAP, 2018 - 2019

| Specialty | 2019 Participating Programs | 2019 Available Positions | 2019 Filled Programs | 2019 Filled Positions | 2018 Participating Programs | 2018 Available Positions | 2018 Filled Programs | 2018 Filled Positions |
|---|---|---|---|---|---|---|---|---|
| **PGY-1 Positions** | | | | | | | | |
| Anesthesiology | 4 | 21 | 3 | 4 | 9 | 27 | 9 | 27 |
| Child Neurology | 9 | 9 | 7 | 7 | 3 | 3 | 3 | 3 |
| Dermatology | 1 | 2 | 1 | 2 | 1 | 2 | | |
| Emergency Medicine | 14 | 29 | 12 | 27 | 7 | 10 | 6 | 8 |
| Family Medicine | 113 | 271 | 87 | 238 | 54 | 117 | 50 | 106 |
| Internal Medicine (Categorical) | 57 | 219 | 40 | 176 | 51 | 171 | 45 | 162 |
| Medicine-Dermatology | | | | | 1 | 1 | 1 | 1 |
| Medicine-Pediatrics | 5 | 7 | 4 | 4 | 5 | 5 | 5 | 5 |
| Medicine-Preliminary (PGY-1 Only) | 51 | 134 | 37 | 105 | 41 | 99 | 33 | 88 |
| Medicine-Primary | 4 | 10 | 3 | 9 | 1 | 2 | 1 | 2 |
| Neurology | 12 | 20 | 11 | 19 | 9 | 12 | 9 | 12 |
| Obstetrics-Gynecology | 2 | 3 | 2 | 3 | 4 | 6 | 4 | 6 |
| OB/GYN-Preliminary (PGY-1 Only) | 6 | 9 | 4 | 7 | 6 | 10 | 6 | 10 |
| Orthopedic Surgery | 2 | 3 | 2 | 3 | 1 | 1 | 1 | 1 |
| Otolaryngology | | | | | 10 | 11 | 10 | 11 |
| Pathology | 17 | 27 | 11 | 21 | 20 | 28 | 17 | 25 |
| Pediatrics (Categorical) | 28 | 68 | 22 | 60 | 20 | 53 | 18 | 51 |
| Pediatrics-Preliminary | 2 | 3 | 2 | 3 | 4 | 5 | 4 | 5 |
| Pediatrics-Primary | 1 | 1 | 1 | 1 | 2 | 4 | 2 | 4 |
| Plastic Surgery (Integrated) | | | | | 1 | 1 | 1 | 1 |
| Psychiatry | 11 | 18 | 9 | 15 | 5 | 12 | 5 | 12 |
| Psychiatry-Neurology | | | | | 1 | 1 | 1 | 1 |
| Radiation Oncology | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Surgery (Categorical) | | | | | 3 | 5 | 3 | 5 |
| Surgery-Preliminary (PGY-1 Only) | 145 | 559 | 81 | 430 | 145 | 462 | 114 | 412 |
| Transitional (PGY-1 Only) | 35 | 145 | 17 | 110 | 17 | 65 | 15 | 63 |
| Vascular Surgery | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| **Total - PGY-1** | **522** | **1,561** | **359** | **1,247** | **424** | **1,116** | **366** | **1,024** |
| **PGY-2 Positions** | | | | | | | | |
| Anesthesiology | 4 | 6 | 3 | 5 | 4 | 5 | 2 | 3 |
| Child Neurology | 2 | 2 | 1 | 1 | 1 | 1 | 1 | 1 |
| Dermatology | 2 | 3 | 1 | 2 | 1 | 2 | 1 | 2 |
| Neurodevelopmental Disabilities | 1 | 1 | 1 | 1 | 1 | 1 | | |
| Neurology | 8 | 15 | 6 | 13 | 2 | 4 | 2 | 4 |
| Physical Medicine & Rehab | 3 | 3 | 3 | 3 | | | | |
| Radiation Oncology | 19 | 26 | 13 | 18 | 4 | 4 | 4 | 4 |
| Radiology-Diagnostic | 7 | 11 | 6 | 10 | 2 | 3 | 2 | 3 |
| **Total - PGY-2** | **46** | **67** | **34** | **53** | **15** | **20** | **12** | **17** |
| **Physician (R) Positions*** | | | | | | | | |
| Anesthesiology | 3 | 3 | 3 | 3 | 8 | 16 | 5 | 8 |
| Child Neurology | 10 | 13 | 3 | 3 | 9 | 10 | 2 | 2 |
| Neurodevelopmental Disabilities | 1 | 1 | | | 4 | 5 | 1 | 1 |
| Neurology | 3 | 3 | 2 | 2 | 1 | 1 | 1 | 1 |
| Nuclear Medicine | | | | | 1 | 1 | | |
| Osteo Neuromusculoskeletal Med | 1 | 1 | | | | | | |
| Physical Medicine & Rehab | 1 | 1 | 1 | 1 | | | | |
| Radiation Oncology | 1 | 1 | | | | | | |
| Radiology-Diagnostic | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 |
| **Total - Physician** | **21** | **24** | **10** | **10** | **25** | **35** | **11** | **14** |
| **Grand Total** | **589** | **1,652** | **403** | **1,310** | **464** | **1,171** | **389** | **1,055** |

* Physician (R) positions are PGY-2 positions starting in the year of the Match that are reserved for applicants who have had prior graduate medical education. Physician positions are not available to senior medical students. In *Results and Data Books* prior to 2014, the numbers of R positions were small and they were included in the categorical position counts. In this report, R positions are listed separately.