**To:** Joe Papin

Sounds good

Wound Care recommended continuing santyl for ███████'s early sacral decub

Thu, Dec 22, 4:09 PM

Hey, I just gave Will the updates on my patients. Notes and orders are in for my patients. I'm staying until 4:30, but I just wanted to touch base for anything that may need to be done

Come to lounge and let's run the list.

On my way

Fri, Dec 23, 9:07 AM

EXHIBIT 51