EXHIBIT "G" - House Staff Manual

# House Staff Manual 2016-2017



**The University Hospitals and Health System**
**The University of Mississippi Medical Center • Jackson**

Papin-172

Published by the Office of Graduate Medical Education
The University of Mississippi Medical Center
2500 North State Street
Jackson, Mississippi 39216-4505

▪

The University of Mississippi Medical Center offers
equal opportunity in education and employment and
in all its programs and services, M/F/D/V.

▪

June, 2016

Papin-173

**To the Members of the House Staff:**
Welcome to the University Hospitals and Health System (UHHS) and the University of Mississippi Medical Center. You represent an important aspect of the mission of our hospitals and we are very pleased that you have chosen this institution as the site for your postgraduate training.

This **House Staff Manual** contains information, which is designed to assist you in becoming more familiar with the hospital and its routines. An Administrative Policy and Procedure Manual provides supplemental information and may be found online on each of the hospitals' patient care units. **I would encourage you to review and become familiar with both the manuals**. A knowledge of their contents will facilitate your work.

Every employee of the hospital is dedicated to helping you progress in your professional development. At the same time, we invite you to join us as we seek to provide each patient with the best care possible.

Again, welcome to the UMMC family. Please feel free to contact Hospital Administration at any time for assistance. However, I would also ask that you assist the hospital by making us aware of any suggestions that you believe would improve the hospital environment or patient care.

**Kevin Cook**
**Chief Executive Officer**
**The University Hospitals and Health Systems**

**Guy Giesecke, FACHE**
**Chief Executive Officer**
**Children's of Mississippi**

and clinical experiences with appropriate supervision to ensure that the educational objectives are achieved. The program and its faculty are required to provide residents with formal evaluations of their progress in the program.

Programs must provide residents with a mechanism to evaluate faculty and the educational program. In addition to the specific educational requirements of each program, all programs are required to provide a curriculum and evaluation system ensuring achievement of the following general competencies: patient care, medical knowledge, practice based learning and improvement, interpersonal and communication skills, professionalism and systems based practice.

The programs will receive periodic formal internal reviews at approximately mid-cycle between accreditation visits. Additional full or ad-hoc reviews may be conducted if significant problems are identified either through the review process or other mechanisms or if requested by programs.

**EVALUATION AND PROMOTION AND DISMISSAL OF RESIDENTS POLICY**

All residency programs are required to provide regular evaluations to the residents. Programs will provide formal written evaluations from the program director, program residency committee, department chair, or designee at least two times per year or more often if required by the accrediting body for that program. Residents whose performance is below an acceptable standard must be notified of deficiencies in their performance.

Each program must establish criteria for promotion for each level of training and completion of the program. Unsatisfactory trainee performance may result in the dismissal from the program of the House Officer. This decision will be made by the Program Director in consultation with Chairman of the Department. If a House

29

Officer wishes to contest the Program Director's decision for termination from the training program, appeal for review can be addressed to a constituted Departmental Grievance Committee composed of selected peers and faculty.

Reappointment for additional years of training shall be based upon evaluation of the resident physician's performance and availability of positions. If the resident physician does not commence the training program upon the first day of the regular academic year of UMMC, viz., July 1, and the resident physician does not exhibit sufficient competency to advance to the following year of residency, then UMMC may terminate this contract at the end of the academic year of the training program even if this contract states a later termination date. UMMC shall give the resident physician at least four (4) months written notice of an intent not to reappoint the resident physician to the next year of training, unless the event or events giving rise to such non-reappointment occur during the last four months of the academic year, in which case UMMC shall give the resident physician as much notice of non-reappointment as is reasonably allowable.

**DISCIPLINE AND BEHAVIOR**

The house staff member's greatest asset or liability is the manner in which he/she conducts himself/herself in his/her relations with patients, members of the hospital staff and the public. Residents have a special responsibility to avoid the use of intemperate language or actions in front of patients, the nursing staff, other hospital personnel and visitors.

Interns, residents, & fellows (House Officers) are subject to the rules and regulations that govern the hospital. The UHHS Professional Behaviors Policy is available on line on the Medical Center Intranet and in the *Administrative Policies and Procedures Manual*. House Officers are

expected to adhere to this policy. Infractions of the rules will be referred to the chiefs of the services.

House Staff shall have the rights of grievance procedures as detailed in the Handbook for Employees of the Medical Center. There is a separate House Officer Grievance Policy for residents maintained in the Graduate Medical Education Office and included on the GME website under Administration/Policies/Grievance.

The Graduate Medical Education Committee serves as the appeals committee for matters involving House Officers.

### HARASSMENT
See GME web site under Administration/Policies. Also, see UMMC Faculty and Staff Handbook and Personnel Procedures.

### SUBSTANCE ABUSE
See GME web site under Administration/Policies. Also, see UMMC Faculty and Staff Handbook and Personnel Procedures.

### ASSIGNMENT SCHEDULES
Schedules of assignments are arranged by services prior to changes in service. Compliance with these schedules is mandatory and no changes may be made without approval of the Chief of service or his representative.

Each department has established rules and procedures for its own staff. Certain general requirements exist for all hospital staff members and it is expected that the house staff will comply with the standards established by the hospital.

### LICENSURE
#### Drug Enforcement Administration
Every physician licensed to practice in Mississippi who prescribes, administers or dispenses any controlled substance within Mississippi or who proposes to engage

31