# EXHIBIT "J" - Resident Performance Profile

Resident Performance Profile

| Papin, Joe | | Year 1 1st Half | Year 1 2nd Half | Year 2 1st Half | Year 2 2nd Half | Year 3 1st Half | Year 3 2nd Half | Year 4 1st Half | Year 4 2nd Half | Year 5 1st Half | Year 5 2nd Half |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **MILESTONES:** | | | | | | | | | | | |
| PATIENT CARE - PC1 | | 1.00 | | | | | | | | | |
| Evaluations (Q1) | | 2.90 | | | | | | | | | |
| PATIENT CARE - PC2 | | 0.50 | | | | | | | | | |
| Evaluations (Q1) | | 2.90 | | | | | | | | | |
| PATIENT CARE - PC3 | | 0.50 | | | | | | | | | |
| Evaluations (Q4) | | 3.00 | | | | | | | | | |
| MEDICAL KNOWLEDGE - MK1 | | 1.00 | | | | | | | | | |
| Evaluations (Q1) | | 2.90 | | | | | | | | | |
| ABSITE | | N/A | | | | | | | | | |
| Mock Orals | | | | | | | | | | | |
| | | 1.00 | | | | | | | | | |
| MEDICAL KNOWLEDGE - MK2 | | | | | | | | | | | |
| Evaluations (Q4) | | 3.00 | | | | | | | | | |
| ABSITE | | N/A | | | | | | | | | |
| Mock Orals | | | | | | | | | | | |
| SYSTEMS-BASED PRACTICE - SBP1 | | CD | | | | | | | | | |
| Evaluations (Q6) | | 2.90 | | | | | | | | | |
| SYSTEMS-BASED PRACTICE - SBP2 | | CD | | | | | | | | | |
| Evaluations (Q7) | | 2.80 | | | | | | | | | |
| QI/PS Project | | Y | | | | | | | | | |
| PRACTICE-BASED LEARNING & IMPROVEMENT - PBLI1 | | NYA | | | | | | | | | |
| Evaluations (Q8) | | 2.90 | | | | | | | | | |
| Case Presentation/Grand Rounds Presentation | | | | | | | | | | | |
| PRACTICE-BASED LEARNING & IMPROVEMENT - PBLI2 | | 0.50 | | | | | | | | | |
| Evaluations (Q9) | | 3.20 | | | | | | | | | |
| SIM Lab (Y or N) | | N | | | | | | | | | |
| PRACTICE-BASED LEARNING & IMPROVEMENT - PBLI3 | | CD | | | | | | | | | |
| Evaluations (Q7) | | 2.80 | | | | | | | | | |
| QI/PS Project | | Y | | | | | | | | | |
| PROFESSIONALISM - PROF1 | | CD | | | | | | | | | |
| Evaluations (Q2) | | 2.70 | | | | | | | | | |
| Patient Evaluation (Q ??) | | | | | | | | | | | |
| PROFESSIONALISM - PROF2 | | 0.50 | | | | | | | | | |
| Self Evaluation Completed (Y or N) | | Y | | | | | | | | | |
| Self Awareness | | | | | | | | | | | |
| Work/Life Balance | | | | | | | | | | | |
| PROFESSIONALISM - PROF3 | | 0.50 | | | | | | | | | |
| Evaluations (Q10) | | 2.70 | | | | | | | | | |
| Duty Hours Compliance | | | | | | | | | | | |
| HealthStream Modules Compliance (Y=Up to date) | | Y | | | | | | | | | |
| CITI Completed (Y or N) | | Y | | | | | | | | | |
| Completion of Evals > 75% (Y or N) | | Y | | | | | | | | | |
| Case Logs UTD (Y or N) | | N | | | | | | | | | |
| INTERPERSONAL & COMMUNICATION SKILLS (ICS1) | | CD | | | | | | | | | |
| Evaluations (Q3) | | 3.10 | | | | | | | | | |
| Patient Evaluation (Q ??) | | | | | | | | | | | |

Papin-655

Resident Performance Profile

| | | | |
|---|---|---|---|
| INTERPERSONAL & COMMUNICATION SKILLS (ICS2) | | (CD) | |
| Evaluations (Q6) | | 2.90 | |
| INTERPERSONAL & COMMUNICATION SKILLS (ICS3) | | (CD) | |
| Evaluations (Q5) | | 3.20 | |

| Case Logs: Defined Category | Min | As of 11/16 |
|---|---|---|
| SS&B (Skin, Soft tissue & Breast) | 25 | 2 |
| H&N (Head and Neck) | 24 | 0 |
| ALTR (Alimentary Tract) | 72 | 2 |
| AB (Abdominal) | 65 | 4 |
| LV (Liver) | 4 | 0 |
| PANC (Pancreas) | 3 | 0 |
| VASC (Vascular) | 44 | 1 |
| ENDO (Endocrine) | 8 | 0 |
| TRAUMOP (Trauma) | 10 | 0 |
| TRAUMNOP (Trauma Non-Operative) | 20 | 0 |
| THOR (Thoracic) | 15 | 0 |
| PED (Pediatric) | 20 | 0 |
| PLA (Plastic) | 5 | 0 |
| LAP-B (Laparoscopic-Basic) | 60 | 2 |
| *ENDYS (Endoscopy) - See below | 85 | 4 |
| LAP-C (Laparoscopic-Complex) | 25 | 1 |
| TTL MAJ | 750 | 9 |
| TTL MAJ as Chief | 150 | 0 |
| TTL MAJ as TA | | 0 |
| *Colon | 50 | 3 |
| *Upper | 35 | 1 |
| *Other | 0 | 0 |
| Year 2 Defined Category | 250 | 33 |

| Scholarly Activity | |
|---|---|
| Scholarly Activity: Research study | Outcomes, case mix index, improving documentation to capture |
| Scholarly Activity: Publications | |
| Presentation at Internal and National Meeting | |
| PMID | |
| Teaching Presentations (GR or Case Presentations) | |
| Awards | |

Extras

Papin-657

Communication & Professionalism concerns. Ownership of tasks. Communicate concerns. Must treat nurses & allied health staff with respect. Do not be arrogant.

11/29/16

11/29/16

Joe Papin — Semi Annual

{Out in file in big file cabinet}

What kind of leader do you want to be?

Wants to directive feedback.

Never asked when he didn't help...

Heirarchy —
    trust, respect, Must be earned —
        hard to earn; easy to break.

Quiet, Around, do what needs to be done
      only road out

Understand feedback —
    employee & student

Plan → Joe — "fly under radar —
      low maint
        owning it
          not passing on to students"

Significant headway in 6 mos.
  + 0 concerns abt prof interactions.