# EXHIBIT "K"  - December 20, 2016 E-mail

| | |
|---|---|
| **From:** | Truman M. Earl <tearl@umc.edu> |
| **Sent:** | Tuesday, December 20, 2016 3:39 PM |
| **To:** | Renee Greene |
| **Cc:** | Truman M. Earl |
| **Subject:** | Meeting with Joe Papin Today |

Renee

At our meeting with Joe today we discussed the recurring issues of professionalism that have been present through much of the first 6 months of his residency.  These are well documented in his evaluations and I have gotten feedback from nurses, co-residents, and staff regarding his behavior.  Specific examples of this behavior are:
1) Unwillingness to help with tasks
2) Leaving the hospital during duty hours (to exercise)
3) Condescending tone to nurses and fellow residents
4) Leaving clinics without telling anyone
5) Poor inter-professional communication

I have addressed each of these issues with Joe and it seems to not be improving despite meeting with him several times.  I have explicitly instructed him that I must see improvement in his professional behavior as manifest through faculty and resident evaluations.  Additionally, I told him I would be soliciting feedback regarding his performance from nurses, residents and faculty.  He voiced understanding that he must treat everyone with respect, communicate with his colleagues and he must get permission to leave work during duty hours.

---

**Truman M. Earl, MD, FACS**
**Associate Professor of Surgery**
**Division of Transplant and Hepatobiliary Surgery**
**Program Director, General Surgery Residency**
**University of Mississippi Medical Center**
2500 North State Street
Jackson, MS 39216
☎: 601-815-3141 / 601-815-7869 (direct) | 📠: 601-985-2962 | ✉: tearl@umc.edu