EXHIBIT "M"  - Mahoney Deposition

Meagan Mahoney
November 18, 2020

```
 1              IN THE UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

 3                     JACKSON DIVISION

 4

 5

 6     * * * * * * * * * * * * * * * * *

 7   JOSEPH PAPIN,

 8          Plaintiff,

 9                                        CASE NO.:
     v.
10                              3:17-CV-763-CWR-FKB
     UNIVERSITY OF MISSISSIPPI MEDICAL
11   CENTER; DR. LOUANN WOODWARD, in
     her official capacity; and
12   DR. T. MARK EARL, in his
     individual capacity,
13
            Defendants.
14     * * * * * * * * * * * * * * * * *

15

16

17

18

19

20          Videoconference Deposition of

21          MEAGAN MAHONEY, MD, taken

22          on November 18, 2020, commencing

23          at approximately 1:59 p.m.

24

25
```

```
 1                  A P P E A R A N C E S

 2            ALL APPEARANCES BY VIDEOCONFERENCE

 3

 4  FOR THE PLAINTIFF:
         C. RYAN MORGAN, ESQUIRE
 5       rmorgan@forthepeople.com
                  AND
 6       JOLIE N. PAVLOS, ESQUIRE
         jpavlos@forthepeople.com
 7       MORGAN & MORGAN, PLLC
         20 NORTH ORANGE AVENUE, SUITE 1400
 8       ORLANDO, FL  32801
         407-420-1414
 9

10

11

12  FOR THE DEFENDANTS:
         TOMMY WHITFIELD, ESQUIRE
13       Tommy@whitfieldlaw.org
         WHITFIELD LAW GROUP
14       660 LAKELAND EAST DRIVE, SUITE 200
         FLOWOOD, MS  39232
15       601-863-8221

16

17

18

19  ALSO PRESENT:
         JOSEPH PAPIN
20

21

22

23  COURT REPORTER:
         DEBRA AMOS ISBELL, CCR,RDR,CRR - ACCR #21
24

25
```

```
1                          I N D E X

2    DEPOSITION OF MEAGAN MAHONEY, MD - 11/18/2020

3

4                     EXAMINATION INDEX

5        BY MR. MORGAN                               5

6        BY MR. WHITFIELD                          140

7        BY MR. MORGAN                             152

8

9                      EXHIBIT INDEX

10   EXHIBIT

11   Exhibit 1   Email to Dr. Earl and Renee Greene    21
                 from Dr. Mahoney, 1/10/2017 -
12               Papin-010889-010890

13   Exhibit 2   Text message "#5" - Plaintiff-000055  29

14   Exhibit 3   Text message, 12/6/2016 -             35

15               Plaintiff-000036

16   Exhibit 4   Text message, 12/15/2016             37
                 Plaintiff-000034
17
     Exhibit 5   Text message, 12/12/2016             42
18               Papin-042489-042490                  42

19   Exhibit 6   Medical record, 11/15/2016 -         66
                 Papin-3072
20
     Exhibit 7   Medical record, 12/9/2016 -          69
21               Papin-3091-3093

22   Exhibit 8   Note in the medical records by        74
                 Dr. Papin, 12/12/2016 -
23               Papin-3344-3347

24   Exhibit 9   Note in the medical records by        75
                 Dr. Papin, 12/13/2016 -
25               Papin-3353-3355
```

Meagan Mahoney
November 18, 2020                                      4

```
 1   Exhibit 10 Note in the medical records by        79
                Dr. Papin, 12/14/2016
 2              - Papin-3350-3353

 3   Exhibit 11 Note in the medical records by        80
                Dr. Papin, 12/15/2016
 4              - Papin-3355-3358

 5   Exhibit 12 Note in the medical records by        82
                Dr. Papin, 12/17/2016
 6              - Papin-3366-3368

 7   Exhibit 13 Note in the medical records by        84
                Dr. Papin, 12/18/2016
 8              - Papin-3377-3379

 9   Exhibit 14 Note in the medical records by        86
                Dr. Papin, 12/19/2016
10              - Papin-3368-3371

11   Exhibit 15 Note in the medical records by        86
                Dr. Papin, 12/20/2016
12              - Papin-3372-3377

13   Exhibit 16 Note in the medical records by        87
                Dr. Papin, 12/21-22/2016
14              - Papin-3379-3381

15   Exhibit 17 Note in the medical records by        87
                Dr. Papin, 12/22/2016
16              - Papin-3382-3384

17   Exhibit 18 Note in the medical records by        88
                Kisha Dyse, 12/22/2016 - Papin-3095
18
     Exhibit 19 Text message, 12/22/2016 -            98
19              Papin-042486

20   Exhibit 20 Text message, 12/23/2016 -           101
                Plaintiff-000052
21
     Exhibit 21 Note in the medical records by       105
22              Ronnie Keith Brown, 12/23/2016
                - Papin-3391-3396
23

24

25
```

Meagan Mahoney
November 18, 2020                                        5

```
 1                (THIS DEPOSITION WAS TAKEN PURSUANT TO THE

 2                 FEDERAL RULES OF CIVIL PROCEDURE.  READING

 3                 AND SIGNING BY THE WITNESS IS RESERVED.)

 4

 5                    MEAGAN MAHONEY, MD

 6           was sworn and testified as follows:

 7           THE WITNESS:  I do.

 8                           EXAMINATION

 9   BY MR. MORGAN:

10      Q.    Dr. Mahoney, if you could, state your full

11   name for the record, please.

12      A.    Meagan Elizabeth Mahoney.

13      Q.    And where do you currently live,

14   Dr. Mahoney?

15      A.    In Columbus, Georgia.

16      Q.    How long have you lived there, ballpark?

17      A.    About two years.

18      Q.    We met a moment ago.  My name is Ryan

19   Morgan.  I represent Dr. Papin in a case he has

20   brought against UMMC related to certain violations he

21   is alleging.

22           Have you ever had your deposition taken

23   before?

24      A.    For this case or for anything?

25      Q.    For anything.
```

Meagan Mahoney
November 18, 2020                    6

```
 1      A.    I think we had a meeting in 2017 regarding
 2   this, but that was it.
 3      Q.    Okay.  So that was the appeals hearing when
 4   you provided some testimony?
 5      A.    Yes.
 6      Q.    Okay.  Other than that, have you ever had to
 7   provide any sort of sworn testimony like this?
 8      A.    No, sir.
 9      Q.    Whether it's in a deposition -- it's kind of
10   a new thing here now doing all this by Zoom.  It used
11   to always be in person; right?  But now it's by Zoom
12   or testifying in court.  Never had to do anything like
13   that?
14      A.    No, I have not.
15      Q.    That's totally fine and very normal.  But
16   I'm sure Tommy has sort of given you a few, quote,
17   "ground rules" that lawyers always like to recite at
18   the beginning of depositions.  But, you know, just to
19   be sure, we do have a court reporter typing everything
20   down.  So we want to be very careful with how we
21   communicate with each other.  I'll ask questions, and
22   then you'll answer.  You're going to know halfway
23   through my question what I'm sort of asking, but just
24   let me finish it.  That way the court reporter can
25   type it down perfectly clearly.  And then the same
```

1  thing for me.  I'm always ready to jump in and ask you

2  a followup question.  But I have to be good about

3  letting you finish your answer, too.

4         It may be a little obvious, but just for the

5  record, uh-huhs, huh-uhs don't show up real well on

6  the transcript, so I'll just prod you for a yes or no

7  just to be sure we know what your answer is.  Okay?

8     A.    Okay.

9     Q.    If I ask a question that just does not make

10  sense or it's confusing for whatever reason, please

11  ask me to rephrase it.  It does not offend me at all.

12  You know, you're a medical expert.  I'm not.  So if I

13  say something that just doesn't seem right, please

14  don't hesitate to ask that.  Okay?

15     A.    Okay.

16     Q.    And if you need a break at any point, let me

17  know.  I typically will try to take a break about

18  every hour, whenever we need one.  It sounds long, but

19  trust me, the time goes faster than you think.

20     A.    Okay.

21     Q.    Now, I have to ask this of each person, so I

22  do apologize in advance.  Have you ever been convicted

23  of a crime?

24     A.    No.

25     Q.    Are you on any sort of medication, drugs or

1   anything that would affect your ability to remember

2   facts from years ago?

3       A.    No.

4       Q.    Okay.  For this deposition I'm going to ask

5   you some questions about how you prepared for it.  I

6   don't want to know any sort of substance of a

7   conversation you had with Mr. Whitfield.  But I would

8   assume you did speak with Mr. Whitfield regarding this

9   deposition; is that correct?

10      A.    Yes.

11      Q.    How many times did you guys talk to prepare

12  for this deposition?

13      A.    Twice.

14      Q.    When was the first time?

15      A.    Last week.  I'm not sure of the day.  And

16  then earlier today.

17      Q.    Last week, ballpark, how long did that

18  conversation last?

19      A.    About an hour and a half.

20      Q.    What about the one this morning?

21      A.    20 minutes.

22      Q.    How did you first find out that you were

23  going to be sitting for this deposition in this case?

24      A.    I believe Tommy emailed me, first reached

25  out through email.

Meagan Mahoney
November 18, 2020                                    9

1     Q.    Okay.  Did you review any medical records in

2     preparation for this deposition?

3     A.    I did.

4     Q.    Which medical records did you review?

5     A.    I looked at the wound care note from the

6     patient, Joe Papin's daily progress note, a couple of

7     daily progress notes, and then the operative note on

8     the patient in question with the sacral decubitus

9     wound.

10    Q.    Okay.  Any other records that you reviewed?

11    A.    I looked at text messages and my previous

12    report in that meeting in 2017.

13    Q.    Okay.  Anything else?

14    A.    I believe that's all.

15    Q.    Okay.  So the medical records for the ulcer

16    patient, we'll talk about that person as well.  And

17    then text messages.  Those are the two types of

18    documents you looked at?

19    A.    Uh-huh (positive response).

20    Q.    Is that a yes?

21    A.    Yes.  Sorry.

22    Q.    It happens every time.

23    A.    Yeah.

24    Q.    I know you testified you've been in Columbus

25    about two years.  Are you married?

1     A.     Yes.

2     Q.     How long have you been married?

3     A.     Four or five years.  Five years.

4     Q.     Do you have any children?

5     A.     Yes.

6     Q.     How many kids?

7     A.     One.

8     Q.     How old are they?

9     A.     Nine months old.

10     Q.     Oh, man.  Hopefully sleeping.

11     A.     Not really.

12     Q.     I have a nine and a four-year-old.  I've

13   been there.  Luckily mine weren't terrible.

14          But if you could, walk us through your

15   education background, kind of starting with high

16   school, where you graduated, and up through your most

17   recent schooling.

18     A.     I went to Columbus High School in Columbus,

19   Mississippi, graduated in 2003.  Went to Mississippi

20   State University, majored in biochemistry and

21   molecular biology, graduated in 2007.  I took a gap

22   year and then went to medical school at the University

23   of Mississippi in Jackson, Mississippi, graduated in

24   2012.  Started general surgery residency after

25   graduation, did a fellowship in critical care,

1   surgical critical care in 2015 to 2016.  And then came

2   back to finish my fourth and fifth year of general

3   surgery residency and graduated in 2018.

4        Q.    Okay.  The fellowship, was that at UMMC,

5   too?

6        A.    Yes.

7        Q.    So I guess what years were you then at UMMC,

8   ballpark?

9        A.    So 2008 started medical school and then 2018

10  finished residency.

11       Q.    And then is that when you got the position

12  where you are now in Columbus, Georgia?

13       A.    Yes.  We moved about October -- I started

14  October 1st, 2018.

15       Q.    Okay.  And which hospital do you work for?

16       A.    Piedmont Midtown.

17       Q.    And that is Columbus, Georgia; right?  Not

18  Mississippi?

19       A.    Right, yes.

20       Q.    Do you remember Dr. Papin?

21       A.    I do.

22       Q.    When did you approximately work with

23  Dr. Papin time frame-wise?

24       A.    I believe it was when I came back from my

25  fellowship.  So 2016, July 2016-2017.

Meagan Mahoney
November 18, 2020                                    12

1      Q.     And I think at that point in time you were

2  considered a chief resident; is that accurate?

3      A.     I was a fourth-year, so I was chief on

4  certain services.  A true chief is a fifth-year

5  resident.

6      Q.     If you could explain to me what you mean by

7  being a chief on certain services?

8      A.     A chief on a service just means that you're

9  the highest level of resident for that service.

10     Q.     And for the record, when you say "a

11  service," I'm just trying to make sure we're on the

12  same page.  What do you mean by "a service"?

13     A.     A service being like trauma surgery service,

14  general surgery service, thoracic surgery service.

15  Different types of surgery.

16     Q.     To explain, I understand that some of my

17  questions may seem basic.  But there's a chance that

18  the transcript could be read to a judge or a jury one

19  day.

20     A.     Sure.

21     Q.     So I might have to ask those questions just

22  to make sure laypersons can understand what's going

23  on.

24     A.     I understand.

25     Q.     So when you were that fourth year and you

Meagan Mahoney
November 18, 2020                                    13

1  were the chief for one of those services, what were

2  your job duties and responsibilities in a nutshell?

3      A.    While continuing our basic general surgery

4  training, we're also overseeing the residents below

5  us, taking trauma call approximately two weekends a

6  month.  And then when we're on call for trauma, we

7  also have to field general surgery consults.

8      Q.    Okay.  What about the responsibilities in

9  regards to other lower residents than you, first,

10  second, third years?

11      A.    We're supposed to help with their training

12  as well, kind of teach them in the operating room.  If

13  we notice that they're having any difficulties with

14  their time efficiency, we're supposed to help them

15  with that.  And then overall monitoring of the patient

16  care on our service.

17      Q.    Is it different for a first-year resident

18  versus a third-year resident?

19      A.    Yes.

20      Q.    In what way?

21      A.    First-year residents are usually mostly on

22  the floor, meaning they're in the patient wards.

23  They're doing a lot of the notes, a lot of the patient

24  orders, carrying out the responsibilities of calling

25  consults, following up on the consult recommendations.

1    And they are generally the first line for the

2    patients.  The patients usually see them more than

3    they see anybody on the team.

4         Q.    When you say "the team," can you kind of

5    describe to me who would be "the team"?  What type of

6    positions are part of the team?

7         A.    The team usually consists of -- depending on

8    the service, what service -- the trauma service in

9    particular, we have a chief resident, a middle level

10   usually, which would be a third year, and then two

11   interns.

12        Q.    You're saying "intern."  Does that mean the

13   first-year resident?

14        A.    First-year resident.

15        Q.    And when you say a chief resident, would

16   that be you as a fourth-year chief of the service or

17   are we talking an actual fifth-year chief resident?

18        A.    For trauma surgery, the fourth year was the

19   chief of that service.

20        Q.    What about the attending physician?  Are

21   they part of the same team or no?

22        A.    They are.  The residents are on the team for

23   usually a month at a time together.  The attendings --

24   we have several attendings that rotate weekly.  So we

25   would get one attending per week, and then they would

Meagan Mahoney
November 18, 2020                    15

1  rotate to either acute care or ICU or research week,

2  and then we get another one.

3     Q.    And when you say "interns," when you're

4  using that term, can I just assume that means just a

5  first year?

6     A.    Just a first year.

7     Q.    So second year, you would no longer call

8  them an intern?

9     A.    Correct.

10    Q.    When you are -- let me back up.

11          Did you work with Dr. Papin the whole time

12  during this kind of -- we'll call it the latter half

13  of 2016 into '17?  Or was it different months based

14  upon the rotations?

15    A.    I don't know if we worked together any other

16  months.  I would assume that we did some calls

17  together on the weekends because you're put randomly

18  twice a month for 12 months.  But we were together on

19  the trauma service that December 2017.

20    Q.    Is that when you specifically remember, but

21  you can't remember any other assignments where you

22  were on the same service?

23    A.    No.

24    Q.    If you could, just explain briefly when you

25  say "the trauma service," what does that mean?

Meagan Mahoney
November 18, 2020                            16

1      A.     The trauma service is trauma patients.

2   We're a level 1 trauma center in Jackson.   Anything

3   from car wrecks to gunshot wounds, knife stabbings,

4   whatever, would come in through the ER.   They would be

5   evaluated by the trauma team and then, if deemed

6   admission, they would come onto the trauma service

7   where the trauma team would round on them daily.

8      Q.     Okay.   So then during that month, that

9   December 2016 trauma service month, were you just

10  overseeing the third-year resident and then two

11  interns?

12     A.     Yes.   That was the team.   I was the chief of

13  that.   So yes.

14     Q.     Okay.   I didn't know if you had other teams

15  that you would be a part of or just that one.

16     A.     No.   Just the trauma team.

17     Q.     And then, theoretically, the following

18  month, whenever you'd rotate to a new service, you'd

19  be part of a different team then?

20     A.     Correct.

21     Q.     What was your regular schedule like, if you

22  can recall, during that December 16 trauma service?

23     A.     I don't recall specifics.   But typically

24  things ran the same way every month.   The interns

25  would see the floor patients; the mid level, whether

Meagan Mahoney
November 18, 2020                              17

1   it's second or third year, would see the ICU patients;

2   and then we would all meet together -- they would all

3   meet with me.  What we do is called "run the list"

4   where we talk about every patient, and I get their

5   take on new labs for the day, physical exam,

6   anything -- any plans that are going on.  And then we

7   would then round with the attending when the attending

8   was ready.  Then the residents -- the lower-level

9   residents would carry out the plans for the day, and I

10  would either help them or be in the operating room.

11  And then at the afternoon session, usually right

12  before we signed out to the night team, we would meet

13  again to run over the list again just to see if there

14  was any new developments throughout the day.

15      Q.    Okay.

16      A.    And also we would -- any new trauma patients

17  that came in to the ER we would have to evaluate if we

18  were called during the day.

19      Q.    Is this Monday through Friday or seven days

20  a week?  How often are you doing this?

21      A.    For the trauma team that we're talking

22  about, it would be Monday through Friday, yes.  And

23  then whoever is on call for the weekend would do

24  essentially that same thing on Saturday and Sunday.

25      Q.    So like for this, the ulcer patient that

Meagan Mahoney
November 18, 2020                                    18

1    we'll talk about in a little bit, is it fair to say

2    that that person was in the hospital for quite some

3    time, weeks?

4         A.    I don't remember the exact dates, but yes.

5         Q.    And so theoretically then you would have

6    been discussing that patient every day when you were

7    running the list in the morning?

8         A.    We should be, yes.

9         Q.    And maybe again in the afternoon depending

10   upon if something came up?

11        A.    Yes.

12        Q.    Now, if nothing comes up for a patient, do

13   you just kind of skip over them real quick?  Or how

14   does it work in practice?

15        A.    Usually we just say "nothing new."

16        Q.    So if it's like John Smith, you'd say:

17   Nothing new since this morning, go to the next one?

18        A.    Right.

19        Q.    Is it fair to say that the afternoon running

20   the list probably is shorter than the morning one?

21        A.    It is.

22        Q.    Now, what sort of authority did you have

23   over an intern when you were the chief resident on a

24   service?

25        A.    Within the hierarchy of the residency

Meagan Mahoney
November 18, 2020                          19

1   program, we're considered in charge of them.  Every

2   year is considered ahead of the level below them.  So

3   an intern has to answer to a second, third, fourth,

4   fifth year.  Second year has to answer -- you know,

5   and so on.

6       Q.    Do you remember during December 2016 who the

7   other members of the team were, the mid year or the

8   other intern?

9       A.    I don't remember the mid year, but the other

10  intern was Will Brooks (sic).  He was a urology

11  resident.

12      Q.    Okay.  Do you remember if the mid year was a

13  second or a third year during that time frame?

14      A.    I can't remember.  And sometimes we had the

15  military -- had military residents from the coast.  It

16  may have been a military resident.

17      Q.    So for like the regular -- let me start

18  over.

19            For Monday through Friday during that

20  December 2016 time frame, what time are you normally

21  coming into the hospital?

22      A.    I don't remember exact times, but I had to

23  be there by 7 a.m.

24      Q.    And is it a 12-hour shift?  What's the

25  typical sort of end time?

1      A.     Every day except for Wednesday is -- we are

2   on the clock from 7 a.m. to 5 p.m.  And that's when

3   the night team comes in.  On Wednesdays it would be

4   7 a.m. to 7 p.m. because we have our educational

5   conferences that day.

6      Q.     And who would attend the educational

7   conferences on those Wednesdays?

8      A.     All the residents and some attendings.

9      Q.     So did it matter what year residents you

10  were or just all of them?

11     A.     All of them.

12     Q.     And who would be on the night team?

13     A.     The night team consisted of four residents.

14  It was called the "night float team."  And that would

15  be an intern, second year, third year, and fourth

16  year, and then the attending.

17     Q.     Is it sort of -- and pardon me for my

18  ignorance of how it works.  But is it sort of two

19  equivalent teams, just one is day and one is night?

20     A.     It's not equivalent.  Every surgery

21  service -- and I believe at the time we had nine

22  surgery services.  So every team during the day was

23  assigned to a specific surgery service.  You take care

24  of the patients, do anything that needs to be done for

25  patient care, and then you sign out to the night float

1  team, which is only four residents.  And then they

2  split up those nine surgery services amongst really

3  the three of them.  And then the chief was in charge

4  of making sure everything kind of ran smoothly.  And

5  then they would also have to -- while covering those

6  services, they would also have to see new patients and

7  then the consults.

8      Q.    Okay.  What is the first memory you have

9  when you first met Dr. Papin?

10      A.    I really can't recall.

11      Q.    Do you remember if on the first day of his

12  residency if you told him that you were going to have

13  problems with him?

14      A.    No, I don't recall.

15          MR. MORGAN:  Let's go off the record for one

16  second here.

17          (A DISCUSSION WAS HELD OFF THE RECORD.)

18          MR. MORGAN:  We're going to mark this first

19  exhibit as Exhibit 1 here.

20             (EXHIBIT 1 WAS MARKED

21             FOR IDENTIFICATION.)

22  BY MR. MORGAN:

23      Q.    Dr. Mahoney, do you see this on your screen?

24      A.    Yes.

25      Q.    This is an email from you to Dr. Earl and

1    Renee Greene on January the 10th of 2017.  Do you

2    remember this email?

3        A.    Yes.

4        Q.    Why did you write this email?

5        A.    After we found out everything about the

6    sacral decubitus wound, I had concerns about what had

7    happened.  My biggest concern was I felt that Joe had

8    lied to me.  So I went to Dr. Earl and Renee.  And if

9    I remember correctly, they told me to write it down in

10   an email just so I had it all on paper.  So I composed

11   this email and sent it to them.

12       Q.    Do you remember when you spoke to Dr. Earl

13   or Renee about this?

14       A.    It would have been after the holidays, so

15   beginning of January.

16       Q.    Okay.  Because this was sent on January

17   10th.  I didn't know if you had a memory -- if you

18   talked to them maybe the day before that and said,

19   okay, I'm going to send it tomorrow or something.

20       A.    It would have been probably that Monday or

21   Tuesday, but I don't recall the exact date.

22       Q.    And did you speak to both of them together

23   or were these separate conversations?

24       A.    I don't remember.

25       Q.    Do you remember anything else about the

Meagan Mahoney
November 18, 2020                                    23

1   conversations other than them saying to put it in

2   writing?

3        A.    No, I don't.

4        Q.    Did they make any comment about Dr. Papin

5   themselves?

6        A.    No, not that I recall.

7        Q.    And so this note -- I believe you said this,

8   but correct me if I'm wrong -- this note was really

9   spurred from your concern with the decubitus ulcer

10  patient?

11       A.    Yes.

12       Q.    And I believe you said because you felt that

13  Joe had lied to you about that patient?

14       A.    Yes.

15       Q.    What specifically do you think he lied to

16  you about?

17       A.    I felt that he had lied about his own exam

18  of the patient.  Going into some detail, I was in

19  the -- when I was in the ICU during my fellowship, we

20  had patients that would require laying in bed for long

21  periods of time and would develop wounds on their

22  back.  And it can be very bad, very morbid for the

23  patient.  So I wanted the residents to look at the

24  backsides once weekly just to make sure that there was

25  nothing there that I needed to know about that we

Meagan Mahoney
November 18, 2020                                              24

1  could address.  And I had asked every -- I guess for

2  two weeks I had asked both Will and Joe about certain

3  patients that may have been there for longer periods

4  of time.  And Joe had said that this patient did not

5  have any wounds on their back.

6      Q.   What did Will say about the patient?

7      A.   Just no, there was nothing there.

8      Q.   So Will also said no, there was nothing

9  there?

10     A.   Oh, no.  Will wasn't seeing this particular

11 patient that I remember.

12     Q.   When you say you instructed them to look at

13 the backside, is that a verbal instruction or is that

14 in writing anywhere?

15     A.   I sent emails at the beginning of most

16 rotations.  I don't know if I sent one.  I don't

17 remember.  But it definitely was a verbal.

18     Q.   When you would talk to and verbally give

19 this to the residents, what did you mean when you

20 would say "check their backsides"?  Did you expand on

21 that to them or was it just simply "check their

22 backside"?

23     A.   Turn them over, get the nurses to help you

24 turn them over if you can't get them over.  Because

25 usually it takes more than one person.  We have med

Meagan Mahoney
November 18, 2020                                25

1   students on our service as well, so usually the med

2   students would be helping.  And then look at the

3   backside for any wounds.

4       Q.    And if you see a wound, what do you do?

5       A.    Let me know about it.

6       Q.    But is there a certain level of wound?

7       A.    I told them -- because you never can tell

8   what people's experience is.  So I said -- typically

9   what I would tell them is if you see even just a red

10  skin tear or a huge gaping hole, let me know and

11  anything in between.

12      Q.    So it could have been like the most minor of

13  minor abrasions you would want to know?

14      A.    Yes.

15      Q.    So your testimony then is that for kind of

16  the first half of this December time frame, Joe did

17  not tell you there was a wound?

18      A.    Correct.

19      Q.    Did you review the patient's chart during

20  this beginning of December time frame?

21      A.    Not during the beginning, no.

22      Q.    Why not?

23      A.    We have -- the trauma service is very large.

24  So I did not have the time to go through every

25  patient's chart unless there was a concern from the

1   resident or that I got a call from one of the nurses.

2   In that case I would go into the patient's chart and

3   look at details.  But otherwise I relied on what the

4   interns were telling me.

5        Q.    So this patient would have come up several

6   times during your running-the-list meetings?

7        A.    Yes.

8        Q.    And do you remember at any time during those

9   running-the-list meetings Joe mentioning the wound

10  care team had seen this patient?

11       A.    No, I don't -- he did not.

12       Q.    Do you remember anything at all about this

13  particular patient during the running-the-list

14  meetings?

15       A.    Because of what happened afterwards, it

16  stuck in my mind.  Because on Mondays when we would

17  meet together before rounding with the attending, I

18  would say:  Does this person -- did you turn this

19  person over, do they have a wound?  And he would say

20  no.

21       Q.    Would he say he turned them over, just no

22  wound?

23       A.    He would just say no wound.

24       Q.    Do you have a specific memory of that or is

25  that just what you believe?

Meagan Mahoney
November 18, 2020                          27

1      A.    No.  I remember.  Because we were standing

2   outside the patients' rooms.  And, you know, it sticks

3   in my mind because of what happened to this patient

4   and the wound that I saw.

5      Q.    After you sent this January 10th email,

6   Exhibit 1 here, what was the next discussion you had

7   regarding Dr. Papin with either Dr. Earl or Renee

8   Greene?

9      A.    I don't remember.  I don't remember what was

10  said.  I just remember that Dr. Earl became more

11  involved and was going to have discussions.  And

12  honestly, my next memory of anything occurring is that

13  2017 appeals meeting.

14     Q.    Okay.  So as we're sitting here today, you

15  remember this email.  But then it's sort of -- I won't

16  say a blank but unclear memories until the actual

17  appeal hearing?

18     A.    Correct.

19     Q.    Do you remember at one point you gave Joe a

20  numbering system for his behavior?

21     A.    Yes.

22     Q.    If you could, explain what is that numbering

23  system?

24     A.    From the beginning of the month Joe had

25  certain characteristics.  And I can't remember them

1   all.  But I felt like I was having to repeatedly say

2   something to him about his behavior.  And I got to the

3   point where, rather than having to say something to

4   him every time, I said:  Look, we're going to come up

5   with a numbering system.  That way I don't have to say

6   anything to you in front of people.  Because every

7   once in a while -- you know, we couldn't leave the

8   room because we were in a trauma situation.  And if

9   Joe wasn't listening to something I said, then I

10  wanted to be able to let him know that he was

11  exhibiting that behavior without having to call him

12  out in front of people.  So we created a numbering

13  system.  1 was this, 2 was this.  I don't remember the

14  exact characteristics or behaviors.  But if he was

15  doing something, I would say:  Joe, number 1.

16       Q.    Understanding you may not remember which

17  number was what, do you remember what any of the

18  characteristics were that were numbered?

19       A.    Only because I've reviewed some of the

20  paperwork for this.  One of them was like:  Don't be a

21  douche.

22       Q.    And what do you mean by that?

23       A.    He would get an attitude with people, even

24  me sometimes.  And you just can't have that when

25  you're on a team.

1      Q.    Do you remember any other ones besides being

2   a douche?

3      A.    Not really, no.  It's been so long.

4      Q.    I'm going to show you -- is your phone

5   number 662-386-1027?

6      A.    Yes.

7      Q.    Is it fair to say you and Joe would text

8   during the day?

9      A.    Yes.  I'd text with every member of the

10  team.

11     Q.    Right, yeah.  It seems like that's kind of a

12  common way to communicate about patients and just

13  things going on; is that fair to say?

14     A.    Right, yes.

15     Q.    I'm going to share here -- we'll mark this

16  as Exhibit Number 2.

17            (EXHIBIT 2 WAS MARKED

18             FOR IDENTIFICATION.)

19  BY MR. MORGAN:

20     Q.    This looks like a text message between you

21  and Joe.  And I'll give you a second to just read it.

22  But my question is going to center here -- it looks

23  like in response to his -- and you can see my mouse

24  moving; correct?  (Indicating.)

25     A.    Yes.

Meagan Mahoney
November 18, 2020                                    30

1      Q.     In response to this text message here, it

2   looks like you responded with "number 5."  Do you see

3   that?

4      A.     Yes.

5      Q.     That would have been a use of your numbering

6   system to respond to certain behaviors?

7      A.     Yes.

8      Q.     Having looked at this, does this help

9   refresh your memory at all of what number 5 would have

10  been?

11     A.     No.  I mean I can make an assumption now

12  based on reading it, but I don't know what it was back

13  then in 2016.

14     Q.     I don't want you to guess.  But if you've

15  got an educated guess, then certainly you can assert

16  it.

17     A.     My educated guess would be arrogance.

18     Q.     Do you think that was one of the five?

19     A.     It could have been, yes.

20     Q.     Was lying one of them?

21     A.     I don't recall.  I think lying was mentioned

22  in one of the documents that Tommy provided to me.

23     Q.     But you don't remember yourself if lying was

24  one of the numbers?

25     A.     Not at this point, no.  I just have to go

1  based on those documents.

2      Q.    Do you think it would have been one of those

3  numbers back then?  That seems like a pretty serious

4  behavioral trait.

5      A.    It could have been, yes.

6      Q.    You would agree with me there's a difference

7  between being arrogant and then flat-out lying about

8  something?

9      A.    Yes.

10     Q.    One is, I would imagine, much worse than the

11 other?

12     A.    Yes.  Lying is much worse.

13     Q.    In almost any profession, if you are a liar,

14 you're going to get in trouble.

15     A.    Yes.

16     Q.    I mean if he lied to you, instead of you

17 responding with a number, wouldn't you have said:

18 Hey, you're in trouble for lying to me?

19     A.    Yes, it should be.

20     Q.    But other than the ulcer patient, there's

21 nothing else that you can point to that you know where

22 Joe lied to you?

23     A.    Retrospectively, after the decubitus wound

24 happened -- I can't remember specific examples.  But

25 when I looked back at our time over the course of the

Meagan Mahoney
November 18, 2020                    32

1  month, I felt that he had been dishonest about

2  different things.  But I could not prove it, no.

3       Q.    When you say "different things," do you mean

4  in regard to this wound patient or something

5  different?

6       A.    Just in general, patient care, any patient,

7  you know, whether it would be a lab value or doing

8  something that I had told him to do and he didn't do

9  it.

10      Q.    And did you investigate and look into those

11 allegations where you thought he was being untruthful?

12      A.    No.

13      Q.    It was just a general feeling you had?

14      A.    Yes.

15      Q.    Did you tell anybody about that general

16 feeling?

17      A.    I don't remember.

18            I would like to explain that with lying,

19 interns particularly, it's a new world they're

20 entering.  There's a lot of education going on.  There

21 are times when an intern, even unfortunately

22 upper-level residents, are caught in lies.  You know,

23 was their potassium okay today?  And they say yes even

24 though they didn't look at it because they're scared

25 that they're giving the wrong answer.  So whenever I

 1  would recognize that -- if lying was a number for him,

 2  it would have been that I felt he was being dishonest

 3  about things -- which you could kind of tell just as

 4  you got up the scale in residency.  And it was just

 5  something you would talk to the resident about.  You

 6  know, I would rather you tell me that you don't know

 7  or that you didn't look than lie about it and say that

 8  it was okay.

 9      Q.    So there's been other times where other

10  residents have told untruthful statements, and it's

11  something that happens enough that you know to expect

12  it and to try to correct it?

13      A.    Correct.  And it's usually minor things.

14  But, you know they're scared that they've missed some

15  things, so they don't give an honest answer.

16      Q.    Why did you decide to use this number

17  system?

18      A.    Because I felt that I was -- from what I

19  remember, I felt that we were having to have some sort

20  of discussion or I was having to reprimand him several

21  times a week, if not daily.  And like I said,

22  sometimes we would be in a trauma situation where we

23  were in the trauma bay and could not leave the room to

24  discuss privately, so I wanted to be able to say a

25  number and he know what I was talking about even if

Meagan Mahoney
November 18, 2020                    34

 1  people were around.

 2      Q.    Wouldn't other people hear those numbers and

 3  think that was a little odd as well?

 4      A.    Probably, yes.

 5      Q.    But you felt it was better than completely

 6  reprimanding him in front of others?

 7      A.    Yes.

 8      Q.    Do you remember when in Joe's tenure you

 9  devised this numbering system?

10      A.    I don't recall, no.

11      Q.    Was it before the December 2016 trauma

12  service?

13      A.    It had to have been during that month.  I'm

14  not sure exactly what point we came up with it,

15  though.

16      Q.    Earlier I asked you about, you know, if you

17  had ever -- do you remember ever telling Joe "am I

18  going to have a problem with you" at any point in

19  time?

20      A.    I don't recall that, saying that

21  specifically.  It may have been in one of the

22  documents.  But no, I don't recall saying that to him.

23      Q.    Could it have been during that first week of

24  the trauma service?

25      A.    It could have been, but I don't remember.

Meagan Mahoney
November 18, 2020                              35

```
 1      Q.    You don't have an actual memory of saying
 2  that?
 3      A.    No.
 4      Q.    Did you ever do this numbering system for
 5  anybody else?
 6      A.    No.
 7      Q.    If you had to reprimand other residents,
 8  would you do it in front of others?  Or how would you
 9  do it?
10      A.    If it was a situation where, you know, right
11  in the moment they needed to be told to stop doing
12  something, then yes, I would do it in front of other
13  people.  I tried to always do it in private, but there
14  were times where I would do it in front of people,
15  yes.
16      Q.    Do you recall the situation where Joe had
17  asked to go for a run?
18      A.    I remember the second time he asked to go
19  for a run.
20           MR. MORGAN:  I'm going to mark as
21  Exhibit Number 3 here --
22           THE WITNESS:  Let me turn my phone off.  I'm
23  sorry.  I thought I had silenced it.
24           MR. MORGAN:  That's okay.
25           (EXHIBIT 3 WAS MARKED
```

1                FOR IDENTIFICATION.)

2    BY MR. MORGAN:

3        Q.    And this looks like -- this is an email --

4    text message between you and Joe from December 6 where

5    it looks like he was asking you to go for a run and

6    you responded, quote, "as long as pagers work."  Do

7    you see that?

8        A.    Yes.

9        Q.    So in this situation you allowed him and

10   were okay with him going for a run?

11       A.    Yes, apparently.

12       Q.    When you say "apparently," what do you mean?

13       A.    That I was okay with him going that day.  I

14   didn't tell him no.

15       Q.    Is that something other residents and

16   doctors do occasionally?

17       A.    No.

18       Q.    Never?

19       A.    Never.  Occasionally, you know, somebody

20   needs to run an errand, something, and they'll let us

21   know and we cover for each other.  But something as

22   minor or personal as just going for a run is not done.

23       Q.    So have you ever heard of any other resident

24   or physician or anybody else at UMMC ever asking for

25   permission or exercising during the day?

Meagan Mahoney
November 18, 2020                              37

1      A.    Not during the day.  Not during their shift,

2  no.

3      Q.    I'll show you what we're going to mark as

4  Exhibit 4.  This is the second text message, December

5  15, between you and Dr. Papin.  Do you see this?

6      A.    Yes.

7            (EXHIBIT 4 WAS MARKED

8             FOR IDENTIFICATION.)

9  BY MR. MORGAN:

10     Q.    And in this one it looks like -- I'll let

11 you read it -- but you rejected his request to go for

12 a run?

13     A.    Yes.  And I remember this day very well.

14     Q.    What do you remember about it?

15     A.    I had been in the operating room with a

16 trauma patient.  And then I got the -- when I got out

17 of the OR, I remember seeing the text.  And it seemed

18 very unprofessional.  I do remember that Joe was first

19 call that day.  So I didn't feel it was appropriate

20 for him to leave the hospital when he was the first

21 call for the trauma service, meaning that if the

22 patient coded on the floor or their heart stopped

23 beating, he would be the first one notified.

24     Q.    Now, do you know if on that same day we were

25 looking at, did Joe actually go for a run?

1      A.     He said he did not.  I do not know.

2      Q.     Do you have any reason to doubt him?

3      A.     Well, I don't -- at the time, you know,

4   based on my memories of him, I would not trust him,

5   no.

6      Q.     But did you trust him at the time?

7      A.     At that time I would trust him not to lie to

8   me, yes, about something -- about leaving the

9   hospital.

10     Q.     Now, you testified earlier that you recall

11  the appeals hearing regarding Dr. Papin; correct?

12     A.     Yes.  I remember being there and speaking.

13     Q.     Okay.  I'm going to share this.  This will

14  be --

15     A.     I'd like to add -- may I add on that text

16  message the other reason I was upset was because I had

17  been in the operating room; he knew I was in the

18  operating room.  And when your chief resident is, you

19  know, not available for emergency situations, it's

20  good to have all hands on deck.  So I don't know the

21  timing of that first text.  I obviously -- you know,

22  I'm guessing I was not in the operating room.  But

23  that was another thing that frustrated me, was that

24  his chief was not able, so he really needed to stay

25  there to be a part of the team.

1    Q.    Okay.  Because you were in there dealing

2   with an emergency situation, you felt it was

3   especially not a good time to be requesting something

4   like that?

5    A.    Right, yes.

6    Q.    I'm going to show you -- this is the appeal

7   transcript.  This was on July 18th, 2017.  Does that

8   seem about the right time frame to you, if you recall?

9    A.    Yes.  A lot of this kind of runs together.

10    Q.    And I'm going to page -- this is page 50 of

11   this transcript.

12         Now, did you attend this proceeding in

13   person or were you by phone?

14    A.    I was in person.

15    Q.    Where was it held?

16    A.    In one of the conference rooms at the

17   University Medical Center.

18    Q.    In this transcript here, I'm getting to the

19   point where you talked about the exercising.  There

20   was a question where you talk about here -- do you see

21   where it says, your second text message, about:  "Hey,

22   are you joking?"  Do you remember that?

23    A.    Uh-huh (positive response).

24    Q.    That was when you had rejected him to go

25   running; correct?

1      A.     Well, I was more surprised -- I didn't feel

2    like he had really asked me if he was going.  So I was

3    surprised by his text of saying I'm going to go

4    running.

5      Q.     And then you were asked a question later

6    here about:  "Was that the first time you and

7    Dr. Papin had ever discussed exercise or leaving to

8    exercise?"

9             And your answer was:  "To my remembrance,

10   yes."

11            Do you see that?

12     A.     Yes.

13     Q.     Is it fair to say, though, that that's not

14   true because you had actually texted about it the week

15   before on December the 6th?

16     A.     Right.  That was incorrect on my part.

17     Q.     I'm sorry?

18     A.     That was incorrect on my part.  I did not

19   remember that first text.

20     Q.     Okay.  Before the hearing did you go back

21   and review text messages or medical records or

22   anything like that?

23     A.     I don't remember.

24     Q.     You don't remember if you did or you don't

25   think you did?

Meagan Mahoney
November 18, 2020                                     41

 1     A.    I don't remember if I did.  I know I had

 2  some text messages from him, but I don't remember

 3  before this particular meeting if I reviewed anything.

 4     Q.    Did anybody ask you to review anything

 5  before the meeting?

 6     A.    No.

 7     Q.    Sorry.  I'm just going through my outline

 8  here, making sure I'm covering all the things.

 9           I want to go back to Exhibit Number 1 here.

10  And I'm looking in particular at about -- well, I'm

11  not going to say paragraph 2 but where it talks about

12  number 2 here.  Do you see that?

13     A.    Yes.

14     Q.    And this was about the time where there was

15  a code that was called for one of Joe's patients.  Do

16  you recall that matter?

17     A.    I don't recall specifics of the incident.

18  I remember that it happened.  But I don't remember

19  specifics.

20     Q.    What do you remember about it?

21     A.    I only remember what I've read from the text

22  messages and from this email.  But Joe had sent me a

23  text asking me for another chief resident's phone

24  number, and I gave it to him.  And I asked, you know:

25  What's going on?  Is it something to do with trauma?

Meagan Mahoney
November 18, 2020                    42

1              And then he told me that he had, I guess, an
2    inappropriate conversation -- the night intern had
3    been rude and inappropriate with him, he felt.  And I
4    really don't have much recall of anything else.
5         Q.    Let me see if I can make it a little smaller
6    here.  There we go.  Is that a little better?
7         A.    Yes.
8         Q.    Is this the text you were just talking
9    about?
10        A.    Yes, it is.
11        Q.    Okay.  So the gray part on the left here is
12   Joe responding back to you?
13        A.    Uh-huh (positive response).
14        Q.    Is that a yes?
15        A.    Yes.
16        Q.    So he sent this to you almost around the
17   same time that this was occurring.  I mean it looks
18   like it was sent at 6:49.  So we're talking less than
19   an hour after the situation; correct?
20        A.    Right.
21              (EXHIBIT 5 WAS MARKED
22               FOR IDENTIFICATION.)
23   BY MR. MORGAN:
24        Q.    And then your response to it was just:
25   "Okay."  Is that accurate?

Meagan Mahoney
November 18, 2020                                    43

```
1       A.    Yes.
2       Q.    After this incident occurred did you go talk
3   to Joe about this?  Was it a big deal at this time on
4   this date or the next day when you saw him?
5       A.    I was not at the hospital when this
6   happened.  I don't even know if I was there the next
7   day.  I'm not sure.  This must have been on a
8   Wednesday, so I guess I would have been there on
9   Thursday.  But I don't remember the details, no.  I
10  don't know if I talked to him about this again.  I
11  really don't know.
12      Q.    It looks like it was sent on Monday,
13  December the 12th.
14      A.    I see that.
15      Q.    So you don't recall subsequent to this
16  talking to Joe about this?
17      A.    I don't remember talking to Joe.  I talked
18  with Ashley, the other chief resident, but I don't
19  remember what we discussed.
20      Q.    And for the record, who is Ashley?
21      A.    Ashley is the chief resident that he's
22  referring to in the text message.
23      Q.    Is she the chief resident fifth year or
24  chief resident fourth year over a service?
25      A.    She would have been in the fourth year.  She
```

Meagan Mahoney
November 18, 2020                                    44

```
 1  was my year.
 2      Q.    Now, in here do you know who he's talking
 3  about when he says Kelly and Jack?
 4      A.    I do know a Kelly and Jack.  I'm assuming
 5  it's the night team.
 6      Q.    And who are they?
 7      A.    Kelly would have been Kelly Brewster.  She
 8  would have been a second year maybe.  And then Jack is
 9  another resident.
10      Q.    Okay.  Do you know --
11      A.    I'm assuming those are the residents we're
12  talking about.  I don't know any other Kelly or Jack.
13      Q.    Do you remember what year Jack was at that
14  time?
15      A.    Jack was a year behind me, so he would have
16  been a third year.
17      Q.    It says:  "A code was called on the PA for
18  3N."  I believe that stands for 3 North?
19      A.    Yes.
20      Q.    What is 3 North?
21      A.    3 North is one of the surgery floors where a
22  large portion of the trauma patients are at.
23      Q.    How big is 3 North?  How many patients are
24  we talking about?  How many beds are available to help
25  people?
```

Meagan Mahoney
November 18, 2020                                    45

1    A.    I want to say there's 32 or 33 rooms on

2  3 North.

3    Q.    And Will, is that the same Will Bruch we

4  talked about earlier?

5    A.    Yes.

6    Q.    And he was the one who was also a first-year

7  intern with Joe?

8    A.    Yes.

9    Q.    Now, who is Aaron that's listed?

10   A.    Aaron, he was also a urology intern who was

11 the resident -- or who was the intern for the night

12 float team.

13   Q.    So remind me, I'm sorry, who did you speak

14 to after this text?  You said you didn't speak to Joe,

15 but you spoke to others?

16        MR. WHITFIELD:  Object to the form.

17 BY MR. MORGAN:

18   Q.    You can still answer, Dr. Mahoney.

19   A.    I remember only speaking to Ashley.

20   Q.    And what was that conversation you had with

21 her about?

22   A.    We talked about the situation, but I don't

23 remember what was said.

24   Q.    Do you remember thinking after that

25 conversation that Joe had done something wrong?

Meagan Mahoney
November 18, 2020                                          46

1      A.    I remember thinking that -- I guess by this
2   point I must have been making up a -- making my mind
3   up about him that he wasn't a team player, and I
4   remember thinking that this just further exemplified
5   that.
6      Q.    When you say "not a team player," what do
7   you mean by that?
8      A.    I mean that when you're a part of a team,
9   you try to help each other whenever you can, even if
10  that means staying late and doing a little bit extra
11  just so all the work gets done and the patients get
12  taken care of.  And there were times I do recall that
13  we would be in our afternoon sessions and I would ask
14  about things, and Joe would say he didn't know or it
15  wasn't his patient.
16     Q.    I'm going to go back to Exhibit Number 1
17  here.  If you can read number 2, this indicates that
18  you did talk to Joe about it.  Do you see that?
19     A.    The only recall that I have of talking to
20  him was in that text message.  But I mean we may have
21  talked about it.  I don't remember.
22     Q.    So do you think you meant the text message
23  when you were writing this or were you talking about a
24  separate --
25     A.    I don't know.  I don't remember talking to

1  him in person, so I only remember the text message.

2  Could I have talked to him in person?  Yes.  I just

3  don't remember.

4       Q.    And then you say here:  "He showed no signs

5  of concern for the patient."

6            Do you see that?

7       A.    Yes.

8       Q.    Is that in the text message?  Because I've

9  not seen that in a text message unless you read it

10 differently than I do.  I can go back to it if you'd

11 like me to.

12      A.    Sure.

13           No, I wouldn't say that there was no

14 concern.  I mean I would wonder why he was more upset

15 about his confrontation with an intern rather than his

16 patient having coded.  But other than that, no, he

17 does not specifically say anything.

18      Q.    Would you agree that an accusation that

19 somebody -- a doctor left knowing their patient was in

20 trouble -- would you not consider that a serious

21 accusation?

22      A.    I would say that that is -- you have to kind

23 of understand our night float system.  I would say

24 that if he knew about it and did not return, that

25 would be a poor move on his part as a doctor.

Meagan Mahoney
November 18, 2020                              48

1      Q.    Have you ever heard of other situations like

2  that occurring where doctors have done that or interns

3  or anybody else?

4      A.    I'm sure it's happened, but I can't recall

5  any.

6      Q.    Now, when the codes are called, can you just

7  describe to me what is said over the loud speaker?

8      A.    They would say "code blue" and then

9  "3 North" or whatever floor.  They would say the

10  floor, not the specific room number.

11      Q.    So would that mean that it could be any of

12  those, ballpark, 32, 33 beds that are at 3 North?

13      A.    Yes.

14      Q.    And when you -- during this time frame, if

15  you were there and you heard a code for 3 North, what

16  would you do?

17      A.    I would, as would -- what we would do as

18  residents, we would call wherever we were at, call

19  3 North -- we'd usually have those numbers

20  memorized -- and speak with the unit secretary, ask

21  which room number it was.  I remember in a lot of

22  these situations, if we were in the lounge, whoever

23  was sitting closest to the phone would call up there

24  and then yell out:  Hey, room 316; does anybody have

25  that?  And then if those people -- if that team was

Meagan Mahoney
November 18, 2020                              49

1  there in the lounge, then they would head up there.

2  If not, usually we would try to text the team member

3  to let them know that their patient was coding.

4       Q.    And if a person has left for the day, like

5  if it comes in an hour after the shift change, it

6  would be the night team's responsibility to respond to

7  the code?

8       A.    Yes.

9       Q.    Do you ever call a resident and say, hey,

10  you need to come back to the hospital?

11      A.    No.

12      Q.    So here part of the issue is you have a code

13  that occurred literally right at shift change?

14      A.    Right.

15      Q.    That could have contributed to the

16  misunderstanding here?

17      A.    It could have, yes.

18      Q.    Let's go back to Exhibit 1 here.  In number

19  3 here you talk about how he wasn't logging cases.  Do

20  you see that?

21      A.    Yes.

22      Q.    What does that mean, not logging cases?

23      A.    In order to graduate from a residency

24  program, we have to prove that we've done so many

25  cases, like 1,200 cases.  So in order to make sure

Meagan Mahoney
November 18, 2020                    50

1   that we're keeping up with that, Dr. Earl or whoever

2   the program director is would just monitor, see when

3   the last time you had logged cases, how long it had

4   been, just so you don't fall behind.  And in this

5   situation, if an intern -- which usually the interns

6   were bad about it -- but if an intern was not logging

7   cases, then Renee would go to the chief resident to

8   have us deal with the issue.

9       Q.    So this was, is it fair to say, a common

10  occurrence with interns?

11      A.    More common than it should be, yes.

12      Q.    The idea would be Renee comes to you and you

13  go to the resident because you've got a little bit

14  more authority to sort of prod them to get their

15  logging of cases done?

16      A.    Yes.

17      Q.    And so here you said that you later found

18  out that Joe had not logged anything since the day in

19  Renee's office.  Do you see that?

20      A.    Yes.

21      Q.    What was the day in Renee's office?  Is that

22  when you, Joe, and Renee were there?

23      A.    I don't remember being in the office with

24  Joe and Renee.  And I don't -- I really don't know how

25  I would have found out that he had not logged anything

1  unless Renee had told me.

2      Q.    I was going to ask -- that was my next

3  question.  How did you find out he hadn't logged

4  anything?

5      A.    I don't know for sure.  Renee was usually

6  the one that gave us that information, though, because

7  she would kind of keep up with it for Dr. Earl.  And I

8  might have even asked her.  I really don't remember.

9      Q.    Could you check to see if he had logged

10  cases?

11      A.    No.

12      Q.    Is there any sort of deadline to log the

13  cases?

14      A.    I feel like at some point Dr. Earl said you

15  had to have them done within the last two weeks.  And

16  I do remember my fourth and fifth years kind of

17  rushing to even log my own cases before a PD meeting.

18  So I think it was generally before the PD meetings.  I

19  feel like those were every two weeks.

20      Q.    When you say the "PD meetings," what does

21  that mean?

22      A.    Program director meetings.  We would meet

23  with Dr. Earl as a group.

24      Q.    With all the surgery residents?

25      A.    Whoever could come, if you weren't in the

Meagan Mahoney
November 18, 2020                                      52

1  OR, show up and we would meet with Dr. Earl.

2      Q.    And that was every two weeks?

3      A.    I think so.  It was either monthly or every

4  two weeks.

5      Q.    And so were the cases from the previous two

6  weeks supposed to have been logged by then?  Is that

7  how it worked?  Or something different?

8      A.    For the program director meetings, yes.  For

9  the interns in this situation, Renee usually did not

10  talk to us about it unless it had been weeks and weeks

11  and they were very far behind.  So I don't know how

12  far behind he would have been.  But she didn't talk to

13  us about talking to the intern unless they were very

14  far behind.

15     Q.    Is it fair to say Renee had brought other

16  interns to you as well that were behind on their

17  logging?

18     A.    At some point she would have, yes.

19     Q.    So it wasn't just an issue that was solely

20  unique to Joe?

21     A.    No.  They probably even talked to me about

22  logging cases.

23     Q.    There's only so many hours in the day.

24     A.    Exactly.

25           MR. MORGAN:  Well, we've been going about an

Meagan Mahoney
November 18, 2020                                    53

1   hour, so let's just take about a five-minute break.

2   I'm kind of jumping around on my outline, too.  So let

3   me take some time to cross out some of these things.

4              THE WITNESS:  Okay.

5              MR. MORGAN:  So we'll just adjourn for five

6   or so.

7              THE WITNESS:  Okay.

8              (A RECESS WAS TAKEN FROM 3:00 P.M.

9               TO 3:11 P.M.)

10  BY MR. MORGAN:

11      Q.    Dr. Mahoney, are you good?

12      A.    Yes.

13      Q.    Okay.  Let's go back on the record here.

14             Do you recall -- let me pull up

15  Exhibit Number 1 again.  In regard to number 4 here

16  about nurses who complained about Joe, do you recall

17  that?

18      A.    Yes.

19      Q.    What do you recall about that?  Who are

20  those nurses?

21      A.    They were the nurses on 3 North.  I just

22  remember standing at the front nurses station and then

23  having a lot of nurses come tell me things about Papin

24  that they didn't like.  I don't remember exactly what

25  they said, though.

Meagan Mahoney
November 18, 2020                                      54

1      Q.    You wrote a few sentences here.  So you have

2   no other independent memory besides what you've

3   written there?

4      A.    Correct.  I just remember standing at the

5   nurses station having a lot of -- at least several

6   nurses coming up to me and telling me their issues

7   with Papin, Joe.

8      Q.    Is it fair to say you don't remember any

9   other examples besides what you've listed here?

10      A.    Not that I recall, no.

11      Q.    Anything else you can remember now about

12   another nurse or anything saying anything negative

13   about Dr. Papin?

14      A.    Not that I remember.  I just remember the

15   specific instance because there were so many of them.

16      Q.    Have other interns had issues with nurses?

17      A.    I'm sure, yes.

18      Q.    Have you ever had a situation where you've

19   been the chief where an intern was having issues with

20   nurses?

21      A.    I don't remember specific examples.  I think

22   the biggest problem was sometimes nurses felt like

23   they weren't being listened to, and so I would address

24   it with a resident.  I don't recall it ever becoming

25   more of an issue.

Meagan Mahoney
November 18, 2020                        55

1       Q.    Did you ever talk to Joe about these issues

2   with the nurses?

3       A.    I believe I did, yes.

4       Q.    What did you and Joe discuss?

5       A.    I don't remember what was said.  But I would

6   have -- I would have told him what they had said to

7   me, their issues, and that he needed to work on these

8   things with them because they can make our lives more

9   difficult as doctors.

10      Q.    In what way?

11      A.    We expect them to be our eyes and ears

12  because they are on the floor with the patients.

13  They're with them throughout the day.  So I expect --

14  you know, if you have a good relationship with a

15  nurse, she's going to let you know something right

16  away.  Sometimes if you have a really good

17  relationship with a nurse, she'll be at the door

18  waiting for you to round.  And that's what you hope

19  for.

20      Q.    So if you have a bad relationship with a

21  nurse, they may not come to you immediately regarding

22  patients?

23      A.    Not necessarily come to you immediately but

24  just -- I feel like there's more communication,

25  there's just better rapport with the entire staff.

Meagan Mahoney
November 18, 2020                        56

1  Like if you have a good relationship with a nurse,

2  they might send you a text message.  That's all I mean

3  by that.

4       Q.    But if it's a bad relationship, they

5  wouldn't text you?

6       A.    You probably haven't shared numbers with

7  each other.

8       Q.    You can't remember any other specific

9  examples about other -- either other times besides

10 what you've described here for Joe with conflict with

11 nurses or any other resident in conflict with nurses?

12      A.    Nothing specific, no.

13      Q.    But you believe it's happened before for

14 other residents and you've addressed it and it's

15 worked itself out?

16           MR. WHITFIELD:  Object to the form.

17      A.    Yes.

18 BY MR. MORGAN:

19      Q.    The nurses here that you are talking about,

20 are these nurses that are on the trauma service?

21      A.    No.  They're nurses on 3 North.  So they may

22 have trauma patients, but they're also taking care of

23 any of those 32 patients on the floor.

24      Q.    Would these have been nurses that Joe would

25 have worked with during that December time frame or it

Meagan Mahoney
November 18, 2020                                  57

1   could be any time frame that he was there?

2        A.    Any time frame he was there.

3        Q.    Do you remember when this conversation with

4   these nurses occurred?

5        A.    I don't remember when, no.  It may have been

6   after the holidays.

7        Q.    And then on number 5 here it talks about how

8   a med student came to you and said that Joe was not

9   seeing patients before rounds.  Do you see that?

10       A.    Yes.

11       Q.    Which medical student was that who told you

12  that?

13       A.    I believe it was -- I think his name was

14  Will Crews.  We usually had two.  I think it was Will

15  Crews.

16       Q.    And did Will Crews come to you -- was this a

17  verbal conversation or text or email?

18       A.    It was a verbal conversation.  I don't know

19  that he necessarily came to me.  I have kind of

20  debriefings at the end of the month, and I believe it

21  was during one of those debriefings that he told me

22  this.

23       Q.    Are those debriefings, are those like an

24  individual kind of one-on-one thing?

25       A.    I would sit down with both the med students

1   or whoever the med students were unless they had been

2   problematic.

3        Q.     So do you think this conversation with Will

4   Crews would have been witnessed by other individuals?

5        A.     Yes.  Whoever the other med student was.

6        Q.     And do you remember what the other med

7   student said about that allegation?

8        A.     I don't recall, no.

9        Q.     How did Will know that Joe was not seeing

10  patients before his rounds?

11       A.     The med students are also supposed to see

12  rounds kind of as practice to do physical exams and

13  report information to me and the attending.  So the

14  med students are usually there at the same time the

15  interns are.

16       Q.     Do they walk side by side, hand in hand, to

17  go see each patient?  Or how does it work in the real

18  world?

19       A.     Sometimes they do, sometimes they go see

20  them individually.

21       Q.     So there could be times where, for example,

22  one is starting at one end of the hallway and one on

23  the other end and they're kind of going opposite ways?

24  Does that sometimes happen?

25       A.     It does.  On the trauma service the med

Meagan Mahoney
November 18, 2020                          59

1  students are in charge of the list, so they usually,

2  at least, got with the interns so that they could give

3  the interns the list in the morning.

4       Q.    Did you ever do your own investigation or

5  double checking of Will's claim that Joe wasn't seeing

6  patients?

7       A.    By the time he had told me -- and I don't

8  remember that he had any specific examples.  No, I

9  don't remember looking up anything.

10       Q.    I mean you could have looked in the

11  patient's chart to see if he had visited a patient; is

12  that correct?

13       A.    Well, he could leave a note, but it doesn't

14  necessarily mean that he visited the patient.

15       Q.    Was Will's accusation that Joe was there,

16  just not seeing patients, or he just wasn't even there

17  on the grounds yet?

18       A.    From my remembrance, Will was saying that he

19  was not going in and seeing patients and doing full

20  physical exams.  That's what I recall.

21       Q.    Does that mean he was there at the hospital,

22  just not doing that, or like he was late, just hadn't

23  shown up to the hospital yet?

24       A.    I just got that he was not going in the

25  patient's room and seeing the patient.  Whether he was

Meagan Mahoney
November 18, 2020                              60

 1  there or not, I don't know.

 2      Q.    And so you took Will's word for this?

 3      A.    Yes.  I had no reason to not believe him.

 4      Q.    You personally never saw Joe not visit a

 5  patient?

 6      A.    No.

 7      Q.    You personally had no basis to question that

 8  Joe had not seen a patient?

 9      A.    I'm sorry.  Say that again.

10      Q.    You personally had no personal observation

11  of anything that would lead you to suspect Joe had not

12  seen a patient prior to rounds?

13      A.    Correct.  Until the sacral patient.

14      Q.    And that's the ulcer patient?

15      A.    Yes.

16      Q.    Now, on the ulcer patient, do you think he

17  did not see the patient or he did not correctly

18  diagnose the patient?

19      A.    I don't know what he did with the patient.

20  I just know that he told me there was no wound.  I

21  don't know if he actually looked or not.

22      Q.    But do you believe he actually went into the

23  room and saw that patient?

24      A.    I don't know.

25      Q.    Earlier we were talking about your -- the

Meagan Mahoney
November 18, 2020                                    61

1  rule that you have about wanting to check the

2  patient's backside.  Do you recall that?

3      A.    Yes.

4      Q.    I'd like to get a little more in depth into

5  that comment.  When you say "check the backside,"

6  what does that mean?  Literally walk me through what

7  you would expect somebody to do.

8      A.    I would expect them to go into the room, do

9  a physical exam, you know, assess their mental status,

10  look in their eyes, mouth, you know, head to toe.  And

11  because it's difficult to move a 200-, 300-pound

12  patient, we can't always rotate them over on their

13  side to look at their back and then their butt area,

14  which is more prone to these sacral wounds.  So when I

15  told them to look at their backside, that meant do

16  your full normal physical exam that you do every day

17  and then have somebody help you rotate the patient on

18  their side to look at their back for any wounds.

19      Q.    And when you're looking at the back, is that

20  just lift them up, look, and then place them back

21  down?

22      A.    Usually, yes, you look, feel.  If you see

23  something, kind of touch it to see if it feels soft.

24      Q.    Okay.  Are you supposed to do those types of

25  touching tests?  I'm trying to figure out where is

Meagan Mahoney
November 18, 2020                                          62

1   that line where you're saying, okay, that's a

2   sufficient examination of the backside?

3       A.    Usually just laying eyes on it will tell you

4   if they have a wound there or not because there will

5   be a discoloration or marking on the skin.

6       Q.    How did you -- how did you express what you

7   wanted the residents to do to them?  I know you

8   testified that you said to check their backsides, but

9   did you go to this level of detail that we were just

10  discussing?

11      A.    I don't recall.  I just said look for

12  their -- I would have said:  Look at their back for

13  wounds.  I don't think I went into great detail of how

14  to do a physical exam.  I would expect them to know

15  that already.

16      Q.    I believe you testified earlier that you had

17  some experience prior to this time frame with

18  decubitus ulcers; is that accurate?  If you could,

19  explain what was your background with them?

20      A.    I was getting a fellowship in the critical

21  care unit, surgery critical care.  And so when

22  patients lay on their backs for prolonged periods of

23  time, due to the pressure of the bed, they can get

24  sacral wounds.  It's not -- it's unfortunate but not

25  an uncommon problem in medicine.

Meagan Mahoney
November 18, 2020                                         63

1      Q.    Are there times when those wounds just
2  happen regardless of what treatment you do?
3      A.    Yes.
4      Q.    And you can do everything in the book, but
5  they'll sometimes just happen?
6      A.    Yes.
7      Q.    Now, during this time frame would you have
8  seen this patient?
9      A.    Yes.
10     Q.    Would you have helped lift him up or seen
11  the backside?
12     A.    Only if the interns told me that they saw
13  something, then I would look at it so I could make a
14  better assessment of what kind of wound it was.
15     Q.    When you're walking into a patient's room,
16  like this patient, would you look at their chart
17  before walking in?
18     A.    Not typically, no.  Not unless the resident
19  had some concerns or if I walked into the patient's
20  room and -- what we call the eyeball test -- they
21  don't pass the eyeball test, then I would go look in
22  their chart because something is going on.
23     Q.    So if nobody had told you anything about the
24  patient and you walked in, walk me through what you
25  would be doing for a patient like this, this ulcer

Meagan Mahoney
November 18, 2020                                    64

1  patient.

2      A.    So we typically talk about the patient

3  either before walking around or outside the patient's

4  room.   Then we as a team would walk into the room.   I

5  would assess anything that I had been alerted to.   If

6  the patient is verbal, talk to the patient, ask them

7  if they're having any pain.   And then we walk out.

8      Q.    For a person who has a wound, do you know

9  what the term "staging the wound" is?

10     A.    Yes.

11     Q.    What does that mean?

12     A.    Staging the wound is when we essentially

13 assign a stage based on the depth of the wound.

14     Q.    And who is responsible for staging the wound

15 and making that call?

16     A.    Typically it's either -- it depends on how

17 much of the wound you can see.   But wound care

18 sometimes can stage it or the physician.

19     Q.    When you say "wound care," what do you mean?

20     A.    A wound care nurse.

21     Q.    And what is a wound care nurse?

22     A.    A wound care nurse is someone who

23 specifically sees a patient just for wounds, sacral

24 wounds, ostomy, anything.

25     Q.    And correct me if I'm wrong, but the wound

Meagan Mahoney
November 18, 2020                                65

1  care nurse will be requested to consult a patient by

2  physicians?

3      A.    Or occasionally the nurses.  If the nurses

4  during bathing have noticed a wound on the patient's

5  backside, they'll go ahead and initiate a consult.

6      Q.    So a nurse or a doctor can initiate it?

7      A.    Yes.

8      Q.    So is it fair to say that the nurses and the

9  doctors rely upon the wound care nurses to review and

10 assess these wounds?

11     A.    Typically when I rely on the wound care

12 nurse is if we can do any type of enzymatic

13 debridements, meaning applying dressings or different

14 types of creams, then that's when I rely on them.

15 They make their recommendations, and then the nurses

16 will carry out the wound care orders.

17     Q.    Are there ever times when you review -- do

18 you review what the wound care team states in the

19 charts?

20     A.    Yes.

21     Q.    And do you typically follow their assessment

22 and their treatment options?

23     A.    I do.  I always like to look at the wound

24 myself, though, so I have an idea of what I think

25 needs to be done.  Because as a surgeon, I'm usually

1  the one that makes the decision to -- or I am the one

2  that would make the decision, hey, this needs a

3  debridement in the operating room.

4      Q.    What is a debridement?

5      A.    Debridement means taking away, cutting away,

6  getting rid of dead tissue, necrotic tissue.

7      Q.    Have there been times where you've

8  overruled, for lack of a better term, the wound care

9  team's assessment and treatment options?

10     A.    No, not usually.  We work pretty well

11  together.

12     Q.    I'm going to show you -- I'm going to start

13  walking through some of these medical records here.

14  This is the medical record for November the 15th of

15  2016.  And here it looks like, if you can read it -- I

16  know it's a little small -- but it looks like

17  Dr. Robertson initiated a wound care consult.  Do you

18  see that?

19     A.    Yes.

20           (EXHIBIT 6 WAS MARKED

21            FOR IDENTIFICATION.)

22  BY MR. MORGAN:

23     Q.    Who is Dr. Robertson?

24     A.    She was a trauma ICU doctor.

25     Q.    Was she an actual -- she wasn't a resident?

1    She was a doctor-doctor?

2        A.    She was an attending, yes.

3        Q.    And so this would have been mid November,

4    obviously, even before Joe would have come onto the

5    trauma service?

6        A.    Correct.

7        Q.    And it looks like here the wound care nurse,

8    who is Kelly Pennock, made some recommendations here

9    for treatment.  Do these look to be standard types of

10   treatment for this?

11            MR. WHITFIELD:  Object to the form.

12       A.    I mean it looks like standard wound care

13   orders.  But it would depend on the type of wound.

14   BY MR. MORGAN:

15       Q.    Do you know what the Pressure Ulcer

16   Prevention Program is?

17       A.    Yes.

18       Q.    What is it?

19       A.    It's a series of steps, guidelines to follow

20   to help prevent pressure ulcers, things such as

21   rotating the patient, essentially decreasing the time

22   that bony prominences, as we call it, are touching the

23   surface of the bed.

24       Q.    Would it be fair to say that these

25   recommendations are in line with that Pressure Ulcer

Meagan Mahoney
November 18, 2020                                    68

1   Prevention Program?

2        A.    Yes.

3        Q.    And it says here in the bottom, it says:

4   "Monitor and notify MD/NP and WOCN of any changes."

5   Do you see that?

6        A.    Yes.

7        Q.    What does that mean?

8        A.    To monitor and let the doctor or nurse

9   practitioner -- I'm not sure of WOCN, I'm guessing

10  that's wound care nurse -- of any changes.

11       Q.    When it says "monitor and notify," who was

12  supposed to be monitoring and notifying?

13       A.    The nurses and the trauma team.

14       Q.    And that would be the trauma team from the

15  interns all the way up through chief resident?

16       A.    Yes.

17       Q.    Would that also include the attending

18  physician?

19       A.    Yes.  Working through the hierarchy, I would

20  have let the attending know.

21       Q.    And when it says "notify MD," who does that

22  -- I know that stands for doctor.  But I mean who

23  specifically does that mean?

24       A.    To me that means any doctor.

25       Q.    Any of the team doctors?

Meagan Mahoney
November 18, 2020                                    69

1      A.    Yes.

2      Q.    I'm going to scroll down to here.  This

3  starts here, a record of December the 9th of 2016.  So

4  would you have been on the trauma service in November

5  or would you have been somewhere else yourself?

6      A.    I don't remember.

7           (EXHIBIT 7 WAS MARKED

8            FOR IDENTIFICATION.)

9  BY MR. MORGAN:

10      Q.    Were you on the same kind of month rotation

11  or different?

12      A.    It changed every year.  Some months we would

13  rotate.  Sometimes we would do back-to-back months.

14  But I don't recall.  I feel like as a fourth year, I

15  probably would have been back to back, but I don't

16  recall what months I was on the trauma service besides

17  December.

18      Q.    And here it looks like another in-patient

19  consult to wound care was given by Dr. Robertson on

20  December the 8th.  Do you see that right here?

21  (Indicating.)

22      A.    Yes.

23      Q.    And then down here a little bit lower, this

24  would have been -- -- do you know Kisha Dyse?  Do you

25  remember her?

Meagan Mahoney
November 18, 2020                        70

```
 1      A.     I remember her.  I wouldn't probably be able
 2  to recognize her if I saw her, though.  I remember the
 3  name.
 4      Q.     And it looks like here that she assessed an
 5  unstageable pressure ulcer to the sacrum.  Do you
 6  remember that?
 7      A.     Yes.
 8      Q.     What does that mean?
 9      A.     That there is a pressure ulcer on his
10  sacrum, which is part of his anatomy, and it's
11  unstageable because she is not able to tell the depth
12  of it.
13      Q.     Is this a common occurrence?
14      A.     To get a pressure ulcer?
15      Q.     To get an unstageable pressure ulcer like
16  this?  Do other patients have this come up?
17      A.     Yes.
18      Q.     And what's the normal treatment for those?
19      A.     It varies, but usually they start -- the
20  wound care nurse will see them and make
21  recommendations such as the MEDIHONEY or SANTYL, some
22  sort of enzyme and the dressing change, and then we
23  monitor.
24      Q.     Down here at the bottom there's some other
25  recommendations here.  Do these look like the normal,
```

 1  typical recommendations for this kind of wound?

 2      A.    There's a lot of different recommendations.

 3  But yes, that could be something that's done.

 4      Q.    I mean do you look at that record and look

 5  at this and say, oh, my gosh, those recommendations

 6  there at the bottom are wrong?

 7      A.    No.

 8      Q.    So then at this point, so on December 9th,

 9  this would have been in this patient's chart; correct?

10      A.    Yes.

11      Q.    And so any member of the team, from the

12  first-year interns up through you and up through the

13  attending physician, could see this document?

14      A.    Yes.

15      Q.    So you testified earlier that you didn't

16  know and Joe didn't tell you that there was a wound;

17  correct?

18      A.    Correct.

19      Q.    But this had been in the notes since

20  December the 9th.  Do you agree with that?

21      A.    Yes.

22      Q.    Do you think you should have checked the

23  file at some point or checked the chart when you were

24  rounding on the patients?

25      A.    It was not my habit to check every patient's

1  chart because, like I said, we had so many patients.

2  In between seeing new patients and being in the

3  operating room, I did not have the time to check every

4  chart.  So I relied on the residents to give me new

5  information and keep me updated on the patients.

6      Q.    You would have been rounding with other

7  individuals each day and seen this patient each day,

8  at least during the regular work week?

9      A.    We rounded as a team, yes.

10      Q.    Right.  So I mean every day you would have

11  rounded as a team and seen this patient?

12      A.    We would go in the room and lay eyes on the

13  patient, yes.

14      Q.    When you say "the team," does that include

15  the attending physician every day, too?

16      A.    Yes.  We usually -- the patient is usually

17  seen in the morning three times:  first by the intern,

18  then by the entire resident team, and then the team

19  with the attending.

20      Q.    So most days you would have seen this

21  patient twice?

22      A.    Yes.

23      Q.    Do attendings typically check the charts

24  prior to consulting with the patients each morning and

25  rounding?

1    A.    Not typically.  Not on patients that are on

2  the floor like this.

3    Q.    I'm only going off of experiences I've had.

4  My dad had heart failure a few years ago.  I spent six

5  weeks almost every day in the hospital.  And I

6  remember the rounds coming by in the morning, starting

7  with one person and then an hour or so later there

8  would be more people than I could count walking into

9  the room.  But typically they'd be looking at a file.

10  Is there something similar that you all are looking at

11  for the patients or no?

12    A.    We have a trauma list that has every trauma

13  patient on it.  For trauma it would have the patient,

14  their injuries, the consult teams.  And then the med

15  students and interns would update with anything new

16  such as, you know, the patient's weight-bearing status

17  for physical therapy or anything like that.  And

18  that's what we walked around with.  These charts are

19  all on the computer.

20          And I'll correct myself.  I don't know what

21  the attendings did because I was not an attending.  So

22  I don't know if they were looking at the chart or not.

23    Q.    This will be the next exhibit.  I'm going to

24  start here at the bottom.  Now, this looks like a note

25  that was entered by Dr. Papin.  Do you see that?

Meagan Mahoney
November 18, 2020                                74

```
 1       A.     Yes.

 2              (EXHIBIT 8 WAS MARKED

 3               FOR IDENTIFICATION.)

 4  BY MR. MORGAN:

 5       Q.     This was on December the 12th of 2016.  When

 6  an intern inputs a note into the system, it has to be

 7  also signed by an attending physician; is that

 8  correct?

 9       A.     Yes.

10       Q.     Basically it's kind of a supervision, right,

11  on the resident?

12       A.     Right.

13       Q.     So when Dr. Papin enters these notes, it

14  then, I would imagine, probably sends some sort of

15  either email or some sort of notification to the

16  attending physician to review it and state whether

17  they agree or not with it?

18       A.     Yes.

19       Q.     Like on this note here, Dr. -- is it

20  Kutcher?  Is that how you say it?

21       A.     Yes.

22       Q.     He reviewed Dr. Papin's note and agreed with

23  it.  Do you see that?

24       A.     Uh-huh, yes.

25       Q.     Who is Dr. Kutcher?  I know he's a trauma
```

Meagan Mahoney
November 18, 2020                                    75

1    care surgeon here.  Just background, is he a very

2    experienced doctor?  What's his kind of background?

3         A.    I don't know his specific background.  I

4    enjoyed working with Dr. Kutcher because I thought he

5    was very knowledgeable and I learned a lot from him.

6         Q.    Is it fair to say when these attestations by

7    the attending physician occurred, this would have been

8    after the rounds in the morning?

9         A.    Yes, it would have had to have been.

10        Q.    Because you're sort of affirming what the

11   resident has seen and then what you saw with your own

12   eyes when you walked into the room?

13        A.    Yes.

14        Q.    I'll pull up the next exhibit here.  These

15   are mostly in date order here.  I'll go down a little

16   bit here because this one is again from Dr. Papin on

17   December the 13th.  Do you see this?

18        A.    Uh-huh (positive response).

19               (EXHIBIT 9 WAS MARKED

20                FOR IDENTIFICATION.)

21   BY MR. MORGAN:

22        Q.    And here the note from Dr. Kutcher is a

23   little bit different.  I'm going to read it.  It says,

24   quote:

25                "I personally elicited a

Meagan Mahoney
November 18, 2020                                    76

1              history from and examined

2              this patient on rounds on

3              December the 13th, 2016, and

4              agree with the findings and

5              plan as documented in the

6              linked provider's note."

7         Q.    Do you see that?

8    A.    Yes.

9    Q.    So here Dr. Kutcher is saying he personally

10   examined this patient; he wasn't just taking

11   somebody's word for it.  Is that accurate?

12   A.    Sure, yes.

13   Q.    And so were you ever in the room when

14   Dr. Kutcher would do his own physical examination?

15   A.    I have been, yes.

16   Q.    Were there times where you would examine the

17   backside for certain patients that needed that done?

18   Would the physical examination get to that level?

19   A.    Not to that level, no.  Not unless it was

20   indicated that there was a wound.  And usually the

21   attending would not look at it unless I brought it to

22   their attention and said, you know, the patient has a

23   wound, I think we need to take him to the operating

24   room.

25   Q.    Now, all of this information that's kind of

Meagan Mahoney
November 18, 2020                                      77

1   here that I'm highlighting a little bit, this would

2   have been information that Dr. Papin would be pulling

3   in?

4       A.    Yes.  And then -- where is his physical

5   exam?

6       Q.    I'm just sort of scrolling.

7       A.    AAO3, that's his physical exam.

8       Q.    That would be Dr. Papin's physical exam or

9   is that the attending's physical exam?

10      A.    Dr. Papin's.

11      Q.    And it looks like in each of these notes

12  there's also a section that talks about the wound

13  care, which would be the most recent wound care

14  recommendations from the wound care nurse?

15      A.    Uh-huh (positive response).

16      Q.    Is that correct?

17      A.    Yes.  It looks like he copied and pasted

18  their recommendations into his note.

19      Q.    Is that normal?

20      A.    Every resident does things differently.

21  It's not abnormal.

22      Q.    Have you seen other residents do that as

23  well?

24      A.    Yes.

25      Q.    I mean if you saw that for another resident,

Meagan Mahoney
November 18, 2020                                    78

 1  would you call them out and say, hey, you shouldn't be

 2  doing that?

 3       A.    No.  If I saw this particular note, though,

 4  I would say I see wound care recommendations but

 5  nothing in your physical exam regarding a wound.

 6       Q.    Is that something that normally would be in

 7  the physical exam section?

 8       A.    Yes, if there is a wound.

 9       Q.    Would it say I flipped over and examined

10  them and nothing there?  Or it wouldn't say that

11  normally?

12       A.    Personally, if I do that, I would write it

13  in my documentation, yes.

14       Q.    And during this time when you're the chief

15  resident, how often are you entering notes like this

16  into the system?

17       A.    I did not.  As a chief I did not have to

18  write daily progress notes.

19       Q.    Do you know if you wrote any note for this

20  patient?

21       A.    I don't recall unless it was a -- the notes

22  I usually write for patients would be not what's

23  called a daily progress note but kind of a plan of

24  care, this has acutely happened and this is what we're

25  going to do about it.  If the patient coded and I was

Meagan Mahoney
November 18, 2020                              79

1   there for the code, I would document that in the

2   chart.  I don't remember if I documented on this

3   patient or not.

4       Q.    Is it fair to say if you did, it would be in

5   the records?

6       A.    It should be, yes.

7       Q.    I'm going to attach the next exhibit here.

8   This is the one from December the 14th here with

9   Dr. Papin and it looks like Dr. Kutcher again.

10      A.    Yes.

11            (EXHIBIT 10 WAS MARKED

12             FOR IDENTIFICATION.)

13  BY MR. MORGAN:

14      Q.    The next day he wrote the same thing, that

15  he also elicited a history from and examined this

16  patient.  Do you see that?

17      A.    Yes.  We have dot phrases, and that's why it

18  says the same thing.

19      Q.    What do you mean "dot phrases"?  What does

20  that mean?

21      A.    We can create an attestation note.  And this

22  is me personally now.  When I'm signing a resident's

23  note, I can hit dot and an attestation, and it will

24  pull up the phrase that I want used.

25      Q.    So kind of a copy and paste of previous

Meagan Mahoney
November 18, 2020                                    80

1   language used?

2       A.    Yes, it is.

3       Q.    Standard language, whatever you want to call

4   it?

5       A.    Yes.  It's the same -- whatever wording we

6   want, we create a dot phrase, and then we can use it

7   in our notes.

8       Q.    I would certainly hope, though, that the

9   note would be truthful, like Dr. Kutcher did actually

10  examine this patient; right?

11      A.    Yes.

12      Q.    I'll pull up the next exhibit here from

13  December the 15th.  This one looks -- let me scroll up

14  a little bit there where the progress notes start here

15  on December the 15th by Dr. Papin, again signed by

16  Dr. Kutcher.  But this one looks a little bit

17  different than the one we saw yesterday.  This one

18  just says:  "I agree with the findings and plan as

19  documented in the linked resident's note."

20            Do you see that?

21      A.    Uh-huh (positive response).

22            (EXHIBIT 11 WAS MARKED

23             FOR IDENTIFICATION.)

24  BY MR. MORGAN:

25      Q.    Do you agree that's a little bit different

1  than the one we were looking at the last two days

2  where it said Dr. Kutcher personally elicited a

3  history as well as examined that patient?

4       A.    Yes, that's different.

5       Q.    So do you know back then at this time was

6  there that kind of stock language you could use or did

7  you have to type in what you wanted to actually write,

8  fully type it out?

9       A.    I don't know about the attendings because I

10  never had to attest notes for residents because they

11  wouldn't assign those to me.  When I would write

12  notes, I had my own dot phrases that I could use.  So

13  I would think that their attendings did as well, but I

14  can't speak for Dr. Kutcher.

15       Q.    So you had your own dot phrases even back

16  then four years ago?

17       A.    Yes.

18       Q.    And how does it work in real life?  Is it

19  something you just have memorized and you know to type

20  it out or you hit like a shortcut link on the keyboard

21  and it pops up?

22       A.    So, for example, if I want to write a -- if

23  I'm writing an attestation now on a resident's note, I

24  have previously written one that says something

25  similar to what Dr. Kutcher is saying.  I sign a name,

Meagan Mahoney
November 18, 2020                                    82

1  which for me is MMATTEST.  And so when I read the

2  patient's note at the end of the day, I hit the

3  attestation button and then I put dot MMATTEST, and it

4  pops up whatever I had previously written so that I

5  don't have to retype it every time.

6       Q.    Almost like the computer sort of remembers

7  what your previous typing had been?

8       A.    Yeah.  It's like a clipboard essentially

9  that's permanently stored.

10      Q.    Got it.  And is that something that you

11 create for your own personal kind of profile yourself

12 or it's just a normal thing that the hospital has, a

13 clipboard for all the physicians?

14      A.    There are -- we use Epic.  There are

15 Epic-generated phrases.  And then we can make our own.

16      Q.    I'm going to mark the next exhibit here --

17 I'll skip over one and go to two days later, which

18 would be December the 17th here.  Do you see that note

19 here entered December the 17th?

20      A.    Yes.

21               (EXHIBIT 12 WAS MARKED

22                FOR IDENTIFICATION.)

23 BY MR. MORGAN:

24      Q.    Now, this one was cosigned by Dr. Batson.

25 Do you know who Dr. Batson is?

1     A.     Yes.

2     Q.     Who is Dr. Batson?

3     A.     She's another trauma/critical care, acute

4  care surgeon that's an attending.

5     Q.     Experienced attending physician?

6     A.     Uh-huh, yes.

7     Q.     And so she writes -- she goes on top of

8  Joe's note here and says that she also saw ███████████

9  today and she agrees with the resident's note.  Do you

10 see that?

11    A.     Yes.

12    Q.     When you're doing these attestations, you

13 just kind of quickly summarize and look through the

14 note that the resident has written?  How long does it

15 take to do these attestations?

16    A.     It takes a good while.  It takes me a good

17 while.  I can't speak for Dr. Batson and Dr. Kutcher.

18 But the way I do it is we round in the morning.  I

19 make notes specifically for the things that we're

20 addressing that day.  A lot of the residents will

21 forward the note from the previous day so you'll see

22 the same wording, same physical exams unfortunately.

23 So I will look through the notes, make sure that they

24 have addressed the topics that we discussed for that

25 day, and then, if something is blaringly wrong, I will

 1   fix it.  And then in my attestation, even if they have
 2   said it below, I put what we discussed during rounds.
 3   That's how I do it.
 4        Q.    Do you have any insight as to how Dr. Batson
 5   or Dr. Kutcher did theirs?
 6        A.    No, I do not.
 7        Q.    We're attaching the next exhibit.  This is
 8   the one from December the 18th, again signed by
 9   Dr. Batson.  She says:
10                  "I saw ██████████ with the
11                  resident.  We discussed the
12                  plan.  I agree with the
13                  resident's note."
14             So when it says "we discussed the plan,"
15   that would be what you were sort of describing a
16   minute ago, the sort of plan of treatment and care
17   that would be provided to the patient?
18        A.    Yes.  The plan for that day typically is
19   what that means.
20                  (EXHIBIT 13 WAS MARKED
21                   FOR IDENTIFICATION.)
22   BY MR. MORGAN:
23        Q.    Earlier we were talking about there was
24   another resident named Will Bruch.  Do you remember
25   that?

Meagan Mahoney
November 18, 2020                                    85

```
 1      A.    Yes.

 2      Q.    Was there also another individual named Will

 3  Bruch, B-R-U-C-H?

 4      A.    I believe it was just Will Bruch.  I'm not

 5  sure of his last name.  I don't recall two different

 6  people, though.

 7      Q.    How do you think he spelled his last name?

 8      A.    I want to say it was B-R-U-C-H, but I don't

 9  remember.

10      Q.    Would he have seen this patient during this

11  time as well?

12      A.    He could have.  Typically the residents saw

13  their patients, the same patient every day.  And then

14  anybody that was new, they divvied them up.

15      Q.    So for the first years typically you're not

16  doubling up on the same patient?

17      A.    No.

18      Q.    Now, what about like weekends when you

19  rotate?  Would that be a time when one intern may see

20  somebody else's patient?

21      A.    Yes.

22      Q.    So here if Dr. Papin was assigned this

23  patient, Will Bruch may have seen him on the weekends?

24      A.    Yes.

25      Q.    And we have the next day here, December
```

```
 1    19th, 2016.  Again, Dr. Batson also would have seen

 2    the patient with Dr. Papin; correct?

 3         A.    Yes.

 4                  (EXHIBIT 14 WAS MARKED

 5                   FOR IDENTIFICATION.)

 6    BY MR. MORGAN:

 7         Q.    And you would have been there for both of

 8    them, the first round as well as the round with the

 9    attending?

10         A.    Yes.

11         Q.    Okay.  Here's the note for December 20th,

12    again signed by Dr. Batson.  A little bit different

13    but similar language:

14                  "I saw [REDACTED]        with the

15                   resident on 12/20.  We

16                   discussed the plan during

17                   rounds.  I agree with the

18                   resident's note."

19              So again, the attending would have seen this

20    patient?

21         A.    Yes.

22                  (EXHIBIT 15 WAS MARKED

23                   FOR IDENTIFICATION.)

24    BY MR. MORGAN:

25         Q.    I'm going to show you the next one here.
```

Meagan Mahoney
November 18, 2020                                    87

1   This is for December 21st there.  Here Dr. Batson

2   says:  "Late entry for 12/21."  Do you know what that

3   would mean?

4                   (EXHIBIT 16 WAS MARKED

5                    FOR IDENTIFICATION.)

6       A.    It looks like she attested on 12/22.

7   BY MR. MORGAN:

8       Q.    Which was the next day?

9       A.    Which is the next day.

10      Q.    Could it just be that she said, hey, this is

11  a late entry for the day before because she just, for

12  whatever reason, could not get to the attestations

13  that day?

14      A.    That's how I read that, yes.

15      Q.    I would imagine that's maybe not a normal

16  thing but not an abnormal thing to occur?

17      A.    Huh-uh (negative response).

18      Q.    Okay.  I'm marking the next exhibit.  This

19  is for December 22nd, 2016, again with Dr. Papin and

20  Dr. Batson signing on it, where she again saw

21  Mr. Newsome with Joe as well as with you and others;

22  correct?

23      A.    Yes.

24                  (EXHIBIT 17 WAS MARKED

25                   FOR IDENTIFICATION.)

Meagan Mahoney
November 18, 2020                                    88

1  BY MR. MORGAN:

2      Q.    Now, this one I wanted to point out the date

3  of service that's right here, that would be the time

4  that you're actually seeing the patient; correct?

5      A.    No.  That was usually when the note is

6  started.

7      Q.    So if it started here and then looks like

8  filed -- it says date of service, 7:51 a.m. and filed

9  7:55.

10     A.    Right.  It looks like he started the note at

11 7:51 and then four minutes later signed it.

12     Q.    So by 7:51 that morning you would have done

13 the rounds?

14     A.    Not necessarily, no.  The residents could

15 start their notes prior to rounding.

16     Q.    But by this point in time Dr. Papin would

17 have seen this patient on that day?

18     A.    I would assume so, yes.

19     Q.    Now, the next exhibit -- this is also on

20 December 22nd, and it looks to be a couple of hours

21 later.  Do you see that?

22     A.    Yes.

23              (EXHIBIT 18 WAS MARKED

24               FOR IDENTIFICATION.)

25 BY MR. MORGAN:

Meagan Mahoney
November 18, 2020                                    89

1    Q.    And this was a note entered by Kisha Dyse

2  who was the wound care nurse that we were talking

3  about earlier; is that correct?

4    A.    Yes.

5    Q.    Now, it says here this consult was ordered

6  by Dr. Robertson again.

7    A.    Well, that -- I haven't seen a note from

8  Dr. Robertson in here.  So the nurses on the floor,

9  since they bathe the patients, they're usually the

10 first ones to see these sacral wounds.  That's why I

11 have the residents every week turn the patient over so

12 that we are actively involved.  So because of that,

13 the nurses have been given the -- I don't know about

14 the right -- but the opportunity to place orders for

15 wound care.  So, you know, a nurse could have seen

16 this wound and then placed a wound care consult order

17 under Dr. Robertson's name.

18   Q.    That's what I was going to ask.  I was going

19 to ask you those same questions.  I hadn't seen

20 Dr. Robertson's notes or attestations, so could it be

21 just that whenever you -- I would assume you go on the

22 computer program somewhere specifically to order a

23 wound care consult?

24   A.    Yes.  Typically the way this works is

25 Dr. Robertson may have been the one that admitted this

Meagan Mahoney
November 18, 2020                               90

1   patient initially, so her name is put as the admitting

2   attending, and then they all rotate every week.  But

3   when orders like wound care -- when the nurse places a

4   wound care order, it goes under Dr. Robertson's name

5   because she was the initial admitting attending even

6   though she had not seen the patient since that first

7   night.

8         Q.    I want to go back to the one we were just

9   looking at a second ago.  This was the one with

10  Dr. Papin.  Now, here it says kind of something new.

11  It says "febrile overnight."  Do you see that?

12        A.    Uh-huh (positive response).

13        Q.    What does that mean?

14        A.    It means the patient had a fever.

15        Q.    If you could, kind of just -- this first

16  sentence here, could you sort of put this into normal

17  layman's terms of what this means in the note?

18        A.    The NAEON means no acute events overnight.

19  And then he says:  "Febrile overnight."  So I would

20  call that an acute event.  But the patient had a fever

21  overnight.  Whoever was notified then ordered a

22  urinalysis, a urine culture, and a respiratory

23  culture.  BAL is respiratory.

24        Q.    And what are those items?

25        A.    They're specimens that we take the blood,

Meagan Mahoney
November 18, 2020                          91

1   urine, and then sputum.  And then we send it to

2   Microlab so that they are able to test for any

3   bacteria.  And typically if the patient has a fever,

4   we get the culture, start them on antibiotics, and

5   then wait for the cultures to return, and then tailor

6   the antibiotics specific for the cultures.

7        Q.    How long does it take for those cultures to

8   return.

9        A.    Usually within five days we have the final

10  cultures.  But the patient has been on antibiotics the

11  entire time.

12       Q.    So this would have been a note entered by

13  Dr. Papin that morning.  So obviously the culture

14  results wouldn't have been known at that point in

15  time.  They had just been taken.

16       A.    There may have been a preliminary but

17  obviously not final.

18       Q.    When you say "preliminary," what does that

19  mean?

20       A.    Preliminary means that -- every day they

21  will check the cultures.  And if something new has

22  grown, they'll update it in the Epic chart, in the

23  medical record chart.  So usually the first day you

24  might see a gram stain result saying gram-positive

25  cocci, which is just the type of bacteria.  And then

1   by day 5 you should have the actual bacteria name as

2   well as the sensitivities for which antibiotics will

3   treat that appropriately.

4       Q.    Are there times where nothing is growing for

5   that first day and it's hard to tell what it is?

6       A.    If the patient doesn't have an infection,

7   usually you can typically not see anything.  Blood

8   cultures and sputum cultures, I would say within 24

9   hours you usually have something there.  But it's very

10  basic and it doesn't change our care plan.

11          When he says -- can I look at that note

12  again?

13      Q.    Sure.  (Complying.)

14      A.    Okay.  I believe this patient was nonverbal,

15  so I don't know how they would deny shortness of

16  breath or chest pain.

17      Q.    There was the note from Dr. Kutcher where he

18  said he personally elicited history from the patient.

19  Do you recall that?

20      A.    I'm confused.  This says ████████████

21      Q.    It does.

22      A.    But at the top is says ████████████

23      Q.    Yeah.  I don't know why that is because I

24  believe ████████ is the patient.

25      A.    Yeah.  Okay.

```
 1            MR. MORGAN:  Tommy, do you know why that is?
 2            MR. WHITFIELD:  Actually I do.  I didn't
 3  know if you wanted me to chime in or not.
 4            MR. MORGAN:  Sure.
 5            MR. WHITFIELD:  As a gunshot wound, he was
 6  checked in under an alias name so that way the other
 7  people couldn't come and find him and finish the job.
 8            THE WITNESS:  I just wanted to make sure we
 9  were looking at the right documentation.  Because that
10  person was nonverbal, so he couldn't have denied
11  shortness of breath or chest pain.
12  BY MR. MORGAN:
13       Q.    You're saying            was?
14       A.    Right.  I don't remember ever being able to
15  communicate with him.
16       Q.    So is Dr. Kutcher's note incorrect earlier
17  when he said he personally elicited testimony from --
18  or history from the patient?
19       A.    I'm not sure if that's what he said.  I just
20  want to make sure we're talking about the right
21  patient.
22       Q.    Do you remember this decubitus ulcer patient
23  that ultimately turned surgical?
24       A.    Yes.
25       Q.    So your memory is that this patient was
```

1  nonverbal?

2      A.    Yes.

3      Q.    I'm just going to go back to one of the

4  previous notes here.  This is the December 14th note

5  here where you see Dr. Kutcher saying:  "I personally

6  elicited a history from and examined this patient."

7            I take that to mean he talked to the

8  patient.  Do you take that a different way?

9      A.    I take that as he got the history from Joe,

10  from the provider's note.

11     Q.    And what do you base that off of?

12     A.    That's how I'm reading it.

13     Q.    But I mean it's going to be based on

14  something because it doesn't say he elicited a history

15  from the resident or from Joe.

16     A.    The way I attest notes is I say that I

17  personally got the history from the resident.  But it

18  doesn't necessarily have to say that.  That's who is

19  giving you the story.  We don't always talk to the

20  patient and get a full history.  And then he examined

21  this patient.  That's how I'm reading this, that he's

22  agreeing with the resident's note.

23     Q.    When you say that this patient, you believe,

24  was nonverbal, does that just mean he couldn't speak

25  back?

Meagan Mahoney
November 18, 2020                              95

1      A.     Right.

2      Q.     Could he shake his head yes or no?

3      A.     I don't remember that.

4             MR. WHITFIELD:  Hey, Ryan?

5             MR. MORGAN:  Yes?

6             MR. WHITFIELD:  I don't want to like slow

7      down your train.  But if you get to a spot in about 10

8      minutes or so, a good stopping point, I need to make a

9      phone call.  So whenever you get to a good point, I'd

10     like to take a break.

11            MR. MORGAN:  Okay.  Yeah.  Give me like five

12     minutes.

13            MR. WHITFIELD:  Sure.

14     BY MR. MORGAN:

15     Q.     I want to go back to -- this is the Kisha

16     Dyse December 22nd note.  So she came back and did

17     another wound care assessment on December 22nd;

18     correct?

19     A.     Yes.

20     Q.     And she again reassessed it as an

21     unstageable pressure ulcer.  Do you see that?

22     A.     Yes.

23     Q.     So what happens -- so this note gets entered

24     in by Kisha.  Does the team just review the note?

25     What happens once this note goes in?

1    A.    What should happen is when the resident gets

2  there in the morning -- when the intern gets there in

3  the morning, he looks through notes to collect

4  anything from wound care, orthopedic surgery, any

5  other consulting services, gets their recommendations,

6  puts it in his note, and then tells us about it at

7  rounds.

8    Q.    So would you have been told about this at

9  rounds?

10    A.    I should have been, yes.

11    Q.    Do you think you were?

12    A.    No.

13    Q.    Why do you not think that?

14    A.    My first knowledge of the patient's wound

15  was when he sent me a text message on his last day in

16  the service saying that wound care recommendations

17  were in for an early sacral wound on Mr. ████████.

18         MR. MORGAN:  Let's go ahead and take that

19  break.  Tommy, how long do you need for your phone

20  call?

21         MR. WHITFIELD:  I'm not sure.  I just got a

22  note I have a client that something happened out at

23  the med center that I need to check in on.

24         MR. MORGAN:  Okay.

25         MR. WHITFIELD:  I'll call back in as quick

Meagan Mahoney
November 18, 2020                    97

1  as I can.

2              MR. MORGAN:  Okay.  We'll take at least five

3  minutes.

4              (A RECESS WAS TAKEN FROM 4:10 P.M.

5              TO 4:20 P.M.)

6  BY MR. MORGAN:

7      Q.    Going back to the December 22nd Kisha Dyse

8  note again, when a wound care nurse is reviewing these

9  types of wounds, you would agree with me that they

10 have the training and the knowledge to know whether a

11 wound is infected or not?

12     A.    Yes.

13     Q.    So if it was infected, we would certainly

14 hope that it would be listed in the note?

15     A.    That may be difficult to ascertain if they

16 can't see below that black eschar stuff.

17     Q.    But if they had a question or if they

18 thought there was some sort of infection, I would

19 imagine they would bring that to somebody's attention?

20     A.    I would imagine so, yes.

21     Q.    That's a fairly -- that sets off alarm bells

22 when you have an infection; is that fair to say?

23     A.    Yes.

24     Q.    So here there's no -- at least how I'm

25 reading it, I don't see any noting or discussion of

1  there being any possible infection; correct?

2      A.   I don't see her using that.

3      Q.   I think I asked this earlier.  I just don't

4  remember what your answer was.  Did you know that

5  Kisha Dyse and the wound care team were doing these

6  consults with this patient?

7      A.   Not at the time, no.

8      Q.   It wasn't until after this time when the

9  surgery occurred?

10     A.   No.  After Joe told me that wound care

11 recommendations were in for this early wound, I went

12 and looked in the chart and realized that there were

13 multiple wound care notes or more than one.

14     Q.   I think I have that text here, the next

15 exhibit.  If looks like a text message between you and

16 Joe.  And it says here:  "Wound care recommended

17 continuing SANTYL for ██████'s early sacral decub."

18         Do you see that?  Did I say that right,

19 "decub"?  Is that how you say it?

20     A.   Yes.

21            (EXHIBIT 19 WAS MARKED

22             FOR IDENTIFICATION.)

23 BY MR. MORGAN:

24     Q.   That was the text message you were just kind

25 of referring to?

1       A.      Yes.

2       Q.      Do you remember when you got this did you

3  immediately go run to the chart and look or was it

4  more of a, hey, let me go back and look when I get a

5  chance?

6       A.      No.  Because it's a typical -- you know,

7  like we said, it's not uncommon for patients to get

8  sacral wounds.  So he had been telling me that there

9  wasn't one.  And then when he said there's an early

10 sacral decubitus, I said:  Okay, now the patient has

11 one, we'll look at it on rounds tomorrow.  It's not an

12 emergency situation to go look at it right now.

13      Q.      Okay.  So you got this text.  Is it fair to

14 say you didn't drop what you were doing and go review

15 Mr. ███████?

16      A.      Right.  I made a note to look at it the next

17 day on rounds.

18      Q.      And then he has another text about updates

19 on patients.  And then you responded that, hey, come

20 to the lounge, and it looks like you'd be running the

21 afternoon list.  Is that fair to say?

22      A.      Right, yes.

23      Q.      This would be the kind of end-of-the-shift

24 review we were talking about earlier, which for some

25 patients may be real easy, quick, nothing new to

1    update?

2         A.     Right.

3         Q.     Do you remember talking about this patient

4    here, Mr. ██████    on this afternoon list?  Because

5    you would have known by this point that wound care had

6    been called; correct?

7         A.     Correct.

8         Q.     Do you remember thinking, oh, we need to go

9    check that now or we'll just check in the morning?

10        A.     No.  Like I said, because he said early

11   sacral decub, at this point I thought:  Okay, the

12   patient now has a wound and we'll look at it tomorrow.

13   It wasn't -- it didn't set off alarm bells at the time

14   to me.

15        Q.     When did it set off alarm bells to you?

16        A.     When I looked at the sacral wound the next

17   day on rounds and actually saw the wound in person.

18        Q.     Were you the one who peeled back the scab or

19   was that somebody else?

20        A.     I don't recall.  I may have.  I don't really

21   remember.  I typically do pick at wounds when I see

22   them, but I don't remember exactly what I did with his

23   wound, no.

24        Q.     I'm going to share the next -- this is kind

25   of a continuation of the text message here where it

1  looks like the next morning on December 23rd you

2  texted back to Joe asking:  "Who is the one with the

3  wound, ██████ or ██████?"  Do you see that?

4      A.   Yes.

5           (EXHIBIT 20 WAS MARKED

6             FOR IDENTIFICATION.)

7  BY MR. MORGAN:

8      Q.   And then he responded back that it was

9  Newsome and whatnot.  And you didn't respond to this

10 text message, it looks like; correct?

11     A.   Correct.

12     Q.   Four days later you were texting him about

13 meeting in a different patient's room, it looks like?

14     A.   When I sent that text, I distinctly

15 remember -- at this point I had seen the patient's

16 wound and something didn't seem right to me.  And I

17 wanted to make sure that I was understanding what he

18 had said, and I didn't want to try and point fingers

19 at this point.

20     Q.   So at 9:07 that morning you had not yet seen

21 this patient?

22     A.   No.  I had seen the patient by this point.

23     Q.   But you were asking which one -- you were

24 asking, between two patients, which one it was.  Do

25 you see my point?

1      A.     Right.  I was -- alarm bells had gone off.
2  At this point was when I started to feel that he had
3  lied to me.  So I sent him the text just to make sure
4  that he had actually talked about Mr. █████
5      Q.     Well, he had because he had sent you the
6  text the day before.
7      A.     Right.
8      Q.     And then he responded right away to you on
9  this morning of December 23rd?
10     A.     Right.  That text from me on December 23rd
11 was:  Something is not right here, I think he's been
12 lying to me.
13     Q.     Well, it doesn't say that in the text, does
14 it?
15     A.     No.  Because I'm not going to come out and
16 say that, start pointing fingers immediately.  I had
17 to investigate.
18     Q.     Is it fair to say when you read your text
19 the morning of December 23rd, it looks like you're
20 asking him to confirm which patient it is, that you're
21 not even sure which patient has the wound?
22     A.     That's what it looks like, but I remember --
23 I remember seeing the patient that morning and sending
24 this text message.  I know that's odd to say, but I
25 do.

Meagan Mahoney
November 18, 2020                                              103

1        Q.    And how do you remember that?

2        A.    Just because I remember seeing the wound and

3   being shocked at how progressed it was and knowing

4   that he had told me there was not a wound.  And I

5   didn't know -- you know, I knew that this patient was

6   going to need some surgical debridement.  So I was

7   upset that the patient had a wound that size at that

8   point and I did not know about it.

9        Q.    I want to ask you what you just said a

10  second ago, that he told you -- Joe told you that this

11  patient did not have a wound.  Did he physically say,

12  verbally say, this person doesn't have a wound?  Or

13  did he just not mention it?  Because those are two

14  different things.

15       A.    So on Mondays, on our turnover Mondays, I

16  would ask them during our rounds if the patient --

17  does the patient have a backside wound, a sacral

18  wound, and he would say no.  So in my mind the patient

19  did not have a wound until the 22nd when he said there

20  was an early wound.  And then when I saw it on the

21  23rd, I realized that this was a lot worse than I

22  thought it was.

23       Q.    If you could, let's walk through that 23rd

24  when you're saying you realized it was way worse than

25  what you thought it was.  If you could, let's do the

Meagan Mahoney
November 18, 2020                                          104

1  chronology when you first came in in the morning.  Who

2  did you speak to, what did you do to see this wound

3  for what it was?

4      A.   I don't remember the chronology of what I

5  did.  But you have moments when you're a doctor that

6  stick with you.  And the moment I turned this patient

7  over and I remember seeing how large it was has stuck

8  with me.  So I don't remember what I did when I came

9  in that morning or anything like that.

10     Q.   Who else was with you in the room when you

11  turned the patient over?

12     A.   I do not know.

13     Q.   Would there be a note of you doing that,

14  turning the patient over and making that assessment?

15     A.   Probably not from me.  I don't recall,

16  though.

17     Q.   Do you recall if there was anybody else in

18  the room with you?

19     A.   There would have had to have been because I

20  can't turn a patient that size by myself.

21     Q.   You just don't remember specifically who it

22  was?

23     A.   No, I don't.

24     Q.   Do you think it would have been the round

25  where it's with the attending physician or the first

1  round without the attending physician?

2      A.    It would have been the first round.  Because

3  I had already made a note to look at it.  So my plan

4  was to look at it during the round and then be able to

5  report it to our attending.

6      Q.    This will be attached as the next exhibit.

7  This is the note for the morning of December the 23rd.

8  It looks like this was entered by Ronnie Brown.  Do

9  you know who that is?

10      A.    Yes.

11      Q.    Who is Ronnie Brown?

12      A.    He's a nurse practitioner on the trauma

13  service.

14            (EXHIBIT 21 WAS MARKED

15             FOR IDENTIFICATION.)

16  BY MR. MORGAN:

17      Q.    Why did he enter this note and not another

18  resident?

19      A.    Occasionally the nurse practitioner --

20  because there's so many patients, we do have nurse

21  practitioners that have random days where they come in

22  and help see patients.  And they will help divvy up

23  the patients on the floor in the morning with the

24  interns.

25      Q.    Could it also be just because -- I know

Meagan Mahoney
November 18, 2020                                        106

1  during the holidays there's times where residents get

2  a week off for Christmas and then the other half get

3  the week off for New Year's?

4       A.    No.   They have their own schedule when they

5  come in.   There was two of them, I believe.   And it

6  was a very random schedule.   I never really knew if we

7  were going to have a nurse practitioner unless I

8  looked at the schedule.   It wasn't a day-to-day thing.

9  But if they were there, they would see some of the

10  patients and split them up with the interns.

11       Q.    Now, this note signed by Dr. Carroll, who is

12  Dr. Carroll?

13       A.    He's another trauma/critical care surgeon,

14  kind of the equivalent of Dr. Kutcher and Dr. Batson.

15       Q.    Okay.   Looking at this note, does this jog

16  your memory at all of who may have been with you in

17  the room when you saw this wound?

18       A.    Keith may have been.

19       Q.    And that's the nurse practitioner?

20       A.    Yes.

21       Q.    I notice it's Ronnie, but it sounds like he

22  goes by his middle name, Keith?

23       A.    Keith, yeah.

24       Q.    Do you remember Dr. Carroll being there at

25  all?

Meagan Mahoney
November 18, 2020                                    107

```
 1      A.    Not when I -- I don't recall him being there
 2   when I first saw the patient, no.
 3      Q.    Do you remember discussing the patient with
 4   Dr. Carroll?
 5      A.    I would have discussed it, but I don't
 6   remember discussing what we said.
 7      Q.    On that 23rd you say you have a very vivid
 8   memory of turning the patient over and seeing the
 9   wound.  Do you have any other memories from that day
10   of anything else regarding this patient?
11      A.    I remember being angry that he -- and
12   shocked that he had a wound when I did not -- I had
13   been told for the past two Mondays that there was no
14   wound there.  And when I saw it, just based on
15   experience, I felt that this did not happen overnight
16   and this was not an early sacral wound as Joe had said
17   in his text the previous day.  So I was frustrated and
18   upset with Joe, you know.  The text I sent to him
19   was -- I really just wanted to say:  What have you
20   done?  But, you know, I wanted to make sure that we
21   were talking about the right patient, you know.  I
22   wouldn't say I was trying to give him an out, but
23   maybe I was trying to give him an out for lying -- or
24   what I felt was lying to me.
25      Q.    What do you mean by "giving him an out"?
```

```
 1   I'm not following.  I'm sorry.
 2        A.    To come clean.  You know, like I said
 3   earlier, occasionally interns will get nervous about
 4   certain situations and spout out yes or no to
 5   questions even though that may be inaccurate.  So I
 6   feel like there's good teaching moments when an intern
 7   does that because you can go back and say, you know:
 8   This does not look like it's what you said it was, do
 9   you want to repaint this?  Or let's talk about it.
10             So I was trying to give him an opportunity
11   to say:  Oh, no, sorry, it was, I guess, ███████, just
12   to give him --
13        Q.    That would have been lying even more; right?
14   If he had said ███████, that would have been lying
15   completely?
16        A.    Well, I feel like he had lied completely
17   anyway.  But I was trying to give him an opportunity
18   to say, you know -- be some kind of wound or something
19   besides what he said.
20        Q.    But the day before this he had said in that
21   December 22nd text:  "███████s early sacral decubitus
22   wound."
23        A.    Right.  I may not be understanding what
24   you're trying to ask me.
25        Q.    I guess I'm trying to understand is when
```

1   you're saying you were trying to give him an out, what

2   that means when you're asking him which patient it

3   was.

4       A.    Rather than saying:  Joe, I feel like you've

5   been lying to me for two weeks about this patient, I

6   phrased it as a question for him to say, you know:  It

7   is ████, I'm sorry, I have not been looking at the

8   patient's backside, he obviously does have a wound.

9       Q.    Okay.  So when you noticed this wound on the

10  morning of the 23rd, what was your -- what was your

11  course of action?  What did you do next?

12      A.    I don't remember the exact steps.  I know

13  after I saw it, I went in the hallway and -- you know,

14  just random memories that you hold onto.  And I

15  remember texting him, sending that text at the nurses

16  station.

17          But then we would have finished our rounds.

18  And I guess we were rounding with Dr. Carroll that

19  day.  I would have told Dr. Carroll about it.

20      Q.    Do you remember discussing with anybody

21  else, any of the other nurses, nurse practitioners,

22  anybody else who had been treating that patient

23  whether they had noticed it?

24      A.    I may have, but I don't recall.

25      Q.    I mean as part of the wound care team's

Meagan Mahoney
November 18, 2020                    110

1   recommendation, it was a daily changing of the

2   dressings; correct?

3        A.     Right.

4        Q.     And typically that would have been something

5   done by nurses; correct?

6        A.     Correct.

7        Q.     And so the nurses would have seen this wound

8   daily?

9        A.     Yes.  But they had different nurses.  So I

10  may have asked the nurse that day if she knew about

11  it.  But typically the nurses are different day and

12  night and day to day.  So I wouldn't have been able to

13  ask every single nurse.

14       Q.     If a nurse saw a wound growing -- and that's

15  kind of what we have here; right?  We've seen from

16  November through December 22nd now this wound getting

17  larger.  Would you agree with that?

18       A.     Yes.

19       Q.     When nurses are seeing this daily, don't

20  they have some responsibility to also call this to a

21  doctor's attention?

22       A.     I can't assign responsibility to the four

23  nurses.  I don't know that they've had that kind of

24  training to --

25       Q.     What about the wound care --

Meagan Mahoney
November 18, 2020                                     111

1      A.    To my knowledge, what they're responsible

2  for is if they see something, that they can either

3  tell us or get wound care involved, which is what

4  happened with this patient, wound care got involved.

5      Q.    Now, wound care -- which we've gone through

6  a few different wound care notes showing a

7  progression.  Doesn't wound care have some

8  responsibility if they see it getting worse to also

9  bring it to a doctor's attention?

10     A.    I can't speak for them either.  But the

11 documentation going into the chart, I would feel, is

12 them alerting us.

13     Q.    Has there ever been a time with the wound

14 care team where one of the wound care nurses has come

15 to you or another doctor that you've personally

16 witnessed where they said:  Hey, we've got a bad one,

17 kind of alarm bells-type thing going off that we were

18 talking about earlier?

19     A.    I have that relationship with my wound care

20 nurses here, but I don't recall that necessarily being

21 the typical protocol at UMC.

22     Q.    Do you remember if Ms. Dyse, Nurse Dyse, was

23 an experienced wound care nurse?

24     A.    I don't know.

25     Q.    But I think you said your testimony was you

Meagan Mahoney
November 18, 2020                                    112

1  may have spoken to some of the other nurses about it

2  that day, but you don't specifically recall?

3      A.    I don't recall who I talked to besides the

4  team and Dr. Carroll.  And I don't recall exactly what

5  we said to each other.

6      Q.    But in your mind, you blame Joe?

7      A.    In my mind I did not -- I did not blame Joe

8  for the wound, but I blamed him for not alerting me to

9  it sooner because that was the expectation set forth

10 from the beginning, that they would look at the

11 patient's backside on Mondays and let me know if there

12 was something there so then I could look at it and

13 determine the course of action.

14     Q.    You don't think any other nurse, any other

15 resident, any other attending physician has any

16 responsibility for that?

17         MR. WHITFIELD:  Object to the form.

18 BY MR. MORGAN:

19     Q.    You can still answer.

20     A.    I can't speak to other people's

21 responsibility.  In my opinion, everybody in the

22 hospital is responsible for patient care.  But I put

23 that task specifically on the interns because -- since

24 I could not see everybody's backside myself, I was

25 relying on them to look.  So to me it was their

Meagan Mahoney
November 18, 2020                                          113

1  responsibility to look as part of our team because

2  that was what -- that was the duty that they had been

3  given.

4       Q.    Do you think Dr. Kutcher's work on this

5  patient met the standard of care?

6       A.    His standard of care was met because -- I

7  feel like because he was given the information that we

8  gave to him.  His care plan was based on the

9  information that we were giving to him.

10      Q.    What about for Dr. Batson?

11      A.    Same thing.

12      Q.    What about for you?

13      A.    Same thing.  I would not go look at a

14 patient's backside unless the interns told me that

15 there was an issue.

16      Q.    Do you think Joe met the standard of care?

17      A.    No, I do not.

18      Q.    Why?

19      A.    Because he was told as part of his duties as

20 an intern to look at the patient's backside.  I don't

21 know if he did or not, but he certainly did not give

22 me accurate information.

23      Q.    How do you know he didn't give you accurate

24 information?

25      A.    Because the patient had a wound even dating

Meagan Mahoney
November 18, 2020                                        114

1  back to, that we know of, on December 9th, based on

2  the wound care notes.  Because after I looked at the

3  note, I looked into the patient's chart and saw that

4  wound care had seen the patient on the 9th.  So when I

5  asked him that Monday, I guess it was the 12th, this

6  is the patient, is there a wound, and he said no, then

7  to me that is inaccurate and lying.

8      Q.    So even though -- and I'll go back and I'll

9  attach it here as a previous exhibit.  This is the

10 November 15th, 2016 note by the first wound care nurse

11 for this wound, which was ordered by somebody; right?

12 Somebody noticed this wound to order this; correct?

13          MR. WHITFIELD:  Object to the form.

14     A.    Uh-huh (positive response).

15 BY MR. MORGAN:

16     Q.    Would you agree with me that there has to be

17 a person who has to order a wound care consult?

18     A.    Somebody had to order a wound care consult,

19 yes.  I don't see any pictures to what degree.  It

20 looks like:  "Consult received for patient that is

21 high risk for pressure ulcer development."

22          So I don't know that the patient actually

23 had an ulcer at that point but that he was high risk.

24 So nursing wanted to get them involved.

25     Q.    Surely here on December 9th by Kisha Dyse,

Meagan Mahoney
November 18, 2020                                    115

1    the wound care nurse, we did have pictures?

2        A.    Yes.

3        Q.    And we do see that there's a wound?

4        A.    Yes.

5        Q.    So you testified a moment ago that wound

6    care nurses tell the doctors what's going on by

7    submitting these notes into the charts; correct?

8        A.    Yes.

9        Q.    So is it fair to say that during this time

10   period, you didn't review the chart, and it doesn't

11   look like any attending physicians reviewed the chart

12   either.  Otherwise someone would have noticed this

13   wound?

14       A.    Right.  It is -- as spelled out, at the

15   beginning of the month, it's the intern's job to look

16   through the charts to read any consult notes, any

17   consult recommendations.  And then we're alerted to

18   that.  We don't typically -- I didn't typically and

19   the attending that I know of -- I can't speak for the

20   attending.  But I did not typically go into the chart

21   unless I was alerted to something or something didn't

22   seem right to me.

23       Q.    So it's a first-year intern's fault for

24   this?

25       A.    It's not the first-year intern's fault that

Meagan Mahoney
November 18, 2020                                     116

1   the patient got a wound.  It's his fault for not

2   telling me when I asked him:  Does this patient have a

3   wound?  It's his fault for not saying:  Yes, this

4   patient has a wound.

5       Q.   Do you ask it like that?  I guess I'm still

6   a little confused about that interplay.  Are you

7   asking him for each patient does this person have a

8   wound or is it kind of an open question?

9       A.   Not usually for each patient.  And it's

10  still my practice today -- except I made it turnover

11  Tuesdays -- that if a patient has been there for an

12  extended period of time, they are at high risk to get

13  a sacral wound.  So those patients, I expect them to

14  turn over on Monday.  And on rounds that day I will

15  say:  Is there a wound on the backside?

16      Q.   Do you know for this patient was there any

17  sort of ICARE report or incident report that was ever

18  filled out for this patient?

19      A.   I don't recall.  But there should have been

20  one placed afterward when we discovered this wound.

21      Q.   What do you mean there should have been one?

22      A.   Because there is a delay in care on this

23  patient.

24      Q.   But to your knowledge --

25      A.   I don't know if there was one or not.

Meagan Mahoney
November 18, 2020                              117

1      Q.     Do you recall any sort of subsequent

2  investigation or discussion with anybody at the

3  hospital about this patient after this kind of

4  December 23rd time frame?

5      A.     I investigated by looking at the patient's

6  chart just to see what he had written in his daily

7  progress notes.  And that's when I saw the December

8  9th note.  I don't really recall any other discussions

9  except, you know, talking to Dr. Carroll and then when

10  I went to Dr. Earl and Renee.

11      Q.     Which was then what led to that January 10th

12  email we looked at in the beginning?

13      A.     Right.

14      Q.     So you discussed this patient with Dr. Earl?

15      A.     Yes.

16      Q.     What do you recall about that conversation?

17      A.     I don't remember exactly what we said.  I'm

18  sure I told him that the patient had a sacral wound

19  that was advanced, that we had turnover Mondays and

20  that I had asked Joe if there was a wound, and he said

21  no.  And that was not a type of wound that would

22  develop overnight.  In my opinion, he had that wound

23  previously.  And then it turns out, looking at the

24  chart, that even on the 9th he had something there.

25      Q.     The same one that the nurses would have seen

Meagan Mahoney
November 18, 2020                            118

1  every day?

2      A.    Right.  And my concern -- the concern wasn't

3  the wound when I went to Dr. Earl; it was that Joe had

4  lied about it to me.

5      Q.    Why would he lie to you?  If it was there

6  and he saw it, why would he lie to you when it was in

7  the chart?

8      A.    I can't answer that.

9      Q.    When you turned over the patient on December

10 23rd -- and you said you had that vivid memory of

11 remembering that -- was the wound infected at that

12 point?

13     A.    You can't really tell if it's infection per

14 se as far as like pus or anything like that.  Whenever

15 I see that black eschar, just based on experience, I'm

16 going to assume that there's an infection because that

17 makes a person a higher risk to set up for infection.

18     Q.    What happened to this patient?  Did he

19 undergo surgery?

20     A.    He did undergo surgery.  He underwent

21 several, if I remember correctly.  He went through an

22 initial debridement that day and then eventually got

23 what's called a diverting ostomy.

24     Q.    And what is that?

25     A.    That's where we -- because the wound is so

1  bad, we feel it won't heal appropriately since it's

2  near the rectum and will get stool into the wound and

3  will deter wound healing.  So we give them a colostomy

4  where they poop in a bag to divert the route of stool

5  away from the wound.

6      Q.    I think I asked you this, and I apologize.

7  Sorry.  It's getting late in the day.  Do you have a

8  specific memory of a discussion about this patient

9  with Dr. Carroll?

10     A.    I don't remember.  I don't have a specific

11 memory.  But if he was the attending that day, I would

12 have told him about it.

13     Q.    And you recall the discussion later with

14 Dr. Earl about it but just that one time?

15     A.    It may have been more than once.  I just

16 know that when we came back from holidays, I felt the

17 need to let him know that I felt Joe had lied about

18 the patient.  But I don't recall what was said or how

19 many times we discussed it.

20     Q.    What is a mortality and morbidity report?

21     A.    It is -- we call it our M&M.  And it's a

22 conference that we held on Wednesdays to discuss

23 morbidities, which is adverse events or possibly

24 preventable events, and morbidities is when we discuss

25 patients that have died.

Meagan Mahoney
November 18, 2020                              120

1      Q.    Was this patient ever discussed at an M&M

2  conference?

3      A.    I don't remember.  I believe he was.

4      Q.    When would that have been?

5      A.    The next year in January or February.  We

6  typically would -- any patient that's presented at M&M

7  was done within a couple of months.

8      Q.    And I imagine there would be records of some

9  type for those M&M conferences?

10     A.    Right.

11     Q.    Like there would be a list or there would be

12  charts and things that were presented to individuals?

13     A.    Yes.

14     Q.    Who sits in on those M&M conferences?

15     A.    The attendings and all the residents are

16  there, and we discuss the patients.

17     Q.    So that's a pretty big group?

18     A.    Uh-huh, yes.

19     Q.    And so you do or you do not recall if this

20  patient was discussed at that M&M event?

21     A.    I don't recall, no.

22     Q.    I'm going to go back to the -- this is the

23  hearing transcript.  This is on page 56 where you're

24  talking about this patient here.  And one of the

25  examiners had asked you about, quote:

Meagan Mahoney
November 18, 2020                                    121

1              "By anything, you mean -- I

2         mean everybody knew that this

3         patient had a wound, the

4         nurses, or did nobody even

5         know that he had a wound?"

6         Do you see that question?

7    A.    Yes.

8    Q.    And you responded with just that you did not

9    know he had a wound; correct?

10    A.    Correct.

11    Q.    But you did not respond to that question

12    that nurses would have known about the wound; is that

13    accurate?

14    A.    Right.  Because I don't know what nurses

15    knew or didn't know.

16    Q.    But you agreed and admitted earlier that

17    these nurses would know because they're the ones

18    changing the dressings daily?

19    A.    Right.  But I can't speak for them to say

20    that they knew about this wound.

21    Q.    But you could have told that to this

22    committee?

23    A.    I only wanted to speak for myself.

24    Q.    But you also expressed to this committee

25    other events that had been told to you that you had

Meagan Mahoney
November 18, 2020                                    122

1    not personally witnessed; correct?

2        A.    Say that again.

3        Q.    You had expressed to this committee and

4    testified to this committee about events that were

5    told to you that you did not see firsthand?

6        A.    Correct.

7        Q.    So why did you feel like you didn't have to

8    disclose that the nurses would have seen it?

9        A.    Because I did not know if a nurse had seen

10   it or not.  I may be confused.

11       Q.    I mean --

12       A.    Let me read what she said.

13       Q.    Sure.

14       A.    (Document review.)  It sounds like I was

15   just speaking for myself, that I didn't know that he

16   had a wound.

17       Q.    Other than the email that we looked at at

18   the beginning, the January 10th email, did you lodge

19   any other sort of formal complaint or anything against

20   Dr. Papin?

21       A.    I believe I only took it to Dr. Earl and

22   Renee.

23       Q.    Prior to testifying at the hearing, did you

24   review any documentation, the records or reports or

25   anything like that?

1      A.    I don't recall.  I'm not sure.

2      Q.    Do you remember if you discussed the

3   patient, Mr. ████████, with the wound care nurse, Kisha

4   Dyse?

5      A.    I don't recall that.  I don't believe I did,

6   no.

7      Q.    I think you discussed it -- you said you

8   discussed it with Dr. Earl.  But I think you might

9   have also discussed it with Renee Greene?

10     A.    I don't know that I necessarily discussed

11   the wound.  I just discussed the situation and that

12   Joe had lied to me about it.

13     Q.    And what was her response?  Just put it in

14   writing?

15     A.    Yes.  I don't recall exactly what she said,

16   but she obviously told me to put it in writing.

17     Q.    Anything you can recall about that

18   conversation or her response to you in regard to these

19   allegations against Joe?

20     A.    No.  It's been too long.

21     Q.    Now, do you recall during the hearing you

22   testifying that a male med student had told you about

23   how a female med student felt uncomfortable around

24   Joe?

25     A.    Only what I've read in the transcript.

1      Q.    Who was that male med student?

2      A.    Will Crews.

3      Q.    And do you know who the female med student

4    was?

5      A.    I don't remember her name.  She was the

6    other med student along with Will.

7      Q.    Do you remember when Will told you that?

8      A.    I don't recall.  Only what's in the

9    transcript.

10     Q.    But do you recall -- if you're kind of using

11   the wound patient as sort of ground zero, right,

12   December 23ish, was it before this time, was it after

13   that time?

14     A.    I don't remember.  It may have been at that

15   debriefing meeting that we have at the end of the

16   month.  I really don't remember.  Because with the

17   holidays, everybody gets kind of spread out.

18     Q.    Now, when you heard that, what was your

19   response?

20     A.    I don't remember.

21     Q.    Do you remember thinking:  Oh, my gosh, this

22   is very serious and I need to report this to somebody?

23     A.    I feel like I wanted to go talk to her about

24   it, but I don't remember.  It's been so long ago.

25     Q.    Do you think you did go to talk to her about

1  it or you don't think you did?

2      A.    I don't remember.

3      Q.    You would agree with me that allegations of

4  harassment are serious things?

5      A.    Yes.

6      Q.    And that if there are allegations of

7  harassment, they should be reported to Human

8  Resources?

9      A.    Yes.

10     Q.    And you agree with me that when you heard

11 this allegation, you did not report it to Human

12 Resources?

13     A.    I did not go to Human Resources.

14     Q.    So you agree that once you heard this

15 allegation, you did not take it to Human Resources?

16           MR. WHITFIELD:  Object to the form.

17 BY MR. MORGAN:

18     Q.    You can still answer.

19     A.    I did not go to Human Resources.

20     Q.    Will Crews, didn't he also tell you that Joe

21 would be gone for periods of time?

22     A.    That's what was in the documents that I've

23 read.  I don't recall our conversation.

24     Q.    I was going to say what do you remember

25 about that and what did you personally witness?

Meagan Mahoney
November 18, 2020                                    126

1      A.    It's been so long, I don't remember.

2      Q.    Do you have any memory or whatnot that Joe

3  would just disappear during the day?

4      A.    I remember there being times where I didn't

5  know where he was.  Because every once in a while I

6  would go to the third-floor resident workroom, and he

7  would not be in there.  But that didn't -- you know,

8  he could be anywhere.  He could be in the ER, he could

9  be in a patient's room.

10     Q.    But is it fair to say, during his work with

11  UMC, you personally were not of the belief or had some

12  suspicion that he was just not working?

13     A.    Only what I heard.  I never could prove that

14  he was not there.

15     Q.    Did you do anything to double check whether

16  that was true or not?

17     A.    No, not that I recall.

18     Q.    Did you ever like check his parking garage

19  card?

20     A.    No.

21     Q.    Can you check -- could you go onto the Epic

22  system or another one of those computer systems and

23  kind of type in Papin's name and see all the notes and

24  everything that he's been doing throughout the day?

25     A.    I could go into an individual's patient's

1  chart and see if he wrote a note.  But I don't know

2  how I could just look specifically for what Joe did.

3      Q.    Did you ask anybody else there when you

4  heard this allegation from Will Crews if other people

5  felt Joe was just disappearing for periods of time?

6      A.    I seem to remember asking the other intern,

7  but I don't recall all the conversation.

8      Q.    And who was that other intern?

9      A.    Will Bruch.

10     Q.    Other than the numbering system that we were

11  talking about before where you would counsel Joe on

12  what you thought were inappropriate or unprofessional

13  behavior traits, did you ever give Joe any other

14  feedback besides that about his performance?

15     A.    I don't recall specifically.  But it is my

16  habit to give feedback, positive and negative, to

17  residents.  So I imagine I did.

18     Q.    Do you have any specific recollections of

19  any discussions with Joe about that?

20     A.    Not specific, no.

21     Q.    Did Joe do anything good?

22     A.    I can't recall anything specific.  I know

23  that I gave him some positive feedback, so he must

24  have at some point.  But I don't recall specific

25  instances, no.

Meagan Mahoney
November 18, 2020                                    128

```
 1              MR. MORGAN:  I might be just about done
 2    here.  Let's just take a few minutes and I'll go
 3    through my outline here.
 4              MR. WHITFIELD:  All right.
 5              (A RECESS WAS TAKEN FROM 5:02 P.M.
 6               TO 5:07 P.M.)
 7    BY MR. MORGAN:
 8        Q.    Dr. Mahoney, do you text with Dr. Earl?
 9        A.    Yes.
10        Q.    Did you ever text with Dr. Earl about Papin?
11        A.    I don't know.  I don't remember.
12        Q.    Do you still have those texts with Dr. Earl?
13        A.    I believe I only have texts from 2018
14    because I had to get a new phone.
15        Q.    But if we requested those, you could look
16    and just verify one way or the other how far back it
17    goes?
18        A.    Yes.
19        Q.    How did you come to find out that you were
20    going to testify at the appeals hearing?
21        A.    I believe Dr. Earl told me.
22        Q.    And what did he tell you about it?
23        A.    That there was going to be like an ethics
24    committee there from the hospital staff that I needed
25    to tell my side of the story and what I noticed while
```

1  he was on the service.

2      Q.    Did you and he discuss what specific topics

3  to discuss?

4      A.    I don't recall.  I'm sure he asked me to

5  discuss the sacral decubitus patient.

6      Q.    Did you have any specific memory of that

7  conversation beforehand about what he wanted you to

8  testify about?

9      A.    No, I don't.

10     Q.    Did you talk to anybody else about that

11 hearing prior to testifying?

12     A.    I don't recall, no.

13     Q.    Did you go back and talk to any of the

14 nurses or med students or other residents or anything

15 like that?

16     A.    I believe I may have talked to Ashley

17 Griffin because she was at that same meeting.  But I

18 don't remember what we talked about.

19     Q.    I was about to ask what did you and Ashley

20 talk about?

21     A.    I don't remember.  It's been so long.

22     Q.    Do you think you went back and looked at any

23 of the records or any of your text messages with Joe

24 before you testified?

25     A.    I know I went back and looked at some of our

Meagan Mahoney
November 18, 2020                                    130

1   text messages, and I made screenshots of those.  I

2   feel like it was mostly about the sacral wound because

3   to me that was the biggest issue.  To me the critical

4   issue was I felt he had lied about this patient.  So I

5   did make some screenshots of our text messages.

6       Q.    Did you go back and review your January 10th

7   email?

8       A.    I don't recall.

9       Q.    Do you know did -- in preparing for that

10  hearing, did Dr. Earl or Renee or anybody else give

11  you any sort of documentation to review or outline or

12  anything like that?

13      A.    I don't believe so, no.

14      Q.    Was it just a verbal discussion with

15  Dr. Earl?

16      A.    From what I remember, yes.

17      Q.    Do you remember talking to anybody else

18  besides Dr. Earl and Renee about Dr. Papin kind of

19  between December 23rd and the hearing date?

20      A.    I don't believe so.  I mean Dr. Griffin was

21  in my class, and she had worked with him.  So that's

22  why we had discussed it.  But I don't recall talking

23  to anybody else, no.

24      Q.    The M&M meetings we talked about, remind me

25  when do those occur?  You said once a month?

Meagan Mahoney
November 18, 2020                          131

1       A.     Every week, Wednesday mornings.

2       Q.     Oh, sorry.  Every week, Wednesday mornings.

3   Okay.

4              So is there like a schedule or an agenda

5   that is either presented like on a screen or passed

6   out of the cases to be covered?

7       A.     I don't recall the format that we did it

8   that year.  I was in charge of it my fifth year.  I

9   did change around the format a little bit, but I would

10  just go back and look at things that had been

11  reported.  Every week the patient -- or the chief of

12  the service is supposed to turn in an M&M list, and I

13  would get those.  I would go through those lists and

14  then pick patients to discuss.  But I can't remember

15  how we did it that year.

16      Q.     I'm just going to make up an example here.

17  If a chief lists five cases one week but you decide to

18  only discuss three, what happens to the other two?  Is

19  there still like an investigation that's done or it's

20  just not discussed at all?

21      A.     M&M is a teaching tool.  It's not

22  necessarily a go back and, you know, look and see

23  every patient.  So we would pick patients that we felt

24  we had a good learning opportunity from and then

25  discuss those patients.  So it wasn't a risk

1    management-type meeting.  It was purely educational.

2         Q.    Do you know if this patient situation with

3    ██████████ was reported to risk management?

4         A.    I did not report it, but I think -- I

5    believe it was, yes.

6         Q.    Do you know who reported it?

7         A.    I don't know.

8         Q.    Why do you think it was reported?

9         A.    When I told Dr. Earl about it -- I mean

10   before I even went to Dr. Earl, I felt like this was a

11   critical issue, and mostly just because of the lying.

12   And that's why I needed to talk to him about it.  And

13   I believe it wasn't so much the wound that was the

14   problem but it was that we had a provider taking care

15   of patients in the hospital that neglected to give

16   information.  So I think that -- not that the patient

17   had a wound that was presented to HR, but it was his

18   actions.

19        Q.    Why didn't you bring this situation to risk

20   management?

21        A.    I don't know.  But as a resident, we went to

22   our program director about things -- about any

23   problems we had.

24        Q.    If you saw some --

25        A.    I may have not even known to go to risk

1   management at the time.  That's something I've

2   certainly learned as an attending, but I'm not sure

3   that I knew to do that as a resident.  To me it was to

4   go to my boss, who was Dr. Earl.

5        Q.    And do you know is there a document or some

6   sort of form or process that has to be started to turn

7   that into risk management?

8        A.    I don't know the steps for UMC, no.

9        Q.    What about for the M&M?  Is it just the

10  chief resident list?

11       A.    Again, that's separate from risk management.

12  That's an educational conference.  But the chief

13  residents would make up a list and submit it to me and

14  Dr. Earl.  And then when I was in charge of the M&M

15  conference, I would go through and pick the cases.

16       Q.    When you say the "chief resident," is this

17  the fifth-year chief resident over everything?

18       A.    Whoever the highest-level resident is, yes.

19       Q.    So in a situation like this with this

20  patient, how would that chief resident know to put

21  Patient ███████ on the list?

22       A.    Because it's a sacral wound that we would

23  want to report.  You know, because sacral wounds

24  happen and they can happen, and we sometimes expect

25  them to happen, I wouldn't necessarily say that this

1   is something that is just, you know, breaking news, an

2   educational topic that we have to discuss at an M&M

3   conference.  But, you know, because it is a wound,

4   then we would have reported it, at least on our M&M

5   list, and submitted it.

6       Q.    But I guess I'm still a little confused of

7   how the chief resident, who may not have provided any

8   care to this patient so they may not even know the

9   situation was happening, how does it get on the list?

10  Is it something you have to tell them?  Somebody else?

11      A.    I would have -- as the chief, I would have

12  put it on the M&M list and said ███████, MRN number,

13  sacral wound, and then said -- you know, it was more

14  of an M&M topic to me because it required an

15  operation.

16      Q.    Where is this M&M list?  Is it like a

17  physical list you write on or is it like a computer

18  internal thing?

19      A.    Usually it's something we keep up with on

20  our notes, and then we do like an Excel or Word

21  document and then submit it.

22      Q.    So then all the chiefs -- like you were the

23  chief on the trauma team there.  You would do your

24  list, other people would do their list, and then turn

25  it in to the main chief resident?

1    A.    Right.  Or whoever was in charge of the M&M

2    conference.  And I think Dr. Earl would get it as

3    well.

4    Q.    So for this patient, if there was an M&M

5    conference -- I think you said you thought there

6    was -- there should be some sort of record somewhere

7    that started that process?

8    A.    Correct.

9    Q.    And then when it's presented to the group,

10   are there records that are shown or is it just a

11   verbal discussion?

12   A.    Typically a resident will kind of research

13   the patient, look through the documentation, give the

14   timeline of things that occurred.  If there was an

15   operation, what the operation was.  And then we would

16   go into up-to-date, current care plans or ways to

17   treat wounds or whatever the morbidity is of the

18   current data on it.

19   Q.    So are there notes and records kept of those

20   M&M conferences?

21   A.    I don't know that they're kept.  It's just

22   what's submitted every week.  I don't think that

23   they're actually kept in a file or anything, though.

24   Q.    Like if I requested all records related to

25   Patient ████e with an M&M conference, do you know

1    what records, if any, the hospital should have?

2        A.   I don't know that they would have any.  It

3    wasn't -- it wasn't seen as a risk management.  So I

4    feel like if ██████ was presented at M&M, it would

5    have been more -- not so much this patient had a

6    sacral wound, because that happens.  It would have

7    been could we have caught this sooner so that the

8    patient didn't end up with a separate operation of the

9    diverting ostomy.

10       Q.   Do you remember this patient being discussed

11   at the M&M?

12       A.   I don't remember.  I don't recall, no.

13       Q.   Because you're describing it as a teaching

14   moment; right?  It's an educational moment?

15       A.   Correct.

16       Q.   So I usually -- I guess what I'm trying to

17   ask is:  Do you remember what the teaching moment was

18   for this patient?  If you don't remember, you don't

19   remember.  But that's what I'm trying to ask, is what

20   would have been the teaching moment, if you recall

21   what it was, for this patient?

22       A.   In my opinion, I feel that the teaching

23   moment would be to discuss as a team, you know, being

24   honest about reporting patient care, patient physical

25   exams, whatever, and then -- because there was a delay

Meagan Mahoney
November 18, 2020                                    137

1    in care for the sacral wound because he had not been

2    forthcoming with the physical exam information or lied

3    about it, whatever happened.

4         Q.    You're saying "whatever happened."  Before

5    you were adamant that he lied.

6         A.    Well, my opinion is he lied about it.  So

7    the teaching moment is don't lie about a patient's

8    physical exam.

9         Q.    Earlier you had testified that there had

10   been other instances where interns and others haven't

11   told the truth?

12        A.    Not -- not to this degree to where a patient

13   was affected this much.  What I meant by that

14   statement was, you know, interns could be nervous

15   about something and I say:  Is the potassium okay

16   today?  Yes, when they actually hadn't looked at it.

17   But, you know, gut reaction is they want to give an

18   answer.  And then we look at it and they not be.  So I

19   say something or they'll go look at it themselves and

20   say:  You know what, the potassium was not correct.

21             But, you know, not to the degree of:  I've

22   asked you twice this Monday and the next Monday and

23   you told me that there's nothing.  In this particular

24   instance I would say if he said no to me that first

25   Monday and was lying about it, that I would have liked

Meagan Mahoney
November 18, 2020                              138

1  for him to go say:  Oh, I need to go look at this
2  patient because I didn't, seeing the wound that was
3  there, and then come back to me and say:  Hey, Meagan,
4  you know, I know I said there wasn't a wound there,
5  but I went and looked.  The patient does in fact have
6  a wound.  And then we would have been monitoring this
7  on the 12th rather than the 10 days or whatever it was
8  later.
9        Q.    Do you think there was maybe just -- you
10  guys just didn't get -- you crossed wavelengths or
11  something like that and weren't communicating right?
12  Because clearly we saw the notes where Dr. Papin was
13  noting and copying the wound care recommendations.
14        A.    Well, my concern there is that he wasn't
15  actually documenting it in his physical exam.  But I
16  do know that I asked him:  Is there a wound?  And he
17  said:  No.  Because if he had said yes, there's a
18  wound, I would have looked at it and we wouldn't be in
19  this situation.
20        Q.    What do you mean "we wouldn't be in this
21  situation"?
22        A.    Well, he wouldn't have -- in my opinion,
23  that would not be lying to me about it.  And that's
24  the critical issue to me is that he lied to me about
25  it.

1      Q.    And why he was ultimately fired?

2      A.    I don't know why he was fired.

3      Q.    You don't know why he was fired?

4      A.    No, I don't.  I don't know what the exact

5  reasons are, no.

6      Q.    When did you first find out that he was

7  fired?

8      A.    I don't remember.

9      Q.    Do you remember learning that, though, at

10  some point?

11      A.    Yes.

12      Q.    Do you remember who told you?

13      A.    Dr. Earl.

14      Q.    What did he say?

15      A.    I don't remember.

16      Q.    Do you remember when it was?

17      A.    No.

18      Q.    It would have been after the appeals hearing

19  or was it before that?

20      A.    I really don't recall.  It must have been

21  before.

22      Q.    We've been talking for, what, 3 hours and 20

23  minutes, give or take?  I always like to ask an

24  open-ended question.  Anything else you can recall we

25  have not discussed about Dr. Papin --

Meagan Mahoney
November 18, 2020                              140

```
 1            MR. WHITFIELD:  Object to the form.
 2  BY MR. MORGAN:
 3      Q.    -- that you remember discussing -- I'll
 4  limit it some.  Any sort of negative discussions you
 5  remember having with any other person regarding
 6  Dr. Papin that we have not discussed today?
 7            MR. WHITFIELD:  Once again, object to the
 8  form.  You can answer to the best of your knowledge.
 9      A.    I don't even remember what we've discussed
10  today.  But no, not that I recall.
11            MR. MORGAN:  That's all I've got.
12            MR. WHITFIELD:  All right.  Briefly, just to
13  kind of follow up on a few things.
14                      EXAMINATION
15  BY MR. WHITFIELD:
16      Q.    I'm going to put up my copy of the letter on
17  the screen so I can manipulate it.  But it should be
18  your Exhibit Number 1, if I can make this work.
19            Can y'all see the January 10th email?
20      A.    Yes.
21      Q.    Okay.  My screen went blank except for the
22  email, so I didn't know if it had come through.
23            So when you wrote this email -- when did you
24  write it?
25      A.    Well, it looks like January 10th.
```

Meagan Mahoney
November 18, 2020                                    141

1      Q.    What year?

2      A.    2017.

3      Q.    What year is today?

4      A.    2020.

5      Q.    So we're talking over three years ago?

6      A.    Yes.

7      Q.    Was your memory better of the events back in

8   2017 or is it better today?

9      A.    2017.  A lot has happened since then.

10     Q.    So if you put it in the letter back then,

11  would you have remembered it back then as happening

12  that way?

13     A.    Yes, I would recall -- I would say that this

14  letter is more accurate than my memory now.

15     Q.    And I want to refer you back to number 2 on

16  the list where you said that you talked to him about

17  it.  Do you see that?

18     A.    Let's see.  Yes.

19     Q.    So when the code came out right at shift

20  change -- you wrote:

21              "When I talked to him about

22              it, he said that he heard the

23              code called overhead as he

24              was leaving the lounge, but

25              that he had signed out so he

Meagan Mahoney
November 18, 2020                    142

1              left."

2              Is that what's written?

3      A.    Yeah.  That's not the conversation in the

4  text, which it doesn't seem like it was.  We must have

5  talked about it separately.  Which it sounds like

6  something I would have done.  Because, you know, I

7  tried to sit down with the residents and teach and

8  talk.  And sometimes I talk too much to them, I guess.

9      Q.    Where is the resident -- where is the

10  lounge?

11     A.    It's on kind of the first floor of the

12  hospital within 30 seconds of the operating rooms.

13     Q.    And from there where is it to 3 North?

14     A.    So our lounge is kind of on one side of the

15  hospital.  3 North is kind of in the middle of the

16  hospital.

17     Q.    But having heard it come off overhead, the

18  phone to call back to 3 North would be in the lounge?

19     A.    Right.

20     Q.    So instead of calling in, apparently he

21  left?

22     A.    Correct.  You know, and I don't know when he

23  heard it, if he says in there.

24              He said he heard the code called overhead.

25  So he was there when the code was called as he was

1  leaving the lounge.

2      Q.    What would be the normal expectation for an

3  intern if they're in the building and they hear the

4  code called overhead?

5      A.    Because of the night float team, that's

6  probably our worst rotation because it is so busy.

7  Because the night float team is usually very busy, the

8  expectation is that you stay to help to see if they

9  need any help.  At least ask:  Do you need me to help

10  you with this?  And, you know, it being called as a

11  3 North code and he being on the trauma service and

12  that's where the majority of our trauma patients are,

13  my assumption if I was an intern was that, hey, this

14  may be one of my patients, let me see what I can do.

15      Q.    And in the next little subparagraph of

16  number 2 you write:

17              "Getting out of here as

18              fast as possible seemed to be

19              a theme with him throughout

20              the month.  During afternoon

21              rounds he would often sigh or

22              get an attitude when I asked

23              him to do something.  He used

24              the excuse 'this isn't my

25              patient' as well."

Meagan Mahoney
November 18, 2020                              144

1            What are you talking about in that package?

2      A.    I don't remember specific instances.  I do

3  remember that I would feel frustrated in the

4  afternoon, you know.  Because if Will Bruch wasn't

5  there for some reason, if he was down in the ER or

6  whatever seeing a patient, I would try to round the

7  list so that I could get them out of there.  It just

8  seemed like he wanted to get out of there.  It wasn't

9  his patient.  And, you know, if I kept wanting to talk

10  about something, there would be a sigh like, you know,

11  why are you keeping us here any longer?

12            I remember him -- sometimes he would come

13  into those afternoon sessions in his workout clothes

14  so that he could start working out as soon as he left,

15  which I thought was a little odd, especially since he

16  was still on the clock.  But he just seemed like he

17  didn't want to be there, he wanted to get out of

18  there.

19      Q.    So he had showed up to sign out basically,

20  already having changed clothes to go work out?

21      A.    Yes.

22      Q.    And if a call had come in at that point,

23  would he have had to go back to the trauma or whatever

24  in his workout clothes?

25      A.    I would have expected him to just go in his

Meagan Mahoney
November 18, 2020                                        145

1   workout clothes because a patient's life can't wait

2   for him to change back into his scrubs.

3        Q.    And number 3 -- we're back on the logging

4   cases at the beginning of the month.  You said Renee

5   would reach out to you and say this resident isn't

6   logging cases?

7        A.    Right.

8        Q.    And then in your recollection here that you

9   wrote on January 10th of '17:

10                     "He said that he had.  And

11                the last time I asked him, he

12                went so far as to say that he

13                had more non-op traumas

14                logged than any of the other

15                residents in his year."

16              And you later found out he had not logged

17  anything since the day in Renee's office.  So that

18  would be the day that Renee told you he had not logged

19  cases?

20        A.    Yes.

21        Q.    So he told you he had?

22        A.    So I would have -- when I asked him a couple

23  more times, just to make sure that he was staying on

24  top of it, mostly so I didn't have to hear Renee talk

25  to me about it again -- I had enough to do.  So I

Meagan Mahoney
November 18, 2020                                              146

1    would say:  Hey, are you logging your cases?  And

2    apparently at one point he said that he had more

3    non-op traumas than anybody, which to me is a very --

4    that's not just saying yes, I have been.  It's going a

5    step further and saying:  Yes, actually.  So to me it

6    seems like a very -- if he was not logging cases, that

7    is an above-and-beyond exaggeration.

8         Q.    But after him telling you that, did you find

9    out that he had in fact not logged cases?

10        A.    Yes.

11        Q.    And I want to skip down to number 5.  This

12   is about the med student, Will Crews; is that correct?

13        A.    Yes.

14        Q.    And in this note that you turned in, you

15   don't mention anything about the female med student

16   that was talked about earlier; is that correct?

17        A.    Right.

18        Q.    And to your knowledge, was it a claim that

19   he was harassing her or that she just felt

20   uncomfortable around him?

21        A.    I believe it was more that she felt

22   uncomfortable around him.  You know, I'm trying to

23   pull back from the dregs of my memory.  Like I said, I

24   wanted to talk to her.  And I feel like, if I remember

25   correctly, I did talk to her.  You know, I don't

Meagan Mahoney
November 18, 2020                           147

1   remember what was said.  But it was more that she felt

2   uncomfortable.  And Will told me at some point he

3   tried to go down to the ER with both of them, and Joe

4   told him not to.  So she was uncomfortable with being

5   around Joe by herself, I guess.

6        Q.    But to be completely fair, nobody has ever

7   made an allegation that Joe Papin said anything to

8   this female med student that sexually harassed her or

9   untoward in any way, to your knowledge?

10       A.    Correct.

11       Q.    It was just her belief she was uncomfortable

12  around him but not that Joe had said anything

13  harassing to her?

14       A.    Correct.  I don't recall any of that, no

15  inappropriate touching or anything like that, no.

16       Q.    Now, at the top -- I know I'm jumping

17  around -- but you make the comment that you felt like

18  you were having to give him feedback or talk to him

19  every day.

20       A.    Yes.

21       Q.    And that you had noticed several things by

22  the end of the first week that you felt like he should

23  work on.  And he actually thanked you for that input

24  and said he hadn't received any feedback.

25       A.    Okay, yeah, I see that.

Meagan Mahoney
November 18, 2020                                148

1      Q.    Is that your memory of what happened?

2      A.    If that's what it says, yes.  I try to be

3   very good about giving feedback sooner rather than

4   later because what's the point in giving it at the

5   very end when they can't work on it?

6      Q.    But then you go into you had to pull him

7   aside several more times just to meet with him even

8   during rounds with the attending.  What are you

9   referring to there?

10     A.    I don't remember specific instances.  But it

11  sounded like he did something at some point during our

12  rounds with the attending where I felt the need to

13  pull him aside away from rounds to address a certain

14  behavior.  And I mean I don't remember certain

15  examples, but I just remember being very frustrated.

16     Q.    All right.  Now, when you were under

17  questions by counsel opposite, he showed you a lot of

18  Joe Papin's notes for looking at the decubitus ulcer

19  patient from December 12th through, I believe,

20  December 22nd.  Do you recall those?

21     A.    Yes.

22     Q.    And anywhere in those notes that he showed

23  you was there a note from Dr. Papin that he actually

24  did a physical examination and noted his physical

25  examination in the record?

Meagan Mahoney
November 18, 2020                                    149

1      A.     No, I did not see the sacral wound mentioned

2   in his physical exam.  It seemed to be the same

3   physical exam every day.

4      Q.     But there was nothing noted about the wound,

5   its size, its shape, what he did, how he felt on it,

6   what it looked like?

7      A.     No.

8      Q.     And going back to that point, so wound care

9   came in on December the 9th.  That next Monday would

10  have been the 12th.  And that was Papin's first note?

11     A.     Uh-huh, yes.

12     Q.     And according to your testimony earlier, he

13  told you there was nothing on the backside?

14     A.     That being a Monday, I would have asked, and

15  he said no.

16     Q.     And he was tasked with that responsibility

17  of checking the backside?

18     A.     Yes, correct.

19     Q.     And as an intern, it's his job to go in and

20  read the notes and the consults that are in the

21  record?

22     A.     Correct.

23     Q.     And it's his job to let you know what's in

24  the notes and consults that are in the record?

25     A.     Correct, more so than anybody else.

```
 1        Q.     And that's the way the team works?
 2        A.     Right.
 3        Q.     Did he ever bring up with you between
 4   December 12th and December 21st that this patient had
 5   a wound consult?
 6        A.     No.
 7        Q.     Did he bring up with you between December
 8   12th and December 21st that this person had a wound on
 9   their back?
10        A.     No.
11        Q.     And in fact, there would have been two
12   separate Mondays where he would have been tasked with
13   specifically going and checking the backside of this
14   patient for a wound?
15        A.     Yes.  And being asked about it.
16        Q.     And then on December 22nd, as he was
17   basically leaving town to go to the airport, he wrote
18   you a text; is that correct?
19        A.     Correct.
20        Q.     Saying the guy had an early wound?
21        A.     Correct.
22        Q.     I think he actually said ██████ in the
23   text; is that correct?
24        A.     I believe so, yes.
25        Q.     And that was the very first time he let you
```

Meagan Mahoney
November 18, 2020                              151

1  know about the sacral decubitus ulcer?

2      A.    Yes.

3      Q.    And then you saw it the next morning on

4  rounds?

5      A.    Correct.

6      Q.    And he went to surgery that day for the

7  first -- is it debridement?

8      A.    Debridement, yeah.

9      Q.    Debridement?  And I believe he asked you

10  about the attending physicians, Dr. Robertson,

11  Dr. Batson, and Dr. Kutcher; is that correct?  They

12  were the attendings?

13      A.    Yes.

14      Q.    And it wasn't their responsibility to go in

15  and report back to you on the backside?

16      A.    No.

17      Q.    That was solely the intern's

18  responsibility?

19      A.    Correct.

20      Q.    And with wound care, the wound care nurse

21  placing the note into the record, it was Dr. Papin's

22  responsibility to read the note and inform you of it?

23      A.    Correct

24            MR. WHITFIELD:  I believe that's it.

25            MR. MORGAN:  I have some followup.

Meagan Mahoney
November 18, 2020                          152

```
 1           MR. WHITFIELD:  I thought you might.
 2                         EXAMINATION
 3   BY MR. MORGAN:
 4       Q.    Dr. Mahoney, so if an intern doesn't say
 5   anything to a senior resident or attending physician,
 6   you're just never going to check a patient's records
 7   ever?
 8       A.    If they say -- if they don't say something
 9   to me and then I walk in and look at the patient and
10   it's not congruent with what they've told me, then I
11   will go and look in the patient's chart, you know.
12   But to me, in this circumstance, I had asked him
13   pointblank:  Does this patient have a wound?  And he
14   said:  No.  So I had no reason to feel that I needed
15   to go look at the patient's backside or look in the
16   patient's chart.
17       Q.    So you're telling me at the University of
18   Mississippi Medical Center, unless a first-year intern
19   tells you or an attending something, you're not going
20   to look at the chart?
21       A.    I do look at the chart for various reasons.
22   I do look at charts, yes, I look at charts.
23       Q.    You're not looking at all the notes?
24       A.    Not necessarily, no.
25       Q.    Who is more responsible for a patient's
```

1  care, a first-year intern or a senior resident?

2      A.    I feel that we are all responsible for their

3  care.

4      Q.    Who does the buck stop with?

5      A.    I would say the buck would stop with --

6  legally the buck stops with the attending, I guess.

7  To me we're all responsible and we all play a role in

8  the care of the patient because there's so many

9  patients.  If I had to do it personally, something

10 could be missed.  So we break it up with the interns

11 at that level.  It's like the Swiss cheese effect.  It

12 starts with them, they report things to us or don't

13 report things to us, then it goes through different

14 levels.

15     Q.    But you agree that ultimately the attending

16 physician is responsible for care of patients?

17     A.    Yes.  I mean we all are, yes.

18     Q.    When you were asked about the female medical

19 student who felt uncomfortable, Mr. Whitfield was very

20 clear to point out it was not an allegation of

21 harassment; correct?

22     A.    Correct.

23     Q.    But certainly when you hear the words that a

24 male makes a female uncomfortable, do you not take

25 that to mean some sort of sexual sort of issue?  Or do

1  you take it a different way?

2      A.    I think you can make the assumption.  But,

3  you know, that wouldn't be appropriate to assume.

4      Q.    So even if a male was making a female

5  uncomfortable and you knew it, don't you agree that

6  would still be a reportable issue to HR?

7      A.    Not necessarily HR.

8      Q.    But here you didn't --

9      A.    I feel like if he had -- if he had, you

10  know, sent her a sexual text or touched her

11  inappropriately, that's something that needs to go to

12  HR.  You know, if somebody says they feel

13  uncomfortable, I don't know that that would

14  necessarily need to go to HR.

15      Q.    Well, you felt the need to testify in front

16  of a group of doctors about this; correct?

17      A.    I don't recall testifying about the

18  harassment or uncomfortable.

19      Q.    You didn't mention in the hearing that there

20  was a med student who had come to you discussing she

21  was uncomfortable?

22      A.    I would have to look at the records.  I

23  don't remember making those -- I could have.

24      Q.    Is there a code blue team?

25      A.    A code blue team?

Meagan Mahoney
November 18, 2020                                   155

1        Q.     Uh-huh (positive response).

2        A.     Yes.

3        Q.     What's the code blue team?

4        A.     A code blue team is a medicine team that

5     responds to codes.

6        Q.     When you say "medicine team," who

7     encompasses that team?

8        A.     Whoever is the on-call medicine team of

9     medical doctors.

10       Q.     How many are on there?

11       A.     I don't know.

12       Q.     Ballpark.  Are we talking one, five, in

13    between?

14       A.     More than one, probably less than five.

15    It's whoever the medicine -- the actual medicine team

16    in the hospital, they're called the code team if

17    they're on call.

18       Q.     So during this code that we were discussing

19    earlier that happened, the code blue team would have

20    responded, too; right?

21       A.     They should have, yes.

22       Q.     Now, when Mr. Whitfield started the

23    cross-examination of you, he asked you about, hey,

24    this was over three years ago at this point; right?

25    All these issues.  Is that fair to say?

Meagan Mahoney
November 18, 2020                    156

1     A.    Yes.

2     Q.    But it's also fair to say you're not

3  intentionally lying today, are you?

4     A.    No.

5     Q.    You're trying to tell the truth as best you

6  can remember it; right?

7     A.    The best I can remember, yes.

8     Q.    So you may not be able to remember

9  everything, but what you've testified to is true and

10  accurate of what you can remember?

11     A.    As far as I know, yes.

12          MR. MORGAN:  No more questions.

13          MR. WHITFIELD:  All right.  Off the record?

14          MR. MORGAN:  Off the record.

15          (A DISCUSSION WAS HELD OFF THE RECORD.)

16          COURT REPORTER:  I have a question.

17  Mr. Whitfield, do you want a copy of this deposition?

18          MR. WHITFIELD:  Yes.  And we would like to

19  read and sign.

20          COURT REPORTER:  Okay.

21          (THE DEPOSITION OF MEAGAN MAHONEY, MD,

22           WAS CONCLUDED AT 5:43 P.M.)

23

24

25

1                   C E R T I F I C A T E

2

3              I do hereby certify that the foregoing

4     proceedings were taken down by me and transcribed

5     using computer-aided transcription and that the

6     foregoing is a true and correct transcript of said

7     proceedings.

8              I further certify that I am neither of

9     counsel nor of kin to any of the parties, nor am I in

10    anywise interested in the result of said cause.

11             I further certify that I have earned the

12    certifications awarded by the National Court Reporters

13    Association of RPR,RMR,RDR,CRR,CRC,RSA.

14

15

16

            _____
17          DEBRA AMOS ISBELL, CCR,RDR,CRR
            NCRA (expires 12/31/2021)
18             Registered Professional Reporter
               Registered Merit Reporter
19             Registered Diplomate Reporter
               Certified Realtime Reporter
20             Certified Realtime Captioner
               Realtime Systems Administrator
21

22

23

24

25

1                CERTIFICATE OF WITNESS

2

3    PAPIN vs. UMMC, et al.  3:17-CV-763-CWR-FKB

4

5            I, MEAGAN MAHONEY, MD, do hereby certify that

6    on this _____ day of _____ 2020 I have

7    read the foregoing transcript and to the best of my

8    knowledge it constitutes a true and accurate

9    transcript of my testimony taken on oral examination

10   on November 18, 2020.

11

12

13

14

15                          _____

16                          MEAGAN MAHONEY, MD

17                          DATE:  _____

18

19

20                          _____

21                          WITNESS TO SIGNATURE

22

23

24

25

1                    CERTIFICATE OF CHANGE

2    PAPIN vs. UMMC, et al.  3:17-CV-763-CWR-FKB

3         Under penalty of perjury, I, MEAGAN MAHONEY, MD,
     declare that I have read the foregoing transcript and
4    hereby swear that my testimony therein was true at the
     time it was given and is now true and correct,
5    including any corrections  and/or amendments listed
     below:

6
     Subscribed and sworn to before me this _____ day of
7    _____ 20____.

8                              _____
                               MEAGAN MAHONEY, MD
9                              _____
                               NOTARY PUBLIC
10   My Commission Expires:

11

12   PAGE   LINE                 CHANGE               TO

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23   _____

24   _____

25   _____

| 1 |
|---|

**1** 16:2 21:19,
20 27:6
28:13,15 41:9
46:16 49:18
53:15 140:18
**1,200** 49:25
**10** 79:11 95:7
138:7
**10th** 22:1,17
27:5 117:11
122:18 130:6
140:19,25
145:9
**11** 80:22
**12** 15:18
82:21
**12-hour** 19:24
**12/20** 86:15
**12/21** 87:2
**12/22** 87:6
**12th** 43:13
74:5 114:5
138:7 148:19
149:10 150:4,
8
**13** 84:20
**13th** 75:17
76:3
**14** 86:4
**14th** 79:8
94:4
**15** 37:5 86:22
**15th** 66:14
80:13,15
114:10
**16** 16:22 87:4
**17** 15:13
87:24 145:9
**17th** 82:18,19
**18** 88:23
**18th** 39:7
84:8
**19** 98:21

**19th** 86:1
**1st** 11:14

| 2 |
|---|

**2** 28:13
29:16,17
41:11,12
46:17 141:15
143:16
**20** 8:21 101:5
139:22
**200-** 61:11
**2003** 10:19
**2007** 10:21
**2008** 11:9
**2012** 10:24
**2015** 11:1
**2016** 11:1,25
15:13 16:9
19:6,20 30:13
34:11 66:15
69:3 74:5
76:3 86:1
87:19 114:10
**2016-2017**
11:25
**2017** 6:1 9:12
15:19 22:1
27:13 39:7
141:2,8,9
**2018** 11:3,9,
14 128:13
**2020** 141:4
**20th** 86:11
**21** 105:14
**21st** 87:1
150:4,8
**22nd** 87:19
88:20 95:16,
17 97:7
103:19 108:21
110:16 148:20
150:16
**23ish** 124:12
**23rd** 101:1
102:9,10,19

103:21,23
105:7 107:7
109:10 117:4
118:10 130:19
**24** 92:8

| 3 |
|---|

**3** 35:21,25
44:18,20,21,
23 45:2 48:9,
12,15,19
49:19 53:21
56:21 139:22
142:13,15,18
143:11 145:3
**30** 142:12
**300-pound**
61:11
**316** 48:24
**32** 45:1 48:12
56:23
**33** 45:1 48:12
**3:00** 53:8
**3:11** 53:9
**3N** 44:18

| 4 |
|---|

**4** 37:4,7
53:15
**4:10** 97:4
**4:20** 97:5

| 5 |
|---|

**5** 20:2 30:2,9
42:21 57:7
92:1 146:11
**50** 39:10
**56** 120:23
**5:02** 128:5
**5:07** 128:6
**5:43** 156:22

| 6 |
|---|

**6** 36:4 66:20
**662-386-1027**
29:5
**6:49** 42:18
**6th** 40:15

| 7 |
|---|

**7** 19:23 20:2,
4 69:7
**7:51** 88:8,11,
12
**7:55** 88:9

| 8 |
|---|

**8** 74:2
**8th** 69:20

| 9 |
|---|

**9** 75:19
**9:07** 101:20
**9th** 69:3
71:8,20
114:1,4,25
117:8,24
149:9

| A |
|---|

**a.m.** 19:23
20:2,4 88:8
**AAO3** 77:7
**Aaron** 45:9,10
**ability** 8:1
**able** 28:10
33:24 38:24
70:1,11 91:2
93:14 105:4
110:12 156:8
**abnormal**
77:21 87:16

**about** 5:17
7:2,17 8:5,
19,20 9:16,25
11:13 13:8
14:20 17:4,22
18:1 22:5,6,
13,25 23:4,
13,16,17,25
24:2,6 25:5
26:12 28:2
29:12 31:7
32:1,15 33:3,
5,7,25 34:16
37:14 38:8
39:8,19,20,21
40:6,14
41:10,11,14,
20 42:9 43:3,
10,16 44:3,
12,24 45:4,
21,22 46:3,
14,18,21,23
47:15,24
49:19 50:6
52:10,13,21,
25 53:1,16,
19,23 54:11,
13 55:1 56:9,
19 57:7 58:7
60:25 61:1
63:23 64:2
77:12 78:25
81:9 84:23
85:18 89:3,13
93:20 95:7
96:6,8 99:18,
24 100:3
101:12 102:4
103:8 107:21
108:3,9
109:5,19
110:10,25
111:18 112:1
113:10,12
116:6 117:3,
16 118:4
119:8,12,14,
17 120:24,25
121:12,20

122:4 123:12,
17,22 124:23,
25 125:25
127:11,14,19
128:1,10,22
129:7,8,10,
18,19,20
130:2,4,18,24
132:9,12,22
133:9 136:24
137:3,6,7,15,
25 138:23,24
139:25
141:16,21
142:5 144:1,
10 145:25
146:12,15,16
148:3 149:4
150:15 151:1,
10 153:18
154:16,17
155:23
**above-and-**
**beyond** 146:7
**abrasions**
25:13
**according**
149:12
**accurate** 12:2
42:25 62:18
76:11 113:22,
23 121:13
141:14 156:10
**accusation**
47:18,21
59:15
**action** 109:11
112:13
**actions**
132:18
**actively**
89:12
**actual** 14:17
27:16 35:1
66:25 92:1
155:15
**actually**
37:25 40:14

60:21,22 80:9
81:7 88:4
93:2 100:17
102:4 114:22
135:23 137:16
138:15 146:5
147:23 148:23
150:22
**acute** 15:1
83:3 90:18,20
**acutely** 78:24
**adamant** 137:5
**add** 38:15
**address** 24:1
54:23 148:13
**addressed**
56:14 83:24
**addressing**
83:20
**adjourn** 53:5
**admission**
16:6
**admitted**
89:25 121:16
**admitting**
90:1,5
**advance** 7:22
**advanced**
117:19
**adverse**
119:23
**affect** 8:1
**affected**
137:13
**affirming**
75:10
**after** 10:24
22:5,14 27:5
31:23 42:19
43:2 45:14,24
49:5 57:6
75:8 98:8,10
109:13 114:2
117:3 124:12
139:18 146:8
**afternoon**
17:11 18:9,19

46:13 99:21
100:4 143:20
144:4,13
**afterward**
116:20
**afterwards**
26:15
**again** 17:13
18:9 43:10
53:15 60:9
75:16 79:9
80:15 84:8
86:1,12,19
87:19,20 89:6
92:12 95:20
97:8 122:2
133:11 140:7
145:25
**against** 5:20
122:19 123:19
**agenda** 131:4
**ago** 5:18 8:2
73:4 81:16
84:16 90:9
103:10 115:5
124:24 141:5
155:24
**agree** 31:6
47:18 71:20
74:17 76:4
80:18,25
84:12 86:17
97:9 110:17
114:16 125:3,
10,14 153:15
154:5
**agreed** 74:22
121:16
**agreeing**
94:22
**agrees** 83:9
**ahead** 19:2
65:5 96:18
**airport**
150:17
**alarm** 97:21
100:13,15
102:1 111:17

**alerted** 64:5
115:17,21
**alerting**
111:12 112:8
**alias** 93:6
**all** 6:10 7:11
9:14 17:2
20:8,10,11
22:10 26:12
28:1 30:9
38:20 41:8
46:11 51:24
56:2 68:15
73:10,19
76:25 82:13
90:2 106:16,
25 120:15
126:23 127:7
128:4 131:20
134:22 135:24
140:11,12
148:16 152:23
153:2,7,17
155:25 156:13
**allegation**
58:7 125:11,
15 127:4
147:7 153:20
**allegations**
32:11 123:19
125:3,6
**alleging** 5:21
**allowed** 36:9
**almost** 31:13
42:16 73:5
82:6
**along** 124:6
**already** 62:15
105:3 144:20
**also** 13:4,7
17:16 21:5,6
24:8 45:6,10
56:22 58:11
68:17 74:7
77:12 79:15
83:8 85:2
86:1 88:19
105:25 110:20

111:8 121:24
123:9 125:20
156:2
**always** 6:11,
17 7:1 35:13
61:12 65:23
94:19 139:23
**am** 34:17 66:1
**amongst** 21:2
**anatomy** 70:10
**and** 5:3,6,13
6:15,21,25
7:1,16 8:15,
19 9:7,11,16
10:12,16,20,
22 11:1,2,3,
9,11,15,17
12:1,10,25
13:2,6,15
14:1,10,15,25
15:2,3 16:5,
10,17 17:2,4,
6,9,11,16,22,
24 18:5,9
19:5,14,24
20:2,6,8,12,
14,15,16,17,
19,21,25
21:1,3,4,6,25
22:8,11,18,22
23:7,12,21,22
24:1,2,4,18
25:2,4,10
26:2,8,19
27:2,4,11,25
28:2,8,22,24
29:7,12,21,23
31:7 32:8,10,
23 33:4,7,10,
12,13,21,23,
25 34:2 36:3,
4,5,9,15,20,
21 37:5,10,
13,16,17
38:12,18
39:10 40:5,6,
9,21 41:10,
14,22,24
42:1,3,24

43:20 44:3,4,
6,8 45:3,6,20
46:3,10,11,
12,13,14
47:4,24 48:8,
14,15,20,24,
25 49:4,9
50:4,12,17,
22,24 51:7,
15,16 52:1,2,
5,10,11 53:22
54:6,23 55:4,
7,11,18 56:14
57:7,8,16,20
58:6,12,13,
22,23 59:7,
19,25 60:2,
14,23 61:10,
13,17,19,20
62:21 63:4,
20,24 64:7,
14,15,21,25
65:5,8,9,15,
21,22 66:9,15
67:3,7 68:3,
4,8,11,12,13,
14,21 69:18,
23 70:4,10,
18,20,22
71:4,5,11,12,
16 72:2,5,7,
11,12,18,24
73:5,7,14,15,
17,20 74:16,
22 75:5,11,22
76:1,3,4,13,
20,22 77:4,
11,17 78:1,9,
10,14,24,25
79:9,15,17,
21,23,25
80:6,18
81:18,19,21
82:1,3,10,15,
17 83:7,8,9,
13,17,25
84:1,16
85:13,25 86:7
87:19,21

88:7,8,11,20
89:1,16 90:2,
19,22,24
91:1,3,4,5,
21,25 92:5,8,
10 93:7 94:6,
11,20 95:16,
20 96:6,18
97:10 98:5,
12,15,16
99:3,4,9,14,
18,19,20
100:12,17
101:8,9,16,18
102:8,15,23
103:1,2,3,4,
8,18,20
104:6,7,14
105:4,17,22
106:2,5,10,
14,19 107:8,
11,14,16,17
108:4,7
109:13,14,18
110:4,7,11,
12,14 112:4,
11,12 114:3,
6,7,8 115:3,
10,17,18
116:9,14
117:7,9,10,
19,20,21,23
118:2,6,10,
22,24 119:2,
6,13,20,21,24
120:8,12,15,
16,19,24
121:8,16
122:3,21
123:11,13
124:3,22
125:6,10,25
126:6,22,23
127:1,8,16
128:2,16,22,
25 129:2,13,
19,22,25
130:1,6,18,
19,21 131:10,

12,13,22,24
132:11,12
133:5,13,14,
15,24 134:5,
12,13,20,21,
24 135:2,9,
15,19 136:25
137:10,15,18,
19,22,25
138:3,5,6,11,
13,16,18,23
139:1,22
141:15 142:7,
8,13,22
143:3,10,11,
15 144:9,22
145:3,5,8,10,
16 146:1,5,
11,14,18,24
147:2,3,21,
23,24 148:14,
22,24 149:8,
10,12,14,16,
19,20,23,24
150:1,4,8,11,
13,15,16,25
151:3,6,9,11,
14,15,20,22
152:9,11,13
153:7 154:5
156:9,18,19
**angry** 107:11
**another** 15:2
38:23 41:23
44:9 54:12
69:18 77:25
83:3 84:24
85:2 95:17
99:18 105:17
106:13 111:15
126:22
**answer** 6:22
7:3,7 19:3,4
32:25 33:15
40:9 45:18
98:4 112:19
118:8 125:18
137:18 140:8

**antibiotics**
91:4,6,10
92:2
**any** 6:7 7:16,
25 8:6 9:1,10
10:4 13:13
15:15,21
17:6,14,16
23:4 24:5
25:3 26:8
28:17 29:1
31:13 32:6
34:18 36:23
38:2 44:12
48:5,11 51:12
54:8 56:8,11,
23 57:1,2
59:8 61:18
64:7 65:12
68:4,10,24,25
71:11 78:19
84:4 91:2
96:4 97:25
98:1 107:9
109:21
112:14,15
114:19
115:11,16
116:16 117:1,
8 120:6
122:19,24
126:2 127:13,
18,19 129:6,
13,22,23
130:11 132:22
134:7 136:1,2
140:4,5 143:9
144:11 145:14
147:9,14,24
**anybody** 14:3
32:15 35:5
36:24 41:4
48:3,24 85:14
104:17
109:20,22
117:2 127:3
129:10
130:10,17,23
146:3 149:25

**anything**
5:24,25 6:12
8:1 9:13 16:2
17:6 20:24
22:25 25:11
26:12 27:12
28:6 40:22
41:3,4 42:4
47:17 50:18,
25 51:4
54:11,12 59:9
60:11 63:23
64:5,24
73:15,17 92:7
96:4 104:9
107:10 118:14
121:1 122:19,
25 123:17
126:15
127:21,22
129:14 130:12
135:23 139:24
145:17 146:15
147:7,12,15
152:5
**anyway** 108:17
**anywhere**
24:14 126:8
148:22
**apologize**
7:22 119:6
**apparently**
36:11,12
142:20 146:2
**appeal** 27:17
39:6
**appeals** 6:3
27:13 38:11
128:20 139:18
**applying**
65:13
**appropriate**
37:19 154:3
**appropriately**
92:3 119:1
**approximately**
11:22 13:5

**are** 7:25
9:17,25 10:8
11:12 13:21
14:1,6,17,20,
22 15:10
17:6,20 19:20
20:1 31:13
32:21,22
39:22 44:6,
11,22,23,24
48:6,12
53:11,19
55:12 56:19,
20 57:23
58:11,14,15
59:1 61:24
63:1 65:17
67:22,25 71:6
73:1,10,18
75:15 78:15
82:14 89:12
90:24 91:2
92:4 103:13
110:11,19
116:6,12
120:15 125:4,
6 135:10,19
139:5 143:12
144:1,11
146:1 148:8
149:20,24
153:2,17
155:10,12
156:3
**area** 61:13
**around** 34:1
42:16 53:2
64:3 73:18
123:23 131:9
146:20,22
147:5,12,17
**arrogance**
30:17
**arrogant** 31:7
**as** 5:6 9:16
13:12 14:16
21:19 25:1
27:14 29:16
33:3 34:3

35:20 36:6,
21,22 37:3
47:25 48:17
51:23 52:16
55:9 58:12
64:4 65:25
67:20,22
69:14 70:21
72:9,11 73:16
76:5 77:22
78:17 80:18
81:3,13 84:4
85:11 86:8
87:21 90:1
92:1,2 93:5
94:9 95:20
96:25 97:1
105:6 107:16
109:6,25
113:1,19
114:9 115:14
118:14 124:11
132:21 133:2,
3 134:11
135:2 136:3,
13,23 141:11,
23 142:25
143:10,17,18,
25 144:14
145:12 149:19
150:16 156:5,
11

**ascertain**
97:15
**Ashley** 43:18,
20,21 45:19
129:16,19
**aside** 148:7,
13
**ask** 6:21 7:1,
9,11,14,21
8:4 12:21
41:4 46:13
48:20 51:2
64:6 89:18,19
103:9,16
108:24 110:13
116:5 127:3
129:19

136:17,19
139:23 143:9
**asked** 24:1,2
34:16 35:17,
18 40:2,5
41:24 51:8
98:3 110:10
114:5 116:2
117:20 119:6
120:25 129:4
137:22 138:16
143:22
145:11,22
149:14 150:15
151:9 152:12
153:18 155:23
**asking** 6:23
36:5,24 41:23
101:2,23,24
102:20 109:2
116:7 127:6
**assert** 30:15
**assess** 61:9
64:5 65:10
**assessed** 70:4
**assessment**
63:14 65:21
66:9 95:17
104:14
**assign** 64:13
81:11 110:22
**assigned**
20:23 85:22
**assignments**
15:21
**assume** 8:8
15:4,16 88:18
89:21 118:16
154:3
**assuming**
44:4,11
**assumption**
30:11 143:13
154:2
**at** 6:17 7:11,
16 9:5,11,18
10:22 11:4,7
12:1 14:23

17:11 20:21
23:23 24:12,
15 25:2 26:3,
8,12 27:19
30:8,9,25
31:25 32:24
34:18 36:24
37:25 38:3,6,
7 39:16 41:10
42:18 43:3,5
44:13,22
48:12,18
49:13 51:14
52:18 53:22
54:4,5 55:17
57:20 58:14,
22 59:2,21
61:13,15,18,
19 62:12
63:13,16
65:23 70:24
71:4,5,6,8,23
72:8 73:9,10,
22,24 76:21
81:1,5 82:2
88:10 90:9
91:14 92:11,
22 93:9 96:6,
8,22 97:2,24
98:7 99:11,
12,16 100:11,
12,13,16,21
101:15,19,20
102:2 103:3,7
105:3,4
106:8,15,16,
24 109:7,15
111:21
112:10,12
113:13,20
114:2,23
115:14 116:12
117:2,5,12,23
118:11 120:1,
6,20 122:17,
23 124:14,15
127:24 128:20
129:17,22,25
131:10,20

133:1 134:2,4
136:4,11
137:16,18,19
138:1,18
139:9 141:19
143:9 144:22
145:4 146:2
147:2,16
148:4,11,18
152:9,15,17,
20,21,22,23
153:11 154:22
155:24 156:22
**attach** 79:7
114:9
**attached**
105:6
**attaching**
84:7
**attend** 20:6
39:12
**attending**
14:20,25 17:7
20:16 26:17
58:13 67:2
68:17,20
71:13 72:15,
19 73:21
74:7,16 75:7
76:21 83:4,5
86:9,19 90:2,
5 104:25
105:1,5
112:15
115:11,19,20
119:11 133:2
148:8,12
151:10 152:5,
19 153:6,15
**attending's**
77:9
**attendings**
14:23,24 20:8
72:23 73:21
81:9,13
120:15 151:12
**attention**
76:22 97:19
110:21 111:9

attest  81:10
  94:16
attestation
  79:21,23
  81:23 82:3
  84:1
attestations
  75:6 83:12,15
  87:12 89:20
attested  87:6
attitude
  28:23 143:22
authority
  18:22 50:14
available
  38:19 44:24
away  55:16
  66:5 102:8
  119:5 148:13

—————————
          B
—————————

B-R-U-C-H
  85:3,8
back  11:2,24
  15:10 23:22
  24:5 30:12
  31:3,25 40:20
  41:9 42:12
  46:16 47:10
  49:10,18
  53:13 61:13,
  18,19,20
  62:12 69:15
  81:5,15 90:8
  94:3,25
  95:15,16
  96:25 97:7
  99:4 100:18
  101:2,8 108:7
  114:1,8
  119:16 120:22
  128:16
  129:13,22,25
  130:6 131:10,
  22 138:3
  141:7,10,11,
  15 142:18

144:23 145:2,
  3 146:23
  149:8 150:9
  151:15
back-to-back
  69:13
background
  10:15 62:19
  75:1,2,3
backs  62:22
backside
  24:13,22 25:3
  61:2,5,15
  62:2 63:11
  65:5 76:17
  103:17 109:8
  112:11,24
  113:14,20
  116:15
  149:13,17
  150:13 151:15
  152:15
backsides
  23:24 24:20
  62:8
bacteria
  91:3,25 92:1
bad  23:22
  50:6 55:20
  56:4 111:16
  119:1
bag  119:4
BAL  90:23
ballpark  5:16
  8:17 11:8
  48:12 155:12
base  94:11
based  15:13
  30:12 31:1
  38:4 64:13
  94:13 107:14
  113:8 114:1
  118:15
basic  12:17
  13:3 92:10
basically
  74:10 144:19
  150:17

basis  60:7
bathe  89:9
bathing  65:4
Batson  82:24,
  25 83:2,17
  84:4,9 86:1,
  12 87:1,20
  106:14 113:10
  151:11
bay  33:23
beating  37:23
became  27:10
because  15:17
  20:4 22:16
  23:12 24:24
  25:7 26:15,16
  27:1,3 28:6,
  8,19 32:24
  33:18 38:16
  39:1 40:14
  47:8 50:13
  51:6 54:15
  55:8,12 61:11
  62:4 63:22
  65:25 70:11
  72:1 73:21
  75:4,10,16
  81:9,10 87:11
  89:12 90:5
  92:23 93:9
  94:14 99:6
  100:4,10
  102:5,15
  103:2,13
  104:19 105:2,
  20,25 108:7
  112:9,23
  113:1,6,7,19,
  25 114:2
  116:22
  118:16,25
  121:14,17
  122:9 124:16
  126:5 128:14
  129:17 130:2
  132:11
  133:22,23
  134:3,14
  136:6,13,25

137:1 138:2,
  12,17 142:6
  143:5,6,7
  144:4 145:1
  148:4 153:8
becoming
  54:24
bed  23:20
  62:23 67:23
beds  44:24
  48:12
been  7:22
  9:24 10:2,13
  18:6 19:16
  22:14,20 24:3
  25:12 29:3
  30:5,10,19
  31:2,5 32:1
  33:2,9 34:13,
  21,23,25
  37:15 38:17
  42:3 43:7,8,
  25 44:7,8,16
  46:2 50:4
  52:6,10,12,25
  54:19 56:24
  57:5 58:1,4
  64:5 66:7
  67:3 69:4,5,
  15,24 71:9,19
  72:6 75:7,9
  76:15 77:2
  82:7 86:7
  89:13,25
  91:10,12,14,
  15,16 96:8,10
  99:8 100:6
  102:11
  104:19,24
  105:2 106:16,
  18 107:13
  108:13,14
  109:5,7,22
  110:4,12
  111:13 113:2
  116:11,19,21
  119:15 120:4
  121:25 123:20
  124:14,24

126:1,24
129:21 131:10
136:5,7,20
137:1,10
138:6 139:18,
20,22 146:4
149:10
150:11,12
**before** 5:23
17:12 22:18
26:17 34:11
40:15,20
41:3,5 51:17,
18 56:13 57:9
58:10 63:17
64:3 67:4
87:11 102:6
108:20 124:12
127:11 129:24
132:10 137:4
139:19,21
**beforehand**
129:7
**beginning**
6:18 22:15
24:15 25:20,
21 27:24
112:10 115:15
117:12 122:18
145:4
**behavior**
27:20 28:2,11
127:13 148:14
**behavioral**
31:4
**behaviors**
28:14 30:6
**behind** 44:15
50:4 52:11,
12,14,16
**being** 12:7,13
29:1 31:7
32:11 33:2
38:12 50:23
54:23 72:2
93:14 98:1
103:3 106:24
107:1,11
111:20 126:4

136:10,23
143:10,11
147:4 148:15
149:14 150:15
**belief** 126:11
147:11
**believe** 8:24
9:14 11:24
20:21 23:7,12
26:25 44:18
55:3 56:13
57:13,20
60:3,22 62:16
85:4 92:14,24
94:23 106:5
120:3 122:21
123:5 128:13,
21 129:16
130:13,20
132:5,13
146:21 148:19
150:24 151:9,
24
**bells** 97:21
100:13,15
102:1
**bells-type**
111:17
**below** 13:4
19:2 84:2
97:16
**besides** 29:1
54:2,9 56:9
69:16 108:19
112:3 127:14
130:18
**best** 140:8
156:5,7
**better** 34:5
42:6 55:25
63:14 66:8
141:7,8
**between** 25:11
29:20 31:7
36:4 37:5
72:2 98:15
101:24 130:19
150:3,7

155:13
**big** 43:3
44:23 120:17
**biggest** 22:7
54:22 130:3
**biochemistry**
10:20
**biology** 10:21
**bit** 18:1
46:10 50:13
69:23 75:16,
23 77:1
80:14,16,25
86:12 131:9
**black** 97:16
118:15
**blame** 112:6,7
**blamed** 112:8
**blank** 27:16
140:21
**blaringly**
83:25
**blood** 90:25
92:7
**blue** 48:8
154:24,25
155:3,4,19
**bony** 67:22
**book** 63:4
**boss** 133:4
**both** 22:22
24:2 57:25
86:7 147:3
**bottom** 68:3
70:24 71:6
73:24
**break** 7:16,17
53:1 95:10
96:19 153:10
**breaking**
134:1
**breath** 92:16
93:11
**Brewster** 44:7
**briefly** 15:24
140:12

**bring** 97:19
111:9 132:19
150:3,7
**Brooks** 19:10
**brought** 5:20
52:15 76:21
**Brown** 105:8,
11
**Bruch** 45:3
84:24 85:3,4,
23 127:9
144:4
**buck** 153:4,5,
6
**building**
143:3
**busy** 143:6,7
**but** 6:2,11,
15,18,23 7:2,
4,18 8:7
10:14 12:17
15:18,20
16:23 18:4
19:9,22 20:18
22:21 23:8
24:17 25:6
26:3 27:15,16
28:1,14 29:22
30:12,14,23
31:20,24 32:2
33:14 34:5,
22,25 35:13
36:21 37:11
38:6,22 41:2,
11,18,22
43:9,18
45:15,22
46:20 47:16
48:4 50:6
52:12 55:5,23
56:4,13,22
59:13 60:22
62:8,24 63:4
64:17,25
66:16 67:13
68:22 69:14,
15 70:19
71:3,19 73:9
78:4,23 80:16

81:13 83:18
85:8 86:13
87:16 88:16
89:14 90:2,20
91:10,16
92:9,22
94:13,17 95:7
97:17 100:22
101:23
102:22,24
104:5 106:9,
21 107:5,20,
22 108:17,20
109:17,24
110:9,11
111:10,20,25
112:2,6,8,22
113:21 114:23
115:20
116:19,24
119:11,14,18
121:11,16,19,
21,24 123:8,
16 124:10,24
126:7,10
127:1,7,15,24
128:15 129:17
130:22 131:9,
14,17 132:4,
14,17,21
133:2,12
134:3,6
136:19
137:17,21
138:5,15
140:10,17
141:24 142:17
144:16 146:8
147:1,6,12,17
148:6,10,15
149:4 152:12
153:15,23
154:2,8
156:2,9
**butt** 61:13
**button** 82:3
**by** 5:3,9
6:10,11 12:6,
12 16:5 19:23

21:22 28:22
29:19 36:2
37:9 39:13
40:3 42:23
45:17 46:1,7
52:6 53:10
56:3,18 58:4,
16 59:7 65:1
66:22 67:14
69:9,19
72:17,18
73:6,25 74:4,
7 75:6,21
79:13 80:15,
24 82:23,24
84:8,22 86:6,
12,24 87:7
88:1,12,16,25
89:1,6 91:12
92:1 93:12
95:14,24 97:6
98:23 100:5
101:7,22
104:20 105:8,
16 106:11,22
107:25 110:5
112:18
114:10,11,15,
25 115:6
117:5 121:1
125:17 128:7
137:13 140:2,
15 147:5,21
148:17 152:3

---

## C

**call** 13:5,6
15:7,12 17:23
26:1 28:11
37:19,21
48:18,23 49:9
63:20 64:15
67:22 78:1
80:3 90:20
95:9 96:20,25
110:20 119:21
142:18 144:22
155:17

**called** 17:3,
18 20:14
41:15 44:17
48:6 78:23
100:6 118:23
141:23
142:24,25
143:4,10
155:16
**calling** 13:24
142:20
**calls** 15:16
**came** 11:1,24
17:17 18:10
34:14 57:8,19
95:16 104:1,8
119:16 141:19
149:9
**can** 6:24
12:22 14:4
15:4 16:22
23:22 25:7
29:23 30:11,
15 31:21 42:5
45:18 46:9,17
47:10 48:6
54:11 55:8
62:23 63:4
64:17,18
65:6,12 66:15
79:21,23 80:6
82:15 92:7,11
97:1 108:7
111:2 112:19
123:17 125:18
126:21 133:24
139:24 140:8,
17,18,19
143:14 154:2
156:6,7,10
**can't** 15:21
19:14 21:10
24:24 27:25
28:24 31:24
48:4 56:8
61:12 81:14
83:17 97:16
104:20 110:22
111:10 112:20

115:19 118:8,
13 121:19
127:22 131:14
145:1 148:5
**car** 16:3
**card** 126:19
**care** 9:5
10:25 11:1
13:16 15:1
20:23,25
26:10 32:6
46:12 56:22
62:21 64:17,
19,20,21,22
65:1,9,11,16,
18 66:8,17
67:7,12 68:10
69:19 70:20
75:1 77:13,14
78:4,24 83:3,
4 84:16 89:2,
15,16,23
90:3,4 92:10
95:17 96:4,16
97:8 98:5,10,
13,16 100:5
106:13 109:25
110:25 111:3,
4,5,6,7,14,
19,23 112:22
113:5,6,8,16
114:2,4,10,
17,18 115:1,6
116:22 123:3
132:14 134:8
135:16 136:24
137:1 138:13
149:8 151:20
153:1,3,8,16
**careful** 6:20
**Carroll**
106:11,12,24
107:4 109:18,
19 112:4
117:9 119:9
**carry** 17:9
65:16
**carrying**
13:24

case   5:19,24
8:23 26:2
cases   49:19,
22,25 50:3,7,
15 51:10,13,
17 52:5,22
131:6,17
133:15 145:4,
6,19 146:1,6,
9
caught   32:22
136:7
Caulder   101:3
108:11,14
center   16:2
29:22 39:17
96:23 152:18
certain   5:20
12:4,7 24:2
25:6 27:25
30:6 76:17
108:4 148:13,
14
certainly
30:15 80:8
97:13 113:21
133:2 153:23
chance   12:17
99:5
change   49:5,
13 70:22
92:10 131:9
141:20 145:2
changed   69:12
144:20
changes   68:4,
10
changing
110:1 121:18
characteristic
s   27:25
28:14,18
charge   19:1
21:3 59:1
131:8 133:14
135:1
chart   25:19,
25 26:2 59:11

63:16,22
71:9,23 72:1,
4 73:22 79:2
91:22,23
98:12 99:3
111:11 114:3
115:10,11,20
117:6,24
118:7 127:1
152:11,16,20,
21
charts   65:19
72:23 73:18
115:7,16
120:12 152:22
check   24:20,
21 51:9 61:1,
5 62:8 71:25
72:3,23 91:21
96:23 100:9
126:15,18,21
152:6
checked
71:22,23 93:6
checking   59:5
149:17 150:13
cheese   153:11
chest   92:16
93:11
chief   12:2,3,
4,7,8 13:1
14:9,15,16,
17,19 16:12
18:23 21:3
38:18,24
41:23 43:18,
21,23,24 50:7
54:19 68:15
78:14,17
131:11,17
133:10,12,16,
17,20 134:7,
11,23,25
chiefs   134:22
children   10:4
chime   93:3
Christmas
106:2

chronology
104:1,4
circumstance
152:12
CIVIL   5:2
claim   59:5
146:18
class   130:21
clean   108:2
clear   153:20
clearly   6:25
138:12
client   96:22
clipboard
82:8,13
clock   20:2
144:16
closest   48:23
clothes
144:13,20,24
145:1
coast   19:15
cocci   91:25
code   41:15
44:17 48:8,15
49:7,12 79:1
141:19,23
142:24,25
143:4,11
154:24,25
155:3,4,16,
18,19
coded   37:22
47:16 78:25
codes   48:6
155:5
coding   49:3
collect   96:3
colostomy
119:3
Columbus   5:15
9:24 10:18
11:12,17
come   16:4,6
26:5 28:4
49:10 51:25
53:23 55:21,

23 57:16 67:4
70:16 93:7
99:19 102:15
105:21 106:5
108:2 111:14
128:19 138:3
140:22 142:17
144:12,22
154:20
comes   18:12
20:3 49:5
50:12
coming   19:21
54:6 73:6
comment   23:4
61:5 147:17
committee
121:22,24
122:3,4
128:24
common   29:12
50:9,11 70:13
communicate
6:21 29:12
93:15
communicating
138:11
communication
55:24
complained
53:16
complaint
122:19
completely
34:5 108:15,
16 147:6
Complying
92:13
composed
22:10
computer
73:19 82:6
89:22 126:22
134:17
concern   22:7
23:9 25:25
47:5,14 118:2
138:14

concerns   22:6
63:19
CONCLUDED
156:22
conference
39:16 119:22
120:2 133:12,
15 134:3
135:2,5,25
conferences
20:5,7 120:9,
14 135:20
confirm
102:20
conflict
56:10,11
confrontation
47:15
confused
92:20 116:6
122:10 134:6
confusing
7:10
congruent
152:10
consider
47:20
considered
12:2 19:1,2
consisted
20:13
consists  14:7
consult  13:25
65:1,5 66:17
69:19 73:14
89:5,16,23
114:17,18,20
115:16,17
150:5
consulting
72:24 96:5
consults
13:7,25 21:7
98:6 149:20,
24
continuation
100:25

continuing
13:3 98:17
contributed
49:15
conversation
8:7,18 42:2
45:20,25
57:3,17,18
58:3 117:16
123:18 125:23
127:7 129:7
142:3
conversations
22:23 23:1
convicted
7:22
copied  77:17
copy  79:25
140:16 156:17
copying
138:13
correct  8:9
15:9 16:20
23:8 25:18
27:18 29:24
33:12,13
38:11 39:25
42:19 54:4
59:12 60:13
64:25 67:6
71:9,17,18
73:20 74:8
77:16 86:2
87:22 88:4
89:3 95:18
98:1 100:6,7
101:10,11
110:2,5,6
114:12 115:7
121:9,10
122:1,6 135:8
136:15 137:20
142:22
146:12,16
147:10,14
149:18,22,25
150:18,19,21,
23 151:5,11,
19,23 153:21,

22 154:16
correctly
22:9 60:17
118:21 146:25
cosigned
82:24
could  5:10
10:14 12:6,18
15:24 24:1
25:12 27:22
30:19 31:5
32:2 33:3,23
34:23,25 47:2
48:11 49:15,
17 51:9,25
57:1 58:21
59:2,10,13
62:18 63:13
71:3,13 73:8
81:6,12 85:12
87:10,12
88:14 89:15,
20 90:15,16
95:2 103:23,
25 105:25
112:12,24
121:21 126:8,
13,21,25
127:2 128:15
136:7 137:14
144:7,14
153:10 154:23
couldn't  28:7
93:7,10 94:24
counsel
127:11 148:17
count   73:8
couple  9:6
88:20 120:7
145:22
course  31:25
109:11 112:13
court  6:12,
19,24 156:16,
20
cover  36:21
covered  131:6

covering  21:5
41:8
creams  65:14
create  79:21
80:6 82:11
created  28:12
Crews  57:14,
15,16 58:4
124:2 125:20
127:4 146:12
crime  7:23
critical
10:25 11:1
62:20,21
130:3 132:11
138:24
cross  53:3
cross-
examination
155:23
crossed
138:10
culture
90:22,23
91:4,13
cultures
91:5,6,7,10,
21 92:8
current
135:16,18
currently
5:13
cutting  66:5

_____

D

dad  73:4
daily  9:6,7
16:7 33:21
78:18,23
110:1,8,19
117:6 121:18
data  135:18
date  22:21
43:4 75:15
88:2,8 130:19

dates   18:4
dating   113:25
day   8:15
   12:19 17:5,9,
   14,18 18:6
   20:1,5,19,22
   21:11 22:18
   29:8 36:13,25
   37:1,13,19,24
   43:4,7 49:4
   50:18,21
   52:23 55:13
   61:16 72:7,
   10,15 73:5
   79:14 82:2
   83:20,21,25
   84:18 85:13,
   25 87:8,9,11,
   13 88:17
   91:20,23
   92:1,5 96:15
   99:17 100:17
   102:6 107:9,
   17 108:20
   109:19
   110:10,11,12
   112:2 116:14
   118:1,22
   119:7,11
   126:3,24
   145:17,18
   147:19 149:3
   151:6
day-to-day
   106:8
days   17:19
   72:20 81:1
   82:17 91:9
   101:12 105:21
   138:7
dead   66:6
deadline
   51:12
deal   43:3
   50:8
dealing   39:1
debridement
   66:3,4,5

103:6 118:22
151:7,8,9
debridements
   65:13
debriefing
   124:15
debriefings
   57:20,21,23
December
   15:19 16:9,22
   19:6,20
   25:16,20
   34:11 36:4
   37:4 40:15
   43:13 56:25
   69:3,17,20
   71:8,20 74:5
   75:17 76:3
   79:8 80:13,15
   82:18,19 84:8
   85:25 86:11
   87:1,19 88:20
   94:4 95:16,17
   97:7 101:1
   102:9,10,19
   105:7 108:21
   110:16 114:1,
   25 117:4,7
   118:9 124:12
   130:19
   148:19,20
   149:9 150:4,
   7,8,16
decide   33:16
   131:17
decision
   66:1,2
deck   38:20
decreasing
   67:21
decub   98:17,
   19 100:11
decubitus   9:8
   22:6 23:9
   31:23 62:18
   93:22 99:10
   108:21 129:5
   148:18 151:1

deemed   16:5
definitely
   24:17
degree   114:19
   137:12,21
delay   116:22
   136:25
denied   93:10
deny   92:15
depend   67:13
depending
   14:7 18:9
depends   64:16
deposition
   5:1,22 6:9
   8:4,9,12,23
   9:2 156:17,21
depositions
   6:18
depth   61:4
   64:13 70:11
describe   14:5
   48:7
described
   56:10
describing
   84:15 136:13
detail   23:18
   62:9,13
details   26:3
   43:9
deter   119:3
determine
   112:13
develop   23:21
   117:22
development
   114:21
developments
   17:14
devised   34:9
diagnose
   60:18
did   8:8,11,
   17,22 9:1,3,4
   10:25 11:22
   15:11,16

18:22 20:9
22:4,22 23:4
24:4,6,19,20
25:16,19,24
26:11,18
32:10,15
33:16 35:4
37:25 38:1,6
39:12 40:18,
20,24,25
41:1,4 43:2
45:13 46:18
47:24 51:3
52:9 55:1,3,4
57:16 58:9
59:4 60:17,19
62:6,9 72:3
73:21 78:17
79:4 80:9
81:6,13 84:5
95:16 98:4,18
99:2 100:15,
22 103:8,11,
13,19 104:2,
5,8 105:17
107:12,15
109:11 112:7
113:21 115:1,
20 118:18,20
121:4,8,11
122:5,7,9,18,
23 123:5
124:25 125:1,
11,13,15,19,
25 126:15,18
127:2,3,13,
17,21 128:10,
19,22 129:2,
6,10,13,19
130:5,6,9,10
131:7,9,15
132:4 139:6,
14 140:23
146:8,25
148:11,24
149:1,5
150:3,7
didn't   16:14
   22:17 32:8,24

33:7 36:14
37:19 40:1
45:14 46:14
52:12 53:24
71:15,16 93:2
99:14 100:13
101:9,16,18
103:5 113:23
115:10,18,21
121:15 122:7,
15 125:20
126:4,7
132:19 136:8
138:2,10
140:22 144:17
145:24 154:8,
19
**died** 119:25
**difference**
31:6
**different**
12:15 13:17
15:13 16:19
32:2,3,5 52:7
65:13 69:11
71:2 75:23
80:17,25 81:4
85:5 86:12
94:8 101:13
103:14 110:9,
11 111:6
153:13 154:1
**differently**
47:10 77:20
**difficult**
55:9 61:11
97:15
**difficulties**
13:13
**director** 50:2
51:22 52:8
132:22
**disappear**
126:3
**disappearing**
127:5
**disclose**
122:8

**discoloration**
62:5
**discovered**
116:20
**discuss** 33:24
55:4 119:22,
24 120:16
129:2,3,5
131:14,18,25
134:2 136:23
**discussed**
40:7 43:19
83:24 84:2,
11,14 86:16
107:5 117:14
119:19 120:1,
20 123:2,7,8,
9,10,11
130:22 131:20
136:10 139:25
140:6,9
**discussing**
18:6 62:10
107:3,6
109:20 140:3
154:20 155:18
**discussion**
21:17 27:15
33:20 97:25
117:2 119:8,
13 130:14
135:11 156:15
**discussions**
27:11 117:8
127:19 140:4
**dishonest**
32:1 33:2
**distinctly**
101:14
**divert** 119:4
**diverting**
118:23 136:9
**divvied** 85:14
**divvy** 105:22
**do** 5:7,13
6:12,19 7:22
10:4 11:15,
20,21 12:12

17:3,23 18:12
19:6,12 20:24
21:11,23
22:1,12,25
23:15 25:4
26:8,12,19,24
27:19 28:17,
22 29:1 30:2,
18 31:2 32:3,
8 34:8,17
35:4,8,9,12,
13,14,16
36:6,12,16
37:5,14,18,24
38:1,2 39:20,
22 40:11
41:12,15,20,
25 44:2,4,10,
13 45:24
46:6,12,18,22
47:6,10
48:16,17
49:9,19 50:19
51:16 53:14,
16,19 57:3,9
58:3,6,12,16,
19 59:4
60:16,22
61:2,7,8,15,
16,24 62:7,14
63:2,4 64:8,
19 65:12,17,
21,23 66:17
67:9,15 68:5
69:13,20,24
70:5,16,25
71:4,20,22
72:23 73:25
74:23 75:17
76:7,14 77:22
78:12,19,25
79:16,19
80:20,25 81:5
82:18,25
83:9,15,18
84:3,4,6,24
85:7 87:2
88:21 90:11
92:19 93:1,2,

22 94:8,11
95:21 96:11,
13,19 98:18
99:2 100:3,8,
21 101:3,24
102:25 103:1,
25 104:2,12,
17,24 105:8,
20 106:24
107:3,9,25
108:8 109:11,
20 111:22
113:4,16,17,
23 115:3
116:5,16,21
117:1,16
119:7 120:19
121:6 123:2,
21 124:3,7,
10,21,25
125:24 126:2,
15 127:18,21
128:8,12
129:22 130:9,
17,25 132:2,
6,8 133:3,5
134:20,23,24
135:25
136:10,17
138:9,16,20
139:9,12,16
141:17 143:9,
14,23 144:2
145:25 148:20
152:21,22
153:9,24,25
156:17
**doctor** 47:19,
25 65:6 66:24
68:8,22,24
75:2 104:5
111:15
**doctor's**
110:21 111:9
**doctor-doctor**
67:1
**doctors** 36:16
48:2 55:9
65:9 68:25

115:6 154:16
155:9

**document**
71:13 79:1
122:14 133:5
134:21

**documentation**
78:13 93:9
111:11 122:24
130:11 135:13

**documented**
76:5 79:2
80:19

**documenting**
138:15

**documents**
9:18 30:22
31:1 34:22
125:22

**does**  7:9,11
14:12 15:25
18:14 26:18
30:8 39:7
47:17 48:24
49:22 51:20
58:17,24,25
59:21 61:6
64:11 68:7,
21,23 70:8
72:14 77:20
79:19 81:18
83:14 90:13
91:7,18 92:21
94:24 95:24
102:13 103:17
106:15 108:7,
8 109:8
116:2,7 134:9
138:5 152:13
153:4

**doesn't**  7:13
59:13 92:6,10
94:14,18
102:13 103:12
111:7 115:10
142:4 152:4

**doing**  6:10
13:23 17:20
28:15 32:7

35:11 46:10
59:19,22
63:25 78:2
83:12 98:5
99:14 104:13
126:24

**don't**  7:5,14
8:6 15:15
16:23 18:4
19:9,22 21:14
22:21,24 23:3
24:16 26:11
27:9 28:5,13,
20 30:12,14,
21,23 32:17
33:6,15
34:10,20,22,
25 35:1 38:3,
20 40:23,24
41:1,2,17,18
42:4 43:6,9,
10,11,15,17,
18 44:12
45:22 46:21,
25 47:3 50:4,
23,24 51:5,8
52:11 53:24
54:8,21,24
55:5 57:5,18
58:8 59:7,9
60:1,19,21,24
62:11,13
63:21 69:6,
14,15 73:20,
22 75:3 78:21
79:2 81:9
82:5 85:5,8
89:13 92:15,
23 93:14
94:19 95:3,6
97:25 98:2,3
100:20,22
104:4,8,15,
21,23 107:1,5
109:12,24
110:19,23
111:20,24
112:2,3,4,14
113:20

114:19,22
115:18
116:19,25
117:8,17
119:10,18
120:3,21
121:14 123:1,
5,10,15
124:5,8,14,
16,20,24
125:1,2,23
126:1 127:1,
7,15,24
128:11 129:4,
9,12,18,21
130:8,13,20,
22 131:7
132:7,21
133:8 135:21,
22 136:2,12,
18 137:7
139:2,3,4,8,
15,20 140:9
142:22 144:2
146:15,25
147:14
148:10,14
152:8 153:12
154:5,13,17,
23 155:11

**done**  20:24
36:22 45:25
46:11 48:2
49:24 50:15
51:15 65:25
71:3 76:17
88:12 107:20
110:5 120:7
128:1 131:19
142:6

**door**  55:17

**dot**  79:17,19,
23 80:6
81:12,15 82:3

**double**  59:5
126:15

**doubling**
85:16

**doubt**  38:2

**douche**  28:21
29:2

**down**  6:20,25
22:9 57:25
61:21 69:2,23
70:24 75:15
95:7 142:7
144:5 146:11
147:3

**Dr**  5:10,14,19
11:20,23
15:11 21:9,
23,25 22:8,12
23:4 27:7,10
37:5 38:11
40:7 45:18
50:1 51:7,14,
23 52:1 53:11
54:13 66:17,
23 69:19
73:25 74:13,
19,22,25
75:4,16,22
76:9,14 77:2,
8,10 79:9
80:9,15,16
81:2,14,25
82:24,25
83:2,17 84:4,
5,9 85:22
86:1,2,12
87:1,19,20
88:16 89:6,8,
17,20,25
90:4,10 91:13
92:17 93:16
94:5 106:11,
12,14,24
107:4 109:18,
19 112:4
113:4,10
117:9,10,14
118:3 119:9,
14 122:20,21
123:8 128:8,
10,12,21
130:10,15,18,
20 132:3,9,10

133:4,14
135:2 138:12
139:13,25
140:6 148:23
151:10,11,21
152:4
**dregs** 146:23
**dressing**
70:22
**dressings**
65:13 110:2
121:18
**drop** 99:14
**drugs** 7:25
**due** 62:23
**during** 15:12
16:8,22 17:18
19:6,13,19
20:22 23:19
25:19,21
26:6,8,13
29:8 34:13,23
36:25 37:1
48:14 56:25
57:21 63:7
65:4 72:8
78:14 84:2
85:10 86:16
103:16 105:4
106:1 115:9
123:21 126:3,
10 143:20
148:8,11
155:18
**duties** 13:2
113:19
**duty** 113:2
**Dyse** 69:24
89:1 95:16
97:7 98:5
111:22 114:25
123:4

---

**E**

---

**each** 6:21
7:21 36:21
46:9 56:7

58:17 72:7,24
77:11 112:5
116:7,9
**Earl** 21:25
22:8,12 27:7,
10 50:1 51:7,
14,23 52:1
117:10,14
118:3 119:14
122:21 123:8
128:8,10,12,
21 130:10,15,
18 132:9,10
133:4,14
135:2 139:13
**earlier** 8:16
34:16 38:10
45:4 60:25
62:16 71:15
84:23 89:3
93:16 98:3
99:24 108:3
111:18 121:16
137:9 146:16
149:12 155:19
**early** 96:17
98:11,17 99:9
100:10 103:20
107:16 108:21
150:20
**ears** 55:11
**easy** 99:25
**educated**
30:15,17
**education**
10:15 32:20
**educational**
20:4,6 132:1
133:12 134:2
136:14
**effect** 153:11
**efficiency**
13:14
**either** 15:1
17:10 27:7
52:3 56:9
64:3,16 74:15
111:2,10

115:12 131:5
**elicited**
75:25 79:15
81:2 92:18
93:17 94:6,14
**Elizabeth**
5:12
**else** 9:13
22:25 31:21
35:5 36:24
42:4 48:3
54:11 69:5
100:19
104:10,17
107:10
109:21,22
127:3 129:10
130:10,17,23
134:10 139:24
149:25
**else's** 85:20
**email** 8:25
21:25 22:2,4,
10,11 27:5,15
36:3 41:22
57:17 74:15
117:12
122:17,18
130:7 140:19,
22,23
**emailed** 8:24
**emails** 24:15
**emergency**
38:19 39:2
99:12
**encompasses**
155:7
**end** 19:25
57:20 58:22,
23 82:2
124:15 136:8
147:22 148:5
**end-of-the-
shift** 99:23
**enjoyed** 75:4
**enough** 33:11
145:25

**enter** 105:17
**entered** 73:25
82:19 89:1
91:12 95:23
105:8
**entering**
32:20 78:15
**enters** 74:13
**entire** 55:25
72:18 91:11
**entry** 87:2,11
**enzymatic**
65:12
**enzyme** 70:22
**Epic** 82:14
91:22 126:21
**Epic-generated**
82:15
**equivalent**
20:19,20
106:14
**ER** 16:4 17:17
126:8 144:5
147:3
**errand** 36:20
**eschar** 97:16
118:15
**especially**
39:3 144:15
**essentially**
17:24 64:12
67:21 82:8
**ethics** 128:23
**evaluate**
17:17
**evaluated**
16:5
**even** 25:9
28:23 32:21,
23 33:25 43:6
46:9 51:8,17
52:21 59:16
67:4 81:15
84:1 90:5
102:21 108:5,
13 113:25
114:8 117:24

121:4 132:10,
25 134:8
140:9 148:7
154:4
**event** 90:20
120:20
**events** 90:18
119:23,24
121:25 122:4
141:7
**eventually**
118:22
**ever** 5:22 6:6
7:22 34:17
35:4 36:23,24
40:7 48:1
49:9 54:18,24
55:1 59:4
65:17 76:13
93:14 111:13
116:17 120:1
126:18 127:13
128:10 147:6
150:3 152:7
**every** 7:18
9:22 16:24
17:4 18:6
19:1 20:1,20,
22 24:1 25:24
28:4,6 29:9
51:19 52:2,3
61:16 69:12
71:25 72:3,
10,15 73:5,12
77:20 82:5
85:13 89:11
90:2 91:20
110:13 118:1
126:5 131:1,
2,11,23
135:22 147:19
149:3
**everybody**
112:21 121:2
124:17
**everybody's**
112:24
**everything**
6:19 21:4

22:5 63:4
126:24 133:17
156:9
**exact** 18:4
19:22 22:21
28:14 109:12
139:4
**exactly** 34:14
52:24 53:24
100:22 112:4
117:17 123:15
**exaggeration**
146:7
**exam** 17:5
23:17 61:9,16
62:14 77:5,7,
8,9 78:5,7
137:2,8
138:15 149:2,
3
**examination**
5:8 62:2
76:14,18
140:14
148:24,25
152:2
**examine** 76:16
80:10
**examined**
76:1,10 78:9
79:15 81:3
94:6,20
**examiners**
120:25
**example** 58:21
81:22 131:16
**examples**
31:24 54:9,21
56:9 59:8
148:15
**exams** 58:12
59:20 83:22
136:25
**Excel** 134:20
**except** 20:1
116:10 117:9
140:21

**excuse** 143:24
**exemplified**
46:4
**exercise**
40:7,8
**exercising**
36:25 39:19
**exhibit**
21:19,20 27:6
29:16,17
35:21,25
37:4,7 41:9
42:21 46:16
49:18 53:15
66:20 69:7
73:23 74:2
75:14,19
79:7,11
80:12,22
82:16,21
84:7,20 86:4,
22 87:4,18,24
88:19,23
98:15,21
101:5 105:6,
14 114:9
140:18
**exhibiting**
28:11
**expand** 24:20
**expect** 33:11
55:11,13
61:7,8 62:14
116:13 133:24
**expectation**
112:9 143:2,8
**expected**
144:25
**experience**
25:8 62:17
107:15 118:15
**experienced**
75:2 83:5
111:23
**experiences**
73:3
**expert** 7:12

**explain** 12:6,
16 15:24
27:22 32:18
62:19
**express** 62:6
**expressed**
121:24 122:3
**extended**
116:12
**extra** 46:10
**eyeball**
63:20,21
**eyes** 55:11
61:10 62:3
72:12 75:12

---

**F**

**fact** 138:5
146:9 150:11
**facts** 8:2
**failure** 73:4
**fair** 18:1,19
29:7,13 40:13
50:9 52:15
54:8 65:8
67:24 75:6
79:4 97:22
99:13,21
102:18 115:9
126:10 147:6
155:25 156:2
**fairly** 97:21
**fall** 50:4
**far** 52:11,12,
14 118:14
128:16 145:12
156:11
**fast** 143:18
**faster** 7:19
**fault** 115:23,
25 116:1,3
**febrile**
90:11,19
**February**
120:5

**FEDERAL** 5:2
**feedback**
  127:14,16,23
  147:18,24
  148:3
**feel** 37:19
  40:1 51:14,19
  55:24 61:22
  69:14 102:2
  108:6,16
  109:4 111:11
  113:7 119:1
  122:7 124:23
  130:2 136:4,
  22 144:3
  146:24 152:14
  153:2 154:9,
  12
**feeling**
  32:13,16
**feels** 61:23
**fellowship**
  10:25 11:4,25
  23:19 62:20
**felt** 22:7
  23:12,17 28:1
  32:1 33:2,18,
  19 34:5 39:2
  42:3 54:22
  107:15,24
  119:16,17
  123:23 127:5
  130:4 131:23
  132:10
  146:19,21
  147:1,17,22
  148:12 149:5
  153:19 154:15
**female** 123:23
  124:3 146:15
  147:8 153:18,
  24 154:4
**fever** 90:14,
  20 91:3
**few** 6:16 54:1
  73:4 111:6
  128:2 140:13

**field** 13:7
**fifth** 11:2
  19:4 43:23
  51:16 131:8
**fifth-year**
  12:4 14:17
  133:17
**figure** 61:25
**file** 71:23
  73:9 135:23
**filed** 88:8
**filled** 116:18
**final** 91:9,17
**find** 8:22
  51:3 93:7
  128:19 139:6
  146:8
**findings** 76:4
  80:18
**fine** 6:15
**fingers**
  101:18 102:16
**finish** 6:24
  7:3 11:2 93:7
**finished**
  11:10 109:17
**fired** 139:1,
  2,3,7
**first** 8:14,
  22,24 13:9
  14:1 15:5,6
  21:8,9,11,18
  25:16 34:23
  37:18,20,23
  38:21 40:6,19
  72:17 85:15
  86:8 89:10
  90:6,15 91:23
  92:5 96:14
  104:1,25
  105:2 107:2
  114:10 137:24
  139:6 142:11
  147:22 149:10
  150:25 151:7
**first-year**
  13:17,21
  14:13,14 45:6

  71:12 115:23,
  25 152:18
  153:1
**firsthand**
  122:5
**five** 10:3
  30:18 53:5
  91:9 95:11
  97:2 131:17
  155:12,14
**five-minute**
  53:1
**fix** 84:1
**flat-out** 31:7
**flipped** 78:9
**float** 20:14,
  25 45:12
  47:23 143:5,7
**floor** 13:22
  16:25 37:22
  48:9,10 55:12
  56:23 73:2
  89:8 105:23
  142:11
**floors** 44:21
**follow** 65:21
  67:19 140:13
**following**
  13:25 16:17
  108:1
**follows** 5:6
**followup** 7:2
  151:25
**for** 5:11,24,
  25 7:1,4,6,10
  8:4,5,12,23
  9:2,15 11:15
  12:9,10 13:1,
  6,17 14:1,18,
  22 15:18
  17:5,9,21,23,
  25 18:2,12
  19:17,19
  20:1,17,24
  21:15,21
  23:20,22
  24:1,3 25:3,
  15 27:20

  28:20 29:18
  31:18 33:1
  35:4,17,19
  36:1,5,10,21,
  22,24 37:8,
  11,20,21,25
  38:19 41:15,
  23 42:22
  43:20 44:17,
  18 45:11 47:5
  48:15 49:4
  51:5,7 52:8
  53:5 55:18,19
  56:10,13
  58:21 60:2
  61:18 62:11,
  12,22 63:25
  64:8,14,23
  66:8,14,21
  67:9,10 68:22
  69:8 70:18
  71:1 73:11,
  13,17 74:3
  75:20 76:11,
  17 77:25
  78:19,22
  79:1,12 80:23
  81:10,14,22
  82:1,11,13,22
  83:17,19,24
  84:18,21
  85:15 86:5,7,
  11,23 87:1,2,
  5,11,19,25
  88:24 89:14
  91:2,5,6,7
  92:2,4 96:17,
  19 98:11,17,
  22 99:7,24
  101:6 104:3
  105:7,15
  106:2,3
  107:13,23
  109:5,6
  111:2,10
  112:8,16,22
  113:10,12
  114:11,20,21
  115:19,23

116:1,3,7,9,
11,16,18
118:17 120:9
121:19,23
122:15 125:21
127:2,5 130:9
133:8,9 135:4
136:18,21
137:1 138:1
139:22 140:21
143:2 144:5
145:2 147:23
148:18 150:14
151:6 152:21,
25 153:2,16
**form** 45:16
56:16 67:11
112:17 114:13
125:16 133:6
140:1,8
**formal** 122:19
**format** 131:7,
9
**forth** 112:9
**forthcoming**
137:2
**forward** 83:21
**found** 22:5
50:17,25
145:16
**four** 10:3
20:13 21:1
81:16 88:11
101:12 110:22
**four-year-old**
10:12
**fourth** 11:2
12:25 14:18
19:3 20:15
43:24,25
51:16 69:14
**fourth-year**
12:3 14:16
**frame** 19:13,
20 25:16,20
39:8 48:14
56:25 57:1,2
62:17 63:7

117:4
**frame-wise**
11:23
**Friday** 17:19,
22 19:19
**from** 8:2 9:5
11:24 16:3
19:15 20:2
21:25 23:9
25:25 26:1
27:24 33:18
36:4 41:2,21,
22 49:23 52:5
53:8 59:18
68:14 71:11
75:5,16,22
76:1 77:14
79:8,15 80:12
83:21 84:8
89:7 92:17,18
93:17,18
94:6,9,10,15,
17 96:4 97:4
102:10 104:15
107:9 110:15
112:10 119:5,
16 127:4
128:5,13,24
130:16 131:24
133:11 142:13
146:23
148:13,19,23
**front** 28:6,12
34:6 35:8,12,
14 53:22
154:15
**frustrated**
38:23 107:17
144:3 148:15
**full** 5:10
59:19 61:16
94:20
**fully** 81:8
**further** 46:4
146:5

**G**

**gap** 10:21
**gaping** 25:10
**garage** 126:18
**gave** 27:19
41:24 51:6
113:8 127:23
**general** 10:24
11:2 12:14
13:3,7 32:6,
13,15
**generally**
14:1 51:18
**Georgia** 5:15
11:12,17
**get** 14:25
15:2 17:4
24:23,24
28:23 31:14
46:11 50:14
61:4 62:23
70:14,15
76:18 87:12
91:4 94:20
95:7,9 99:4,7
106:1,2 108:3
111:3 114:24
116:12 119:2
128:14 131:13
134:9 135:2
138:10 143:22
144:7,8,17
**gets** 46:11
95:23 96:1,2,
5 124:17
**getting** 39:18
62:20 66:6
110:16 111:8
119:7 143:17
**give** 24:18
29:21 33:15
59:2 72:4
95:11 107:22,
23 108:10,12,
17 109:1
113:21,23

119:3 127:13,
16 130:10
132:15 135:13
137:17 139:23
147:18
**given** 6:16
69:19 89:13
113:3,7
**giving** 32:25
94:19 107:25
113:9 148:3,4
**go** 18:17
21:15 25:24
26:2 30:25
35:17,18 36:5
37:11,25
39:24 40:3,20
41:9 42:6
43:2 46:16
47:10 49:18
50:7,13 53:13
58:17,19 61:8
62:9 63:21
65:5 72:12
75:15 82:17
89:21 90:8
94:3 95:15
96:18 99:3,4,
12,14 100:8
108:7 113:13
114:8 115:20
120:22
124:23,25
125:13,19
126:6,21,25
128:2 129:13
130:6 131:10,
13,22 132:25
133:4,15
135:16 137:19
138:1 144:20,
23,25 147:3
148:6 149:19
150:17 151:14
152:11,15
154:11,14
**goes** 7:19
83:7 90:4
95:25 106:22

128:17 153:13
**going**  6:22
  8:4,23 12:22
  17:6 21:12,18
  22:19 23:18
  27:11 28:4
  29:4,13,15,22
  31:14 32:20
  34:18 35:20
  36:10,13,22
  37:3 38:13
  39:6,10 40:2,
  3 41:7,11,25
  46:16 51:2
  52:25 55:15
  58:23 59:19,
  24 63:22
  66:12 69:2
  73:3,23 75:23
  78:25 79:7
  82:16 86:25
  89:18 94:3,13
  97:7 100:24
  102:15 103:6
  106:7 111:11,
  17 115:6
  118:16 120:22
  125:24
  128:20,23
  131:16 140:16
  146:4 149:8
  150:13 152:6,
  19
**gone**  102:1
  111:5 125:21
**good**  7:2
  38:20 39:3
  53:11 55:14,
  16 56:1 83:16
  95:8,9 108:6
  127:21 131:24
  148:3
**gosh**  71:5
  124:21
**got**  11:11
  26:1 28:2
  30:15 33:4
  37:16 50:13
  59:2,24 82:10

94:9,17 96:21
  99:2,13
  111:4,16
  116:1 118:22
  140:11
**graduate**
  49:23
**graduated**
  10:16,19,21,
  23 11:3
**graduation**
  10:25
**gram**  91:24
**gram-positive**
  91:24
**gray**  42:11
**great**  62:13
**Greene**  22:1
  27:8 123:9
**Griffin**
  129:17 130:20
**ground**  6:17
  124:11
**grounds**  59:17
**group**  51:23
  120:17 135:9
  154:16
**growing**  92:4
  110:14
**grown**  91:22
**guess**  11:7
  24:1 30:14,
  15,17 42:1
  43:8 46:1
  108:11,25
  109:18 114:5
  116:5 134:6
  136:16 142:8
  147:5 153:6
**guessing**
  38:22 68:9
**guidelines**
  67:19
**gunshot**  16:3
  93:5
**gut**  137:17

**guy**  150:20
**guys**  8:11
  138:10

---

### H

**habit**  71:25
  127:16
**had**  5:22 6:1,
  6,12 8:7
  16:14 19:14,
  15,22 20:21
  22:6,7,10,17
  23:13,17,20
  24:1,2,4
  26:10 27:6,24
  32:1,8,13
  34:13,17
  35:7,16,23
  37:15 38:16
  39:24 40:2,7,
  14 41:1,22
  42:1,2 45:20,
  25 50:3,18,25
  51:1,9,15
  52:10,15
  54:16,18 55:6
  57:14 58:1
  59:7,8,11
  60:3,7,8,10,
  11 62:16
  63:19,23 64:5
  71:19 72:1
  73:3,4 75:9
  81:10,12,15
  82:4,7 90:6,
  14,20 91:15
  97:17 99:8
  100:5 101:15,
  18,20,22
  102:1,2,4,5,
  16 103:4,7
  104:19 105:3
  107:12,16
  108:14,16,20
  109:22,23
  110:9,23
  113:2,25
  114:4,18,23

117:6,18,19,
  20,22,24
  118:3,10
  119:17 120:25
  121:3,5,9,25
  122:3,9,16
  123:12,22
  126:11 128:14
  130:4,21,22
  131:10,24
  132:14,17,23
  136:5 137:1,9
  138:17 140:22
  141:25
  144:19,22,23
  145:10,13,16,
  18,21,25
  146:2,9
  147:12,21
  148:6 150:4,
  8,20 152:12,
  14 153:9
  154:9,20
**hadn't**  51:3
  59:22 89:19
  137:16 147:24
**half**  8:19
  15:12 25:16
  106:2
**halfway**  6:22
**hallway**  58:22
  109:13
**hand**  58:16
**hands**  38:20
**happen**  58:24
  63:2,5 96:1
  107:15
  133:24,25
**happened**  22:7
  26:15 27:3
  31:24 41:18
  43:6 48:4
  56:13 78:24
  96:22 111:4
  118:18 137:3,
  4 141:9 148:1
  155:19
**happening**

134:9 141:11
**happens**  9:22
  33:11 95:23,
  25 131:18
  136:6
**harassed**
  147:8
**harassing**
  146:19 147:13
**harassment**
  125:4,7
  153:21 154:18
**hard**  92:5
**has**  5:19 6:16
  19:3,4 49:4
  64:8 73:12
  74:6 75:11
  76:22 78:24
  82:12 83:14
  91:3,10,21
  99:10,18
  100:12 102:21
  104:7 111:13,
  14 112:15
  114:16,17
  116:4,11
  133:6 141:9
  147:6
**have**  5:16,22
  6:6,14,19
  7:2,21,22
  10:2,4,12
  12:21 13:7
  14:9,24 17:17
  18:5,22 19:16
  20:4 21:5,6,
  8,12 22:14,20
  24:3,5,25
  25:12,23,24
  26:5,19,24
  27:11 28:5,24
  30:5,9,19,25
  31:2,5,17
  33:2,10,19
  34:13,18,21,
  23,25 35:1
  36:23 38:2,20
  42:4 43:7,8,
  25 44:7,8,15

46:2,19,20
47:2,22 48:1,
2,19,24
49:12,15,17,
24 50:8,25
51:8,15 52:6,
12,18 54:1,
16,18 55:6,
14,16,20
56:1,22,24,25
57:5,19 58:4
59:10 61:1,17
62:4,12 63:7,
10 65:4,24
66:7 67:3,4
68:20 69:4,5,
15,24 70:16
71:9,22 72:3,
6,10,20
73:12,13
75:7,9 76:15
77:2,22 78:17
79:17 81:7,
19,24 82:5
83:24 84:1,4
85:10,12,23,
25 86:1,7,19
88:12,17
89:11,13,15,
25 91:9,12,
14,16 92:1,6,
9 93:10 94:18
96:8,10,22
97:10,22
98:14 100:5,
20 103:11,12,
17,19 104:5,
19,24 105:2,
20,21 106:4,
7,16,18
107:5,7,9,19
108:13,14
109:7,8,17,
19,24 110:4,
7,10,12,15,20
111:7,19
112:1 115:1,
12 116:2,7,
19,21 117:25

119:7,10,12,
15,25 120:4
121:12,21
122:7,8 123:9
124:14,15
126:2 127:18,
24 128:12,13
129:6,16
132:25 134:2,
4,7,10,11
136:1,2,5,6,
7,20 137:25
138:5,6,18,22
139:18,20,25
140:6 141:11
142:4,6
144:23,25
145:22,24
146:4 149:10,
14 150:11,12
151:25 152:13
154:22,23
155:19,21
156:16
**haven't**  56:6
  89:7 137:10
**having**  13:13
  28:1,3,11
  30:8 33:19,20
  47:16 53:23
  54:5,19 64:7
  140:5 142:17
  144:20 147:18
**he**  5:19,20
  19:10 23:15,
  17 26:11,19,
  21,23 28:10,
  14,23 31:16
  32:1,8,11
  33:2,25 35:18
  36:5 37:20,23
  38:1,17,24
  40:2 42:1,3,
  16 44:3,15
  45:6,10 46:3,
  14 47:4,14,
  16,24 49:19
  50:25 51:3,9
  52:12 55:7

57:1,2,19,21
59:7,8,11,13,
14,16,18,21,
22,24,25
60:16,17,19,
20,21,22
74:22 75:1,4
76:9,10 77:17
79:14,15
85:7,10,12
88:10 90:19
92:11,17,18
93:5,10,17,19
94:7,9,14,20,
24 95:2 96:3,
15 99:8,9,18
100:10 101:8,
17 102:2,4,5,
8 103:4,10,
11,13,18,19
105:17 106:21
107:11,12
108:14,16,19,
20 109:8
113:7,19,21,
23 114:6,23
117:6,20,22,
24 118:5,6,
18,20,21
119:11 120:3
121:5,9
122:15 125:20
126:5,6,8,12,
14 127:1,23
128:22 129:1,
2,4,7 130:4
137:1,5,6,24
138:14,16,17,
22,24 139:1,
2,3,6,14
141:22,23,25
142:20,22,23,
24,25 143:11,
21,23 144:5,
8,12,14,15,
16,17,19,23
145:10,11,12,
16,18,21,23
146:2,6,9,19

**hospital**
11:15 18:2
19:21 37:20
38:9 43:5
49:10 59:21,
23 73:5 82:12
112:22 117:3
128:24 132:15
136:1 142:12,
15,16 155:16
**hour** 7:18
8:19 42:19
49:5 53:1
73:7
**hours** 52:23
88:20 92:9
139:22
**how** 5:16 6:20
8:5,11,17,22
10:2,6,8
17:20 18:13
20:18 35:8
44:23,24
49:19 50:3,24
51:3 52:7,11
57:7 58:9,17
62:6,13 64:16
74:20 78:15
81:18 83:14
84:3,4 85:7
87:14 91:7
92:15 94:12,
21 96:19
97:24 98:19
103:1,3 104:7
113:23 119:18
123:23 127:2
128:16,19
131:15 133:20
134:7,9 149:5
155:10
**HR** 132:17
154:6,7,12,14
**huge** 25:10
**Huh-uh** 87:17
**huh-uhs** 7:5
**Human** 125:7,
11,13,15,19

**I**

**I'D** 29:9
38:15 61:4
95:9
**I'LL** 6:21 7:6
29:21 37:3,10
73:20 75:14,
15 80:12
82:17 96:25
114:8 128:2
140:3
**I'M** 6:16,23
7:1,12 8:4,15
12:11 22:19
23:8 29:4,15
34:13 35:20,
22 38:13,22
39:6,10,18
40:3,17 41:7,
8,10 43:7
44:4,11 45:13
46:16 48:4
53:2 54:17
60:9 61:25
64:25 65:25
66:12 68:9
69:2 73:3,23
75:23 77:1,6
79:7,22 81:23
82:16 85:4
86:25 87:18
92:20 93:19
94:3,12,21
96:21 97:24
100:24 102:15
108:1,25
109:7 116:5
117:17 118:15
120:22 123:1
129:4 131:16
133:2 134:6
136:16,19
140:16 146:22
147:16
**I'VE** 10:12
28:19 41:21
47:8 73:3

123:25 125:22
133:1 137:21
140:11
**ICARE** 116:17
**ICU** 15:1 17:1
23:19 66:24
**idea** 50:12
65:24
**IDENTIFICATION**
21:21 29:18
36:1 37:8
42:22 66:21
69:8 74:3
75:20 79:12
80:23 82:22
84:21 86:5,23
87:5,25 88:24
98:22 101:6
105:15
**if** 5:10 7:9,
12,16 10:14
12:6 13:12
15:15,24
16:5,14,21
17:13,17
18:10,12,16
19:12 21:11,
12 22:8,17
23:8 24:16,24
25:4,9 27:22
28:8,14
30:14,23
31:13,16
33:1,21,25
34:16 35:7,10
37:21,24 39:8
40:2,24 41:1,
3 42:5 43:6,
10 46:9,17
47:10,24
48:14,22,25
49:2,4,5
50:5,6 51:9,
25 55:14,16,
20 56:1,4
59:11 60:21
61:22,23
62:4,18
63:12,19,23

64:5,7,25
65:3,12 66:15
70:2 73:22
77:25 78:3,8,
12,19,25
79:2,4 81:22
83:25 84:1
85:22 88:7
90:15 91:3,21
92:6 93:3,19
95:7 97:13,
15,17 98:15
103:16,23,25
104:17 106:6,
9 108:14
110:10,14
111:2,8,22
112:11 113:21
116:11,25
117:20 118:5,
13,21 119:11
120:19 122:9
123:2 124:10
125:6 127:1,4
128:15 131:17
132:2,24
135:4,14,24
136:1,4,18,20
137:24 138:17
140:18,22
141:10 142:23
143:3,8,13
144:4,5,9,22
146:6,24
148:2 152:4,8
153:9 154:4,
9,12 155:16
**ignorance**
20:18
**imagine** 31:10
74:14 87:15
97:19,20
120:8 127:17
**immediately**
55:21,23 99:3
102:16
**in** 5:15,19
6:1,9,11,12
7:1,22 8:23

9:1,8,12,24
10:18,19,20,
21,23,25
11:1,3,12
12:1 13:2,8,
12,20,22 14:8
16:2,4 17:10,
17 18:1,2,7,
9,14 19:1
20:3 21:3
22:9 23:1,18,
19,20 24:14
25:11 26:2,16
27:3 28:6,7,
8,12 29:23
30:1,13,22
31:13,14,18
32:4,6,22
33:4,22,23
34:6,8,18,21
35:8,11,12,
13,14 36:9
37:10,15
38:17,22
39:1,12,14,
16,18 41:10
43:22,25 44:2
46:13,20
47:1,2,8,9,19
48:21,22
49:1,5,18,23,
25 50:4,18,
21,23 51:25
52:9,23 53:15
55:10 56:11
58:16,17
59:1,3,10,19,
24 61:4,10
62:20,25
63:4,17,21,24
65:18 66:3
67:25 68:3
69:4 71:9,19
72:2,12,17
73:5,6 75:8,
15 76:5,13
77:3,11 78:5,
6,13 79:1,4
80:7,19 81:7,

18 83:18 84:1
88:16 89:8
90:17 91:14,
22 93:3,6
95:7,24,25
96:2,6,15,17,
23,25 97:14
98:11,12
100:9,17
101:13 102:13
103:18 104:1,
9,10,17
105:21,23
106:5,16
107:17 108:20
109:13 112:6,
7,21 116:22
117:6,12,22
118:6 119:4,7
120:5,14
123:13,16,18,
25 124:8
125:22 126:5,
7,8,9,23
130:9,21
131:8,12
132:15
133:14,19
134:25 135:1,
23 136:22
137:1,23
138:5,15,18,
20,22 141:7,
10 142:3,15,
18,20,23
143:3,15
144:1,3,5,13,
22,24,25
145:8,15,17
146:9,14
147:9 148:4,
22,25 149:2,
9,19,20,23,24
150:11,22
151:14 152:9,
11,12,15
153:7 154:15,
19 155:12,16

**in-patient**
  69:18
**inaccurate**
  108:5 114:7
**inappropriate**
  42:2,3 127:12
  147:15
**inappropriatel
y** 154:11
**incident**
  41:17 43:2
  116:17
**include** 68:17
  72:14
**incorrect**
  40:16,18
  93:16
**independent**
  54:2
**indicated**
  76:20
**indicates**
  46:17
**Indicating**
  29:24 69:21
**individual**
  57:24 85:2
**individual's**
  126:25
**individually**
  58:20
**individuals**
  58:4 72:7
  120:12
**infected**
  97:11,13
  118:11
**infection**
  92:6 97:18,22
  98:1 118:13,
  16,17
**inform** 151:22
**information**
  51:6 58:13
  72:5 76:25
  77:2 113:7,9,
  22,24 132:16

137:2
**initial** 90:5
  118:22
**initially**
  90:1
**initiate**
  65:5,6
**initiated**
  66:17
**injuries**
  73:14
**input** 147:23
**inputs** 74:6
**insight** 84:4
**instance**
  54:15 137:24
**instances**
  127:25 137:10
  144:2 148:10
**instead** 31:16
  142:20
**instructed**
  24:12
**instruction**
  24:13
**intentionally**
  156:3
**intern** 14:12
  15:8 18:23
  19:3,8,10
  20:15 32:21
  42:2 45:7,10,
  11 47:15
  50:5,6 52:13
  54:19 72:17
  74:6 85:19
  96:2 108:6
  113:20 127:6,
  8 143:3,13
  149:19 152:4,
  18 153:1
**intern's**
  115:15,23,25
  151:17
**internal**
  134:18
**interns** 14:11

15:3 16:11,24
26:4 32:19
48:2 50:5,10
52:9,16 54:16
58:15 59:2,3
63:12 68:15
71:12 73:15
105:24 106:10
108:3 112:23
113:14
137:10,14
153:10

**interplay**
116:6

**into**  15:13
19:21 23:18
26:2 32:10
60:22 61:4,8
62:13 63:15,
19 64:4 73:8
74:6 75:12
77:18 78:16
90:16 111:11
114:3 115:7,
20 119:2
126:25 133:7
135:16 144:13
145:2 148:6
151:21

**investigate**
32:10 102:17

**investigated**
117:5

**investigation**
59:4 117:2
131:19

**involved**
27:11 89:12
111:3,4
114:24

**is**  5:3,18,21
7:7 8:9 9:20
11:11,17
12:2,4 13:17
15:20 16:1
17:3,19,23
18:1,19,20,21
19:2,24 20:1,
17,18,19

21:1,8,25
24:13 25:6,8,
9,15,23 26:24
27:12,22
29:4,7,13,22
31:10,12
36:3,15,22
37:4 38:18
39:6,10 40:13
41:25 42:6,8,
10,11,14,25
43:20,21,23
44:8,20,21,23
45:3,9 47:8,
22 48:7 49:12
50:2,9,21
51:12 52:6,15
54:8 58:22
59:11 61:14,
19,25 62:18
63:22 64:6,9,
12,14,21,22
65:8,12 66:4,
14,23 67:8,
16,18 70:9,
10,11,13
72:16 73:10
74:7,19,20,25
75:1,6,16,22
76:9,11 77:4,
9,16,19 78:6,
8,24 79:4,8,
22 80:2
81:18,25
82:1,10,25
83:2,18,25
84:7,18 87:1,
9,10,19 88:5,
19 89:3,24
90:1,23 91:25
92:4,5,22,23,
24 93:1,16,25
94:4,16,18
95:15 96:1
97:8,11,22
98:19 99:13,
21 100:24
101:2 102:11,
18,20 105:7,

9,11 106:11
108:25 109:7
111:2,3,11
112:22 114:6,
7,9,20 115:9,
14 116:8,15,
22 118:24,25
119:20,21,23,
24 120:22,23
121:12 124:22
126:10 127:15
131:4,5,12,
18,21 133:5,
9,16,18
134:1,3,10,
16,17 135:10,
17 136:17,19
137:6,7,15,17
138:14,16,24
141:3,8,14
142:2,9,13,
14,15 143:6,
7,8 146:3,7,
12,16 148:1
150:18,23
151:7,11
152:25 153:16
154:24 155:4,
8,25 156:9

**isn't**  143:24
145:5

**issue**  49:12
50:8 52:19
54:25 113:15
130:3,4
132:11 138:24
153:25 154:6

**issues**  54:6,
16,19 55:1,7
155:25

**it**  6:2,10,24,
25 7:4,11,18
8:5 9:22
11:24 13:17
15:12,13
17:22 18:1,
14,19,21
19:15,24
20:3,9,14,17,

18 22:9,10,
11,14,19,20
23:1,22
24:17,21,25
25:5,12 26:15
27:2 29:7,11,
21,22 30:1,
12,16,19
31:2,5,19
32:2,7,9,13,
24 33:2,4,7,
8,12 34:5,11,
13,14,21,23,
25 35:8,9,10,
12,13,14,23
36:5 37:10,
11,14,17,19
39:2,15,21
40:13,14
41:11,18,20,
24,25 42:5,
10,17,18,24
43:3,12 44:17
46:14,18,21
47:9,10,24
48:11,21
49:5,17 50:3,
6,9,11 51:7,
18 52:3,7,10,
15,19 54:8,24
56:14,25
57:5,7,13,14,
18,20 58:17,
25 59:13
61:23 62:3
63:13,14
64:16,18
65:6,8 66:15,
16 67:7,12,
13,18,22,24
68:3,11,21
69:12,18
70:4,12,19
71:25 73:13
74:6,13,16,
17,19,20,23
75:6,9,23
76:11,19,21
77:11,17

78:9,10,12,
21,25 79:4,6,
9,17,23 80:2,
4,6 81:2,8,
18,20,21
82:3,5,10
83:14,16,18
84:1,2,3,14
85:4,8 87:6,
10,20 88:7,8,
10,11,20
89:5,20 90:4,
10,11,14
91:1,7,22
92:5,10,21
94:12,14,17
95:20 96:6
97:13,14,25
98:8,16,19
99:3,11,12,
13,16,20
100:12,13,15,
25 101:8,10,
13,24 102:13,
14,18,19,20,
22 103:3,8,
13,20,22,24,
25 104:3,7,
21,24 105:2,
3,4,5,8,25
106:5,8,21
107:5,14
108:8,9,11
109:2,6,13,
19,23 110:1,
11 111:8,9
112:1,9,12,25
114:5,9,19
115:9,10,14
116:5,8,10
117:23 118:3,
4,5,6 119:1,
12,14,15,19,
21 122:8,10,
14,21 123:7,
8,9,12,13,16
124:12,14,24
125:1,11,15
126:10 127:15

128:16,22
130:2,14,22
131:7,8,15,25
132:1,4,5,6,
8,9,12,13,14,
17 133:3,9,13
134:3,4,5,9,
10,12,13,14,
16,17,21,25
135:2,10,18
136:2,3,4,6,
13,21 137:3,
6,16,18,19,25
138:7,15,18,
23,25 139:16,
18,19,20
140:4,17,22,
24,25 141:8,
10,11,17,22
142:4,5,13,
17,23 143:6,
10 144:7,8
145:24,25
146:5,18,21
147:1,11
148:2,4,5,10
149:2,5,6
150:15 151:3,
7,14,21,22,24
153:9,10,11,
13,20 154:1,5
156:6
**it's**  6:9,11
7:10 17:1
18:16 20:20
27:15 29:3
32:19 33:10,
13 38:19 44:5
48:4 56:4,13,
14 61:11
62:24 64:16
66:16 67:19
70:10 74:10
77:21 80:5
82:8,12 92:5,
9 94:13 99:6,
7,11 104:25
106:21 108:8
115:15,23,25

116:1,3,9
118:13 119:1,
7,21 123:20
124:24 126:1
129:21
131:19,21
133:22 134:19
135:9,21
136:14 142:11
146:4 149:19,
23 152:10
153:11 155:15
156:2
**items**  90:24
**its**  149:5
**itself**  56:15

---

**J**

**Jack**  44:3,4,
8,12,13,15
**Jackson**  10:23
16:2
**January**  22:1,
15,16 27:5
117:11 120:5
122:18 130:6
140:19,25
145:9
**job**  13:2 93:7
115:15
149:19,23
**Joe**  9:6 22:7
23:13 24:2,4
25:16 26:9
27:19,24
28:9,15 29:7,
21 31:22
34:17 35:16
36:4 37:18,25
41:22 42:12
43:3,16,17
45:7,14,25
46:14,18
50:18,22,24
52:20 53:16
54:7 55:1,4
56:10,24 57:8

58:9 59:5,15
60:4,8,11
67:4 71:16
87:21 94:9,15
98:10,16
101:2 103:10
107:16,18
109:4 112:6,7
113:16 117:20
118:3 119:17
123:12,19,24
125:20 126:2
127:2,5,11,
13,19,21
129:23 147:3,
5,7,12 148:18
**Joe's**  34:8
41:15 83:8
**jog**  106:15
**John**  18:16
**joking**  39:22
**judge**  12:18
**July**  11:25
39:7
**jump**  7:1
**jumping**  53:2
147:16
**jury**  12:18
**just**  6:18,23
7:4,6,7,9,13
12:8,11,21
15:4,6,24
16:9,15,16
17:13 18:13,
15 20:10,19
22:10 23:24
24:7,21 25:9
26:21,23,25
27:10 28:24
29:12,21
30:25 32:6,13
33:3,4 36:22
41:7 42:8,24
46:4,11 47:2
48:6 50:2,4
52:19 53:1,5,
21 54:4,14
55:24,25

59:16,22,24
60:20 61:20
62:3,9,11
63:1,5 64:23
75:1 76:10
77:6 80:18
81:19 82:12
83:13 85:4
87:10,11
89:21 90:8,15
91:15,25
93:8,19 94:3,
24 95:24
96:21 98:3,24
100:9 102:3
103:2,9,13
104:21 105:25
107:14,19
108:11 109:14
117:6 118:15
119:14,15
121:8 122:15
123:11,13
126:3,12
127:2,5
128:1,2,16
130:14
131:10,16,20
132:11 133:9
134:1 135:10,
21 138:9,10
140:12 144:7,
16,25 145:23
146:4,19
147:11 148:7,
15 152:6

**K**

**keep**  51:7
72:5 134:19
**keeping**  50:1
144:11
**Keith**  106:18,
22,23
**Kelly**  44:3,4,
7,12 67:8
**kept**  135:19,
21,23 144:9

**keyboard**
81:20
**kids**  10:6
**kind**  6:9
10:15 13:12
14:4 15:12
18:13 21:4
25:15 29:11
33:3 39:9
47:22 51:7,16
53:2 57:19,24
58:12,23
61:23 63:14
69:10 71:1
74:10 75:2
76:25 78:23
79:25 81:6
82:11 83:13
90:10,15
98:24 99:23
100:24 106:14
108:18
110:15,23
111:17 116:8
117:3 124:10,
17 126:23
130:18 135:12
140:13
142:11,14,15
**Kisha**  69:24
89:1 95:15,24
97:7 98:5
114:25 123:3
**knew**  38:17
47:24 103:5
106:6 110:10
121:2,15,20
133:3 154:5
**knife**  16:3
**know**  6:18,22
7:7,12,17 8:6
9:24 15:15
16:14 19:4
22:17 23:25
24:16 25:5,
10,13 27:2
28:7,10 30:12
31:21 32:7,22
33:6,11,14,25

34:16 35:10
36:19,21
37:24 38:1,3,
19,20,21
41:1,24 43:6,
10,11 44:2,4,
10,12 46:14,
25 49:3 50:24
51:5 52:11
55:14,15
57:18 58:9
60:1,19,20,
21,24 61:9,10
62:7,14 64:8
66:16 67:15
68:20,22
69:24 71:16
73:16,20,22
74:25 75:3
76:22 78:19
81:5,9,19
82:25 87:2
89:13,15
92:15,23
93:1,3 97:10
98:4 99:6
102:24 103:5,
8 104:12
105:9,25
107:18,20,21
108:2,7,18
109:6,12,13
110:23 111:24
112:11
113:21,23
114:1,22
115:19
116:16,25
117:9 119:16,
17 121:5,9,
14,15,17
122:9,15
123:10 124:3
126:5,7
127:1,22
128:11 129:25
130:9 131:22
132:2,6,7,21
133:5,8,20,23

134:1,3,8,13
135:21,25
136:2,23
137:14,17,20,
21 138:4,16
139:2,3,4
140:22 142:6,
22 143:10
144:4,9,10
146:22,25
147:16 149:23
151:1 152:11
154:3,10,12,
13 155:11
156:11
**knowing**  47:19
103:3
**knowledge**
96:14 97:10
111:1 116:24
140:8 146:18
147:9
**knowledgeable**
75:5
**known**  91:14
100:5 121:12
132:25
**Kutcher**
74:20,25
75:4,22 76:9,
14 79:9 80:9,
16 81:2,14,25
83:17 84:5
92:17 94:5
106:14 151:11
**Kutcher's**
93:16 113:4

**L**

**lab**  32:7
**labs**  17:5
**lack**  66:8
**language**
80:1,3 81:6
86:13
**large**  25:23
44:22 104:7

larger  110:17
last  8:15,17,
 18 50:3 51:15
 81:1 85:5,7
 96:15 145:11
late  46:10
 59:22 87:2,11
 119:7
later  40:5
 50:17 73:7
 82:17 88:11,
 21 101:12
 119:13 138:8
 145:16 148:4
latter  15:12
lawyers  6:17
lay  62:22
 72:12
laying  23:20
 62:3
layman's
 90:17
laypersons
 12:22
lead  60:11
learned  75:5
 133:2
learning
 131:24 139:9
least  54:5
 59:2 72:8
 97:2,24 134:4
 143:9
leave  28:7
 33:23 37:20
 59:13
leaving  38:8
 40:7 141:24
 143:1 150:17
led  117:11
left  42:11
 47:19 49:4
 142:1,21
 144:14
legally  153:6
less  42:18
 155:14

let  6:24 7:16
 15:10 19:17
 25:5,10 28:10
 35:22 36:20
 37:10 42:5
 49:3 53:2,14
 55:15 68:8,20
 80:13 99:4
 112:11 119:17
 122:12 143:14
 149:23 150:25
let's  21:15
 49:18 53:1,13
 96:18 103:23,
 25 108:9
 128:2 141:18
letter  140:16
 141:10,14
letting  7:3
level  12:9
 14:9 16:2,25
 19:2 25:6
 62:9 76:18,19
 153:11
levels  153:14
liar  31:13
lie  33:7 38:7
 118:5,6 137:7
lied  22:8
 23:13,15,17
 31:16,22
 102:3 108:16
 118:4 119:17
 123:12 130:4
 137:2,5,6
 138:24
lies  32:22
life  81:18
 145:1
lift  61:20
 63:10
like  6:7,12,
 17 12:13
 16:21 17:25
 18:16 19:17
 25:12 28:1,20
 29:11,20,23
 30:2 31:3

32:18 33:21
 36:3,5 37:10
 38:15 39:4
 40:2,22 42:18
 43:12 47:11
 48:1 49:4,25
 51:14,19
 53:24 54:22
 55:24 56:1
 57:23 59:22
 61:4 63:16,25
 65:23 66:15,
 16 67:7,12
 69:14,18
 70:4,15,25
 72:1 73:2,17,
 24 74:19
 77:11,17
 78:15 79:9
 80:9 81:20
 82:6,8 85:18
 87:6 88:7,10
 90:3 95:6,10,
 11 98:15
 99:7,20
 100:10 101:1,
 10,13 102:19,
 22 104:9
 105:8 106:21
 108:2,6,8,16
 109:4 113:7
 114:20 115:11
 116:5 118:14
 120:11 122:7,
 14,25 124:23
 126:18 128:23
 129:15 130:2,
 12 131:4,5,19
 132:10 133:19
 134:16,17,20,
 22 135:24
 136:4 138:11
 139:23 140:25
 142:4,5
 144:8,10,16
 146:6,23,24
 147:15,17,22
 148:11 149:6
 153:11 154:9

156:18
liked  137:25
limit  140:4
line  14:1
 62:1 67:25
link  81:20
linked  76:6
 80:19
list  17:3,13
 18:7,20 59:1,
 3 73:12 99:21
 100:4 120:11
 131:12
 133:10,13,21
 134:5,9,12,
 16,17,24
 141:16 144:7
listed  45:9
 54:9 97:14
listened
 54:23
listening
 28:9
lists  131:13,
 17
literally
 49:13 61:6
little  7:4
 18:1 34:3
 42:5,6 46:10
 50:13 61:4
 66:16 69:23
 75:15,23 77:1
 80:14,16,25
 86:12 116:6
 131:9 134:6
 143:15 144:15
live  5:13
lived  5:16
lives  55:8
lodge  122:18
log  51:12,17
logged  50:3,
 18,25 51:3,9
 52:6 145:14,
 16,18 146:9

logging
  49:19,22
  50:6,15
  52:17,22
  145:3,6
  146:1,6
long  5:16
  7:18 8:17
  10:2 23:20
  29:3 36:6
  50:3 83:14
  91:7 96:19
  123:20 124:24
  126:1 129:21
longer  15:7
  24:3 144:11
look  23:23
  24:12 25:2
  26:3 28:4
  32:10,24 33:7
  61:10,13,15,
  18,20,22
  62:11,12
  63:13,16,21
  65:23 67:9
  70:25 71:4
  76:21 83:13,
  23 92:11
  99:3,4,11,12,
  16 100:12
  105:3,4 108:8
  112:10,12,25
  113:1,13,20
  115:11,15
  127:2 128:15
  131:10,22
  135:13
  137:18,19
  138:1 152:9,
  11,15,20,21,
  22 154:22
looked  9:5,
  11,18 30:8
  31:25 59:10
  60:21 98:12
  100:16 106:8
  114:2,3
  117:12 122:17
  129:22,25

137:16 138:5,
  18 149:6
looking  37:25
  41:10 59:9
  61:19 73:9,
  10,22 81:1
  90:9 93:9
  106:15 109:7
  117:5,23
  148:18 152:23
looks  29:20,
  22 30:2 36:3,
  5 37:10 42:17
  43:12 66:15,
  16 67:7,12
  69:18 70:4
  73:24 77:11,
  17 79:9
  80:13,16 87:6
  88:7,10,20
  96:3 98:15
  99:20 101:1,
  10,13 102:19,
  22 105:8
  114:20 140:25
lot  13:23
  32:20 39:9
  48:21 53:23
  54:5 71:2
  75:5 83:20
  103:21 141:9
  148:17
loud  48:7
lounge  48:22
  49:1 99:20
  141:24
  142:10,14,18
  143:1
lower  13:9
  69:23
lower-level
  17:8
Luckily  10:13
lying  30:20,
  21,23 31:7,
  12,18 32:18
  33:1 102:12
  107:23,24

108:13,14
  109:5 114:7
  132:11 137:25
  138:23 156:3

---

M

M&m  119:21
  120:1,6,9,14,
  20 130:24
  131:12,21
  133:9,14
  134:2,4,12,
  14,16 135:1,
  4,20,25
  136:4,11
made  67:8
  99:16 105:3
  116:10 130:1
  147:7
Mahoney  5:5,
  10,12,14
  21:23 45:18
  53:11 128:8
  152:4 156:21
main  134:25
majored  10:20
majority
  143:12
make  7:9
  12:11,22
  23:4,24 30:11
  42:5 49:25
  55:8 63:13
  65:15 66:2
  70:20 82:15
  83:19,23
  93:8,20 95:8
  101:17 102:3
  107:20 130:5
  131:16 133:13
  140:18 145:23
  147:17 154:2
makes  66:1
  118:17 153:24
making  21:4
  41:8 46:2
  64:15 104:14

154:4,23
male  123:22
  124:1 153:24
  154:4
man  10:10
management
  132:3,20
  133:1,7,11
  136:3
management-
type  132:1
manipulate
  140:17
many  8:11
  10:6 44:23,24
  49:24 52:23
  54:15 72:1
  105:20 119:19
  153:8 155:10
Mario  92:22
mark  21:18
  29:15 35:20
  37:3 82:16
MARKED  21:20
  29:17 35:25
  37:7 42:21
  66:20 69:7
  74:2 75:19
  79:11 80:22
  82:21 84:20
  86:4,22 87:4,
  24 88:23
  98:21 101:5
  105:14
marking  62:5
  87:18
married  9:25
  10:2
matter  20:9
  41:16
may  7:4 12:17
  19:16 24:3
  28:16 34:21
  38:15 46:20
  55:21 56:21
  57:5 85:19,23
  89:25 91:16
  97:15 99:25

100:20
106:16,18
108:5,23
109:24 110:10
112:1 119:15
122:10 124:14
129:16 132:25
134:7,8
143:14 156:8
**maybe** 18:9
22:18 44:8
87:15 107:23
138:9
**MD** 5:5 68:21
156:21
**MD/NP** 68:4
**me** 6:24 7:1,
11,16,19 8:24
12:6 14:5
15:10 17:3
19:17 20:17
22:8,9 23:8
25:5,10 26:4
28:24 30:22
31:6,18 33:6
35:22 38:8,23
40:2 41:22,23
42:1,5 44:15
45:13 47:11
48:7 51:1
52:21 53:3,
14,23 54:6
55:7 57:19,21
58:13 59:7
60:20 61:6
63:12,24
64:25 68:24
72:4,5 79:22
80:13 81:11
82:1 83:16
93:3 95:11
96:15 97:9
98:10 99:4,8
100:14 101:16
102:3,10,12
103:4 104:8,
15 107:24
108:24 109:5
112:8,11,25

113:14,22
114:7,16
115:22 116:2
118:4 122:12
123:12,16
125:3,10
128:21 129:4
130:3,24
133:3,13
134:14
137:23,24
138:3,23,24
143:9,14
145:25 146:3,
5 147:2
152:9,10,12,
17 153:7
**Meagan** 5:5,12
138:3 156:21
**mean** 12:6,12
14:12 15:25
24:19 28:22
30:11 31:16
32:3 36:12
42:17 46:7,8,
20 47:14
48:11 49:22
51:21 56:2
59:10,14,21
61:6 64:11,19
67:12 68:7,
22,23 70:8
71:4 72:10
77:25 79:19,
20 87:3 90:13
91:19 94:7,
13,24 107:25
109:25 116:21
121:1,2
122:11 130:20
132:9 138:20
148:14
153:17,25
**meaning** 13:22
37:21 65:13
**means** 12:8
15:4 46:10
66:5 68:24
84:19 90:14,

17,18 91:20
109:2
**meant** 46:22
61:15 137:13
**med** 24:25
25:1 57:8,25
58:1,5,6,11,
14,25 73:14
96:23 123:22,
23 124:1,3,6
129:14
146:12,15
147:8 154:20
**medical** 7:12
9:1,4,15
10:22 11:9
39:17 40:21
57:11 66:13,
14 91:23
152:18 153:18
155:9
**medication**
7:25
**medicine**
62:25 155:4,
6,8,15
**MEDIHONEY**
70:21
**meet** 17:2,3,
12 26:17
51:22 52:1
148:7
**meeting** 6:1
9:12 27:13
41:3,5 51:17
101:13 124:15
129:17 132:1
**meetings**
26:6,9,14
51:18,20,22
52:8 130:24
**member** 29:9
49:2 71:11
**members** 19:7
**memories**
27:16 38:4
107:9 109:14

**memorized**
48:20 81:19
**memory** 21:8
22:17 26:24
27:12 30:9
35:1 54:2
93:25 106:16
107:8 118:10
119:8,11
126:2 129:6
141:7,14
146:23 148:1
**mental** 61:9
**mention**
103:13 146:15
154:19
**mentioned**
30:21 149:1
**mentioning**
26:9
**message** 29:20
30:1 36:4
37:4 38:16
39:21 43:22
46:20,22
47:1,8,9 56:2
96:15 98:15,
24 100:25
101:10 102:24
**messages**
9:11,17 40:21
41:2,22
129:23 130:1,
5
**met** 5:18 21:9
113:5,6,16
**Microlab** 91:2
**mid** 16:25
19:7,9,12
67:3
**middle** 14:9
106:22 142:15
**Midtown** 11:16
**might** 12:21
51:8 56:2
91:24 123:8
128:1 152:1

military
  19:15,16
mind  26:16
  27:3 46:2
  103:18 112:6,
  7
mine  10:13
minor  25:12,
  13 33:13
  36:22
minute  84:16
minutes  8:21
  88:11 95:8,12
  97:3 128:2
  139:23
missed  33:14
  153:10
Mississippi
  10:19,23
  11:18 152:18
misunderstandi
ng  49:16
MMATTEST
  82:1,3
molecular
  10:21
moment  5:18
  35:11 104:6
  115:5 136:14,
  17,20,23
  137:7
moments  104:5
  108:6
Monday  17:19,
  22 19:19
  22:20 43:12
  114:5 116:14
  137:22,25
  149:9,14
Mondays  26:16
  103:15 107:13
  112:11 117:19
  150:12
monitor  50:2
  68:4,8,11
  70:23
monitoring
  13:15 68:12

138:6
month  13:6
  14:23 15:18
  16:8,9,18,24
  27:24 32:1
  34:13 57:20
  69:10 115:15
  124:16 130:25
  143:20 145:4
monthly  52:3
months  10:9
  15:13,16,18
  69:12,13,16
  120:7
morbid  23:22
morbidities
  119:23,24
morbidity
  119:20 135:17
more  14:2
  24:25 27:10
  40:1 47:14
  50:11,14
  54:25 55:8,24
  61:4,14 73:8
  98:13 99:4
  108:13 119:15
  134:13 136:5
  141:14
  145:13,23
  146:2,21
  147:1 148:7
  149:25 152:25
  155:14 156:12
Morgan  5:9,19
  21:15,18,22
  29:19 35:20,
  24 36:2 37:9
  42:23 45:17
  52:25 53:5,10
  56:18 66:22
  67:14 69:9
  74:4 75:21
  79:13 80:24
  82:23 84:22
  86:6,24 87:7
  88:1,25 93:1,
  4,12 95:5,11,
  14 96:18,24

97:2,6 98:23
  101:7 105:16
  112:18 114:15
  125:17 128:1,
  7 140:2,11
  151:25 152:3
  156:12,14
morning  8:20
  18:7,17,20
  59:3 72:17,24
  73:6 75:8
  83:18 88:12
  91:13 96:2,3
  100:9 101:1,
  20 102:9,19,
  23 104:1,9
  105:7,23
  109:10 151:3
mornings
  131:1,2
mortality
  119:20
most  10:16
  24:15 25:12
  72:20 77:13
mostly  13:21
  75:15 130:2
  132:11 145:24
mouse  29:23
mouth  61:10
move  47:25
  61:11
moved  11:13
moving  29:24
Mr  5:9 8:7,8
  21:15,18,22
  29:19 35:20,
  24 36:2 37:9
  42:23 45:16,
  17 52:25
  53:5,10
  56:16,18
  66:22 67:11,
  14 69:9 74:4
  75:21 79:13
  80:24 82:23
  83:8 84:10,22
  86:6,14,24

87:7,21 88:1,
  25 92:20,24
  93:1,2,4,5,
  12,13 95:4,5,
  6,11,13,14
  96:17,18,21,
  24,25 97:2,6
  98:23 99:15
  100:4 101:7
  102:4 105:16
  112:17,18
  114:13,15
  123:3 125:16,
  17 128:1,4,7
  140:1,2,7,11,
  12,15 151:24,
  25 152:1,3
  153:19 155:22
  156:12,13,14,
  17,18
MRN  134:12
Ms  111:22
much  31:10,12
  42:4 64:17
  132:13 136:5
  137:13 142:8
multiple
  98:13
must  43:7
  46:2 127:23
  139:20 142:4
my  5:18 6:23
  9:11 11:2,24
  12:16 20:17
  22:7 23:19
  26:16 27:3,12
  29:22,23
  30:17 35:22
  38:4 40:9,16,
  18 41:7 44:1
  46:2 51:2,16,
  17 53:2 59:18
  71:5,25 73:4
  78:13 81:12
  84:1 96:14
  101:25 103:18
  105:3 111:1,
  19 112:7,21
  116:10 117:22

20,24 48:10
49:2,22 50:6,
18,25 52:9
54:10,14
55:21,23 57:8
58:9 59:16,
19,22,24
60:1,3,4,8,
11,17,21
62:4,24 63:18
66:10 68:9
70:11 71:25
72:3 73:1,21,
22 74:17
76:19,21
77:21 78:17,
22 79:3 84:6
85:4,15
87:12,15,16
88:14 90:6
91:17 92:7
93:3,19
96:13,21
97:11 98:7
99:7,11
101:20
102:11,15,21
103:4,8,11,
13,19 104:12,
15 105:17
107:1,12,15,
16 108:1,8,23
109:7 112:7,
8,24 113:13,
17,21 115:20,
25 116:1,3,9,
25 117:21
120:19 121:8,
11 122:1,5,9,
10 123:1
125:11,13,15,
19 126:7,11,
12,14,16,17
127:20
131:20,21
132:4,16,25
133:2 134:7,8
136:5 137:1,
12,18,20,21

138:23 139:25
140:6,10
142:3 145:16,
18 146:4,6,9
147:4,12
149:1 152:10,
19,23,24
153:20,24
154:7 156:2,8
**note**  9:5,6,7
23:7,8 59:13
73:24 74:6,
19,22 75:22
76:6 77:18
78:3,19,23
79:21,23
80:9,19 81:23
82:2,18 83:8,
9,14,21 84:13
86:11,18
88:5,10 89:1,
7 90:17 91:12
92:11,17
93:16 94:4,
10,22 95:16,
23,24,25
96:6,22 97:8,
14 99:16
104:13 105:3,
7,17 106:11,
15 114:3,10
117:8 127:1
146:14 148:23
149:10
151:21,22
**noted**  148:24
149:4
**notes**  9:7
13:23 71:19
74:13 77:11
78:15,18,21
80:7,14
81:10,12
83:19,23
88:15 89:20
94:4,16 96:3
98:13 111:6
114:2 115:7,
16 117:7

126:23 134:20
135:19 138:12
148:18,22
149:20,24
152:23
**nothing**
18:12,15,17
23:25 24:7,8
31:21 56:12
78:5,10 92:4
99:25 137:23
149:4,13
**notice**  13:13
106:21
**noticed**  65:4
109:9,23
114:12 115:12
128:25 147:21
**notification**
74:15
**notified**
37:23 90:21
**notify**  68:4,
11,21
**notifying**
68:12
**noting**  97:25
138:13
**November**
66:14 67:3
69:4 110:16
114:10
**now**  6:10,11
7:21 11:12
18:12,22
30:11 37:24
38:10 39:12
44:2 45:9
48:6 54:11
60:16 63:7
73:24 76:25
79:22 81:23
82:24 85:18
88:2,19 89:5
90:10 99:10,
12 100:9,12
106:11 110:16
111:5 123:21

124:18 141:14
147:16 148:16
155:22
**number**  28:15,
17 29:5,16
30:2,9 31:17
33:1,16,25
35:21 41:9,
12,24 46:16,
17 48:10,21
49:18 53:15
57:7 134:12
140:18 141:15
143:16 145:3
146:11
**numbered**
28:18
**numbering**
27:20,22
28:5,12 30:5
34:9 35:4
127:10
**numbers**  30:24
31:3 34:2
48:19 56:6
**nurse**  54:12
55:15,17,21
56:1 64:20,
21,22 65:1,6,
12 67:7 68:8,
10 70:20
77:14 89:2,15
90:3 97:8
105:12,19,20
106:7,19
109:21
110:10,13,14
111:22,23
112:14 114:10
115:1 122:9
123:3 151:20
**nurses**  24:23
26:1 53:16,
20,21,22,23
54:5,6,16,20,
22 55:2
56:11,19,20,
21,24 57:4
65:3,8,9,15

68:13 89:8,13
109:15,21
110:5,7,9,11,
19,23 111:14,
20 112:1
115:6 117:25
121:4,12,14,
17 122:8
129:14
**nursing**
114:24
**nutshell**  13:2

---

O

**object**  45:16
56:16 67:11
112:17 114:13
125:16 140:1,
7
**observation**
60:10
**obvious**  7:4
**obviously**
38:21 67:4
91:13,17
109:8 123:16
**occasionally**
36:16,19 65:3
105:19 108:3
**occur**  87:16
130:25
**occurred**  43:2
49:13 57:4
75:7 98:9
135:14
**occurrence**
50:10 70:13
**occurring**
27:12 42:17
48:2
**October**
11:13,14
**odd**  34:3
102:24 144:15
**of**  5:2 6:7,9,
16,18,23
7:21,23,25

8:6,15 9:6,17
10:15,23 11:2
12:9,15,16
13:1,12,15,
23,24 14:4,5,
6,7,16,19,21
15:12,13
16:12,15,19
18:13,22,25
19:1,2,7,25
20:10,11,13,
17,18,24
21:3,4,11
22:1,15,22
23:18,21
24:4,15 25:6,
12,15,16,20
26:1,15,24
27:3,12,15,24
28:6,12,17,
19,20 29:9,11
30:5,9,18,20,
22,24 31:2,
16,25 32:20
33:3,20 34:6,
21,23 35:1,8,
12,14 36:23
37:17 38:4,
21,25 39:9,
10,16 40:3
41:15,17 42:4
44:21,22
46:8,12,19
47:5,23 48:1,
11,21 49:12
50:14,15
51:7,12,16
53:2,3,23
54:5,15,25
56:22,23
57:19,20,21,
24 58:12,22,
23 59:1,5
60:11 61:23,
24 62:2,9,13,
22,23 63:2,14
64:13,17
65:12,14,24
66:6,8,13,14

67:9,13,19,23
68:4,9,10,25
69:3,10
70:10,12,22
71:1,2,11
73:3 74:5,10,
14,15 75:2,10
76:25 77:6,11
78:23 79:25
81:6 82:2,6,
11 83:7,13,20
84:15,16 85:5
86:7 88:3,8,
20 89:12
90:10,15,16,
17 91:25
92:15 93:11
94:3,11 96:14
97:9,18,25
98:25 99:4,23
100:25 102:9,
19 104:4,13
105:7 106:5,
9,14,16
107:8,10
108:18
109:10,11,21,
25 110:1,15,
23 111:14,17
112:1,13
113:1,5,6,16,
19 114:1
115:15,19
116:8,12,17
117:1,3,21
118:10 119:4,
8 120:7,8,24
122:19
124:10,11,15,
17 125:3,6,21
126:11,22,23
127:5,18
128:25 129:6,
13,23,25
130:1,5,11,18
131:6,8,11
132:11,15
133:6,14
134:6,14

135:1,6,12,
14,17,19
136:8 137:21
140:4,8,13,16
141:7 142:11,
12,14,15,20
143:5,12,14,
15,17 144:7,
8,17 145:4,9,
14,24 146:23
147:3,14,22
148:1,17
149:17 150:13
151:22 152:17
153:8,16,20,
25 154:16
155:8,23
156:10,17,21
**off**  21:15,17
35:22 73:3
94:11 97:21
100:13,15
102:1 106:2,3
111:17 142:17
156:13,14,15
**offend**  7:11
**office**  50:19,
21,23 145:17
**often**  17:20
78:15 143:21
**oh**  10:10
24:10 71:5
100:8 108:11
124:21 131:2
138:1
**okay**  6:3,6
7:7,8,14,15,
20 8:4 9:1,
10,13,15
11:4,15 13:8
16:8,14 17:15
19:12 21:8
22:16,19
27:14 32:23
33:8 35:24
36:10,13
38:13 39:1
40:20 42:11,
25 44:10

53:4,7,13
61:24 62:1
86:11 87:18
92:14,25
95:11 96:24
97:2 99:10,13
100:11 106:15
109:9 131:3
137:15 140:21
147:25 156:20
**old**  10:8,9
**on**  7:5,25 9:7
12:3,7,8,11,
23 13:6,16,
21,25 14:3,7,
22 15:17,18,
22 16:7 17:5,
6,23,24 18:23
19:5 20:2,3,
7,12 21:11,23
22:1,10,16
23:21 24:5,20
25:1 26:3,16
28:25 29:13
30:12 31:1
32:20 37:22,
24 38:4,15,20
39:7 40:15,
16,18 41:25
42:11 43:3,7,
8,12 44:17
45:1 47:25
52:16 53:2,
13,21 55:7,12
56:20,21,23
57:7 58:22,25
59:17 60:16
61:12,17
62:3,5,22
63:22 64:13,
16 65:4,11,14
67:13 69:4,
10,16,19 70:9
71:8,24 72:4,
5,12 73:1,13,
19 74:5,11,19
75:16 76:2
79:2 80:15
81:20,23 83:7

85:16,23
86:15 87:6,20
88:17,19
89:8,21 91:4,
10 94:13
95:17 96:15,
17,23 99:11,
17,19 100:4,
17 101:1
102:8,10
103:15,20
105:12,23
107:7,14
109:9 112:11,
23,25 113:4,8
114:1,4,25
115:6 116:14,
15,22 117:24
118:9,15
119:22
120:14,23
127:11 129:1
131:5 133:21
134:4,9,12,
17,19,23
135:18 138:7
140:13,16
141:15
142:11,14
143:11 144:16
145:3,9,23
147:23 148:5
149:5,9,13
150:8,16
151:3,15
155:10,17
**on-call**  155:8
**once**  23:24
28:7 95:25
119:15 125:14
126:5 130:25
140:7
**one**  7:18 8:20
10:7 12:18
13:1 14:25
15:2 16:15
18:17,20
20:19 21:15
24:16,25 26:1

27:19 28:20
30:18,20,22,
24 31:2,10
34:21 37:10,
23 39:16
41:15 44:21
45:6 51:6
57:21 58:22
66:1 73:7
75:16 79:8
80:13,16,17
81:1,24
82:17,24 84:8
85:19 86:25
88:2 89:25
90:8,9 94:3
98:13 99:9,11
100:18 101:2,
23,24 111:14,
16 116:20,21,
25 117:25
119:14 120:24
126:22 128:16
131:17 142:14
143:14 146:2
155:12,14
**one-on-one**
57:24
**ones**  29:1
89:10 121:17
**only**  21:1
28:19 41:21
45:19 46:19
47:1 52:23
63:12 73:3
121:23 122:21
123:25 124:8
126:13 128:13
131:18
**onto**  16:6
67:4 109:14
126:21
**open**  116:8
**open-ended**
139:24
**operating**
13:12 17:10
37:15 38:17,
18,22 66:3

72:3 76:23
142:12
**operation**
134:15 135:15
136:8
**operative**  9:7
**opinion**
112:21 117:22
136:22 137:6
138:22
**opportunity**
89:14 108:10,
17 131:24
**opposite**
58:23 148:17
**options**  65:22
66:9
**or**  5:24 6:12
7:6,10,25
10:3 12:18
14:16,21
15:1,13 16:15
17:1,10,19
18:13 19:7,13
20:10 22:13,
19,20,23
24:13,21
25:10 26:1,24
27:7 28:14
32:4,7 33:7,
20 35:8
36:22,24,25
37:17,22
39:13 40:7,
21,24 43:4,23
44:12 45:1,11
46:14,23
48:2,3,9 50:1
52:1,3,7 53:6
54:12 56:11,
25 57:17
58:1,17 59:4,
16,22 60:1,
17,21 62:4,5
63:10,19
64:3,18 65:3,
6,13 66:1
68:8 69:5,11
70:21 71:23

73:7,11,17,22
74:15,17 77:8
78:10 79:3
81:6,20 82:12
84:5 89:20
92:16 93:3,
11,18 94:15
95:2,8 97:11,
17,25 98:13
99:3 100:9,18
101:3 103:12
104:9,25
107:23 108:4,
9,18 111:3,15
113:21 115:21
116:8,17,25
117:2 118:14
119:18,23
120:5,11,19
121:4,15
122:10,19,24
123:18 125:1
126:2,11,16,
22 127:12
128:16
129:14,23
130:10,11
131:4,5,11,19
133:5,6
134:17,20
135:1,10,16,
17,23 137:2,
19 138:7,10
139:19,23
141:8 143:21
144:5,23
146:19 147:8,
15,18 152:5,
15,19 153:1,
12,25 154:10,
18
**order**  49:23,
25 75:15
89:16,22 90:4
114:12,17,18
**ordered**  89:5
90:21 114:11
**orders**  13:24
65:16 67:13

89:14 90:3
**orthopedic**
96:4
**ostomy**  64:24
118:23 136:9
**other**  6:6,21
9:10 13:9
15:15,21
16:14 19:7,8,
9 23:1 29:1
31:11,20 33:9
34:2 35:7,12
36:15,21,23
38:16 43:18
44:12 46:9
47:16 48:1
52:15 54:2,9,
16 56:7,8,9,
11,14 58:4,5,
6,23 70:16,24
72:6 77:22
93:6 96:5
106:2 107:9
109:21 112:1,
5,14,15,20
117:8 121:25
122:17,19
124:6 127:4,
6,8,10,13
128:16 129:14
131:18 134:24
137:10 140:5
145:14
**others**  34:6
35:8 45:15
87:21 137:10
**otherwise**
26:3 115:12
**our**  13:3,16
20:4 25:1
31:25 46:13
47:23 55:8,11
80:7 82:15
92:10 103:15,
16 105:5
109:17 113:1
119:21 125:23
129:25 130:5
132:22 134:4,

20 142:14
143:6,12
148:11
**out**  8:22,25
13:24 17:9,12
20:25 22:5
28:12 37:16
48:24 50:18,
25 51:3 53:3
56:15 61:25
64:7 65:16
78:1 81:8,20
88:2 96:22
102:15
107:22,23,25
108:4 109:1
115:14 116:18
117:23 124:17
128:19 131:6
139:6 141:19,
25 143:17
144:7,8,14,
17,19,20
145:5,16
146:9 153:20
**outline**  41:7
53:2 128:3
130:11
**outside**  27:2
64:3
**over**  17:13
18:13,23
19:18 24:23,
24 26:19,21
31:25 43:24
48:7 61:12
78:9 82:17
89:11 104:7,
11,14 107:8
116:14 118:9
133:17 141:5
155:24
**overall**  13:15
**overhead**
141:23
142:17,24
143:4
**overnight**
90:11,18,19,

21 107:15
117:22
**overruled**
66:8
**overseeing**
13:4 16:10
**own**  23:17
51:17 59:4
75:11 76:14
81:12,15
82:11,15
106:4

---

**P**

**p.m.**  20:2,4
53:8,9 97:4,5
128:5,6
156:22
**PA**  44:17
**package**  144:1
**page**  12:12
39:10 120:23
**pagers**  36:6
**pain**  64:7
92:16 93:11
**paper**  22:10
**paperwork**
28:20
**Papin**  5:19
11:20,23
15:11 21:9
23:4 27:7
37:5 38:11
40:7 53:23
54:7,13 73:25
74:13 75:16
77:2 79:9
80:15 85:22
86:2 87:19
88:16 90:10
91:13 122:20
128:10 130:18
138:12 139:25
140:6 147:7
148:23
**Papin's**  9:6
74:22 77:8,10

126:23 148:18
149:10 151:21
**paragraph**
41:11
**pardon** 20:17
**parking**
126:18
**part** 14:6,21
16:15,19
38:25 40:16,
18 42:11 46:8
47:25 49:12
70:10 109:25
113:1,19
**particular**
14:9 24:10
26:13 41:3,10
78:3 137:23
**particularly**
32:19
**pass** 63:21
**passed** 131:5
**past** 107:13
**paste** 79:25
**pasted** 77:17
**patient** 9:6,
8,16 13:15,
22,23 17:4,25
18:6,12 20:25
23:10,13,18,
23 24:4,6,11
26:5,10,13
27:3 31:20
32:4,6 37:16,
22 46:15
47:5,16,19
49:3 58:17
59:11,14,25
60:5,8,12,13,
14,16,17,18,
19,23 61:12,
17 63:8,16,
24,25 64:1,2,
6,23 65:1
67:21 72:7,
11,13,16,21
73:13 76:2,
10,22 78:20,

25 79:3,16
80:10 81:3
84:17 85:10,
13,16,20,23
86:2,20 88:4,
17 89:11
90:1,6,14,20
91:3,10 92:6,
14,18,24
93:18,21,22,
25 94:6,8,20,
21,23 98:6
99:10 100:3,
12 101:21,22
102:20,21,23
103:5,7,11,
16,17,18
104:6,11,14,
20 107:2,3,8,
10,21 109:2,
5,22 111:4
112:22 113:5,
25 114:4,6,
20,22 116:1,
2,4,7,9,11,
16,18,23
117:3,14,18
118:9,18
119:8,18
120:1,6,20,24
121:3 123:3
124:11 129:5
130:4 131:11,
23 132:2,16
133:20,21
134:8 135:4,
13,25 136:5,
8,10,18,21,24
137:12 138:2,
5 144:6,9
148:19 150:4,
14 152:9,13
153:8
**patient'**
143:25
**patient's**
25:19,25 26:2
59:11,25 61:2
63:15,19 64:3

65:4 71:9,25
73:16 82:2
96:14 101:13,
15 109:8
112:11
113:14,20
114:3 117:5
126:9,25
137:7 145:1
152:6,11,15,
16,25
**patients** 14:2
16:1,25 17:1,
16 20:24 21:6
23:20 24:3
29:12 41:15
44:22,23
46:11 55:12,
22 56:22,23
57:9 58:10
59:6,16,19
62:22 70:16
71:24 72:1,2,
5,24 73:1,11
76:17 78:22
85:13 89:9
99:7,19,25
101:24
105:20,22,23
106:10 116:13
119:25 120:16
131:14,23,25
132:15
143:12,14
153:9,16
**patients'**
27:2
**PD** 51:17,18,
20
**peeled** 100:18
**Pennock** 67:8
**people** 28:6,
12,23 34:1,2
35:13,14
44:25 48:25
73:8 85:6
93:7 127:4
134:24

**people's** 25:8
112:20
**per** 14:25
118:13
**perfectly**
6:25
**performance**
127:14
**period** 115:10
116:12
**periods** 23:21
24:3 62:22
125:21 127:5
**permanently**
82:9
**permission**
36:25
**person** 6:11
7:21 9:16
18:2 24:25
26:18,19
39:13,14
47:1,2 49:4
64:8 73:7
93:10 100:17
103:12 114:17
116:7 118:17
140:5 150:8
**personal**
36:22 60:10
82:11
**personally**
60:4,7,10
75:25 76:9
78:12 79:22
81:2 92:18
93:17 94:5,17
111:15 122:1
125:25 126:11
153:9
**phone** 29:4
35:22 39:13
41:23 48:23
95:9 96:19
128:14 142:18
**phrase** 79:24
80:6

phrased 109:6
phrases
  79:17,19
  81:12,15
  82:15
physical 17:5
  58:12 59:20
  61:9,16 62:14
  73:17 76:14,
  18 77:4,7,8,9
  78:5,7 83:22
  134:17 136:24
  137:2,8
  138:15 148:24
  149:2,3
physically
  103:11
physician
  14:20 36:24
  64:18 68:18
  71:13 72:15
  74:7,16 75:7
  83:5 104:25
  105:1 112:15
  152:5 153:16
physicians
  65:2 82:13
  115:11 151:10
pick 100:21
  131:14,23
  133:15
pictures
  114:19 115:1
Piedmont
  11:16
place 61:20
  89:14
placed 89:16
  116:20
places 90:3
placing
  151:21
plan 76:5
  78:23 80:18
  84:12,14,16,
  18 86:16
  92:10 105:3
  113:8

plans 17:6,9
  135:16
play 153:7
player 46:3,6
please 5:11
  7:10,13
point 7:16
  12:1 27:19
  28:3 30:25
  31:21 34:14,
  18 39:19 46:2
  51:14 52:18
  71:8,23 88:2,
  16 91:14
  95:8,9 100:5,
  11 101:15,18,
  19,22,25
  102:2 103:8
  114:23 118:12
  127:24 139:10
  144:22 146:2
  147:2 148:4,
  11 149:8
  153:20 155:24
pointblank
  152:13
pointing
  102:16
poop 119:4
poor 47:25
pops 81:21
  82:4
portion 44:22
position
  11:11
positions
  14:6
positive 9:19
  39:23 42:13
  75:18 77:15
  80:21 90:12
  114:14
  127:16,23
  155:1
possible 98:1
  143:18
possibly
  119:23

potassium
  32:23 137:15,
  20
practice
  18:14 58:12
  116:10
practitioner
  68:9 105:12,
  19 106:7,19
practitioners
  105:21 109:21
preliminary
  91:16,18,20
preparation
  9:2
prepare 8:11
prepared 8:5
preparing
  130:9
presented
  120:6,12
  131:5 132:17
  135:9 136:4
pressure
  62:23 67:15,
  20,25 70:5,9,
  14,15 95:21
  114:21
pretty 31:3
  66:10 120:17
prevent 67:20
preventable
  119:24
Prevention
  67:16 68:1
previous 9:11
  52:5 79:25
  82:7 83:21
  94:4 107:17
  114:9
previously
  81:24 82:4
  117:23
prior 60:12
  62:17 72:24
  88:15 122:23
  129:11

private 35:13
privately
  33:24
probably
  18:20 22:20
  34:4 52:21
  56:6 69:15
  70:1 74:14
  104:15 143:6
  155:14
problem 34:18
  54:22 62:25
  132:14
problematic
  58:2
problems
  21:13 132:23
PROCEDURE 5:2
proceeding
  39:12
process 133:6
  135:7
prod 7:6
  50:14
profession
  31:13
profile 82:11
program 19:1
  49:24 50:2
  51:22 52:8
  67:16 68:1
  89:22 132:22
progress 9:6,
  7 78:18,23
  80:14 117:7
progressed
  103:3
progression
  111:7
prolonged
  62:22
prominences
  67:22
prone 61:14
protocol
  111:21

prove   32:2
49:24 126:13
provide   6:7
provided   6:4
30:22 84:17
134:7
provider
132:14
provider's
76:6 94:10
pull   53:14
75:14 79:24
80:12 146:23
148:6,13
pulling   77:2
purely   132:1
PURSUANT   5:1
pus   118:14
put   15:17
23:1 82:3
84:2 90:1,16
112:22
123:13,16
133:20 134:12
140:16 141:10
puts   96:6

**Q**

question   6:23
7:2,9 9:8
29:22 39:20
40:5 51:3
60:7 97:17
109:6 116:8
121:6,11
139:24 156:16
questions
6:21 8:5
12:17,21
89:19 108:5
148:17 156:12
quick   18:13
96:25 99:25
quickly   83:13
quite   18:2

quote   6:16
36:6 75:24
120:25

**R**

ran   16:24
21:4
random   105:21
106:6 109:14
randomly
15:17
rapport   55:25
rather   28:3
33:6 47:15
109:4 138:7
148:3
reach   145:5
reached   8:24
reaction
137:17
read   12:18
29:21 37:11
41:21 46:17
47:9 66:15
75:23 82:1
87:14 102:18
115:16 122:12
123:25 125:23
149:20 151:22
156:19
reading   5:2
30:12 94:12,
21 97:25
ready   7:1
17:8
real   7:5
18:13 58:17
81:18 99:25
realized
98:12 103:21,
24
really   10:11
21:2,10 23:8
29:3 38:24
40:2 42:4
43:11 50:24
51:8 55:16

100:20 106:6
107:19 117:8
118:13 124:16
139:20
reason   7:10
38:2,16 60:3
87:12 144:5
152:14
reasons   139:5
152:21
reassessed
95:20
recall   16:22,
23 21:10,14
22:21 23:6
30:21 34:10,
20,22 35:16
38:10 39:8
41:16,17 42:4
43:15 46:12,
19 48:4
53:14,16,19
54:10,24 58:8
59:20 61:2
62:11 69:14,
16 78:21 85:5
92:19 100:20
104:15,17
107:1 109:24
111:20 112:2,
3,4 116:19
117:1,8,16
119:13,18
120:19,21
123:1,5,15,
17,21 124:8,
10 125:23
126:17 127:7,
15,22,24
129:4,12
130:8,22
131:7 136:12,
20 139:20,24
140:10 141:13
147:14 148:20
154:17
received
114:20 147:24

recent   10:17
77:13
RECESS   53:8
97:4 128:5
recite   6:17
recognize
33:1 70:2
recollection
145:8
recollections
127:18
recommendation
110:1
recommendation
s   13:25 65:15
67:8,25
70:21,25
71:1,2,5
77:14,18 78:4
96:5,16 98:11
115:17 138:13
recommended
98:16
record   5:11
7:5 12:10
21:15,17
43:20 53:13
66:14 69:3
71:4 91:23
135:6 148:25
149:21,24
151:21
156:13,14,15
records   9:1,
4,10,15 40:21
66:13 79:5
120:8 122:24
129:23
135:10,19,24
136:1 152:6
154:22
rectum   119:2
red   25:9
refer   141:15
referring
43:22 98:25
148:9

refresh   30:9
regard   32:4
  53:15 123:18
regarding   6:1
  8:8 27:7
  38:11 55:21
  78:5 107:10
  140:5
regardless
  63:2
regards   13:9
regular   16:21
  19:17 72:8
rejected
  37:11 39:24
related   5:20
  135:24
relationship
  55:14,17,20
  56:1,4 111:19
relied   26:3
  72:4
rely   65:9,11,
  14
relying
  112:25
remember   8:1
  11:20 15:20,
  21 18:4 19:6,
  9,12,14,22
  21:11 22:2,9,
  12,24,25
  24:11,17
  26:8,12 27:1,
  9,10,15,19,25
  28:13,16,17
  29:1 30:23
  31:24 32:17
  33:19 34:8,
  17,25 35:18
  37:13,14,17,
  18 38:12
  39:22 40:19,
  23,24 41:1,2,
  18,20,21
  43:9,17,19
  44:13 45:19,
  23,24 46:1,4,

21,25 47:1,3
  48:21 50:23
  51:8,16
  53:22,24
  54:4,8,11,14,
  21 55:5 56:8
  57:3,5 58:6
  59:8,9 69:6,
  25 70:1,2,6
  73:6 79:2
  84:24 85:9
  93:14,22 95:3
  98:4 99:2
  100:3,8,21,22
  101:15
  102:22,23
  103:1,2
  104:4,7,8,21
  106:24 107:3,
  6,11 109:12,
  15,20 111:22
  117:17 118:21
  119:10 120:3
  123:2 124:5,
  7,14,16,20,
  21,24 125:2,
  24 126:1,4
  127:6 128:11
  129:18,21
  130:16,17
  131:14
  136:10,12,17,
  18,19 139:8,
  9,12,15,16
  140:3,5,9
  144:2,3,12
  146:24 147:1
  148:10,14,15
  154:23 156:6,
  7,8,10
remembered
  141:11
remembering
  118:11
remembers
  82:6
remembrance
  40:9 59:18

remind   45:13
  130:24
Renee   22:1,8,
  13 27:7 50:7,
  12,22,24
  51:1,5 52:9,
  15 117:10
  122:22 123:9
  130:10,18
  145:4,18,24
Renee's
  50:19,21
  145:17
repaint   108:9
repeatedly
  28:1
rephrase   7:11
report   9:12
  58:13 105:5
  116:17 119:20
  124:22 125:11
  132:4 133:23
  151:15
  153:12,13
reportable
  154:6
reported
  125:7 131:11
  132:3,6,8
  134:4
reporter
  6:19,24
  156:16,20
reporting
  136:24
reports
  122:24
represent
  5:19
reprimand
  33:20 35:7
reprimanding
  34:6
request   37:11
requested
  65:1 128:15
  135:24

requesting
  39:3
require   23:20
required
  134:14
research   15:1
  135:12
RESERVED   5:3
residency
  10:24 11:3,10
  18:25 21:12
  33:4 49:23
resident
  12:2,5,9
  13:17,18
  14:9,13,14,
  15,17 16:10
  18:23 19:11,
  16 26:1 33:5
  36:23 38:18
  43:18,21,23,
  24 44:9 45:11
  49:9 50:7,13
  54:24 56:11
  63:18 66:25
  68:15 72:18
  74:11 75:11
  77:20,25
  78:15 83:14
  84:11,24
  86:15 94:15,
  17 96:1
  105:18 112:15
  126:6 132:21
  133:3,10,16,
  17,18,20
  134:7,25
  135:12 142:9
  145:5 152:5
  153:1
resident's
  41:23 79:22
  80:19 81:23
  83:9 84:13
  86:18 94:22
residents
  13:4,9,21
  14:22 17:8,9
  19:15 20:8,9,

13 21:1 23:23
24:19 32:22
33:10 35:7
36:15 44:11
48:18 51:24
56:14 62:7
72:4 77:22
81:10 83:20
85:12 88:14
89:11 106:1
120:15 127:17
129:14 133:13
142:7 145:15
**Resources**
125:8,12,13,
15,19
**respiratory**
90:22,23
**respond** 30:6
49:6 101:9
121:11
**responded**
30:2 36:6
99:19 101:8
102:8 121:8
155:20
**responding**
31:17 42:12
**responds**
155:5
**response** 9:19
29:23 30:1
39:23 42:13,
24 75:18
77:15 80:21
87:17 90:12
114:14
123:13,18
124:19 155:1
**responsibiliti
es** 13:2,8,24
**responsibility**
49:6 110:20,
22 111:8
112:16,21
113:1 149:16
151:14,18,22

**responsible**
64:14 111:1
112:22 152:25
153:2,7,16
**result** 91:24
**results** 91:14
**Retrospectivel
y** 31:23
**return** 47:24
91:5,8
**retype** 82:5
**review** 9:1,4
25:19 40:21
41:4 65:9,17,
18 74:16
95:24 99:14,
24 115:10
122:14,24
130:6,11
**reviewed** 9:10
28:19 41:3
74:22 115:11
**reviewing**
97:8
**rid** 66:6
**right** 6:11
7:13 11:17,19
17:11 18:18
29:11,14
35:10 39:5,8
40:16 42:20
49:13,14
55:15 69:20
72:10 74:10,
12 80:10
88:3,10 89:14
93:9,14,20
95:1 98:18
99:12,16,22
100:2 101:16
102:1,7,8,10,
11 107:21
108:13,23
110:3,15
114:11
115:14,22
117:13 118:2
120:10

121:14,19
124:11 128:4
135:1 136:14
138:11 140:12
141:19 142:19
145:7 146:17
148:16 150:2
155:20,24
156:6,13
**risk** 114:21,
23 116:12
118:17 131:25
132:3,19,25
133:7,11
136:3
**Robertson**
66:17,23
69:19 89:6,8,
25 151:10
**Robertson's**
89:17,20 90:4
**role** 153:7
**Ronnie** 105:8,
11 106:21
**room** 13:12
17:10 28:8
33:23 37:15
38:17,18,22
48:10,21,24
59:25 60:23
61:8 63:15,20
64:4 66:3
72:3,12 73:9
75:12 76:13,
24 101:13
104:10,18
106:17 126:9
**rooms** 27:2
39:16 45:1
142:12
**rotate** 14:24
15:1 16:18
61:12,17
69:13 85:19
90:2
**rotating**
67:21

**rotation**
69:10 143:6
**rotations**
15:14 24:16
**round** 16:7
17:7 55:18
83:18 86:8
104:24 105:1,
2,4 144:6
**rounded** 72:9,
11
**rounding**
26:17 71:24
72:6,25 88:15
109:18
**rounds** 57:9
58:10,12
60:12 73:6
75:8 76:2
84:2 86:17
88:13 96:7,9
99:11,17
100:17 103:16
109:17 116:14
143:21 148:8,
12,13 151:4
**route** 119:4
**rude** 42:3
**rule** 61:1
**rules** 5:2
6:17
**run** 17:3,13
35:17,19
36:5,10,20,22
37:12,25 99:3
**running** 18:7,
19 39:25 40:4
99:20
**running-the-
list** 26:6,9,
13
**runs** 39:9
**rushing** 51:17
**Ryan** 5:18
95:4

---

**S**

---

**sacral** 9:8
22:6 60:13
61:14 62:24
64:23 89:10
96:17 98:17
99:8,10
100:11,16
103:17 107:16
108:21 116:13
117:18 129:5
130:2 133:22,
23 134:13
136:6 137:1
149:1 151:1
**sacrum** 70:5,
10
**said** 22:18
23:7,12 24:4,
8 25:8 27:10
28:4,9 31:17
33:21 38:1
45:14,23 48:7
50:17 51:14
53:25 55:5,6
57:8 58:7
62:8,11,12
72:1 76:22
81:2 84:2
87:10 92:18
93:17,19
99:7,9,10
100:10 101:18
103:9,19
107:6,16
108:2,8,14,
19,20 111:16,
25 112:5
114:6 117:17,
20 118:10
119:18 122:12
123:7,15
130:25
134:12,13
135:5 137:24
138:4,17
141:16,22

142:24 145:4,
10 146:2,23
147:1,7,12,24
149:15 150:22
152:14
**same** 6:25
12:12 14:21
15:22 16:24
17:24 37:24
42:17 45:3
58:14 69:10
79:14,18 80:5
83:22 85:13,
16 89:19
113:11,13
117:25 129:17
149:2
**SANTYL** 70:21
98:17
**Saturday**
17:24
**saw** 27:4 43:4
60:4,23 63:12
70:2 75:11
77:25 78:3
80:17 83:8
84:10 85:12
86:14 87:20
100:17 103:20
106:17 107:2,
14 109:13
110:14 114:3
117:7 118:6
132:24 138:12
151:3
**say** 7:13
12:10 14:4,15
15:3,25 18:1,
15,16,19
24:6,12,20
26:18,19,21,
23 27:16
28:1,3,5,15
29:7,13 32:3,
23 33:7,24
36:12 40:13
41:11 45:1
46:6,14 47:4,
13,17,22,23

48:8,9 49:9
50:9 51:20
52:15 54:8
60:9 61:5
64:19 65:8
67:24 71:5
72:14 74:20
75:6 78:1,4,
9,10 79:4
85:8 91:18
92:8 94:14,
16,18,23
97:22 98:18,
19 99:14,21
102:13,16,18,
24 103:11,12,
18 107:7,19,
22 108:7,11,
18 109:6
115:9 116:15
121:19 122:2
125:24 126:10
133:16,25
137:15,19,20,
24 138:1,3
139:14 141:13
145:5,12
146:1 152:4,8
153:5 155:6,
25 156:2
**saying** 14:12
23:1 34:20,22
35:1 40:3
54:12 59:18
62:1 76:9
81:25 91:24
93:13 94:5
96:16 103:24
109:1,4 116:3
137:4 146:4,5
150:20
**says** 39:21
44:3,17 68:3,
11,21 75:23
79:18 80:18
81:24 83:8
84:9,14 87:2
88:8 89:5
90:10,11,19

92:11,20,22
98:16 142:23
148:2 154:12
**scab** 100:18
**scale** 33:4
**scared** 32:24
33:14
**schedule**
16:21 106:4,
6,8 131:4
**school** 10:16,
18,22 11:9
**schooling**
10:17
**screen** 21:23
131:5 140:17,
21
**screenshots**
130:1,5
**scroll** 69:2
80:13
**scrolling**
77:6
**scrubs** 145:2
**second** 13:10
15:7 17:1
19:3,4,13
20:15 21:16
29:21 35:18
37:4 39:21
44:8 90:9
103:10
**seconds**
142:12
**secretary**
48:20
**section** 77:12
78:7
**see** 14:2,3
16:25 17:1,13
21:6,23 25:4,
9 29:23 30:2
36:7 37:5
39:20 40:11
41:12 42:5
43:14 46:18
47:6 49:20
50:2,19 51:9

57:9 58:11,
17,19 59:11
60:17 61:22,
23 64:17
66:18 68:5
69:20 70:20
71:13 73:25
74:23 75:17
76:7 78:4
79:16 80:20
82:18 83:10,
21 85:19
88:21 89:10
90:11 91:24
92:7 94:5
95:21 97:16,
25 98:2,18
100:21 101:3,
25 104:2
105:22 106:9
111:2,8
112:24 114:19
115:3 117:6
118:15 121:6
122:5 126:23
127:1 131:22
140:19
141:17,18
143:8,14
147:25 149:1
**seeing** 24:10
37:17 57:9
58:9 59:5,16,
19,25 72:2
88:4 102:23
103:2 104:7
107:8 110:19
138:2 144:6
**seem** 7:13
12:17 39:8
101:16 115:22
127:6 142:4
**seemed** 37:17
143:18 144:8,
16 149:2
**seems** 29:11
31:3 146:6
**seen** 26:10
47:9 60:8,12

63:8,10 72:7,
11,17,20
75:11 77:22
85:10,23
86:1,19 88:17
89:7,15,19
90:6 101:15,
20,22 110:7,
15 114:4
117:25 122:8,
9 136:3
**sees** 64:23
**send** 22:19
56:2 91:1
**sending**
102:23 109:15
**sends** 74:14
**senior** 152:5
153:1
**sense** 7:10
**sensitivities**
92:2
**sent** 22:11,16
24:15,16 27:5
41:22 42:16,
18 43:12
96:15 101:14
102:3,5
107:18 154:10
**sentence**
90:16
**sentences**
54:1
**separate**
22:23 46:24
133:11 136:8
150:12
**separately**
142:5
**series** 67:19
**serious** 31:3
47:20 124:22
125:4
**service** 12:8,
9,11,12,13,14
13:16 14:8,
16,19 15:19,
22,25 16:1,6,

9,18,22 18:24
20:21,23
25:1,23
34:12,24
37:21 43:24
56:20 58:25
67:5 69:4,16
88:3,8 96:16
105:13 129:1
131:12 143:11
**services**
12:4,7 13:1
20:22 21:2,6
96:5
**session** 17:11
**sessions**
46:13 144:13
**set** 100:13,15
112:9 118:17
**sets** 97:21
**seven** 17:19
**several** 14:24
26:5 33:20
54:5 118:21
147:21 148:7
**sexual** 153:25
154:10
**sexually**
147:8
**shake** 95:2
**shape** 149:5
**share** 29:15
38:13 100:24
**shared** 56:6
**she** 43:23,25
44:7 51:7
52:12,18
66:24,25
67:1,2 70:4,
11 83:7,8,9
84:9 87:6,10,
11,20 90:5,6
95:16,20
110:10 122:12
123:15,16
124:5 129:17
130:21
146:19,21

147:1,4,11
154:20
**she'll** 55:17
**she's** 55:15
83:3
**shift** 19:24
37:1 49:5,13
141:19
**shocked** 103:3
107:12
**shortcut**
81:20
**shorter** 18:20
**shortness**
92:15 93:11
**should** 18:8
31:19 50:11
71:22 79:6
92:1 96:1,10
116:19,21
125:7 135:6
136:1 140:17
147:22 155:21
**shouldn't**
78:1
**show** 7:5 29:4
37:3 39:6
52:1 66:12
86:25
**showed** 47:4
144:19
148:17,22
**showing** 111:6
**shown** 59:23
135:10
**sic** 19:10
**side** 58:16
61:13,18
128:25 142:14
**sigh** 143:21
144:10
**sign** 20:25
81:25 144:19
156:19
**signed** 17:12
74:7 80:15
84:8 86:12

88:11 106:11
141:25
**signing** 5:3
79:22 87:20
**signs** 47:4
**silenced**
35:23
**similar** 73:10
81:25 86:13
**simply** 24:21
**since** 18:17
50:18 71:19
89:9 90:6
112:23 119:1
141:9 144:15
145:17
**single** 110:13
**sir** 6:8
**sit** 57:25
142:7
**sits** 120:14
**sitting** 8:23
27:14 48:23
**situation**
28:8 33:22
35:10,16 36:9
39:2 42:19
45:22 50:5
52:9 54:18
99:12 123:11
132:2,19
133:19 134:9
138:19,21
**situations**
38:19 48:1,22
108:4
**six** 73:4
**size** 103:7
104:20 149:5
**skin** 25:10
62:5
**skip** 18:13
82:17 146:11
**sleeping**
10:10
**slow** 95:6

**small** 66:16
**smaller** 42:5
**Smith** 18:16
**smoothly** 21:4
**so** 6:3,20
7:6,12,21
9:15 11:7,9,
25 12:3,21,25
14:24 15:7
16:8,13 17:25
18:5,16 19:2,
5,17 20:9,22
22:8,10,14
23:7,23 24:8
25:1,8,12,15,
24 26:5 27:14
28:12 29:3
32:25 33:9,
15,24 36:9,23
37:19 38:20,
24 40:2
42:11,16,18
43:8,15 44:15
45:13 46:11,
22 47:1 48:11
49:12,24,25
50:4,9,17
51:18 52:3,5,
11,19,23
53:1,2,5,6
54:1,15,23
55:13,20
56:21 58:3,
13,21 59:1,2
60:2 61:14
62:21 63:13,
23 64:2 65:6,
8,24 67:3
69:3 71:8,11,
15 72:1,4,10,
20 73:7,21
74:13 76:9,13
79:25 81:5,
12,15,22
82:1,4 83:7,
21,23 84:14
85:15,22
86:19 88:7,
12,18 89:8,

11,12,15,20
90:1,19 91:2,
12,13,23
92:15 93:6,
10,16,25
95:8,9,16,23
96:8 97:13,
20,24 99:8,13
101:20 102:3
103:6,15,18
104:8 105:3,
20 107:17
108:5,10
109:9 110:7,
9,12 112:12,
25 114:4,8,
22,24 115:5,
9,23 116:13
117:14 118:25
119:3 120:17,
19 122:7
124:24 125:14
126:1 127:17,
23 129:21
130:4,13,20,
21 131:4,23,
25 132:13,16
133:19 134:8,
22 135:4,19
136:3,5,7,16
137:6,18
140:17,22,23
141:5,10,19,
25 142:14,20,
25 143:6
144:7,14,19
145:12,17,21,
22,24,25
146:5 147:4
149:8,25
150:24 152:4,
14,17 153:8,
10 154:4
155:18 156:8
**soft** 61:23
**solely** 52:19
151:17
**some** 6:4 8:5
12:16 15:16

18:2 20:8
23:18 28:19
33:14,19 41:2
51:14 52:18
53:3 62:17
63:19 66:13
67:8 69:12
70:21,24
71:23 74:14,
15 97:18
99:24 103:6
106:9 108:18
110:20 111:7
112:1 120:8
126:11
127:23,24
129:25 130:5
132:24 133:5
135:6 139:10
140:4 144:5
147:2 148:11
151:25 153:25
**somebody**
36:19 47:19
61:7,17 85:20
100:19
114:11,12,18
124:22 134:10
154:12
**somebody's**
76:11 97:19
**someone** 64:22
115:12
**something**
7:13 18:10
22:19 28:2,3,
9,15 31:8
32:4,8 33:5,
11 35:12
36:15,20,21
38:8 39:3
41:25 45:25
52:7 55:15
61:23 63:13,
22 71:3 73:10
78:6 81:19,24
82:10 83:25
90:10 91:21
92:9 94:14

96:22 101:16
102:11 108:18
110:4 111:2
112:12 115:21
117:24 133:1
134:1,10,19
137:15,19
138:11 142:6
143:23 144:10
148:11 152:8,
19 153:9
154:11
**sometimes**
19:14 28:24
33:22 54:22
55:16 58:19,
24 63:5 64:18
69:13 133:24
142:8 144:12
**somewhere**
69:5 89:22
135:6
**soon** 144:14
**sooner** 112:9
136:7 148:3
**sorry** 9:21
35:23 40:17
41:7 45:13
60:9 108:1,11
109:7 119:7
131:2
**sort** 6:7,16,
23 7:25 8:6
18:22 19:25
20:17,18
27:15 33:19
50:14 51:12
70:22 74:14,
15 75:10 77:6
82:6 84:15,16
90:16 97:18
116:17 117:1
122:19 124:11
130:11 133:6
135:6 140:4
153:25
**sounded**
148:11

**sounds** 7:18
106:21 122:14
142:5
**speak** 8:8
22:22 45:13,
14 48:20
81:14 83:17
94:24 104:2
111:10 112:20
115:19
121:19,23
**speaker** 48:7
**speaking**
38:12 45:19
122:15
**specific**
20:23 26:24
31:24 48:10
54:15,21
56:8,12 59:8
75:3 91:6
119:8,10
127:18,20,22,
24 129:2,6
144:2 148:10
**specifically**
15:20 23:15
34:21 47:17
64:23 68:23
83:19 89:22
104:21 112:2,
23 127:2,15
150:13
**specifics**
16:23 41:17,
19
**specimens**
90:25
**spelled** 85:7
115:14
**spent** 73:4
**split** 21:2
106:10
**spoke** 22:12
45:15
**spoken** 112:1
**spot** 95:7

**spout** 108:4
**spread** 124:17
**spurred** 23:9
**sputum** 91:1
92:8
**stabbings**
16:3
**staff** 55:25
128:24
**stage** 64:13,
18
**staging** 64:9,
12,14
**stain** 91:24
**standard**
67:9,12 80:3
113:5,6,16
**standing** 27:1
53:22 54:4
**stands** 44:18
68:22
**start** 19:17
66:12 70:19
73:24 80:14
88:15 91:4
102:16 144:14
**started** 10:24
11:9,13 88:6,
7,10 102:2
133:6 135:7
155:22
**starting**
10:15 58:22
73:6
**starts** 69:3
153:12
**state** 5:10
10:20 74:16
**statement**
137:14
**statements**
33:10
**states** 65:18
**station** 53:22
54:5 109:16
**status** 61:9
73:16

**stay** 38:24
143:8
**staying** 46:10
145:23
**step** 146:5
**steps** 67:19
109:12 133:8
**stick** 104:6
**sticks** 27:2
**still** 45:18
112:19 116:5,
10 125:18
128:12 131:19
134:6 144:16
154:6
**stock** 81:6
**stool** 119:2,4
**stop** 35:11
153:4,5
**stopped** 37:22
**stopping** 95:8
**stops** 153:6
**stored** 82:9
**story** 94:19
128:25
**stuck** 26:16
104:7
**student** 57:8,
11 58:5,7
123:22,23
124:1,3,6
146:12,15
147:8 153:19
154:20
**students**
25:1,2 57:25
58:1,11,14
59:1 73:15
129:14
**stuff** 97:16
**submit** 133:13
134:21
**submitted**
134:5 135:22
**submitting**
115:7

subparagraph
143:15
subsequent
43:15 117:1
substance 8:6
such 67:20
70:21 73:16
sufficient
62:2
summarize
83:13
Sunday 17:24
supervision
74:10
supposed
13:11,14 52:6
58:11 61:24
68:12 131:12
sure 6:16,19
7:7 8:15
12:11,20,22
21:4 23:24
34:14 41:8
43:7 47:12
48:4 49:25
51:5 54:17
68:9 76:12
83:23 85:5
92:13 93:4,8,
19,20 95:13
96:21 101:17
102:3,21
107:20 117:18
122:13 123:1
129:4 133:2
145:23
Surely 114:25
surface 67:23
surgeon 65:25
75:1 83:4
106:13
surgery 10:24
11:3 12:13,
14,15 13:3,7
14:18 20:20,
22,23 21:2
44:21 51:24
62:21 96:4

98:9 118:19,
20 151:6
surgical 11:1
93:23 103:6
surprised
40:1,3
suspect 60:11
suspicion
126:12
Swiss 153:11
sworn 5:6 6:7
system 27:20,
23 28:5,13
30:6 33:17
34:9 35:4
47:23 74:6
78:16 126:22
127:10
systems
126:22

_____

**T**

_____

tailor 91:5
take 7:17
17:5 20:23
53:1,3 76:23
83:15 90:25
91:7 94:7,8,9
95:10 96:18
97:2 125:15
128:2 139:23
153:24 154:1
taken 5:1,22
46:12 53:8
91:15 97:4
128:5
takes 24:25
83:16
taking 13:5
56:22 66:5
76:10 132:14
talk 8:11
9:16 17:4
18:1 24:18
33:5 39:20
43:2 46:18
49:19 52:10,

12 55:1 64:2,
6 94:19 108:9
124:23,25
129:10,13,20
132:12 142:8
144:9 145:24
146:24,25
147:18
talked 22:18
39:19 43:10,
17 45:4,22
46:21 47:2
52:21 94:7
102:4 112:3
129:16,18
130:24
141:16,21
142:5 146:16
talking 14:17
17:21 33:25
42:8,18
43:16,17
44:2,12,24
46:19,23,25
52:13 56:19
60:25 84:23
89:2 93:20
99:24 100:3
107:21 111:18
117:9 120:24
127:11
130:17,22
139:22 141:5
144:1 155:12
talks 41:11
57:7 77:12
task 112:23
tasked 149:16
150:12
teach 13:12
142:7
teaching
108:6 131:21
136:13,17,20,
22 137:7
team 14:3,4,
5,6,7,21,22
16:5,7,12,16,
19 17:12,21

19:7 20:3,12,
13,14,22 21:1
26:10 28:25
29:10 38:25
44:5 45:12
46:3,6,8
48:25 49:2
64:4 65:18
68:13,14,25
71:11 72:9,
11,14,18
95:24 98:5
111:14 112:4
113:1 134:23
136:23 143:5,
7 150:1
154:24,25
155:3,4,6,7,
8,15,16,19
team's 49:6
66:9 109:25
teams 16:14
20:19 73:14
tear 25:10
tell 25:7,9,
17 32:15
33:3,6 36:14
53:23 62:3
70:11 71:16
92:5 111:3
115:6 118:13
125:20
128:22,25
134:10 156:5
telling 26:4
34:17 54:6
99:8 116:2
146:8 152:17
tells 96:6
152:19
tenure 34:8
term 15:4
64:9 66:8
terms 90:17
terrible
10:13
test 63:20,21
91:2

testified  5:6
9:24 38:10
62:8,16 71:15
115:5 122:4
129:24 137:9
156:9
testify
128:20 129:8
154:15
testifying
6:12 122:23
123:22 129:11
154:17
testimony
6:4,7 25:15
93:17 111:25
149:12
tests  61:25
text  9:11,17
29:7,9,20
30:1 36:4
37:4,17
38:15,21
39:21 40:3,
19,21 41:2,
21,23 42:8
43:22 45:14
46:20,22
47:1,8,9 49:2
56:2,5 57:17
96:15 98:14,
15,24 99:13,
18 100:25
101:10,14
102:3,6,10,
13,18,24
107:17,18
108:21 109:15
128:8,10
129:23 130:1,
5 142:4
150:18,23
154:10
texted  40:14
101:2
texting
101:12 109:15
texts  128:12,
13

than  6:6 7:19
13:9 14:2
18:20 23:1
24:25 28:3
31:10,20 33:7
34:5 42:18
47:10,15,16
50:11 73:8
80:17 81:1
98:13 103:21,
24 109:4
119:15 122:17
127:10 138:7
141:14 145:14
146:3 148:3
149:25 155:14
thanked
147:23
that  6:2,3,6,
13,17,24 7:9,
13,14 8:1,9,
17,22 9:10,
12,16,20
11:4,11,17
12:1,2,8,9,
16,17,25
13:13,15
14:12,16,19,
24 15:4,16,
19,20,25
16:8,12,13,
15,22 17:6,
17,21,24,25
18:2,6,19
19:13,19
20:5,14,24
21:12 22:7,
18,20 23:6,
12,13,17,20,
24,25 24:3,4,
11,13,21
25:15 26:1,2,
24,25 27:4,
10,12,22
28:5,10,11,
18,22,24
29:13 30:3,5,
18,22 31:3,21
32:1,8,15,18,

25 33:1,2,6,
7,11,14,18,19
34:3,13,20,
22,23 35:2
36:7,13,15
37:18,19,21,
24 38:7,10,
15,21,23
39:4,7,22,24
40:6,11,13,
16,18,19,22
41:12,15,16,
18 42:1,6,14,
17,25 43:14,
21 44:13,18
45:3,20,24,25
46:1,3,4,5,7,
8,10,12,17,
18,19,20
47:6,8,9,13,
16,18,20,22,
24 48:2,11,
12,25 49:3,
13,15,20,22,
24 50:1,17,
18,19,21,25
51:2,6,21
52:2,6,16,19
53:17,19,24
54:10,14 55:7
56:3,19,20,
24,25 57:1,8,
9,11,12,19,21
58:7,9,24
59:2,5,8,12,
14,15,18,21,
22,24 60:7,9,
11,20,23
61:1,2,5,6,
15,16,19
62:1,8,9,15,
16,18 63:12
64:5,11,15
65:8 66:1,2,
18 67:22,24,
25 68:5,7,14,
17,21,22,23,
24 69:20
70:4,6,8,9

71:3,4,15,16,
20 72:14
73:1,10,12,
17,25 74:7,
20,23 76:7,
11,17,18,19,
20 77:1,2,8,
9,12,16,19,
22,25 78:2,6,
10,12 79:1,
14,16,20,24
80:8,20 81:3,
6,12,13,24
82:4,10,12,18
83:8,10,14,
19,20,23,24
84:15,17,18,
19,25 85:14,
19 87:2,10,
13,14 88:3,4,
5,12,17,21
89:2,3,7,12,
21,25 90:6,
11,13,20,25
91:2,13,14,
18,20 92:3,5,
11,19,23
93:1,6,9,23,
25 94:7,8,9,
11,16,18,21,
23,24 95:3,21
96:13,16,18,
22,23 97:9,
14,15,16,19,
21,22 98:2,4,
10,12,14,18,
19,24 99:8,
19,21 100:5,
9,19 101:3,8,
14,17,20
102:2,4,10,
13,16,20,23
103:1,4,5,7,
10,21,23
104:5,9,13,
14,20 105:9,
21 107:7,9,
11,12,13,15,
20 108:5,7,

13,14,20
109:2,14,15,
18,22 110:4,
10,17,23
111:2,15,17,
19,20 112:2,
9,10,16,23
113:2,7,9,14
114:1,3,5,7,
16,20,22,23
115:3,5,9,18,
19,25 116:5,
6,11,14,17
117:11,16,18,
19,20,21,22,
24,25 118:3,
8,10,11,14,
15,16,22,24
119:11,14,16,
17,22,25
120:4,12,20
121:2,5,6,8,
11,12,16,20,
21,25 122:2,
4,5,8,15,17,
25 123:5,10,
11,17,22
124:1,7,13,
14,15,18
125:3,6,10,
14,20,22,25
126:2,7,12,
13,16,17,24
127:8,10,14,
19,23 128:19,
23,24 129:6,
10,15,17
130:3,9,12
131:5,7,8,10,
15,23 132:13,
14,15,16,17
133:3,6,7,20,
22,25 134:1,2
135:7,10,14,
21,22 136:2,
6,7,22 137:5,
9,13,23,24,25
138:2,11,14,
16,23,24

139:6,9,19
140:3,6,10
141:12,13,16,
17,22,25
142:2 143:8,
13 144:1,3,7,
14,22 145:8,
10,12,17,18,
23 146:2,6,8,
9,12,14,16,
18,19,21
147:1,7,8,12,
14,15,17,21,
22,23,25
148:1,22,23
149:8,9,10,
14,16,20,24
150:4,8,18,
23,25 151:6,
11,17 152:14
153:2,11,15,
23,25 154:3,
5,11,13,19
155:4,7,18,
19,25

**that's**  6:15
9:14 20:2
29:11 35:24
40:13 45:9
55:18 56:2
59:20 60:14
62:1 65:14
68:10 71:3
73:18 76:25
77:7 79:17
80:25 81:4
82:9 83:4
84:3 87:14,15
88:3 89:10,18
93:19 94:12,
18,21 97:21
102:22,24
106:19 110:14
117:7 118:25
120:6,17
125:22 130:21
131:19 132:12
133:1,11,12
136:19 138:23

140:11 142:3
143:5,12
146:4 148:2
150:1 151:24
154:11

**their**  13:11,
14 17:4 23:21
24:5,20,21
32:23 37:1,22
47:19 49:3
50:14 52:16
54:6 55:7
61:9,10,12,
13,15,18
62:8,12,22
63:16,22
65:15,21,22
73:14 76:22
77:18 81:13
85:13 88:15
96:5 106:4
112:25 134:24
150:9 151:14
153:2

**theirs**  84:5

**them**  13:12,14
14:2 15:8
16:7 17:10
18:13 19:1,2
20:10,11 21:3
22:11,18,22
23:1 24:12,
21,23,24
25:7,9 26:21
27:25 28:20
30:20 49:3
50:14 51:15
54:15 55:8,
11,13 58:20
61:8,12,15,20
62:7,14,19
64:6 65:14
70:20 78:1,10
85:14 86:8
91:4 100:22
103:16 106:5,
10 111:10,12
112:25 114:24
116:13 119:3

121:19 133:25
134:10 142:8
144:7 147:3
153:12

**theme**  143:19

**themselves**
23:5 137:19

**then**  6:22,25
8:16 9:7,17
10:22 11:1,7,
9,11 13:6,15
14:10,25 15:2
16:5,8,10,17,
19 17:2,6,7,
8,11,23 18:5
20:16,25
21:1,3,5,7
25:2,15 27:15
28:9 30:13,15
31:3,7 35:12
37:16 40:5
42:1,24 44:8
47:4 48:8,24,
25 49:1 50:7
52:6 53:22
57:7 61:13,
17,20 63:13,
21 64:4,7
65:14,15
69:23 70:22
71:8 72:18
73:7,14 74:14
75:11 77:4
80:6 81:5,16
82:3,15 83:25
84:1 85:13
88:7,11 89:16
90:2,19,21
91:1,5,25
94:20 96:6
99:9,18,19
101:8 102:8
103:20 105:4
106:2 109:17
112:12 114:6
115:17 117:9,
11,23 118:22
131:14,24
133:14 134:4,

13,20,21,22,
24 135:9,15
136:25 137:18
138:3,6
141:9,10,11
145:8 148:6
150:16 151:3
152:9,10
153:13
**theoretically**
16:17 18:5
**therapy** 73:17
**there** 5:16
10:13 17:13
19:23 23:24,
25 24:3,7,8,9
25:6,17,25
32:20 35:13
38:12,25
39:1,19 41:14
42:6 43:6,8
46:12 47:13
48:15,23 49:1
50:22 51:12
54:3,15 57:1,
2 58:14,21
59:15,16,21
60:1,20 62:4
63:1 65:17
66:7 70:9
71:6,16 73:7,
10 76:16,20
78:8,10 79:1
80:14 81:6
82:14 84:23
85:2 86:7
87:1 91:16
92:4,9,17
96:2 97:18
98:1,12 99:8
103:4,19
104:13,17,19
106:5,9,24
107:1,13,14
111:13
112:11,12
113:15 114:6,
16 116:11,15,
16,19,21,22,

25 117:20,24
118:5 120:8,
11,16 125:6
126:4,7,14
127:3 128:23,
24 131:4,19
133:5 134:23
135:4,5,6,10,
14,19 136:25
137:9 138:3,
4,9,14,16
142:13,23,25
144:5,7,8,10,
17,18 148:9,
23 149:4,13
150:11
154:19,24
155:10
**there's** 12:17
31:6,20 32:20
33:9 45:1
52:23 55:24,
25 70:24 71:2
77:12 97:24
99:9 105:20
106:1 108:6
115:3 118:16
137:23 138:17
153:8
**these** 22:23
48:22 53:3
55:1,7 56:20,
24 57:4 61:14
65:10 66:13
67:9,24 70:25
73:18 74:13
75:6,14 77:11
83:12,15
89:10 97:8
98:5 115:7
121:17 123:18
155:25
**they** 10:8
14:1,3,21,22,
25 16:4,6
17:2 21:1,5,6
22:9 23:4
26:19 32:23,
24 33:15

35:11 44:6
48:8,9 49:1
52:11,13,21
53:21,24,25
54:23 55:6,8,
12,21 56:2,4,
21 58:1,16,19
59:1,2 62:4,
23 63:12,20
65:15 70:19
73:22 74:17
81:10 83:23
84:1 85:14
89:9 90:2
91:2,15,20
92:15 97:9,
15,17,19
105:21,22
106:4,9
109:23 110:9,
20 111:2,8,16
112:10 113:2
116:12 119:4
121:20 125:7
133:24 134:8
136:2 137:16,
17,18 143:3,8
148:5 151:11
152:8 153:12
154:12 155:21
**they'd** 73:9
**they'll** 36:20
63:5 65:5
91:22 137:19
**they're**
13:13,22,23
32:19,24,25
33:14 55:13
56:21,22
58:23 64:7
89:9 90:25
111:1 121:17
135:21,23
143:3 155:16,
17
**they've** 33:14
110:23 152:10
**thing** 6:10
7:1 17:24

38:23 57:24
79:14,18
82:12 87:16
106:8 111:17
113:11,13
134:18
**things** 16:24
29:13 32:2,3
33:3,13,15
41:8 46:14
53:3,23 55:8
67:20 77:20
83:19 103:14
120:12 125:4
131:10 132:22
135:14 140:13
147:21
153:12,13
**think** 6:1
7:19 12:1
23:15 30:18,
21 31:2 34:3
40:25 46:22
51:18 52:3
54:21 57:13,
14 58:3 60:16
62:13 65:24
71:22 76:23
81:13 85:7
96:11,13
98:3,14
102:11 104:24
111:25 112:14
113:4,16
119:6 123:7,8
124:25 125:1
129:22 132:4,
8,16 135:2,5,
22 138:9
150:22 154:2
**thinking**
45:24 46:1,4
100:8 124:21
**third** 13:10
14:10 17:1
19:3,13 20:15
44:16
**third-floor**
126:6

**third-year**
  13:18 16:10
**this** 5:1,24
  6:2,7,10 7:21
  8:4,8,12,20,
  23 9:2 15:12
  17:19,20,25
  18:17 21:18,
  23,25 22:2,4,
  11,13,16
  23:7,8 24:4,
  10,19 25:16,
  20 26:5,10,
  12,18 27:3,5,
  15 28:13,20
  29:15,20
  30:1,8,25
  32:4 33:16
  34:9 35:4
  36:3,9 37:4,
  5,10,13 38:13
  39:6,7,9,10,
  11,12,18
  41:3,14,22
  42:8,16,17
  43:2,3,4,5,7,
  10,15,16
  45:14 46:1,4,
  17,23 48:14
  50:4,9 52:9
  57:3,16,22
  58:3 60:2
  62:9,17 63:7,
  8,16,25 66:2,
  14 67:3,10
  69:2,23
  70:13,16
  71:1,5,8,9,
  13,19 72:7,
  11,20 73:2,
  23,24 74:5,19
  75:7,16,17
  76:2,10,25
  77:1 78:3,14,
  15,19,24
  79:2,8,15,21
  80:10,13,16,
  17 81:5 82:24
  84:7 85:10,22

86:19 87:1,
  10,18 88:2,
  16,17,19
  89:1,5,16,24,
  25 90:9,15,
  16,17 91:12
  92:14,20
  93:22,25
  94:4,6,21,23
  95:15,23,25
  96:8 98:3,6,
  8,11 99:2,13,
  23 100:3,4,5,
  11,24 101:9,
  15,19,21,22
  102:2,9,24
  103:5,10,12,
  21 104:2,6
  105:6,7,8,17
  106:11,15,17
  107:10,15,16
  108:8,9,20
  109:5,9
  110:7,16,19,
  20 111:4
  113:4 114:5,
  9,11,12
  115:9,12,24
  116:2,3,7,16,
  18,20,22
  117:3,14
  118:18 119:6,
  8 120:1,19,
  22,23,24
  121:2,20,21,
  24 122:3,4
  124:12,21,22
  125:11,14
  127:4 130:4
  132:2,10,19
  133:16,19,25
  134:8,16
  135:4 136:5,
  7,10,18,21
  137:12,13,22,
  23 138:1,6,
  19,20 140:18,
  23 141:13
  143:10,13,24

145:5 146:11,
  14 147:8
  150:4,8,13
  152:12,13
  154:16
  155:18,24
  156:17
**thoracic**
  12:14
**those** 9:17
  12:21 13:1
  20:7 21:2,5
  26:8 31:1,2
  32:10 34:2
  44:11 48:12,
  19,25 51:19
  53:20 56:23
  57:21,23
  61:24 63:1
  70:18 71:5
  81:11 89:19
  90:24 91:7
  103:13 116:13
  120:9,14
  126:22
  128:12,15
  130:1,25
  131:13,25
  135:19 144:13
  148:20,22
  154:23
**though** 32:24
  34:15 40:13
  51:6 53:25
  65:24 70:2
  78:3 80:8
  85:6 90:6
  104:16 108:5
  114:8 135:23
  139:9
**thought** 32:11
  35:23 75:4
  97:18 100:11
  103:22,25
  127:12 135:5
  144:15 152:1
**three** 21:3
  72:17 131:18
  141:5 155:24

**through** 6:23
  8:25 10:14,16
  16:4 17:19,22
  19:19 25:24
  41:7 61:6
  63:24 66:13
  68:15,19
  71:12 83:13,
  23 96:3
  103:23 110:16
  111:5 115:16
  118:21 128:3
  131:13 133:15
  135:13 140:22
  148:19 153:13
**throughout**
  17:14 55:13
  126:24 143:19
**Thursday** 43:9
**time** 7:19
  8:14 9:22
  11:23 12:1
  13:14 14:23
  15:11 18:3
  19:13,20,25
  20:21 23:21
  24:4 25:16,
  20,24 26:8
  28:4 31:25
  34:19 35:18
  38:3,6,7
  39:3,8 40:6
  41:14 42:17
  43:3 44:14
  48:14 50:3
  53:3 56:25
  57:1,2 58:14
  59:7 62:17,23
  63:7 67:21
  72:3 78:14
  81:5 82:5
  85:11,19
  88:3,16
  91:11,15
  98:7,8 100:13
  111:13 115:9
  116:12 117:4
  119:14
  124:12,13

125:21 127:5
133:1 145:11
150:25
**timeline**
135:14
**times**  8:11
19:22 26:6
32:21 33:9,21
35:14 46:12
56:9 58:21
63:1 65:17
66:7 72:17
76:16 92:4
106:1 119:19
126:4 145:23
148:7
**timing**  38:21
**tissue**  66:6
**to**  5:1,20
6:6,11,12,17,
18,20,22 7:1,
2,7,11,14,17,
21 8:1,4,6,
11,23 10:18,
19,22 11:1,2
12:6,11,16,
18,21,22
13:7,9,11,14
14:5 15:1
16:3,18
17:12,13,17
18:1,17,19
19:3,4,22
20:2,4,23,24,
25 21:5,6,12,
18,25 22:8,9,
11,12,18,19,
22 23:1,13,
15,23,24,25
24:12,18,19,
21,23 25:13,
24 27:3,11
28:1,2,3,4,5,
6,9,10,11
29:4,7,12,13,
15,21,22,23
30:1,6,14,22,
25 31:14,16,
18,21,22

32:4,8,18
33:5,11,12,
16,19,20,23,
24 34:13,18,
22 35:7,11,
13,17,18,20
36:5,20 37:3,
11,20 38:2,7,
13,15,20,24,
25 39:3,6,8,
10,18,24
40:3,7,9,13
41:4,9,11,24,
25 42:12,16,
24 43:3,10,
15,16,17,22
44:24 45:1,
14,15,16,19
46:9,16,18,
19,25 47:2,
10,11,22
48:7,23 49:2,
3,6,10,15,18,
23,24,25
50:7,9,12,13,
14 51:2,9,12,
15,17 52:6,
10,12,13,15,
16,20,21
53:3,9,15
54:6,8,23
55:1,6,7,11,
15,18,21,23
56:16 57:8,
16,19 58:11,
12,13,16
59:11,23
60:3,7,11,12
61:1,4,7,8,
10,11,13,14,
15,18,23,24,
25 62:7,8,9,
14,17,23
64:5,6 65:1,
8,9,23,25
66:1,12 67:9,
11,19,20,24
68:8,12,24
69:2,15,19

70:2,5,11,14,
15 71:25
72:3,4,24
73:23 74:6,
15,16 75:6,9,
23 76:18,19,
21,23 78:17,
25 79:4,7
80:3 81:7,10,
11,19,22,25
82:5,16,17
83:15 84:4,17
85:8 86:25
87:12,16
88:2,15,20
89:10,14,18,
19,22 90:8
91:1,2,5,7
92:5 93:3,8,
14,20 94:3,7,
13,18,19
95:6,7,8,9,
10,15 96:3,23
97:5,7,10,15,
19,22 98:25
99:3,7,12,13,
16,20,21,25
100:8,14,15,
24 101:2,9,
16,17,18
102:2,3,8,12,
15,17,18,20,
24 103:6,9
104:2,19
105:3,4,5
106:7 107:18,
19,20,22,23,
24 108:2,4,9,
10,11,12,17,
18,24,25
109:1,5,6
110:12,20,22,
24 111:1,8,9,
15 112:1,3,5,
8,17,20,25
113:1,8,9,20
114:1,7,12,
13,16,17,18,
19,24 115:9,

15,16,17,21,
22 116:12,13,
24 117:6,9,
10,11 118:3,
4,5,6,16,17,
18 119:4,17,
22 120:12,22
121:11,19,21,
23,24,25
122:3,4,5,7,
21,23 123:12,
16,18 124:22,
23,25 125:7,
11,13,15,16,
19,24 126:6,
10,15 127:6,
16 128:6,14,
19,20,23,25
129:3,4,7,10,
11,13,16,19
130:3,11,17,
23 131:6,12,
14,16,17,18
132:3,10,12,
15,17,19,21,
25 133:3,4,6,
13,20,23,25
134:2,8,10,
14,25 135:9,
16,24 136:16,
19,23 137:12,
17,21,24
138:1,3,23,24
139:23 140:1,
7,8,12,16
141:15,16,21
142:7,8,13,18
143:8,9,18,23
144:6,8,9,17,
19,20,23,25
145:2,5,12,
23,24,25
146:3,5,11,
18,22,24,25
147:3,4,6,7,
9,13,18
148:2,6,7,9,
12,13 149:2,
8,12,19,23

150:17 151:6,
14,15,22
152:5,6,9,12,
14,15,20
153:7,9,12,
13,20,25
154:3,6,11,
14,15,20,22
155:5,25
156:2,5,8,9,
18
**today** 8:16
27:14 32:23
83:9 116:10
137:16 140:6,
10 141:3,8
156:3
**toe** 61:10
**together**
14:23 15:15,
17,18 17:2
22:22 26:17
39:9 66:11
**told** 21:12
22:9 25:7
32:8 33:10
35:11 42:1
51:1 55:6
57:11,21 59:7
60:20 61:15
63:12,23 96:8
98:10 103:4,
10 107:13
109:19
113:14,19
117:18 119:12
121:21,25
122:5 123:16,
22 124:7
128:21 132:9
137:11,23
139:12
145:18,21
147:2,4
149:13 152:10
**Tommy** 6:16
8:24 30:22
93:1 96:19

**tomorrow**
22:19 99:11
100:12
**too** 7:3 11:5
53:2 72:15
123:20 142:8
155:20
**took** 10:21
60:2 122:21
**tool** 131:21
**top** 83:7
92:22 145:24
147:16
**topic** 134:2,
14
**topics** 83:24
129:2
**totally** 6:15
**touch** 61:23
**touched**
154:10
**touching**
61:25 67:22
147:15
**town** 150:17
**train** 95:7
**training**
13:4,11 97:10
110:24
**trait** 31:4
**traits** 127:13
**transcript**
7:6 12:18
39:7,11,18
120:23 123:25
124:9
**trauma** 12:13
13:5,6 14:8,
18 15:19,25
16:1,2,5,6,7,
9,16,22
17:16,21
25:23 28:8
33:22,23
34:11,24
37:16,21
41:25 44:22
56:20,22

58:25 66:24
67:5 68:13,14
69:4,16
73:12,13
74:25 105:12
134:23
143:11,12
144:23
**trauma/
critical** 83:3
106:13
**traumas**
145:13 146:3
**treat** 92:3
135:17
**treating**
109:22
**treatment**
63:2 65:22
66:9 67:9,10
70:18 84:16
**tried** 35:13
142:7 147:3
**trouble**
31:14,18
47:20
**true** 12:4
40:14 126:16
156:9
**trust** 7:19
38:4,6,7
**truth** 137:11
156:5
**truthful** 80:9
**try** 7:17
33:12 46:9
49:2 101:18
144:6 148:2
**trying** 12:11
61:25 107:22,
23 108:10,17,
24,25 109:1
136:16,19
146:22 156:5
**Tuesday** 22:21
**Tuesdays**
116:11

**turn** 24:23,24
26:18 35:22
89:11 104:20
116:14 131:12
133:6 134:24
**turned** 26:21
93:23 104:6,
11 118:9
146:14
**turning**
104:14 107:8
**turnover**
103:15 116:10
117:19
**turns** 117:23
**twice** 8:13
15:18 72:21
137:22
**two** 5:17
9:17,25 13:5
14:10 16:10
20:18 24:2
51:15,19
52:2,4,5
57:14 81:1
82:17 85:5
101:24 103:13
106:5 107:13
109:5 131:18
150:11
**type** 6:25
14:5 65:12
67:13 81:7,8,
19 91:25
117:21 120:9
126:23
**types** 9:17
12:15 61:24
65:14 67:9
97:9
**typical** 19:25
71:1 99:6
111:21
**typically**
7:17 16:23
25:8 63:18
64:2,16
65:11,21

72:23 73:1,9
84:18 85:12,
15 89:24 91:3
92:7 100:21
110:4,11
115:18,20
120:6 135:12
**typing** 6:19
82:7

---

## U

**Uh-huh** 9:19
39:23 42:13
74:24 75:18
77:15 80:21
83:6 90:12
114:14 120:18
149:11 155:1
**uh-huhs** 7:5
**ulcer** 9:15
17:25 23:9
31:20 60:14,
16 63:25
67:15,25
70:5,9,14,15
93:22 95:21
114:21,23
148:18 151:1
**ulcers** 62:18
67:20
**ultimately**
93:23 139:1
153:15
**UMC** 111:21
126:11 133:8
**UMMC** 5:23
11:4,7 36:24
**unclear** 27:16
**uncomfortable**
123:23
146:20,22
147:2,4,11
153:19,24
154:5,13,18,
21
**uncommon**
62:25 99:7

**under** 89:17
90:4 93:6
148:16
**undergo**
118:19,20
**understand**
12:16,22,24
47:23 108:25
**understanding**
28:16 101:17
108:23
**underwent**
118:20
**unfortunate**
62:24
**unfortunately**
32:21 83:22
**unique** 52:20
**unit** 48:20
62:21
**University**
10:20,22
39:17 152:17
**unless** 25:25
47:9 51:1
52:10,13 58:1
63:18 76:19,
21 78:21
106:7 113:14
115:21 152:18
**unprofessional**
37:18 127:12
**unstageable**
70:5,11,15
95:21
**until** 27:16
60:13 98:8
103:19
**untoward**
147:9
**untruthful**
32:11 33:10
**up** 7:5 10:16
13:25 15:10
18:10,12 21:2
26:5 28:4
33:4 34:14
46:2,3 48:23

49:1 50:1
51:7 52:1
53:14 54:6
59:9,23 61:20
63:10 68:15
70:16 71:12
75:14 79:24
80:12,13
81:21 82:4
85:14,16
105:22 106:10
118:17 131:16
133:13 134:19
136:8 140:13,
16 144:19
150:3,7
153:10
**up-to-date**
135:16
**update** 73:15
91:22 100:1
**updated** 72:5
**updates** 99:18
**upon** 15:14
18:10 65:9
**upper-level**
32:22
**upset** 38:16
47:14 103:7
107:18
**urinalysis**
90:22
**urine** 90:22
91:1
**urology** 19:10
45:10
**us** 10:14 13:5
36:20 50:8
51:6 52:10,13
96:6 111:3,12
144:11
153:12,13
**use** 30:5
33:16 80:6
81:6,12 82:14
**used** 6:10
79:24 80:1
143:23

**using** 15:4
98:2 124:10
**usually** 13:21
14:2,7,10,23
17:11 18:15
24:25 25:1
33:13 48:19
49:2 50:5
51:5 52:9
57:14 58:14
59:1 61:22
62:3 65:25
66:10 70:19
72:16 76:20
78:22 88:5
89:9 91:9,23
92:7,9 116:9
134:19 136:16
143:7

---

## V

**value** 32:7
**varies** 70:19
**various**
152:21
**verbal** 24:13,
17 57:17,18
64:6 130:14
135:11
**verbally**
24:18 103:12
**verify** 128:16
**versus** 13:18
**very** 6:15,20
23:22 25:23
37:13,18
52:11,13
75:1,5 92:9
106:6 107:7
124:22 143:7
146:3,6
148:3,5,15
150:25 153:19
**violations**
5:20
**visit** 60:4

visited
  59:11,14
vivid  107:7
  118:10

_____

W

wait  91:5
  145:1
waiting  55:18
walk  10:14
  58:16 61:6
  63:24 64:4,7
  103:23 152:9
walked  63:19,
  24 73:18
  75:12
walking
  63:15,17 64:3
  66:13 73:8
want  6:20 8:6
  25:13 30:14
  41:9 45:1
  79:24 80:3,6
  81:22 85:8
  90:8 93:20
  95:6,15
  101:18 103:9
  108:9 133:23
  137:17 141:15
  144:17 146:11
  156:17
wanted  23:23
  28:10 33:24
  62:7 81:7
  88:2 93:3,8
  101:17
  107:19,20
  114:24 121:23
  124:23 129:7
  144:8,17
  146:24
wanting  61:1
  144:9
wards  13:22
was  5:1,6
  6:2,3 8:14
  11:4,24 12:3

14:18 15:13
16:12,21
17:8,14 18:2
19:10,12
20:14,22
21:3,17,20
22:7,16 23:8,
18,19,24
24:7,8,17,21
25:17,25
27:6,9,11
28:1,10,13,
14,17,20
29:17 30:12,
18,20,21,23
32:11,13,23
33:1,2,4,8,
18,20,25
34:3,5,11
35:10,25
36:5,13 37:7,
18,19,20
38:16,17,22,
23,24 39:2,7,
14,15,20,24
40:1,2,6,9,
16,18 41:14,
15 42:17,18,
21,24 43:3,5,
6,12 44:1,13,
15,17 45:6,
10,11,20,23
46:20 47:13,
14,19 48:21,
23,25 49:3
50:6,9,21
51:2,5,18
52:2,3,19
53:8 54:19,22
55:5 57:1,2,
8,11,13,14,
16,18,21
58:5,9 59:15,
18,19,21,22,
24,25 60:20
62:19,20
63:14 66:20,
24,25 67:1,2
68:11 69:7,

16,19 71:16,
25 73:21,25
74:2,5 75:5,
19 76:19,20
78:21,25
79:11 80:22
81:5 82:21,24
84:20,23
85:2,4,8,14,
22 86:4,22
87:4,8,24
88:5,23 89:1,
2,5,18 90:5,
9,21 92:14,17
93:5,10,13,25
94:24 96:15
97:4,13,18
98:4,21,24
99:3 100:19
101:5,8,17,24
102:1,2,11
103:3,4,5,6,
20,21,22,24,
25 104:3,7,
10,17,22
105:4,8,14
106:5,6
107:13,16,17,
19,22,23,24
108:8,10,11,
17 109:3,10
110:1 111:22,
25 112:9,12,
24,25 113:2,
6,7,8,15,19
114:5,11,23
115:21
116:16,17,25
117:11,19,20,
21 118:3,5,6,
11 119:11,18
120:1,3,7,20
122:14 123:13
124:1,4,5,12,
18 125:22,24
126:5,12,14,
16 127:5,8
128:5,23
129:1,17,19

130:2,3,4,14,
20 131:8
132:1,3,5,8,
10,13,14,17
133:3,4,14
134:9,13
135:1,4,6,14,
15 136:4,17,
21,25 137:13,
14,20,25
138:2,7,9,12
139:1,2,3,6,
16,19 141:7,
24 142:4,25
143:13 144:5,
15,16 145:23
146:6,16,18,
19,21 147:1,
4,11 148:23
149:4,10,13,
16 150:16,25
151:17,21
153:19,20
154:4,20,21
155:24
156:15,22
wasn't  24:10
  28:9 46:3,15
  49:19 52:19
  59:5,16 66:25
  76:10 98:8
  99:9 100:13
  106:8 118:2
  131:25 132:13
  136:3 138:4,
  14 144:4,8
  151:14
wavelengths
  138:10
way  6:24
  13:20 16:24
  28:5 29:12
  55:10 68:15
  83:18 89:24
  93:6 94:8,16
  103:24 128:16
  141:12 147:9
  150:1 154:1

ways    58:23
  135:16
we    5:18 6:1,
  19,20 7:7,18
  11:13 13:6,13
  14:9,17,24
  15:2,15,16,18
  17:2,3,4,6,
  12,16,17
  18:8,15 19:14
  20:1,4,21
  22:5 23:19,25
  24:25 25:23
  26:16 27:1
  28:7,8,12
  33:19,22
  34:14 36:21
  37:24 42:6
  43:19 44:24
  45:3,22
  46:13,20
  48:17,18,22
  49:2,24 51:22
  52:1 55:11
  57:14 60:25
  61:12 62:9
  63:20 64:2,4,
  7,12 65:12
  66:10 67:22
  69:12,13
  70:22 72:1,9,
  12,16 73:12,
  18 76:23
  79:17,21
  80:5,6,17
  81:1 82:14,15
  83:18,24
  84:2,11,14,23
  85:25 86:15
  89:2,12 90:8,
  25 91:1,4,9
  93:8 94:19
  97:13 99:7,24
  100:8 105:20
  106:6 107:6,
  20 109:17,18
  110:15 111:17
  112:5 113:7,9
  114:1 115:1,

  3,18 116:20
  117:12,17,19
  118:25 119:1,
  3,16,19,21,
  22,24 120:5,
  16 122:17
  124:15 127:10
  128:15 129:18
  130:22,24
  131:7,15,23,
  24 132:14,21,
  23 133:22,24
  134:2,4,19,20
  135:15 136:7
  137:18 138:6,
  12,18,20
  139:24 140:6
  142:4 153:2,
  7,10,17
  155:12,18
  156:18
we'd    48:19
we'll    9:16
  15:12 18:1
  29:15 53:5
  97:2 99:11
  100:9,12
we're    12:11
  13:4,6,11,14
  16:2 17:21
  19:1 21:18
  27:14 28:4
  37:3 42:18
  44:11 50:1
  78:24 83:19
  84:7 93:20
  115:17 141:5
  145:3 153:7
we've    49:24
  52:25 110:15
  111:5,16
  139:22 140:9
Wednesday
  20:1 43:8
  131:1,2
Wednesdays
  20:3,7 119:22
week    8:15,17
  14:25 15:1

  17:20 33:21
  34:23 40:14
  72:8 89:11
  90:2 106:2,3
  131:1,2,11,17
  135:22 147:22
weekend    17:23
weekends    13:5
  15:17 85:18,
  23
weekly    14:24
  23:24
weeks    18:3
  24:2 51:15,19
  52:2,4,6,10
  73:5 109:5
weight-bearing
  73:16
well    7:5 9:16
  13:12 25:1
  34:3 37:13
  38:3 40:1
  41:10 52:16,
  25 59:13
  66:10 77:23
  81:3,13 85:11
  86:8 87:21
  89:7 92:2
  102:5,13
  108:16 135:3
  137:6 138:14,
  22 140:25
  143:25 154:15
went    10:18,
  19,22 22:8
  60:22 62:13
  98:11 109:13
  117:10 118:3,
  21 129:22,25
  132:10,21
  138:5 140:21
  145:12 151:6
were    8:22
  11:7 12:1,25
  13:1 15:18,22
  16:9 17:18
  18:6,23 19:7
  20:10 21:12
  22:23 26:4

  27:1 28:8,18
  33:19,23 34:1
  35:14 36:10
  37:24 39:1,13
  40:5 42:8
  46:12,23
  48:15,18,22
  50:6,22 51:19
  52:5,11,13,16
  53:21 54:15
  58:1 60:25
  62:9 69:10
  71:23 73:22
  76:13,16 81:1
  84:15,23 89:2
  90:8 93:9
  96:11,17
  98:5,11,12,24
  99:14,24
  100:18
  101:12,23
  106:7,9
  107:21 109:1,
  18 111:17
  113:9 120:12
  122:4 126:11
  127:10,12
  128:19 134:22
  137:5 147:18
  148:16 151:12
  153:18 155:18
weren't    10:13
  51:25 54:23
  138:11
what    6:23 7:7
  8:20 11:7
  12:6,12 13:1,
  8,20 14:5,8,
  20 15:25
  16:21 17:3
  18:22 19:20
  20:9 21:8
  22:6 23:15
  24:6,19 25:4,
  8,9 26:3,15,
  25 27:3,6,9,
  22 28:17,22
  30:9,12
  33:18,25

34:14 36:12
37:3,14
41:20,21
43:19 44:13,
20 45:20,23
46:6 48:7,15,
17 49:22
50:21 51:20
53:19,24
54:2,9 55:4,
5,6,10,18
56:10 58:6
59:20 60:19
61:6 62:6,19
63:2,14,20,24
64:9,11,19,21
65:18,24 66:4
67:15,18 68:7
69:16 70:8
73:18,20
75:10,11
78:24 79:19
81:7,25 82:7
84:2,15,19
85:18 87:2
89:18 90:13,
17,24 91:18
92:5 93:19
94:11 95:23,
25 96:1 98:4
99:14 100:22
101:17 102:22
103:9,25
104:2,3,4,8
107:6,19,24,
25 108:8,19,
23 109:1,10,
11 110:15,25
111:1,3 112:4
113:2,10,12
114:19 116:21
117:6,11,16,
17 118:18,24
119:18,20
121:14 122:12
123:13,15,25
124:18
125:22,24,25
126:13 127:2,

12 128:22,25
129:2,7,18,19
130:16 131:18
133:9 135:15
136:1,16,17,
19,21 137:13,
20 138:20
139:4,14,22
140:9 141:1,3
143:2,14
144:1 147:1
148:1,2,8
149:5,6
152:10 156:9,
10

**what's**  12:22
19:24 41:25
70:18 75:2
78:22 115:6
118:23 124:8
135:22 142:2
148:4 149:23
155:3

**whatever**  7:10
16:4 48:9
80:3,5 82:4
87:12 135:17
136:25 137:3,
4 138:7
144:6,23

**whatnot**  101:9
126:2

**when**  6:3 8:14
11:11,22,24
12:10,25 13:6
14:4,15 15:3,
10,20,24 17:7
18:6,23 20:2
21:9 22:12
23:19 24:12,
18,19 26:16
28:24 31:25
32:3,21 34:8
36:12 37:16,
20 38:18
39:24 43:4,5
44:3 46:6,8,
23 48:6,14
50:2,22 51:20

57:3,5 61:5,
14,19 62:21
63:1,15
64:12,19
65:11,14,17
68:11,21
71:23 72:14
74:5,13 75:6,
12 76:13
78:14 79:22
81:11 82:1
83:12 84:14
85:18,19 88:5
90:3 91:18
92:11 93:17
94:23 96:1,2,
15 97:8,22
98:8 99:2,4,9
100:15,16,21
101:14 102:2,
18 103:19,20,
24 104:1,5,8,
10 106:4,17
107:1,2,12,14
108:6,25
109:2,9
110:19 114:4
116:2,20
117:7,9
118:3,6,9
119:16,24
120:4 124:7,
18 125:10
127:3 130:25
132:9 133:14,
16 135:9
137:16 139:6,
16 140:23
141:19,21
142:22,25
143:22 145:22
148:5,16
153:18,23
155:6,22

**whenever**  7:18
16:18 32:25
46:9 89:21
95:9 118:14

**where**  5:13
10:16 11:12
15:21 16:7
17:4 28:3
31:21 32:11
33:9,22
35:10,14,16
36:4 39:15,
19,20,21
41:11,14
44:21 48:2
54:18,19
58:21 61:25
62:1 66:7
76:16 77:4
80:14 81:2
87:20 92:4,17
94:5 100:25
104:25 105:21
106:1 111:14,
16 118:25
119:4 120:23
126:4,5
127:11 134:16
137:10,12
138:12 141:16
142:9,13
143:12 148:12
150:12

**wherever**
48:18

**whether**  6:9
16:25 32:7
59:25 74:16
97:10 109:23
126:15

**which**  9:4
11:15 14:10
21:1 28:16
33:3 48:21
50:5 57:11
61:14 70:10
77:13 82:1,17
87:8,9 91:25
92:2 99:24
101:23,24
102:20,21
109:2 111:3,5
114:11 117:11

119:23 142:4,
5 144:15
146:3
**while** 13:3
21:5 28:7
83:16,17
126:5 128:25
**Whitfield**
8:7,8 45:16
56:16 67:11
93:2,5 95:4,
6,13 96:21,25
112:17 114:13
125:16 128:4
140:1,7,12,15
151:24 152:1
153:19 155:22
156:13,17,18
**who** 14:5 19:6
20:6,12 43:20
44:2,6 45:6,
9,10,11,13
53:16,19
57:11 64:8,
14,22 66:23
67:8 68:11,
21,22 74:25
82:25 83:2
89:2 94:18
100:18 101:2
104:1,10,21
105:9,11
106:11,16
109:22 112:3
114:17 120:14
124:1,3 127:8
132:6 133:4
134:7 139:12
152:25 153:4,
19 154:20
155:6
**whoever** 17:23
48:22 50:1
51:25 58:1,5
90:21 133:18
135:1 155:8,
15
**whole** 15:11

**why** 22:4
25:22 33:16
47:14 79:17
89:10 92:23
93:1 96:13
105:17 113:18
118:5,6 122:7
130:22 132:8,
12,19 139:1,
2,3 144:11
**will** 7:17
19:10 24:2,6,
8,10 38:13
45:3 57:14,16
58:3,9 59:18
62:3,4 65:1,
16 70:20
73:23 79:23
83:20,23,25
84:24 85:2,4,
23 91:21 92:2
105:6,22
108:3 116:14
119:2,3
124:2,6,7
125:20 127:4,
9 135:12
144:4 146:12
147:2 152:11
**Will's** 59:5,
15 60:2
**with** 6:20,21
8:7,8 9:8
10:15 11:22
13:11,13,15
15:11 17:3,7
21:13 23:9
26:17 27:7
28:5,23 29:9
30:2 31:6,17
32:18 34:14,
18 36:10,13
37:15 39:2
41:25 42:3
43:18 45:7,20
47:15 48:20
50:1,8,10,23
51:7,23,24
52:1 54:7,16,

19,24 55:2,8,
12,13,14,17,
20,25 56:1,6,
10,11,25
57:3,25 58:3
59:2 60:19
62:17,19
67:25 71:20
72:6,19,24
73:7,15,18
74:17,22
75:4,11 76:4
79:8 80:18
83:9 84:10,12
86:2,8,14,17
87:19,21 90:9
93:15 94:22
97:9 98:6
100:22 101:2
104:6,8,10,
18,25 105:23
106:10,16
107:3,18
109:18,20
110:17 111:4,
13,19 114:16
117:2,14
119:9,13
121:8 123:3,
8,9 124:6,16
125:3,10
126:10 127:19
128:8,10,12
129:23
130:14,21
132:2 133:19
134:19 135:25
136:8 137:2
140:5 142:7
143:10,19
147:3,4
148:7,8,12
149:16 150:3,
7,12 151:20
152:10 153:4,
5,6,10,12
**within** 18:25
51:15 91:9
92:8 120:7

142:12
**without** 28:11
105:1
**witness** 5:3,7
35:22 53:4,7
93:8 125:25
**witnessed**
58:4 111:16
122:1
**WOCN** 68:4,9
**won't** 27:15
119:1
**wonder** 47:14
**word** 60:2
76:11 134:20
**wording** 80:5
83:22
**words** 153:23
**work** 11:15,22
15:11 18:14
36:6 46:11
55:7 58:17
66:10 72:8
81:18 113:4
126:10 140:18
144:20 147:23
148:5
**worked** 15:15
52:7 56:15,25
130:21
**working** 68:19
75:4 126:12
144:14
**workout**
144:13,24
145:1
**workroom**
126:6
**works** 20:18
89:24 150:1
**world** 32:19
58:18
**worse** 31:10,
12 103:21,24
111:8
**worst** 143:6

**would** 8:1,7
14:5,10,15,25
15:7,16 16:4,
6,7,15,25
17:1,2,7,9,
10,12,16,17,
22,23 18:5
20:3,6,12,14
21:5,6 22:14,
20 23:20,21
24:18,20
25:2,9,13
26:2,5,16,18,
19,21,23
28:15,23 29:7
30:5,9,17
31:2,6,10
32:7,18 33:1,
2,5,6,22
35:8,12,14
37:23 38:4,7
43:8,25 44:7,
8,15 46:13,14
47:14,18,20,
22,23,25
48:8,9,11,16,
17,18,23
49:1,2,6
50:2,7,12,25
51:7,22 52:1,
12,18 54:23
55:5,6 56:24
57:25 58:4
60:11 61:7,8
62:12,14
63:7,10,13,
16,21,25
64:4,5 66:2
67:3,4,13,24
68:14,17,19
69:4,5,12,13,
15,24 71:9
72:6,10,12,20
73:8,13,15
74:14 75:7,9
76:14,16,18,
21 77:1,2,8,
13 78:1,4,6,
9,12,22 79:1,

4 80:8,9
81:11,13
82:18 84:15,
17 85:10,19
86:1,7,19
87:3,15 88:3,
12,16,18
89:21 90:19
91:12 92:8,15
96:8 97:9,13,
14,18,19,20
99:23 100:5
103:16,18
104:13,19,24
105:2 106:9
107:5 108:13,
14 109:17,19
110:4,7,17
111:11 112:10
113:13 114:16
115:12
117:21,25
118:5,6
119:11 120:4,
6,8,11
121:12,17
122:8 125:3,
21 126:3,6,7
127:11 131:9,
13,23 133:13,
15,20,22
134:4,11,23,
24 135:2,15
136:2,4,6,20,
23 137:24,25
138:6,18,23
139:18
141:11,13
142:6,18
143:2,21
144:3,6,10,
12,23,25
145:5,18,22
146:1 149:9,
14 150:11,12
153:5 154:6,
13,22 155:19
156:18

**wouldn't**
31:17 34:2
47:13 56:5
70:1 78:10
81:11 91:14
107:22 110:12
133:25
138:18,20,22
154:3
**wound** 9:5,9
22:6 25:4,6,
17 26:9,19,
22,23 27:4
31:23 32:4
60:20 62:4
63:14 64:8,9,
12,13,14,17,
19,20,21,22,
25 65:4,9,11,
16,18,23
66:8,17 67:7,
12,13 68:10
69:19 70:20
71:1,16
76:20,23
77:12,13,14
78:4,5,8
89:2,15,16,23
90:3,4 93:5
95:17 96:4,
14,16,17
97:8,11 98:5,
10,11,13,16
100:5,12,16,
17,23 101:3,
16 102:21
103:2,4,7,11,
12,17,18,19,
20 104:2
106:17 107:9,
12,14,16
108:18,22
109:8,9,25
110:7,14,16,
25 111:3,4,5,
6,7,13,14,19,
23 112:8
113:25 114:2,
4,6,10,11,12,

17,18 115:1,
3,5,13 116:1,
3,4,8,13,15,
20 117:18,20,
21,22 118:3,
11,25 119:2,
3,5 121:3,5,
9,12,20
122:16 123:3,
11 124:11
130:2 132:13,
17 133:22
134:3,13
136:6 137:1
138:2,4,6,13,
16,18 149:1,
4,8 150:5,8,
14,20 151:20
152:13
**wounds** 16:3
23:21 24:5
25:3 61:14,18
62:13,24 63:1
64:23,24
65:10 89:10
97:9 99:8
100:21 133:23
135:17
**wrecks** 16:3
**write** 22:4,9
78:12,18,22
81:7,11,22
134:17 140:24
143:16
**writes** 83:7
**writing** 23:2
24:14 46:23
81:23 123:14,
16
**written** 54:3
81:24 82:4
83:14 117:6
142:2
**wrong** 23:8
32:25 45:25
64:25 71:6
83:25
**wrote** 54:1
78:19 79:14

127:1 140:23
141:20 145:9
150:17

---

**Y**

**y'all** 140:19
**yeah** 9:23
 29:11 82:8
 92:23,25
 95:11 106:23
 142:3 147:25
 151:8
**year** 10:22
 11:2 12:25
 14:10,18
 15:5,6,7 17:1
 19:2,4,7,9,
 12,13 20:9,
 15,16 43:23,
 24,25 44:1,8,
 13,15,16
 69:12,14
 120:5 131:8,
 15 141:1,3
 145:15
**Year's** 106:3
**years** 5:17
 8:2 9:25 10:3
 11:7 13:10
 51:16 73:4
 81:16 85:15
 141:5 155:24
**yell** 48:24
**yes** 6:5 7:6
 8:10 9:20,21
 10:1,5 11:6,
 13,19 13:19
 16:12,13
 17:22 18:4,8,
 11 21:24 22:3
 23:11,14
 25:14 26:7
 27:21 29:6,9,
 14,25 30:4,7,
 19 31:5,9,12,
 15,19 32:14,
 23 34:4,7

35:12,15
36:8,11 37:6,
13 38:8,12
39:5,9 40:10,
12 41:13
42:7,10,14,15
43:1 44:19
45:5,8 47:2,7
48:13 49:8,
17,21 50:11,
16,20 52:8,18
53:12,18
54:17 55:3
56:17 57:10
58:5 60:3,15
61:3,22 63:3,
6,9 64:10
65:7,20 66:19
67:2,17 68:2,
6,16,19 69:1,
22 70:7,17
71:3,10,14,21
72:9,13,16,22
74:1,9,18,21,
24 75:9,13
76:8,12,15
77:4,17,24
78:8,13 79:6,
10,17 80:2,5,
11 81:4,17
82:20 83:1,6,
11 84:18
85:1,21,24
86:3,10,21
87:14,23
88:18,22
89:4,24 93:24
94:2 95:2,5,
19,22 96:10
97:12,20,23
98:20 99:1,22
101:4 105:10
106:20 108:4
110:9,18
114:19 115:2,
4,8 116:3
117:15
120:13,18
121:7 123:15

125:5,9
128:9,18
130:16 132:5
133:18 137:16
138:17 139:11
140:20 141:6,
13,18 144:21
145:20 146:4,
5,10,13
147:20 148:2,
21 149:11,18
150:15,24
151:2,13
152:22 153:17
155:2,21
156:1,7,11,18
**yesterday**
80:17
**yet** 59:17,23
101:20
**you** 5:10,13,
16,22 6:4,6,
16,18 7:1,3,
6,12,16,19,
22,25 8:5,7,
8,11,22 9:1,
4,10,18,24,25
10:2,4,14,16
11:7,11,12,
15,20,22
12:1,6,10,12,
25 13:9 14:4,
15,16 15:3,7,
10,11,20,21,
24 16:9,14,
15,21 17:20
18:5,6,13,22,
23 19:4,6,12,
20 20:9,23,25
21:8,9,11,12,
23,25 22:1,4,
12,17,22,25
23:7,12,13,
15,16 24:12,
18,19,20,23,
24 25:4,7,9,
13,17,19
26:8,12,18,
24,25 27:2,5,

6,14,19,22
28:6,7,16,17,
22,24 29:1,4,
7,20,21,23
30:2,14,15,
18,23 31:2,6,
13,16,17,21,
22 32:3,7,10,
11,13,15,22
33:3,4,5,6,7,
11,14,16
34:5,8,16,17,
18 35:1,4,7,
8,10,16 36:4,
5,6,7,9,12,
19,23 37:3,5,
11,14,24
38:2,3,6,10,
18,21 39:1,2,
6,8,12,13,19,
20,22,24
40:5,6,11,14,
20,24,25
41:4,12,16,
20,24 42:8,
12,16 43:2,4,
15 44:2,10,13
45:13,14,15,
18,20,24
46:6,7,9,17,
18,22,23
47:4,6,9,18,
20,22 48:1,6,
14,15,16
49:9,10,12,
19,20 50:3,4,
12,17,19,22
51:3,9,14,20,
25 52:16
53:11,14,16,
19 54:1,8,11,
18 55:1,4,14,
15,16,18,20,
21,23 56:1,2,
5,6,8,13,19
57:3,8,9,11,
16 58:3,6
59:4,10 60:2,
4,7,10,11,16,

22 61:1,2,5,
7,9,10,16,17,
22,24 62:3,6,
7,8,9,16,18
63:2,4,7,10,
16,23,24
64:8,17,19
65:17,18,21
66:12,15,17
67:15 68:5
69:4,5,10,20,
24 70:5 71:4,
12,15,16,20,
22,23 72:6,
10,14,20
73:10,16,25
74:20,23
75:11,12,17
76:7,13,16,22
77:22,25
78:1,15,19
79:4,16,19
80:3,20,25
81:5,6,7,15,
19,20 82:10,
18,25 83:9,12
84:4,15,24
85:7,18 86:7,
25 87:2,21
88:12,21
89:15,19,21
90:11,15,16
91:18,23
92:1,7,9,19
93:1,3,22
94:5,8,11,19,
23 95:7,9,21
96:8,11,13,19
97:9,22 98:4,
15,18,19,24
99:2,6,13,14,
19 100:3,5,8,
15,18 101:1,
3,9,12,20,23,
25 102:5,8,18
103:1,5,9,10,
23,24,25
104:1,2,5,6,
10,13,17,18,

21,24 105:9
106:16,17,24
107:3,7,9,18,
19,20,21,25
108:2,7,8,9,
18 109:1,6,9,
11,13,14,20
110:17
111:15,22,25
112:2,6,14,19
113:4,12,16,
23 114:16
115:5,10
116:5,6,16,21
117:1,9,14,16
118:5,6,9,10,
13 119:6,7,13
120:19,25
121:1,6,8,11,
16,21,24,25
122:3,5,7,18,
23 123:2,7,8,
17,18,21,22
124:3,7,10,
18,21,25
125:1,3,10,
11,14,15,18,
20,24,25
126:2,7,11,
15,18,21
127:3,11,12,
13,18 128:8,
10,12,15,19,
22 129:2,6,7,
10,13,19,22,
24 130:6,9,
11,17,25
131:17,22
132:2,6,8,19,
24 133:5,16,
23 134:1,3,
10,13,17,22,
23 135:5,25
136:10,17,18,
20,23 137:5,
9,14,17,20,
21,22,23
138:4,9,10,20
139:3,6,9,12,

16,24 140:3,
4,8,23
141:10,11,15,
16,17,20
142:6,22
143:8,9,10,16
144:1,4,9,10,
11 145:4,5,8,
16,18,21
146:1,8,14,
22,25 147:17,
18,21,22,23
148:6,8,16,
17,20,23
149:13,23
150:3,7,18,25
151:3,9,15,22
152:1,11,19
153:15,18,23,
24 154:1,2,3,
5,8,9,12,15,
19,20 155:6,
23 156:3,5,8,
10,17

**you'd**   16:18
18:16 47:10
99:20

**you'll**   6:22
83:21

**you're**   6:22
7:12 12:8
14:12 15:3,17
28:25 31:14,
18 46:8 61:19
62:1 63:15
75:10 78:14
83:12 85:15
88:4 93:13
102:19,20
103:24 104:5
108:24 109:1,
2 120:23
124:10 136:13
137:4 152:6,
17,19,23
156:2,5

**you've**   9:24
30:14 50:13
54:2,9,18

56:10,14 66:7
109:4 111:15
156:9

**your**   5:10,22
7:3,7 8:1
10:14,16 13:2
16:21 21:23
23:9 25:15
26:6 29:4
30:5,9 38:18
39:21 40:9
42:24 59:4
60:25 61:16
62:19 75:11
78:5 81:15
82:7,11 93:25
95:7 96:19
98:4 102:18
106:16 109:10
111:25 112:6
116:24 124:18
129:23 130:6
134:23 140:8,
18 141:7
145:8 146:1,
18 147:9
148:1 149:12

**yourself**
30:23 69:5
82:11

---

**Z**

**zero**   124:11
**Zoom**   6:10,11