# EXHIBIT "T"  - March 3, 2017 E-mail



**JOEL DILLARD, PA**
REPRESENTING MISSISSIPPI WORKERS
joel@joeldillard.com
601-487-7369
775 N. Congress St,
Jackson, MS 39202

March 3, 2017

Education Administrator
Graduate Medical Education
Terri D. Jones
2500 North State St.
Jackson, Ms 39216
tdjones@umc.edu

Dean LouAnn Woodward, MD
2500 North State St.
Jackson, Ms 39216
Fax: 601-984-6962

Cc: Mark D. Ray, Esq.

    RE: Appeal of Joseph E. Papin, IV, M.D.

Dear Dean Woodward,

    I am concerned about the recent decision to terminate the residency of Dr. Papin, my client, who has been working in trauma. I write to appeal this decision as provided in the UMMC policies and procedures for the residency program.

    On January 10, 2017, Dr. Papin was placed on formal remediation and given 60 days in which to demonstrate improvement. However, he was also placed on administrative leave, and given no opportunity to actually demonstrate improvement. Thereafter, on or about February 20, 2017, Dr. Papin was called back into work for the sole purpose of terminating his residency.

Page 1 of 2

Papin-001

Dr. Papin was never given an opportunity to demonstrate improvement in remediation, was never placed on probation, and was otherwise not accorded the procedural protections promised to him by the University in its published policies.[1]

Again, this letter is to serve as notice that I am representing Dr. Papin, and as his formal request to appeal the decision to terminate his residency.

Joel F. Dillard, Esq.

*[signature]*

---

[1] No adequate reason has been given for singling Dr. Papin out for treatment out of accord with policy governing resident remediation, and I am currently investigating whether other factors - including his ethnicity (hispanic), and sex (male) - may have played a role.