# EXHIBIT V - Part 2
Bondi Deposition

1   whatnot?

2       A.   Well I don't accept -- I don't accept that

3   statement you just made, but I'll answer the question.

4   That's -- there's no -- would have been no easy way to

5   do that other than asking the people who are there.  In

6   this case, the medical students are ever present in the

7   hospital.  If you actually want to know stuff, they --

8   they're everywhere, and they also are unobtrusive

9   because they -- because since they don't have like a

10   direct responsibility, you know, as like the residents

11   do, they are -- they are keen observers.

12          So this was a compelling amount of information

13   that then Mr. Crews, I assume now Dr. Crews provided.

14   Medical students see that kind of stuff.  They stick

15   onto -- they stick onto to residents because they want

16   to make sure they don't miss anything, and they also are

17   very eager to please.

18          Every one of as a resident, as an antidote

19   about a medical student following us into the bathroom

20   because they're so -- they stick to us so much.  So

21   that's why I disagree with your statement about him not

22   seeing things.  I mean if he was on a rotation at the

23   same time as Dr. Papin, I do believe that he would have

24   a sense of when Dr. Papin arrived and when Dr. Papin saw

25   those patients.

Steven Bondi
February 03, 2021

Page 117

1          The other thing I would add about a medical

2   student complaint, is for the medical student to

3   complain about a resident's professionalism, that is

4   extraordinarily unusual.  Medical students like to lay

5   low, when they complain, they tend to complain about

6   things like, you know, not getting, you know -- you

7   know, having to work long hours, but they do it in

8   private.  They almost never make formal complaints

9   because their grades are so important to them.

10      **Q.   But you don't know one way or the other**

11  **whether Dr. Crews was asked if he had any complaints**

12  **about a doctor or on his own --**

13      A.   No.  No.

14      **Q.   -- volition and freely --**

15      A.   You were just asking me about --

16      **Q.   -- submitted a complaint?**

17      A.   You were just -- you had made the statement

18  that he would not be in the position to observe, and I

19  disagree with that.  I think he would actually be the

20  ideal person to observe.

21      **Q.   But you don't know for sure one way or the**

22  **other, you weren't there; right?**

23      A.   I wasn't there, but I was asked to hear what

24  he said in the hearing, and I found that his testimony

25  was compelling.  I didn't see a reason why he would had

Steven Bondi
February 03, 2021

Page 118

1    a reason to lie or to fabricate the testimony.  And

2    furthermore, he had no reason to bring it up in the

3    first place unless he was really worried about what was

4    going on.

5         Q.   Are you aware of whether Dr. Crews has since

6    ever recanted any of his testimony, and if he did

7    regarding these incidents, would that have changed your

8    -- would that change your opinion materially regarding

9    the fact of whether Dr. Papin, his professionalism and

10   candor issues were as bad as everyone thought they were?

11        A.   You asked a bunch of questions.  But the first

12   one is, I have no idea whether he recanted any of this.

13   My last contact with Dr. Crews was on the day of the

14   hearing.  And once again, I assume he's Dr. Crews now.

15   He was Mr. Crews then.  In terms of whether it would

16   have made a difference, I believe I kind of answered

17   that question at the beginning of the deposition where I

18   said that, you know, there's a bunch of information

19   here.  The information that we reviewed, there's a lot

20   of it.  Any one thing was not a linchpin in terms of our

21   decision to support Dr. Papin's termination.

22             I think -- and if the committee were to, you

23   know, we'd have to basically look at what would have

24   changed.  You know, one thing wouldn't have made a

25   difference.

Page 119

1      Q.   There were issues as well that Dr. Crews

2   reported regarding Dr. Papin making another female med

3   student or resident feel uncomfortable, you know in a

4   male to female interaction perspective.  Do you know why

5   none of that was brought up here in this Notice Letter,

6   but yet it was brought up at the hearing, at Dr. Papin's

7   Appeal Hearing?

8      A.   I can't speculate onto either of those

9   questions.  But my comment to you or to the deposition

10  is, that because that was such an indirect accusation,

11  and there were no facts surrounding it, and the person

12  who was uncomfortable wasn't testifying before the

13  committee, that did not -- that was something that --

14  that we kind of pushed off to the side.  It didn't seem

15  that we could use that to base our decision on.

16     Q.   So the patient that would have been admitted

17  to the ICU, how would that patient have actually arrived

18  there if Dr. Papin had not sent the orders for that

19  person to go?

20     A.   The orders don't necessarily follow the

21  patient flow.

22     Q.   But the patient did make it to the ICU, so Dr.

23  Papin presumably did send the orders.  I guess --

24     A.   No.  The order -- the orders don't necessarily

25  determine that the -- how the patient arrives into the

Steven Bondi
February 03, 2021

Page 120

1    ICU.  So I don't know the details of where this patient
2    came from.  I would assume they came from the emergency
3    department.  The emergency department would have
4    emergency department orders.  I can't remember at UMMC
5    whether the emergency department physicians put in the
6    order to admit them to the trauma service or the CVICU
7    service or general surgery or whatever service they end
8    up on.  But the orders are often -- certainly, in my ICU
9    in Jackson while I worked there, in the pediatric ICU,
10   which is a different environment, as well as my current
11   ICU, the orders are put in as the patient arrives or
12   when the patient arrives or right before they arrive.
13   So the orders don't necessarily determine the fact that
14   the patient is moving in the hospital.
15                 MR. SCHMITZ:  Tommy, I've got like five
16   minutes left, then I've got to break for this hearing
17   that I got coming up in 15 minutes.
18                 MR. WHITFIELD:  How close are you to
19   finishing?
20                 MR. SCHMITZ:  Can we go off the record
21   for a second.
22       (Whereupon, the deposition was recessed for lunch,
23                 after which the following occurred:)
24       February 3rd, 2021                3:30 p.m.
25                 AFTERNOON SESSION

Page 121

1                          DR. STEVEN BONDI

2     having been previously duly sworn, was examined and

3     testified further as follows:

4     EXAMINATION BY MR. SCHMITZ(Cont'd):

5          Q.   Okay.  I'm going to resend the document

6     because I'm assuming you're not looking at it.

7          A.   I am not.

8          Q.   All right.  It's posted in the chat.

9          A.   I have it pulled up.

10         Q.   Okay.  So if you want to look at page three of

11    four of the PDF, it starts on January 10th, 2017.

12         A.   Yes.

13         Q.   Okay.  On January 10th, 2017, that's the same

14    day that -- are you aware that that was the same day

15    that Dr. Earl was having his meeting agreeing to a

16    remediation plan with Dr. Papin?

17         A.   I know that -- I know that now, you know.  I

18    know that those -- that that was -- that that was the

19    date of that plan I believe.

20         Q.   Sure.  And there's a list of ten things below

21    here that Dr. Mahoney e-mailed Dr. Earl and Ms. Greene.

22    Do you know whether Ms. Greene or Dr. Earl had solicited

23    these complaints on Dr. Mahoney, or that she sent this

24    on her own volition?

25         A.   I have no idea.

Page 122

1    Q.   Are you aware of whether any of the complaints

2    either by William Crews, Colin Muncie or -- were

3    submitted sort of at random or at the -- were these

4    complaints all submitted at the request of Dr. Earl and

5    Ms. Greene?

6        A.   I have no idea how they came to the attention

7    of Dr. Earl or Ms. Greene.

8        Q.   Number nine, we discussed this earlier.  It

9    was reported that Dr. Papin was lying to the Chief

10   resident about seeing patients before rounds.  Was there

11   any evidence other than I think the antidotal evidence

12   of William Crews other -- that you're aware of that was

13   considered about the fact that he was lying about seeing

14   patients before rounds?

15       A.   Well first of all, I don't know if I would

16   refer to that as antidotal evidence.  But without the

17   qualifier, I believe in the -- I believe there may have

18   been a mention of it in the transcript of the HR

19   conversation, but I'm not positive, that some

20   information from one of the other residents, but I'm not

21   positive.  But the large substance came from the medical

22   student Mr. Crews.

23       Q.   Now you have a degree -- one of your majors is

24   computer science?

25       A.   Yes.

Steven Bondi
February 03, 2021

Page 123

1       Q.   And so an at the hospital, they use extensive

2   computer documenting, recording systems, everything

3   that's done in terms of patient care, they're doctor's

4   interactions with patients is simply documented at some

5   point within UMMC's computer system; correct?

6       A.   No, that's not correct.

7       Q.   Okay.  So if a doctor is going around and

8   doing -- or a resident is going around doing pre-rounds

9   in meeting patients going room to room taking, you know,

10  vitals or taking notes, that would all be documented

11  within UMMC's computer system; correct?

12      A.   No, that's not correct.

13      Q.   How are those things documented?

14      A.   Pre-rounding is something that residents --

15  first of all, residents don't generally take vital

16  signs.  And you don't want the patient care techs in the

17  children's hospital, it's either techs or nurses.

18           Second of all, pre-rounding is where residents

19  gather information.  They do that by evaluation of the

20  medical record.  They do it by, hopefully, by examining

21  the patients.  And that information is recorded

22  typically on a piece of paper.  Residents will often

23  print a list of the patients on their service and then

24  take their notes on that piece of paper.  Later in the

25  day, then they may or may not use that to type notes, to

Steven Bondi
February 03, 2021

Page 124

1    type, you know, patient -- the status notes that we use.

2    But the pre-rounding is typically not memorialized

3    anywhere electronically.

4        Q.    So there would be no documentation showing

5    anywhere whether a resident did or did not do his

6    pre-rounds?

7        A.    There wouldn't be any notes of it, no.

8        Q.    Any other documentation that would be able to

9    show one way or the other whether somebody was coming to

10   work at a certain time or --

11       A.    I mean they're -- I -- I -- I mean I'm sure

12   there are cameras in the medical center that can show

13   whether someone is there or not.  But I don't know where

14   those cameras are.  The use of one's badge is recorded.

15   I don't know what the retention on that is.  There are

16   -- certainly, when one enters into the medical record,

17   there's an audit trail.  How robust that audit trail is,

18   I don't know, in terms of how long it's kept or -- but

19   my understanding is that it's fairly robust.

20       Q.    Would the residents access be accessing the

21   patients that are on their service to create that at

22   least not even if they weren't doing notes, but just the

23   fact, that, hey, I opened up this patient's chart

24   electronically at 7:30 a.m. on a Tuesday?

25       A.    That -- that -- that is within the capability

Steven Bondi
February 03, 2021

 1   of the system.  I don't know what the specific

 2   capabilities of UMMC's system is right now, but it's

 3   supposed to have a fairly robust audit trail.  Yes.

 4        Q.   Were you or Dr. Papin provided with any

 5   evidence during the time period where Dr. Papin was

 6   alleged to have not been doing his rounds, any audit

 7   trails or any documentation to support the fact that Dr.

 8   Papin was, in fact, not seeing his patients before

 9   rounds?

10        A.   No.

11        Q.   The next one, number ten.  It says:  "Dr.

12   Papin was dishonest about examining a patient that

13   developed a sacral decubitus wound" -- that's what we've

14   been talking about today -- in addition, to the concern

15   of dishonesty, the other concern had to do with a

16   detrimental action to patient care.  Dr. Papin having

17   told Dr. Mahoney that, upon his observation, a patient

18   did not have any skin changes.  When the patient was

19   seen by Wound Care, they reported a severe ulcer that

20   was so significant, surgery was required.  This could

21   not have happened over the course of a few days and the

22   resulting action could have lessened had Dr. Papin

23   examined the patient and reported it."

24             And again, you said you did not review any of

25   the records for this decubitus ulcer patient; correct?

Steven Bondi
February 03, 2021

Page 126

1    A.   That is correct.

2    Q.   And would it have changed your opinion

3    regarding this event in potential capability of Dr.

4    Papin, if you had known at the time of the hearing, that

5    a review of this patient's medical records, which show

6    that Dr. Mahoney looked at this patient's records, which

7    included notes and pictures of the decubitus ulcer and

8    its development in the three, two -- two to three weeks

9    prior to this?

10            MR. WHITFIELD:  Object to the form.

11   Q.   (BY MR. SCHMITZ) She reviewed those notes 73

12   times according to the audit trail?

13            MR. WHITFIELD:  I'm going to object to

14   that as a mischaracterization of that document.  It does

15   not say she looked at the wound care notes.

16   Q.   (BY MR. SCHMITZ) Okay.  But she looked at the

17   patient's chart 73 times over the three weeks, would

18   that change your opinion of whether she was unaware of

19   this?

20   A.   It might.  I think it would -- it would depend

21   upon a broader picture.

22   Q.   Okay.  Would it change your opinion at all

23   regarding the capability of Dr. Papin if even up to the

24   day -- right up until when the wound -- decubitus ulcer

25   wound was found, that there was a scab covering the

1    wound that concealed the observation of the depth of the

2    ulcer prior to when it was brought to Ms. Mahoney's

3    attention as being something of -- her prior to her

4    alleging that this was Dr. Papin being untruthful about

5    examining the patient?

6    A.    That would not change.  That would certainly

7    not change my impression, no.  Because the scab or the

8    word you'll see is "eschar."  But that's part of the

9    wound itself, and that requires evaluation.

10    Q.    Would a first-year resident typically know

11    that you have to peel back the scab, or is that sort of

12    a teaching moment for something like this?

13    A.    I can't comment on that because I'm not a

14    surgeon nor do I supervise surgical residents.  I think

15    that question is better suited to a resident in -- or to

16    a surgeon.

17    Q.    But you do see in Pediatric ICU, would a

18    first-year resident in the Pediatric ICU under your

19    supervision, would you expect that person to know that

20    if someone has a scab on their back, that that scab

21    should be peeled back to check for decubitus ulcers?

22    A.    Wound care is a core competency of general

23    surgery.  So that would be asking me as if a first-year

24    law student had known that really because it's apples --

25    it really is apples and oranges.  Wound care is not a

Steven Bondi
February 03, 2021

Page 128

1    core competency of the pediatric resident.  First-year

2    pediatric residents do not rotate in the I -- do not

3    rotate in the Pediatric ICU, which is where you'd see

4    the majority of wounds, if any.  So I -- I -- it's just

5    not a fair comparison.

6        Q.   Fair enough.  And, obviously, there was no

7    review, to your knowledge, of this patient's medical

8    records or charts by anyone within risk management that

9    the nursing coordinators as you put them earlier, they

10   never viewed any of these records to provide you what

11   their opinion would be on the care that was provided to

12   this patient?

13       A.   I can't say that, and this is why.  It didn't

14   rise to my level.  But it would be extraordinarily

15   unusual as I stated before, for a -- for a decubitus

16   ulcer, even a severe one, to get to -- to get to my

17   level unless there was litigation involved.

18            So even a contemplation of litigation might

19   not even got up to that level.  Because wound -- wounds

20   are very common.  They're typically dealt with at the

21   unit level by the unit manager, nurse managers, and even

22   if one of the nurse coordinators in risk management

23   reviewed those, it's unlikely they would have gotten to

24   my level.  So I do not have any -- I do not know whether

25   they were reviewed.

1     Q.   Would it change your opinion regarding Dr.

2   Papin's termination, if up until the discovery of the

3   decubitus ulcer on this patient, that wound care was

4   still advising conservative treatment of the scabbed

5   area for quite some time prior to this?

6     A.   I don't think this incident by itself, even if

7   you completely erased it from the record, would have

8   changed our determination. This was one of many many

9   incidents that we assessed and reviewed, and one of them

10   were even -- several of them in isolation were not what

11   the decision was based upon.

12     Q.   But part of this incident, right, is the

13   allegation that he was not being truthful regarding the

14   examination of this patient; correct, that that was

15   really -- it wasn't that the wound happened or not;

16   right, I think the main concern for you was that he --

17   there was allegations that he had lied about whether he

18   examined this person and that had resulted a patient

19   harm; would that be fair?

20     A.   Yes.

21     Q.   Okay. And so if it would show that maybe he

22   did not lie about that, and then wouldn't that cause the

23   question many of the other things regarding his

24   professionalism, which was the overarching theme of why

25   he was -- why he was terminated?

Page 130

1      A.    These incidents were different and distinct.

2    And so like I said, one incident by itself or even one

3    -- you know, several of these incidents, would not have

4    changed the calculus.  There were so many different --

5    there were so many different factors involved.

6      **Q.    So previously you testified, that it was kind**

7    **of a big deal that whether Dr. Papin had contacted**

8    **anyone to admit the patient to ICU, that if he had not**

9    **let them know that the patient was coming, that that is**

10   **kind of a big deal; right?**

11     A.    It's not kind of a big deal, it's a very big

12   deal.

13     **Q.    Okay.  So if that's a very -- was any efforts**

14   **made to determine who this patient was or to find their**

15   **medical records to see what was going on or to look at**

16   **call logs or do anything to try to see maybe -- maybe**

17   **somebody on the ICU team wasn't being truthful because**

18   **they dropped the ball, and it wasn't Dr. Papin?**

19     A.    My understanding from the documentation, was

20   that the other residents and the nurse -- the other

21   physicians and nurse practitioners that were in the ICU

22   were asked if they received sign on, on this patient

23   from Dr. Papin, and that the answer was no across the

24   board.

25     **Q.    But wouldn't those nurses get in trouble,**

Steven Bondi
February 03, 2021

Page 131

1    potentially be disciplined if they were to admit to

2    something like that?

3        A.   Well it's not there weren't -- this isn't

4    nurses.  It's nurse practitioners or physicians.

5        Q.   Okay.  So either a nurse practitioner or a

6    physician.  If a nurse practitioner, which that's what

7    Dr. Papin said he spoke to, if it was a nurse

8    practitioner that had potentially made a mistake,

9    wouldn't that person be subject to discipline, if they

10   answered yes to that question?

11       A.   I think anybody that was dishonest in dealing

12   with patient care, there are potential ramifications for

13   that.  Yes.

14       Q.   But yet it was -- but you made the conclusion

15   that only Dr. Papin was dishonest and there was no

16   potential that there was somebody from the --

17              MR. WHITFIELD:  Object to the form.

18       Q.   (BY MR. SCHMITZ) -- another side of the story

19   with respect to the admittance of the patient into the

20   ICU unit?

21       A.   No.  Because Dr. Papin explained that he

22   talked to somebody, he wasn't sure who it was.  And then

23   maybe -- and then later said maybe it was a nurse.  So

24   we heard his side of the story, and it was clear from

25   what he told us, that he didn't make sure who he talked

Page 132

1  to was the right person.

2      Q.   But there's two sides to that story; right,

3  there's two potential outcomes.  So either Dr. Papin was

4  lying or that person on the other end that Dr. Papin

5  spoke to allegedly; right, was lying?

6      A.   That's not what I said.

7      Q.   No.  No.  I'm not saying that's what you said.

8  I'm saying, there has to be two sides.  So there was

9  either Dr. Papin was lying or the person who took the

10  phone call that Dr. Papin said he made was lying; right,

11  if --

12     A.   I disagree.

13     Q.   -- that even happened.  Did anybody --

14     A.   I disagree.

15     Q.   Did anybody follow-up -- did anybody

16  investigate that further and write those people up for

17  not receiving the patient or taking those orders as they

18  should have?

19              MR. WHITFIELD:  Object to the form.  If

20  you can answer that, go for it.

21              THE WITNESS:  Well it was a couple of

22  statements followed by a question.  So to answer the

23  statements.  It is true that either the call occurred or

24  the call didn't occur.  But there's also a bona fide

25  question as to, if the call did occur, who did Dr. Papin

Steven Bondi
February 03, 2021

Page 133

1    talk to.  And Dr. Papin said that he wasn't sure who he

2    talked to.  That in of itself is a problem.  When I make

3    -- when I give sign on, on a critically ill patient, one

4    of my patients is going to the operating room; for

5    example, I call the anesthesiologist who is responsible

6    for that case.  I talk to that person by name.  I

7    understand that person's role, and then I sign the

8    patient up -- out.  I just don't call a random person

9    and sign the patient out not knowing who they are.

10        **Q.    (BY MR. SCHWARTZ) But do you remember if you**

11   **-- 'cause this says on January 3rd, she sent an e-mail**

12   **to Renee Greene outlining an incident that had occurred**

13   **the prior weekend.  So by the time Dr. Papin was given**

14   **notice of this incident, potentially maybe by Dr. Earl,**

15   **it was three weeks later.  Do you remember three weeks**

16   **ago if he talked about some patient that -- you know, I**

17   **mean at three weeks, once that much time goes by,**

18   **wouldn't it be reasonable to assume that he probably**

19   **wouldn't remember maybe even seeing that patient at all?**

20        A.    Well that's a different -- the latter thing is

21   a different question.  But I take sign out and give sign

22   out the same way every single time I do it.  It's

23   something we focus on.  It's actually -- sign outs are

24   very -- have been identified as a high risk area for

25   patient care.  Every time a patient is handed off,

Steven Bondi
February 03, 2021

Page 134

1    there's a risk to that in terms the information that's

2    exchanged not being done effectively and not harming

3    patient care.

4           So handoffs are huge in patient safety.

5    That's why we make such a big deal out of them, and

6    that's part of the substance of what we're talking

7    about.  So, no, I wouldn't just pick up the phone and

8    say -- and say, "I'm signing this patient out."  I would

9    say, you know, "Is this Dr. Smith, the anesthesiologist

10   who's going to be caring for baby Jones in an hour."

11   And they do likewise to me.  They would call up and --

12   and frankly, I know -- at my level, I know some of these

13   people by name, so.  But even when it's people I don't

14   know, it's an attending from the emergency department.

15   I'll answer the phone, they'll say, "Is this the PICU

16   attending."  I'll say, "Yes.  It's Steve Bondi, I'm the

17   PICU attending that's on today."  And then they'll say,

18   "I have a patient to sign out to you."  And I'll say,

19   you know, "Let me grab a pencil" or whatever.  And then

20   they sign the patient out to me in a structured way.

21          This is -- this is not a -- this is not a spur

22   of the moment conversation.  These are semistructured

23   exchanges of information that are critical for patient

24   for patient.  So, yes, I can say for certain that I

25   signed out three weeks ago or three years ago, that I

Steven Bondi
February 03, 2021

Page 135

1    knew who I was talking to on the other end of the phone

2    because we all -- I always do it the same way.

3        **Q.   You would be able to figure that out because**

4    **you take notes about that?**

5        A.   Well I take notes when I receive the

6    information.  But I can tell you that I always identify

7    the person I'm talking to.  The only thing is, I'm not

8    allowed to give patient care information to someone

9    who's not directly involved in the care of that patient.

10   Because that's -- that's -- that's -- all of that's

11   bounded by HIPAA, and we get tons of training on that as

12   well.  We need to make sure that that exchange of

13   information is to the right person.  So that's a

14   critical aspect of this.  You just don't call up and

15   start -- start signing a patient out.

16           The other thing is, is that if a -- you know,

17   it wouldn't make sense for a nurse to take sign out from

18   a doctor anyway.  So I, you know, it'd be unlikely for a

19   nurse just to sit there and get that exchange of

20   information.  I guess that is possible.  But the person

21   making the sign out has an obligation to make sure

22   they're signing out to the right person.

23       **Q.   But a nurse practitioner, that's -- that's**

24   **acceptable scenario?**

25       A.   Well nurse practitioner is a different role

Steven Bondi
February 03, 2021

Page 136

1    than a nurse.

2         Q.   I understand that.

3         A.   A nurse practitioner is a provider.  A nurse

4    is a -- is a nurse.

5         Q.   Right.  The next part, it says:  "Ashley

6    Griffin, RN, registered nurse?

7         A.   Yes.

8         Q.   Sent e-mails on the 9th and 10th citing seven

9    incidents of inappropriate behavior by Dr. Papin:

10             Leaving the hospital during a code.

11             Did not show up on time to pre-round or to get

12             sign out.

13             So the sign out -- sign in, sign out when the

14   physicians turn in or relieve one another or residents,

15   you know, at the end of the shift.  There's timestamp

16   records of that; right?

17        A.   No.

18        Q.   Don't they have to sign in and actually sign

19   out a piece of paper that I'm Joe Papin, I'm showing up

20   at 5:00 o'clock?

21        A.   No.

22        Q.   What is the sign in, sign out process then?

23        A.   You're expected to be at the hospital at a

24   certain time.  You know, you formally have a time that

25   you would be expected to be there.  Residents frequently

Steven Bondi
February 03, 2021

Page 137

1   come in early if the workload dictates that.  There are

2   work rule requirement in terms of accounting for your

3   hours but, frankly, most of those are done after the

4   fact, in my experience.  I haven't had to account for my

5   personal hours since I was a fellow, which was almost

6   ten years ago.

