Joseph Papin

vs.

University of Mississippi Medical

Deposition of:

William Crews

November 20, 2020

*Vol 1*

PHIPPS REPORTING

*Raising the Bar!*

William Crews
November 20, 2020

```
  1              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
  2                      JACKSON DIVISION

  3
        JOSEPH PAPIN
  4                                             PLAINTIFF

  5
        V.                      CASE NO. 3:17-CV-763-CWR-FKB
  6

  7     UNIVERSITY OF MISSISSIPPI
        MEDICAL CENTER; DR.
  8     LOUANN WOODWARD, IN HER
        OFFICIAL CAPACITY; AND
  9     DR. T. MARK EARL, IN HIS
        INDIVIDUAL CAPACITY
 10                                             DEFENDANTS

 11

 12              DEPOSITION OF WILLIAM CREWS

 13

 14   Taken at the instance of the Plaintiff at Via ZOOM
                      on Friday,
 15                November 20, 2020,
                 beginning at 10:00 a.m.
 16

 17

 18

 19

 20

 21

 22

 23

 24                   REPORTED BY:

 25              DAWN DILLARD, CCR #1763
```

William Crews
November 20, 2020

Page 2

1    APPEARANCES:

2

3          GREGORY SCHMITZ, ESQ.
           Morgan & Morgan (Orlando)
4          Suite 1400, 20 North Orange Avenue
           Orlando, Florida 32801
5          gschmitz@forthepeople.com

6

7               COUNSEL FOR PLAINTIFF

8

9          TOMMY WHITFIELD, ESQ.
           Whitfield Law Group
           660 Lakeland East, Suite 200
10         Flowood, Mississippi 39232
           tommy@whitfieldlaw.org
11

12              COUNSEL FOR DEFENDANT

13

14

15

16

17

18

19

20

21

22

23

24

25

William Crews
November 20, 2020

```
 1                      INDEX
 2   Style and Appearances.......................1
 3   Index   ...................................3
 4   Certificate of Deponent  ..................72
 5   Certificate of Court Reporter ............73
 6                   EXAMINATIONS
 7   Examination By Mr. Schmitz ................4
 8   Examination By Mr. Whitfield .............66
 9   Examination By Mr. Schmitz ...............68
10                    EXHIBITS
11   Exhibit 1 E-mail (retained by ............27
12             counsel)
13
14
15
16
17
18
19
20
21
22
23
24
25
```

William Crews
November 20, 2020

Page 4

```
1              COURT REPORTER:  Before I swear in the
2         witness I will ask counsel to stipulate on
3         the record that due to the current national
4         emergency pandemic, the court reporter may
5         swear in the deponent even though she is not
6         in the physical presence of the deponent, and
7         that there is no objection to that at this
8         time, nor will there be an objection to it at
9         a future date.
10             MR. SCHMITZ:  Yes, ma'am.
11             MR. WHITFIELD:  Yes.
12                  WILLIAM CREWS,
13    having been first duly sworn, was examined and
14    testified as follows:
15    EXAMINATION BY MR. SCHMITZ:
16        Q.   All right.  Dr. Crews, just to get some
17    preliminary housekeeping matters out of the way,
18    can you state your full legal name including
19    middle name for the record please?
20        A.   William Spence Crews.
21        Q.   And have you ever had your deposition
22    taken before?
23        A.   No, sir.
24        Q.   No.  Okay.
25        A.   Well --
```

William Crews
November 20, 2020

Page 5

1           MR. WHITFIELD:  I think to clarify your

2       question for him, I think he's wondering

3       about the hearing.

4       Q.   (By Mr. Schmitz)  Oh, yeah, no.  Just --

5   we'll talk about the hearing later.  But, no, just

6   have you ever been deposed in anything else before?

7       A.   (Witness shakes head side to side.)

8       Q.    Okay.  So I'll go over just some of the

9   basic ground rules for a deposition.  So

10   throughout the day, you know, the court reporter

11   is going to be typing down everything we say so

12   it's important that we do yes or no answers to

13   questions, you know, shaking your head yes or

14   nodding -- nodding yes or shaking no can't be

15   picked up by the court reporter.  Uh-uhs and

16   nuh-huhs and all the uh-huhs or whatever, those

17   also can't be picked up so if you could try to

18   keep that in mind while you're answering the

19   question so that she can take an accurate record.

20           If at any time you don't understand a

21   question that I'm asking can you -- please don't

22   hesitate to ask to rephrase it and I will do so.

23   If you need a break at any time let me know.  I

24   just ask that if you ask -- if I'm in the middle

25   of asking you a question that we finish that

William Crews
November 20, 2020

Page 6
1  question and then you can take whatever breaks you

2  want, bathroom, whatever.

3          If you answer a question -- if you

4  provide an answer to a question I'm going to

5  assume that you've understood it but, again, just

6  let me know if there's something that's unclear.

7  What is your date of birth?

8      A.   March 19, 1990.

9      Q.   I was born March 19.  Late Pisces.

10  That's -- I've never met somebody on March 19.

11          Anyway, what's your current address?

12      A.   1020 Buckley Drive, Jackson,

13  Mississippi.

14      Q.   So other than the testimony that you

15  provided at the hearing have you ever testified at

16  a trial or in any kind of court case or anything

17  like that?

18      A.   No, sir.

19      Q.   Have you ever been convicted of any

20  crimes of any type?

21      A.   No, sir.

22      Q.   Are you currently under the influence of

23  any drugs of any kind or do you have any medical

24  conditions which may prevent you from accurately

25  and truthfully answering my questions today?

William Crews
November 20, 2020

Page 7

```
 1       A.    No, sir.
 2       Q.    Okay.  I just have to ask that just
 3  for --
 4       A.    Yeah.
 5       Q.    What is your highest level of education?
 6       A.    Currently a PGY3 in internal medicine
 7  residency.
 8       Q.    Okay.  And where did you go to med
 9  school?
10       A.    University of Mississippi Medical
11  Center.
12       Q.    And you said -- so you're a PGY3?
13       A.    Yes, sir.
14       Q.    How much more time do you have left?
15       A.    A little over half a year.  I guess
16  about eight months or nine months.
17       Q.    So you --
18       A.    Excuse me, I'm sorry, seven months.
19  Seven months.
20       Q.    So you have to complete four years of
21  residency in the internal medicine field?
22       A.    So I completed PGY1, PGY2, so I'm
23  currently in PGY3.  So it's three full years of
24  internal medicine training.  I guess I'm two and
25  half years into my internal medicine training.
```

William Crews
November 20, 2020

1        Q.    And you're doing that at UMMC, correct?

2        A.    Yes, sir.

3        Q.    What did you do in preparation for

4    today's deposition?

5        A.    Met with Tommy Whittaker less -- a week

6    and a half ago.

7        Q.    Okay.  And I don't want to know what you

8    guys talked about, I just, you know, okay, so you

9    met with him.  Did you review any documents?

10       A.    The transcript of the hearing.

11       Q.    Any other e-mails or documents or

12   correspondence at all that you --

13       A.    The e-mail from when I was a medical

14   student.

15       Q.    Okay.  I think I know what e-mail you're

16   talking about because that's probably the same one

17   we're going to be discussing and others.

18             An other document?

19       A.    That's it.

20       Q.    Have you reviewed any of the expert

21   reports which have been prepared in this case?

22       A.    I don't understand what that is, but

23   I'm --

24       Q.    From the, you know, there's expert

25   witnesses in this case who have provided opinions

Page 9

1    on whether Dr. Papin's termination was justified

2    or not, and so I just didn't --

3        A.   No, sir.

4        Q.   -- know if Tommy shared any of those

5    with you.

6        A.   Besides meeting with Mr. Whittaker --

7             MR. WHITFIELD:  Whitfield.

8             THE WITNESS:  Sorry, Whitfield,

9        apologies.  No, I have not done anything

10       else.

11       Q.   (By Mr. Schmitz)  Okay.  How long have you

12   been with UMMC?  Three years now?

13       A.   So as a resident?

14       Q.   Yes.

15       A.   Three years or two and a -- two years

16   and six months, five or six months.

17       Q.   What are your job duties as a resident?

18       A.   Clinical management patients, education

19   and medical students, clinic and call, as well as

20   continuing medical education.

21       Q.   Got you.  And -- back when you were a

22   medical student as a medical student, what were

23   your interactions with the residents on a day to

24   day basis?

25       A.   Typically every day getting at the

William Crews
November 20, 2020

1    hospital very early, having a list of patients

2    prepared for staff residents, rounding, going to

3    the OR.  Any type of work needed to be done after

4    rounds or work outside the OR, continue remaining

5    in the work room besides times when we were

6    excused for class for tests.

7         **Q.   And would you walk around with the**

8    **residents during rounds, is that what you said?**

9    **So that would you walk around with the residents**

10   **and I'm assuming the attending physicians are also**

11   **there to --**

12        A.   Walking around -- so prerounds with just

13   the residents and then four more rounds with the

14   attending.

15        **Q.   Okay.**

16        A.   And the residents.

17        **Q.   Okay.  And so during prerounds you**

18   **always walk around with the residents or do you --**

19        A.   Not every day.

20        **Q.   -- sometimes --**

21        A.   I can't attest to always but most of the

22   days we did.

23        **Q.   Okay.  But sometimes -- so some days**

24   **you're on your own, some days you're with the**

25   **resident?**

William Crews
November 20, 2020

1       A.    Typically prerounds was most of the time

2    with residents.

3       Q.    And do you recall Dr. Papin, Joseph

4    Papin?

5       A.    Yes.

6       Q.    Okay.  And about how often did you work

7    with him?

8       A.    I believe I worked with him at the

9    beginning of my surgery rotation and then on a

10    holiday schedule.

11       Q.    Okay.  And about how, like, if you had

12    to approximate weeks, I'm not going to hold you to

13    an exact time, I know it was a while ago, but how

14    many weeks or so would you say that you had, you

15    know, crossed paths with Dr. Papin?

16       A.    Maybe around two and half.

17       Q.    So about two, two and a half weeks?

18    Okay.  So when did you first hear about Dr. Papin?

19       A.    Probably about two to three weeks into

20    my -- beginning of my M3 year.

21       Q.    And that was -- the beginning of your

22    three year was when?

23       A.    At that end of June beginning of July,

24    so couple of days at the end of June and then

25    July.

William Crews
November 20, 2020

Page 12

1       Q.     June, July 2016?

2       A.     Yes, sir.

3       Q.     Yes, that was right.

4       A.     Sorry, five years ago.

5       Q.     Yes, I can't remember what I ate for

6    breakfast yesterday, so you're good.  Now, you're

7    doing great, thank you.

8              So before you started working with him

9    you had heard some stuff about him, tell me about

10   that?

11      A.     I was told things like be careful, watch

12   your back, he might ask you to do something like

13   use his user name and password to put in orders,

14   or you might get blamed for some kind of mistake

15   he made.

16      Q.     And who had told you that?  Another

17   medical student at the time?

18      A.     Other medical students.

19      Q.     Do you recall who they were?  Names?

20      A.     I can't remember.

21      Q.     Okay.  Did you ever have any problems

22   like that with Dr. Papin?

23      A.     I never was asked to put in orders or

24   use his user name to put in orders.  There was one

25   instance where I felt like he blamed me for

William Crews
November 20, 2020

Page 13

1   something he wasn't sure of, that kind of

2   frustrated me.

3        Q.   What was that instance?

4        A.   It was a trauma.  We were told, you

5   know, medical students typically go see the

6   trauma, first two people there with the patients

7   to get patient stickers, this includes their

8   information, and blankets.  There was another

9   trauma that came in, Joe told me to go to the next

10  room, I went of there.  The attending showed up

11  later started asking about the first patient.  Joe

12  wasn't quite sure and said -- looked at me and

13  said, Will, what happened with that patient.  And

14  I just felt like I was already told to not be --

15  like worry about him, and so I felt like I was

16  being blamed for not knowing what was going on.

17       Q.   And so when you say that you had already

18  told -- who told you not to worry about the

19  patient?

20       A.   Joe.

21       Q.   Oh, okay.  So he just said kind of don't

22  worry about it and then the attending walked in

23  and asked what's going on?

24       A.   Yes, he said go to the next trauma which

25  I did.

William Crews
November 20, 2020

1     Q.    Okay.

2     A.    And then the attending showed up later

3  after the two traumas had already come in asking

4  for reports, asking about the first patient which

5  I really wasn't sure of and Joe looked at me like

6  I should know about it.

7     Q.    So, in your opinion, in that situation,

8  he may have thrown you under the bus a little bit?

9     A.    To me it felt like it.

10     Q.    Okay.  Did you get in trouble with the

11  attending or anything like that?

12     A.    He gave me certain look and as medical

13  students, you know, they don't pay much attention

14  to us but we only have so much time to make an

15  impression.

16     Q.    Did that attending physician ever give

17  you like a poor review or anything because of that

18  or was it just kind of something that happened in

19  passing?

20     A.    It's kind of something that happened in

21  passing.

22     Q.    Okay.  Any other interactions like that

23  where it was problematic?  Were you interactions

24  with generally with Joe positive?

25     A.    My interactions with Joe were generally

Page 15

1    normal working relationship.

2         Q.   Okay.  So you're a PGY3 resident now,

3    correct?

4         A.   Yes, sir.

5         Q.   So when you arrived at UMMC, when you

6    first arrived, what shift -- and your shift

7    starts, what do you first do when your shift

8    starts s?

9         A.   When my shift starts or --

10        Q.   Yes, you're incoming and there's people,

11   you know, it's my -- there's a sign in/sign out

12   process that goes on?

13        A.   For me typically get there before my

14   shift starts and review what's going on with the

15   patients myself before I get sign outs.  And then

16   the resident comes to the workroom that I

17   typically -- that we all have our own workroom

18   designations to get sign outs later that morning.

