**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**JOSEPH PAPIN,**

    **Plaintiff,**

                      **CASE NO:  3:17-CV-763-KHJ-FKB**

**vs.**

**UNIVERSITY OF MISSISSIPPI**
**MEDICAL CENTER,**

    **Defendant.**

_____/

**PLAINTIFF'S RENEWED MOTION FOR ENTRY OF FINAL JUDGMENT UNDER RULE 54(b), OR, IN THE ALTERNATIVE, MOTION FOR INTERLOCUTORY APPEAL AND STAY OF THIS ACTION**

Plaintiff, JOSEPH PAPIN, by and through his undersigned counsel, files this Renewed Motion for Entry of Final Judgment Under Rule 54(b), or, in the Alternative, Motion for Interlocutory Appeal and Stay of this Action. For the reasons set forth in the accompanying memorandum of law, this Court should enter final judgment under Federal Rule of Civil Procedure 54(b) as to its Order on the Parties' Motion for Summary Judgment (D.E. 170) or alternatively certify the Summary Judgment Order for interlocutory appeal. This Court should also certify its Order on Defendant's Motion *in Limine* regarding Plaintiff's "Lost Earnings Beyond One-Year Contract" (D.E. 192) for interlocutory appeal. After conferring with counsel for Defendants, Defendants oppose the Motion at this time.

    Dated: <u>October 4, 2021</u>

                                    **<u>/s/ C. Ryan Morgan</u>**
                                    C. RYAN MORGAN, ESQ.
                                    (*admitted pro hac vice*)
                                    Florida Bar No.: 0015527
                                    GREGORY R. SCHMITZ, ESQ.
                                    (*admitted pro hac vice*)
                                    Florida Bar No.:  0094694
                                    JOLIE N. PAVLOS, ESQ.

        Florida Bar No.: 0125571
        20 North Orange Avenue, Suite 1400
        Orlando, Florida 32801
        Telephone:  (407) 204-2170
        Facsimile:  (407) 245-3401
        E-mail: gschmitz@forthepeople.com
              rmorgan@forthepeople.com
              mbarreiro@forthepeople.com

        MARTIN R. JELLIFFE, ESQ.
        Martin R. Jelliffe, Esq. (MSB#: 3067)
        MORGAN & MORGAN, PLLC
        4450 Old Canton Road, Suite 200
        Jackson, Mississippi 39211
        Phone:601-503-1676
        Fax: 601-503-1625
        Email: mjelliffe@forthepeople.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        */s/ C. Ryan Morgan*
        C. RYAN MORGAN, ESQ.
        *(admitted pro hac vice)*