UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                           PLAINTIFF

V.                                           CIVIL ACTION NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI                                                            DEFENDANT
MEDICAL CENTER

ORDER ON DEPOSITION OBJECTIONS

| Plaintiff's Objections[1] | From | To | Objection | Ruling |
|---|---|---|---|---|
| Sid Desai | 11:15 | 11:25 | Hearsay | Sustained |
| Steven Bondi | 37:7 | 39:11 | Hearsay | Sustained |
| Megan Mahoney | 24:12 | 25:14 | Hearsay; Lacks foundation | Sustained |
| | 26:24 | 29:3 | Hearsay | Overruled |
| | 29:20 | 31:5 | Hearsay | Overruled |
| | 33:16 | 35:15 | Hearsay | Sustained as to 34:16–35:3 |
| | 36:12 | 37:2 | Hearsay; Speculation; Lacks foundation | Overruled |
| | 37:14 | 39:5 | Hearsay; Speculation; Lacks foundation | Overruled |
| | 45:24 | 46:15 | Hearsay | Overruled |
| | 47:1 | 47:25 | Hearsay; Lacks foundation | Overruled |
| | 54:1 | 54:15 | Hearsay; Lacks foundation | Overruled |
| | 54:18 | 54:25 | Hearsay; Lacks foundation | Overruled |
| | 55:10 | 56:7 | Hearsay | Overruled |
| | 57:8 | 58:2 | Hearsay | Sustained |
| | 58:9 | 59:3 | Hearsay | Overruled |
| | 59:10 | 60:1 | Hearsay; Speculation; Lacks foundation | Overruled |
| | 60:16 | 60:24 | Hearsay; Speculation | Overruled |

---

[1] The parties must raise objections to the witnesses' unavailability at trial. The Court reserves ruling on unavailability objections for purposes of trial until then.

|  | | | | |
|---|---|---|---|---|
|  | 77:25 | 79:6 | Hearsay | Overruled |
|  | 101:12 | 102:17 | Hearsay | Sustained |
|  | 112:20 | 114:24 | Hearsay; Speculation | Overruled |
|  | 118:9 | 119:5 | Hearsay; Speculation; Lacks foundation | Overruled |
|  | 122:7 | 123:20 | Hearsay | Sustained as to 123:13–16 |
|  | 126:21 | 127:25 | Hearsay | Overruled |
|  | 140:25 | 151:23 | Hearsay; Speculation; Relevance; Lacks foundation | Sustained as to 140:25–148:15 |
| Kisha Dyse | 72:23 | 74:14 | Hearsay; Speculation; Lacks foundation | Overruled |
| Aimee Sundeen | None | | | |
| Richard Barr | 75:14 | 75:22 | Speculation; Lacks foundation | Sustained as to 75:19–22 |
|  | 75:23 | 76:15 | Hearsay; Speculation; Lacks foundation | Overruled |
|  | 81:13 | 81:23 | Hearsay; Speculation; Lacks foundation | Overruled |
|  | 82:24 | 83:6 | Speculation; Lacks foundation | Sustained |
|  | 112:22 | 113:4 | Speculation; Lacks foundation | Sustained |
| Patricia Whitlock | 26:5 | 26:21 | Speculation; Lacks foundation | Overruled |
|  | 31:3 | 31:15 | Hearsay; Lacks foundation | Overruled |
|  | 88:3 | 88:7 | Hearsay; Lacks foundation | Overruled |
|  | 88:23 | 89:11 | Hearsay | Sustained |
|  | 189:19 | 190:25 | Lacks foundation | Overruled |
| Elizabeth Tooney | None | | | |

| Defendant's Objections | From | To | Objection | Ruling |
|---|---|---|---|---|
| Richard "Rick" Barr, M.D. | 32:3 | 34:18 | Lacks foundation; Calls for opinion | Overruled |

| | | | | |
|---|---|---|---|---|
| | 46:4 | 46:11 | Lacks foundation; Lacks completeness | Overruled |
| | 51:3 | 51:11 | Lacks foundation; Calls for opinion | Overruled |
| | 53:17 | 56:2 | Calls for speculation; Calls for opinion; Lacks foundation; Lacks completeness | Overruled |
| | 57:22 | 58:12 | Lacks foundation; Calls for speculation and opinion; Lacks completeness | Sustained |
| | 62:8 | 66:8 | Relevance | Sustained as to 62:8–63:6 |
| | 68:22 | 69:3 | Lacks foundation; calls for speculation; lacks completeness | Sustained |
| | 78:11 | 79:4 | 78:11–17: Lacks foundation; Calls for opinion; Calls for speculation<br><br>78:23–79:4: Lacks foundation; Assumes facts not in evidence | Overruled |
| | 82:8 | 82:23 | Lacks foundation; Assumes facts not in evidence; Calls for opinion | Overruled |
| | 88:16 | 89:19 | Lacks foundation; Assumes facts not in evidence; Asked and answered; Calls for speculation | Sustained as to 88:22–89:7 |
| | 93:15 | 94:12 | Lacks foundation; Assumes facts not in evidence; Asked and answered; Calls for speculation | Overruled |
| | 107:17 | 107:20 | Hearsay; Completeness | Overruled |
| | 108:19 | 109:23 | Lacks foundation; Assumes facts not in evidence | Overruled |
| Meagan Mahoney, MD | 21:18 | 22:15 | Hearsay; Completeness | *Withdrawn 9/27/22* |
| | 23:7 | 23:11 | Hearsay; Completeness | *Withdrawn 9/27/22* |
| | 29:4 | 29:14 | Hearsay; Completeness | Overruled |
| | 39:6 | 39:9 | Relevance; Hearsay; Completeness | Overruled |

