UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                         PLAINTIFF

V.                                               CIVIL ACTION NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI                                                          DEFENDANT
MEDICAL CENTER

ORDER

Before the Court is [237] Plaintiff's Unopposed Motion to Permit Jury Consultant at Trial Counsel's Table and for Use of Electronics. The motion is GRANTED as unopposed. Mary Sheedy of Jury-X may join Plaintiff's Counsel during trial set for October 11-21, 2022. Moreover, Ms. Sheedy and Counsel of record for both sides may bring laptops and cellphones into the courtroom during trial. Cellphones must be turned off or in the silent mode when in the courtroom. L.U. Civ. 83.4(c).

SO ORDERED AND ADJUDGED, this the 7th day of October, 2022.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE