UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                         PLAINTIFF

V.                                                        CIVIL ACTION NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI                                                               DEFENDANT
MEDICAL CENTER

VERDICT FORM

1. Do you find that Dr. Joseph Papin has proven, by a preponderance of the evidence, that the Defendant University of Mississippi Medical Center breached the House Officer Contract?

   _____YES          ___✓___NO

2. Do you find that the January 10, 2017 remediation document is a contract?

   ___✓___YES            _____NO

   If you answered, "NO," to both Question #1 and Question #2, then you are finished. If you answered, "YES," to Question #1, but, "NO," to Question #2, then proceed to Question #4. If you answered, "YES," to Question #2, then proceed to Question #3.

3. Do you find that Dr. Joseph Papin has proven, by a preponderance of the evidence, that the Defendant University of Mississippi Medical Center breached the January 10, 2017 remediation document?

   ___✓___YES            _____NO

   If you answered, "NO," to both Question #1 and Question #3, then you are finished. If you answered, "YES," to either question, then proceed to Question #4.

4. If you answered "YES" to Question #1 or Question #3, provide the amount of damages that would compensate Dr. Joseph Papin for harm caused by Defendant University of Mississippi Medical Center's breach of contract.

   A. Past lost earnings                                             $ 14,651.00

   B. Past physical pain and suffering,
      mental suffering, or emotional distress                        $ 680,000.00

   C. Future physical pain and suffering,
      mental suffering, or emotional distress                        $ 886,000.00

   _____
   JURY FOREPERSON

   20 OCT 2022
   DATE

2