UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                               PLAINTIFF

V.                                                             CIVIL ACTION NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI                                                       DEFENDANT
MEDICAL CENTER

VERDICT FORM

1. Do you find that Dr. Joseph Papin has proven, by clear and convincing evidence, that he is entitled to punitive damages?

   ✓ YES            _____ NO

   If you answered, "NO," then you are finished. If you answered, "YES," then proceed to Question #2.

2. If you answered "YES" to Question #1, provide the amount of punitive damages you award Dr. Papin.

   $ 5,000,000.00

                                                                              JURY FOREPERSON

                                                                              20 Oct 2022
                                                                              DATE

3