UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                    PLAINTIFF

V.                                                                                    NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER                                                                                            DEFENDANT

PLAINTIFF'S AMENDED EXHIBIT LIST
Trial October 11 – 20, 2022

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| P -1 | Resident Performance Profile | Papin-655 & Papin-657 | | | |
| P -2 | Remediation Agreement | Papin-446– Papin-447 | Patricia Whitlock | | 10/12/2022 |
| P -3 | Earl Semi Annual Review Notes | Papin-656 | | | |
| P -4 | Resident 73 Records | Papin-042455–Papin-042460 | | | |
| P -5 | Resident 76 Records | Papin-042461–Papin-042485 | | | |
| P -6 | Ulcer Patient Complaint | Papin-042576–Papin-042582 | Elizabeth Toony | | 10/12/2022 |
| P -7 | Surgery Evaluations about Joseph Papin | | Joseph Papin | | 10/14/2022 |
| P -8 | Performance Evaluation | Papin-448– Papin-453 | Joseph Papin | | 10/14/2022 |
| P -9 | Evaluations (excel) | | Joseph Papin | | 10/14/2022 |
| P -10 | Department of Education Records | Plaintiff-000080-Plaintiff-000088 & Plaintiff-000001-Plaintiff-000008 | Joseph Papin | | 10/14/2022 |
| P -11 | Payback Records | Plaintiff - 000089-000092 | | | |
| P -12 | Accenture Offer Letter (February 2019) | Plaintiff-000009 – Plaintiff-000013 | | | |

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| P -13 | Tax Documentation | Plaintiff-000014 – Plaintiff-000026 | | | |
| P -14 | University of Michigan Payment History | Plaintiff-000041 – Plantiff-000042 | | | |
| P -15 | Accenture Pay Records | Plaintiff-000057 – Plantiff-000047 | | | |
| P -16 | Faculty and Staff Handbook | Papin-042493 – Papin-042559 | Patricia Whitlock | | 10/12/2022 |
| P -17 | House Staff Manual | Papin-172 – Papin-274 | Jimmy Stewart | | 10/12/2022 |
| P -18 | General Surgery Handbook | Papin-281 – Papin-308 | Jimmy Stewart | | 10/12/2022 |
| P -19 | July 29, 2016 Berger email to Earl | Papin-438 – Papin-439 | | | |
| P -20 | January 3, 2017 Crews Email | Papin-441 | | | |
| P -21 | Email - December 20, 2016 from Truman M. Earl to Renee Greene | Papin-1323 | | | |
| P -22 | Email - February 6, 2017 email from Whitlock to Bass | Papin-2044 – Papin-2046 | | | |
| P -23 | Email – February 7, 2017 email from Greenwood to Bass | Papin-2043 | Patricia Whitlock | | 10/12/2022 |
| P -24 | Email - other residents not logging duty hours | Papin-2870 – Papin-2871 | | | |
| P -25 | Email – February 15, 2017 – Whitlock to Brasfield | Papin-1581 | Patricia Whitlock | | 10/11/2022 |
| P -26 | Email – February 6, 2017 – Whitlock to Ainsworth | Papin-1592 | Patricia Whitlock | | 10/12/2022 |
| P -27 | Email - Jan 22 2017 Bondi to Earl | Papin-742 | Mark Earl | | 10/17/2022 |
| P -28 | Email - July 17, 2017 Ainsworth email | Papin-2876 | | | |
| P -29 | Email- HR email thread re termination | Papin-1493 – Papin-1497 | | | |
| P -30 | Email- January 24, 2017 Brasfield email | Papin-1506 | Mark Earl | | 10/17/2022 |

