UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                           PLAINTIFF

V.                                                                                         NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER                                                                                              DEFENDANT

DEFENDANT'S EXHIBIT LIST
Trial October 11 – 20, 2022

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| D-1* | House Officer Contract | Papin-706 – Papin-707 | | | |
| D-2 | Code of Conduct from Faculty Handbook | Papin-042537 – Papin-042540 | | | |
| D-3* | Disruptive Behavior Policy | Papin-043195 – Papin-043198 | | | |
| D-4 | Rotation Schedule | Subpoena docs | Joseph Papin | | 10/13/2022 |
| D-5 | Berger/Shake Emails | Papin-005 – Papin-006 | Mark Earl | | 10/17/2022 |
| D-6 | Evaluation Comments | Papin-471 – Papin-479 | | | |
| D-7 | Papin Eval Records | Papin-038440 – Papin-038445 | Joseph Papin | | 10/14/2022 |
| D-8 | Jay Shake Eval | Papin-010844 – Papin-010845 | Joseph Papin | | 10/14/2022 |
| D-9 | Jacob Moremen Eval | Papin-010850 – Papin-010851 | Joseph Papin | | 10/14/2022 |
| D-10 | Penny Vance Eval | Papin-010857 – Papin-010858 | Joseph Papin | | 10/14/2022 |
| D-11 | Gretchen Shull Eval | Papin-010859 – Papin-010860 | Joseph Papin | | 10/14/2022 |
| D-12 | Pierre DeDelva Eval | Papin-010855 – Papin-010856 | Joseph Papin | | 10/14/2022 |
| D-13 | Lawrence Creswell Eval | Papin-010852 – Papin-010854 | Joseph Papin | | 10/14/2022 |
| D-14 | Kenneth Vick Eval | Papin-010861 – Papin-010862 | | | |
| D-15 | Cheryl McCoy Eval | Papin-010867 – Papin-010868 | Joseph Papin | | 10/14/2022 |

| | | | | | |
|---|---|---|---|---|---|
| D-16 | Jon Harrison Eval | Papin-010869 – Papin-010870 | | | |
| D-17 | Papin Milestone Report | Papin-013 – Papin-015 | Joseph Papin | | 10/14/2022 |
| D-18 | Greene Email to Papin | Papin-2747 | | | |
| D-19 | Papin Semi-Annual Review | Papin-655; Papin-657-659; Papin-656 | Joseph Papin | | 10/14/2022 |
| D-20 | Earl Email to Greene – Dec. 20, 2016 | Papin-003 | Joseph Papin | | 10/14/2022 |
| D-21 | Sparkman Email to Earl | Papin-1305 | Mark Earl | | 10/17/2022 |
| D-22 | Muncie Email to Greene | Papin-007 | | | |
| D-23 | Crews Email to Greene | Papin-008 | William Crews | | 10/13/2022 |
| D-24 | Griffin Email to Greene | Papin-010883 – Papin-010884 | Mark Earl | | 10/17/2022 |
| D-25 | Mahoney Email to Earl and Greene | Papin-009 – Papin-010 | Mark Earl | | 10/17/2022 |
| D-26 | Jan. 10, 2017 Letter | Papin-020 – Papin-021 | | | |
| D-27 | Barr Email to HR | Papin-1499 | Mark Earl | | 10/17/2022 |
| D-28 | Earl Email to HR | Papin-1498 | Patricia Whitlock | | 10/12/2022 |
| D-29* | Papin Statement to HR | Papin-030 – Papin-048 | Patricia Whitlock | | 10/12/2022 |
| D-30 | HR Recommendation | Papin-1682 – Papin-1684 | | | |
| D-31 | HR Approval | Papin-1576 | | | |
| D-32* | Evaluation Policy and Grievance Algorithm | Papin-275 – Papin-278 | | | |
| D-33 | Papin Appeal Request | Papin-001 – Papin-002 | | | |
| D-34* | Guidelines for Remediation | Papin-383 – Papin-385 | | | |
| D-35* | Evaluation and Dismissal Policy | Papin-279 | | | |
| D-36 | Bondi Email to Ainsworth re: hearing | Papin-749 | | | |
| D-37* | Notice Letter | Papin-049 – Papin-052 | | | |
| D-38 | Notice Documents | Papin-001 – Papin-048 | | | |
| D-39* | Appeal Hearing Transcript | Papin-055 – Papin-171 | | | |

