UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                          PLAINTIFF

V.                                                                        NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER                                                                              DEFENDANT

JOINT EXHIBIT LIST
Trial October 11 – 20, 2022

| No. | Description | Bates No. | Sponsor | ID | Evidence |
|---|---|---|---|---|---|
| J-1 | List of Stipulations | | | | 10/11/2022 |
| J-2 | House Officer Contract | Papin-706 – Papin-707 | | | 10/11/2022 |
| J-3 | Appeal Hearing Transcript | Papin-055 – Papin-171 | | | 10/11/2022 |
| J-4 | Remediation Checklist (completed version) | Papin-437 | | | 10/11/2022 |
| J-5 | Papin HR Interview Transcript | Papin-030 – Papin-048 | | | 10/11/2022 |
| J-6 | Accenture Offer Letter (Aug 2019) | Plaintiff-000048 – Plaintiff-000051 | | | 10/11/2022 |
| J-7 | Evaluation Policy & Grievance Algorithm | Papin-275 – Papin-278 | | | 10/11/2022 |
| J-8 | Guidelines for Academic Remediation | Papin-383 – Papin-385 | | | 10/11/2022 |
| J-9 | Compliance Policy | Papin-042486 – Papin-042487 | | | 10/11/2022 |
| J-10 | Policy on Evaluation and Promotion | Papin-279 | | | 10/11/2022 |
| J-11 | Email thread btw Whitlock and Earl - Feb 14-20, 2017 | Papin-1306 – Papin-1310 | | | 10/11/2022 |

| J-12 | Letter from Brasfield to Dillard - July 5, 2017 | Papin-049 – Papin-052 | | | 10/11/2022 |
|------|--------------------------------|------------------------------------|--|--|------------|
| J-13 | Sid Desai Text Message | Plaintiff-000040 | | | 10/11/2022 |
| J-14 | Occurrence Reporting Policy | Papin-042671 – Papin-042673 | | | 10/11/2022 |
| J-15 | Sentinel Event Policy | Papin-042674 – Papin-042677 | | | 10/11/2022 |
| J-16 | Disruptive Behavior Policy | Papin-043195 – Papin-043198 | | | 10/11/2022 |