UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                    PLAINTIFF

V.                                                                           NO. 3:17-CV-763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI MEDICAL
CENTER                                                                                         DEFENDANT

COURT'S EXHIBIT LIST
Trial October 11 – 20, 2022

| No. | Description | Date |
|---|---|---|
| C-1 | Plaintiff's Proposed Jury Instructions & Verdict Form | 10/19/2022 |
| C-2 | Defendant's Proposed Jury Instructions & Verdict Form | 10/19/2022 |
| C-3 | Court's Proposed Jury Instructions & Verdict Form, Liability | 10/19/2022 |
| C-4 | Court's Jury Instructions & Verdict Form, Liability GIVEN | 10/19/2022 |
| C-5 | Court's Proposed Jury Instructions & Verdict Form, Punitive | 10/19/2022 |
| C-6 | Court's Jury Instructions & Verdict Form, Punitive - GIVEN | 10/20/2022 |
| C-7 | Jury Notes | 10/19/2022 |