UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOSEPH PAPIN                                                                                       PLAINTIFF

V.                                                       CIVIL ACTION NO. 3:17-CV-00763-KHJ-FKB

UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER                                                                              DEFENDANT

ORDER

Before the Court is [261] Defendant's Unopposed Motion to Stay Execution of Judgment, which seeks to stay execution of the [255] Final Judgment until ten days after disposition of Defendant's post-trial motions. The Court finds the Motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that execution of the [255] Final Judgment is stayed until ten days after the disposition of Defendant's post-trial motions, without requiring a bond or other security.

SO ORDERED, this the 23rd day of November 2022.

                                                                    s/ *Kristi H. Johnson*
                                                                    UNITED STATES DISTRICT JUDGE