# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

| | |
|---|---|
| **Joseph Papin** | **PLAINTIFF** |
| **v.** | **3:17-CV-763-KHJ-FKB** |
| **UNIVERSITY OF MISSISSIPPI MEDICAL CENTER et al.** | **DEFENDANTS** |

## NOTICE OF ATTORNEY LIEN

COMES NOW the undersigned attorney, Joel Dillard, and gives notice to all parties and counsel of records he has a common-law attorney lien in *quantum meruit* which shall attach to any judgment which may be collected in this matter. *Collins v. Schneider*, 187 Miss. 1, 192 So. 20, 23 (1939); *see also Indianola Tractor Co. v. Tankesley*, 337 So. 2d 705, 706 (Miss. 1976); *Chattanooga Sewer Pipe Works v. Dumler*, 153 Miss. 276, 120 So. 2d 450, 453 (1929). No funds may be disbursed by any party or attorney holding funds subject to this lien until it is satisfied.

Date: December 20, 2022

Respectfully submitted
/s/Joel Dillard
JOEL F. DILLARD, P.A.
775 N. Congress St.
Jackson MS 39202
Ph: 601-509-1372 ext 2
Email: joel@joeldillard.com
MS Bar No. 104202

## Certificate of Service

      I hereby certify that on the date signed above, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

<u>/s/Joel Dillard</u>
JOEL DILLARD