7           But I don't -- maybe they do something

8   differently in surgery but -- in terms of formerly

9   signing in, I don't know.  But the sign out is when

10  you're signing patients out, not when you're signing

11  yourself out as an employee.  It's not like a nine

12  o'clock maneuver.  But when we refer to sign out, my

13  service has 20 patients, the oncoming doctor and I have

14  to have some formal communication for us to talk about

15  those patients, it's another example of the handoffs we

16  were talking about before.

17      Q.   Okay.

18      A.   So, typically, what would happen is, when you

19  arrive in the morning, you would get there at a certain

20  time 6:00 o'clock, 5:00, whenever it happens to be, and

21  the resident who is leaving who was on overnight, would

22  sit down with you, maybe it might be a team because they

23  may be signing out patients to different -- they may be

24  signing out a pool of patients to one, two, three

25  providers perhaps.  And then they give -- they update --

Steven Bondi
February 03, 2021

Page 138

1    they update the new provider on anything that happened

2    with that patient overnight that was significant and any

3    new patients that were admitted to the service.  That's

4    what sign out refers to, and then that process would

5    happen again in the evening when the rever -- you know,

6    when the daytime person will sign in to the nighttime

7    person.

8         Q.   Were there complaints from any providers

9    regarding Dr. Papin not showing up on time for these

10   sign in sign out meetings to relieve them from their

11   patient care duties?

12        A.   We certainly did not discuss that at the

13   hearing itself.  Whether or not there was anything on

14   the -- in the resident -- in the resident evaluations, I

15   don't recall.

16        Q.   Number four and five.  "Dr. Papin tried to

17   send a patient home that was not competent despite being

18   warned."  Do you recall any discussion of that or doing

19   an investigations of that?

20        A.   I certainly did not do an investigation of it.

21   I don't recall that.  I don't recall that being brought

22   up in the hearing.

23        Q.   Number five, "Dr. Papin made the female trauma

24   student incredibly uncomfortable, tried to be alone with

25   her, and preferentially chose her over the males."  Did

Steven Bondi
February 03, 2021

Page 139

1    you do any inves -- what was the discussions regarding

2    that, to the best of your knowledge?

3         A.    I certainly did not do an investigation of it.

4    And as I mentioned earlier before the break, we felt

5    that the information provided on that was, there simply

6    wasn't enough information there to have that be a

7    consideration of our assessment about whether the

8    termination was warranted.

9         Q.    Do you know whether that female trauma student

10   ever filed any kind of complaints with HR or anything

11   regarding harassment or --

12        A.    Yeah.  I would have no idea.  It certainly was

13   not brought up in the hearing.  And HR is of, you know,

14   that's an entirely different process.  And so that would

15   not have come -- that would not have come to me at risk

16   management.

17        Q.    Number seven.  "Dr. Papin was told to washout

18   a massive wound on a trauma patient in the ICU.  He did

19   not do it and left."  What evidence or basis was

20   provided to you to substantiate that claim?

21        A.    If I recall correctly, and I'd have to check

22   the transcript to verify this, that one -- one of the

23   other residents brought that issue up.  That would --

24   not Dr. Griff -- well it might have been Dr. Griffin.

25   Not Dr. -- I'd have to look at it.  But it was -- I

Steven Bondi
February 03, 2021

Page 140

1  believe we did discuss that in the hearing.

2      Q.   And do you recall Dr. Papin's rebuttal to this

3  claim that he did not washout this wound on this

4  patient?

5      A.   I believe he said that he did it.  Yes.

6      Q.   And do you recall Dr. Papin saying that he had

7  text messages from another resident as well who also

8  washed -- who also claimed to washout the wound and can

9  (undiscernible) text messages on the same date and time

10  he was alleged not to do that, and that the person

11  claiming he did not wash the wound came after both of

12  them, so that would have to make it so that both of them

13  did not wash out the wound when they said they did?

14      A.   I would have to refresh my recollection on

15  that one.  I don't remember that particular aspect of

16  it.

17      Q.   Did you ever -- would you have had access to

18  this patient's records to see if there was any audit

19  trails or logging into to this patients things to do a

20  wound washout or a procedure like that on -- if you had

21  wanted to?

22      A.   I had access -- I would have had access to any

23  of the patients in the medical -- in the medical record

24  and appropriate access due to my role in risk

25  management.  I did not ever look for that information.

Page 141

1    In terms of the audit trail, there's some stuff that you

2    can see, but a lot of the stuff you have to actually ask

3    for a specific query on that, and I didn't have the

4    ability to get that kind of an audit trail, I would have

5    had to request that to get that, if I wanted it, and I

6    did not.

7         Q.    Other than the -- in the next paragraph, it

8    talks about Dr. Earl meeting with Dr. Papin numerous

9    times giving him feedback.  Other than the December

10   20th, 2016, e-mail that Dr. Earl sent to Dr. Papin and

11   the remediation plan that they both signed on January

12   10, was there any documentation -- other documentation

13   of counseling sessions that Dr. Earl had made a record

14   of to show which issues he had been bringing up to Joe

15   since the beginning of his residency?

16        A.    Yes.

17        Q.    What other documents did Dr. Earl provide you

18   regarding that?

19        A.    There was the November -- well Dr. -- I don't

20   believe Dr. Earl provided them to me.  They were part of

21   the materials at the hearing.  And as I mentioned

22   before, I think actually Mr. Dillard is the one who gave

23   me the packet.  But there was his November summative

24   evaluation for his first -- first half of his intern

25   year.

Steven Bondi
February 03, 2021

Page 142

```
 1        Q.   Other than those dates, so November, December,
 2   we've got two documentations of two meetings between Dr.
 3   Earl and Papin, prior to that, there's -- it was just --
 4   there's no -- there's no documented counseling --
 5        A.   There's no document of the conversation.
 6        Q.   -- sessions?
 7        A.   There is the -- there are the monthly -- the
 8   monthly feedback that one would get after each rotation.
 9   But there's no documentation of a conversation between
10   Dr. Papin and Dr. Earl attached to those.  If that's the
11   question?
12        Q.   And you don't recall whether you had any part
13   in providing this Notice Letter or working to provide
14   this Notice Letter to --
15        A.   Oh, I do recall that I did not have -- I did
16   participate in the providing of this Notice Letter.
17   This is the first time I've seen this letter to my --
18   the best of my knowledge.  I certainly did not draft it.
19        Q.   Okay.  All right.  The next exhibit is posted.
20        A.   E-mail-Meeting with Bryce.pdf?
21        Q.   Yes.
22        A.   Okay.
23        Q.   Can you tell me what was discussed during this
24   meeting between you and Bryce?
25        A.   Yes.  It was who was going to be on the
```

Steven Bondi
February 03, 2021

Page 143

1    committee.

2         Q.    Okay.  And what was that specifically?

3         A.    We were trying -- we had a relatively short

4    timeframe to put together the committee.  And it was

5    made difficult by a number of factors.  Number one, July

6    a frequent vacation time, you know, especially, in

7    Mississippi where the kids go back to school right at

8    the beginning of August.  So that had to be factored in.

9    Physicians have pretty tight schedules, you know,

10   whether it's surgery or clinic or whatever there might

11   be.  So that was a challenge to make sure that we could

12   accommodate people's schedules on short notice, which

13   is, I can tell it's a nightmare to schedule -- to

14   schedule meetings.

15         The other thing is, there's -- we needed a

16   house staff member on the committee, another resident to

17   get the resident's perspective of the process.  The

18   residents, I'm trying to think of what the right word

19   is, they move to the next level on July 1st, so a fair

20   number of the people who had been on the Graduate

21   Medical Exchange Committee for residents would have

22   graduated, so we not only had to find a resident, we had

23   to find one that didn't graduate two weeks earlier.  So

24   all that took a lot of time and effort.  And that's what

25   Bryce and I were -- I was talking to Bryce about was

Page 144

1    getting that committee together.

2         Q.   Was there a resident on the panel?

3         A.   There was.

4         Q.   Which panel member was that?

5         A.   Hold on one second, I can tell you because

6    I've got the letter pulled up over on my computer.  It

7    was Nilda Williams.

8         Q.   Nilda Williams.  Okay.  Did you meet with

9    anyone else regarding the appeal hearing other than

10   Bryce?

11        A.   I might have met with -- because I saw a

12   comment in one of the e-mails you were showing me

13   earlier.  It talks about a Shirley.  Shirley is Shirley

14   Schlessinger who was, at that time, Rick Barr and

15   Shirley were doing a handoff of that job.  So Shirley

16   was the former -- I think the position is actually --

17   it's Dean of Graduate Medical Education or Associate

18   Dean, and so Shirley was handing off and Rick was taking

19   over.  I might have talked to her, I don't remember.  I

20   don't remember a conversation about it.

21             But Bryce -- Bryce was -- was -- was really

22   the important person in terms of getting the -- getting

23   everything scheduled and getting the people there.  And

24   then I did have conversations -- certainly, had

25   conversations with the hospital counsels.

Page 145

1    Q.   And any meetings with Dr. Earl?

2    A.   No.  Not that I recall.

3    Q.   Any meetings with Dr. Barr?

4    A.   I don't remember anything specific with Dr.

5    Barr.  I met with Dr. Barr all the time on a variety of

6    issues.  I can tell you we didn't talk about substance

7    at all.  Because I base -- in terms of the specifics of

8    the allegations because I really didn't dive into that

9    until the hearing itself.

10   Q.   What would you talk about that was not

11   substantive?

12   A.   We may have talked about the procedures.  I

13   don't have a specific recollection of anything with him.

14   Q.   In terms of what procedures needed to be

15   followed for due process to be provided to Dr. Papin?

16   A.   I doubt that -- I doubt that I spoke to that

17   -- you used those words with Dr. Barr.  That's not whose

18   advice I would have sought on that issue.  But we may

19   have talked about, you know, who was going to be on the

20   meeting; meaning, faculty members, not the individuals,

21   but the type of people that was going to be on the

22   committee.  But I'm just speculating now because I don't

23   recall any specific conversation with Dr. Barr.

24   Q.   In persons which you consulted with regarding

25   the procedural or substantive due process issues, legal

Steven Bondi
February 03, 2021

Page 146

1    counsel for UMMC, would that be Tommy Whitfield?

2         A.   That will be Mark --

3              MR. WHITFIELD:  I'm going to object going

4    into the legal field.

5              MR. SCHMITZ:  Yeah.  I just want to know

6    whether it was you or not that was advising him.  I

7    don't want to know the substance.

8              THE WITNESS:  Is that okay, Tommy?

9              MR. WHITFIELD:  I'm going to have him

10   stand on my objection as to who was involved or who he

11   -- he talked to legal, you know, we can leave it at

12   that.

13             MR. SCHMITZ:  He talked to Lee?

14             MR. WHITFIELD:  Legal.

15             MR. SCHMITZ:  Oh, legal.  Can we go off

16   the record for a second?

17             MR. WHITFIELD:  Sure.

18             (Whereupon, an off the record.)

19        Q.   (BY MR. SCHMITZ) All right.  So when you

20   consulted with legal regarding the substantive and/or

21   potential procedural due process requirements for Dr.

22   Papin's hearing with UMMC's legal team, who was present

23   from UMMC's legal team at that meeting?

24        A.   First of all, I would say, I didn't have any

25   specific conversations about the breakdown of

1  substantive versus procedural due process.

2      Q.   Okay.

3      A.   I didn't have that conversation with any --

4           MR. WHITFIELD:  You can't answer that.

5      Q.   (BY MR. SCHMITZ) I don't want to get into the

6  substance now, you know.

7      A.   So I had meetings regarding -- regarding the

8  process of these hearings with Mr. Ray and Mr.

9  Whitfield.

10     Q.   Thank you.  Next exhibit is up.  This is your

11  notebook, your notes that you had taken.  And the first

12  question -- take a look at it, and take your time, but

13  the first question, are these your notes and your

14  handwriting?

15     A.   So I need you to ask that question formally.

16     Q.   Are these your notes and is this your

17  handwriting in this exhibit?

18     A.   So for pages one through eight, they're are my

19  notes and my handwriting.

20     Q.   All right.

21     A.   But pages nine and ten, that is my wife's

22  handwriting.  I dictated that letter to her when I was

23  -- when we were driving on a long drive across country.

24     Q.   Oh, nice, okay.

25     A.   So that's her handwriting, which you can see a

Steven Bondi
February 03, 2021

Page 148

1    distinct change.  But it was -- those are my words.
2        Q.    Fair enough.  Okay.  When did you take these
3    notes?
4        A.    So I'm just scrolling up here.  Sorry.  So I'm
5    going to go out of order.  So page two, those are the
6    notes, like page two, that's starting my notes I took
7    during the hearing itself.
8        Q.    Okay.
9        A.    So page two, page three, page four, page five,
10   page six, page seven, and page eight, so those are all
11   -- those pages two through eight are my notes that I
12   took during the hearing itself.
13       Q.    Okay.  In terms of page one?
14       A.    Page one are the notes that I took during my
15   conversation with Mr. Whitfield and Mr. Ray.
16                MR. WHITFIELD:  Okay.  Based on that, I'm
17   going to make an objection to that being privileged
18   notes an inadvertent disclosure under the case
19   management order.
20                MR. SCHMITZ:  Fair enough.  Okay.
21                THE WITNESS:  I do not know the date of
22   that document.
23                MR. SCHMITZ:  So you're instructing him
24   not to answer any questions regarding page one --
25                MR. WHITFIELD:  Correct.  And I'd ask

Steven Bondi
February 03, 2021

Page 149

1   that be redacted and returned.

2       Q.   (BY MR. SCHMITZ) I'm trying to think about

3   this for a second.  Are you aware of what UMMC's

4   policies and procedures are regarding residency

5   remediation plans?

6       A.   Not anything specific, no.

7       Q.   Okay.  Do you have any sense or idea when

8   remediation plans are supposed to be given to residents

9   or when they're not offered to residents, I mean what

10  are the distinguishing factors of what it is or is not

11  offered?

12      A.   No.

13      Q.   Is it your experience that residents typically

14  are residents that are having issues, whether that be

15  academically or conduct related, are giving warnings and

16  put on those types of remediation plans and given a

17  chance to not continue doing whatever conduct warranted

18  them getting on the remediation plan in the first place?

19      A.   I think that depends.  Certainly, academic

20  deficiencies, there is -- there would be opportunities

21  to remediate.  Conduct, that's such a broad category, I

22  don't think I can make a comment about that because

23  there are obvious situations where someone would not

24  have an opportunity to remediate based on their conduct.

25      Q.   And you believe that Dr. Papin should not have

Page 150

1    had the opportunity to remediate based on his conduct in

2    your general experience in the industry?

3         A.   I believe that he did have an opportunity to

4    remediate --

5                   MR. WHITFIELD:   Object to the form.

6         Q.   (BY MR. SCHMITZ) Sorry.   You can continue your

7    answer, I don't know if you're done.

8         A.   I said I do believe that Dr. Papin had plenty

9    of opportunities to remediate his conduct.

10        Q.   In terms of being given a formal actual

11   remediation plan that's, you know, a performance

12   improvement plan where everything was signed out, where

13   he's giving a set timeline to improve, do you think that

14   Dr. Papin should not have gotten that based upon his

15   conduct?

16        A.   I believe he got plenty of notice an

17   opportunity to remediate and that he was -- that

18   specific instances of his behavior, his conduct, his

19   poor communication were discussed with him, and they got

20   -- the situation got worse, not better.

21             So I don't -- I think that he got notice an

22   opportunity to remediate.   And he was --

23        Q.   Well that's wasn't --

24        A.   -- oh, go ahead.

25        Q.   The question I asked was:   Based upon your

Steven Bondi
February 03, 2021

Page 151

1    knowledge and experience, in this case, he was giving a
2    formal remediation plan on January 10th and him and Dr.
3    Earl both signed, that later he never actually got a
4    chance to go through that plan with him because he was
5    placed on administrative leave after that and never
6    returned.

7            But do you believe that in these
8    circumstances, I mean, obviously, there was a belief at
9    least within UMMC that he should have -- because it was
10   presented to him and he signed it, a chance to remediate
11   his conduct?

12       A.   Based on the information that I learned at the
13   hearing, I do not believe that he should have been given
14   formal -- an opportunity after that to remediate, no.

15       Q.   Do you know why he was offered the remediation
16   plan on January 10th, and then that -- what was the
17   reason for the change in UMMC's position that on January
18   10th that he should get one and then shortly thereafter,
19   that he was not going to have that chance to do the
20   things that they agreed to do with him in that document?

21       A.   It is my understanding, that Dr. Earl believed
22   that he was required to do this before terminating Dr.
23   Papin.  And that -- that is my understanding.

24       Q.   Why would Dr. Earl as the Program Director for
25   the General Surgery Program believe that he had that

Steven Bondi
February 03, 2021

Page 152

1    requirement?

2         A.   I have no idea, you'd have to ask Dr. Earl.

3         Q.   **Are there any type of ACGME guidelines or**

4    **requirements regarding remediation plans for residents?**

5         A.   I believe they're mentioned.  I don't know the

6    specific requirements.  No.  I don't believe there are

7    -- I don't believe there are.

8         Q.   **In your role as the Chairperson over Dr.**

9    **Papin's appeal, what was your understanding of the scope**

10   **of your review of Dr. Papin's termination?**

11        A.   Whether -- I -- let me rewind that, I'm sorry.

12   The first question is whether -- the first question we

13   look -- that was important to us was whether he had

14   notice an opportunity to improve to remediate.  And then

15   also whether the -- whether they're based on the

16   information that we were provided, whether there was

17   enough there to support his -- his termination.

18        Q.   **In your evaluation of the evidence that was**

19   **provided to you, did you make any determinations**

20   **regarding certain evidence that was provided to you not**

21   **meeting a sufficient level of being substantiated or**

22   **worthy of consideration that you -- that you may have**

23   **dismissed in your decision to uphold Dr. Papin's**

24   **termination?**

25        A.   I don't think we speci -- you know, with the

Steven Bondi
February 03, 2021

Page 153

1  exception of the -- the inappropriateness with the
2  female student, I wouldn't say we -- we -- we dismissed
3  anything.  I think that we weighed it.
4              STENOGRAPHIC REPORTER:  I'm sorry.  It's
5  froze.
6              THE WITNESS:  Pardon?
7              STENOGRAPHIC REPORTER:  I didn't get all
8  of that, it's freezing up.
9              MR. SCHMITZ:  Oh, okay.  Is it better
10  now?
11             STENOGRAPHIC REPORTER:  I can hear you
12  now.
13             THE WITNESS:  Can you hear me?
14             STENOGRAPHIC REPORTER:  I can hear you
15  now, sir.
16             THE WITNESS:  What was the last thing you
17  heard me say?
18             STENOGRAPHIC REPORTER:  "I wouldn't say
19  we dismissed anything.  I think we weighed it."  And
20  that was it.
21             THE WITNESS:  Yeah.  I wouldn't say that
22  we dismissed anything except for that inappropriateness
23  allegation, which we completely disregarded from our
24  calculus.  What we did, was we weighed the evidence and
25  we weighed Dr. Papin's rebuttal.

Page 154

1      Q.   (BY MR. SCHMITZ) Well let me change it then,

2   not dismiss it, but were there anything that due to a

3   lack of supporting evidence, was there any other facts

4   which you weighed much lower than other, you know, I'm

5   trying to get a sense of what you weigh as most

6   important specifically and what you guys weighed at

7   least important in your decision to uphold this

8   termination?

9      A.   I think that's really hard to say.  Because we

10  didn't really -- it wasn't like we were sitting around

11  the table and ranking things.  We discussed --

12     Q.   In your mind -- in your mind?  I mean in your

13  mind what is -- what is -- what was the -- of the facts

14  that we went over and the Notice thing before, what is

15  the most important things that really cemented in your

16  mind as upholding his termination, and what were the

17  least important things?

18     A.   Certainly, the most important things were the

19  lack of professionalism and poor communication and

20  inability to get along with team members.  That was very

21  high on there.

22     Q.   It's pretty broad in terms of professionalism

23  getting along with people.  Was there a specific

24  incident or interaction that he had with somebody?

25     A.   You know, there were a lot of incidents and

Steven Bondi
February 03, 2021

Page 155

1   weighing them all together was how we came up with the

2   decision.  You know, we talked about a lot of different

3   things.  We reviewed the testimony.  I can't really

4   point to any one thing that was the most important or

5   any one thing that was the least important because

6   that's not the way the discussion went.

7        **Q.   Did you consider any alternative options to**

8   **offer Dr. Papin in lieu of termination such as**

9   **resignation or --**

10       A.   That was not my role.  I was asked to conduct

11  a hearing to determine whether or not his termination

12  was justified, and that's what we did.  We reviewed the

13  --

14       **Q.   Do you know -- do you know whether you would**

15  **have had the ability to make that decision or make that**

16  **offer, if at the conclusion that you offer an**

17  **alternative path, potentially, some alternative path,**

18  **whether that be, you know, increase surveillance of Dr.**

19  **Papin's work activities or resignation or any other**

20  **alternative to termination?**

21       A.   That -- that was not an issue that we

22  discussed in the deliberations.  I know that

23  specifically the question was raised by one of the

24  faculty members during the hearing itself about whether

25  Dr. Papin was offered the opportunity to resign.  If I

Steven Bondi
February 03, 2021

Page 156

1    recall, I basically said that that's not what we're here

2    for today when he asked that question.

3           I was asked to do a specific task, and that's

4    what I did, and that's what we did.

5        Q.   The hearing transcript is up as an exhibit.

6    Without having to obviously look at the all 117 pages of

7    this thing, I just kind of want to direct your attention

8    to a couple of pages.

9        A.   Bear with me.  It's going to take a few

10   minutes to load.  I probably got three kids watching

11   videos right now.

12       Q.   I only have two, but I'll have three on

13   Saturday.

14       A.   Well congratulations.

15       Q.   Thank you.  Thank you.  First boy coming, I

16   have two girls now, so.

17       A.   Okay.  I can see it now.

18       Q.   Okay.  Well let me ask -- before we go to

19   this.  So you were sort of directing traffic during the

20   hearing as the Chairperson for the hearing.  Did you

21   create an outline of anything you wanted to ask Dr.

22   Papin or anything like that prior to the hearing?

23       A.   Nothing prior to the hearing because, frankly,

24   I knew very little about this case walking into the

25   hearing.  I was in thinking about this, I don't even

1  think I had the documents in advance.  I believe they

2  were sent out to other faculty, the other members of the

3  committee.  But I think I believe I was actually left

4  off that e-mail in reviewing some -- in reviewing the

5  e-mails.  So I don't -- I don't think I knew hardly

6  anything about this until I walked into the room.

7      Q.   So you hadn't reviewed any of the documents or

8  the evidence presented to --

9      A.   I do not believe that I --

10     Q.   -- which supported Dr. Papin's, the

11  allegations being brought against Dr. Papin except until

12  you walked into the room for the hearing?

13     A.   I believe that is correct.

14     Q.   Do you think that that complies with

15  procedural and substantive due process to provide Dr.

16  Papin with a fair hearing to have the Chairperson of the

17  hearing not to have reviewed any of the documents prior

18  to the hearing?

19     A.   I think it absolutely does.  That's like

20  judges hear cases all the time without hear -- seeing

21  the documents in advance.  I don't think the standard is

22  that the individuals that are hearing the case, should

23  review the evidence, some of which is very one sided

24  because it comes from one side or the other in advance

25  of the hearing.  I think that actually would -- I don't

Steven Bondi
February 03, 2021

Page 158

1    think that that's what that means.

2        Q.   Without having prior review of the evidence to

3    support Dr. Papin's termination, do you think that you

4    were prepared to ask him the appropriate questions or

5    have the appropriate follow-up necessary to substantiate

6    the actual allegations or the basis for these

7    allegations that were made without reviewing documents?

8        A.   We were relying on the witness testimony.  And

9    Mr. Papin had his attorney present and had the

10   opportunity to speak to his attorney before and during

11   the hearing.  And so he was able to put forth issues

12   that he thought benefited his position.

13       Q.   So I mean in an appeal hearing for a resident

14   being terminated, right, it's a big deal because this is

15   basically someone's career one way or the other on the

16   line; correct?