19        Q.   So I'm assuming there's another PGY3 or

20   2 resident that when you come in in the morning,

21   they've been working the night shift and you're

22   relieving that person from their duties and they

23   kind of tell you, hey, you meet with that person

24   for a moment and they tell you, hey, this is

25   what's going on with the patients or somebody

William Crews
November 20, 2020

1   needs specific kind of care or watch out for this

2   or whatever; is that --

3        A.   Yes, sir.

4        Q.   Okay.  Can you describe that process of

5   what goes on when you're relieving another --

6        A.   So the resident typically comes to the

7   workroom, comes in reviews the patients, onboard

8   us, and any new patients admitted overnight, any

9   acute events and who might need to be seen sooner

10  than later.

11       Q.   Are the med students typically part of

12  this sign out/sign in process?

13       A.   Yes, sir.

14       Q.   Okay.  As a resident now, do you ever

15  check in with the medical students when you're

16  doing your prerounds before your shift starts?

17       A.   Every single day.

18       Q.   Okay.  When you were on the general

19  surgery residency program with Dr. Papin was it

20  typical that the residents would always -- were

21  you typically working with residents on that

22  rotation or was it you're kind of --

23       A.   Yes, sir.

24       Q.   -- on a little bit?

25       A.   Besides times when we were in class or

William Crews
November 20, 2020

Page 17

1    were told by an attending to do something else, we

2    typically were with the interns and residents the

3    entire time.

4         Q.   Did you preround with Dr. Papin ever?

5         A.   A few times.

6         Q.   Okay.  Because there was only like a two

7    and a half week time period where you could get --

8    potentially interacted with him, correct?

9         A.   Yes, sir.

10        Q.   So in that universe of two and a half

11   weeks, about how many times would say you

12   prerounded with Dr. Papin, ballpark?

13        A.   I don't know that I necessarily -- we

14   had formal prerounds in surgery because there were

15   a lot of patients, but I honestly don't remember.

16        Q.   When you say you're not sure if they had

17   formal prerounds on surgery what does that mean?

18        A.   Because there would be 30 to 60 patients

19   on the list so we didn't preround on every single

20   personal but medical students had certain people

21   that were following -- that certain residents were

22   following and we would discuss those patients.

23        Q.   So are you -- you're -- it's kind of

24   because there so many patients and --

25        A.   So it --

William Crews
November 20, 2020

Page 18

1       Q.    -- at the time, it was sort of a divide

2    and concur kind of thing where --

3       A.    Yes, sir.

4       Q.    -- you guys just -- so would you guys

5    just kind of need coverage so everybody could be

6    seen by at least --

7       A.    So there were certain medical -- so

8    medical students only saw so many patients while

9    the residents had more of a patient load, so we

10   would preround on the patients we were asked to

11   follow.

12      Q.    Okay.  So you were doing some

13   prerounding by yourself just because they needed

14   coverage during that time?

15      A.    Right, and it's for our own clinical

16   experience.

17      Q.    Okay.  And so Joe would have been off on

18   his own presumably doing his prerounds by himself

19   because it was just so busy during that time

20   period, correct?

21      A.    Sometimes.

22      Q.    Okay.  There was other residents on that

23   general surgery other than Dr. Papin that you

24   would go do prerounds and rounds with, correct?

25      A.    Yes, sir.

William Crews
November 20, 2020

Page 19

1      Q.    Would you say you did more prerounds and

2    rounds with those other residents than -- as

3    opposed to Dr. Papin?  Did you have like a

4    certain --

5      A.    For me it seemed to be an even split,

6    close to an even split.

7      Q.    Okay.

8      A.    Some days with one resident, some days

9    with Joe.

10     Q.    Was Joe helpful in ever teaching you

11   things or showing you things?

12     A.    I think so at times.

13     Q.    Okay.

14     A.    Whether it was a procedure or something.

15     Q.    Sure.  Now, because you've been at

16   UMMC -- so I'm assuming that this has happened

17   but, you know, what were -- at the end of your

18   shift, right, as a resident, if another resident

19   is tardy or doesn't show -- if another resident

20   is -- I said tardy, or is late to come in to

21   relieve you, what happens typically at that -- do

22   you just have to sit around and wait for them to

23   show up?

24     A.    Yes, sir.

25     Q.    Where would you do that -- if you were

William Crews
November 20, 2020

Page 20

1    on the general surgery, you know, where would you

2    do --

3         A.    I'm not sure if the general surgery, but

4    within internal medicine, my designated work room.

5         Q.    Okay.  And is there like a certain

6    procedure that, hey, it's like been 30 minutes, I

7    was supposed to get relieved at 5:00 a.m.?  Do you

8    reach out to somebody at that point to let them

9    know that I'm still waiting here to be relieved, I

10   don't know where so and so is?

11        A.    I think you just keep trying to obtain

12   contact with the person you're supposed to sign

13   out with.

14        Q.    Okay.

15        A.    I guess if there's absolutely -- if

16   you're -- you would contact the chief resident at

17   that point if it was just to a certain extent.

18        Q.    Okay.  So you would be trying to

19   personally contact the person on their cell phones

20   or page them or something?

21        A.    Yes, sir.

22        Q.    Do the residents -- do you take home the

23   pagers with you?

24        A.    Internal medicine we do.

25        Q.    Okay.  On the general surgery do you

William Crews
November 20, 2020

Page 21

1    remember if they took home the pagers or not?

2         A.    Did not.

3         Q.    Did you have every -- all the other

4    residents -- is there like a list in the room

5    somewhere where you can find everybody's cell

6    phone, like everyone's contact information just in

7    case you need to get hold of somebody quickly?

8         A.    Are you asking for surgery residents?

9         Q.    Yes.

10        A.    I don't know.

11        Q.    Well, not -- just when, you know, did

12   you notice that when you were on the surgery

13   rotation whether there is a quick -- like, for

14   instance, if you needed to get in touch with

15   Dr. Papin and he wasn't working at that time, what

16   would you have done?

17        A.    As a student I would have tried to page

18   him.

19        Q.    Okay.  And then if paging doesn't work

20   was there a mean -- I'm assuming you could just go

21   into the computer and find his cell phone number

22   somewhere?

23        A.    No, you would probably just call the

24   upper level resident at the point if I couldn't

25   find him.

William Crews
November 20, 2020

Page 22

1      Q.   The chief resident?

2      A.   Chief resident I believe, that or just

3    upper level on that specific rotation.

4      Q.   Are you aware of any instances or do you

5    recall any instances where Joe had to be paged or

6    called by somebody because he was not showing up

7    on time for his prerounds or rounds?

8      A.   I don't know.

9      Q.   When you say you don't -- is that you

10   don't recall or you didn't witness that ever

11   taking place?

12     A.   I basically never witnessed it an

13   actual -- I don't know.  I don't know.

14     Q.   Okay.

15     A.   If that was ever a case or not.

16     Q.   Do you recall any other residents ever

17   stating that Joe didn't show up until late for a

18   sign in/sign out?

19     A.   Yes.

20     Q.   When was that?

21     A.   Over the holidays.

22     Q.   Over the holidays.  Which resident had

23   told you that Joe was late coming to do sign in

24   and sign out?

25     A.   Dr. Griffin.

William Crews
November 20, 2020

Page 23

1      Q.   Dr. Griffin, okay.  Was it just like one
2  time or?
3      A.   I don't remember.
4      Q.   What time would -- as a resident would
5  Dr. Papin had -- what time approximately was he
6  supposed to be there each morning?
7      A.   To my understanding as a medical
8  student, residents had to be there by -- surgery
9  residents would typically -- it was -- I don't
10 know whether it was an official rule or not but it
11 was just spoken that need to be present by 6:00
12 a.m.
13     Q.   Okay.
14     A.   However, it was sort of more of my
15 experience with other residents after Joe and
16 before Joe where they would get there about 5:00
17 a.m.
18     Q.   Okay.  And when you say that the
19 incident where Dr. Griffin -- what did Dr. Griffin
20 tell you during the incident with Dr. Papin?
21     A.   I don't exactly remember.  I just
22 remember we were supposed to start rounds and I
23 overheard, I can't remember who it was spoken with
24 or whether it was to me or not, something about
25 Joe being late and we weren't ready for rounds.

William Crews
November 20, 2020

Page 24

1          Q.    Okay.  And that happened during the
2    holiday rotation that you're talking about?
3          A.    Yes, sir.
4          Q.    Okay.  And do you know how late he was,
5    was it 15 minutes, 20 minutes?
6          A.    I don't remember.
7          Q.    Okay.  Did he show up at a later time?
8    Do you recall that?
9          A.    I don't remember.
10          Q.    Okay.  So on that day that you're
11    speaking of did -- do you know if he ever showed
12    up at all?
13          A.    He was on rounds with us.
14          Q.    Okay.  So he showed up.  So was there a
15    delay in starting the rounds because of him
16    potentially being a little late?
17          A.    I don't remember.
18          Q.    Do you recall about how long that -- if
19    there was a delay about how long it would have
20    been?
21          A.    Do not recall.
22          Q.    Are we talking like -- generally
23    speaking, are we talking like an hour that he was
24    late or are we talking, like, hey, yeah, okay, you
25    got to go preround on four patients, it's going to

William Crews
November 20, 2020

1    take like 10 minutes?  Just trying to get a

2    sense -- a general sense of the situation.

3         A.   Yes, I honestly do not recall.

4         Q.   When you applied to be an internal

5    medicine resident at UMMC who wrote your

6    recommendations for you?

7         A.   Dr. Mike McMullen, Dr. Perry, and then I

8    can't remember her last name, she's one of the

9    medicine directors.

10        Q.   Okay.

11        A.   For the preliminary year program.

12        Q.   Who would evaluate you when you were a

13   medical student?

14        A.   Everybody from the intern to the

15   attending, to the upper level -- to the -- I think

16   every resident and an intern had an -- whoever we

17   worked with had an opportunity to evaluate us.

18        Q.   Would you have been evaluated by Dr.

19   Earl when you were on the surgery rotation?

20        A.   I did not rotate with Dr. Earl.

21        Q.   But he was the program director for the

22   general surgery program?

23        A.   He was, but the student -- the medical

24   student director of the surgery program is Dr.

25   Lauren Vick.

Page 26

1        Q.    Okay.

2        A.    She oversees all the medical students.

3        Q.    Understood.  Other than the one incident

4    that you described where you recall someone

5    mentioning that Dr. Papin had not shown up yet so

6    they weren't ready to round, were there any

7    instances other than that one time that you can

8    recall?

9        A.    I don't recall.  Are you asking about

10   being late?

11       Q.    Yes.

12       A.    Regards to other people discussing him

13   being late?  Is that what you're asking?

14       Q.    Sure.

15       A.    No.

16       Q.    I'm going to send over an exhibit to you

17   and it's an e-mail that I think you reviewed so

18   we'll go through that really quickly?

19       A.    Can you say that again?  I'm sorry.

20       Q.    No, you're fine, I'm going to over an

21   exhibit.  Tommy will help you out.  I'm going

22   to --

23            MR. WHITFIELD:  Are you sending it or

24       share screening it.

25            MR. SCHMITZ:  No, I'm going to do the

William Crews
November 20, 2020

1    chat thing.

2          MR. WHITFIELD:  I printed out a copy for

3      him.  We've got it here.

4          MR. SCHMITZ:  Sure.  I'm just going to

5      do it so the court reporter has got it.  So

6      this will be Exhibit 1.

7          (Exhibit 1 marked for identification.)

8    Q.   (By Mr. Schmitz)  Give you a second.  You

9  let me know -- take a look at it and let me know

10 when you're ready to discuss.

11   A.   Yes, sir.

12   Q.   So just to make sure we're looking at

13 the same thing.  This is a January 3, 2017, e-mail

14 sent by you to Ms. Renee Green.  Who is Renee

15 Green?

16   A.   I'm not quite sure.  I think she has

17 something to do with the surgery department, but

18 my understand was that this would be the person to

19 send to just for an evaluation type concern.

20   Q.   Okay.  And do you recall where you were

21 whenever you sent this e-mail?  Would you have

22 been at work this time?

23   A.   What time was it sent?  1:59?  I'm

24 honestly not sure but I think we might have had

25 Christmas break at that time.

William Crews
November 20, 2020

Page 28

1        Q.    Okay.  So you would not have been in the
2    hospital?

3        A.    I don't think so.

4        Q.    Okay.  So it says at the beginning of
5    the e-mail, I've spoken with Dr. Mahoney about a
6    recent experience.  When did you speak to
7    Dr. Mahoney about a recent experience?

8        A.    I think it was right at the end of
9    the -- right before Christmas time.  They split
10   Dr. Mahoney -- I think she at that time was maybe
11   the fifth year resident and they -- they typically
12   do a debriefing with all the medical students they
13   work with and kind of just discuss each rotation,
14   each resident and intern they work with.

15       Q.    So you would have reported these
16   concerns to Dr. Mahoney at some point before
17   Christmas?

18       A.    Can you rephrase the question?

19       Q.    So you would have reported these
20   concerns about your experiences with Dr. Papin at
21   some point before Christmas?

22       A.    Yes, sir.

23       Q.    Okay.  And now I'm assuming that was
24   just verbally you had said that you had had some
25   issues or did Dr. Mahoney ask you if you had had

William Crews
November 20, 2020

Page 29

1    any issues?

2        A.    She asked about working with each intern

3    and each resident and what each service was like

4    with -- and each attending.

5        Q.    Okay.

6        A.    And she asked about -- when we got to

7    Dr. Papin I just said what I saw and at the

8    beginning of the third year medical student year

9    we were always encouraged that if we saw behavior

10   we weren't sure about to talk to it -- about it at

11   the debriefing.

12       Q.    And did she ask you any specific

13   questions to lead into these complaints or

14   anything like that or you were ready to provide

15   her with complaints about Dr. Papin and his

16   behavior.

17       A.    She asked the same sort of questions

18   about each intern and resident and attending.  And

19   then she -- she got to the point where she asked,

20   you know, was there anything you were concerned

21   with with Joe.  And I said what I said.