3

| | | | | |
|---|---|---|---|---|
| | 40:5 | 41:6 | Relevance; Hearsay; Completeness | Overruled |
| | 45:20 | 45:23 | Hearsay; Completeness | Overruled |
| | 46:16 | 47:3 | Hearsay; Completeness | Overruled |
| | 53:14 | 53:25 | Hearsay; Completeness | *Withdrawn 9/27/22* |
| | 57:7 | 57:22 | Hearsay; Completeness | Sustained |
| | 66:17 | 68:19 | Hearsay; Completeness | Overruled |
| | 69:2 | 69:8 | Hearsay; Completeness | Overruled |
| | 69:18 | 70:17 | Hearsay; Completeness | Overruled |
| | 71:4 | 71:21 | Hearsay; Completeness | Overruled |
| | 73:23 | 76:12 | Hearsay; Completeness | Overruled |
| | 76:25 | 77:24 | Hearsay; Completeness | Overruled |
| | 79:7 | 81:4 | Hearsay; Completeness | Overruled |
| | 82:16 | 83:11 | Hearsay; Completeness | Overruled |
| | 84:7 | 84:21 | Hearsay; Completeness | Overruled |
| | 87:25 | 87:9 [Sic] | Hearsay; Completeness | Overruled |
| | 87:18 | 90:14 | Hearsay; Completeness | Overruled |
| | 93:22 | 94:2 | Hearsay; Completeness; Calls for Speculation | Overruled |
| | 95:15 | 96:17 | Hearsay; Completeness | Overruled |
| | 97:7 | 98:2 | Hearsay; Completeness | Overruled |
| | 98:14 | 100:7 | Hearsay; Completeness | *Withdrawn 9/27/22* |
| | 100:24 | 101:11 | Hearsay; Completeness | Sustained as to 101:8–11 |
| | 102:18 | 103:8 | Hearsay; Completeness | Overruled |
| | 114:25 | 115:8 | Hearsay; Completeness; Calls for speculation; Lack of Foundation | Overruled |
| | 120:22 | 122:6 | Hearsay; Completeness; Relevance | Overruled |
| | 123:21 | 125:13 | Relevance | Overruled |
| | 152:17 | 152:22 | Completeness; Relevance | Overruled |
| | 154:24 | 155:21 | 155:18–155:21: Foundation; Relevance; Calls for speculation | Overruled |
| Steven Bondi, M.D. | | | *Defendant objects to the entire deposition testimony of | Overruled |

| | | | | |
|---|---|---|---|---|
| | | | *Steven Bondi on grounds of relevance* | |
| | 16:9 | 16:18 | Relevance | Overruled |
| | 21:4 | 21:18 | Relevance; Calls for opinion; Assumes facts not in evidence; Lack of foundation | Sustained |
| | 25:8 | 30:18 | Relevance | Overruled |
| | 32:20 | 33:12 | Lack of foundation; Lack of completeness; Hearsay; Relevance | Sustained |
| | 34:6 | 35:9 | Relevance; Calls for improper opinion | Sustained as to 34:25–35:9 |
| | 36:10 | 37:24 | Relevance; Lack of completeness; Hearsay | Sustained as to 37:7–24 |
| | 44:3 | 44:23 | Relevance | Overruled |
| | 49:2 | 49:5 | Relevance | Overruled |
| | 51:16 | 53:11 | Relevance; Calls for attorney-client privileged information | Sustained |
| | 60:17 | 60:20 | Relevance; Hearsay; Lack of Completeness | Overruled |
| | 66:21 | 67:1 | Relevance; Hearsay; Lack of completeness | Overruled |
| | 71:8 | 71:12 | Relevance; Speculation; Foundation | Sustained |
| | 79:5 | 80:25 | Relevance; Calls for speculation; Lack of foundation | Sustained |
| | 85:1 | 85:10 | Relevance; Lack of completeness | Sustained |
| | 86:16 | 87:19 | Relevance; Lack of completeness; Calls for speculation | Sustained |
| | 122:1 | 122:7 | Relevance; Lack of foundation | Overruled |
| | 124:20 | 126:21 | Relevance | Overruled |
| | 129:12 | 129:20 | Relevance | Overruled |
| | 138:8 | 141:6 | Relevance | Overruled |
| | 151:15 | 153:3 | Relevance; Lack of foundation; Hearsay | Overruled |
| | 154:12 | 154:21 | Relevance; Lack of completeness; Hearsay | Overruled |