2

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| P-31 | Email - July 3, 2017 Whitlock email | Papin-1574 | Patricia Whitlock | | 10/12/2022 |
| P-32 | Meagan Mahoney Text Messages | Plaintiff-000034-Plaintiff-000036, 000052 - Plaintiff-000056 & Plaintiff-042486, 042489 & 042490 | Joseph Papin | | 10/13/2022 |
| P-33 | Ashley Seawright Text Messages | Plaintiff-000030 – Plaintiff-000033 | Joseph Papin | | 10/13/2022 |
| P-34 | Joshua Sabins Text Messages | Plaintiff-000037 – Plaintiff-000038 | Joseph Papin | | 10/13/2022 |
| P-35 | Ashley Green Text Messages | Plaintiff-000059-Plaintiff-000063 | Joseph Papin | | 10/13/2022 |
| P-36 | UMMC Application | Papin-607 – Papin-643 | Joseph Papin | | 10/13//2022 |
| P-37 | Data Board Certification | Plaintiff-000080 – Plaintiff-000092 | | | |
| P-38 | 280-Selection of Residents and Fellows | Papin-280 | | | |
| P-39 | Ulcer Patient Medical Records | Papin-3042 - Papin-10783 | | | |
| P-40 | Ulcer Patient Audit Trail | Papin-031100 - Papin-035276 | Joseph Papin | | 10/13/2022 |
| P-41 | Article on Graduation Passage Rates | | | | |
| P-42 | Charting Outcomes in the Match 2020 -MD Senior final | | | | |
| P-43 | Prevalence and Causes of Attrition Among Surgical Residents | | | | |
| P-44 | General Surgery Resident Remediation and Attrition | | Dr. Michael Leitman | Read, not Received | 10/19/2022 |
| P-45 | 2020 FACTS Table 1 | | | | |
| P-46 | Michigan Cost of Attendance | Plaintiff-000027 - Plaintiff-000029 | | | |

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| P -47 | UMMC website excerpt showing salaries of house officers | | | | |
| P -48 | 2018 Match Data | Papin-042678 – Papin-042805 | | | |
| P -49 | 2017 Match Data | Papin-042806 – Papin-042929 | | | |
| P -50 | 2020 Match Data | Papin-042930 – Papin-043057 | | | |
| P -51 | 2019 Match Data | Papin-043058 – Papin-043189 | | | |
| P -52 | ACGME Institutional Requirements_07012015 | Papin-42256 – Papin-42270 | Jimmy Stewart | | 10/12/2022 |
| P -53 | Residency Applications Submitted | Plaintiff-000041 – Plaintiff-000042 | | | |
| P -54 | Resident 72 Supplement | Papin-042304 – Papin-042336 | | | |
| P -55 | Resident 72 | | | | |
| P -56 | Resident 77 | Papin-042341 – Papin-042422 | | | |
| P -57 | Resident 78 | Resident 78_Redacted-Papin-042423 – Papin-042451 | | | |
| P -58 | Resident 79 | Papin-042452 – Papin-042473 | | | |
| P -59 | Jan 10 2017 Ainsworth Earl Email Thread re Remediation Plan | Papin-793 – Papin-794 | Mark Earl | | 10/17/2022 |
| P -60 | Jan 10 2017 Ainsworth Email to Earl | Papin-790 – Papin-791 | | | |
| P -61 | Email - Jan 24 2017 Earl email to Brasfield | Papin-1321 | | | |
| P -62 | Email - July 22 2016 Greene and Humphrey Email | Papin-2821 – Papin-2822 | | | |
| P -63 | Email - March 18 2016 Earl Match Email | Papin-1972 | Joseph Papin | | 10/14/2022 |

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| P -64 | Complete Audit Trail | | | | |
| P -65 | Dakota King Texts | Plaintiff-000067 | Joseph Papin | | 10/14/2022 |
| P -66 | ACGME Common Program Requirements | Papin-042643 – Papin-042670 | Jimmy Stewart | | 10/12/2022 |
| P -67 | February 6-20 email thread between Bass, Brasfield, Whitlock, Gilmore, Greenwood and Morgan | Papin 1576-1580 | Patricia Whitlock | | 10/11/2022 |
| P -68 | August 1, 2016 Email between Boyd, Green, Hollingsworth and Humphrey | Papin- 2861 | | | |
| P -69 | August 30, 2016 Email between Greene, Sparkman, Lynch | Papin- 2851 | | | |
| P-70 | September 16, 2016 Email between Earl, Greene, Papin | Papin 2747 | | | |
| P -71 | January 31, 2017 email between Greene, Blewett, Sawaya, Berch, Morris, Harris, Burleson, Lowery | Papin 2702 | | | |
| P -72 | Green Email to Ainsworth on July 17, 2017 and Ainsworth response to Barr | Papin 818 | | | |
| P-73 | Ulcer Patient Medical Records Excerpt | | Kisha Dyse | | 10/12/2022 |
| P-74 | CV of Dr. Anthony Watkins | | Dr. Anthony Watkins | 10/12/2022 ID ONLY | |
| P-75 | Composite Exhibits from Meghan Mahoney's Deposition | | Meghan Mahoney | | 10/13/2022 |
| P-76 | Resident 72 Evaluation | | Mark Earl | | 10/17/2022 |
| P-77 | CV of Dr. Michael Leitman | | Dr. Michael Leitman | 10/19/2022 ID ONLY | |