| | | | | | |
|---|---|---|---|---|---|
| D-40 | Bondi Letter to Woodward | Papin-053 – Papin-054 | Joseph Papin | | 10/14/2022 |
| D-41 | Woodward Letter – Aug. 17, 2017 | Papin-042492 – Papin-042491 | Joseph Papin | | 10/14/2022 |
| D-42 | Whitlock Email re ID Badge | Papin-1685 | | | |
| D-43 | Mahoney Text | Papin-042486 | | | |
| D-44 | Milestone Project | Papin-386 – Papin-404 | Jimmy Stewart | | 10/12/2022 |
| D-45 | ACGME Institutional Requirements | Papin-042256 – Papin-042270 | | | |
| D-46* | Compliance Plan Sanctions | Papin-042486 – Papin-042487 | | | |
| D-47 | Sample Eval Notice Email | | | | |
| D-48 | Papin Semi Annual Notes and Marks | Papin-649 – Papin-650 | | | |
| D-49 | 2019 W-2 | Plaintiff-000046 | | | |
| D-50 | Payroll Data | Papin-726 | | | |
| D-51* | Papin Accenture Offer | Plaintiff-000048 – Plaintiff-000051 | | | |
| D-52* | Email btw Whitlock and Earl – Feb 14-20, 2017 | Papin-1306 – Papin-1310 | Patricia Whitlock | | 10/12/2022 |
| D-53 | Green Email from Humphrey | Papin-2734 – Papin-2735 | | | |
| D-54 | Green Email to Earl – Jan. 11, 2017 | Papin-2699 | | | |
| D-55 | Termination Meeting Emails | Papin-2794 – Papin-2800 | | | |
| D-56* | Remediation Checklist | Papin-653 | | | |
| D-62 | 2018 Match Data | Papin-042678; Papin-042733; Papin-042693 | | | |
| D-63 | 2019 Match Data | Papin-043058; Papin-043073; Papin-043115 | | | |
| D-64 | Request for Admission | | | | |
| D-67 | Dyse 11-30 Note | Papin-3090 – Papin-3091 | | | |
| D-68 | Dyse 12-9 Note | Papin-3091 – Papin-3093 | | | |

| | | | | | |
|---|---|---|---|---|---|
| D-69 | Dyse 12-22 Note | Papin-3095 | Kisha Dyse | | 10/13/2022 |
| D-70 | Wound Pictures | Papin-5309-5310; Papin-5313; Papin-5317-5318 | Kisha Dyse | | 10/13/2022 |
| D-71 | Papin 12-12 Note | Papin-3344 – Papin-3347 | Joseph Papin | | 10/14/2022 |
| D-72 | Papin 12-13 Note | Papin-3353 – Papin-3356 | Joseph Papin | | 10/14/2022 |
| D-73 | Papin 12-14 Note | Papin-3350 – Papin-3353 | Joseph Papin | | 10/14/2022 |
| D-74 | Papin 12-15 Note | Papin-3355 – Papin-3358 | | | |
| D-75 | Papin 12-16 Note | Papin-3364 – Papin-3366 | | | |
| D-76 | Papin 12-17 Note | Papin-3366 – Papin-3368 | | | |
| D-77 | Papin 12-18 Note | Papin-3377 – Papin-3379 | | | |
| D-78 | Papin 12-19 Note | Papin-3368 – Papin-3371 | | | |
| D-79 | Papin 12-20 Note | Papin-3374 – Papin-3377 | | | |
| D-80 | Papin 12-21 Note | Papin-3379 – Papin-3381 | | | |
| D-81 | Papin 12-22 Note | Papin-3382 – Papin-3384 | | | |
| D-82 | Papin 12-27 Note | Papin-3401 – Papin-3403 | | | |
| D-83* | Sid Desai Text | Plaintiff-000040 | | | |
| D-84* | Sentinel Event Policy | Papin-042674 – Papin-042677 | | | |
| D-85* | Occurrence Reporting Policy | Papin-042671 – Papin-042673 | | | |
| D-86 | HR Response to Earl | Papin-1568 – Papin-1569 | | | |
| D-87 | Inquire on I-care | Papin-1641 – Papin-1642 | Patricia Whitlock | | 10/12/2022 |
| D-88 | Dyse 1-25 Note | Papin-3106 – Papin-3107 | Kisha Dyse | | 10/13/2022 |
| D-89 | Medical Record December 23 -Progress Note | | Joseph Papin | | 10/14/2022 |

\* Exhibits marked with an asterisk were identified as joint exhibits.