17       A.   Sure.  Sure.  Yes.  Yes.

18       Q.   And so you didn't think it necessary as the

19   Chairperson for that hearing, to even take the 20, 30

20   minutes out of your time to review the documents that

21   were regarding the case that you were going to be

22   providing an opinion on, thumbs up or thumbs down on

23   whether this person gets to be a doctor essentially or

24   not?

25                   MR. WHITFIELD:  Object to the form.

Page 159

1                  THE WITNESS:  Like I said, we were able

2     to review those documents in realtime.  We were able to

3     hear from the witness.  The witnesses were able to

4     provide, you know, the reference -- specifically,

5     reference the documents.  I don't know of any standard

6     that says that the committee hearing of matter should

7     review the evidence before it's presented.  Certainly,

8     in my one year as a law clerk, I never saw that happen

9     in a U.S. District Court.

10         Q.   (BY MR. SCHMITZ) But briefs and motions would

11     be submitted prior to submitting --

12         A.   But not the evidence.

13         Q.   -- a motion; correct?

14         A.   Briefs certainly would be and legal arguments.

15     But the evidence -- the evidence was brought in by the

16     parties during the hearing or the trial itself.

17         Q.   They attach those as exhibits though to the

18     motions and briefs?

19         A.   Certainly, not always.  I would say less, you

20     know, certainly, not in the criminal cases we heard.

21         Q.   Well that's criminal; right.  In civil cases,

22     you know, would --

23         A.   But I -- I.

24         Q.   -- attach the actual, you know, represented

25     the documents as Exhibit A, you know, to support their

Steven Bondi
February 03, 2021

Page 160

1    motion.  To support motions.  I mean I just did that in
2    the hearing I was in a minute ago.  That's the regular
3    course; correct?
4         A.   Parties have an opportunity to do it in the
5    court of law to attach exhibits.  Whether or not they're
6    reviewed is another thing all together, in terms of --
7    in terms of actual evidence that's presented in the
8    trial.  It depends upon the style of the fact finder.
9         Q.   And you think it's fair and reasonable for you
10   to be the Chairperson of this committee with all -- what
11   is at stake on behalf of Dr. Papin and to not have
12   reviewed anything before walking in there, any
13   documents, any of the evidence to make any at least
14   determinations on how to direct the traffic or ask
15   questions, no preparations were necessary prior to this?
16   That's your -- that's your --
17              MR. WHITFIELD:  Object to the form.
18              THE WITNESS:  Yeah.  First of all, I
19   resent the statement or the pointed question that there
20   was no preparation, that is false.  In terms of
21   reviewing the evidence on my own outside of the hearing
22   and outside of the ability of the parties to be able to
23   inform my view of that as a finder of fact, I would say
24   that that was the appropriate thing to do, and I would
25   hope that if I were in a hearing, that I wouldn't be

Steven Bondi
February 03, 2021

Page 161

1   pre-judged by the person running the hearing.

2        Q.   (BY MR. SCHMITZ) And back in January when you

3   were first talking to Dr. Barr or Dr. Earl regarding

4   this, when they were requesting the iCARE reports or

5   patient complaints on Dr. Papin, they had not informed

6   you of any of their reviews prior to this?

7        A.   First of all, I don't recall any questions --

8   any conversations with Dr. Barr in January at all.  I

9   was at -- I don't recall any specific conversations with

10  Dr. Earl as is shown in the e-mails, there was a request

11  to obtain information about Dr. -- or whether Dr. Papin

12  was contained in any of our data bases, which based on

13  the documents, I had Darlene Bryant do.

14       Q.   So you just got that request out of the blue

15  and you had no -- there was no, hey, Dr. -- or Dr. Earl

16  didn't come to you and say, hey, we call you up and say,

17  hey, we've got this resident that we're -- that we're,

18  you know, he's in the disciplinary process, I need you

19  to see if there's been any patient complaints or

20  anything, with no discussions of that substance or

21  related like --

22       A.   I don't recall -- I don't recall the substance

23  of the conversation at all as I've said multiple times.

24  What I can tell you is, if I was told that this person

25  was going to be terminated or suspended, I would have

Steven Bondi
February 03, 2021

Page 162

1  remembered that conversation.  That's an extraordinary

2  unusual event.

3      Q.   Okay.

4      A.   As opposed to the day, you know, multiple

5  times a week when I was asked about, hey, there's a

6  patient on 77 west, did you get an event report.  And

7  I'd say, well, you know, let me go find out.  So those

8  requests for me to gather -- to gather information on

9  other's behalf were common.

10     Q.   The tables have been turned?

11     A.   Yes.

12     Q.   And Dr. Papin was your hearing, your hearing

13  chairperson and your termination hearing and you were

14  the resident?

15     A.   Yes.

16     Q.   Would you want Dr. Papin not to review any

17  documents that substantiated the allega -- that

18  allegedly substantiated allegations being brought

19  against you that --

20     A.   I would --

21              MR. WHITFIELD:  Object to the form.

22              THE WITNESS:  I would not want him to

23  review the documents.  I would like him to go into the

24  hearing with an open mind, listen to what both sides

25  have to say, and inform his impression on those

1    documents based on that conver -- based on what was in

2    the hearing room on the record as opposed to what

3    happened outside.

4         Q.   (BY MR. SCHMITZ) Okay.  All right.  Going to

5    -- I'm going to be talking about the pages of the

6    transcript itself, not the pdf's.

7         A.   Got it.

8         Q.   Page eight of the transcript.

9         A.   Yes.

10        Q.   Okay.  If you look at the beginning of the top

11   of the page at that.  You're wading through I guess the

12   ground rules for the -- what the hearing is going to be

13   like.  You're talking that Dr. Papin -- well I guess on

14   the top of page seven, you're saying Dr. Papin will have

15   the opportunity to address the committee, but not Dr.

16   Earl specifically.  And then followed up by any

17   witnesses Dr. Earl thinks is appropriate.

18             Was Dr. Earl allowed to address Dr. Papin

19   specifically and ask him questions?

20        A.   No.

21        Q.   And then Dr. Papin, it says will also have the

22   opportunity to specifically address issues that are

23   brought up at the time to the committee.  And I guess

24   you're talking about I guess at the very end of the

25   presentation that each party will have an opportunity to

Steven Bondi
February 03, 2021

Page 164

1    address the committee.  On line 19, you said:

2    "Furthermore, this is not a lawyer process."  Correct?

3         A.   Yes.

4         Q.   But you're a lawyer; correct?

5         A.   Yes.  Well I'm an attorney by training.  I'm

6    licensed in the State of Connecticut in the Commonwealth

7    of Massachusetts, and I maintain those professional

8    licensure, but I'm not a practicing attorney.  I don't

9    -- I didn't represent the institution as an attorney.

10        Q.   But you're a licensed attorney?

11        A.   Yes.  But not in the Miss -- not in the State

12   of Mississippi.  Employed as an attorney.

13        Q.   So while this wasn't a lawyerly process, you

14   were the only lawyer that was allowed to ask questions;

15   correct?

16        A.   Yes.

17        Q.   And at the time of this hearing, you were an

18   UMMC employee to ask -- doing what they asked you to do?

19        A.   Yes.

20        Q.   And you said that Joe -- Dr. Papin was not

21   allowed to cross-examine witnesses; correct?

22        A.   No one -- neither side was allowed to

23   cross-examine witness -- was allowed to cross-examine

24   witnesses.

25        Q.   But you cross-examined witnesses; right?

Steven Bondi
February 03, 2021

Page 165

```
 1        A.   I wouldn't necessarily call it
 2   "cross-examination" because that implies an adversarial
 3   nature of what we were doing.
 4        Q.   Right.  You were asked -- you were able to
 5   directly ask witnesses questions; correct?
 6        A.   Yes.  As were all the members of the
 7   committee.  And, frankly, they asked more questions than
 8   I did.
 9        Q.   And so you're a lawyer and also an employee of
10   UMMC, and you're the only one that's allowed to ask --
11   answer questions; correct?
12        A.   No --
13             MR. WHITFIELD:  Object to the form.
14             THE WITNESS:  -- every member of the
15   committee were allowed to ask questions.
16        Q.   (BY MR. SCHMITZ) But you were the only lawyer
17   in the room asking any questions; correct?
18        A.   Correct.
19        Q.   I'm going to go to page 10 of the transcript.
20   And it's lines 21 and 22.
21        A.   Yes.
22        Q.   You reference the solemn decision that you
23   have to make?
24        A.   Yes.
25        Q.   At that point, the solemn decision, you had
```

Steven Bondi
February 03, 2021

Page 166

1    already made your decision, at that point?

2         A.    I'm sorry?

3         Q.    You had already made your decision to uphold

4    the termination of Dr. Papin?

5         A.    No.  Of course, not.

6         Q.    Well what else would be a solemn decision that

7    you have to make?

8         A.    We have to make it, that's future tense.

9         Q.    Ten pages into the hearing, you're already

10   talking about the solemn decision that you had to make?

11   What was --

12        A.    Of course, this was -- this was a serious

13   procedure.  Your client's career was in the balance.  We

14   took that very seriously.

15        Q.    But doesn't you as the Chairperson of that,

16   using the word "solemn decision," doesn't that foretell

17   which way the decision is supposed to go?

18        A.    Of course, not.

19        Q.    You don't think that that had any bias

20   whatsoever on the rest of the panel when you were --

21        A.    No.  I think it was -- was -- I think it was

22   reminding everyone in the room that this was a big deal.

23   It was giving respect to Dr. Papin in the process that

24   was being undertaken.

25        Q.    But not -- you didn't have enough respect of

Page 167

1  the process that was being undertaken to review the

2  documents before this -- before this hearing --

3              MR. WHITFIELD:  Object.  Asked and

4  answered.  Move on, man.  We've been here four hours.

5              THE WITNESS:  Yeah.  All I can say, I

6  don't know why you would want me to pre-judge the case.

7  Because on one hand, you're asking me to pre-judge the

8  case, and then you're saying -- you're saying that I

9  didn't pre-judge it.  And then you're upset.

10     Q.   (BY MR. SCHMITZ) I'm asking you if you did?

11     A.   Of course, not.

12     Q.   Okay.  Isn't it true, that the first time Dr.

13  Earl ever mentioned to Dr. Papin that he was lying or

14  being untruthful about the events in writing, is in the

15  document that they both signed on January 10th, 2017,

16  which was the remediation plan that he thought he was

17  required to do?

18     A.   I'm sorry, I don't understand that question.

19  Can you say it again, please.

20     Q.   When was the first time that Dr. Papin ever

21  documented -- or not Dr. Papin -- Dr. Earl ever

22  documented in writing to Dr. Papin that there were

23  issues regarding his truthfulness?

24     A.   To the best of my recollection, based on the

25  information that I received, as a -- it was would either

Steven Bondi
February 03, 2021

Page 168

```
 1   be in the November summative feedback document or in the

 2   -- in the postrotation feedback, but I'd have to look

 3   back to be sure.

 4        Q.   In the earlier meeting that we discussed

 5   earlier, the December 20th meeting, there's no mention

 6   made of lying in Dr. Earl's memorializing e-mail, is

 7   there?

 8        A.   I'd have to look at the e-mail.  I'm not sure,

 9   was I a recipient of that e-mail?

10        Q.   Okay.  I sent another exhibit to the chat for

11   review.

12        A.   I can see it.

13        Q.   At the bottom of the e-mail from Dr. Earl to

14   his assistant Renee Greene, do you see that dated

15   December 20th?

16        A.   All I see is -- wait.  Sorry.  Yes.  Yes, I

17   see it.  Uh-huh.

18        Q.   Do you see Dr. Earl documenting or

19   memorializing any instances of Dr. Papin lying in this

20   December 20th e-mail regarding his discussion that he

21   had with him on that same day?

22        A.   I'll have to read it.

23        Q.   Go ahead.

24        A.   Okay.  Can you ask your question again now

25   that I've read it, please.
```

1    Q.  Do you see any instances where Dr. Earl is

2  pointing out the fact that Dr. Papin was being

3  untruthful and lying about anything in the meeting that

4  he had with him on December 20th as stated in this

5  e-mail?

6    A.  Based on this e-mail, I do not see any of

7  that.  No.

8    Q.  There were issues regarding the decubitus

9  ulcer, they were brought up shortly after this e-mail;

10  correct?

11    A.  Those were either in late December or early

12  January, but I do believe they were after this e-mail.

13  Yes.

14    Q.  Okay.  Dr. Papin only works after this e-mail

15  at the UMMC actually, physically working seeing patients

16  up until January 10th, 2017; correct?

17    A.  I don't remember the exact date that he left,

18  but that sounds about right.

19    Q.  So somewhere between this one, this e-mail and

20  December 20th and January 10, there was some instances

21  of untruthfulness that were brought to the attention of

22  Dr. Earl, which were then transmitted to you through the

23  appeal hearing?

24    A.  Yes.

25    Q.  And that incident would have been Dr.

1   Mahoney's accusation that Dr. Papin did not tell her

2   about the decubitus wound on the patient?

3       A.   I believe that was one of them.  Or I should

4   say, yes, that was one of the items.

5       Q.   Are you aware that Dr. Mahoney testified that

6   she never looked at Mr. ███████'s chart?

7       A.   I am not aware of that.  I -- are you talking

8   about in the hearing?

9       Q.   No.  At the -- during her deposition?

10      A.   Oh, I have no knowledge of anyone's dep --

11  specifics of anyone's deposition at all.  I -- I --

12  didn't even know she was deposed.

13      Q.   And earlier I kind of talked about this, so if

14  that was a lie and she had looked at the decubitus ulcer

15  patient's chart 73 times between December 7th and

16  December 20th, would that been something that would have

17  drawn some suspicions on your part as to what the

18  voracity, at least, occurred allegations against Dr.

19  Papin?

20      A.   I mean certainly the voracity of all the

21  witnesses was important.

22      Q.   Can you answer why you did not review the

23  decubitus ulcer's medical chart as part of the

24  termination review for Dr. Papin?

25           MR. WHITFIELD:  I'm going to object.

Steven Bondi
February 03, 2021

Page 171

1     He's asked and answered that probably three times

2     already.  But he can answer, if you can.

3                    THE WITNESS:  Because we had witness'

4     testimony to it.  We had what Dr. Mahoney said.  We had

5     what Dr. Papin said.  So we were able to get it from

6     them.

7          Q.    (BY MR. SCHMITZ) Are you aware of the

8     complaint that the decubitus ulcer patient's family --

9     are you aware of the complaint that the family made

10    after Dr. Papin was gone that to UMMC, I think they

11    reported to the office of Patient Affairs, that he was

12    -- about a nurse leaving him in feces for approximately

13    four hour time span after Dr. Papin was gone?

14         A.    I don't know anything about that.  No.

15         Q.    If a complaint like that would have been made

16    to the office of Patient Affairs, would they have picked

17    up Mr. ███████'s patient chart and reviewed it to

18    determine whether that happened or not?

19         A.    They may or may not have.  The individuals

20    that staff the office of Patient Affairs, are not

21    medical people.  I frankly don't know what their -- I

22    don't even know if they have access to the medical

23    records.  They're not nurses.  They are patient affair

24    specialists.  When -- if that -- I'm speculating a

25    little bit, but if that complaint had come into the

Steven Bondi
February 03, 2021

Page 172

1    office of Patient Affairs, I believe they would have

2    contacted the nursing unit that the patient was cared

3    for to get some details on it and then responded.

4        Q.    Would the review of Mr. ██████'s family

5    complaint about the incident I just described about him

6    sitting in the feces for four hours, would that have

7    come under sort of your hostages as your -- for

8    investigation of follow-up as your role as the Risk

9    Management Director at UMMC?

10       A.    It is unlikely that that would have come to

11   us.  It would have fallen under a different category of

12   my job because as I noted at the beginning of our

13   conversation here today, that I was the Chairman of the

14   Grievance Committee for the hospital.  And -- but in

15   terms of patient complaints and grievances; although,

16   that's important, it needs to be appropriately

17   addressed, if it's true, that's not the kind of thing

18   that would -- the specifics would have -- that would

19   have gotten to that committee.

20       Q.    Sitting here today, you never personally,

21   actually looked over that; correct?

22       A.    Not to my knowledge.  The -- the -- it would

23   -- I didn't know the name of the patient with the

24   decubitus ulcer until six or seven minutes ago.  So,

25   theoretically, could that have come across my desk, yes.

Steven Bondi
February 03, 2021

Page 173

1    But I --I -- I don't think so because that's something

2    that -- that really wasn't within the scope of what I

3    did every day.

4        Q.   Was that brought to your attention as part of

5    your role at the appeal hearing that there was a filed

6    complaint about the same patient regarding the nursing

7    care he was receiving?

8        A.   Not that I recall.

9        Q.   Who is Dr. Michael Henderson again?

10       A.   Dr. Michael Henderson is the Chief Medical

11   Officer for the University of Mississippi Medical

12   Center.

13       Q.   If the patient complaint came in, would he

14   have reviewed the chart, the patient's family complaint,

15   would he have had to review the chart?

16       A.   It is unlikely.  Possible, but unlikely.

17       Q.   What is the Graduate Medical Education

18   Committee?

19       A.   To the best of my knowledge, the American

20   College of Graduate Medical Education, requires every

21   institution that has medical trainees; meaning,

22   residents and fellows, to have a committee that over --

23   over -- has oversight over all of the individual

24   programs.

25            So at a big medical center like UMMC, you have

Steven Bondi
February 03, 2021

Page 174

1    a lot of different types of residents, you have surgery

2    residents, you have internal medicine residents, you

3    have pediatric residents, so there are many, many

4    programs.  25 or 30 programs I'm sure; in addition, to

5    those, you have subspecialty training.  So Pediatric ICU

6    like myself, those are separate programs.  Each one of

7    those programs is administered locally within that area

8    training.  So the Department of Pediatrics would have a

9    program director for pediatrics.  The division of

10   pediatric critical care would have a program director

11   for pediatric critical fellowship.  All of those

12   individuals are, in essence, supervised by the office of

13   Graduate Medical Education.

14          The committee exist to review a lot of the

15   things that surround -- surround those.  And it's -- it

16   could be many many things.  It could be -- it could be

17   the duty hours.  It could be the adequacy of call room

18   space.  It could be funds for going to conferences.  It

19   could be, you know, if you didn't think your -- if you

20   thought that your rotations were too heavily based on

21   clinical service as opposed to truly receiving the

22   teaching, they might review that.  The committee is made

23   up of a blend of faculty members as well as house staff,

24   residents, and fellows.

25          Q.   How many people are on the committee?

Steven Bondi
February 03, 2021

Page 175

1      A.   It's large.  I don't know for sure.  But it

2   was in a -- I mean there were meetings that I was at

3   where there were 20 -- more than 20 people there.

4      Q.   **At Dr. Papin's termination hearing, who**

5   **decided which witnesses would be called?**

6      A.   I believe that it was Dr. Earl decided who --

7   what witnesses will be called on behalf of the

8   Department of Surgery's Residency Program.

9      Q.   **Did he notify you in advance which witnesses**

10  **would be called?**

11     A.   I don't know if I was notified exactly.  I did

12  see that there was a witness list on that letter that

13  you showed me earlier that went out to Dr. Papin.  But I

14  don't believe I saw that letter before today.  I don't

15  recall seeing it before.  But I don't believe that the

16  witness list was discussed with me.  No.

17     Q.   **Do you know if anyone had notified Dr. Papin**

18  **that he had the ability to also call witnesses, if he**

19  **wanted to?**

20     A.   I don't know whether that happened in advance.

21  I certainly discussed it with Mr. Dillard during the

22  hearing.

23     Q.   **Whose responsibility was it to let Joe -- Dr.**

24  **Papin to know about these types of things, like call**

25  **witnesses, documents, evidence, and all that kind of**

Steven Bondi
February 03, 2021

Page 176

1  stuff?  If it wasn't you, then whose responsibility
2  would it have been?
3      A.   My assumption it would be the GME office.
4      Q.   So Dr. Barr?
5      A.   Well I -- Dr. Barr at that -- like I said, Dr.
6  Barr and Dr. Schlessinger were having that handoff.  I
7  don't know when that formally occurred.  But,
8  ultimately, one of them or both.
9               MR. WHITFIELD:  I'm going to object to
10  that last question.  He wasn't a 30(B)(6) witness for
11  the institution on that topic.  He can answer as best of
12  his knowledge.
13      Q.   (BY MR. SCHMITZ) When did you and the
14  committee afterwards meet to make a decision on Dr.
15  Papin's termination?
16      A.   We met immediately after the hearing.
17      Q.   Everybody was in person, this was a full in
18  person meeting?
19      A.   Correct.
20      Q.   How long did you guys take to discuss the
21  matter?
22      A.   It was over an hour or close to it.  I don't
23  -- I wouldn't remember.  It was not brief because it was
24  late in the day.
25      Q.   Is any portion of that meeting or notes

Page 177

1    regarding the actual decision part of the meeting

2    between the panel, was any of that taken down in

3    writing?

4        A.   No.

5        Q.   Was anyone in attendance at the meeting other

6    than the hearing panel?

7        A.   No.  Not to my recollection.  I know that Dr.

8    Barr and Dr. Earl were not there.  But I think everybody

9    left.  I think the lawyers -- certainly, the lawyers all

10   left.

11       Q.   Do you agree when a resident is terminated in

12   circumstances such as Dr. Papin as a danger to patients'

13   safety, is likely never going to be accepted into

14   another reputable residency program thereafter?

15              MR. WHITFIELD:  Object to the form.

16              THE WITNESS:  I think that it would be

17   extraordinarily challenging to get another job.  I think

18   there are circumstances by which one could rehabilitate

19   oneself, and if one had a compelling story about

20   self-discovery, I think they -- they -- they would have

21   a chance.  But I -- it would be extraordinarily

22   difficult.  Yes.

23       Q.   (BY MR. SCHMITZ) All right.

24              MR. SCHMITZ:  I'm going to take two

25   minutes.  I think I'm about done here.  And then I'll be

Steven Bondi
February 03, 2021

Page 178

 1   right back.  Okay?

 2              MR. WHITFIELD:  Go ahead.

 3              MR. SCHMITZ:  I'm just going to make

 4   sure.

 5              (Whereupon, a recess was taken at this time.)

 6              MR. SCHMITZ:  One more question.

 7        Q.   (BY MR. SCHMITZ) Do you believe that there was

 8   any conflict between your role for managing risk for

 9   UMMC and your ability to give Dr. Papin a fair hearing?

10        A.   No.

11        Q.   Why?

12        A.   I believe that -- let me think about that a

13   little bit differently.  I think that doing right by our

14   employees an our house staff, is everything that -- it

15   is what quality safety risk management is about.  So,

16   you know -- you know, the house staff -- having house

17   staff is a -- an any kind of trainees always presents

18   risks for the institution.

19              But the education of these individuals is so

20   important for the overall mission of the medicine, that

21   -- that it's part of what we do.  So I didn't really see

22   it as a -- as that kind of role.  I think that part of

23   the problem is, that the perception of risk management

24   is somebody who just wants to make troubles go away, and

25   that's not really what it is in medicine.  But risk

Steven Bondi
February 03, 2021

Page 179

1  management and medicine is about -- is about learning

2  and a constant process of improvement in excellence and,

3  you know, in quality and patient safety.

4         My role in risk management was -- was -- was

5  focused there, but also certainly in terms of there's an

6  educational mission as well.

7     Q.   So the fact that there were issues brought up

8  regarding patient safety with Dr. Papin and potentially

9  you being able to eliminate that risk by upholding his

10 termination, did not factor into your decision at the

11 appeal hearing?

12    A.   Never entered into my mind a bit.

13    Q.   All right.

14         MR. SCHMITZ:  I have nothing further.

15         MR. WHITFIELD:  Nothing further.

16    (Whereupon, deposition concluded at 5:30 p.m.)