22       Q.    Okay.  Did she ask about do you have any

23   concerns of -- did she just go down the list of

24   everybody?  Did you have any concerns of this

25   person, this person, this person?

William Crews
November 20, 2020

Page 30

1    A.    Yes, sir.

2    Q.    So she asked that question of everybody?

3    A.    Yes, sir.

4    Q.    And when did this -- so at some point

5    before Christmas and then where would this

6    conversation have taken place?

7    A.    I believe it was at the -- when we

8    were -- she took us for lunch.  We were right

9    before about to go -- it's like a day or so before

10   the -- or might -- I don't exactly remember, but

11   it was pretty much the last end days of our eight

12   week long surgery rotation.

13   Q.    So she takes all the med students one by

14   one out to lunch?

15   A.    No.  Like it was at the hospital.  Just

16   whichever -- it's kind of like she happened to

17   work with us a lot throughout the eight weeks, and

18   so she was just asking about the students that she

19   worked with during that time.  She just asked

20   about their experience.

21   Q.    Okay.  And you said there was some type

22   of debriefing process that --

23   A.    Right, that's what I'm talking about,

24   debriefing meaning just sort of discussing the

25   rotation itself.

William Crews
November 20, 2020

Page 31

```
 1        Q.   Does that happen at the end of all your
 2   rotations or most rotations?
 3        A.   Most rotations, yes, sir.
 4        Q.   So eventually sometime before Christmas
 5   you have a conversation with Dr. Mahoney about
 6   Dr. Papin and then you send this e-mail on
 7   January 3.  Did Dr. Mahoney tell you to put it in
 8   writing and send it over to Renee Green?
 9        A.   She initially did, but I was hesitant to
10   and then I waited and then I did it out of
11   conviction a couple of days later.
12        Q.   Got it.  Got it.  You said you
13   hesitated, what was the hesitation?  Just not
14   wanting to get involved?
15        A.   You know, you never want to cause
16   trouble as a medical student.
17        Q.   That's fair enough.
18        A.   And I never want to tattle on anybody.
19        Q.   Right, right.
20        A.   But felt like I was doing the right
21   thing.
22        Q.   She encouraged you that you needed to
23   report though, specifically about Dr. Papin?
24        A.   She said if, you know, that's something
25   you might want to report.  I can't remember her
```

William Crews
November 20, 2020

Page 32

1    exact words, but she didn't by any means coerce me

2    into it.

3           Q.    Sorry, excuse me.

4                 So in your e-mail you start off by

5    saying you had spoken with Dr. Mahoney about a

6    recent experience with -- had with Dr. Joe Papin.

7    You said I was told it would be confidential in

8    reporting my concerns.  It wasn't that

9    confidential because you're here, right.  You

10   started off saying -- you said, I will start off

11   by saying that I have had a -- I have not -- never

12   had a problem with any of the residents during my

13   entire surgery rotation.  Never really had a bad

14   evaluation with anyone and I understand that

15   different personalities can collide but patients

16   are still treated -- what do you mean by different

17   personalities can collide?  Was there some type of

18   tension?

19          A.    There's always time when people don't

20   necessarily get along but -- or they don't

21   understand each other's personalities, their sense

22   of humor, but that doesn't necessarily affect

23   what, you know.

24          Q.    Did you sense that there was some

25   tension between Dr. Mahoney and Dr. Papin?  Or

William Crews
November 20, 2020

Page 33

1    Dr. Papin with any of the other residents?

2         A.    I can't remember specifically, no.

3         Q.    Okay.

4         A.    But I think that there might have been

5    some disagreements between Dr. Mahoney and

6    Dr. Papin perhaps.

7         Q.    Okay.  You can't recall what those were?

8         A.    No, sir.

9         Q.    As a medical student you wouldn't really

10   be privy to that kind of stuff?

11        A.    Tried to stay out of it as a medical

12   student.

13        Q.    You go on to say, I only worked with Joe

14   on one rotation and we never had any real

15   confrontation, but I saw things that alarmed me.

16   He seemed to always show up late for rounds

17   without actually seeing any of his patients.  And

18   I understand that happens but he would lie to

19   residents about things being done.

20             So him showing up right before rounds,

21   about how many times would you say that that may

22   have occurred or that --

23        A.    So going back and looking at this, for

24   me to say always, I don't know that that's

25   correct.  I would probably change it to sometimes.

William Crews
November 20, 2020

Page 34

1     Q.   Okay.

2     A.   Because I can't say something always

3  happened because I, you know, but I was with him

4  beginning of the -- my rotation and then on the

5  holidays and I would say half and half.

6     Q.   And so is it possible that Dr. Papin --

7  I'm just talking is a possible -- for Dr. Papin to

8  have shown up, been doing his prerounds without

9  you guys crossing paths because you were doing

10  your own thing and he was doing his own thing?

11     A.   Certainly anything is possible, but from

12  my experience with other interns that just was

13  never the case.

14     Q.   Okay.  And is it -- and, again, you

15  stated before that because that service was very

16  busy at that time that there was -- there was --

17  there wasn't as much shadowing going on; is that

18  correct?

19     A.   Yes, sir, probably.

20     Q.   Because it was the holidays -- it was

21  the holiday schedule, correct, so everybody was

22  sort of thin, it was thin scheduling?  Would it --

23  you're just shaking your head yes, sorry.

24     A.   I'm sorry, I'm thinking.  I'm nodding

25  with -- I'm listening.

William Crews
November 20, 2020

Page 35

1      Q.    Oh, yes, yes, yes.

2      A.    I'm honestly not sure.

3      Q.    Would you say during the holiday time

4    you guys were a little understaffed as opposed to,

5    you know, based on maybe patient acuity?

6      A.    Probably.

7      Q.    Okay.  And so when that type of thing

8    takes place, again, you guys have to just sort of

9    put the fires out and a little maybe, maybe you're

10   doing a little bit more independent work than

11   maybe what would normally take place?

12     A.    As a medical student I did not

13   understand that that would be the case, I always

14   assumed things worked like normal -- normal

15   patient care.  In my experience on internal

16   medicine as a resident now, to look back on that,

17   I still feel like -- and I can't speak because I'm

18   not a surgeon, but still felt like we had the

19   appropriate staffing for those things, so I'm not

20   sure if it's an under -- an unsecured amount of

21   staff to take care of patients.

22     Q.    Okay.  But you did -- you mentioned

23   before there was like 30 or 60 patients or

24   something that --

25     A.    Yes, sir.

William Crews
November 20, 2020

Page 36

1    Q.   And how many medical students and

2    residents would be responsible for prerounding on

3    those 30 to 60 patients?

4    A.   Two medical students, two interns, two

5    upper level residents, and then an attending.

6    Q.   So one attending, two residents.  And

7    the attending and the residents are the only ones

8    who can actually do anything, correct, like

9    medically do anything?  As a medical student

10   you're not allowed to do anything unless you're --

11   A.   I'm not allowed to make major medical

12   decisions, no.

13   Q.   Okay.  Correct.

14   A.   As a medical student.

15   Q.   So there would have been Dr. Papin,

16   another resident, and an attending, and they had

17   to make all the medical decisions for that group

18   of 60 people, correct?

19   A.   Including the other intern and the other

20   resident.

21   Q.   Okay.  Yeah, right, right.  So, yes,

22   okay.  And when you were doing -- were the

23   patients all located in one centralized area, were

24   they on different floors?  Were there --

25   A.   Different floors.

William Crews
November 20, 2020

Page 37

1      Q.    The third floor, okay.  And were there
2  any patients located anywhere else?
3      A.    I don't remember.
4      Q.    Do the patients -- is it the entire
5  third floor?
6      A.    It ranged between second floor to fifth
7  floor.
8      Q.    No, no.  I mean, where general surgery
9  where the patients you would be seeing and having
10  to do prerounds on, that would be all on the third
11  floor?
12      A.    It ranged from -- it could be on the
13  second floor, the third floor, or the fourth
14  floor, or any floor in the hospital.
15      Q.    So is it possible that when you believed
16  that Dr. Papin had not shown up to do his
17  prerounds is it possible that Dr. Papin could have
18  been on an entirely different floor from you and
19  there's no way you would have even bumped paths
20  with him?
21      A.    It's possible.
22      Q.    How typical is it for residents to
23  sometimes be a little late?  It happens, you sleep
24  in, because you get up really early, right?
25      A.    Yes, sir.  In my experience, very, very

William Crews
November 20, 2020

Page 38

1    few times because it's very serious.

2        Q.    Sure.  It does happen though from time

3    to time because we're all human beings, correct,

4    though?

5        A.    Probably.

6        Q.    Have you ever been late to a shift?

7        A.    Once, my second year of residency.

8        Q.    Do you recall any of the patients

9    that -- because you said he would lie to the

10   residents about things he had done or patients

11   that he had seen.  Do you recall any of the

12   patients that he had stated that he had seen but

13   you believed he had not seen?

14       A.    At first I didn't know he hadn't seen

15   them, but when I was asked to follow-up with a few

16   different patients and I would say Dr. Papin

17   discussed this with you this morning, they would

18   say I haven't seen Dr. Papin.  I didn't think

19   anything at first when it was the first patient,

20   but after it happened a third time that's when I

21   got concerned.

22       Q.    And why would you think that Dr. Papin

23   had saw that patient that day?  Was there like a

24   notation on --

25       A.    Because when we rounded on the full

William Crews
November 20, 2020

Page 39

1    rounds he would report on them.

2        Q.   **You stated before sometimes that you**

3    **can't preround on everybody when it's really busy,**

4    **right?**

5        A.   So in terms of prerounding altogether?

6    I might have misunderstood the question

7    previously, no.  But my understanding is prerounds

8    every patient should be seen prior to rounds.

9    That was my understanding at the time as a medical

10   student.

11       Q.   **Okay.  And is that in reality what**

12   **happens every day?**

13       A.   Under my internal medicine service,

14   absolutely.

15       Q.   **What about when you were doing general**

16   **surgery, everybody was always prerounded on 100**

17   **percent of the time?**

18       A.   That's what my upper level resident told

19   me.

20       Q.   **Okay.**

21       A.   That's what was expected of us.

22       Q.   **Sure.**

23       A.   Or expected of them, at least that's

24   what my understanding was.

25       Q.   **On the -- during the holiday rotation**

William Crews
November 20, 2020

Page 40

```
1    would that happen every single day even though it
2    was a little thing?
3         A.    So can you rephrase the question?
4         Q.    When you were on the holiday rotation
5    with Dr. Papin during the holiday season, did that
6    happen everybody was always prerounded on every
7    single time even though it was busy and it
8    wasn't --
9         A.    I don't know.
10        Q.    When you would talk to the patients, the
11   patients that you mentioned, the two or three
12   patients that you mentioned, who you said
13   Dr. Papin saw you this morning and they said no,
14   where there's no -- had Dr. Papin made notations
15   on their chart that he had actually seen them?
16        A.    I'm not sure.  I just know he would
17   discuss them on rounds and then when I was asked
18   to go see them to help, whether it was take off a
19   bandage or something and try to bring up what was
20   previously discussed about them, the patient would
21   be -- say, I haven't seen anybody this morning.
22        Q.    Did you specifically ask them if they
23   had seen Dr. Papin?
24        A.    No.  My general way of trying to connect
25   with the patient always as a student, which we
```

William Crews
November 20, 2020

Page 41

1    were encouraged to do was always bring up what you

2    previously discussed, and that kind of -- because

3    patients often get confused or something.  And

4    that's why I'd always say, you know, Dr. Papin

5    discussed this with you this morning, early this.

6    And they would say they haven't seen that person.

7        Q.    Okay.  Are there records or logs kept on

8    who was seeing who which day?

9        A.    I'm not sure.  I mean, there's -- we

10   type notes every day.

11       Q.    And typically when someone is -- I'm

12   assuming on the general surgery rounds you're

13   seeing patients that are just recovering from

14   surgery most of the time, correct?

15       A.    Sometimes.  Sometimes it's a surgery

16   patient that has a post-op infection or something.

17       Q.    Right.  Okay.  Would it be common for

18   those patients especially the post-op surgery,

19   they would be on pain killers, medicines of the

20   sorts?

21       A.    Probably.

22       Q.    Sedated?

23       A.    If they were sedated they were in the

24   ICU and we never -- medical students never saw ICU

25   patients.

William Crews
November 20, 2020

1    Q.    Okay.  But a lot of times they would be

2  on some type of -- when someone is recovering from

3  surgery, typically in the general surgery unit

4  they are on some type of -- either -- whether it

5  be Morphine or pain -- some other type of pain

6  killer; is that correct?

7    A.    I'm not quite sure, just some -- maybe

8  one patient might have been on pain meds, someone

9  else might have been on antibiotics.

10    Q.    Sure, sure.  Right.  Do you know whether

11  some of the patients who had reported to you that

12  they had not seen anybody yet, were there -- do

13  you recall one way or the other whether they had

14  been under the influence of any narcotics or pain

15  medications?

16    A.    I don't know.  I don't recall.

17    Q.    What are the side effects typically of

18  the drugs that are given to people who are

19  recovering from surgery to alleviate pain?  Would,

20  you know, drowsiness be one of the side effects

21  for those medications?

22    A.    I'm not sure because I'm internal

23  medicine -- as a student I felt like I could talk

24  to my patients okay, but as a physician now I'm

25  not sure I can qualify to comment on post-op

William Crews
November 20, 2020

1   surgical patients experiences because I don't see

2   them enough.

3        Q.   Right, but what I'm getting at is that

4   potentially these people -- a lot of these people

5   that you would see during the general surgery,

6   they were under the influence of narcotics or were

7   being given narcotics at that time, correct?

8        A.   I don't know about narcotics.  Maybe --

9        Q.   Narcotics, pain killers, muscle

10  relaxers, those kind of things, correct?

11       A.   Some of them may have been on them.

12       Q.   Okay.  And based on your experience as a

13  doctor, I'm not just -- I'm just saying in

14  general, but based on your experience as a -- I'm

15  not asking you to do a medical opinion, but

16  someone who is under the influence of pain

17  killers, narcotics, or muscle relaxers, are they

18  typically kind of out of it a little bit, drowsy?