|  | | | | |
|---|---|---|---|---|
|  | 158:13 | 159:9 | Relevance; Lack of foundation | Sustained as to 159:7–9 |
|  | 163:21 | 166:18 | Relevance; Hearsay | Sustained |
|  | 168:18 | 173:3 | Relevance; Hearsay | Overruled |
|  | 175:4 | 175:22 | Relevance | Sustained |
|  | 177:11 | 177:22 | Relevance; Lack of foundation; Calls for improper opinion; Assumes facts not in evidence | Sustained |
|  | 178:7 | 179:12 | Relevance; Calls for improper opinion | Sustained |
| Sid Desai | 9:21 | 10:5 | Relevance; Foundation | Overruled |
|  | 10:14 | 10:25 | Relevance; Foundation | Sustained as to 10:19–25 |
|  | 11:10 | 11:14 | Relevance; Foundation | Overruled |
|  | 12:10 | 12:18 | Relevance; Foundation; Asked and Answered | Sustained |
| Kisha Dyse | 30:10 | 31:9 | Completeness | Overruled |
|  | 31:20 | 32:15 | Completeness | Overruled |
|  | 34:6 | 34:17 | Hearsay; Completeness | Overruled |
|  | 37:7 | 37:21 | Hearsay; Completeness | Overruled |
|  | 38:22 | 41:15 | Hearsay; Completeness | Overruled |
|  | 42:2 | 42:15 | Hearsay; Completeness | Overruled |
|  | 43:5 | 43:16 | Hearsay; Completeness | Overruled |
|  | 46:9 | 46:18 | Hearsay; Completeness | Overruled |
|  | 47:9 | 48:6 | Hearsay; Completeness | Overruled |
|  | 48:10 | 51:5 | Hearsay; Completeness | Overruled |
|  | 53:4 | 53:7 | Hearsay; Completeness | Overruled |
|  | 58:17 | 59:15 | Hearsay; Completeness | Overruled |
|  | 60:10 | 60:20 | Completeness | Overruled |
|  | 63:17 | 64:11 | Hearsay; Completeness | Overruled |
| Pat Whitlock | 18:15 | 21:14 | Lack of foundation; Calls for speculation | Overruled |
|  | 24:1 | 26:4 | Lack of foundation; Calls for speculation; Calls for opinion | Overruled |
|  | 32:6 | 35:2 | Hearsay; Completeness | Overruled |

|  | | | | |
|---|---|---|---|---|
|  | 36:25 | 47:23 | Completeness; Lack of Foundation; Calls for opinion; Calls for speculation | Overruled |
|  | 48:1 | 50:1 | Hearsay; Completeness | Overruled |
|  | 50:9 | 57:4 | Hearsay; Completeness | Overruled |
|  | 61:9 | 75:3 | Hearsay; Completeness | Overruled |
|  | 75:11 | 85:23 | 75:14–76:17: Hearsay; Completeness<br>77:5–78:25: Form; Foundation; Calls for opinion; Calls for speculation<br>79:1–85:23: Hearsay; Completeness | 75:14–76:17: Overruled<br><br>77:5–78:25: Sustained<br><br>79:1–85:23: Overruled |
|  | 86:13 | 87:3 | Hearsay; Completeness | Overruled |
|  | 90:8 | 91:12 | Hearsay; Completeness | Sustained |
|  | 108:10 | 119:3 | Relevance | Sustained |
|  | 128:1 | 130:9 | Hearsay; Completeness | Overruled |
|  | 131:1 | 132:23 | Hearsay; Completeness; Lack of foundation; Calls for speculation | Sustained |
|  | 151:13 | 153:25 | Lack of foundation; Calls for speculation | Overruled |
|  | 162:5 | 163:21 | Lack of foundation; Calls for speculation; Relevance | Sustained |
|  | 175:7 | 177:2 | Lack of foundation; Calls for speculation; Calls for opinion | Sustained |
|  | 179:2 | 189:17 | Hearsay; Completeness; Lack of Foundation | Sustained |
|  | 192:10 | 194:8 | Lack of foundation; Calls for speculation; Calls for opinion | Overruled |
|  | 194:20 | 197:25 | Hearsay; Completeness; Lack of foundation; Assumes facts not in evidence | Sustained as to 194:20–24; 195:23–196:18; 197:17–25 |
|  | 201:9 | 202:15 | Hearsay; Completeness; Lack of Foundation | Overruled |
|  | 202:24 | 204:17 | Hearsay; Completeness; Lack of Foundation | Overruled |
|  | 216:21 | 218:7 | Hearsay; Completeness; Lack of Foundation; Calls for speculation | Overruled |

| Elizabeth Toony | 20:6 | 20:9 | Lack of foundation; Calls for speculation; Calls for opinion | Overruled |
| --- | --- | --- | --- | --- |
| | 26:20 | 27:22 | 26:20–25: Completeness; Calls for speculation; Lack of foundation | Overruled |
| | 22:14 (33:14) | 24:3 [Sic] (34:3) | Hearsay; Completeness; Lack of Foundation | Overruled |