17              SIGNATURE/NOT WAIVED

18

19 ORIGINAL:  MR. GREGORY SCHMITZ, ESQ.

20 COPY:  MR. TOMMY WHITFIELD, ESQ.

21

22

23

24

25

Steven Bondi
February 03, 2021

Page 180

1                    CERTIFICATE OF THE DEPONENT

2              DEPONENT: Steven Bondi, M.D.
               DATE: February 3rd, 2021
3              CASE STYLE:  Joseph Papin vs. University of
    Mississippi Medical Center; Dr. Louann Woodward, Dr. T.
4   Mark Earl

5
               I, the above-named deponent in the deposition
6   taken in the herein styled and numbered cause, certify
    that I have examined the deposition taken on the date
7   above as to the correctness thereof, and that after
    reading said pages, I find them to contain a full and
8   true transcript of the testimony as given by me.
               Subject to those corrections listed below, if
9   any, I find the transcript to be the correct testimony I
    gave at the aforestated time and place.

10

    Page          Line                      Comments
11  _____         _____         _____
    _____         _____         _____
12  _____         _____         _____
    _____         _____         _____
13  _____         _____         _____
    _____         _____         _____
14  _____         _____         _____
    _____         _____         _____
15  _____         _____         _____
    _____         _____         _____
16  _____         _____         _____
    _____         _____         _____
17  _____         _____         _____

18
               This the _____ day of _____, 2021.
19

20                       _____
                              STEVEN BONDI, M.D.
    State of Mississippi
21  County of _____

22       Subscribed and sworn to before me, this the _____
    day of _____, 2021.
23

24  My Commission Expires:

25  _____    _____
                                    Notary Public

Steven Bondi
February 03, 2021

Page 181

```
 1              C E R T I F I C A T E

 2   STATE OF MISSISSIPPI

 3   COUNTY OF HINDS

 4       I, MELLIE PIERCE, hereby certify that the above and

 5   foregoing deposition was taken down by me on

 6   Computerized Stenotype, and the questions and answers

 7   thereto were transcribed by me, and that the foregoing

 8   represents a true and correct transcript of the

 9   deposition given by said witness upon said hearing.

10       I further certify that I am neither of counsel nor

11   of kin to the parties in the action, nor am I in any way

12   interested in the result of said cause.

13       Witness my signature this the 14th day of February,

14   2021.

15                    Mellie M. Pierce

16                    MELLIE M. PIERCE, CCR #1933

17

18   My Commission Expires:  10/27/23

19

20

21

22

23

24

25
```

**-**

**--I**
173:1

**1**

**1**
6:3,11 7:21
102:23

**10**
68:2 92:4
141:12 165:19
169:20

**100**
9:5 50:11

**10:15**
81:4

**10th**
92:1 121:11,
13 136:8
151:2,16,18
167:15 169:16

**117**
156:6

**11th**
81:4

**12**
29:16 67:24
68:2

**14**
29:16

**14617**
5:2

**15**
120:17

**17th**
68:7

**19**
10:14 28:1
164:1

**1968**
5:4

**1996**
9:23

**1999**
9:24 10:11

**1st**
143:19

**2**

**20**
137:13 158:19
175:3

**200**
50:13

**2000**
28:1

**2001**
10:14,22

**2004**
10:23

**2010**
11:5

**2014**
67:19

**2016**
68:12 102:23
104:11 107:25
141:10

**2017**
13:18,20
28:2,7 90:12,
17,18 92:1,4
121:11,13
167:15 169:16

**2021**
120:24

**20th**
104:11
106:21,22
107:25 108:12
111:6,13,21
112:1 141:10
168:5,15,20
169:4,20
170:16

**21**
165:20

**22**
165:20

**22nd**
65:9

**25**
174:4

**28**
102:25

**28th**
5:4 90:12

**3**

**3**
67:23

**30**
76:8 158:19
174:4

**30(B)(6)**
176:10

**3991**
5:1

**3:30**
120:24

**3rd**
112:21 120:24

133:11

**4**

**40**
49:11

**5**

**5:00**
136:20 137:20

**5:30**
179:16

**6**

**60**
49:15

**600**
83:17

**6:00**
137:20

**7**

**73**
126:11,17
170:15

**77**
162:6

**7:30**
124:24

**7th**
170:15

**8**

**800**
83:17

Steven Bondi
February 03, 2021

2

**9**

**90**
  15:24 93:11
**9th**
  136:8

**A**

**a.m.**
  81:4 124:24
**ability**
  17:17 18:6
  94:3,13
  105:22 106:5
  141:4 155:15
  160:22 175:18
  178:9
**abrupt**
  28:10
**absence**
  19:17
**absolutely**
  24:16 60:19
  157:19
**academic**
  12:2,5,25
  67:15 92:22
  93:25 149:19
**academically**
  149:15
**academically-
related**
  78:3
**accept**
  116:2
**acceptable**
  135:24

**accepted**
  177:13
**access**
  14:9 34:19
  35:1 36:20
  37:3,5 45:19
  46:4 69:8
  124:20
  140:17,22,24
  171:22
**accessing**
  124:20
**accommodate**
  143:12
**account**
  25:4 71:3
  137:4
**accounting**
  137:2
**accounts**
  38:2,3
**Accredited**
  8:18
**accurate**
  6:25 97:7
  99:11 100:14
  109:23
**accurately**
  5:20 6:12
**accusation**
  119:10 170:1
**accused**
  17:16
**ACGME**
  8:17 19:15,19
  51:7 77:1,3,7
  79:13 152:3
**acted**
  109:6

**acting**
  35:18 55:2
**action**
  69:11 125:16,
  22
**actions**
  85:2 93:14
**active**
  7:13 10:21,23
  11:2,4,5
  40:21
**activities**
  155:19
**actual**
  22:23 65:13
  94:22 99:5
  150:10 158:6
  159:24 160:7
  177:1
**add**
  117:1
**addition**
  125:14 174:4
**additional**
  69:3 80:22
  88:23
**address**
  4:25 91:13
  108:1 112:7
  163:15,18,22
  164:1
**addressed**
  46:5 66:3
  70:6 87:25
  95:22 108:14
  172:17
**addressing**
  84:9

**adequacy**
  174:17
**adequate**
  69:4
**administered**
  174:7
**administrative**
  12:6,8 18:1,
  22 151:5
**Administrator**
  76:2 112:15
**administrators**
  46:5
**admissions**
  113:13,18,22
**admit**
  112:23 120:6
  130:8 131:1
**admittance**
  131:19
**admitted**
  7:21 33:19
  119:16 138:3
**Adobe**
  57:10
**adults**
  32:17
**advance**
  27:16 48:11
  69:6 71:10
  72:14,15,21
  157:1,21,24
  175:9,20
**advanced**
  71:9
**advancement**
  12:12
**advantageous**

Steven Bondi
February 03, 2021

3

100:22

**adversarial**
165:2

**adverse**
84:18,21
89:14

**advice**
41:3 145:18

**advised**
51:21 52:6,
21,22 82:21,
24

**advising**
129:4 146:6

**advocacy**
100:21

**affair**
171:23

**affairs**
41:19 45:9,
11,12,14,18
171:11,16,20
172:1

**affect**
44:17

**AFTERNOON**
120:25

**agent**
5:11 9:23

**aggressive**
31:11 32:24
44:1

**agree**
18:5,15,17,24
91:25 177:11

**agreed**
97:15,18
151:20

**agreeing**
121:15

**ahead**
16:22 18:12
48:5 102:16
150:24 168:23
178:2

**Ainsworth**
75:25 81:5

**alleg**
47:24

**allega**
162:17

**allegation**
97:1 113:3
129:13 153:23

**allegations**
25:11 35:2
47:8,25 54:12
71:22 72:5
98:21 129:17
145:8 157:11
158:6,7
162:18 170:18

**allege**
21:11

**alleged**
16:4 21:7
42:16 47:9
61:16 63:5
74:3 103:6
125:6 140:10

**allegedly**
21:12 29:8
48:3 81:23
104:9 108:3
132:5 162:18

**alleging**
61:10 127:4

**allowed**
22:3,5,9,13
63:19 101:25
102:3 109:20
135:8 163:18
164:14,21,22,
23 165:10,15

**alluding**
79:24

**alternative**
155:7,17,20

**ambushed**
72:23

**American**
173:19

**amount**
39:24 45:16
116:12

**amused**
74:6

**analysis**
88:6

**analyzing**
40:23

**and/or**
146:20

**anesthesiologis
t**
114:6 133:5
134:9

**angle**
63:10

**answering**
5:21 41:13

**anticipated**
17:13 92:22

**antidotal**
122:11,16

**antidote**
116:18

**anymore**
14:9

**anyone's**
170:10,11

**apologize**
69:21 106:17

**appeal**
15:25 16:17
19:1 22:17
28:6 34:15,18
35:3 54:23
55:1,19 74:18
75:9 76:16
77:2,7,18
78:4,14,17
81:17 82:2
89:12,24
90:15,18,21,
24 91:3,11
95:19,21
119:7 144:9
152:9 158:13
169:23 173:5
179:11

**appealed**
90:21

**appeals**
70:4 77:13,15
78:20 81:11
89:3 90:24,25
108:23

**appeared**
26:5,24

**appears**
102:14

**apples**
79:2 127:24,
25

Steven Bondi
February 03, 2021

4

applicable
 89:10

application
 46:3

apply
 77:3

appointed
 67:14 75:15
 81:12

appointing
 75:12

appointment
 7:15 9:1

apprised
 104:2

approach
 33:2 55:13
 63:12

appropriately
 172:16

approval
 41:12

approve
 109:6

approved
 109:2,4

approximately
 171:12

April
 5:4 90:11

aptitude
 12:11

area
 27:8 46:6
 87:8,16 94:11
 129:5 133:24
 174:7

areas
 27:7

arguably
 80:4

arguments
 159:14

Army
 7:12 8:15
 10:12,17
 11:1,3,7

arrival
 114:10

arrive
 120:12 137:19

arrived
 116:24 119:17

arrives
 119:25
 120:11,12

Ashley
 136:5

asks
 109:5

aspect
 62:9 85:20
 100:12 135:14
 140:15

aspects
 15:15 85:21
 88:19

assessed
 129:9

assessment
 86:13 139:7

assigned
 27:7 94:10

assist
 40:22

assistant
 11:10,15
 12:12 46:13,
 14 49:3
 168:14

assisted
 41:21

Associate
 144:17

assume
 4:15 14:7
 25:17 65:12
 71:23 83:4
 116:13 118:14
 120:2 133:18

assuming
 10:6 12:20
 100:22 121:6

assumption
 176:3

attach
 159:17,24
 160:5

attached
 77:12 142:10

attendance
 177:5

attended
 8:4 26:25

attending
 11:2 21:22,25
 30:6 35:13
 36:7,9,13,16
 62:1,3,8 66:4
 83:24 84:7
 86:3 96:25
 103:12,18,20
 113:22,25
 114:5 134:14,

16,17

attention
 42:16 95:9
 111:7 122:6
 127:3 156:7
 169:21 173:4

attorney
 4:14 51:2
 71:17,23,24,
 25 72:6 81:16
 100:20
 101:10,22,23,
 25 102:2
 158:9,10
 164:5,8,9,10,
 12

attorneys
 53:11 73:10,
 13,15

audio
 57:15

audit
 124:17 125:3,
 6 126:12
 140:18 141:1,
 4

August
 9:23 143:8

authored
 67:13

avenue
 101:4

avenues
 66:5

aware
 22:24 24:2
 25:23 27:18
 30:15 56:2
 77:2 82:20

91:17 93:21
104:7 106:11,
14,17 112:4
115:10,12
118:5 121:14
122:1,12
149:3 170:5,7
171:7,9

**B**

**baby**
134:10
**back**
39:11 77:4,10
81:24 82:3
85:16 86:6
95:18 97:2,3
111:10 112:24
127:11,20,21
143:7 161:2
168:3 178:1
**background**
6:12 7:25
9:15 11:18,
22,25 51:4,6
**backward**
40:13
**bad**
42:8 73:12
105:4 118:10
**badge**
124:14
**balance**
166:13
**ball**
61:19 130:18
**banging**
76:9

**Barr**
12:15,17,24
13:12,14
81:4,16 92:11
144:14 145:3,
5,17,23
161:3,8
176:4,5,6
177:8
**base**
26:3,4,6,8
60:2,13 64:10
65:23,25 82:6
94:7,11,23
105:21 106:2
119:15 145:7
**based**
20:20 21:11
22:14 25:24
27:23 41:25
42:1 43:13
45:23 51:6
53:6 59:7
61:9 64:12
70:17 103:19,
22 110:1,3
115:6 129:11
148:16 149:24
150:1,14,25
151:12 152:15
161:12 163:1
167:24 169:6
174:20
**bases**
36:25 59:2,
14,15 82:8
161:12
**basically**
28:5,7 85:14
96:25 112:22
118:23 156:1

158:15
**basis**
38:15 93:19,
20 139:19
158:6
**bates**
72:10
**bathroom**
116:19
**Bear**
156:9
**bearing**
61:24
**bed**
31:14,16,18
**began**
102:22
**beginning**
108:16 118:17
141:15 143:8
163:10 172:12
**behalf**
21:3 41:10
100:23 160:11
162:9 175:7
**behavior**
112:14 115:21
136:9 150:18
**belief**
151:8
**believed**
101:5 110:17
151:21
**bell**
16:10
**benefit**
100:12
**benefited**

158:12
**Berger**
104:1
**bias**
166:19
**big**
40:19 63:15
115:2,3,7
130:7,10,11
134:5 158:14
166:22 173:25
**bigger**
40:3 50:2
**biggest**
32:9 37:19
**birth**
5:3
**bit**
11:21 15:24
42:11 44:9
73:17 171:25
178:13 179:12
**black**
81:2
**blame**
115:18
**blend**
12:1 174:23
**blue**
112:19 161:14
**board**
7:9 23:22
55:11,19
68:6,20 70:13
110:4 130:24
**body**
38:17
**boilerplate**

105:6

**bona**
132:24

**Bondi**
4:1,6,10 6:3
121:1 134:16

**booths**
50:3

**borne**
62:6

**boss**
13:1,4 66:6
103:3

**bosses**
13:1

**bottom**
56:14 60:8
102:18 168:13

**Boulevard**
5:1

**bounded**
135:11

**box**
89:2

**boxes**
57:1 67:4

**boy**
156:15

**brand-new**
33:24

**break**
4:21,23 48:25
104:12 120:16
139:4

**breakdown**
146:25

**briefs**
159:10,14,18

**bring**
47:14 118:2

**bringing**
108:9 141:14

**broad**
17:22 26:21,
24 39:14
61:15 149:21
154:22

**broader**
126:21

**broadly**
24:24 25:1
49:17

**brought**
16:1 21:5,8
25:11 30:14
34:17 35:3
42:15 47:25
54:13 63:24
70:3 72:22,24
95:8 98:21,
22,24 99:5
100:16 108:4,
22 110:10
111:7 119:5,6
127:2 138:21
139:13,23
157:11 159:15
162:18 163:23
169:9,21
173:4 179:7

**brunt**
61:24

**Bryant**
25:25 29:13
30:11 58:17
88:21 161:13

**Bryce**
75:25 76:13,

16 81:5
142:24 143:25
144:10,21

**Bryce.pdf**
142:20

**bubble**
43:17 88:6

**bubbled**
29:19 88:20

**buck**
61:25

**bumped**
64:21 88:9

**bunch**
118:11,18

**Bureau**
5:12

**busy**
113:10,11

**button**
5:24 56:11,
12,15

---

**C**

**calculus**
130:4 153:24

**call**
19:15 27:10
42:7 44:19
104:25 112:23
113:22,25
114:16 130:16
132:10,23,24,
25 133:5,8
134:11 135:14
161:16 165:1
174:17
175:18,24

**called**
10:17 104:16
113:7 175:5,
7,10

**calling**
114:6,16

**calls**
26:19 27:5
114:4,13

**cameras**
124:12,14

**candor**
38:14,15
111:13,20,22
118:10

**capabilities**
125:2

**capability**
124:25 126:3,
23

**capturing**
39:15

**care**
9:14,15 11:6
12:3,4 13:5
21:7,14 27:21
28:12,15,24
29:7,8 32:25
33:3,5,6,10
34:22 36:5,15
45:24 46:3,4
47:8,9,13
52:19 60:13,
23 61:11,15,
25 62:10
63:6,13 66:24
75:4 83:9,23
84:16,25
87:1,12
88:17,23

98:23 105:16
114:8 123:3,
16 125:16,19
126:15
127:22,25
128:11 129:3
131:12 133:25
134:3 135:8,9
138:11 173:7
174:10

**cared**
27:19 172:2

**career**
158:15 166:13

**caring**
63:18 84:5
97:21 134:10

**carry**
33:4

**case**
10:20 17:2
24:1 26:12,18
30:5 34:4,6,
24 36:11
42:15 43:7
53:13 55:18,
24 61:17
62:16,19,21
63:25 64:4
68:16 69:12
70:14 71:22
73:5,22 77:2,
3 78:2 89:9,
17,21 95:12
100:23 102:21
109:5 113:23
116:6 133:6
148:18 151:1
156:24 157:22
158:21 167:6,
8

**cases**
30:1 35:15
40:20,21,23,
25 41:1,8,12
43:2 46:22
55:4 61:11
62:6,13,24
63:2,3,4,9
157:20
159:20,21

**cast**
24:14

**catch**
44:22

**categories**
80:12

**categorization**
40:4

**category**
149:21 172:11

**caught**
40:10 115:18

**caused**
37:14

**caveat**
25:15 26:5
36:2

**cemented**
154:15

**center**
6:16 8:15
11:1 12:2,17
24:12 41:12
67:19 101:24
124:12
173:12,25

**centered**
29:4 97:1

**certification**
7:10

**cetera**
68:25 89:11

**chain**
66:11 75:24
86:1,2

**chair**
12:18 13:3,10
16:24 22:17
46:20 54:18
55:2 66:6,9
75:16,17
81:12 91:3

**chaired**
17:7

**Chairman**
41:17 172:13

**chairperson**
20:8 34:14
55:23 56:3
67:14 68:14
70:4 72:12
152:8 156:20
157:16 158:19
160:10 162:13
166:15

**challenge**
44:10 143:11

**challenging**
177:17

**chance**
93:5,8 149:17
151:4,10,19
177:21

**Chancellor**
41:11 55:25
81:12

**change**

24:6 56:12
78:4 118:8
126:18,22
127:6,7 129:1
148:1 151:17
154:1

**changed**
45:5,6 118:7,
24 126:2
129:8 130:4

**changing**
28:11 91:15

**channel**
81:10 84:21

**channeled**
85:16

**channels**
66:3

**characterize**
81:25

**charge**
58:21 89:8
90:2

**charged**
5:15

**chart**
16:16 29:24
124:23 126:17
170:6,15,23
171:17
173:14,15

**charts**
36:17 83:10
128:8

**chat**
5:24,25 56:9,
10,11,12,16
57:22 67:3
74:14 121:8

168:10
**check**
39:8 59:1
103:3 127:21
139:21
**chief**
13:4 34:2,3
39:17,18,19
45:4 49:18
58:25 66:6
109:2,5,19
122:9 173:10
**chief's**
41:16
**children**
32:18
**children's**
123:17
**choose**
77:14
**chose**
138:25
**circumstance**
12:4 17:21
80:21
**circumstances**
44:20 83:22
101:7 151:8
177:12,18
**citing**
136:8
**civil**
18:2 159:21
**claim**
139:20 140:3
**claimed**
140:8
**claiming**

140:11
**clarified**
70:12
**clarifying**
89:23
**clear**
131:24
**clerical**
42:9
**clerk**
8:23 51:3
159:8
**click**
5:24 56:10
58:6 67:4
89:2
**client**
100:23
**client's**
166:13
**clinic**
143:10
**clinical**
75:4 105:14
174:21
**clinician**
12:3
**close**
44:16 57:11
120:18 176:22
**closed**
88:1
**CMO'S**
50:2
**CMS**
26:20
**CNS**
42:2

**co-workers**
66:19 111:1
**code**
136:10
**coffee**
108:8
**Colin**
122:2
**colleague**
59:11
**collect**
86:24
**College**
173:20
**combination**
14:18
**comment**
83:6 87:22
119:9 127:13
144:12 149:22
**committee**
22:12,14
41:2,17 46:19
54:19 64:2
67:15 70:4
89:8 90:3,25
91:3 105:14,
15,17 118:22
119:13 143:1,
4,16,21 144:1
145:22 157:3
159:6 160:10
163:15,23
164:1 165:7,
15 172:14,19
173:18,22
174:14,22,25
176:14
**committees**

77:12
**common**
28:25 31:8,9
34:11 43:20
45:17 65:1
66:20 94:11
128:20 162:9
**Commonwealth**
164:6
**communicate**
114:11
**communication**
27:4 95:16
137:14 150:19
154:19
**communications**
65:10
**comparison**
128:5
**compelling**
116:12 117:25
177:19
**competency**
105:14 127:22
128:1
**competent**
138:17
**complain**
117:3,5
**complaint**
26:4 27:14
28:12,14,19
29:6 45:7,17
59:2 60:2
64:10 81:23
82:18 102:25
117:2,16
171:8,9,15,25
172:5 173:6,

13,14

**complaints**
27:21 28:17
36:14 41:18
42:1 45:14
46:2 61:9
65:18 66:13,
16 82:10
117:8,11
121:23 122:1,
4 138:8
139:10 161:5,
19 172:15

**Complaints.pdf**
58:10

**complete**
72:20

**completely**
43:25 66:14,
17 79:22
114:14 129:7
153:23

**compliance**
76:6

**complicated**
12:25

**complied**
22:18

**complies**
18:21 34:25
157:14

**comply**
23:23

**complying**
23:7

**comprised**
39:18

**computer**
8:1 10:1,4

36:21 56:23
122:24 123:2,
5,11 144:6

**concealed**
127:1

**conceited**
59:17

**concern**
38:24 39:1
125:14,15
129:16

**concerned**
43:1,14 63:16

**concerns**
38:14 42:18
60:22 74:3

**concluded**
62:16 179:16

**conclusion**
60:12 131:14
155:16

**condition**
18:15

**conditions**
5:20

**conduct**
24:22 25:10
50:21 51:11,
16 52:21,22
53:5 65:11
66:1 91:15
93:5 149:15,
17,21,24
150:1,9,15,18
151:11 155:10

**conducted**
18:22 79:14
102:10 111:20

**conducting**
50:20 68:22
71:14 73:20

**conduit**
82:5

**conferences**
174:18

**confidence**
42:9

**conflict**
50:15,16
75:6,7
103:14,17,20,
22 178:8

**confront**
17:17

**confrontation**
69:4,13 70:18

**confusion**
80:17

**congratulations**
156:14

**connected**
49:23

**Connecticut**
9:6,8 164:6

**conservative**
129:4

**consideration**
101:15 139:7
152:22

**considered**
122:13

**constant**
29:17 46:25
179:2

**constituted**
96:18

**consulted**
145:24 146:20

**contact**
41:9 65:6
118:13

**contacted**
130:7 172:2

**contained**
6:24 36:24
161:12

**contemplation**
128:18

**context**
35:11 51:18

**continue**
63:19 93:12
149:17 150:6

**continuous**
65:6 86:25

**contributing**
62:24 63:3

**contributions**
63:5

**conver**
163:1

**conversation**
14:21,25
15:1,5,8,19
19:8,18 30:8
55:13 60:25
61:3 75:20
82:15 91:14
99:9 110:1,2
113:6 114:3
122:19 134:22
142:5,9
144:20 145:23
147:3 148:15
161:23 162:1

172:13

**conversations**
15:14,17
51:8,24 66:21
92:8 96:2,4
112:9 113:21
144:24,25
146:25 161:8,
9

**convicted**
5:15

**coordinator**
29:21

**coordinators**
27:6,10 29:12
30:10 47:1,2,
11 128:9,22

**copies**
69:5 71:10
99:6

**copy**
14:13 21:6
179:20

**copyright**
10:3

**core**
127:22 128:1

**corporate**
9:11 10:4
40:5

**correct**
5:14 6:17
7:15,16 8:3,
16 9:1 12:15
13:11 21:20
22:1 24:23
28:9 31:19
32:22 35:12
36:18 43:20

49:3,4 54:5,6
60:14,20
61:12 62:1
65:15 67:7
70:1 72:16
73:21 79:8,14
80:7,24 81:24
83:11 86:15
101:2,7
102:1,23
107:15
108:15,20,24
109:9,12,21,
22 110:11
111:8,13
123:5,6,11,12
125:25 126:1
129:14 148:25
157:13 158:16
159:13 160:3
164:2,4,15,21
165:5,11,17,
18 169:10,16
172:21 176:19