19       A.   Sometimes.

20       Q.   When you're doing prerounds with

21  people -- what does a preround consist of?  Do you

22  just -- if a patient is sleeping do you even wake

23  them up?

24       A.   We were -- as a medical student I was

25  always instructed to because you have to know if

William Crews
November 20, 2020

Page 44

```
 1   they can wake up, if they're alert.
 2        Q.   Okay.  And prerounds, is that -- so
 3   basically a preround would consist of what?  You
 4   go in the room, you talk to them for a moment, see
 5   how they're feeling?
 6        A.   Vitals.
 7        Q.   Take their vitals and then get out?
 8        A.   You look through their most recent
 9   vitals, you wake them up, ask them about their
10   orientation, if they're alert and oriented.  You
11   do a physical exam and ask about, you know,
12   problems pertaining to their admission.
13        Q.   Okay.
14        A.   And how they're doing.
15        Q.   How often are their vitals taken by the
16   nurses?
17        A.   Typically every four hours.
18        Q.   So the patients that said that they had
19   not seen anybody that wouldn't actually be true
20   because every four hours their vitals are getting
21   taken by somebody, right?
22        A.   They would say I haven't seen Dr. Papin.
23        Q.   Okay.
24        A.   And I don't know that this was every
25   patient but some of them that was the case.
```

William Crews
November 20, 2020

1        Q.    Okay.  The next sentence in Exhibit 1

2    that we're looking at you said, if there were

3    moments when he was caught doing the wrong thing

4    he would blame the medical student for his own

5    error.  That only happened with you the one time

6    that you previously mentioned before, correct,

7    that one incident?

8        A.    Yeah, if I could change my phrasing, I

9    didn't want to say it happened to me because I

10   didn't want to tell them so I tried to phrase it

11   in a more generic way.

12       Q.    Okay.  And personally with you, you just

13   only had that one kind of --

14       A.    Yes, sir.

15       Q.    -- where he looked at you and said, hey,

16   what's up with the patient, but, you know, you

17   though he had been watching that patient, correct?

18       A.    Yes, sir.

19       Q.    Okay.  And there were other instances s

20   where other people told you about specific

21   instances that you recall?

22       A.    Yes, but I can't remember specifics what

23   the other students told me.

24       Q.    Okay.  Just generally.  About how many

25   other students told you that he had thrown, you

William Crews
November 20, 2020

Page 46

```
 1    know, blamed them for something or thrown them
 2    under the bus?
 3         A.   So typically -- I can't remember exactly
 4    how many students are on a rotation and how many
 5    are allocated to each service, but it could have
 6    been anywhere from four to six other students
 7    because that was the surgery group itself that had
 8    just rotated that was finishing surgery.
 9         Q.   And are you aware of whether any of
10    these other students ever made complaints to
11    either Dr. Mahoney or anybody else regarding
12    Dr. Papin?
13         A.   No, sir.
14         Q.   If a resident doesn't show up for the
15    sign in/sign out kind of process, wouldn't the
16    other resident who was waiting to be relieved be
17    jumping up and down telling everybody that where
18    is this guy and all that kind of stuff?  Wouldn't
19    that be sort of an event that would take place?
20         A.   Maybe, you know, as a medical student I
21    just tried to keep my head down and not make
22    anybody mad.
23         Q.   And to the best of your recollection you
24    had only heard at least whether it was -- I wasn't
25    sure -- you said you heard another resident
```

William Crews
November 20, 2020

1    mention that, you know, we're not ready to do

2    rounds yet because Joe is not here yet.  Was that

3    another resident who said that?

4        A.   Yes, sir.

5        Q.   Was that the resident who was waiting to

6    be relieved?

7        A.   I don't think it could have been because

8    Dr. Griffin was on that day and it would be the

9    person behind him, so.

10        Q.   Okay.  So other than that one instance

11    that was the only time that you had heard at least

12    another resident mention that Joe had not shown up

13    yet, we're not, you know, it's delaying our

14    ability to do rounds, correct?

15        A.   Yes, sir.

16        Q.   Are you guys hearing background

17    information?  The people next door are being a

18    little loud.

19        A.   No, sir.

20             MR. WHITFIELD:  No.

21        Q.   (By Mr. Schmitz)  Okay.  Good.

22             During your third year as a medical

23    student about what time would you get to the

24    hospital?

25        A.   3:30.

Page 48

1        Q.   3:30.  And about what time would

2   Dr. Papin as a resident, PGY1 resident have to get

3   to the hospital?

4        A.   It varied.  Sometimes I saw him at 5:00

5   in the morning, sometimes I didn't see him until

6   7:00 a.m.

7        Q.   During your transition from being a

8   medical student to a PGY1 resident was that a

9   difficult transition?

10        A.   The first month was.

11        Q.   Okay.  And how so?

12        A.   Just taking on the responsibility.

13        Q.   The additional responsibilities of

14   having to make medical decisions?

15        A.   Keeping up with people.

16        Q.   Okay.

17             MR. SCHMITZ:  I'm going to take a really

18        quick bathroom break and then I'll be right

19        back.

20             (A brief recess was taken.)

21        Q.   (By Mr. Schmitz)  Going back to Exhibit 1,

22   Dr. Crews.  You stated in the end of the e-mail --

23   and one other thing I want to go back.

24             So on January 3 when you had sent this

25   e-mail you had not spoken with Dr. Mahoney at all or

William Crews
November 20, 2020

Page 49

1   nobody had contacted you from UMMC at all to prompt

2   you to send this e-mail at the time when you sent

3   it?

4       A.   No, sir.  I just was praying about it a

5   lot before I did it.

6       Q.   Okay.  And was -- but she had asked you

7   at least a couple of days before to the best of

8   your recollection to send something over to Renee

9   Green just to --

10          MR. WHITFIELD:  Object to the form, you

11      can answer.

12      Q.   (By Mr. Schmitz)  You can answer.

13      A.   At the time when I brought it up at her

14  debriefing she said if that's true that's

15  something that typically should be reported.  I

16  can't say that was her exact words that she said

17  but, yes, she said something about sending it in

18  if that's what happened.

19      Q.   Are you aware that there was another

20  resident who had sent in a complaint within

21  minutes of you also sending in your complaint?  A

22  Dr. Muncie?

23      A.   No, sir.

24      Q.   Had you talked to Dr. Muncie at all that

25  day about Dr. Papin on January 3?

William Crews
November 20, 2020

Page 50

```
 1        A.    No, sir.
 2        Q.    Okay.  At the end of --
 3        A.    Can I correct myself?
 4        Q.    Yes.
 5        A.    If I was reached out to I do not
 6   remember but however, I do not -- if someone
 7   contacted me about saying something I do not
 8   remember them doing that.  I note -- but I can say
 9   I was not coerced into it.
10        Q.    Right.  And I'm not saying that you were
11   coerced in it, but I'm just looking to see if was
12   there -- if you recall whether there was an effort
13   on that day to sort of end up, you know --
14        A.    Yes, no, I just don't -- if there was I
15   don't remember it.  I just don't want to lie and
16   then you find some message saying -- about what we
17   talked about.  Yeah.
18        Q.    No, no, you've been very truthful and
19   honest so far and I appreciate that.  And I'm not
20   trying to, like, catch you in any kind of thing.
21        A.    Right, and I'm just trying to make sure
22   I clarify.
23        Q.    Sure, I appreciate that.
24              Okay.  So at the end of the e-mail its
25   seemed like -- you said, it seems like he didn't
```

William Crews
November 20, 2020

Page 51

1    really care about whether patients were actually

2    being taken care of or not.  What made you form

3    that opinion?

4         A.   By the time -- when I would go see

5    patients in the morning and then when I'm supposed

6    to preround with Joe, and that would be the time I

7    couldn't find him, and then we'd formally round

8    and he'd report on them and I would see the

9    patient afterwards because as medical students we

10   only had a few patients, so we were told to

11   repeatedly see them throughout the day.  And they

12   would say, I haven't spoken to that doctor.  And

13   after the, you know, by the third or fourth

14   patient it really broke my heart that that was the

15   case because --

16        Q.   Is it common for patients not to know

17   who saw them or to forget things like --

18        A.   I mean, I think it's reasonable for them

19   to forget details but someone that I've seen four

20   times that day I just felt like it was a

21   reasonable thing to remember.

22        Q.   Right, but in the hospitals that --

23   there's sort of an influx of people always coming

24   into the patient's rooms, correct, especially in

25   the, you know, to take vitals, to ask some

William Crews
November 20, 2020

Page 52

1    questions, they're waking them up throughout the

2    night, isn't that the normal course of business?

3        A.    Yes, sir.

4        Q.    And especially during the preround time

5    period when you would have been -- or Dr. Papin

6    would have been doing prerounds or you would have

7    been doing prerounds on patients, that would have

8    been that 5:00-6:00 in the morning?

9        A.    So when I saw them it was typically

10   around 5:00 a.m., 6:00 a.m.

11       Q.    Okay.

12       A.    That was my own rounding, you know,

13   because we -- when I say prerounds, medical

14   students also do their own form of prerounds prior

15   to actual prerounds where you see them -- where

16   the medical students see them with the set

17   resident before formal attending rounds.  So I

18   would see them maybe around 5:00 a.m., 6:00 a.m.

19   At that time they would be sleeping, but then

20   typically I would see them with the resident to

21   formulate my presentation prior to formal rounds

22   around 9:00, 8:00 or 9:00.

23       Q.    Okay.  So is it possible that Dr. Papin

24   could have been seeing some of these folks and

25   they were just kind of waking up or like half

William Crews
November 20, 2020

Page 53

1    asleep and not remembered or not been able to

2    distinguish between a male nurse or a doctor or,

3    you know, there's a million different

4    possibilities wouldn't that be true?

5        A.    It's possible.

6        Q.    And you said at the end here, I don't

7    say this to ruin someone's career, I say this out

8    of conviction for the sake of patients.

9              So would it be -- and just based on --

10   and I'm not asking you -- but based on your

11   formal, you know, just kind of you're a resident

12   and you know how if someone is terminated from a

13   residency program they're pretty much done,

14   correct?

15             MR. WHITFIELD:   Object to the form.

16       Q.    (By Mr. Schmitz)   You can answer if you

17   can.

18       A.    I don't know.   I mean, I've seen people

19   not do well in a particular residency and start

20   over but, you know, I don't know the logistics of

21   all that.

22       Q.    But if someone is terminated for not

23   academic reasons, if someone is terminated for

24   other reasons, is it very typical based upon your

25   knowledge of residency programs and matching and

William Crews
November 20, 2020

Page 54

1   all that for that resident to potentially match

2   into another program?

3               MR. WHITFIELD:  Object to the form.

4               THE WITNESS:  I don't know to be honest.

5        Q.    (By Mr. Schmitz)  Have you had any friends

6   or colleagues that have -- other than Dr. Papin,

7   that have had to leave a resident -- been terminated

8   out of a residency program that have landed in other

9   residency programs somewhere else afterwards?

10       A.    I know one person but I don't know the

11  exact logistics of everything so I don't know if I

12  can exactly comment yes or no.

13       Q.    That's fair.  That person was

14  terminated, the one that you're thinking of?

15       A.    Yes.

16       Q.    And they're at a different residency

17  program now somewhere else?

18       A.    Yes, sir.

19       Q.    Do you know why that person was

20  terminated?

21       A.    My understanding at the time was that

22  they just couldn't withhold the responsibilities

23  expected of them and they just said, okay, and

24  they tried again.

25       Q.    Did they try in a different maybe lower

William Crews
November 20, 2020

Page 55

1  level type of program, you know, like, they were

2  in surgery and then they just went down to like

3  family medicine or something after that, something

4  that might be a little easier?

5      A.   I don't know if you -- I don't know.  I

6  don't if it would be considered the same playing

7  field or not.

8      Q.   Surgery --

9      A.   I don't know.

10     Q.   In the spectrum of residency programs,

11  general surgery residencies are typically some of

12  the most competitive and difficult residency

13  programs to go through, correct?

14     A.   I know that they're -- I think all

15  residencies are difficult programs, but I think

16  surgery is among sort of the middle of the pack of

17  residencies kind of like any other -- I'm not

18  quite sure it's --

19     Q.   Sure.

20     A.   -- but, I know that it -- I don't know

21  it to be like dermatology or plastic surgery --

22  integrated plastics, which are known to be very,

23  very competitive.

24     Q.   Okay.  Yeah, I just -- I'm just asking

25  your opinion.

William Crews
November 20, 2020

Page 56

1      A.    Yeah.   And to be honest, I really

2  don't -- I'm not sure.

3      Q.    Okay.   Fair enough.   Do you recall

4  testifying back at Dr. Papin's appeal hearing?

5      A.    Yes, sir.

6      Q.    And do you recall testifying that there

7  was a female medical student that Dr. Papin had

8  made uncomfortable?

9      A.    So my understanding of that whole event,

10  Dr. Papin never did anything inappropriate, he

11  never made any sort of inappropriate gestures

12  towards her.   I think the female medical student

13  mentioned somewhere -- I didn't even have it --

14  she mentioned somewhere that she was uncomfortable

15  around him I think maybe as anyone could say

16  sometimes, I went on a date with this person and I

17  didn't feel comfortable.   I feel that Dr. Papin

18  never did anything inappropriate or disrespectful

19  towards that medical student.

20      Q.    Okay.   You recall testifying -- when

21  did -- who was this -- do you recall the female

22  medical student's name?

23      A.    Yes.

24      Q.    What's her name?

25            THE WITNESS:   Do I have to say it?

William Crews
November 20, 2020

Page 57

1          MR. WHITFIELD:  Yes, you have to answer.

2          THE WITNESS:  Jessica Arnold.

3      Q.   (By Mr. Schmitz)  Say that -- Jessica

4  Arnold, is that what you said?

5      A.   Yes, sir.

6      Q.   And when did Ms. Arnold come and tell

7  you that Joe was making her feel a little bit

8  uncomfortable?