**corrected**
110:22

**correctly**
38:20 49:12
103:20 113:4
139:21

**counsel**
19:2,5,9,18
21:20,25
22:2,3,5,6,8
41:11 51:9,
20,21,24,25
52:6,19,20
69:8 73:4
75:14 146:1

**counseling**
104:5 111:16

141:13 142:4

**counsels**
40:20,23
41:5,7 144:25

**country**
147:23

**couple**
78:1 132:21
156:8

**court**
4:18 5:6 8:25
18:2 56:18
159:9 160:5

**courtroom**
51:3

**coverage**
26:23

**covering**
126:25

**covers**
14:19

**create**
124:21 156:21

**created**
89:6

**credentialing**
42:6

**Crews**
115:8,14,19,
24 116:13
117:11 118:5,
13,14,15
119:1 122:2,
12,22

**crime**
10:1

**crimes**
5:16 10:4

**criminal**
5:11 18:2
159:20,21

**critical**
11:6 12:4
13:5 105:16
110:8 134:23
135:14
174:10,11

**critically**
133:3

**cropping**
108:11

**cross-
examination**
18:16 165:2

**cross-examine**
17:17 18:6
164:21,23

**cross-examined**
164:25

**culture**
85:20 93:20

**curious**
70:10

**current**
4:25 32:24
120:10

**CV**
6:6 56:11
57:8

**CVICU**
120:6

---

**D**

**danger**
21:12 37:8
98:4,7,22

177:12

**Darlene**
  25:25 29:13,
  19 30:11
  58:17,19,20
  59:14,20
  60:12 64:18
  88:21 161:13

**data**
  6:23 26:3,4,
  6,8 36:25
  59:2,14,15
  60:2,13 64:10
  65:23,25
  82:6,8 93:19
  100:18 161:12

**date**
  5:3 15:6,8
  74:20 90:11
  121:19 140:9
  148:21 169:17

**dated**
  168:14

**dates**
  13:16 67:20
  142:1

**David**
  67:24

**day**
  28:22 29:16
  47:22 75:23
  82:11 92:3
  118:13 121:14
  123:25 126:24
  162:4 168:21
  173:3 176:24

**day-to-day**
  25:24 26:2

**days**
  60:10 67:19

93:11 102:25
114:21 125:21

**daytime**
  138:6

**deal**
  32:4,6 79:16
  115:2,3,7
  130:7,10,11,
  12 134:5
  158:14 166:22

**dealing**
  42:5 131:11

**dealt**
  10:3 28:22
  29:2 34:12
  39:21 55:12
  95:9 128:20

**Dean**
  144:17,18

**December**
  104:11
  106:21,22
  107:25 108:12
  111:6,13,21
  112:1 141:9
  142:1 168:5,
  15,20 169:4,
  11,20 170:15,
  16

**decided**
  78:2 175:5,6

**decision**
  56:1 62:4
  65:20 81:10
  89:14,24
  97:10 99:6,13
  100:9,10
  101:15 118:21
  119:15 129:11
  152:23 154:7

155:2,15
165:22,25
166:1,3,6,10,
16,17 176:14
177:1 179:10

**decisions**
  63:14

**decreasing**
  31:11

**decub**
  88:4

**decubitus**
  16:2 30:14
  31:5,8,11,13
  32:2 33:14,20
  34:7,11,17
  36:5 42:24
  43:6,19,23
  44:5,13,16
  48:18 82:10,
  22 83:2,8
  85:4,17 86:12
  87:9 88:5,12
  97:2,3,21
  98:2 100:17,
  19 125:13,25
  126:7,24
  127:21 128:15
  129:3 169:8
  170:2,14,23
  171:8 172:24

**deem**
  48:1

**deeper**
  88:6

**default**
  80:22

**deficiencies**
  89:22 91:12
  96:3,9,11

105:11,19
110:8 149:20

**deficiency**
  110:12

**deficient**
  29:8 36:15
  47:8,9 61:11
  63:5,18 93:10

**definition**
  113:20

**degree**
  70:7 122:23

**degrees**
  83:6

**delayed**
  29:1

**deliberated**
  68:21

**deliberation**
  110:3

**deliberations**
  110:23 155:22

**deliver**
  69:4 87:1

**delivered**
  28:24 45:24
  71:8

**delivering**
  63:13

**demonstrative**
  7:21

**demonstratively**
  100:25

**denied**
  97:18,19,20,
  21 98:7

**denominator**
  55:21

dentistry
  8:8,13
deny
  97:24 98:3
dep
  170:10
department
  12:18,21
  13:2,3,11
  27:9 33:1
  35:20 46:9
  47:3 66:6,9
  113:24 120:3,
  4,5 134:14
  174:8 175:8
depend
  28:18 126:20
depending
  25:6 87:18
depends
  17:20 29:22
  43:21 149:19
  160:8
deposed
  170:12
deposition
  4:11 13:22,24
  14:22 15:6,10
  53:2 118:17
  119:9 120:22
  170:9,11
  179:16
depth
  127:1
dereliction
  110:14
describe
  33:16

description
  103:22
designed
  84:10
desire
  12:10
desk
  24:21 36:22
  53:15 54:25
  172:25
desktop
  37:3
detail
  76:15
details
  33:24 54:9
  120:1 172:3
determination
  40:24 91:2
  129:8
determinations
  90:5 152:19
  160:14
determine
  25:12 47:13
  89:13,16 90:4
  91:2 95:20
  97:6 119:25
  120:13 130:14
  155:11 171:18
determined
  22:25 23:1
  24:16 45:7
  83:13 92:11
determining
  23:22
detrimental
  125:16

develop
  12:7
developed
  112:14 125:13
development
  126:8
develops
  32:16
deviated
  21:14
deviation
  92:13
devices
  31:22,24
dichotomous
  44:14
dictated
  147:22
dictates
  137:1
difference
  118:16,25
differentiate
  20:15
differently
  56:22 109:6
  137:8 178:13
difficult
  143:5 177:22
Dillard
  72:6 99:9
  141:22 175:21
direct
  13:4 27:4
  30:1 45:1
  46:3,14 69:1
  70:1 113:21
  116:10 156:7

160:14
directed
  92:21
directing
  156:19
directives
  70:14 71:2
directly
  12:24 22:9
  27:10 59:25
  60:25 62:9
  69:24 135:9
  165:5
director
  9:18 11:13,
  15,17 12:12,
  13 24:20
  25:25 27:4
  30:11 34:15
  39:13 44:24
  46:13,14,15
  49:4 58:20
  61:8 62:14,15
  66:9 83:22
  86:5,6 89:12
  151:24 172:9
  174:9,10
directors
  33:1
disagree
  111:14 116:21
  117:19
  132:12,14
disciplinary
  93:14 161:18
discipline
  131:9
disciplined
  131:1

disclosure
 148:18

discovering
 17:18

discovery
 129:2

discuss
 14:22 19:12
 73:7 89:11
 90:3 96:10,12
 138:12 140:1
 176:20

discussed
 10:25 19:3,5
 52:11,15 56:6
 68:20 73:7
 87:22 98:24
 99:15 100:11
 107:20 109:14
 122:8 142:23
 150:19 154:11
 155:22 168:4
 175:16,21

discussing
 19:8 30:13
 48:6 73:14
 74:16

discussion
 48:17,18
 52:15 91:19
 100:15 138:18
 155:6 168:20

discussions
 48:9 92:10
 109:24 139:1
 161:20

dishonest
 125:12
 131:11,15

dishonesty
 111:3,8
 125:15

dismiss
 154:2

dismissal
 102:20

dismissed
 152:23 153:2,
 19,22

disposition
 87:21

disregarded
 153:23

distinct
 33:25 45:21
 130:1 148:1

distinctly
 73:9

distinguishing
 149:10

District
 8:25 159:9

dive
 145:8

divide
 49:6

division
 13:4 66:6
 174:9

doctor
 8:11 32:8
 55:13 75:4
 107:5 117:12
 123:7 135:18
 137:13 158:23

doctor's
 49:22 123:3

doctors
 107:5

document
 25:9 51:7
 54:17 58:14
 67:22,23 68:8
 71:5 76:19
 89:6,19 90:10
 103:24
 111:12,18,19
 121:5 126:14
 142:5 148:22
 151:20 167:15
 168:1

documentary
 100:7

documentation
 103:6 104:8,
 16,18 110:16
 124:4,8 125:7
 130:19 141:12
 142:9

documentations
 142:2

documented
 123:4,10,13
 142:4 167:21,
 22

documenting
 123:2 168:18

documents
 13:23 14:1,3,
 16 25:2 48:2,
 5,11 51:14
 54:14 66:22
 69:4,6 71:9,
 10,14,17,20,
 25 72:1,4,8,
 9,14,15,20
 76:13,14,17

89:9 90:3
99:2 103:9,11
141:17 157:1,
7,17,21
158:7,20
159:2,5,25
160:13 161:13
162:17,23
163:1 167:2
175:25

door
 76:9

double
 8:1 39:8

doubt
 24:14 60:16
 99:9,11
 100:4,13,14
 145:16

draft
 142:18

drast
 30:21

drastic
 44:17

drastically
 30:22 44:2

drawn
 170:17

drill
 4:15

drink
 108:9

drive
 44:11 147:23

driving
 147:23

dropped
 61:19 130:18

drugs
  5:19
dual
  11:12
due
  18:21 20:4,
  10,16,19
  22:18 23:7,23
  34:25 51:17
  52:8,15 69:3,
  7 74:3 89:13,
  15,17 90:4,7
  91:3,22 95:20
  96:17,18
  100:5 140:24
  145:15,25
  146:21 147:1
  154:2 157:15
duly
  4:2 121:2
duties
  39:12,14
  49:16 138:11
duty
  7:13 10:21,23
  11:2,4,5
  108:19 174:17

      E

e-mail
  25:17 27:24
  45:20 58:16
  60:10,15,18,
  19 64:21 65:8
  74:21 75:11,
  24 76:12
  81:3,25 82:3
  110:16 133:11
  141:10 157:4
  168:6,8,9,13,

20 169:5,6,9,
  12,14,19
E-MAIL-MEETING
  142:20
E-MAIL-PAPIN
  58:10
E-MAIL-THREAD
  74:16
e-mailed
  121:21
e-mails
  14:8,9 25:16
  64:12 81:21
  89:10 103:8
  112:16,18
  136:8 144:12
  157:5 161:10
eager
  116:17
Earl
  25:9,11,17
  27:24 38:9
  48:2 59:9
  60:22 64:13,
  22 65:9,11
  66:21 82:6,7,
  20,24 83:7
  84:8 85:8,12,
  14 86:6,9,13
  91:24 92:10
  96:3,12 103:7
  104:1,4,8
  106:11 107:24
  108:13 111:7,
  15 112:1,17
  121:15,21,22
  122:4,7
  133:14 141:8,
  10,13,17,20
  142:3,10

145:1 151:3,
  21,24 152:2
  161:3,10,15
  163:16,17,18
  167:13,21
  168:13,18
  169:1,22
  175:6 177:8
Earl's
  168:6
earlier
  15:13 30:13
  47:5 53:13
  81:21 96:21
  122:8 128:9
  139:4 143:23
  144:13 168:4,
  5 170:13
  175:13
early
  33:22 44:22
  74:23 137:1
  169:11
ease
  7:19
easier
  67:9
easily
  67:3
easy
  116:4
ED
  46:7
education
  10:19,20
  64:2,8 66:10
  76:2,7 78:19
  79:7,25 91:1
  112:15 144:17
  173:17,20

174:13 178:19
educational
  7:25 179:6
effectively
  134:2
efficiencies
  105:20
efficiency
  94:3 106:3
effort
  143:24
efforts
  86:25 130:13
Eklund
  17:4,11,14
  23:2,23 51:22
  52:7,21 53:6,
  19 54:2,12,21
  67:6 68:22
  69:11 73:13
  77:17
Eklund's
  23:18 24:1
  53:13 68:16
  73:4,15,21
  77:18
eld
  33:18
electronic
  36:24
electronically
  124:3,24
elicit
  18:16
eliminate
  44:1 179:9
eloquently
  35:7

Steven Bondi
February 03, 2021

15

**else's**
56:22

**emergency**
35:20 45:16
46:8,9 113:24
114:1 120:2,
3,4,5 134:14

**Employed**
164:12

**employee**
14:17 26:10,
22 40:16 69:2
79:21 80:7,
22,24 137:11
164:18 165:9

**employees**
50:21 78:25
80:1 95:1
178:14

**employment**
63:20 78:3
100:10

**encompass**
70:19

**encompasses**
41:14

**end**
10:21 11:4
28:1 46:8
53:19 74:12
78:15 87:24
120:7 132:4
135:1 136:15
163:24

**ended**
73:20

**ends**
33:7

**engage**

86:24

**ensure**
69:9 70:4,9
71:15,20

**entered**
179:12

**enters**
124:16

**entire**
31:4,7 96:13
100:15

**entitled**
78:19 80:23

**entity**
45:21

**environment**
120:10

**Epic**
36:24

**episode**
110:13

**equivalent**
105:15

**erased**
129:7

**error**
62:17,20
114:19

**errors**
62:7,12
115:19

**eschar**
127:8

**espionage**
10:4

**ESQ**
179:19,20

**essence**
174:12

**essential**
17:18

**essentially**
31:14 77:24
90:2 158:23

**ethic**
111:2

**evaluate**
39:2,7

**evaluated**
45:23

**evaluating**
87:17

**evaluation**
76:15 88:16
96:8 104:17
105:7 106:25
111:10 123:19
127:9 141:24
152:18

**evaluations**
30:12 38:11,
20 39:7 89:10
92:7 104:19,
22 106:3
138:14

**evening**
103:5 138:5

**event**
26:3,6,19,20,
23 30:24 42:8
59:8,23 65:4
66:12 84:3
86:21,23 87:4
88:1 115:6
126:3 162:2,6

**events**

21:18 26:8
30:21 39:22
64:16 84:4,24
85:1 86:21
167:14

**eventually**
9:17

**everybody's**
105:13

**evidence**
18:9 21:3
24:3,9 100:8
101:18
122:11,16
125:5 139:19
152:18,20
153:24 154:3
157:8,23
158:2 159:7,
12,15 160:7,
13,21 175:25

**exact**
37:16 74:20
169:17

**exam**
94:5,6

**examination**
4:5 121:4
129:14

**examine**
25:14

**examined**
4:2 121:2
125:23 129:18

**examining**
123:20 125:12
127:5

**examples**
5:13

excellence
  179:2

exception
  25:20 153:1

exchange
  10:21 135:12,
  19 143:21

exchanged
  134:2

exchanges
  134:23

excluding
  75:10

exclusive
  9:6 70:7
  80:14

excuse
  51:7

exercise
  108:20,23
  109:25

exhibit
  6:3,11 7:21
  56:7,11 65:8
  67:2 74:13
  88:25 102:5
  142:19
  147:10,17
  156:5 159:25
  168:10

exhibits
  5:24 100:24
  101:5 159:17
  160:5

exist
  174:14

exonerated
  101:6

expect
  94:19 127:19

expectation's
  94:21

expectations
  94:22,23

expected
  94:18 105:24,
  25 136:23,25

experience
  50:19 61:20
  85:24 107:15,
  18 137:4
  149:13 150:2
  151:1

experienced
  38:2 77:17

experiment
  57:6

experts
  32:2

expired
  7:8

explained
  131:21

explanation
  110:6

exposure
  42:18 50:25
  86:15,22

extensive
  14:25 47:17
  123:1

extent
  20:20

external
  22:7

extraordinarily

117:4 128:14
  177:17,21

extraordinary
  162:1

extreme
  33:7

extremely
  114:22,23

_____

F

fabricate
  118:1

face
  73:11

facilitate
  41:19 88:21

fact
  65:17 85:2
  103:12,14
  109:7 115:11
  118:9 120:13
  122:13 124:23
  125:7,8 137:4
  160:8,23
  169:2 179:7

factor
  62:25 179:10

factored
  143:8

factors
  37:12,13,17,
  19 43:17
  130:5 143:5
  149:10

facts
  18:8 47:18
  101:1 102:21
  119:11 154:3,
  13

faculty
  12:5 13:2
  16:20 17:2
  50:9 67:15
  77:20,21,22
  78:24 145:20
  155:24 157:2
  174:23

fair
  22:18 47:23
  49:13 50:21
  55:17 69:9
  71:15 93:3,22
  128:5,6
  129:19 143:19
  148:2,20
  157:16 160:9
  178:9

fairly
  32:24 61:15
  124:19 125:3

fall
  13:17,19
  80:11

fallen
  172:11

falls
  32:15,16,20

false
  24:16 160:20

familiar
  20:4

family
  171:8,9 172:4
  173:14

fault
  61:18

FBI
  9:23,24 10:6

18:5

**February**
78:13 90:16
120:24

**feces**
171:12 172:6

**federal**
8:23

**feedback**
91:12 95:15
96:2,4,5
104:5,13,14
111:16 141:9
142:8 168:1,2

**feel**
110:17 119:3

**feeling**
30:7

**fellow**
137:5

**fellows**
76:5 105:17,
18 173:22
174:24

**fellowship**
8:20 11:5,9
105:16 174:11

**felt**
139:4

**female**
119:2,4
138:23 139:9
153:2

**fide**
132:24

**field**
30:23 51:19
146:4

**figure**
68:4 135:3

**figuring**
89:1

**filed**
23:20 26:14
27:21 30:17
139:10 173:5

**filled**
82:21

**filter**
27:11

**filtered**
22:10,12

**Finally**
76:25

**find**
6:10 26:17
34:6 65:19
77:1 130:14
143:22,23
162:7

**finder**
160:8,23

**findings**
68:10

**fine**
4:22 7:17
85:5

**finishing**
120:19

**fired**
98:4

**firm**
9:4,5

**firms**
9:8

**first-year**

102:22 107:14
127:10,18,23
128:1

**firsthand**
21:16 25:4
38:2,7 97:16

**fist**
33:19

**fit**
94:15

**fits**
79:4

**fix**
40:13,17
106:17

**fixed**
107:3,7,8,12

**floor**
29:4 87:7

**floors**
28:24

**Florida**
9:7,8

**flow**
119:21

**focus**
9:25 82:13
95:11 133:23

**focused**
9:13 26:6
37:18 92:21
179:5

**folks**
40:1

**follow**
6:1 79:12
99:1 104:3
119:20

**follow-up**
98:18 99:3
103:5 132:15
158:5 172:8

**foretell**
166:16

**forget**
64:25

**form**
16:21 17:19
18:11 20:12
23:10 24:7
25:9 35:4
42:21 50:23
53:4,6 62:2
69:15 70:20
72:25 91:6
93:15 95:24
98:9 101:8
113:14,16
126:10 131:17
132:19 150:5
158:25 160:17
162:21 165:13
177:15

**formal**
50:25 93:6
96:3,7 117:8
137:14 150:10
151:2,14

**formally**
90:21 136:24
147:15 176:7

**format**
18:25 19:13
22:16,20,24
23:3,6,9,22
43:4 51:22
71:4

**formed**

51:4

**forward**
100:16

**found**
60:13 74:7
110:5 117:24
126:25

**fourth**
45:3 87:7
94:20

**frankly**
27:14 31:4
49:25 63:8,12
134:12 137:3
156:23 165:7
171:21

**Freedom**
67:15

**freely**
117:14

**freezing**
153:8

**frequent**
91:11 96:2
143:6

**frequently**
26:8 32:10
41:6 94:12
102:2 136:25

**friend**
59:11

**front**
29:24 72:9

**froze**
153:5

**frustration**
60:3

**full**

4:8 176:17

**funds**
174:18

**future**
40:14 166:8

---

G

**gap**
110:19

**gather**
123:19 162:8

**gathered**
38:10 41:25

**gathering**
17:24

**gave**
71:17 75:13
98:1 100:12
141:22

**general**
7:10 9:11
15:14 27:7
33:8 41:11
120:7 127:22
150:2 151:25

**generally**
32:17 123:15

**get all**
153:7

**get along**
154:20

**girls**
156:16

**give**
6:13 25:15
43:16 50:7
54:11 74:15,
20 97:11,12

98:15 133:3,
21 135:8
137:25 178:9

**giving**
11:12 33:15
71:24 77:10
95:14,15
114:7 141:9
149:15 150:13
151:1 166:23

**GME**
51:7 77:12,19
78:4,18
81:11,18
92:13,15,20
96:20 176:3

**goal**
12:7 44:22
86:19,21,23

**good**
4:6,7 26:15
39:15 48:22
67:10 73:11

**Goodwin**
9:3

**govern**
77:21 79:13

**grab**
134:19

**grades**
117:9

**graduate**
64:2,8 66:9
76:2 78:19
79:7,17,25
90:25 143:20,
23 144:17
173:17,20
174:13

**graduated**
10:23 143:22

**grand**
5:10

**grapevine**
38:4

**gravely**
113:20

**gray**
56:21

**great**
105:25

**greatly**
28:18

**Greene**
112:15,17
121:21,22
122:5,7
133:12 168:14

**Greg**
57:17 76:8

**GREGORY**
179:19

**grievance**
27:14 41:17
42:1 172:14

**grievances**
172:15

**Griff**
139:24

**Griffin**
136:6 139:24

**ground**
163:12

**Guard**
7:14 11:8

**guess**
11:11 15:16

20:7 44:21
67:12 68:10
77:11 103:1
108:11 112:25
119:23 135:20
163:11,13,23,
24

**guidance**
19:16

**guidelines**
19:11 152:3

**guy**
42:25

**guys**
65:5 99:22
154:6 176:20

---

**H**

**hacking**
10:5

**half**
40:18 91:7
96:8 141:24

**hallway**
64:22

**hand**
89:11 167:7

**handed**
133:25

**handing**
144:18

**handled**
28:20 41:20
55:1 62:14
87:5

**handoff**
114:8,14,15,
16,17,23

144:15 176:6

**handoffs**
134:4 137:15

**handwriting**
147:14,17,19,
22,25

**Hang**
76:11

**happen**
13:12 18:1
27:17 28:23
30:18 85:6
88:8 114:25
137:18 138:5
159:8

**happened**
25:6 28:2
35:8 40:15
47:21 53:18
54:8,10,20
55:5 56:5
59:12 60:16
64:17 68:15
72:18 76:21
77:16 78:12
86:10,18
87:14 108:16
109:24 114:21
125:21 129:15
132:13 138:1
163:3 171:18
175:20

**happening**
29:7 40:13

**happy**
4:21 50:7

**harassment**
139:11

**hard**
74:8 113:4

154:9

**harder**
60:4

**harm**
129:19

**harming**
134:2

**Hartford**
9:12

**Harvard**
8:4 100:22

**head**
4:18 12:20
19:20 69:16
111:9

**heads**
74:22 75:13

**heal**
44:18

**health**
9:14,15 10:18

**healthcare**
43:15

**healthier**
32:19

**hear**
21:17 59:8,9
65:13 69:22
70:23 93:8
97:11,13
117:23
153:11,13,14
157:20 159:3

**heard**
20:25 36:10
38:4 45:10
97:14,16
98:15 131:24
153:17 159:20

**hearing**
14:4,6 16:6,
8,13,14,17,25
17:2,13
18:22,23
19:1,13 20:9,
22,23,24
21:8,11,22
22:17,21,23,
25 23:2,8,12,
14,15,18,22
24:4 25:9
28:6,8 30:15
34:15,18 35:3
38:8 47:15,
19,21 48:3,
15,23 50:19
52:7,21,22
53:5,25 54:2,
3,4,12,23
55:15,23
65:13 68:14
69:3,5,6,9,14
70:6,15,25
71:1,2,3,4,
10,11,15,18
72:9,12,15,
21,22 73:21,
24,25 74:1,8,
16,19,25
75:9,12 77:18
90:15 91:21,
23 95:23
98:15,18,25
99:5 100:12,
16 101:10,12
102:3,4,10,11
103:8,10
107:20 108:23
109:15,17
111:19 113:1
117:24 118:14

119:6,7
120:16 126:4
138:13,22
139:13 140:1
141:21 144:9
145:9 146:22
148:7,12
151:13
155:11,24
156:5,20,22,
23,25 157:12,
16,17,18,22,
25 158:11,13,
19 159:6,16
160:2,21,25
161:1 162:12,
13,24 163:2,
12 164:17
166:9 167:2
169:23 170:8
173:5 175:4,
22 176:16
177:6 178:9
179:11