9      A.   She did not specifically come to me

10 about this.  This was something I think she

11 discussed in her debriefing.  I think it was on --

12 my understanding, meant to be -- it's not

13 something to made a deal of.  I don't know that it

14 was a direct intention towards Dr. Papin's

15 character by any means.

16     Q.   Okay.  And when you said during her

17 debriefing, so she would have relayed that to --

18     A.   No, she said it privately.

19     Q.   Just to you kind of in passing?

20     A.   Just to me.  My understanding -- I'm not

21 sure of the details.  I think she discussed it

22 with another resident privily.

23     Q.   Okay.  So another resident had told you

24 that she had discussed that with them privately?

25     A.   I think.  I do not recall the exact way

William Crews
November 20, 2020

Page 58

1    I heard about it but it is something where it was

2    to meant to be in passing conversation where they

3    were just confiding, not something to be reported.

4         Q.   Sure.  And she didn't actually have a

5    direct conversation with you about this ever?

6         A.   No, sir.

7         Q.   Okay.  How did Dr. Earl in the appeals

8    hearing come to know about that?  Did they ask you

9    about that?

10        A.   They asked me about it.  I don't know

11   how he knows about it.

12        Q.   Okay.  You're not aware of whether she

13   had actually ever sent an e-mail or complained

14   about it?

15        A.   No, I have no knowledge of that.

16        Q.   Okay.  And based on your testimony, you

17   had just stated that basically that she had felt

18   that Dr. Papin would try to do his prerounds with

19   her over you sometimes because maybe he wanted to,

20   you know, be friendly with her or, you know, try

21   to flirt with her?

22        A.   Yeah, maybe he was just trying to talk

23   more with her.  I'm not quite sure.  Normally

24   medical students go towards the trauma pages, that

25   is the standard, that's what's kind of always been

William Crews
November 20, 2020

Page 59

```
 1   done and I think there were times where he wanted
 2   to go with her instead of me, which was not, you
 3   know, out of the ordinary.
 4        Q.    Okay.  So nothing ever struck you until
 5   you had potentially heard through somebody else
 6   that she had said, like, hey, he seems to be like
 7   fond of me or something like that?
 8        A.    Yes, that's it.
 9        Q.    Did you ever actually catch Dr. Papin
10   walking in right before rounds?
11        A.    Once.  Over the holidays.
12        Q.    Okay.  That's that one time when the
13   other resident had mentioned that he was a little
14   delayed because he was late getting there?
15        A.    Yes, sir.
16        Q.    Do you know if anyone ever investigated
17   or confirmed the allegations regarding Dr. Papin
18   not showing up on time to do his prerounds?
19        A.    I have no knowledge of that.
20        Q.    Can you think of any ways where UMMC if
21   they had wanted to figure out whether Dr. Papin
22   was showing up on time, any specific things that
23   they might have easily been able to conduct such
24   an investigation?
25        A.    No, I do not.
```

William Crews
November 20, 2020

Page 60

```
1        Q.    Well, you're a resident now, so if you

2   were -- let's say you had a tardiness problem,

3   what types of measure would you think that --

4        A.    They --

5        Q.    UMMC like, if you're --

6              COURT REPORTER:  Hold on.

7              MR. WHITFIELD:  Y'all are talking over

8        each other.  Let him ask the question before

9        you try to answer.

10       Q.    (By Mr. Schmitz)  Yeah.  Are there certain

11  things that you do in the morning that would create

12  time stamped records of things that you do like

13  swiping your parking card in, swiping to get into

14  the lounge, stuff like that?  Or when you preround

15  on a patient and you say, okay, vitals look strong,

16  would that create a time stamp record in the

17  computer systems or any type of electronic system

18  that could be independently verified?

19       A.    I'm not aware of independent

20  verification.  I do know that we swipe our badges

21  to the garage every day, but not everyone uses the

22  garage.  Some people use the front entrance.  From

23  the internal medicine side everything is resident

24  run.

25       Q.    Okay.  And when a sign in/sign out is
```

William Crews
November 20, 2020

Page 61

1    done there's some type of, okay, I'm here at 6:00

2    a.m., and then both people sign out, and then

3    these are your patients, good luck today, right?

4         A.    There is verbal communication from the

5    internal medicine side.

6         Q.    Is there any, you know, it's -- my

7    understanding is it's called the sign in and sign

8    out process; is that correct?

9         A.    I don't know if they do anything like

10   that on surgery.

11        Q.    Do they -- but is there some type of

12   logbook that, like, okay, I'm Dr. Papin and I'm

13   out and I'm now leaving and it's 602 p.m.?

14        A.    I'm not aware.

15        Q.    Okay.  Do you do anything like that in

16   internal medicine?

17        A.    We make ourselves -- it's a recent

18   update, we make ourselves available to be

19   contacted through our electronic health records.

20        Q.    In doing prerounds is there any kind of

21   electronic record or things that are generated

22   because of that?

23        A.    Not that I'm aware of.

24        Q.    Okay.  Are you aware of if anyone ever

25   followed up with -- is it Dr. Arnold, the female

William Crews
November 20, 2020

Page 62

1    medical student you mentioned before, did anyone

2    ever follow-up or investigate those claims

3    regarding her and Dr. Papin?

4        A.    Not that I'm aware of because they felt

5    like it was not something that was actually wrong

6    that Joe had done.

7        Q.    Did HR ever reach out to you regarding

8    that complaint or did anybody ever get involved?

9        A.    Do not.

10       Q.    Do you know if HR or anybody had ever

11   reached out to Dr. Arnold?

12       A.    Do not.

13       Q.    What was her first name again, I'm

14   sorry?

15       A.    Jessica.

16       Q.    Jessica, Jessica, okay.

17             Did Dr. Mahoney ever share her

18   experience with Dr. Papin regarding a patient who

19   had a decubitus ulcer?

20       A.    Not with me.

21       Q.    Does that ring any bells at all?

22       A.    Not directly to me.  I've heard that

23   discussion, I think, one time, but nothing was

24   ever discussed with me about it.

25       Q.    What did you hear about that discussion?

Page 63

1           MR. WHITFIELD:  Hold on.  I'm going to
2       impose an objection.  If it's anything that
3       you and I discussed don't answer.
4           THE WITNESS:  No.  I mean, I heard
5       discussion there's -- that patient with
6       decubitus ulcer, that could have been a
7       completely different patient because we often
8       see decubitus ulcers.
9       Q.   (By Mr. Schmitz)  Right.  Was there a
10  specific -- any -- between -- discussions between
11  you, Dr. Mahoney, any employees at the hospital, not
12  Tommy, regarding Dr. Papin potentially misdiagnosing
13  a patient with a decubitus ulcer?
14      A.   No, sir.
15      Q.   You're mother Karen Crews, she works at
16  UMMC as well?
17      A.   She's retired.
18      Q.   She's retired.  When did she retire?
19      A.   2013.
20      Q.   Are you aware whether the attorney
21  sitting next to you today, Mr. Whitfield, did he
22  represent your mother previously in a racial
23  discrimination case back in 2013/14 around then?
24      A.   I learned that about a week ago.
25      Q.   Okay.  And I'm assuming you learned of

William Crews
November 20, 2020

Page 64

1    that because Mr. Whitfield let you know that he

2    had represented your mom at some point in the

3    past?

4         A.   My mom.

5         Q.   I got you, okay.

6              Had you ever met Mr. Whitfield back

7    during that time when your mom's case was going

8    on?

9         A.   No, sir.

10        Q.   You would have been in probably college

11   back then, right?

12        A.   Yes, I didn't know anything about it

13   until --

14        Q.   Until just a week ago?

15        A.   Yes.

16        Q.   Sorry, I'm almost done, I'm just trying

17   to make sure I've covered everything I wanted to

18   cover with you.

19             All right.  If you'd give me two minutes

20   and I'll be right back and then we'll -- we're

21   probably done.

22             MR. WHITFIELD:  All right.

23             (A brief recess was taken.)

24             MR. SCHMITZ:  Okay.  I have no further

25   questions.  So just wanted to -- you have the

William Crews
November 20, 2020

Page 65

1   right to review the transcript.  It's called

2   you can either read the transcript or you

3   waive your right to read the transcript.  If

4   you believe that she's -- the court reporter

5   Dawn has taken down everything that you

6   stated accurately then you can agree, most

7   people waive, but I'll leave that up to you

8   and your counsel to decide.

9         MR. WHITFIELD:  We're going to read and

10  sign, but I've got a couple of things I just

11  want to clear up.

12        MR. SCHMITZ:  Oh, you're going to do

13  questions?

14        MR. WHITFIELD:  Just for a few minutes.

15        MR. SCHMITZ:  No problem.  Now, we said

16  we were going to get out of here at 1:00

17  Tommy, I lived up to my word and --

18        MR. WHITFIELD:  I was just asking when

19  you were going to finish, not when I was

20  going to finish.

21        MR. SCHMITZ:  I held up my end of the

22  bargain, now you're making us longer.  Come

23  one.

24        MR. WHITFIELD:  I'll tell you this, mine

25  won't last long.

William Crews
November 20, 2020

1          MR. SCHMITZ:  All right.  Go ahead.

2   EXAMINATION BY MR. WHITFIELD:

3      Q.    I just want to clarify, you talked about

4   the number of rounds you do every morning.  How

5   many rounds do you as a med student --

6      A.    I do my own personal what we call --

7   it's redundant, but pre-preround and prerounds

8   with the resident following that patient and then

9   four more rounds with the attending.

10     Q.    So you would see patients early?

11     A.    Yes, sir.

12     Q.    Then you would -- but you always see the

13  patients with the resident?

14     A.    That was the pattern we were supposed to

15  follow.  It was preround -- pre-preround by myself

16  so that I could present to the resident on

17  prerounds.  And then that way we would be ready

18  for formal rounds with the attending.

19     Q.    All right.  So you had what we call

20  pre-preround by yourself, and then you would

21  present at preround to the resident and y'all

22  would see the patient together?

23     A.    Yes, sir.

24     Q.    And then you would have formal rounds

25  with the rest of the team and the attending?

Page 67

1      A.   Yes, sir.

2      Q.   And when you would go to formal rounds I

3    believe your testimony is that Dr. Papin would

4    talk about patients that y'all had not seen

5    together?

6           MR. SCHMITZ:  Objection to form.

7      Q.   (By Mr. Whitfield)  You can answer?

8      A.   Yes, sir.

9      Q.   And why did you believe he was not

10   seeing those patients?

11     A.   So kind of what I talked about earlier,

12   I would, you know, refer back to what the patient

13   said, you know, Dr. Papin might have discussed

14   this with you when he came and saw you, because it

15   seemed like he would present -- on full rounds

16   since we didn't seem them together, he would just

17   present when I would normally present as we had

18   saw them together, and they would say I never saw

19   this doctor this morning.  And I thought maybe,

20   oh, maybe I'm just wrong, but by the fourth

21   patient that's when I felt like he wasn't being

22   truthful.

23     Q.   Is there any doubt in your mind that he

24   wasn't being truthful about seeing these patients?

25           MR. SCHMITZ:  Objection, form.

William Crews
November 20, 2020

Page 68

1      Q.    (By Mr. Whitfield)  You can answer.

2      A.    So after this happened multiple times

3  but it hadn't happened with any of the other

4  residents I worked with I felt he was being

5  untruthful.

6      Q.    Nothing further.

7  EXAMINATION BY MR. SCHMITZ:

8      Q.    Just a couple of follow-ups to that.

9            Previously we discussed that the

10  patients that you guys would round on or preround

11  on were situated on multiple floors, correct?

12     A.    Yes, sir.

13     Q.    Okay.  And so what you just testified to

14  that you believe Dr. Papin was being untruthful

15  about seeing certain patients, you can't be sure

16  one way or the other that he did not see those

17  patients, correct?

18     A.    I wasn't sure if he saw them or not.

19  Typically I would get -- when we're following

20  certain patients we would see them together, but

21  that was when I wouldn't be able to find Joe and

22  he would have seen them -- he would have told me

23  he would have seen them by himself and we would

24  start rounds.  But then when I would go to

25  follow-up on the patients that I was following

William Crews
November 20, 2020

Page 69

1   later on the patients would not acknowledge the

2   fact that they saw Joe.

3        Q.   Do you know how it would be possible for

4   Joe to report or give reports on patients that he

5   would not have seen?

6        A.   By just reporting data that was obtained

7   prior to seeing -- from the computer I guess.

8        Q.   Explain.

9        A.   Meaning the standard of preround is

10   obtain information, like vitals, labs, and you

11   see -- then the report of how they're doing that

12   day is what you get from your physical exam and

13   rapport with them that morning when you go see

14   them.

15        Q.   Okay.  Is that the only thing the

16   attendings would ask you or ask of Joe when he was

17   on formal rounds with -- when you were all

18   together?

19        A.   They ask for the subjective data, which

20   is what the patient said and how they felt that

21   morning.  They would ask for objective data, which

22   is the stuff you obtain from the chart prior to

23   going to see the patient, and they'd ask about how

24   that data that you obtained that morning

25   subjectively with the new objective data that you

William Crews
November 20, 2020

Page 70

1    obtained, changed your assessment and plan for the

2    day.

3         Q.    So it's your belief that Joe was

4    reporting subjective data that he was just making

5    up?

6         A.    That's what it seemed like to me.

7         Q.    Such as what?  Like what would he say?

8         A.    Patient doing fine.  Patient or

9    patients -- I can't exactly remember.  I just

10   remember that when I would try to follow up

11   saying -- discussing the plan with the patient,

12   which we normally discuss with the patients, that

13   the patient would say that I never saw that

14   doctor.

15        Q.    Was there ever a time when a patient

16   said -- or when Joe said a patient said he was

17   doing fine and then you went in right afterwards

18   and the patient was, like, I'm having the worst

19   day of my life or I'm not doing well at all?