**hearings**
5:6 16:20
18:1 50:20,
22,25 51:11,
18,22 55:2,5
56:3,5 77:7
147:8

**heavily**
32:12 174:20

**held**
17:3 23:16
46:10 49:2

**helped**
55:10

**helpful**
19:25 51:8
76:24 77:6

**Henderson**
45:4 173:9,10

**Herrin**
67:13

**hesitate**
4:20

**hey**
59:8 61:3
64:16 65:3
75:16 99:22
124:23
161:15,16,17
162:5

**hide**
57:16

**high**
37:24 63:13
133:24 154:21

**higher**
32:18 41:10,
21 43:18
44:19 68:7

**highly**
92:17

**HIPAA**
135:11

**history**
8:2

**hit**
20:2

**hold**
23:12 56:21
57:15 58:8
74:8 144:5

**home**
33:18,21
138:17

**honest**
104:6

**honesty**
37:19 105:12
111:17,22
112:3,6

**hope**
160:25

**hospital**
27:7,8 29:4
30:21 34:2
36:6,17 37:5
39:20,25
46:18 59:10
76:5 108:19
116:7 120:14
123:1,17
136:10,23
144:25 172:14

**hospitals**
26:20 31:10

**hostages**
172:7

**hour**
15:9 134:10
171:13 176:22

**hour-and-a-half**
15:9

**hours**
29:16 49:15
79:18 108:20
117:7 137:3,5
167:4 172:6
174:17

**house**
77:24 79:1
115:20 143:16
174:23
178:14,16

**HR**
78:5,13,15,17
79:4 82:25

85:11 91:20
92:23 96:20
98:5,7,11
113:6 122:18
139:10,13

**huge**
134:4

**Huh-uh's**
4:17

**human**
14:14 85:8
92:12

**hybrid**
93:1

**hypothetically**
62:5

---

                    I

---

**IC**
114:10

**icare**
26:13,18
27:21 28:13,
21 29:3,14
30:16 43:4
59:23 60:13
65:17,23,24
82:21 83:1,7,
15,18,23,25
84:8,23 85:1,
4,7,8,11,13,
15,18 86:1,8
87:3 161:4

**icon**
56:21

**ICU**
32:8,10 50:12
75:3 112:23,
24,25 113:10,

13,18 114:20
119:17,22
120:1,8,9,11
127:17,18
128:3 130:8,
17,21 131:20
139:18 174:5

**idea**
21:9 30:18
55:3,4,20
72:17 81:19
82:23 101:21
107:17 112:8,
20 118:12
121:25 122:6
139:12 149:7
152:2

**ideal**
117:20

**ideas**
112:9

**identification**
44:16

**identified**
40:1 133:24

**identifies**
114:1

**identify**
135:6

**IHL**
23:1,6,22
53:13 68:9
70:13,17
71:1,5

**IHL's**
68:10

**ill**
44:9 113:20
133:3

**images**
37:1

**imagine**
32:4

**immediately**
28:5 115:4
176:16

**immo**
32:9

**immobile**
32:10,17

**immobility**
32:9

**impartial**
69:9

**implemented**
76:20

**implication**
18:14

**implies**
165:2

**important**
18:7 21:11
63:12 114:22,
23 117:9
144:22 152:13
154:6,7,15,
17,18 155:4,5
170:21 172:16
178:20

**impression**
127:7 162:25

**improve**
30:24 86:25
93:10 106:13
110:10 112:13
150:13 152:14

**improvement**
93:7 150:12

179:2

**inability**
154:20

**inadvertent**
148:18

**inappropriate**
136:9

**inappropriateness**
153:1,22

**inaudible**
42:2

**incidence**
77:16

**incident**
24:21 26:13
30:15 48:23
109:18,25
112:21 113:6
129:6,12
130:2 133:12,
14 154:24
169:25 172:5

**incidents**
24:9,23 27:18
118:7 129:9
130:1,3 136:9
154:25

**include**
76:4

**included**
14:3 126:7

**includes**
77:13

**inclusive**
61:15

**increase**
155:18

**incredibly**
138:24

**independence**
35:21

**independent**
86:12

**independently**
35:18

**indication**
49:14

**indirect**
119:10

**individual**
27:8 30:1
45:15 85:2
89:20 104:13
173:23

**individual's**
30:9

**individuals**
12:11 21:15
25:7 27:5
29:24,25
38:8,18
145:20 157:22
171:19 174:12
178:19

**industry**
6:25 150:2

**inevitable**
43:20

**influence**
5:19

**inform**
160:23 162:25

**informal**
104:14

**informally**

113:19
**information**
6:23,24 7:5
13:11 22:13
24:10,12,13
38:7,9 54:14
81:22 82:6,8
86:24 99:17
116:12
118:18,19
122:20
123:19,21
134:1,23
135:6,8,13,20
139:5,6
140:25 151:12
152:16 161:11
162:8 167:25
**informed**
9:20 161:5
**informing**
54:17
**initial**
15:9,10
**initiative**
33:11
**injunction**
23:20
**injuries**
32:11
**inquiring**
60:11
**inservice**
94:5
**instance**
24:22 28:13
83:1
**instances**
21:13 100:18

150:18 168:19
169:1,20
**institution**
14:12 28:1
32:24 39:23
40:6 41:10
63:11,17,20
75:19 80:1
83:19 85:20
86:15,23
164:9 173:21
176:11 178:18
**institutional**
68:21
**institutions**
68:7 93:21
**instructed**
33:3
**instructing**
148:23
**instructions**
103:18
**insurance**
9:12,13
**intellectual**
9:25
**intend**
83:24
**intentional**
81:9
**interact**
12:19
**interaction**
14:14 34:1,5
37:22,23
119:4 154:24
**interactions**
37:25 103:1,6
123:4

**interest**
11:24
**interested**
9:21
**interesting**
57:14 110:13
**intern**
35:22 36:3
94:20,22,23
96:6 102:23
141:24
**internal**
22:7 174:2
**interns**
105:23
**interpersonal**
66:16,18
85:25 94:24
95:4,6 106:4,
9,14 107:1
110:25
**interpreted**
78:8
**interrogate**
10:7,9
**intervention**
29:9 88:13
**interview**
10:9
**interviewing**
30:5
**inves**
139:1
**invest**
83:13
**investigate**
25:13 28:17
34:16 36:17

83:20 132:16
**investigated**
98:6
**investigating**
36:14
**investigation**
5:12 24:24
25:10 29:10
30:2 34:8
83:10,14,16
98:6,11,14
138:20 139:3
172:8
**investigations**
24:23 25:2
97:5 138:19
**investigator**
18:6 97:10
**involve**
30:6 33:7
62:22
**involved**
12:9 16:19,23
17:1 21:15
22:22 29:25
31:6 33:15,20
37:12 53:23
54:20,22,23
55:4,7,9
61:17 62:4,9
65:24 75:1
81:8,10,20
82:1 86:20
112:10 128:17
130:5 135:9
146:10
**involvement**
17:10 26:12
30:1 53:18
63:25 68:15

70:13 72:19
74:12

**involving**
16:20 17:2
23:2 42:5
50:22 53:19

**ironic**
44:21 73:25
74:7

**Island**
8:25

**ISLH**
68:10

**isolation**
129:10

**issue**
16:1 24:18
29:23 38:13
62:23 63:1
66:7 82:18
100:16 106:17
108:7,22
114:22,23
139:23 145:18
155:21

**issues**
16:7 21:7
22:15 23:19
38:1 39:6,10,
22 40:2,3
42:9 47:12
66:24 68:22
69:10,23
70:3,5 76:6
77:17 81:23
83:21 84:2
85:25 87:25
89:11 90:3
92:22,23
95:3,6,16

96:21,22 97:6
104:2,6,10
107:2,21
108:1,3,4,5,
6,10,11
111:6,13,17,
20 112:3,6,14
118:10 119:1
141:14 145:6,
25 149:14
158:11 163:22
167:23 169:8
179:7

**items**
170:4

**iteration**
53:24

**iterations**
53:20

---

**J**

---

**Jackson**
120:9

**January**
27:25 65:9
78:12 81:24
82:4 91:25
92:4,8 112:21
121:11,13
133:11 141:11
151:2,16,17
161:2,8
167:15
169:12,16,20

**jerk**
107:5

**job**
12:3 39:12,15
48:22 98:14,

15 107:16
144:15 172:12
177:17

**jobs**
28:11 46:12
49:19 60:4

**Joe**
112:1 136:19
141:14 164:20
175:23

**Joey**
16:16

**joined**
10:17

**Jones**
134:10

**judge**
100:25

**judges**
157:20

**July**
28:1,6 74:23
81:4 90:15,
18,22 92:8
102:23 143:5,
19

**June**
74:23

**juries**
5:10,11

**jury**
100:24

**justified**
155:12

---

**K**

---

**keen**
116:11

**keeping**
44:17

**kids**
143:7 156:10

**kind**
4:15,16 5:6,
19 11:12
12:25 15:14,
17 26:1 28:23
29:21 32:15
33:2 34:23
39:21 40:6,12
41:15 42:6,7,
9,11 44:21
46:19 51:4,5,
14 54:25
58:24 59:17
65:2 75:2,24
80:21 81:23
84:2 85:20
88:5 93:20
104:13,22
110:19 111:3
116:14 118:16
119:14 130:6,
10,11 139:10
141:4 156:7
170:13 172:17
175:25
178:17,22

**kinds**
79:15

**knew**
27:16 28:10
53:14,17,18
54:7,8,21
59:9 65:2
84:9 85:3
135:1 156:24
157:5

knowing
  16:11 74:21
  108:8 133:9
knowledge
  6:25 47:17,
  18,20,24
  55:14,15 56:4
  61:20 67:18
  70:16 72:11
  73:22 79:11
  81:9 93:19,20
  94:1,7,11,22
  105:21 106:2
  128:7 139:2
  142:18 151:1
  170:10 172:22
  173:19 176:12
knowledgeable
  69:7

_____

          L
_____

lab
  29:1 87:23
  107:19
lack
  61:19 74:3
  93:6 154:3,19
lag
  28:4
language
  70:7
large
  9:4 30:10
  33:20 122:21
  175:1
late
  28:25 74:22
  81:8,21
  169:11 176:24

law
  8:5,22,23
  9:8,10,13,14,
  16,21 12:7
  51:1,2 67:24
  100:20 127:24
  159:8 160:5
lawsuit
  15:15,18
  27:15,16
  43:3,9,16
lawsuits
  61:9
lawyer
  9:5 17:16
  18:5,18,19,20
  20:1 164:2,4,
  14 165:9,16
lawyerly
  164:13
lawyers
  177:9
lay
  117:4
layers
  80:23
Laymen's
  31:16
lead
  40:22
leadership
  33:11 39:17
  66:10
leading
  15:19
learn
  18:25 50:21
  74:18

learned
  10:7 19:7
  106:1 151:12
learning
  41:10 68:7
  179:1
leave
  109:3,4
  146:11 151:5
leaves
  91:7
leaving
  108:18,19,23
  136:10 137:21
  171:12
led
  9:16 11:19
  32:25
Lee
  146:13
left
  11:5 13:14,
  15,19 28:1,5,
  7 56:15
  120:16 139:19
  157:3 169:17
  177:9,10
legal
  7:9 11:25
  20:3 23:19
  42:17,18
  50:25 51:16
  52:19,20 69:8
  86:14 145:25
  146:4,11,14,
  15,20,22,23
  159:14
legally
  68:25

lessened
  125:22
letter
  37:16 67:13,
  24 68:20
  75:21 102:6,
  9,13 112:10
  119:5 142:13,
  14,16,17
  144:6 147:22
  175:12,14
letting
  111:12
level
  28:21 29:22
  31:6 33:14
  34:13 41:21
  43:13,18
  59:16,17
  73:19 87:6,10
  88:2,18
  105:16,19
  114:12
  128:14,17,19,
  21,24 134:12
  143:19 152:21
levels
  62:12 75:18
license
  7:8,9 35:19
  105:1
licensed
  164:6,10
licensure
  164:8
lie
  115:17 118:1
  129:22 170:14
lied
  129:17

lieu
  155:8
lifted
  41:18
light
  112:10
likewise
  134:11
limit
  44:2
linchpin
  118:20
lines
  165:20
Linkedin
  6:23
list
  37:24 77:13
  121:20 123:23
  175:12,16
listed
  108:10,15
  110:9 111:6
listen
  162:24
litigation
  9:11,13,14,16
  40:21,22
  128:17,18
load
  156:10
loaded
  57:10 67:8
local
  46:6
locally
  174:7

log
  37:5
logging
  140:19
logs
  130:16
long
  4:22 15:23
  112:22 117:7
  124:18 147:23
  176:20
looked
  19:14 49:15
  60:12 97:2
  126:6,15,16
  170:6,14
  172:21
lot
  19:16 24:8,10
  32:6 33:8
  40:6,17 41:15
  46:1,4 50:24
  54:7 55:11
  58:21 76:5,6
  79:18 88:20
  94:25 100:18
  118:19 141:2
  143:24 154:25
  155:2 174:1,
  14
lots
  43:13 107:5
low
  83:18 94:21,
  23 117:5
low-rated
  106:6
lower
  44:18 87:10
  154:4

lowly
  106:6
lunch
  120:22
lying
  24:5 96:23
  122:9,13
  132:4,5,9,10
  167:13 168:6,
  19 169:3

---

**M**

M.D.
  4:1
MAC
  56:22
made
  56:1 60:4
  62:17 105:9
  114:21 116:3
  117:17
  118:16,24
  130:14 131:8,
  14 132:10
  138:23 141:13
  143:5 158:7
  166:1,3 168:6
  171:9,15
  174:22
Madigan
  8:15 11:1
Mahoney
  115:20
  121:21,23
  125:17 126:6
  170:5 171:4
Mahoney's
  127:2 170:1

main
  27:3,12,13
  129:16
maintain
  164:7
major
  8:1 61:4
  62:23
majority
  28:19 30:12
  36:23 41:20
  46:1 47:20
  66:1 87:5,25
  93:24 128:4
majors
  122:23
make
  40:23 44:5,7
  75:5 86:5,13
  90:7 91:2
  106:14 114:2
  115:2 116:16
  117:8 119:22
  131:25 133:2
  134:5 135:12,
  17,21 140:12
  143:11 148:17
  149:22 152:19
  155:15 160:13
  165:23 166:7,
  8,10 176:14
  178:3,24
makes
  43:17
making
  58:12 59:4
  62:4 89:13
  90:6 119:2
  135:21

**male**
119:4

**males**
138:25

**malpractice**
27:15

**man**
167:4

**management**
9:18 11:13,
15,23 12:9
14:11 24:20
25:19,22
26:1,12
28:15,16 31:5
33:23 34:8,16
36:15 39:13
40:1,4,5 41:2
43:12 44:24
45:8,25
46:10,15,16,
19 47:3 49:4,
12,16,18
58:20 61:8
64:1 84:15,22
88:7 128:8,22
139:16 140:25
148:19 172:9
178:15,23
179:1,4

**Management's**
63:9

**manager**
11:20 29:2
62:14,15
87:8,16
128:21

**managers**
128:21

**managing**
178:8

**maneuver**
137:12

**manuals**
51:10

**March**
68:7

**Mark**
73:4 146:2

**Mary**
7:25 13:8,10,
13

**Massachusetts**
7:9 164:7

**massive**
139:18

**material**
38:18 81:3

**materially**
118:8

**materials**
38:18 141:21

**matter**
51:22 53:19
73:5 74:23
81:9 87:23
91:20 110:7
159:6 176:21

**matters**
69:7

**mattresses**
31:23

**Mcnair**
68:24

**MD**
8:8,10 67:13

**meaning**
82:2 145:20
173:21

**means**
12:3 20:21
49:8 84:19
158:1

**measure**
31:21

**measures**
22:18 23:24

**med**
119:2

**medical**
5:20 6:15 7:7
8:15 9:18
10:15,19,20,
22,24 11:1,
13,15,17
12:2,12,13,17
16:16 21:6,14
24:12 34:18
35:19 36:18,
24 39:12,17,
18 41:12,16
42:4,10 44:24
45:4 46:14,15
48:19 49:4,19
51:19 55:9
58:25 62:4,17
64:2,8 66:7,9
67:19 76:2,7
78:19 79:2,5,
7,14,25 80:6,
20 83:10
90:25 98:13
101:24 107:18
115:9,19
116:6,14,19
117:1,2,4
122:21 123:20

124:12,16
126:5 128:7
130:15 140:23
143:21 144:17
170:23
171:21,22
173:10,11,17,
20,21,25
174:13

**medication**
28:24 40:9

**medicine**
8:10,11,12
9:22 12:7
13:1 62:8
107:23 174:2
178:20,25
179:1

**meet**
14:21,24
15:23 144:8
176:14

**meeting**
15:10 19:2,5
46:21 68:10
73:8,9 92:10
94:7 104:10
108:1,10,12,
13 111:5
112:12 121:15
123:9 141:8
142:24 145:20
146:23 152:21
168:4,5 169:3
176:18,25
177:1,5

**meetings**
12:21 73:4
104:8 106:18
138:10 142:2
143:14 145:1,

3 147:7 175:2

**member**
12:5 17:2,14
39:17 64:2
105:17 143:16
144:4 165:14

**members**
13:2 22:14
47:15 77:11,
14 99:13
145:20 154:20
155:24 157:2
165:6 174:23

**memorialized**
124:2

**memorializing**
168:6,19

**memory**
33:25

**mention**
112:6 122:18
168:5

**mentioned**
61:22 69:2
83:25 92:23
139:4 141:21
152:5 167:13

**mere**
83:14

**message**
110:4

**messages**
99:4 101:20
109:1,16,19
140:7,9

**met**
15:22 104:4
106:11 107:24
111:15 112:1

144:11 145:5
176:16

**methods**
28:14

**Michael**
45:2,4 173:9,
10

**microphone**
41:23

**middle**
29:15 56:15

**milestones**
104:17

**military**
10:19

**mind**
7:20 37:13
39:9 154:12,
13,16 162:24
179:12

**mine**
55:12 59:11
64:19

**minimal**
81:10 82:16

**minimized**
57:4

**minimum**
83:11

**minor**
55:12

**minute**
102:15 160:2

**minutes**
15:2,3,24
68:6,9
120:16,17
156:10 158:20

172:24 177:25

**mischaracteriza
tion**
126:14

**missed**
114:23

**missing**
7:5,6,7,8,9

**mission**
178:20 179:6

**Mississippi**
7:7,16 12:17
24:11 143:7
164:12 173:11

**mistake**
114:17 131:8

**mistaken**
16:12 98:11,
12

**misunderstandin
g**
84:25 110:18

**mitigate**
44:11,23

**mitigated**
101:6

**mixed**
109:19

**moment**
127:12 134:22

**Monday**
14:25 15:22,
23

**month**
30:3,4 83:18
95:17

**monthly**
96:2,5 104:13

142:7,8

**months**
15:20 24:10
91:16 107:9,
10

**morning**
4:6,7 115:25
137:19

**motion**
68:23 159:13
160:1

**motions**
159:10,18
160:1

**mouse**
56:24

**move**
56:24 73:15
143:19 167:4

**moved**
44:4 57:14,16

**moving**
44:9 120:14

**MS3**
115:13

**multi-tiered**
33:2

**multiple**
15:17 17:24,
25 37:12
91:13 95:14,
15 161:23
162:4

**Muncie**
122:2

**mute**
41:23 56:25
57:15

**mutually**
80:14

**N**

**named**
13:8 108:5

**narrow**
49:18 62:21,
22,25 63:8

**narrowing**
73:16

**national**
7:14 9:4 11:8

**nationwide**
30:21

**nature**
28:18 32:11
62:7 165:3

**necessarily**
26:7 42:8
80:14 85:3
119:20,24
120:13 165:1

**needed**
45:23 75:5
92:12 110:10
143:15 145:14

**negative**
104:23 105:2

**negatives**
105:4

**net**
26:21

**neuroscience**
6:19

**Newsome**
16:9

**▮▮▮▮▮'s**
170:6 171:17
172:4

**nice**
147:24

**niche**
39:21

**night**
29:15

**nightmare**
143:13

**nighttime**
138:6

**Nilda**
144:7,8

**nodding**
4:18

**normal**
79:20 86:1
92:13,16

**Norquist**
67:24

**note**
100:14 112:25

**notebook**
14:10 147:11

**noted**
172:12

**notes**
14:12 84:6
123:10,24,25
124:1,7,22
126:7,11,15
135:4,5
147:11,13,16,
19 148:3,6,
11,14,18
176:25

**notice**
20:23,24 21:4
54:12 69:4
71:9 74:3
81:15 96:9,16
102:6,9,19
107:9 108:12
110:10
111:11,18
112:5 119:5
133:14
142:13,14,16
143:12
150:16,21
152:14 154:14

**notified**
75:8 112:25
175:11,17

**notify**
175:9

**November**
96:6 104:15
106:9,22
141:19,23
142:1 168:1

**number**
27:1 94:15
122:8 125:11
138:16,23
139:17 143:5,
20

**numbers**
45:19 72:10

**numerous**
104:4 111:15
141:8

**nurse**
27:6 29:2,12
30:9,10 32:25
40:10 47:2

58:21 65:7
84:6 87:7,12,
16 103:1,16
108:7 111:1
113:8 128:21,
22 130:20,21
131:4,5,6,7,
23 135:17,19,
23,25 136:1,
3,4,6 171:12

**nurses**
30:9 32:22
33:3,6 36:16
65:7 108:6
111:1 114:15
123:17 130:25
131:4 171:23

**nursing**
27:9 29:3
33:18,21
34:12 37:23
47:1,11 66:10
114:14 128:9
172:2 173:6

**O**

**OB/GYN**
65:4

**object**
16:21 17:19
18:11 19:4
20:12 23:10
24:7 35:4
42:20 48:8
50:23 51:23
53:3,6 62:2
69:15 70:20
72:25 91:6
93:15 95:24
98:9 101:8

113:14,16
126:10,13
131:17 132:19
146:3 150:5
158:25 160:17
162:21 165:13
167:3 170:25
176:9 177:15

**objection**
7:23 146:10
148:17

**objections**
7:21

**obligation**
11:4 135:21

**obligations**
75:4

**observation**
125:17 127:1

**observe**
103:15
117:18,20

**observers**
116:11

**obtain**
161:11

**obvious**
149:23

**Occasionally**
30:5

**occasions**
91:14 95:15
104:4 111:16

**occur**
20:23 23:18
47:10 62:7,12
132:24,25

**occurred**
71:3 102:25

106:18,23
120:23 132:23
133:12 170:18
176:7

**occurrence**
31:9

**odd**
34:6

**offense**
115:4

**offer**
155:8,16

**offered**
101:17 109:1
149:9,11
151:15 155:25

**office**
9:7,8 27:4
36:21 40:20,
23 41:5,7,16,
19 42:4,10
45:5,8,11
49:22,25
50:1,3,5,10
55:10 64:19
66:7,10 76:2,
9 171:11,16,
20 172:1
174:12 176:3

**Office/**
**committee**
64:8

**officer**
17:13 39:18,
19 45:4 49:19
58:25 69:6
70:25 74:25
115:20 173:11

**Officers**
39:17

**offices**
9:6 49:20
50:8

**older**
32:17

**oncoming**
137:13

**one's**
124:14

**one-trick**
57:21

**one-year**
9:1

**oneself**
177:19

**ongoing**
42:6,9 107:10

**online**
6:11

**open**
5:25 162:24

**open-minded**
48:14

**opened**
124:23

**opening**
6:5

**operating**
103:15 113:24
114:3 133:4

**operations**
26:2

**opinion**
20:10 22:16
24:6 47:6
81:16 106:10
118:8 126:2,
18,22 128:11

129:1 158:22

**opportunities**
149:20 150:9

**opportunity**
12:1 21:1,2
35:6 69:20,
22,23 70:23
89:21 91:13
96:10,11,13,
17 97:11,13
98:16 101:10,
17,18 149:24
150:1,3,17,22
151:14 152:14
155:25 158:10
160:4 163:15,
22,25