20        A.    I don't remember.

21        Q.    Okay.  So you don't recall any instances

22   where a patient -- he reported something about a

23   patient and then a patient -- other than the

24   patient not remembering seeing him, were there any

25   other instances where he reported data or reported

William Crews
November 20, 2020

Page 71

1    something which a patient, you know, contradicted

2    shortly thereafter?

3         A.    I do not recall.

4         Q.    I don't have anything further.

5              MR. WHITFIELD:  All right.

6              COURT REPORTER:  Do you need a copy of

7         the transcript?

8              MR. WHITFIELD:  I do, and we'd like to

9         read and sign.

10        (Deposition concluded at 12:10 p.m.)

11              SIGNATURE/NOT WAIVED

12

13   ORIGINAL:  GREGORY SCHMITZ, ESQ.
     COPY:  TOMMY WHITFIELD, ESQ.
14

15

16

17

18

19

20

21

22

23

24

25

William Crews
November 20, 2020

Page 72

1                    CERTIFICATE OF DEPONENT

2     DEPONENT:  WILLIAM CREWS
      DATE:  November 20, 2020
3     CASE STYLE:  JOSEPH PAPIN vs. UNIVERSITY OF
      MISSISSIPPI MEDICAL CENTER; et al
4     ORIGINAL TO:  Gregory Schmitz, ESQ.
                    I, the above-named deponent in the
5     deposition taken in the herein styled and numbered
      cause, certify that I have examined the deposition
6     taken on the date above as to the correctness
      thereof, and that after reading said pages, I find
7     them to contain a full and true transcript of the
      testimony as given by me.
8               Subject to those corrections listed
      below, if any, I find the transcript to be the
9     correct testimony I gave at the aforestated time
      and place.
10    Page       Line                    Comments

11    _____      _____        _____

12    _____      _____        _____

13    _____      _____        _____

14    _____      _____        _____

15    _____      _____        _____

16    _____      _____        _____

17    _____      _____        _____

18           This the _____ day of _____, 2020.

19                          _____
                            WILLIAM CREWS
20    State of Mississippi
      County of _____
21
              Subscribed and sworn to before me, this the
22    _____ day of _____, 2020.

23    My Commission Expires:

24    _____    _____

25                                Notary Public

www.phippsreporting.com
(888) 811-3408

William Crews
November 20, 2020

Page 73

1                    CERTIFICATE OF COURT REPORTER

2              I, Dawn Dillard, Court Reporter and

3    Notary Public, in and for the State of

4    Mississippi, hereby certify that the foregoing

5    contains a true and correct transcript of the

6    testimony of WILLIAM CREWS, as taken by me in the

7    aforementioned matter at the time and place

8    heretofore stated, as taken by stenotype and later

9    reduced to typewritten form under my supervision

10   by means of computer-aided transcription.

11             I further certify that under the

12   authority vested in me by the State of Mississippi

13   that the witness was placed under oath by me to

14   truthfully answer all questions in the matter.

15             I further certify that, to the best of

16   my knowledge, I am not in the employ of or related

17   to any party in this matter and have no interest,

18   monetary or otherwise, in the final outcome of

19   this matter.

20             Witness my signature and seal this the

21   13th day of December, 2020.

22

23                              *Dawn Dillard*

24                              DAWN DILLARD, #1763
                                CCR
     My Commission Expires:
25   March 2, 2021

William Crews
November 20, 2020

1

| 1 | 3 | 9 | affect |
|---|---|---|--------|
| | | | 32:22 |

**1**
  27:6,7  45:1
  48:21
**10**
  25:1
**100**
  39:16
**1020**
  6:12
**12:10**
  71:10
**15**
  24:5
**19**
  6:8,9,10
**1990**
  6:8
**1:00**
  65:16
**1:59**
  27:23

**2**

**2**
  15:20
**20**
  24:5
**2013**
  63:19
**2013/14**
  63:23
**2016**
  12:1
**2017**
  27:13

**3**
  27:13  31:7
  48:24  49:25
**30**
  17:18  20:6
  35:23  36:3
**3:30**
  47:25  48:1

**5**

**5:00**
  20:7  23:16
  48:4  52:10,18
**5:00-6:00**
  52:8

**6**

**60**
  17:18  35:23
  36:3,18
**602**
  61:13
**6:00**
  23:11  52:10,
  18  61:1

**7**

**7:00**
  48:6

**8**

**8:00**
  52:22

**9:00**
  52:22

**A**

**a.m.**
  20:7  23:12,17
  48:6  52:10,18
  61:2
**ability**
  47:14
**absolutely**
  20:15  39:14
**academic**
  53:23
**accurate**
  5:19
**accurately**
  6:24  65:6
**acknowledge**
  69:1
**actual**
  22:13  52:15
**acuity**
  35:5
**acute**
  16:9
**additional**
  48:13
**address**
  6:11
**admission**
  44:12
**admitted**
  16:8

**affect**
  32:22
**agree**
  65:6
**ahead**
  66:1
**alarmed**
  33:15
**alert**
  44:1,10
**allegations**
  59:17
**alleviate**
  42:19
**allocated**
  46:5
**allowed**
  36:10,11
**altogether**
  39:5
**amount**
  35:20
**answering**
  5:18  6:25
**answers**
  5:12
**antibiotics**
  42:9
**apologies**
  9:9
**appeal**
  56:4
**appeals**
  58:7
**applied**
  25:4
**approximate**

William Crews
November 20, 2020

2

11:12

approximately
23:5

area
36:23

Arnold
57:2,4,6
61:25 62:11

arrived
15:5,6

asleep
53:1

assessment
70:1

assume
6:5

assumed
35:14

assuming
10:10 15:19
19:16 21:20
28:23 41:12
63:25

ate
12:5

attending
10:10,14
13:10,22
14:2,11,16
17:1 25:15
29:4,18 36:5,
6,7,16 52:17
66:9,18,25

attendings
69:16

attention
14:13

attest

10:21

attorney
63:20

aware
22:4 46:9
49:19 58:12
60:19 61:14,
23,24 62:4
63:20

---

**B**

---

back
9:21 12:12
33:23 35:16
48:19,21,23
56:4 63:23
64:6,11,20
67:12

background
47:16

bad
32:13

badges
60:20

ballpark
17:12

bandage
40:19

bargain
65:22

based
35:5 43:12,14
53:9,10,24
58:16

basic
5:9

basically
22:12 44:3

58:17

basis
9:24

bathroom
6:2 48:18

beginning
11:9,20,21,23
28:4 29:8
34:4

behavior
29:9,16

beings
38:3

belief
70:3

believed
37:15 38:13

bells
62:21

birth
6:7

bit
14:8 16:24
35:10 43:18
57:7

blame
45:4

blamed
12:14,25
13:16 46:1

blankets
13:8

born
6:9

break
5:23 27:25
48:18

breakfast
12:6

breaks
6:1

bring
40:19 41:1

broke
51:14

brought
49:13

Buckley
6:12

bumped
37:19

bus
14:8 46:2

business
52:2

busy
18:19 34:16
39:3 40:7

---

**C**

---

call
9:19 21:23
66:6,19

called
22:6 61:7
65:1

card
60:13

care
16:1 35:15,21
51:1,2

career
53:7

careful
12:11

William Crews
November 20, 2020

3

case
6:16 8:21,25
21:7 22:15
34:13 35:13
44:25 51:15
63:23 64:7
catch
50:20 59:9
caught
45:3
cell
20:19 21:5,21
Center
7:11
centralized
36:23
change
33:25 45:8
changed
70:1
character
57:15
chart
40:15 69:22
chat
27:1
check
16:15
chief
20:16 22:1,2
Christmas
27:25 28:9,
17,21 30:5
31:4
claims
62:2
clarify
5:1 50:22

66:3
class
10:6 16:25
clear
65:11
clinic
9:19
clinical
9:18 18:15
close
19:6
coerce
32:1
coerced
50:9,11
colleagues
54:6
college
64:10
collide
32:15,17
comfortable
56:17
comment
42:25 54:12
common
41:17 51:16
communication
61:4
competitive
55:12,23
complained
58:13
complaint
49:20,21 62:8
complaints
29:13,15

46:10
complete
7:20
completed
7:22
completely
63:7
computer
21:21 60:17
69:7
concern
27:19
concerned
29:20 38:21
concerns
28:16,20
29:23,24 32:8
concluded
71:10
concur
18:2
conditions
6:24
conduct
59:23
confidential
32:7,9
confiding
58:3
confirmed
59:17
confrontation
33:15
confused
41:3
connect
40:24

considered
55:6
consist
43:21 44:3
contact
20:12,16,19
21:6
contacted
49:1 50:7
61:19
continue
10:4
continuing
9:20
contradicted
71:1
conversation
30:6 31:5
58:2,5
convicted
6:19
conviction
31:11 53:8
copy
27:2 71:6,13
correct
8:1 15:3 17:8
18:20,24
33:25 34:18,
21 36:8,13,18
38:3 41:14
42:6 43:7,10
45:6,17 47:14
50:3 51:24
53:14 55:13
61:8 68:11,17
correspondence
8:12

William Crews
November 20, 2020

4

counsel
  4:2 65:8

couple
  11:24 31:11
  49:7 65:10
  68:8

court
  4:1,4 5:10,15
  6:16 27:5
  60:6 65:4
  71:6

cover
  64:18

coverage
  18:5,14

covered
  64:17

create
  60:11,16

Crews
  4:12,16,20
  48:22 63:15

crimes
  6:20

crossed
  11:15

crossing
  34:9

current
  4:3 6:11

_____
        D
_____

data
  69:6,19,21,
  24,25 70:4,25

date
  4:9 6:7 56:16

Dawn
  65:5

day
  5:10 9:23,24,
  25 10:19
  16:17 24:10
  30:9 38:23
  39:12 40:1
  41:8,10 47:8
  49:25 50:13
  51:11,20
  60:21 69:12
  70:2,19

days
  10:22,23,24
  11:24 19:8
  30:11 31:11
  49:7

deal
  57:13

debriefing
  28:12 29:11
  30:22,24
  49:14 57:11,
  17

decide
  65:8

decisions
  36:12,17
  48:14

decubitus
  62:19 63:6,8,
  13

delay
  24:15,19

delayed
  59:14

delaying
  47:13

department
  27:17

deponent
  4:5,6

deposed
  5:6

deposition
  4:21 5:9 8:4
  71:10

dermatology
  55:21

describe
  16:4

designated
  20:4

designations
  15:18

details
  51:19 57:21

difficult
  48:9 55:12,15

direct
  57:14 58:5

directly
  62:22

director
  25:21,24

directors
  25:9

disagreements
  33:5

discrimination
  63:23

discuss
  17:22 27:10
  28:13 40:17
  70:12

discussed
  38:17 40:20
  41:2,5 57:11,
  21,24 62:24
  63:3 67:13
  68:9

discussing
  8:17 26:12
  30:24 70:11

discussion
  62:23,25 63:5

discussions
  63:10

disrespectful
  56:18

distinguish
  53:2

divide
  18:1

doctor
  43:13 51:12
  53:2 67:19
  70:14

document
  8:18

documents
  8:9,11

door
  47:17

doubt
  67:23

Drive
  6:12

drowsiness
  42:20

drowsy
  43:18

drugs

William Crews
November 20, 2020

5

6:23 42:18

**due**
4:3

**duly**
4:13

**duties**
9:17 15:22

___

**E**

___

**e-mail**
8:13,15 26:17
27:13,21 28:5
31:6 32:4
48:22,25 49:2
50:24 58:13

**e-mails**
8:11

**Earl**
25:19,20 58:7

**earlier**
67:11

**early**
10:1 37:24
41:5 66:10

**easier**
55:4

**easily**
59:23

**education**
7:5 9:18,20

**effects**
42:17,20

**effort**
50:12

**electronic**
60:17 61:19,
21

**emergency**
4:4

**employees**
63:11

**encouraged**
29:9 31:22
41:1

**end**
11:23,24
19:17 28:8
30:11 31:1
48:22 50:2,
13,24 53:6
65:21

**entire**
17:3 32:13
37:4

**entrance**
60:22

**error**
45:5

**ESQ**
71:13

**evaluate**
25:12,17

**evaluated**
25:18

**evaluation**
27:19 32:14

**event**
46:19 56:9

**events**
16:9

**eventually**
31:4

**everybody's**
21:5

**everyone's**

21:6

**exact**
11:13 32:1
49:16 54:11
57:25

**exam**
44:11 69:12

**EXAMINATION**
4:15 66:2
68:7

**examined**
4:13

**excuse**
7:18 32:3

**excused**
10:6

**exhibit**
26:16,21
27:6,7 45:1
48:21

**expected**
39:21,23
54:23

**experience**
18:16 23:15
28:6,7 30:20
32:6 34:12
35:15 37:25
43:12,14
62:18

**experiences**
28:20 43:1

**expert**
8:20,24

**Explain**
69:8

**extent**
20:17

___

**F**

___

**fact**
69:2

**fair**
31:17 54:13
56:3

**family**
55:3

**feel**
35:17 56:17
57:7

**feeling**
44:5

**felt**
12:25 13:14,
15 14:9 31:20
35:18 42:23
51:20 58:17
62:4 67:21
68:4 69:20

**female**
56:7,12,21
61:25

**field**
7:21 55:7

**figure**
59:21

**find**
21:5,21,25
50:16 51:7
68:21

**fine**
26:20 70:8,17

**finish**
5:25 65:19,20

**finishing**
46:8

William Crews
November 20, 2020

6

fires
  35:9
flirt
  58:21
floor
  37:1,5,6,7,
  11,13,14,18
floors
  36:24,25
  68:11
folks
  52:24
follow
  18:11 66:15
  70:10
follow-up
  38:15 62:2
  68:25
follow-ups
  68:8
fond
  59:7
forget
  51:17,19
form
  49:10 51:2
  52:14 53:15
  54:3 67:6,25
formal
  17:14,17
  52:17,21
  53:11 66:18,
  24 67:2 69:17
formally
  51:7
formulate
  52:21
fourth