**opposed**
162:4 163:2
174:21

**options**
155:7

**oranges**
79:3 127:25

**order**
71:21 81:9
97:5 119:24
120:6 148:5,
19

**orders**
119:18,20,23,
24 120:4,8,
11,13 132:17

**original**
15:6 179:19

**originally**
50:5

**other's**
162:9

outcomes
  84:22 132:3

outline
  156:21

outlining
  133:12

outs
  133:23

overarching
  129:24

overlap
  9:21 39:24
  42:12

overlapped
  51:14

overnight
  137:21 138:2

overseen
  35:13 36:6

oversight
  36:8 72:13
  173:23

---

P

P-A-I-G-E
  6:18

p.m.
  120:24 179:16

packet
  141:23

pages
  60:6 147:18,
  21 148:11
  156:6,8 163:5
  166:9

paid
  77:25

panel
  16:24 17:7,14
  47:15 70:3
  72:12 99:13
  144:2,4
  166:20 177:2,
  6

Papain's
  91:3

paper
  49:8,11 93:23
  123:22,24
  136:19

Papin
  14:15 16:5
  17:6 20:9,19
  21:6,16,19,22
  22:9 23:9
  25:14,20,23
  27:19 35:1,7,
  22 36:3 37:7
  38:5,11,13
  41:22 47:9,
  21,25 48:21
  52:22 54:22
  56:20 59:2
  60:14,23
  64:11 65:19,
  24 66:23
  69:13,19
  70:2,9 71:8
  72:4,14 78:18
  81:17,22
  82:12 89:21
  90:11 91:11,
  17,25 92:3
  95:14 96:1
  97:12,13,15
  98:16,20
  99:3,10
  100:12 101:4

102:6 104:3,
4,22 107:25
108:18 109:1,
23 110:1,3
111:15 112:1,
4 113:1
115:15,23,25
116:23,24
118:9 119:2,
18,23 121:16
122:9 125:4,
5,8,12,16,22
126:4,23
127:4 130:7,
18,23 131:7,
15,21 132:3,
4,9,10,25
133:1,13
136:9,19
138:9,16,23
139:17 140:6
141:8,10
142:3,10
145:15 149:25
150:8,14
151:23 155:8,
25 156:22
157:11,16
158:9 160:11
161:5,11
162:12,16
163:13,14,18,
21 164:20
166:4,23
167:13,20,21,
22 168:19
169:2,14
170:1,19,24
171:5,10,13
175:13,17,24
177:12 178:9
179:8

Papin's
  15:25 16:16
  18:23 19:1,13
  20:9 22:17,25
  23:8,16 24:4,
  6,11 25:9
  26:4 30:15
  34:4,6,14,17,
  24 37:21
  42:15 47:6,
  13,18 48:4
  52:7 55:24
  65:10,20
  70:14 71:1,2,
  3 74:18 75:9
  78:2 81:15
  83:9 89:17
  90:8 102:10,
  20 104:9
  112:13,14,16
  115:21 118:21
  119:6 129:2
  140:2 146:22
  152:9,10,23
  153:25 155:19
  157:10 158:3
  175:4 176:15

paragraph
  68:19 103:25
  104:1 111:14
  141:7

Pardon
  54:1 153:6

part
  5:5 12:8
  16:7,24 17:7
  22:21 23:15,
  17,25 24:1
  29:10 52:15
  53:14 54:11
  71:19 75:9

78:18 79:7,25
80:17 87:2
99:13 100:5
103:9 104:24
127:8 129:12
134:6 136:5
141:20 142:12
170:17,23
173:4 177:1
178:21,22

**participate**
142:16

**participated**
42:3

**participating**
69:1

**parties**
159:16 160:4,
22

**partners**
50:10

**parts**
24:3

**party**
163:25

**pass**
94:5

**passing**
113:11

**path**
155:17

**pathology**
79:17

**patient**
16:1,6,12
21:7 26:4,7
27:13,20
28:12,15,24
29:8 30:14,

17,23 31:19
32:15 33:13,
18,21 34:22
35:10,12
36:5,15 40:8,
16 41:18,19
42:1,25 43:22
44:3 45:12,
14,18,24 46:3
47:8,9,12
60:1,13,22
61:25 62:5,10
63:5 65:18
66:13,15,24
75:4 81:23
82:10,22
83:2,8,11,23
84:4,5,16,22,
25 86:25
97:21 98:23
112:13,23
114:9 119:16,
17,21,22,25
120:1,11,12,
14 123:3,16
124:1 125:12,
16,17,18,23,
25 127:5
128:12 129:3,
14,18 130:8,
9,14,22
131:12,19
132:17 133:3,
8,9,16,19,25
134:3,4,8,18,
20,23,24
135:8,9,15
138:2,11,17
139:18 140:4
161:5,19
162:6 170:2
171:11,16,17,

20,23 172:1,
2,15,23
173:6,13
179:3,8

**patient's**
16:9,15 33:16
34:18 36:17
86:12 97:2
108:9 124:23
126:5,6,17
128:7 140:18
170:15 171:8
173:14

**patients**
12:4 21:12
27:19,22
32:10 36:13
37:8 39:2
44:8 61:10
63:18 66:19
82:12 84:3
94:15 96:25
98:5,7,13,23
113:20 114:3,
10 115:16
116:25
122:10,14
123:4,9,21,23
124:21 125:8
133:4 137:10,
13,15,23,24
138:3 140:19,
23 169:15

**patients'**
177:12

**Paul**
5:1

**pay**
10:19 88:22

**payback**

10:21

**pays**
88:19

**PD**
90:4

**pdf**
60:7 68:2
81:2 121:11

**pdf's**
163:6

**PDS**
5:25

**pediatric**
11:6 12:4,15
13:5 32:8
50:12 105:16
120:9 127:17,
18 128:1,2,3
174:3,5,10,11

**pediatrics**
7:10 8:16,17
10:25 11:10
12:18 13:2,4,
11 32:5 49:3
174:8,9

**peel**
127:11

**peeled**
127:21

**peer**
42:8

**peers**
37:22

**pencil**
134:19

**pending**
4:23

**penumbra**

Steven Bondi
February 03, 2021

41:16

**people**
9:12 25:4
30:5 38:2,3
43:22 46:8
55:1 59:8,18
65:1 70:6,12
84:2,5,11
95:6 97:22
98:12 107:7
113:21 116:5
132:16 134:13
143:20 144:23
145:21 154:23
171:21 174:25
175:3

**people's**
143:12

**percent**
49:11,16

**percentage**
49:7

**perception**
178:23

**Perfect**
78:9

**perform**
98:14

**performance**
65:10 93:7,9
112:13,16
150:11

**period**
107:11 125:5

**permissible**
109:20

**persistent**
104:6 111:17

**person**
26:2 45:5
64:1,19 70:24
71:6 87:8,15,
17 99:19
100:2 106:15
112:24 117:20
119:11,19
127:19 129:18
131:9 132:1,
4,9 133:6,8
135:7,13,20,
22 138:6,7
140:10 144:22
158:23 161:1,
24 176:17,18

**person's**
85:2 133:7

**personal**
137:5

**personally**
57:19,20
172:20

**personnel**
85:21

**persons**
145:24

**perspective**
21:17 37:18
119:4 143:17

**pertaining**
14:16

**perused**
76:25

**PGY3**
115:9,13

**pharmacy**
40:9

**phone**

27:5 45:19
50:3 64:23
69:21 100:9
101:19,20
113:25 132:10
134:7,15
135:1

**phones**
114:4

**photocopies**
14:10

**phraseology**
84:20

**physically**
169:15

**physician**
11:2 13:5
26:9,10 30:8
32:21 33:11
35:13 36:7,
10,12,13 42:6
62:1,4,8 66:5
84:7 105:3
114:1,15
131:6

**physicians**
30:6 120:5
130:21 131:4
136:14 143:9

**pick**
4:19 30:21
56:1,25 134:7

**picked**
171:16

**Pickering**
68:24

**picture**
63:15 126:21

**pictures**

56:18 126:7

**PICU**
50:12 134:15,
17

**piece**
24:12 40:19
123:22,24
136:19

**pieces**
24:13

**pin**
57:15

**pinch**
50:1

**place**
24:22 25:5
29:11 33:21
37:2 54:3,4
57:7 90:10
93:13 102:12
118:3 149:18

**plan**
91:18,25 93:7
94:8 106:13,
25 121:16,19
141:11 149:18
150:11,12
151:2,4,16
167:16

**planned**
15:10

**plans**
89:10 149:5,
8,16 152:4

**plastic**
33:1,9,12
34:3

**pleadings**
61:14

plenty
  150:8,16
point
  20:15 31:24,
  25 41:9 48:22
  76:18 79:4
  108:2 110:6
  111:8 123:5
  155:4 165:25
  166:1
pointed
  72:7 75:17
  160:19
pointing
  48:22 169:2
points
  45:19
policies
  14:16 19:11
  80:9 149:4
pony
  57:21
pool
  137:24
poor
  105:23 106:8
  150:19 154:19
popping
  5:24
portion
  100:17 176:25
pos
  105:4
posed
  70:5
position
  9:17 44:4
  117:18 144:16
  151:17 158:12

positioning
  31:21
positions
  46:11 59:10
positive
  122:19,21
positives
  105:5
possession
  100:8
possi
  88:8
possibility
  86:11
possibly
  36:11 48:15
post
  57:21
posted
  74:13 121:8
  142:19
postrotation
  168:2
pot
  108:8
potential
  86:14 126:3
  131:12,16
  132:3 146:21
potentially
  24:5 43:3,15
  86:17 99:16
  131:1,8
  133:14 155:17
  179:8
practical
  43:25 60:5
practice

9:10
practicing
  51:2 164:8
practitioner
  108:7 131:5,
  6,8 135:23,25
  136:3
practitioners
  103:2,16
  111:1 130:21
  131:4
pre-judge
  167:6,7,9
pre-judged
  161:1
pre-round
  136:11
pre-rounding
  123:14,18
  124:2
pre-rounds
  97:22 115:25
  123:8 124:6
precise
  15:7
preferentially
  138:25
premise
  53:6
preparation
  13:23 160:20
preparations
  160:15
prepared
  114:8 158:4
preparing
  19:14

presence
  39:24 40:2
  83:15
present
  11:7 21:2,17,
  20 22:8,13
  68:25 100:24
  101:17 116:6
  146:22 158:9
presentation
  38:19 163:25
presented
  24:3 25:3,8
  35:7 38:1
  39:22 48:1,2
  68:12,13
  151:10 157:8
  159:7 160:7
presenting
  41:12 100:23
presents
  178:17
presided
  23:15
pressure
  31:14,25 44:4
pretty
  12:1 105:5
  143:9 154:22
prevent
  5:20 31:20
  32:14
preventative
  31:21
preventive
  33:4
previously
  121:2 130:6

Steven Bondi
February 03, 2021

34

primary
9:25 26:17
41:9 73:14
84:12,21

print
123:23

prior
13:22 14:22
15:5,9 16:16
17:10 25:9
48:2 66:22
71:14 102:9
104:10 106:18
108:4 111:13,
19,20 112:7
126:9 127:2,3
129:5 133:13
142:3 156:22,
23 157:17
158:2 159:11
160:15 161:6

private
117:8

privileged
81:3 148:17

Pro
46:20

problem
6:14 7:4,18
40:17 41:24
46:6 61:4
66:4 86:2
106:15 107:11
133:2 178:23

problems
66:18,19
85:25 93:25
94:1,2

proc
96:17

procedural
20:4,10,16
51:17 145:25
146:21 147:1
157:15

procedure
15:15 140:20
166:13

procedures
18:3 71:4
80:9 105:25
145:12,14
149:4

proceedings
5:6 18:2,3

process
18:21 19:14
20:4,10,16,19
22:18 23:7,24
24:1 28:16
29:17 34:25
51:17 52:8,15
54:11,23
65:13 69:3,7
71:20 72:13
73:15 74:3,11
76:15 78:4
81:8,11 82:2
88:16 89:13,
15,17,25
90:5,7 91:3,
22 92:16,20
93:12 95:3,
19,20,21
96:18 100:5
112:11 136:22
138:4 139:14
143:17
145:15,25
146:21 147:1,
8 157:15

161:18 164:2,
13 166:23
167:1 179:2

processes
18:4 81:18
92:14

professional
6:12 10:18
20:3 92:23
111:4 164:7

professionalism
37:18,20,21,
24 38:1 65:25
66:16 94:24
95:4 96:21,22
104:6,9
105:12 108:2
117:3 118:9
129:24
154:19,22

professionals
95:16 111:17

Professor
11:10 49:3

program
8:18 10:18
64:7 66:8
78:19 79:7,
14,25 83:22
86:5,6 89:12
151:24,25
174:9,10
175:8 177:14

programs
173:24 174:4,
6,7

progress
58:12

prompt
57:12

prompted
60:21

properly
39:2 71:21

property
10:1

proposed
46:23 68:23

protection
80:23 86:22

protections
79:6 80:20

protocol
77:13 90:25

Protocol.pdf
89:3

protocols
77:15

provide
69:2 100:7
101:5 128:10
141:17 142:13
157:15 159:4

provided
14:2,9 20:10
24:10 25:16
38:7,9 41:3
61:10 72:10
76:17 81:22
93:5 101:4
102:19 104:5
111:16 116:13
125:4 128:11
139:5,20
141:20 145:15
152:16,19,20

provider
26:7 136:3
138:1

providers
137:25 138:8

providing
72:3,14
142:13,16
158:22

public
45:9,11

publicized
45:19

pull
57:8,10 89:2

pulled
6:22 67:5
121:9 144:6

pulling
74:17

pulls
67:3

pure
49:18 78:25

purely
82:5

purpose
84:3,13

purposes
7:22 95:19

purview
32:16,21

pushed
119:14

pushing
74:7

put
6:25 26:22
31:24 50:3
54:17 66:2
83:23 84:6,7,

8 85:8,15
87:3,4,6
106:12 108:12
112:5 120:5,
11 128:9
143:4 149:16
158:11

**Q**

qualifier
122:17

quality
30:23 39:24
40:7 63:13
87:1 178:15
179:3

quarry
59:15

quarters
45:2

queried
26:2

query
25:18 141:3

question
4:19,23 10:7,
10 17:22
20:2,17 23:4
24:15 26:15
52:9 53:4,7,
10 60:25
77:19 78:24
87:3 89:19,
20,23 91:1,7
92:9 95:25
102:3 110:18
116:3 118:17
127:15 129:23
131:10

132:22,25
133:21 142:11
147:12,13,15
150:25 152:12
155:23 156:2
160:19 167:18
168:24 176:10
178:6

questions
4:17 5:21
18:20 22:4,6,
10,14 41:13
70:2,5,12
78:1 118:11
119:9 148:24
158:4 160:15
161:7 163:19
164:14 165:5,
7,11,15,17

quick
50:13

quickly
58:3 73:16

quit
58:1,5

**R**

radiology
37:1

raise
24:18 38:13
42:17 69:23
70:9

raised
22:15 39:7
47:12 60:22
66:21 68:22
69:10 70:5
155:23

ramifications
131:12

random
122:3 133:8

ranking
154:11

rare
55:18 93:3

rarely
27:14

rate
31:11,22
32:18 106:6

Ray
73:4 75:13
147:8 148:15

reacted
109:6

read
83:13 93:23
94:8 102:15
105:6 110:15
113:5 168:22,
25

Reader
57:10

reading
99:10 100:13
101:20 110:4

ready
58:14 73:23,
24

real-time
29:14

realtime
159:2

reason
47:5 60:16

Steven Bondi
February 03, 2021

36

64:15 82:16
83:2,4 100:14
117:25 118:1,
2 151:17

**reasonable**
48:19 85:18
110:6 133:18
160:9

**reasoning**
37:9

**reasons**
42:17

**rebut**
21:1,13 35:2
70:24 71:21
72:4,22 97:14
98:16 100:6
113:2

**rebuttal**
98:1,21 140:2
153:25

**recall**
9:9 15:25
16:2,11
19:20,23
23:21 27:23
37:25 38:20
43:8 48:10
54:16 60:15
62:21 64:4,9
65:12,16 67:1
68:17 73:14
74:5 75:22
76:16 77:7
91:24 103:20
113:2,4
138:15,18,21
139:21 140:2,
6 142:12,15
145:2,23

156:1 161:7,
9,22 173:8
175:15

**recanted**
118:6,12

**receive**
20:19 28:14
99:4,5
113:22,25
135:5

**received**
20:23,24 21:6
71:14,25
72:20 73:2
95:20 96:7,9
102:11 103:18
104:23 111:19
112:16 130:22
167:25

**receives**
104:20

**receiving**
21:4 106:7
109:19 132:17
173:7 174:21

**recess**
49:1 178:5

**recessed**
120:22

**recipient**
168:9

**recognize**
6:4

**recollect**
76:1

**recollection**
19:21 34:24
60:24 61:6
64:14 82:15

140:14 145:13
167:24 177:7

**recommend**
62:19

**recommendation**
40:24

**recommended**
62:17

**record**
4:9 36:25
48:20 68:21
98:2,3 99:8
120:20 123:20
124:16 129:7
140:23 141:13
146:16,18
163:2

**recorded**
123:21 124:14

**recording**
123:2

**records**
16:16 21:7,13
34:19,21,23
35:1 36:18,
20,23 86:12
98:13 125:25
126:5,6
128:8,10
130:15 136:16
140:18 171:23

**Records.pdf**
67:6

**recurring**
108:1

**red**
58:6

**redacted**
149:1

**reduce**
31:22

**refer**
122:16 137:12

**reference**
7:20 112:21
159:4,5
165:22

**referenced**
104:10

**referencing**
109:17

**referred**
76:19

**referring**
46:22 92:6

**refers**
138:4

**reflect**
100:25

**reflected**
18:9

**reflects**
6:12 35:9

**refresh**
19:21 140:14

**refuses**
44:3

**registered**
136:6

**regular**
80:21 160:2

**regularly**
12:20

**rehabilitate**
177:18

**rehabilitated**
95:8

**rejoin**
58:1

**related**
42:18 149:15
161:21

**relations**
60:1

**relationships**
94:24 95:4
110:25

**relevant**
47:14 54:13
72:15,21

**relied**
51:20

**relieve**
44:4 136:14
138:10

**relying**
158:8

**remarking**
106:4

**remediate**
93:5 96:13
149:21,24
150:1,4,9,17,
22 151:10,14
152:14

**remediated**
95:7

**remediation**
89:10 91:18,
25 92:5,6
94:8 106:13
121:16 141:11
149:5,8,16,18
150:11 151:2,
15 152:4
167:16

**remedy**
29:9

**remember**
15:7 31:6
33:24 34:4
37:10 49:12
59:5,24 73:9,
11,12 77:8
82:19 113:7
120:4 133:10,
15,19 140:15
144:19,20
145:4 169:17
176:23

**remembered**
61:2,5 162:1

**reminding**
166:22

**remotely**
4:2 21:23,25

**remove**
75:7

**rename**
57:16

**render**
100:9 101:15

**rendered**
29:8 99:6

**rendering**
98:23

**rendition**
102:21

**Renee**
112:15 133:12
168:14

**rephrase**
4:20

**report**
12:24 26:13,

14,22 28:13
43:3 44:25
45:1 46:25
82:21 83:1,8,
13,15,23
84:8,14 85:7,
9,13,15 86:8
87:3,4,18
114:16 162:6

**reported**
31:3 34:7
45:5 84:22
85:1,19,22
115:14 119:2
122:9 125:19,
23 171:11

**reporter**
4:18 56:19
99:20,24
153:4,7,11,
14,18

**reporting**
26:3,6,19,21
28:20 30:20,
24 59:23
66:12 84:1,3,
14 85:1,4
86:22,23 88:1

**reports**
27:21 28:19,
21 29:3,14
30:15,16,17
46:24 60:11
83:18 84:16
161:4

**represent**
164:9

**represented**
101:22 159:24

**reputable**

177:14

**request**
82:17 122:4
141:5 161:10,
14

**requesting**
66:22 89:12
161:4

**requests**
162:8

**required**
26:20 42:2
88:12 125:20
151:22 167:17

**requirement**
137:2 152:1

**requirements**
19:15,16,19
51:17 77:1
146:21 152:4,
6

**requires**
127:9 173:20

**requiring**
29:9

**res**
105:23

**research**
51:16 66:14

**resend**
57:12 121:5

**resent**
160:19

**residency**
8:14 10:25
35:11 64:7
78:22 79:14,
17 95:17
96:7,8 102:22

103:1 107:18
108:16 141:15
149:4 175:8
177:14

**resident**
17:7 35:11
59:13 61:4
62:16,23,24
63:17 64:5
66:8 79:5,23
80:6,20,24
84:6 86:2
89:12 90:4
92:17 93:2,3,
13 94:20,25
105:15,20
107:14 109:3,
5,19 114:13
115:9,11
116:18 119:3
122:10 123:8
124:5 127:10,
15,18 128:1
137:21 138:14
140:7 143:16,
22 144:2
158:13 161:17
162:14 177:11

**resident's**
117:3 143:17

**residents**
14:17 35:17,
19 61:10,22
63:2,3,4
76:4,16 93:4,
25 94:6,12,19
114:11 115:17
116:10,15
122:20
123:14,15,18,
22 124:20

127:14 128:2
130:20
136:14,25
139:23
143:18,21
149:8,9,13,14
152:4 173:22
174:1,2,3,24

**residents'**
61:18

**resign**
155:25

**resignation**
155:9,19

**resource**
6:24

**Resources**
85:8 92:12

**resources'**
14:14

**respect**
60:23 91:4
131:19
166:23,25

**respond**
77:4

**responded**
77:10 104:1
112:24 172:3

**responding**
41:19

**response**
25:18 113:2

**responsibilities**
75:5

**responsibility**
61:25 67:16
72:13 116:10

175:23 176:1

**responsible**
62:11 72:3
87:17 133:5

**rest**
166:20

**restate**
11:21

**restroom**
48:25

**result**
62:19 77:16

**resulted**
129:18

**resulting**
125:22

**resume**
6:6

**retention**
124:15

**returned**
149:1 151:6

**rever**
138:5

**review**
13:23 14:1
16:15 23:21
25:2,16
29:13,22,24
34:21,22
36:17 42:8
46:22 68:22
83:10 87:11
88:3 89:9
90:3 96:16
97:9,10
104:25 105:15
125:24 126:5
128:7 152:10

157:23 158:2,
20 159:2,7
162:16,23
167:1 168:11
170:22,24
172:4 173:15
174:14,22

**reviewed**
24:17 29:17,
18 47:1 62:15
86:11 87:4,9
91:20 95:22
99:2 105:3
118:19 126:11
128:23,25
129:9 155:3,
12 157:7,17
160:6,12
171:17 173:14

**reviewing**
91:21 157:4
158:7 160:21

**reviews**
104:23 105:2
106:7 110:9
161:6

**rewind**
152:11

**Rhode**
8:25

**Rick**
81:4,7
144:14,18

**rights**
78:20 79:6,9
80:5,6,7,10,
21

**ring**
16:10

rise
43:16 88:18
128:14

risk
9:18 11:13,
15,19,23 12:9
14:11 24:20
25:19,22,25
26:12 28:15,
16 31:4 32:9
33:22 34:7,16
36:15 39:13,
23 40:1,4,5
41:2,14 43:12
44:24 45:8,25
46:10,15,19
47:2 49:4,11,
16,18 58:20
61:8 62:14,15
63:9,11,17
64:1 84:15,22
88:6 128:8,22
133:24 134:1
139:15 140:24
172:8 178:8,
15,23,25
179:4,9

risks
41:17 178:18

RN
136:6

road
9:17

robust
124:17,19
125:3

Rochester
5:1 6:15 8:8,
12 10:15
13:21 105:18

role
5:11 7:12
9:19 11:11,
12,19 12:6,7,
8,11 14:11
18:22 41:14
45:1 55:2
64:3 75:22
97:8,10 98:19
133:7 135:25
140:24 152:8
155:10 172:8
173:5 178:8,
22 179:4

roles
14:11 42:12
49:7 50:14,18

room
22:2 45:16
50:2 101:23
108:9 113:25
114:4 123:9
133:4 157:6,
12 163:2
165:17 166:22
174:17

rose
33:14 41:21

rotate
128:2,3

rotating
31:19

rotation
116:22 142:8

rotations
96:4 174:20

rounds
38:19,23
96:24 97:22
103:5 115:15,

23 122:10,14
125:6,9

routine
28:23

routinely
88:6

rule
137:2

rules
78:24,25
79:19 88:23
92:15 163:12

ruling
53:13

run
46:21 108:7
109:5 110:14

running
84:4 161:1

---

**S**

sacral
125:13

safety
30:23 39:19,
24 40:2,7
43:22 63:12
84:4 86:25
112:13 134:4
177:13 178:15
179:3,8

sample
29:1

sanctioned
23:1,6

sat
51:3

Saturday

156:13

sbondi@umc.edu
60:17

scab
126:25 127:7,
11,20

scabbed
129:4

scenario
135:24

schedule
75:6 143:13,
14

scheduled
144:23

schedules
143:9,12

Schlessinger
144:14 176:6

SCHMITZ
4:5 7:19,24
16:22 17:23
18:18 19:6
20:18 23:13
24:19 35:10
41:22 42:14,
24 48:13,24
49:2 51:10
52:1,5,12,16,
18 53:1,8,12
56:10 57:19
58:2,6,11
62:13 69:24
70:25 73:3
76:10,12 91:9
93:22 96:15
98:10 99:25
100:2 101:11
114:24
120:15,20