37:13 51:13
  67:20
friendly
  58:20
friends
  54:5
front
  60:22
frustrated
  13:2
full
  4:18 7:23
  38:25 67:15
future
  4:9

---
G
---

garage
  60:21,22
gave
  14:12
general
  16:18 18:23
  20:1,3,25
  25:2,22 37:8
  39:15 40:24
  41:12 42:3
  43:5,14 55:11
generally
  14:24,25
  24:22 45:24
generated
  61:21
generic
  45:11
gestures
  56:11

get along
  32:20
give
  14:16 27:8
  64:19 69:4
good
  12:6 47:21
  61:3
great
  12:7
Green
  27:14,15 31:8
  49:9
GREGORY
  71:13
Griffin
  22:25 23:1,19
  47:8
ground
  5:9
group
  36:17 46:7
guess
  7:15,24 20:15
  69:7
guy
  46:18
guys
  8:8 18:4 34:9
  35:4,8 47:16
  68:10

---
H
---

half
  7:15,25 8:6
  11:16,17
  17:7,10 34:5
  52:25

happen
  31:1 38:2
  40:1,6
happened
  13:13 14:18,
  20 19:16 24:1
  30:16 34:3
  38:20 45:5,9
  49:18 68:2,3
head
  5:7,13 34:23
  46:21
health
  61:19
hear
  11:18 62:25
heard
  12:9 46:24,25
  47:11 58:1
  59:5 62:22
  63:4
hearing
  5:3,5 6:15
  8:10 47:16
  56:4 58:8
heart
  51:14
held
  65:21
helpful
  19:10
hesitant
  31:9
hesitate
  5:22
hesitated
  31:13
hesitation
  31:13

William Crews
November 20, 2020

7

hey
  15:23,24 20:6
  24:24 45:15
  59:6
highest
  7:5
hold
  11:12 21:7
  60:6 63:1
holiday
  11:10 24:2
  34:21 35:3
  39:25 40:4,5
holidays
  22:21,22
  34:5,20 59:11
home
  20:22 21:1
honest
  50:19 54:4
  56:1
honestly
  17:15 25:3
  27:24 35:2
hospital
  10:1 28:2
  30:15 37:14
  47:24 48:3
  63:11
hospitals
  51:22
hour
  24:23
hours
  44:17,20
housekeeping
  4:17
HR
  62:7,10

human
  38:3
humor
  32:22

_____
        I
_____

ICU
  41:24
identification
  27:7
important
  5:12
impose
  63:2
impression
  14:15
in/sign
  15:11 22:18
  46:15 60:25
inappropriate
  56:10,11,18
incident
  23:19,20 26:3
  45:7
includes
  13:7
including
  4:18 36:19
incoming
  15:10
independent
  35:10 60:19
independently
  60:18
infection
  41:16
influence

  6:22 42:14
  43:6,16
influx
  51:23
information
  13:8 21:6
  47:17 69:10
initially
  31:9
instance
  12:25 13:3
  21:14 47:10
instances
  22:4,5 26:7
  45:19,21
  70:21,25
instructed
  43:25
integrated
  55:22
intention
  57:14
interacted
  17:8
interactions
  9:23 14:22,
  23,25
intern
  25:14,16
  28:14 29:2,18
  36:19
internal
  7:6,21,24,25
  20:4,24 25:4
  35:15 39:13
  42:22 60:23
  61:5,16
interns
  17:2 34:12

  36:4
investigate
  62:2
investigated
  59:16
investigation
  59:24
involved
  31:14 62:8
issues
  28:25 29:1

_____
        J
_____

Jackson
  6:12
January
  27:13 31:7
  48:24 49:25
Jessica
  57:2,3 62:15,
  16
job
  9:17
Joe
  13:9,11,20
  14:5,24,25
  18:17 19:9,10
  22:5,17,23
  23:15,16,25
  29:21 32:6
  33:13 47:2,12
  51:6 57:7
  62:6 68:21
  69:2,4,16
  70:3,16
Joseph
  11:3
July

William Crews
November 20, 2020

8

11:23,25 12:1

**jumping**
46:17

**June**
11:23,24 12:1

**justified**
9:1

___

**K**

**Karen**
63:15

**Keeping**
48:15

**killer**
42:6

**killers**
41:19 43:9,17

**kind**
6:16,23 12:14
13:1,21
14:18,20
15:23 16:1,22
17:23 18:2,5
28:13 30:16
33:10 41:2
43:10,18
45:13 46:15,
18 50:20
52:25 53:11
55:17 57:19
58:25 61:20
67:11

**knowing**
13:16

**knowledge**
53:25 58:15
59:19

___

**L**

**labs**
69:10

**landed**
54:8

**late**
6:9 19:20
22:17,23
23:25 24:4,
16,24 26:10,
13 33:16
37:23 38:6
59:14

**Lauren**
25:25

**lead**
29:13

**learned**
63:24,25

**leave**
54:7 65:7

**leaving**
61:13

**left**
7:14

**legal**
4:18

**level**
7:5 21:24
22:3 25:15
36:5 39:18
55:1

**lie**
33:18 38:9
50:15

**life**
70:19

**list**
10:1 17:19
21:4 29:23

**listening**
34:25

**lived**
65:17

**load**
18:9

**located**
36:23 37:2

**logbook**
61:12

**logistics**
53:20 54:11

**logs**
41:7

**long**
9:11 24:18,19
30:12 65:25

**longer**
65:22

**looked**
13:12 14:5
45:15

**lot**
17:15 30:17
42:1 43:4
49:5

**loud**
47:18

**lounge**
60:14

**lower**
54:25

**luck**
61:3

**lunch**
30:8,14

___

**M**

**M3**
11:20

**mad**
46:22

**made**
12:15 40:14
46:10 51:2
56:8,11 57:13

**Mahoney**
28:5,7,10,16,
25 31:5,7
32:5,25 33:5
46:11 48:25
62:17 63:11

**major**
36:11

**make**
14:14 27:12
36:11,17
46:21 48:14
50:21 61:17,
18 64:17

**making**
57:7 65:22
70:4

**male**
53:2

**management**
9:18

**March**
6:8,9,10

**marked**
27:7

**match**

54:1

**matching**
53:25

**matters**
4:17

**Mcmullen**
25:7

**meaning**
30:24 69:9

**means**
32:1 57:15

**meant**
57:12 58:2

**measure**
60:3

**med**
7:8 16:11
30:13 66:5

**medical**
6:23 7:10
8:13 9:19,20,
22 12:17,18
13:5 14:12
16:15 17:20
18:7,8 23:7
25:13,23 26:2
28:12 29:8
31:16 33:9,11
35:12 36:1,4,
9,11,14,17
39:9 41:24
43:15,24 45:4
46:20 47:22
48:8,14 51:9
52:13,16
56:7,12,19,22
58:24 62:1

**medically**
36:9

**medications**
42:15,21

**medicine**
7:6,21,24,25
20:4,24 25:5,
9 35:16 39:13
42:23 55:3
60:23 61:5,16

**medicines**
41:19

**meds**
42:8

**meet**
15:23

**meeting**
9:6

**mention**
47:1,12

**mentioned**
35:22 40:11,
12 45:6
56:13,14
59:13 62:1

**mentioning**
26:5

**message**
50:16

**met**
6:10 8:5,9
64:6

**middle**
4:19 5:24
55:16

**Mike**
25:7

**million**
53:3

**mind**

5:18 67:23

**mine**
65:24

**minutes**
20:6 24:5
25:1 49:21
64:19 65:14

**misdiagnosing**
63:12

**Mississippi**
6:13 7:10

**mistake**
12:14

**misunderstood**
39:6

**mom**
64:2,4

**mom's**
64:7

**moment**
15:24 44:4

**moments**
45:3

**month**
48:10

**months**
7:16,18,19
9:16

**morning**
15:18,20 23:6
38:17 40:13,
21 41:5 48:5
51:5 52:8
60:11 66:4
67:19 69:13,
21,24

**Morphine**
42:5

**mother**
63:15,22

**multiple**
68:2,11

**Muncie**
49:22,24

**muscle**
43:9,17

---

**N**

**Names**
12:19

**narcotics**
42:14 43:6,7,
8,9,17

**national**
4:3

**necessarily**
17:13 32:20,
22

**needed**
10:3 18:13
21:14 31:22

**night**
15:21 52:2

**nodding**
5:14 34:24

**normal**
15:1 35:14
52:2

**notation**
38:24

**notations**
40:14

**note**
50:8

**notes**
41:10

William Crews
November 20, 2020

10

notice
    21:12
nuh-huhs
    5:16
number
    21:21 66:4
nurse
    53:2
nurses
    44:16

_____

        O

Object
    49:10 53:15
    54:3
objection
    4:7,8 63:2
    67:6,25
objective
    69:21,25
obtain
    20:11 69:10,
    22
obtained
    69:6,24 70:1
occurred
    33:22
official
    23:10
onboard
    16:7
opinion
    14:7 43:15
    51:3 55:25
opinions
    8:25
opportunity
    25:17

opposed
    19:3 35:4
orders
    12:13,23,24
ordinary
    59:3
orientation
    44:10
oriented
    44:10
ORIGINAL
    71:13
other's
    32:21
out/sign
    16:12
outs
    15:15,18
overheard
    23:23
overnight
    16:8
oversees
    26:2

_____

        P

p.m.
    61:13 71:10
pack
    55:16
paged
    22:5
pagers
    20:23 21:1
pages
    58:24
paging

    21:19
pain
    41:19 42:5,8,
    14,19 43:9,16
pandemic
    4:4
Papin
    11:3,4,15,18
    12:22 16:19
    17:4,12 18:23
    19:3 21:15
    23:5,20 26:5
    28:20 29:7,15
    31:6,23 32:6,
    25 33:1,6
    34:6,7 36:15
    37:16,17
    38:16,18,22
    40:5,13,14,23
    41:4 44:22
    46:12 48:2
    49:25 52:5,23
    54:6 56:7,10,
    17 58:18
    59:9,17,21
    61:12 62:3,18
    63:12 67:3,13
    68:14
Papin's
    9:1 56:4
    57:14
parking
    60:13
part
    16:11
passing
    14:19,21
    57:19 58:2
password
    12:13

past
    64:3
paths
    11:15 34:9
    37:19
patient
    13:7,11,13,19
    14:4 18:9
    35:5,15
    38:19,23 39:8
    40:20,25
    41:16 42:8
    43:22 44:25
    45:16,17
    51:9,14 60:15
    62:18 63:5,7,
    13 66:8,22
    67:12,21
    69:20,23
    70:8,11,13,
    15,16,18,22,
    23,24 71:1
patient's
    51:24
patients
    9:18 10:1
    13:6 15:15,25
    16:7,8 17:15,
    18,22,24
    18:8,10 24:25
    32:15 33:17
    35:21,23
    36:3,23 37:2,
    4,9 38:8,10,
    12,16 40:10,
    11,12 41:3,
    13,18,25
    42:11,24 43:1
    44:18 51:1,5,
    10,16 52:7
    53:8 61:3

66:10,13
67:4,10,24
68:10,15,17,
20,25 69:1,4
70:9,12
**pattern**
66:14
**pay**
14:13
**people**
13:6 15:10
17:20 26:12
32:19 36:18
42:18 43:4,21
45:20 47:17
48:15 51:23
53:18 60:22
61:2 65:7
**percent**
39:17
**period**
17:7 18:20
52:5
**Perry**
25:7
**person**
15:22,23
20:12,19
27:18 29:25
41:6 47:9
54:10,13,19
56:16
**personal**
17:20 66:6
**personalities**
32:15,17,21
**personally**
20:19 45:12
**pertaining**

44:12
**PGY1**
7:22 48:2,8
**PGY2**
7:22
**PGY3**
7:6,12,23
15:2,19
**phone**
21:6,21
**phones**
20:19
**phrase**
45:10
**phrasing**
45:8
**physical**
4:6 44:11
69:12
**physician**
14:16 42:24
**physicians**
10:10
**picked**
5:15,17
**Pisces**
6:9
**place**
22:11 30:6
35:8,11 46:19
**plan**
70:1,11
**plastic**
55:21
**plastics**
55:22
**playing**
55:6

**point**
20:8,17 21:24
28:16,21
29:19 30:4
64:2
**poor**
14:17
**positive**
14:24
**possibilities**
53:4
**post-op**
41:16,18
42:25
**potentially**
17:8 24:16
43:4 54:1
59:5 63:12
**praying**
49:4
**pre-preround**
66:7,15,20
**preliminary**
4:17 25:11
**preparation**
8:3
**prepared**
8:21 10:2
**preround**
17:4,19 18:10
24:25 39:3
43:21 44:3
51:6 52:4
60:14 66:15,
21 68:10 69:9
**prerounded**
17:12 39:16
40:6

**prerounding**
18:13 36:2
39:5
**prerounds**
10:12,17 11:1
16:16 17:14,
17 18:18,24
19:1 22:7
34:8 37:10,17
39:7 43:20
44:2 52:6,7,
13,14,15
58:18 59:18
61:20 66:7,17
**presence**
4:6
**present**
23:11 66:16,
21 67:15,17
**presentation**
52:21
**pretty**
30:11 53:13
**prevent**
6:24
**previously**
39:7 40:20
41:2 45:6
63:22 68:9
**printed**
27:2
**prior**
39:8 52:14,21
69:7,22
**privately**
57:18,24
**privily**
57:22

William Crews
November 20, 2020

privy
    33:10
problem
    32:12 60:2
    65:15
problematic
    14:23
problems
    12:21 44:12
procedure
    19:14 20:6
process
    15:12 16:4,12
    30:22 46:15
    61:8
program
    16:19 25:11,
    21,22,24
    53:13 54:2,8,
    17 55:1
programs
    53:25 54:9
    55:10,13,15
prompt
    49:1
provide
    6:4 29:14
provided
    6:15 8:25
put
    12:13,23,24
    31:7 35:9