126:11,16
131:18 146:5,
13,15,19
147:5 148:20,
23 149:2
150:6 153:9
154:1 159:10
161:2 163:4
165:16 167:10
171:7 176:13
177:23,24
178:3,6,7
179:14,19
SCHMITZ(CONT'D)
121:4
Scholarship
10:18
school
8:5,12,22
10:15,22,24
51:2 100:21
107:18 143:7
SCHWARTZ
133:10
science
8:1 122:24
scope
78:4 152:9
173:2
screen
56:15 57:2,18
scroll
108:5
scrolling
148:4
search
25:24 59:20
60:1
seconded

68:24
secondhand
38:3
seconds
76:9
sedate
32:12
seeking
55:23
selected
55:22
self-discovery
177:20
semistructured
134:22
send
119:23 138:17
sending
60:15 88:25
Senior
112:15
sense
86:5 116:24
135:17 149:7
154:5
sentence
91:8 111:25
112:2
sentinel
84:14,16
separable
115:4
separate
49:20 174:6
separately
89:11
September
67:19

seriousness
29:23
serve
17:12 46:17
75:21
served
11:7 74:10
serves
12:2
service
86:4 120:6,7
123:23 124:21
137:13 138:3
174:21
serving
17:13
SESSION
120:25
sessions
104:13 141:13
142:6
set
54:2 72:20
84:1 150:13
sets
12:1
setting
43:14,15
settle
41:7,8 62:19
settled
73:23
settlement
41:13 46:23
settling
40:25
severe
125:19 128:16

severity
29:20
shaking
4:18
share
5:23 47:15
54:4 56:7,14
57:18
sharing
104:2
sheer
94:13
Sheriff
74:11
shift
136:15
Shipman
9:3
Shirley
144:13,15,18
short
112:22 143:3,
12
shortly
151:18 169:9
shot
74:15
show
85:3 94:6
100:25 109:18
110:19 115:15
124:9,12
126:5 129:21
136:11 141:14
showed
12:11 113:1
175:13
showing

66:15 97:23
109:1 124:4
136:19 138:9
144:12

**shown**
161:10

**sickest**
113:20

**side**
18:19 48:16
73:11 119:14
131:18,24
157:24 164:22

**side's**
18:20

**sided**
157:23

**sides**
132:2,8
162:24

**sidewalk**
26:25

**sign**
130:22 133:3,
7,9,21,23
134:18,20
135:17,21
136:12,13,18,
22 137:9,12
138:4,6,10

**SIGNATURE/NOT**
179:17

**signed**
134:25 141:11
150:12 151:3,
10 167:15

**significant**
95:3 125:20
138:2

**signing**
134:8 135:15,
22 137:9,10,
23,24

**signs**
123:16

**similar**
15:5

**simple**
61:23 88:3,4

**simply**
123:4 139:5

**single**
62:9 83:20
133:22

**sir**
153:15

**sit**
37:4 77:9
106:21 135:19
137:22

**sitting**
24:2 64:9
77:14 154:10
172:6,20

**situation**
31:7 33:17
40:12 47:18
55:1 100:19
110:21 150:20

**situations**
35:17 100:25
149:23

**size**
50:3 83:19

**skill**
12:1 94:2,21

**skills**
94:14 105:21,

23 106:9,14

**skin**
32:19 125:18

**slick**
26:25

**small**
100:17 107:22

**Smith**
134:9

**sole**
47:5

**solemn**
165:22,25
166:6,10,16

**solicited**
112:18 121:22

**solve**
40:3

**solving**
40:17

**somebody's**
76:9 86:18

**someone's**
158:15

**sore**
31:14,17

**sores**
31:18

**sort**
9:16 10:11
38:4 122:3
127:11 156:19
172:7

**sought**
50:22 109:17
145:18

**sounding**
55:11

**sounds**
59:17 169:18

**source**
60:3

**sources**
38:12

**south**
87:7

**space**
12:9 29:3
49:25 50:1,2,
8,11 66:15
174:18

**span**
171:13

**speak**
25:3 52:6
99:12 100:3
101:25 106:16
158:10

**speaking**
25:1 37:20

**speci**
152:25

**special**
5:11 9:23
31:23 88:11,
23

**specialists**
171:24

**specific**
13:16 19:17
24:12,13
37:11 39:21
42:7,17 47:12
60:24 62:18
63:1 64:14
66:24 70:10
79:10 82:15,

18 112:8,9
125:1 141:3
145:4,13,23
146:25 149:6
150:18 152:6
154:23 156:3
161:9

**specifically**
14:3 19:22
28:15 37:21
39:10 41:3
51:5 55:4
66:24 70:6
71:5 72:7
74:9 82:9
91:4 95:9,22
96:12 101:16
106:14 108:5,
14,22 109:14
112:5 143:2
154:6 155:23
159:4 163:16,
19,22

**specifics**
54:16 73:19
95:13 145:7
170:11 172:18

**speculate**
119:8

**speculating**
145:22 171:24

**speculation**
83:6

**spent**
49:15

**spoke**
52:7 102:2,4
103:7 131:7
132:5 145:16

**spoken**
113:11

**spreadsheet**
77:11

**spur**
134:21

**St**
5:1

**stack**
56:17

**staff**
34:2,3 37:23
39:19 42:4,10
55:9 66:7
77:24 79:1
143:16 171:20
174:23
178:14,16,17

**stage**
44:18,21

**stages**
44:15,19

**stake**
160:11

**stand**
146:10

**standard**
21:14 76:20
157:21 159:5

**standards**
77:3 79:13,15

**standing**
75:2

**standpoint**
42:18 63:9

**start**
20:7 39:16
135:15

**started**
11:14 12:10
65:14 74:21

**starting**
95:16 148:6

**starts**
36:19 67:23
68:20 75:24
121:11

**state**
4:8 19:19
44:14 68:7
102:14 164:6,
11

**stated**
128:15 169:4

**statement**
18:17,24
116:3,21
117:17 160:19

**statements**
132:22,23

**states**
10:17 11:7
104:3 108:13
115:14

**stating**
23:5

**statistics**
41:25

**status**
124:1

**stay**
48:14

**stayed**
87:10

**STENOGRAPHIC**
99:20,24
153:4,7,11,

14,18

**step**
41:5

**Steve**
134:16

**Steven**
4:1,10 121:1

**stick**
57:23 116:14,
15,20

**stop**
56:25 57:15
73:25 74:2

**stopped**
65:14

**stops**
61:25

**story**
48:16 112:22
131:18,24
132:2 177:19

**strategies**
33:5 44:10

**stream**
46:25

**stressful**
50:18

**structured**
114:7 134:20

**struggle**
93:25 94:13

**student**
115:10,19
116:19 117:2
119:3 122:22
127:24 138:24
139:9 153:2

**students**

```
37:23 77:24,          substantiate         support               119:11
25 79:2                139:20 158:5         33:8 118:21       surveillance
116:6,14              substantiated         125:7 152:17        44:16 155:18
117:4                  152:21               158:3 159:25    suspect
study                  162:17,18            160:1              55:6 64:12
30:23                substantiating       supported         suspended
stuff                  48:3                 157:10             161:25
5:6 7:1 37:1,        substantive          supporting         suspicions
3 43:12 48:20          20:3,16 47:24        154:3              38:15 170:17
51:11 54:7,10          51:17 52:8         suppose           sworn
55:10,11               145:11,25            59:12 79:12,       4:2 121:2
58:22 74:4             146:20 147:1         16 112:23       synonyms
84:11 116:7,           157:15            supposed            111:23
14 141:1,2          sued                   68:14 125:3      system
176:1                  73:24 74:2           149:8 166:17       26:18,19,21,
style                sufficient          supposition         22,23 28:20
160:8                  152:21              59:4 78:15         36:25 46:18
subject              sufficiently        surety              50:25 59:2,
92:14 131:9            20:15               9:13               23,24 66:12
submit               suited             surgeon             75:12 77:22,
82:25 83:7            127:15              103:3 114:5        24 84:1,4,10,
85:11,13           summative             127:14,16         15 85:17
101:13               96:7 104:17,       surgery            86:1,22,24
submitted            22 105:7             33:1,8,9,12       88:1 123:5,11
86:8 117:16          106:24 110:9         34:3 86:7        125:1,2
122:3,4              111:10 141:23         115:20 120:7    systems
159:11               168:1                125:20 127:23      123:2
submitting         summer               137:8 143:10
159:11               13:17,19             151:25 174:1             T
subspecialty       supervise          Surgery's
174:5                127:14             175:8            table
substance          supervised         surgical            154:11
14:21 15:15          36:4 61:23         29:9 33:8        tables
19:8 20:24          174:12             88:13 115:9        162:10
43:8 47:24        supervising          127:14           takes
52:2,4 54:19        36:12,13         surround             24:22 93:13
107:21 122:21      supervision         174:15           taking
134:6 145:6          127:19          surrounding          12:3 71:19
146:7 147:6                            14:17 76:6         123:9,10
161:20,22
```

132:17 144:18

**talk**
19:7 29:24
30:7 41:6
53:2 57:22
66:5 75:16
86:3,4 92:5
95:13 133:1,6
137:14 145:6,
10

**talked**
70:9 73:17
74:8 96:21
115:20
131:22,25
133:2,16
144:19
145:12,19
146:11,13
155:2 170:13

**talking**
21:4 24:20
45:11 50:19
51:24 58:22
67:6 75:11
78:5 82:11
85:21 89:24
92:6,7 96:20
99:23 105:20
109:10 114:2
115:8 125:14
134:6 135:1,7
137:16 143:25
161:3 163:5,
13,24 166:10
170:7

**talks**
86:3 114:13
141:8 144:13

**target**
66:25

**task**
156:3

**tasks**
108:15

**taught**
100:21

**Taylor**
13:8

**teaching**
127:12 174:22

**team**
32:25 33:6
39:18 49:19
87:12 88:3
130:17 137:22
146:22,23
154:20

**technically**
58:23

**techs**
123:16,17

**telephone**
56:21

**Tem**
46:20

**temporary**
23:20 67:14

**ten**
15:2 121:20
125:11 137:6
147:21 166:9

**tend**
61:15 105:22
106:2 117:5

**tenor**
111:3

**tense**
166:8

**tenure**
33:23

**term**
45:10 93:7

**terminate**
50:22 89:24
93:2 100:9,10

**terminated**
37:8 63:4
90:11,16,21
92:18 129:25
158:14 161:25
177:11

**terminating**
78:22 92:14
151:22

**termination**
16:20 17:8
24:6 37:14
42:17 47:6,7
48:4 50:20
51:18 54:15
55:18,23 56:6
65:20 68:23
76:15 77:2
89:16 90:8,22
91:5,10,11
92:15 96:19
99:7,14 101:7
102:10 110:23
118:21 129:2
139:8 152:10,
17,24 154:8,
16 155:8,11,
20 158:3
162:13 166:4
170:24 175:4
176:15 179:10

**terminations**
93:3

**terms**
7:15 20:1,3,5
29:6,20 30:2,
4 31:5,11,16
33:11 40:25
42:14 45:20
51:1,5 54:6,
9,19 56:6
61:24 63:14,
16 80:19
88:21 91:10,
12,24 94:3,
13,14,21
96:18 100:15
104:12 106:1
115:22
118:15,20
123:3 124:18
134:1 137:2,8
141:1 144:22
145:7,14
148:13 150:10
154:22 160:6,
7,20 172:15
179:5

**testified**
4:3,24 5:5,10
38:8 47:5
53:12 113:2
121:3 130:6
170:5

**testifying**
21:16 119:12

**testimony**
98:16,17
117:24 118:1,
6 155:3 158:8
171:4

**text**
99:4 100:13
101:20 109:1,

16 110:4
140:7,9

**texts**
99:10

**theme**
129:24

**themself**
114:1

**theoretically**
80:8 172:25

**thing**
31:2 53:17
64:17,18
73:14 74:10
85:18 88:5
91:22 94:19
114:12 117:1
118:20,24
133:20 135:7,
16 143:15
153:16 154:14
155:4,5 156:7
160:6,24
172:17

**things**
9:24 10:5
14:18 21:5
24:5 27:1
28:23 29:1
31:3 40:15
41:15 42:5
43:14 46:2
57:22 64:7
65:24 66:1,16
72:8,22,23
79:13 81:2
93:9 94:4
95:8 98:20
100:3 101:12
103:16 105:6

107:1 110:10,
20,24 111:2
114:17,25
116:22 117:6
121:20 123:13
129:23 140:19
151:20
154:11,15,17,
18 155:3
174:15,16
175:24

**thinking**
78:7,12,13
107:12 156:25

**thinks**
163:17

**thought**
40:22 78:2,15
95:2 118:10
158:12 167:16
174:20

**thread**
74:21

**three-and-a-
half**
48:12

**three-minute**
48:25

**three-year**
11:2

**thumbs**
158:22

**tier**
33:7

**tight**
143:9

**time**
4:21 9:5
10:24 11:6

12:14,16
13:14 17:6,
12,15 23:8
27:20 31:4,7
45:2,16 46:25
48:6 49:6,14,
16,17 67:9
83:17 91:16
93:4 94:17
96:14 103:4,
13 104:24
107:11 109:3,
4 114:25
115:10 116:23
124:10 125:5
126:4 129:5
133:13,17,22,
25 136:11,24
137:20 138:9
140:9 142:17
143:6,24
144:14 145:5
147:12 157:20
158:20 163:23
164:17
167:12,20
171:13 178:5

**timeframe**
51:15 143:4

**timeline**
150:13

**times**
16:19 33:9
39:25 46:4,7
50:17 64:16
88:20 102:4
126:12,17
141:9 161:23
162:5 170:15
171:1

**timestamp**
136:15

**timetable**
75:3,7

**timing**
73:14,17

**tiny**
9:7

**title**
39:14 46:11

**titles**
49:3

**today**
5:21,23 13:22
14:22 15:19
24:2 64:9
77:9 82:11
125:14 134:17
156:2 172:13,
20 175:14

**today's**
14:22

**told**
55:8 103:13,
14 125:17
131:25 139:17
161:24

**Tommy**
7:19 14:22,24
52:23 53:2
56:20 57:20
69:17 113:15
120:15 146:1,
8 179:20

**tons**
135:11

**top**
19:20 56:18
57:15 58:15,

Steven Bondi
February 03, 2021

46

16 111:9
163:10,14

topic
176:11

topics
52:11

Touchdown
58:13

tower
50:12

trademark
10:3

traffic
156:19 160:14

trail
124:17 125:3
126:12 141:1,
4

trails
125:7 140:19

train
10:22

trained
18:19 20:3

trainees
173:21 178:17

training
10:7 61:20
100:21 135:11
164:5 174:5,8

trajectory
94:18

transcript
14:3,14
113:5,6
122:18 139:22
156:5 163:6,8
165:19

transcripts
35:8

transition
13:12

transitioned
11:16

transmitted
169:22

trauma
120:6 138:23
139:9,18

treat
31:18 39:3

treating
35:10,12

treatment
16:5 32:13,15
33:6 129:4

tremendous
66:14 73:18

trenches
30:4

trial
159:16 160:8

trigger
83:15

triggered
83:9

triggers
26:11

trouble
89:1 130:25

troubles
178:24

troubleshooting
40:18

true
90:23 132:23

167:12 172:17

Trustee
68:24

Trustees
68:6

truth
17:18,25
18:16

truthful
16:5 97:4
129:13 130:17

truthfully
5:21 24:15

truthfulness
38:14,16
167:23

Tuesday
124:24

turn
136:14

turned
44:3 162:10

type
9:10,24 26:13
29:9,10 30:16
98:12 106:12
123:25 124:1
145:21 152:3

types
11:18 18:9
31:2 39:9
65:18 149:16
174:1 175:24

typical
82:17

typically
26:11 27:3
29:2,21 32:20
34:12 43:11

63:8,23 66:12
78:17 85:22
113:23 123:22
124:2 127:10
128:20 137:18
149:13

typing
87:22

typo
115:13

U

U.S.
8:25 10:12
159:9

Uh-huh
168:17

uh-huh's
4:17

ulcer
16:2 30:14
31:8,14
33:14,20
34:7,17 36:5
42:24,25
43:6,23 44:6,
13,18 48:19
82:10,22
83:2,8 85:4
86:12 88:4,5,
12 97:2,3,21
98:2 100:17,
19 125:19,25
126:7,24
127:2 128:16
129:3 169:9
170:14 171:8
172:24

ulcer's

170:23

**ulcers**
31:5,12,13
32:3 34:11
43:19 44:16
85:17 87:9
127:21

**ultimately**
13:3 62:3,11
86:4 176:8

**UMMC**
9:18 11:10,
13,15,20,23
12:15 13:19
16:20 22:21,
23 24:20,22
26:11,19
27:20 31:1
32:23 33:11
36:22 42:19
45:3 46:11
49:2,20
50:15,21,22
51:10 55:2,
19,23 62:15,
18 68:23 69:1
72:3 73:20
79:21 80:2
85:24 92:4
93:21 105:16
120:4 146:1
151:9 164:18
165:10 169:15
171:10 172:9
173:25 178:9

**UMMC's**
39:12 80:9
123:5,11
125:2 146:22,
23 149:3
151:17

**un**
40:12

**unanimously**
69:1

**unavoidable**
44:6

**unaware**
126:18

**uncomfortable**
119:3,12
138:24

**uncommon**
30:2 59:7

**underlying**
25:2

**underreported**
30:22

**understand**
4:19 23:4,13
27:25 90:19
93:19 133:7
136:2 167:18

**understanding**
20:21 37:7
70:18 78:11
90:9 92:9,20
124:19 130:19
151:21,23
152:9

**undertaken**
166:24 167:1

**undiscernible**
140:9

**unfair**
23:1,7

**unheard**
115:1

**unique**

107:22

**unit**
27:9 28:21
29:4 34:13
88:17 114:10
128:21 131:20
172:2

**United**
10:17 11:7

**univer**
77:23

**Universities**
40:20

**university**
6:15 7:16
8:7,12 12:17
13:21 22:7
24:11 41:5
69:10 75:14
77:23 173:11

**unjoin**
74:11

**unobtrusive**
116:8

**unopposed**
48:17

**unstable**
114:10

**unstageable**
44:19

**untrue**
24:4

**untruthful**
127:4 167:14
169:3

**untruthfulness**
169:21

**unusual**

63:25 66:18
83:21 92:17
117:4 128:15
162:2

**unwillingness**
108:14

**UOR**
36:25

**up-to-date**
6:10

**update**
137:25 138:1

**upheld**
47:7

**uphold**
37:14 65:20
89:16 99:7,14
100:10 152:23
154:7 166:3

**upholding**
90:8 154:16
179:9

**upset**
45:15 74:6
109:7 167:9

---

**V**

**vacation**
143:6

**vagaries**
54:8

**vague**
112:5

**Vanderbilt**
8:20

**variance**
26:13 30:16

Steven Bondi
February 03, 2021

48

variety
14:2 18:14
43:16 145:5
vast
28:19 30:11,
12 36:23
41:20 46:1
47:20 66:1
87:5,25 93:24
VC
81:11
venue
17:21
venues
17:25
verify
139:22
verifying
115:22
version
6:7
versus
96:20 147:1
Vice
41:10 55:25
81:12
video
56:25 57:15
videos
156:11
view
21:18 35:8
48:23 110:6
160:23
viewed
128:10
Vince
67:13

visitor
50:5
visual
99:19 100:2
visually
101:1
vital
123:15
vitals
123:10
volition
117:14 121:24
volume
83:17
voracity
25:12 170:18,
20
voted
69:1

---

**W**

wading
163:11
wait
4:24 45:16
46:7 168:16
WAIVED
179:17
walk
50:13
walked
157:6,12
walking
156:24 160:12
wanted
34:16 47:14
48:14 60:4
73:15 75:2

82:13 140:21
141:5 156:21
175:19
warned
138:18
warnings
149:15
warranted
83:14 139:8
149:17
wash
140:11,13
washed
140:8
washout
139:17 140:3,
8,20
watching
156:10
ways
17:23,24
18:14 20:8,
18,19 26:17
27:12
website
77:1
websites
45:20
week
81:8 162:5
weekend
133:13
weeks
15:7 28:9
126:8,17
133:15,17
134:25 143:23
weigh

65:19 110:1,
3,22,24 154:5
weighed
153:3,19,24,
25 154:4,6
weighing
155:1
well-thought
98:1
west
162:6
whatnot
23:20 59:3
116:1
whatsoever
55:16 166:20
Whitfield
7:23 14:2
16:21 17:19
18:11 19:4
20:12 23:10
24:7 35:4
42:20 48:7,8
50:23 51:23
52:3,10,14,24
53:3,9 56:9
57:17 62:2
69:15,18
70:20 72:25
73:6 76:8,11
91:6 93:15,17
95:24 98:9
99:22 101:8
113:14,16
120:18
126:10,13
131:17 132:19
146:1,3,9,14,
17 147:4,9
148:15,16,25

150:5 158:25
160:17 162:21
165:13 167:3
170:25 176:9
177:15 178:2
179:15,20

**widely**
45:19

**wife's**
147:21

**William**
7:25 115:8
122:2,12

**Williams**
144:7,8

**window**
56:20 57:16

**wise**
7:25 49:7

**witness'**
98:15 171:3

**witnesses**
10:8 17:17
18:7,8,21
20:25 21:1
22:6,10 24:4
25:3 35:6
69:20,22
97:12,17,19
100:6 102:3
159:3 163:17
164:21,24,25
165:5 170:21
175:5,7,9,18,
25

**Woodward**
55:25 75:15,
16,18 81:13

**word**

24:24 50:17
74:7 80:11
110:15 127:8
143:18 166:16

**wording**
37:11,16

**words**
145:17 148:1

**work**
9:12 24:11
30:25 33:5
35:20 40:7,12
44:1 58:23
59:11 63:18
65:7 76:5
79:18 94:3,14
103:21,23
105:22 106:3,
5 107:2,18
110:20 111:2
113:9 117:7
124:10 137:2
155:19

**worked**
12:15 26:1
27:6 29:13
40:2,19 41:4
42:13 47:11
58:24 59:19
92:3 107:19
120:9

**working**
12:11,14 25:7
31:1 35:19
103:12 106:9
107:15 142:13
169:15

**workload**
137:1

**works**

43:24 56:22
57:21 62:8
169:14

**workstation**
37:5

**world**
43:22,25

**worried**
118:3

**worse**
44:20,23
107:11 150:20

**worst**
104:25 105:9
106:10

**worthy**
152:22

**wound**
32:24 33:3,5,
6,10 87:12
88:17 125:13,
19 126:15,24,
25 127:1,9,
22,25 128:19
129:3,15
139:18 140:3,
8,11,13,20
170:2

**wounds**
128:4,19

**write**
61:14 132:16

**writing**
104:11 106:15
167:14,22
177:3

**written**
38:10 39:7
79:11 93:6

96:3 104:19
106:7,25

**wrong**
40:9 67:20
74:7 90:10
115:18

---

**X**

**x-rays**
37:2

---

**Y**

**y'all**
84:15 99:22

**yards**
50:11,13

**year**
10:14 11:11,
16 33:19
45:3,6 51:3
67:21 94:6,20
96:6 107:19
141:25 159:8

**years**
7:13 9:17
10:20,24
15:16,18
48:12 85:24
105:1 134:25
137:6

**yesterday**
15:1 48:7
65:4

**York**
5:1

---

**Z**

**Zoom**

Steven Bondi
February 03, 2021

57:23