───────────
        Q
───────────

qualify
    42:25
question
    5:2,19,21,25

6:1,3,4 28:18
30:2 39:6
40:3 60:8
questions
    5:13 6:25
    29:13,17 52:1
    64:25 65:13
quick
    21:13 48:18
quickly
    21:7 26:18

───────────
        R
───────────

racial
    63:22
ranged
    37:6,12
rapport
    69:13
reach
    20:8 62:7
reached
    50:5 62:11
read
    65:2,3,9 71:9
ready
    23:25 26:6
    27:10 29:14
    47:1 66:17
real
    33:14
reality
    39:11
reasonable
    51:18,21
reasons
    53:23,24

recall
    11:3 12:19
    22:5,10,16
    24:8,18,21
    25:3 26:4,8,9
    27:20 33:7
    38:8,11
    42:13,16
    45:21 50:12
    56:3,6,20,21
    57:25 70:21
    71:3
recent
    28:6,7 32:6
    44:8 61:17
recess
    48:20 64:23
recollection
    46:23 49:8
recommendations
    25:6
record
    4:3,19 5:19
    60:16 61:21
records
    41:7 60:12
    61:19
recovering
    41:13 42:2,19
redundant
    66:7
refer
    67:12
relationship
    15:1
relaxers
    43:10,17
relayed
    57:17

relieve
    19:21
relieved
    20:7,9 46:16
    47:6
relieving
    15:22 16:5
remaining
    10:4
remember
    12:5,20 17:15
    21:1 23:3,21,
    22,23 24:6,9,
    17 25:8 30:10
    31:25 33:2
    37:3 45:22
    46:3 50:6,8,
    15 51:21
    70:9,10,20
remembered
    53:1
remembering
    70:24
Renee
    27:14 31:8
    49:8
repeatedly
    51:11
rephrase
    5:22 28:18
    40:3
report
    31:23,25 39:1
    51:8 69:4,11
reported
    28:15,19
    42:11 49:15
    58:3 70:22,25

William Crews
November 20, 2020

13

**reporter**
4:1,4 5:10,15
27:5 60:6
65:4 71:6
**reporting**
32:8 69:6
70:4
**reports**
8:21 14:4
69:4
**represent**
63:22
**represented**
64:2
**residencies**
55:11,15,17
**residency**
7:7,21 16:19
38:7 53:13,
19,25 54:8,9,
16 55:10,12
**resident**
9:13,17 10:25
15:2,16,20
16:6,14 19:8,
18,19 20:16
21:24 22:1,2,
22 23:4 25:5,
16 28:11,14
29:3,18 35:16
36:16,20
39:18 46:14,
16,25 47:3,5,
12 48:2,8
49:20 52:17,
20 53:11
54:1,7 57:22,
23 59:13
60:1,23 66:8,
13,16,21

**residents**
9:23 10:2,8,
9,13,16,18
11:2 16:20,21
17:2,21 18:9,
22 19:2 20:22
21:4,8 22:16
23:8,9,15
32:12 33:1,19
36:2,5,6,7
37:22 38:10
68:4
**responsibilitie
s**
48:13 54:22
**responsibility**
48:12
**responsible**
36:2
**rest**
66:25
**retire**
63:18
**retired**
63:17,18
**review**
8:9 14:17
15:14 65:1
**reviewed**
8:20 26:17
**reviews**
16:7
**ring**
62:21
**room**
10:5 13:10
20:4 21:4
44:4

**rooms**
51:24
**rotate**
25:20
**rotated**
46:8
**rotation**
11:9 16:22
21:13 22:3
24:2 25:19
28:13 30:12,
25 32:13
33:14 34:4
39:25 40:4
46:4
**rotations**
31:2,3
**round**
26:6 51:7
68:10
**rounded**
38:25
**rounding**
10:2 52:12
**rounds**
10:4,8,13
18:24 19:2
22:7 23:22,25
24:13,15
33:16,20
39:1,8 40:17
41:12 47:2,14
52:17,21
59:10 66:4,5,
9,18,24 67:2,
15 68:24
69:17
**ruin**
53:7

**rule**
23:10
**rules**
5:9
**run**
60:24

**S**

**sake**
53:8
**schedule**
11:10 34:21
**scheduling**
34:22
**Schmitz**
4:10,15 5:4
9:11 26:25
27:4,8 47:21
48:17,21
49:12 53:16
54:5 57:3
60:10 63:9
64:24 65:12,
15,21 66:1
67:6,25 68:7
71:13
**school**
7:9
**screening**
26:24
**season**
40:5
**sedated**
41:22,23
**send**
26:16 27:19
31:6,8 49:2,8
**sending**

William Crews
November 20, 2020
14

26:23 49:17,
21
**sense**
25:2 32:21,24
**sentence**
45:1
**service**
29:3 34:15
39:13 46:5
**set**
52:16
**shadowing**
34:17
**shakes**
5:7
**shaking**
5:13,14 34:23
**share**
26:24 62:17
**shared**
9:4
**shift**
15:6,7,9,14,
21 16:16
19:18 38:6
**shortly**
71:2
**show**
19:19,23
22:17 24:7
33:16 46:14
**showed**
13:10 14:2
24:11,14
**showing**
19:11 22:6
33:20 59:18,
22

**shown**
26:5 34:8
37:16 47:12
**side**
5:7 42:17,20
60:23 61:5
**sign**
15:11,15,18
16:12 20:12
22:18,23,24
46:15 60:25
61:2,7 65:10
71:9
**SIGNATURE/NOT**
71:11
**single**
16:17 17:19
40:1,7
**sir**
4:23 6:18,21
7:1,13 8:2
9:3 12:2 15:4
16:3,13,23
17:9 18:3,25
19:24 20:21
24:3 27:11
28:22 30:1,3
31:3 33:8
34:19 35:25
37:25 45:14,
18 46:13
47:4,15,19
49:4,23 50:1
52:3 54:18
56:5 57:5
58:6 59:15
63:14 64:9
66:11,23
67:1,8 68:12
**sit**

19:22
**sitting**
63:21
**situated**
68:11
**situation**
14:7 25:2
**sleep**
37:23
**sleeping**
43:22 52:19
**someone's**
53:7
**sooner**
16:9
**sort**
18:1 23:14
29:17 30:24
34:22 35:8
46:19 50:13
51:23 55:16
56:11
**sorts**
41:20
**speak**
28:6 35:17
**speaking**
24:11,23
**specific**
16:1 22:3
29:12 45:20
59:22 63:10
**specifically**
31:23 33:2
40:22 57:9
**specifics**
45:22
**spectrum**

55:10
**Spence**
4:20
**split**
19:5,6 28:9
**spoken**
23:11,23 28:5
32:5 48:25
51:12
**staff**
10:2 35:21
**staffing**
35:19
**stamp**
60:16
**stamped**
60:12
**standard**
58:25 69:9
**start**
23:22 32:4,10
53:19 68:24
**started**
12:8 13:11
32:10
**starting**
24:15
**starts**
15:7,8,9,14
16:16
**state**
4:18
**stated**
34:15 38:12
39:2 48:22
58:17 65:6
**stating**
22:17

stay
  33:11
stickers
  13:7
stipulate
  4:2
strong
  60:15
struck
  59:4
student
  8:14 9:22
  12:17 21:17
  23:8 25:13,
  23,24 29:8
  31:16 33:9,12
  35:12 36:9,14
  39:10 40:25
  42:23 43:24
  45:4 46:20
  47:23 48:8
  56:7,12,19
  62:1 66:5
student's
  56:22
students
  9:19 12:18
  13:5 14:13
  16:11,15
  17:20 18:8
  26:2 28:12
  30:13,18
  36:1,4 41:24
  45:23,25
  46:4,6,10
  51:9 52:14,16
  58:24
stuff
  12:9 33:10
  46:18 60:14

  69:22
subjective
  69:19 70:4
subjectively
  69:25
supposed
  20:7,12 23:6,
  22 51:5 66:14
surgeon
  35:18
surgery
  11:9 16:19
  17:14,17
  18:23 20:1,3,
  25 21:8,12
  23:8 25:19,
  22,24 27:17
  30:12 32:13
  37:8 39:16
  41:12,14,15,
  18 42:3,19
  43:5 46:7,8
  55:2,8,11,16,
  21 61:10
surgical
  43:1
swear
  4:1,5
swipe
  60:20
swiping
  60:13
sworn
  4:13
system
  60:17
systems
  60:17

—————
T
—————

takes
  30:13 35:8
taking
  22:11 48:12
talk
  5:5 29:10
  40:10 42:23
  44:4 58:22
  67:4
talked
  8:8 49:24
  50:17 66:3
  67:11
talking
  8:16 24:2,22,
  23,24 30:23
  34:7 60:7
tardiness
  60:2
tardy
  19:19,20
tattle
  31:18
teaching
  19:10
team
  66:25
telling
  46:17
tension
  32:18,25
terminated
  53:12,22,23
  54:7,14,20
termination
  9:1

terms
  39:5
testified
  4:14 6:15
  68:13
testifying
  56:4,6,20
testimony
  6:14 58:16
  67:3
tests
  10:6
thin
  34:22
thing
  18:2 27:1,13
  31:21 34:10
  35:7 40:2
  45:3 48:23
  50:20 51:21
  69:15
things
  12:11 19:11
  33:15,19
  35:14,19
  38:10 43:10
  51:17 59:22
  60:11,12
  61:21 65:10
thinking
  34:24 54:14
thought
  67:19
thrown
  14:8 45:25
  46:1
time
  4:8 5:20,23
  7:14 11:1,13

12:17 14:14
17:3,7 18:1,
14,19 21:15
22:7 23:2,4,5
24:7 26:7
27:22,23,25
28:9,10 30:19
32:19 34:16
35:3 38:2,3,
20 39:9,17
40:7 41:14
43:7 45:5
47:11,23 48:1
49:2,13 51:4,
6 52:4,19
54:21 59:12,
18,22 60:12,
16 62:23 64:7
70:15

**times**
10:5 16:25
17:5,11 19:12
33:21 38:1
42:1 51:20
59:1 68:2

**today**
6:25 61:3
63:21

**today's**
8:4

**told**
12:11,16
13:4,9,14,18
17:1 22:23
32:7 39:18
45:20,23,25
51:10 57:23
68:22

**Tommy**
8:5 9:4 26:21
63:12 65:17

71:13

**touch**
21:14

**training**
7:24,25

**transcript**
8:10 65:1,2,3
71:7

**transition**
48:7,9

**trauma**
13:4,6,9,24
58:24

**traumas**
14:3

**treated**
32:16

**trial**
6:16

**trouble**
14:10 31:16

**true**
44:19 49:14
53:4

**truthful**
50:18 67:22,
24

**truthfully**
6:25

**type**
6:20 10:3
27:19 30:21
32:17 35:7
41:10 42:2,4,
5 55:1 60:17
61:1,11

**types**
60:3

**typical**
16:20 37:22
53:24

**typically**
9:25 11:1
13:5 15:13,17
16:6,11,21
17:2 19:21
23:9 28:11
41:11 42:3,17
43:18 44:17
46:3 49:15
52:9,20 55:11
68:19

**typing**
5:11

———————————
**U**
———————————

**uh-huhs**
5:16

**Uh-uhs**
5:15

**ulcer**
62:19 63:6,13

**ulcers**
63:8

**UMMC**
8:1 9:12 15:5
19:16 25:5
49:1 59:20
60:5 63:16

**unclear**
6:6

**uncomfortable**
56:8,14 57:8

**understaffed**
35:4

**understand**
5:20 8:22

27:18 32:14,
21 33:18
35:13

**understanding**
23:7 39:7,9,
24 54:21 56:9
57:12,20 61:7

**understood**
6:5 26:3

**unit**
42:3

**universe**
17:10

**University**
7:10

**unsecured**
35:20

**untruthful**
68:5,14

**update**
61:18

**upper**
21:24 22:3
25:15 36:5
39:18

**user**
12:13,24

———————————
**V**
———————————

**varied**
48:4

**verbal**
61:4

**verbally**
28:24

**verification**
60:20

William Crews
November 20, 2020

17

**verified**
60:18

**Vick**
25:25

**vitals**
44:6,7,9,15,
20 51:25
60:15 69:10

---

**W**

**wait**
19:22

**waited**
31:10

**waiting**
20:9 46:16
47:5

**waive**
65:3,7

**WAIVED**
71:11

**wake**
43:22 44:1,9

**waking**
52:1,25

**walk**
10:7,9,18

**walked**
13:22

**walking**
10:12 59:10

**wanted**
58:19 59:1,21
64:17,25

**wanting**
31:14

**watch**
12:11 16:1

**watching**
45:17

**ways**
59:20

**week**
8:5 17:7
30:12 63:24
64:14

**weeks**
11:12,14,17,
19 17:11
30:17

**whichever**
30:16

**Whitfield**
4:11 5:1 9:7,
8 26:23 27:2
47:20 49:10
53:15 54:3
57:1 60:7
63:1,21 64:1,
6,22 65:9,14,
18,24 66:2
67:7 68:1
71:5,8,13

**Whittaker**
8:5 9:6

**William**
4:12,20

**withhold**
54:22

**witnessed**
22:12

**witnesses**
8:25

**wondering**
5:2

**word**
65:17

**words**
32:1 49:16

**work**
10:3,4,5 11:6
20:4 21:19
27:22 28:13,
14 30:17
35:10

**worked**
11:8 25:17
30:19 33:13
35:14 68:4

**working**
12:8 15:1,21
16:21 21:15
29:2

**workroom**
15:16,17 16:7

**works**
63:15

**worry**
13:15,18,22

**worst**
70:18

**writing**
31:8

**wrong**
45:3 62:5
67:20

**wrote**
25:5

---

**Y**

**y'all**
60:7 66:21
67:4

**year**
7:15 11:20,22

25:11 28:11
29:8 38:7
47:22

**years**
7:20,23,25
9:12,15 12:4

**yesterday**
12:6